# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:21-cv-03302-JMC<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that William W. Wilkins, Andrew A. Mathias, Mark C. Moore, Jennifer J. Hollingsworth, and Hamilton B. Barber of the law firm of Nexsen Pruet, LLC, hereby make an appearance in the above-captioned case as counsel for James H. Lucas, Chris Murphy

and Wallace H. Jordan ("House Defendants"), and respectfully request that all notice given or required to be given in these proceedings be given to and served upon them at the addresses below.

        Respectfully submitted,

        s/Andrew A. Mathias
        William W. Wilkins (Fed. ID No. 4662)
        Andrew A. Mathias (Fed. ID No. 10166)
        NEXSEN PRUET, LLC
        104 S. Main Street, Suite 900 (29601)
        Post Office Box 10648
        Greenville, SC  29603-0648
        Telephone: 864.370.2211
        wwilkins@nexsenpruet.com
        amathias@nexsenpruet.com


        Mark C. Moore (Fed. ID No. 4956)
        Jennifer J. Hollingsworth (Fed. ID No. 11704)
        Hamilton B. Barber (Fed. ID No. 13306)
        NEXSEN PRUET, LLC
        1230 Main Street, Suite 700 (29201)
        Post Office Drawer 2426
        Columbia, SC 29202
        Telephone: 803.771.8900
        MMoore@nexsenpruet.com
        JHollingsworth@nexsenpruet.com
        HBarber@nexsenpruet.com

        *Attorneys for James H. Lucas, Chris Murphy and Wallace H. Jordan*

October 13, 2021
Greenville, South Carolina