# Exhibit B

# Murphy Letter dated 9/3/21

*John Richard C. King*
*First Vice-Chairman*

*Christopher J. "Chris" Murphy*
*Chairman*

*Neal A. Collins*
*Second Vice-Chairman*

## Judiciary Committee

*William H. Bailey*
*Justin T. Bamberg*
*Beth E. Bernstein*
*Bruce M. Bryant*
*Micajah P. "Micah" Caskey, IV*
*Neal A. Collins*
*Westley P. "West" Cox*
*Sylleste H. Davis*
*Jason Elliott*
*Russell W. Fry*
*Patricia Moore "Pat" Henegan*
*Max T. Hyde, Jr.*
*Jeffrey E. "Jeff" Johnson*

*Linda C. Anderson*
*Executive Assistant*

*Roland Franklin*
*Staff Counsel*

*Wallace H. "Jay" Jordan, Jr*
*Mandy W. Kimmons.*
*John Richard C. King*
*John R. McCravy, III*
*Cezar E. McKnight*
*Christopher J. "Chris" Murphy*
*Brandon M. Newton*
*William Weston J. Newton*
*Seth Rose*
*Ivory Torrey Thigpen*
*Elizabeth "Spencer" Wetmore*
*William W. "Will" Wheeler, III*

*Emma Dean*
*Chief Counsel*

*Jimmy Hinson*
*Staff Counsel*



**House of Representatives**
**P.O. Box 11867**
**Telephone: (803) 734-3120**
**Columbia, S.C. 29211**

September 3, 2021

*Delivered via email*
Steven Lance
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Fl.
New York, NY 10006

Dear Mr. Lance,

Thank you for your letter of August 9, 2021 (and your follow-up letter of August 30, 2021) and for the sincere interest you and your colleagues have shown in the important process of redistricting. I am writing you as the Chair of the House Judiciary Committee, the Committee which houses the Redistricting Ad Hoc Committee. We assure you that we are taking very seriously our responsibility to the citizens of South Carolina to adopt a constitutionally sound plan that protects and preserves their voting rights. Although the Redistricting Ad Hoc Committee has not adopted all of the procedures that you suggest in your letter of August 9, we very much appreciate your submissions for our continued consideration and we believe that the procedures the Committee is presently and will continue to follow offer meaningful opportunities for public participation well before any maps are considered by this Committee or presented to the House of Representatives for approval.

We continue to believe that the Guidelines are appropriate and are in full compliance with constitutional principles and both the letter and the spirit of federal and state law. In addition, the Guidelines themselves properly anticipate that concerns and priorities raised in public testimony to the Committee would be incorporated in any plans proposed for approval by the House.

We further believe that the Committee's announced process for conducting its public hearings is designed to obtain meaningful and complete input from the public. Indeed, the timeline of activities the Committee will follow expressly allows for multiple opportunities for members of the public to provide testimony, input, and map proposals for consideration by the Committee before any map drawing takes place. As you know, the public hearings will begin on September 8, 2021, and the Redistricting Website is now capable of receiving plan submissions.

Once again, we thank you for your input, your comments and your concerns. We intend to continue taking all appropriate steps to insure that the redistricting process is fully transparent and is conducted in ways that maximize public input at all stages—and, again, we are committed to developing a plan that protects and preserves the voting rights of all South Carolinians. Please continue to monitor the House Redistricting Website, as we will continue to use that platform to notify the public about redistricting activities that will take place in South Carolina.

Sincerely,

Christopher "Chris" Murphy, Chairman
House Judiciary Committee