UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP and TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>     Plaintiffs,<br><br>vs.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Election Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission, JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>     Defendants. | Civil Action No.: 3:21-cv-03302-JMC<br><br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF SENATE DEFENDANTS HARVEY PEELER AND LUKE A. RANKIN** |

  PLEASE TAKE NOTICE that the undersigned counsel, Robert E. Tyson, Jr., Vordman Carlisle Traywick, III, and La'Jessica Stringfellow, hereby enter and provide notice of their appearance as counsel of record in the above-captioned matter for Harvey Peeler, in his official capacity as President of the Senate, and Luke A. Rankin, in his official capacity as Chairman of

the Senate Judiciary Committee (collectively, "Senate Defendants"). The undersigned counsel respectfully request that the Clerk of Court and all counsel of record note the appearance on their respective service lists and direct all future pleadings, correspondence, and other relevant matters in connection with this action to the below address.

    Respectfully submitted,

    s/Robert E. Tyson, Jr.
    Robert E. Tyson, Jr. (7815)
    Vordman Carlisle Traywick, III (12483)
    La'Jessica Stringfellow (13006)
    ROBINSON GRAY STEPP & LAFFITTE, LLC
    1310 Gadsden Street
    Post Office Box 11449 (29211)
    Columbia, South Carolina 29201
    (803) 929-1400
    rtyson@robinsongray.com
    ltraywick@robinsongray.com
    lstringfellow@robinsongray.com

    John M. Gore (*pro hac vice motion forthcoming*)
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, DC 20001
    (202) 879-3930
    jmgore@jonesday.com

    ***Attorneys for Senate Defendants Harvey Peeler and Luke A. Rankin***

Columbia, South Carolina
October 20, 2021