# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>               *Plaintiffs*, <br>  v. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br>               *Defendants*. | Civil Action No.: 3:21-cv-03302-JMC <br><br><br><br><br><br><br> **NOTICE OF APPEARANCE ON BEHALF OF GOVERNOR MCMASTER** |

      **PLEASE TAKE NOTICE** that the counsel listed below hereby enter and provide notice of their appearance as counsel of record in the above-captioned matter for Defendant Henry D. McMaster, in his official capacity as Governor of South Carolina ("Governor McMaster" or

"Governor"). Counsel for Governor McMaster respectfully request that the Clerk of Court and all counsel of record note the present appearances on their respective service lists and direct all future pleadings, correspondence, and other relevant matters in connection with the above-captioned action to their attention.

    Respectfully submitted,

    s/Thomas A. Limehouse, Jr.
    Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
    *Chief Legal Counsel*
    Wm. Grayson Lambert (Fed. Bar No. 11761)
    *Senior Legal Counsel*
    Michael G. Shedd (Fed. Bar No. 13314)
    *Deputy Legal Counsel*
    OFFICE OF THE GOVERNOR
    South Carolina State House
    1100 Gervais Street
    Columbia, South Carolina 29201
    (803) 734-2100
    tlimehouse@governor.sc.gov
    glambert@governor.sc.gov
    mshedd@governor.sc.gov

    Christopher E. Mills (Fed. Bar No. 13432)
    SPERO LAW LLC
    557 East Bay Street #22251
    Charleston, South Carolina 29413
    (843) 606-0640
    cmills@spero.law

    *Counsel for Governor McMaster*

October 20, 2021
Columbia, South Carolina