<u>The South Carolina State Conference of the NAACP, et al v. Henry McMaster, et al</u>

CA No.:  3:21-cv-03302-JMC

# EXHIBIT B

*Motion in Support of*

*Pro Hac Vice Application*

Certificate of Good Standing – John M. Gore



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*John M Gore*

was duly qualified and admitted on December 11, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 23, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.