# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina, et al., <br><br> Defendants. | Case No.: 3:21-cv-03302-JMC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2021, a copy of the foregoing Reply in Further Support of Plaintiffs' Request for a Three-Judge Panel was mailed, postage prepaid, to each Defendant for whom counsel has not yet made an appearance in this case at the address identified on their summons. Courtesy copies were also sent via email to counsel that Plaintiffs' counsel anticipates will make appearances in this case.

*/s/ Christopher J. Bryant*
Christopher J. Bryant