# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br> Defendants. | Case No.: 3:21-cv-03302-JMC <br><br><br><br> NOTICE OF FILING OF ACCEPTANCE OF SERVICE FOR DEFENDANT HENRY D. MCMASTER |

Please take notice that on October 19, 2021, Thomas A. Limehouse, Chief Legal Counsel for Defendant Henry D. McMaster, accepted service of the Summons and Complaint and Plaintiffs' Local Rule 26.01 Responses in the above-captioned action. A copy of the Acceptance of Service is attached.

Dated: October 22, 2021    Respectfully submitted,

Leah C. Aden*  
Stuart Naifeh*  
Raymond Audain*  
John S. Cusick*  
NAACP Legal Defense & Educational Fund, Inc.  
40 Rector St, 5th Fl.  
NY, NY 10006  
Tel.: (212) 965-7715  
laden@naacpldf.org  

Samantha Osaki*  
American Civil Liberties Union Foundation  
125 Broad Street, 18th Floor  
New York, NY 10004  
Tel.: (212) 549-2500  
sosaki@aclu.org  

John A. Freedman*  
Elisabeth S. Theodore*  
Gina M. Colarusso*  
John "Jay" B. Swanson*  
ARNOLD & PORTER KAYE SCHOLER LLP  
601 Massachusetts Ave., N.W.  
Washington, D.C.  20001  
Tel: (202) 942-5000  

Jeffrey A. Fuisz*  
Paula Ramer*  
Jonathan I. Levine*  
Theresa M. House*  
ARNOLD & PORTER KAYE SCHOLER LLP  

/s/ Christopher J. Bryant  
Christopher J. Bryant, Fed. ID 12538  
Boroughs Bryant, LLC  
1122 Lady St., Ste. 208  
Columbia, SC 29201  
Tel.: (843) 779-5444  
chris@boroughsbryant.com  

Somil B. Trivedi*  
Patricia Yan*  
American Civil Liberties Union Foundation  
915 15th St., NW  
Washington, DC 20005  
Tel.: (202) 457-0800  
strivedi@aclu.org  
pyan@aclu.org  

Allen Chaney, Fed. ID 13181  
American Civil Liberties Union  
of South Carolina  
Charleston, SC 29413-0998  
Tel.: (843) 282-7953  
Fax: (843) 720-1428  
achaney@aclusc.org  

*Attorneys for Plaintiffs*

*Motion for admission *Pro Hac Vice* forthcoming

2

250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000

Sarah Gryll*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300

3