

**HENRY MCMASTER**
GOVERNOR

October 19, 2021

***VIA U.S. MAIL & EMAIL***
Christopher J. Bryant, Esquire
Boroughs Bryant, LLC
1122 Lady St., Ste. 208
Columbia, South Carolina 29201
chris@boroughsbryant.com

> RE: THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, v. HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission
> C/A No.: 3:21-cv-03302-JMC (D.S.C.)

Dear Mr. Bryant:

    Pursuant to your recent communications with the Governor's chief legal counsel, Thomas Limehouse, in connection with the above-referenced matter, enclosed please find an Acceptance of Service on behalf of Defendant Henry McMaster, in his official capacity as Governor of South Carolina.

    Should you have any questions or concerns or need anything further in this regard, please do not hesitate to contact me.

Christopher J. Bryant, Esquire
Page 2
October 19, 2021

                              Very truly yours,

                              Michael G. Shedd
                              *Deputy Legal Counsel*

Enclosure