UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>           Plaintiffs,<br><br>      v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>           Defendants. | Case No.: 3:21-cv-03302-JMC<br><br>**ACCEPTANCE OF SERVICE FOR JAMES H. LUCAS, CHRIS MURPHY, AND WALLACE H. JORDAN** |

The undersigned, as counsel for Defendants James H Lucas, in his official capacity as Speaker of the House of Representatives; Chris Murphy, in his official capacity as Chairman of the House of Representatives Judiciary Committee; and Wallace H. Jordan, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee (collectively, "House Defendants"), hereby representing that they have the authority to do so, accepts service of Plaintiffs' Complaint (ECF No. 1), Plaintiffs' Local Rule 26.01 Interrogatory Responses (ECF No. 2), and House Defendants' Summonses (ECF Nos. 7, 8, 9) in connection with the above-captioned matter, effective October 19, 2021, having received said documents from Plaintiffs' counsel via email.

        Respectfully submitted,

        _____
        Mark C. Moore, Fed ID # 4956
        Nexsen Pruet, LLC
        1230 Main Street, Suite 700
        Post Office Box 2426
        Columbia, SC 29202
        Telephone: (803) 540-2146
        Email:  mmoore@nexsenpruet.com

        *Counsel for James H. Lucas, Chris Murphy, and Wallace H. Jordan*

October 19, 2021
Columbia, South Carolina