# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br> Defendants. | Case No.: 3:21-cv-03302-JMC <br><br><br><br><br> **MOTION TO CORRECT SCRIVENER'S ERROR** |

Plaintiffs South Carolina State Conference of the NAACP and Taiwan Scott (collectively, "Plaintiffs") move to correct a scrivener's error which resulted in misspelling Defendant Howard Knapp's surname as Knabb in the case caption, paragraph 35 of the complaint, and summons. Pursuant to Local Rule 7.02, counsel for Plaintiffs have consulted with counsel for Defendants who consent to this motion. Corrected documents are attached as exhibits.

Dated: October 22, 2021                                    Respectfully submitted,

| | |
|---|---|
| Leah C. Aden* | */s/ Christopher J. Bryant* |
| Stuart Naifeh* | Christopher J. Bryant, Fed. ID 12538 |
| Raymond Audain* | Boroughs Bryant, LLC |
| John S. Cusick* | 1122 Lady St., Ste. 208 |
| NAACP Legal Defense & Educational Fund, Inc. | Columbia, SC 29201 |
| 40 Rector St, 5th Fl. | Tel.: (843) 779-5444 |
| NY, NY 10006 | chris@boroughsbryant.com |
| Tel.: (212) 965-7715 | |
| laden@naacpldf.org | Somil B. Trivedi* |
| | Patricia Yan* |
| Samantha Osaki* | American Civil Liberties Union Foundation |
| American Civil Liberties Union Foundation | 915 15th St., NW |
| 125 Broad Street, 18th Floor | Washington, DC 20005 |
| New York, NY 10004 | Tel.: (202) 457-0800 |
| Tel.: (212) 549-2500 | strivedi@aclu.org |
| sosaki@aclu.org | pyan@aclu.org |
| | |
| John A. Freedman* | Allen Chaney, Fed. ID 13181 |
| Elisabeth S. Theodore* | American Civil Liberties Union |
| Gina M. Colarusso* | of South Carolina |
| John "Jay" B. Swanson* | Charleston, SC 29413-0998 |
| ARNOLD & PORTER KAYE SCHOLER LLP | Tel.: (843) 282-7953 |
| 601 Massachusetts Ave., N.W. | Fax: (843) 720-1428 |
| Washington, D.C. 20001 | achaney@aclusc.org |
| Tel: (202) 942-5000 | |
| | *Attorneys for Plaintiffs* |
| Jeffrey A. Fuisz* | |
| Paula Ramer* | *Motion for admission *Pro Hac Vice* |
| Jonathan I. Levine* | forthcoming |
| Theresa M. House* | |
| ARNOLD & PORTER KAYE SCHOLER LLP | |

2

250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000

Sarah Gryll*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300

3