**Additional Bar Membership and Associated Counsel**

**Additional Bar Membership**

| Court | Date Admitted | Good Standing |
|---|---|---|
| Illinois | 11.08.2016 | ☒ Yes ☐ No |
| U.S. District Court for the Northern District of Illinois | 01.17.2017 | ☒ Yes ☐ No |

**[REST OF PAGE INTENTIONALLY BLANK]**

**Associated Counsel**

Christopher J. Bryant, Fed. ID 12538
Boroughs Bryant, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Allen Chaney, Fed. ID 13181
American Civil Liberties Union
of South Carolina
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Leah C. Aden*
Stuart Naifeh*
Raymond Audain*
John S. Cusick*
NAACP Legal Defense & Educational Fund, Inc.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org
snaifeh@naacpldf.org
raudain@naacpldf.org
jcusick@naacpldf.org

Somil B. Trivedi*
Patricia Yan*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org
pyan@aclu.org

Samantha Osaki*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
sosaki@aclu.org

John A. Freedman*
Elisabeth S. Theodore*
Gina M. Colarusso*
John "Jay" B. Swanson*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com
elisabeth.theodore@arnoldporter.com
gina.colarusso@arnoldporter.com
john.swanson@arnoldporter.com

Jeffrey A. Fuisz*
Paula Ramer*
Jonathan I. Levine*
Theresa M. House*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com
paula.ramer@arnoldporter.com
jonathan.levine@arnoldporter.com
theresa.house@arnoldporter.com

Sarah Gryll*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Pro Hac Vice Application Forthcoming

**[REST OF PAGE INTENTIONALLY BLANK]**