# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br> Defendants. | Case No.: 3:21-cv-03302-JMC <br><br><br><br> **PLAINTIFFS' DISCLOSURE STATEMENT** |

Plaintiff the South Carolina State Conference of the NAACP, by and through its attorneys, state pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it is a subsidiary of the NAACP and no publicly held corporation owns 10% or more of the South Carolina State Conference of the NAACP.

Dated: November 2, 2021                                    Respectfully submitted,

| | |
|---|---|
| Leah C. Aden* | /s/ Christopher J. Bryant |
| Stuart Naifeh* | Christopher J. Bryant, Fed. ID 12538 |
| Raymond Audain* | Boroughs Bryant, LLC |
| John S. Cusick* | 1122 Lady St., Ste. 208 |
| NAACP Legal Defense & Educational Fund, Inc. | Columbia, SC 29201 |
| 40 Rector St, 5th Fl. | Tel.: (843) 779-5444 |
| NY, NY 10006 | chris@boroughsbryant.com |
| Tel.: (212) 965-7715 | |
| laden@naacpldf.org | Somil B. Trivedi** |
| | Patricia Yan* |
| Samantha Osaki* | American Civil Liberties Union Foundation |
| American Civil Liberties Union Foundation | 915 15th St., NW |
| 125 Broad Street, 18th Floor | Washington, DC 20005 |
| New York, NY 10004 | Tel.: (202) 457-0800 |
| Tel.: (212) 549-2500 | strivedi@aclu.org |
| sosaki@aclu.org | pyan@aclu.org |
| | |
| John A. Freedman** | Allen Chaney, Fed. ID 13181 |
| Elisabeth S. Theodore** | American Civil Liberties Union |
| Gina M. Colarusso** | of South Carolina |
| John "Jay" B. Swanson** | Charleston, SC 29413-0998 |
| ARNOLD & PORTER KAYE SCHOLER LLP | Tel.: (843) 282-7953 |
| 601 Massachusetts Ave., N.W. | Fax: (843) 720-1428 |
| Washington, D.C. 20001 | achaney@aclusc.org |
| Tel: (202) 942-5000 | |
| | *Attorneys for Plaintiffs* |
| Jeffrey A. Fuisz** | |
| Paula Ramer** | *Admitted *Pro Hac Vice* |
| Jonathan I. Levine** | |
| Theresa M. House** | **Motion for admission *Pro Hac Vice* |
| ARNOLD & PORTER KAYE SCHOLER LLP | forthcoming |
| 250 West 55th Street | |
| New York, NY 10019 | |

Tel: (212) 836-8000

Sarah Gryll*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300