# NEXSEN|PRUET

**Andrew A. Mathias**
Member

November 9, 2021

**VIA ECF and EMAIL**

The Honorable J. Michelle Childs
901 Richland Street
Columbia, SC  29201
**childs_ecf@scd.uscourts.gov**

> **Re:**   *The South Carolina State Conference of the NAACP, et. al v.*
> *Henry D. McMaster, et. al, 3:21-cv-03302-JMC*

Dear Judge Childs:

Austin

Charleston

Charlotte

Columbia

Greensboro

**Greenville**

Bluffton / Hilton Head

Myrtle Beach

Raleigh

　　　　This letter is to confirm that, pursuant to Loc. Civ. Rule 12.01, the South Carolina Conference of the NAACP and Taiwan Scott ("Plaintiffs"), by and through local counsel Chris Bryant, granted James H. Lucas, Chris Murphy and Wallace H. Jordan ("House Defendants") a twenty-one day extension to move, plead, or otherwise respond to the Complaint in the above-referenced matter.  Given this extension, the House Defendants' deadline to respond to the Complaint is now November 30, 2021.

Sincerely,

Andrew A. Mathias

cc:     Chris Bryant and all other Counsel of Record

104 South Main Street
Suite 900
P.O. Box 10648
Greenville, SC 29601
www.nexsenpruet.com

**T** (864) 282-1195
**F** 864.477.2697
**E** AMathias@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**