IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HENRY D. MCMASTER, *et al.*, <br><br> *Defendants*. | Case No. 3:21-cv-03302-JMC |

**SENATE DEFENDANTS' RESPONSE TO HOUSE DEFENDANTS'
MOTION TO STAY**

For the reasons explained in their Motion To Dismiss Or, In The Alternative, To Stay The Case filed today, ECF No. 57, Defendants Harvey Peeler and Luke A. Rankin (collectively, "Senate Defendants") agree that the Court should dismiss or, alternatively, stay this case.

1

November 9, 2021                              Respectfully submitted,

/s/Robert E. Tyson Jr.
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*