# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP and TAIWAN SCOTT, on behalf of himself and all other similar situated persons,<br><br>        Plaintiffs,<br><br>v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>        Defendants. | Case No.: 3:21-cv-03302-JMC<br><br>**NOTICE OF APPEARANCE FOR MICHAEL R. BURCHSTEAD** |

    Michael R. Burchstead of Burr & Forman LLP hereby enters his notice of appearance for HOWARD KNAPP (incorrectly named Howard Knabb in captioned), in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS,

JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL and SCOTT MOSELEY in their official capacities as members of the South Carolina Election Commission.

                                          Respectfully Submitted,

                                          s/ Michael R. Burchstead
                                          Michael R. Burchstead (Fed. Bar #10297)
                                          **BURR & FORMAN LLP**
                                          1221 Main Street
                                          Suite 1800
                                          Columbia, SC  29201
                                          Telephone:  (803) 799-9800
                                          Facsimile:  (803) 753-3278
                                          *Attorneys for Members of Election Commission*

November 15, 2021
Columbia, SC

46531782 v1