## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP and TAIWAN SCOTT, on behalf of himself and all other similar situated persons,<br><br>    Plaintiffs,<br><br> v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>    Defendants. | Case No.: 3:21-cv-03302-JMC<br><br><br><br><br><br>**NOTICE OF APPEARANCE FOR M. ELIZABETH CRUM** |

M. Elizabeth Crum of Burr & Forman LLP hereby enters her notice of appearance for HOWARD KNAPP (incorrectly named Howard Knabb in captioned), in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS,

JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL and SCOTT MOSELEY in their

official capacities as members of the South Carolina Election Commission.

Respectfully Submitted,


s/ M. Elizabeth Crum
M. Elizabeth Crum (Fed. Bar #372)
**BURR & FORMAN LLP**
1221 Main Street
Suite 1800
Columbia, SC  29201
Telephone:  (803) 799-9800
Facsimile:  (803) 753-3278
*Attorneys for Defendants*


November 15, 2021
Columbia, SC

46531815 v1