# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP and TAIWAN SCOTT, on behalf of himself and all other similar situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNABB, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>    Defendants. | Case No.: 3:21-cv-03302-JMC<br><br><br><br>**NOTICE OF APPEARANCE FOR JANE TRINKLEY** |

Jane Trinkley of Burr & Forman LLP hereby enters her notice of appearance for Howard Knapp (incorrectly named Howard Knabb in caption), in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY,

CLIFFORD J. ELDER, LINDA MCCALL and SCOTT MOSELEY in their official capacities as members of the South Carolina Election Commission.

                                                         Respectfully Submitted,

                                                         s/ Jane W. Trinkley
                                                         Jane W. Trinkley (Fed. Bar #4143)
                                                         **BURR & FORMAN LLP**
                                                         1221 Main Street
                                                         Suite 1800
                                                         Columbia, SC  29201
                                                         Telephone:  (803) 799-9800
                                                         Facsimile:  (803) 753-3278
                                                         *Attorneys for Election Commission Members*

November 17, 2021
Columbia, SC