# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| The South Carolina State Conference of the NAACP and Taiwan Scott, <br><br> Plaintiffs <br><br> vs. <br><br> Henry D. McMaster, et al. <br><br> Defendants. | Civil Action No. 3:21-cv-03302-JMC <br><br> **NOTICE OF APPEARANCE** |

The undersigned hereby notifies and advises this Court of his appearance in the above captioned matter as counsel on behalf of the Defendants Howard Knapp in his official capacity as Interim Executive Director of the South Carolina Election Commission, and John Wells, JoAnne Day, Clifford J. Edler, Linda McCall and Scott Moseley in their official capacities as members of the South Carolina State Election Commission.

                              Respectfully submitted,

                              By: s/Thomas Wells Nicholson
                                   Thomas Wells Nicholson, Fed. ID #12086
                                   South Carolina Election Commission
                                   P.O. Box 5987
                                   Columbia, South Carolina 29250-5987
                                   Telephone: 803-734-9063
                                   Facsimile: 803-734-9366

                                   tnicholson@elections.sc.gov

                                   Attorney for Defendants Howard Knapp, John Wells, JoAnne Day, Clifford J. Edler, Linda McCall and Scott Moseley.

December 10, 2021
Columbia, South Carolina