

Christopher J. Bryant
Boroughs Bryant, LLC
1122 Lady St., Suite 208
Columbia, SC 29201

December 15, 2021

**FILED VIA ECF**
The Honorable J. Michelle Childs
U.S. District Judge
901 Richland Street
Columbia, SC 29201

RE:   Forthcoming Amended Complaint and Pending Deadlines in *The South Carolina State Conference of the NAACP v. McMaster* (3:21-cv-03302)

Dear Judge Childs,

On December 10, 2021, Governor McMaster signed legislation into law that created new maps for the South Carolina House and Senate districts. In light of this development, Plaintiffs intend to file an amended complaint in this case no later than December 23, 2021. Counsel for Plaintiffs have discussed this with counsel for Defendants, and all Defendants have consented to an amended complaint.

The forthcoming amended complaint will procedurally moot the motion for preliminary injunction (ECF No. 59) and motion to dismiss (ECF No. 61) that are currently pending before the Court. Responses to those two pending motions are currently due on December 17, 2021, pursuant to this Court's December 6, 2021 Order (ECF No. 69).

In the interest of judicial economy and preserving the parties' resources, Plaintiffs request that the Court move the deadline to respond to the pending motions to December 27, 2021. The filed amended complaint will make responses to those motions unnecessary. Counsel for Plaintiffs has consulted with counsel for Defendants, and they join in this request.

Respectfully,

Christopher J. Bryant

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
sosaki@aclu.org

John A. Freedman*
Elisabeth S. Theodore*
Gina M. Colarusso*
John "Jay" B. Swanson*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000

Jeffrey A. Fuisz*
Paula Ramer*
Jonathan I. Levine*
Theresa M. House*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300

Christopher J. Bryant, Fed. ID 12538
Boroughs Bryant, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi**
Patricia Yan**
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org
pyan@aclu.org

Allen Chaney, Fed. ID 13181
American Civil Liberties Union
of South Carolina
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

*Attorneys for Plaintiffs*

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*