# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>                Plaintiffs, <br><br>      v. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; HARVEY PEELER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br>                Defendants. | Civil Action No. 3:21-cv-03302-JMC-TJH-RMG <br><br><br> **JOINT MOTION FOR AN EMERGENCY HEARING REGARDING SCHEDULING** |

**COME NOW** Plaintiffs the South Carolina State Conference of the NAACP and Taiwan Scott (collectively, "Plaintiffs"), joined by Defendants Henry D. McMaster, Governor of South Carolina; Harvey Peeler,[1] President of the Senate; Luke A. Rankin, Chairman of the Senate Judiciary Committee; James H. Lucas, Speaker of the House of Representatives; Chris Murphy, Chairman of the House of Representatives Judiciary Committee; Wallace H. Jordan, Chairman of the House of Representatives Elections Law Subcommittee; Howard Knapp, Executive Director of the South Carolina State Election Commission; and John Wells, Joanne Day, Clifford J. Elder, Linda McCall, and Scott Moseley, each members of the South Carolina State Election Commission (collectively, "Defendants"), by and through their respective counsel, and jointly request that the Court hold an emergency hearing regarding scheduling no later than Tuesday, December 21, 2021.

## ARGUMENT

Plaintiffs filed their original Complaint on October 12, 2021. ECF No. 1. On November 4, 2021, the House Defendants filed a Motion to Stay. ECF No. 51. On November 9, 2021, Plaintiffs filed a Motion for Preliminary Injunction. ECF No. 59. That same day, the Senate Defendants filed a Motion to Dismiss or, in the Alternative, to Stay the Case (ECF No. 57), and the Governor filed a Motion to Dismiss (ECF No. 61). On November 12, 2021, the Court entered an Order and Opinion granting in part the House Defendants' Motion to Stay, denying the Senate Defendants' Motion to Dismiss, and staying the case until January 18, 2022. *See* ECF No. 63. In its Order, the Court declined to rule on the Governor's Motion to Dismiss and "[a]ssum[ed] without deciding that Plaintiffs have standing to bring their claim," "conclud[ing] nonetheless that Plaintiffs' claims

---

[1] On December 6, 2021, after this litigation commenced, the South Carolina Senate elected a new President. Therefore, Thomas C. Alexander, the new President of the Senate, is automatically substituted for Senator Harvey Peeler as a party. *See* Fed. R. Civ. P. 25(d)(1).

are not yet ripe and stay[ing] the proceedings to give the Legislature the opportunity to timely perform its redistricting duties." *Id*. at 9.

On December 6, 2021, the Court issued a Text Order (ECF No. 69) setting a response deadline of December 17, 2021, for two pending motions: Plaintiffs' Motion for a Preliminary Injunction (ECF No. 59) and the Governor's Motion to Dismiss (ECF No. 61). On December 15, 2021, Plaintiffs' counsel—with the consent of all Defendants—filed a letter informing the Court that due to the enactment of legislation creating new House and Senate districts, Plaintiffs intend to file an amended complaint on or before December 23, 2021. *See* ECF No. 73. Because the filing of an amended complaint would moot Plaintiffs' Motion for Preliminary Injunction and the Governor's Motion to Dismiss, *see Truauto, LLC v. Textron Specialized Vehicles, Inc.*, No. 2:19-CV-1381-RMG, 2019 WL 7811290, at *1 (D.S.C. Sept. 27, 2019), Plaintiffs requested and received Defendants' consent to amend their complaint and to seek an extension of time for all parties to respond to the pending motions. *See* ECF No. 73. Accordingly, Plaintiffs requested, "[i]n the interest of judicial economy and preserving the parties' resources," that the Court extend the December 17, 2021 deadline for responses to the pending motions until December 27, 2021, because Plaintiffs' plans to file an amended complaint in the interim would "make responses to those motions unnecessary." *See* ECF No. 73.

On December 16, 2021, the Court issued a Text Order acknowledging Plaintiffs' intent to "file an amended complaint by December 23, 2021, as a result of legislation signed by Governor McMaster on December 10, 2021, creating new maps for the South Carolina House of Representatives and Senate districts." ECF No. 74.[2] Accordingly, the Court's Text Order postponed the filing of responses to the two pending motions since such motions will become moot

---

[2] Legislation regarding the U.S. Congressional districts is forthcoming.

upon the filing of Plaintiffs' amended complaint. *Id.* In addition to the foregoing, the Court further ordered that "any new motions regarding the amended complaint shall be filed by December 28, 2021, and any subsequent responses shall be due by January 5, 2021." *See id*.

Plaintiffs' original complaint and preliminary injunction in this action sought only to require the South Carolina Legislature to pass House and U.S. Congressional maps into law by a date that would allow for the resolution of any necessary litigation ahead of the statutory March 30, 2022 candidate declaration deadline. ECF No. 59 at 20-21 (asking the Court to impose a December 15, 2021 deadline for the Legislature to pass maps). By contrast, Plaintiffs' amended complaint will contain substantive legal challenges to individual State legislative districts.

The Parties share and appreciate the Court's interest in the expeditious administration of justice. However, all Parties agree that meeting the December 28 and January 5 deadlines imposed by the December 16, 2021 Text Order pose an undue burden. Accordingly, the Parties ask the Court to provide them with an opportunity to articulate why a briefing schedule with later deadlines promotes both the interest and appearance of justice in this matter.

## CONCLUSION

The Court should grant this Joint Motion agreed to by all Parties, and the Parties request the Court hold an emergency hearing no later than Tuesday, December 21, 2021.

Respectfully submitted,

Leah C. Aden**  
Stuart Naifeh**  
Raymond Audain**  
John S. Cusick**  
NAACP Legal Defense & Educational Fund, Inc.  
40 Rector St, 5th Fl.  
NY, NY 10006  
Tel.: (212) 965-7715  
laden@naacpldf.org

s/*Christopher J. Bryant*  
Christopher J. Bryant, Fed. ID 12538  
Boroughs Bryant, LLC  
1122 Lady St., Ste. 208  
Columbia, SC 29201  
Tel.: (843) 779-5444  
chris@boroughsbryant.com

Somil B. Trivedi**

4

Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
sosaki@aclu.org

John A. Freedman*
Elisabeth S. Theodore*
Gina M. Colarusso*
John "Jay" B. Swanson*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000

Jeffrey A. Fuisz*
Paula Ramer*
Jonathan I. Levine*
Theresa M. House*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300

*Attorneys for Plaintiffs*

s/Thomas A. Limehouse, Jr.
Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
*Chief Legal Counsel*
Wm. Grayson Lambert (Fed. Bar No. 11761)
*Senior Legal Counsel*
Michael G. Shedd (Fed. Bar No. 13314)
*Deputy Legal Counsel*
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
tlimehouse@governor.sc.gov

Patricia Yan**
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org
pyan@aclu.org

Allen Chaney, Fed. ID 13181
American Civil Liberties Union
of South Carolina
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

*Attorneys for Plaintiffs*

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*

5

glambert@governor.sc.gov
mshedd@governor.sc.gov

Christopher E. Mills (Fed. Bar No. 13432)
SPERO LAW LLC
557 East Bay Street #22251
Charleston, South Carolina 29413
(843) 606-0640
cmills@spero.law

*Counsel for Governor McMaster*

s/Jane Trinkley
M. Elizabeth Crum (Fed. Bar #372)
Jane Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
**BURR & FORMAN LLP**
Post Office Box 11390
Columbia, SC  29211
Telephone:  (803) 799-9800
Facsimile:  (803) 753-3278

*Attorneys for Election Commission Defendants*


s/ William W. Wilkins
William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900 (29601) Post Office Box 10648 Greenville, SC 29603-0648
Telephone: 864.370.2211
bwilkins@nexsenpruet.com
amathias@nexsenpruet.com

Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Hamilton B. Barber (Fed. ID No. 13306)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201) Post Office Drawer 2426
Columbia, SC 29202
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
HBarber@nexsenpruet.com
*Attorneys for House Defendants*

*/s/Robert E. Tyson Jr.*
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*
\**Pro hac vice* application forthcoming