# EXHIBIT H
**(Affidavit of James H. Lucas)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>                   Plaintiffs,<br><br>    v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>                   Defendants. | Civil Action No. 3:21-cv-03302-JMC-TJH-RMG<br><br><br>**AFFIDAVIT OF JAMES H. LUCAS** |

**PERSONALLY APPEARED BEFORE ME**, James H. Lucas, who after first being duly sworn, deposes and states as follows:

1.   I am above the age of eighteen (18) and I submit this affidavit based upon my personal knowledge.

2.   I am currently the Speaker of the South Carolina House of Representatives, a defendant in this case. I was elected Speaker of the House on December 2, 2014.

3.   As the current Speaker of the House, I am a named defendant in this case and expect be one of the House Defendants' witnesses in this litigation including at trial.

4.   Prior to being elected Speaker of the House, I was involved in previous redistricting litigation, including the redistricting cycles that led to the cases of *Colleton Cty. Council v. McConnell*, 201 F. Supp. 2d 618 (D.S.C. 2002) and *Backus v. South Carolina*, 857 F. Supp. 2d 553 (D.S.C.), *aff'd,* 568 U.S. 801 (2012).

5.   The Honorable Richard M. Gergel ("Judge Gergel"), who I understand is currently one of the judges on the Three-Judge Panel assigned to hear this case, was lead counsel for then-Governor James H. Hodges in *Colleton County*.

6.   As lead counsel for Governor Hodges in *Colleton County*, Judge Gergel deposed me in my capacity as a witness in the *Colleton County* litigation. Some 20 years later, I still have a vivid recollection of that deposition. I remember Judge Gergel's style and his deposition of me was indeed vigorous and comprehensive.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
James H. Lucas

SWORN AND SUBSCRIBED TO BEFORE
ME THIS ___ day of January, 2022.

_____
Notary Public, State of South Carolina
My Commission Expires: 1-16-25

2