# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission, <br><br> Defendants. | Civil Action No. 3:21-cv-03302-JMC-TJH-RMG <br><br><br> **JOINT STIPULATION** |

WHEREAS Plaintiffs, The South Carolina State Conference of the NAACP and Taiwan Scott, on behalf of himself and all other similarly situated persons, and all Defendants above named, by and through their undersigned counsel, hereby desire to enter into this stipulation

concerning the applicability of certain portions of the Local Civil Rules regarding depositions in the District of South Carolina;

WHEREAS Plaintiffs and all Defendants above named may be collectively referred to herein as the "**Parties**";

WHEREAS the above-captioned case, Civil Action No. 3:21-cv-03302-JMC-TJH-RMG, may be referred to herein as the "**Action**"; and

WHEREAS the Parties met and conferred and reached an agreement regarding the operation of the Local Civil Rules (D.S.C.), for the purposes of avoiding unnecessary disputes that could arise throughout the course of depositions in this Action due to its streamlined nature.

NOW, THEREFORE, IT IS on this 2nd day of February, 2022, STIPULATED as follows:

1. The Parties agree that each side may take no more than fifteen (15) depositions, including expert witness depositions. The Parties have agreed that, generally, all reasonable efforts will be made to limit the duration of each deposition to five (5) hours.

2. Given the ongoing nature of the COVID-19 pandemic and the fact that some witnesses reside outside of South Carolina, the Parties agree that depositions in this Action may be taken remotely via Zoom, Webex, or another reliable and agreed-upon electronic means. This does not prevent the Parties from taking live, in-person depositions in this Action. The Parties agree to work cooperatively regarding the scheduling and taking of depositions on a witness-by-witness basis.

3. The Parties agree that Local Civil Rule 30.02, regarding objections to telephonic depositions, does not apply to this Action.

4. The Parties agree that the seven (7) day timeframe within Local Civil Rule 30.04(C) shall be reduced to (3) days.

5.      The Parties agree that the "at least seven (7) days" timeframe within Local Civil Rule 30.04(H) shall be reduced to at least two (2) days. Furthermore, the Parties agree that Local Civil Rule 30.04(H) does not apply to expert witnesses and, therefore, deposing counsel need not provide to opposing counsel a copy of any documents to be shown to an expert witness during the expert witness's deposition.

6.      The Parties may modify this Joint Stipulation, provided, however, that any modification shall not be effective unless it appears in a writing signed by all Parties.

Respectfully submitted,

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Antonio L. Ingram II**
NAACP Legal Defense & Educational Fund, Inc.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Samantha Osaki**
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
sosaki@aclu.org

*/s/ Christopher J. Bryant*
Christopher J. Bryant, Fed. ID 12538
Boroughs Bryant, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi**
Patricia Yan**
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org
pyan@aclu.org

Allen Chaney, Fed. ID 13181
American Civil Liberties Union
of South Carolina
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Janette M. Louard*
Anthony P. Ashton*

John A. Freedman\*
Elisabeth S. Theodore\*
Gina M. Colarusso\*
John "Jay" B. Swanson\*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000

Jeffrey A. Fuisz\*
Paula Ramer\*
Jonathan I. Levine\*
Theresa M. House\*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000

Sarah Gryll\*\*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300

Anna Kathryn Barnes\*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiffs*

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*

*/s/ Mark C. Moore*
William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica H. Wells (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EWells@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

*Attorneys for James H. Lucas, Chris Murphy, and Wallace H. Jordan*

5

*/s/Wm. Grayson Lambert*
Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
Wm. Grayson Lambert (Fed. Bar No. 11761)
Michael G. Shedd (Fed. Bar No. 13314)
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
tlimehouse@governor.sc.gov
glambert@governor.sc.gov
mshedd@governor.sc.gov

Christopher E. Mills (Fed. Bar No. 13432)
SPERO LAW LLC
557 East Bay Street #22251
Charleston, South Carolina 29413
(843) 606-0640
cmills@spero.law

*Counsel for Governor McMaster*


*/s/Robert E. Tyson, Jr.*
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*

6

*/s/Jane Trinkley*
M. Elizabeth Crum (Fed. Bar #372)
Jane Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC  29211
Telephone:  (803) 799-9800

*Attorneys for Election Commission Defendants*


February 2, 2022
Columbia, South Carolina