IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT SOUTH CAROLINA
Columbia Division

THE SOUTH CAROLINA STATE
CONFERENCE OF THE NAACP *et al.*

   *Plaintiffs*,

  v.

HENRY McMASTER, in his official
capacity as Governor of South Carolina *et al.*

   *Defendants*.

Case No. 3:21-cv-03302-JMC

**Application/Affidavit for** *Pro Hac Vice* **Admission**

(1)  Name.   John     Arak      Freedman
       First     Middle     Last

(2)  Residence. I reside in the following state:    Maryland
   If a South Carolina resident, indicate months/years of residence: _____

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name:  Arnold & Porter Kaye Scholer LLP
   Mailing address: 601 Massachusetts Ave., NW    City/State/Zip Washington, DC 20001
   Telephone number: 202-942-5316
   Facsimile number: 202-942-5999
   E-mail address: john.freedman@arnoldporter.com
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the

United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing |
|---|---|---|
| See attached as Exhibit A | | ☒ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

---

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☒ Yes  ☐ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.
  See Exhibit B_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name:      __Christopher J. Bryant_____
Firm Name: _Boroughs Bryant, LLC_____
Street Address or Post Office Box:    __1122 Lady Steet, Suite 208_____
City, State, and Zip Code:    __Columbia, SC 29201_____
Telephone Number: __843-779-5444_____
E-Mail Address: __chris@boroughsbryant.com __
I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
  _Allen Cheney (Federal Bar No. 13181)_____
   _Leah Alden, Stuart Naifeh, Raymond Audain, John S. Cusick, Somil B. Trivendi, Patricia Yan_ .
   _Samanth Osaki, Elisabeth S. Theodore, Gina M. Colarusso, John "Jay" B. Swanson,_____ .
   _Jeffrey A. Fuisz, Paula Ramer, Jonathan I. Levine, Theresa M. House, Sarah Gryll,_____ .
   _Adam Pergament, John Hindley_____ .

(14) Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:

__THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP__
__TAWAIN SCOTT__

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

**Sworn to and subscribed before me**
this __31st__ day of __January__, 20__22__.

_____
A Notary Public
of the ~~State~~ City of __District of Columbia__

My Commission expires: JEAN A. JANTZ
Notary Public of District of Columbia
My Commission Expires April 30, 2022

Exhibit A
JOHN A. FREEDMAN
FEDERAL AND STATE BAR ADMISSIONS

| | |
|---|---|
| The Commonwealth of Massachusetts | 12/27/1995 |
| The State of New York | 01/23/1996 |
| The District of Columbia | 12/02/1996 |
| United States Court of Appeals for the District of Columbia Circuit | 12/02/1998 |
| United States District Court for the District of Columbia | 02/02/1998 |
| United States Court of Appeals for the Fourth Circuit | 12/14/1998 |
| United States District Court for the Southern District of New York | 04/20/1999 |
| United States Supreme Court | 06/01/1999 |
| United States District Court for the District of Massachusetts | 08/22/2001 |
| United States Court of Appeals for the Sixth Circuit | 03/13/2006 |
| United States Court of Appeals for the Tenth Circuit | 04/15/2014 |
| United States District Court for the District of Maryland | 01/26/2018 |
| United States Court of Appeals for the Second Circuit | 10/01/2018 |
| United States Court of Appeals for the Eighth Circuit | 11/16/2021 |

Exhibit B
JOHN A. FREEDMAN
PRIOR SOUTH CAROLINA PRO HAC ADMISSIONS

1. United States District Court for District of South Carolina, *Disability Rights South Carolina et al. v. McMaster et al.*, Case No. 3:21-cv-02728-MGL; Applied September 2021; Local Counsel: Allen Cheney; application granted.

2. Greenville Circuit Court, *Greenville Co. v. Rite Aid et al.*, 2018 CP 2301294, Case consolidated with *In re Opioid Litigation*; Applied 2018; Local Counsel: Brian Duffy, application granted.