**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>     Plaintiffs,<br><br>  v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>     Defendants. | Civil Action No. 3:21-cv-03302-JMC-TJH-RMG<br><br>**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER** |

   Plaintiffs, The South Carolina State Conference of the NAACP and Taiwan Scott, on behalf of himself and all other similarly situated persons, and all Defendants above named, by and through their undersigned counsel, jointly move this Court for entry of a Confidentiality Order.

CONSENT:

The attached proposed Confidentiality Order is requested by consent of all parties.

CONTENT:

The attached proposed Confidentiality Order is a modified version of the standard form on the Court's website and the modifications have been indicated by attaching a "redlined" copy of the document. An explanation of the basis for each proposed modification is as follows:

Paragraph 3 has been modified to remove the requirement in the Court's standard Order that an attorney must make a written certification concurrently with the production of documents. Requiring a separate certification for each production is not practical given the large volume of documents that will be produced in this case and the streamlined nature of this case. The Parties have, however, retained the requirement that a Party may only designate documents as Confidential after review of such documents by an attorney who has, in good faith, determined that they contain information that qualifies as Confidential.

Paragraph 4 has been modified to shorten the seven (7) business day timeframe to five (5) days due to the streamlined nature of this case.

Paragraph 5(a) has been modified to remove the language in the Court's standard Order regarding class members and class litigation as that language is inapplicable to this case.

Paragraph 5(b) has been added to impose certain limitations on the use of Confidential material.

Paragraph 5(c)(2) has been modified to remove the requirement in the Court's standard Order that an attorney must make a written certification when Confidential information is disclosed to an individual party or employee of a party. Requiring a separate certification each time Confidential information is disclosed to a party or employee of a party is not practical given the

large volume of personnel involved in this case and the streamlined nature of this case. The Parties have replaced the certification requirement with a good faith requirement.

Paragraph 5(d) has been modified to remove the requirement from the Court's standard Order that counsel shall maintain a record of persons who have reviewed or been given access to Confidential documents along with originals of the forms signed by those persons acknowledging their obligations under the Confidentiality Order. Such a requirement is not practical given the large volume of personnel involved in this case and the streamlined nature of this case.

Paragraph 5(e) has been modified to add language providing that the Parties may paraphrase or summarize material that is subject to the Confidentiality Order without including such a notation, as long as such paraphrasing is done in such a manner as to maintain the confidential nature of the material.

Paragraph 6(b) has been added to include language providing that Confidential documents and/or information may be offered as evidence at trial, subject to any restrictions the Court may order or apply to protect the Confidential information from unauthorized disclosure. Paragraph 6(b) also includes additional language regarding the offering of Confidential information at trial.

Paragraph 8(b) has been modified to shorten fifteen (15) day timeframe to (5) days due to the streamlined nature of this case.

Paragraph 8(d) has been added to include language regarding the retraction of a confidentiality designation.

**WE SO MOVE**

Respectfully submitted,

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Antonio L. Ingram II**
NAACP Legal Defense & Educational Fund, Inc.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Samantha Osaki**
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
sosaki@aclu.org

John A. Freedman*
Elisabeth S. Theodore*
Gina M. Colarusso*
John "Jay" B. Swanson*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000

Jeffrey A. Fuisz*
Paula Ramer*
Jonathan I. Levine*
Theresa M. House*
ARNOLD & PORTER KAYE SCHOLER

*/s/ Christopher J. Bryant*
Christopher J. Bryant, Fed. ID 12538
Boroughs Bryant, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi**
Patricia Yan**
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org
pyan@aclu.org

Allen Chaney, Fed. ID 13181
American Civil Liberties Union
of South Carolina
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiffs*

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000

Sarah Gryll\*\*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300

5

*/s/ Mark C. Moore*
William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica H. Wells (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EWells@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

*Attorneys for James H. Lucas, Chris Murphy, and Wallace H. Jordan*

*/s/Wm. Grayson Lambert*
Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
Wm. Grayson Lambert (Fed. Bar No. 11761)
Michael G. Shedd (Fed. Bar No. 13314)
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
tlimehouse@governor.sc.gov
glambert@governor.sc.gov
mshedd@governor.sc.gov

Christopher E. Mills (Fed. Bar No. 13432)
SPERO LAW LLC
557 East Bay Street #22251
Charleston, South Carolina 29413
(843) 606-0640
cmills@spero.law

*Counsel for Governor McMaster*


*/s/Robert E. Tyson, Jr.*
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*

7

*/s/Jane Trinkley*
M. Elizabeth Crum (Fed. Bar #372)
Jane Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC  29211
Telephone:  (803) 799-9800

*Attorneys for Election Commission Defendants*


February 3, 2022
Columbia, South Carolina

8