**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>                Plaintiffs,<br><br>   v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>                Defendants. | Civil Action No. 3:21-cv-03302-JMC-TJH-RMG<br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

      Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official capacity as

Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "**House Defendants**"), by and through their undersigned counsel, hereby file this Consent Motion to Amend Scheduling Order and respectfully request that the Court issue the proposed First Amended Scheduling Order attached as *Exhibit A*. In support of this Motion, the House Defendants state as follows:

1. The Parties are engaged in ongoing discovery. Pursuant to the current Scheduling Order, Plaintiffs disclosed their expert reports on January 24, 2022. (ECF No. 97). Thereafter, the House Defendants disclosed their expert reports on February 1, 2022. *Id.* Under the current Scheduling Order, the Parties are required to disclose their rebuttal expert reports by February 7, 2022. *Id.*

2. The Parties and their respective experts are working diligently but require additional time to disclose their rebuttal expert reports.

3. In light of the foregoing, the Parties agree that a modest extension of three (3) days should provide the House Defendants' expert witnesses with sufficient time to review the data and other information to be produced by Plaintiffs. To maintain already-noticed depositions and accommodate Plaintiffs' experts' schedules, the Parties agree that already-noticed experts will disclose their rebuttal reports two (2) days before their noticed depositions, and other experts will receive a reciprocal three (3) day extension.

4. Prior to filing this Motion, and pursuant to Local Civil Rule 7.02 (D.S.C.), counsel for the House Defendants consulted with counsel for all other Parties, and counsel for all other Parties have indicated that they consent to the relief requested herein.

5. This is the House Defendants' first request to amend the Scheduling Order. The proposed First Amended Scheduling Order will extend the rebuttal expert deadline by three (3)

days, to February 10, 2022. Plaintiffs' experts whose depositions have already been noticed on or before February 10, 2022 will disclose their rebuttal reports two (2) days before their noticed deposition. No other deadlines will be affected.

6.  Therefore, the House Defendants respectfully request that the Court issue the proposed First Amended Scheduling Order attached as *Exhibit A*, a copy of which will be submitted to Chambers in accordance with the Court's filing preferences. The House Defendants can also supply a redline of the proposed changes if helpful to the Court.

*[SIGNATURE PAGE FOLLOWS]*

        Respectfully submitted,

        */s/ Mark C. Moore*
        William W. Wilkins (Fed. ID No. 4662)
        Andrew A. Mathias (Fed. ID No. 10166)
        Konstantine P. Diamaduros (Fed. ID No. 12368)
        NEXSEN PRUET, LLC
        104 S. Main Street, Suite 900
        Greenville, SC 29601
        Telephone: 864.370.2211
        BWilkins@nexsenpruet.com
        AMathias@nexsenpruet.com
        KDiamaduros@nexsenpruet.com

        Mark C. Moore (Fed. ID No. 4956)
        Jennifer J. Hollingsworth (Fed. ID No. 11704)
        Erica H. Wells (Fed. ID No. 13206)
        Hamilton B. Barber (Fed. ID No. 13306)
        Michael A. Parente (Fed. ID No. 13358)
        NEXSEN PRUET, LLC
        1230 Main Street, Suite 700
        Columbia, SC 29201
        Telephone: 803.771.8900
        MMoore@nexsenpruet.com
        JHollingsworth@nexsenpruet.com
        EWells@nexsenpruet.com
        HBarber@nexsenpruet.com
        MParente@nexsenpruet.com

        Rhett D. Ricard (Fed. ID No. 13549)
        NEXSEN PRUET, LLC
        205 King Street, Suite 400
        Charleston, SC 29401
        Telephone: 843.720.1707
        RRicard@nexsenpruet.com

February 4, 2022        *Attorneys for James H. Lucas, Chris Murphy,*
Columbia, South Carolina        *and Wallace H. Jordan*