UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, ET ANO, Plaintiffs, <br><br> v. <br><br> HENRY D. MCMASTER ET AL, Defendants. | Case No. 21-cv-03302 (JMC) <br><br> Application/Affidavit for <br><br> *Pro Hac Vice* Admission |

(1) <u>Name</u>. Jeffrey A. Fuisz

(2) <u>Residence</u>. I reside in the following state: New York
If a South Carolina resident, indicate months/years of residence: N/A

(3) <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

Firm name: Arnold & Porter Kaye Scholer LLP

Mailing address: 250 West 55th Street   City/State/Zip New York, NY 10019

Telephone number: (212) 836-8000

Facsimile number (212) 836-8689

E-mail address: Jeffrey.Fuisz@arnoldporter.com

(Application will not be considered without an e-mail address to receive electronic notification.)

(4) <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) <u>Regular Practice of Law</u>. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of New York where I regularly practice law. **Attached is my certificate of good standing.**

(6) <u>Additional Bar Membership</u>. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing |
|---|---|---|
| Second Circuit | 10/23/96 | X Yes ☐ No |
| Fourth Circuit | 1/30/14 | X Yes ☐ No |
| Tenth Circuit | 6/15/15 | X Yes ☐ No |
| SDNY/EDNY | 3/2/93 | X Yes ☐ No |
| District of Columbia | 3/7/14 | X Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? .................................................. ☐ Yes   X No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes   X No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes   X No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes   X No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes   X No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(12)  Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

| | |
|---|---|
| Attorney Name: | Christopher J. Bryant, Esq. |
| Firm Name: | Boroughs Bryant LLC |
| Street Address or Post Office Box: | 1122 Lady Street, Suite 208 |
| City, State, and Zip Code: | Columbia, SC 29201 |
| Telephone Number: | (843) 779-5444 |
| E-Mail Address: | chris@boroughsbryant.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

NAACP Legal Defense & Education Fund, Inc.
American Civil Liberties Union Foundation
American Civil Liberties Union of South Carolina

(14)  Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:

The South Carolina State Conference of the NAACP
Taiwan Scott

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

**Sworn to and subscribed before me**
this _3rd_ day of _Feb_, 20_22_

_____
A Notary Public
of the State of _New York_

My Commission expires: _10/30/2025_

AUGUSTO MADERA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6366602
Qualified in New York County
My Commission Expires 10-30-2025



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Jeffrey A. Fuisz

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 2, 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on October 12, 2021.

*Susanna M. Rojas*
Clerk of the Court

CertID-00035498



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020