# Exhibit B

# NEXSEN PRUET

**Mark C. Moore**
Member

January 24, 2022

**DELIVERED VIA EMAIL**

Chris Bryant
Boroughs Bryant, LLC
1122 Lady Street, Suite 208
Columbia, SC 29201
chris@boroughsbryant.com

Re:   House Defendants First Rolling Production

Dear Chris:

On behalf of Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "House Defendants"), we are producing a first set of documents responsive to Plaintiffs' First Set of Requests for Production of Documents dated January 7, 2022. As we discussed and agreed, we are producing these documents on a rolling basis and we intend to produce additional documents this week. This production contains emails from the redistricting@schouse.gov email account.

As requested, the first production is being sent via FTP to all counsel of record for Plaintiffs. Because the productions are expected to be voluminous, we intend to send the productions to only the following counsel for the other defendants: (1) Rob Tyson for the Senate; (2) Liz Crum for the Election Commission; and (3) Thomas Limehouse for Governor McMaster. If counsel for the other defendants request that we provide copies of the productions to additional counsel, please let us know. The production includes 1,852 documents Bates labeled **SC_HOUSE_0000001 – SC_HOUSE_0010047.**

Please let us know if you have any questions or concerns.

Austin
Charleston
Charlotte
**Columbia**
Greensboro
Greenville
Bluffton / Hilton Head
Myrtle Beach
Raleigh

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC  29202
www.nexsenpruet.com

**T** (803) 540-2146
**F** 803.727.1458
**E** MMoore@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

Chris Bryant
January 24, 2022
Page 2


Very truly yours,

Mark C. Moore


cc:    Allen Chaney
       Antonio Ingram
       John Cusick
       Leah Aden
       Patricia Yan
       Raymond Audain
       Samantha Osaki
       Somil Trivedi
       Adriel Cepeda Derieux
       Stuart Naifeh
       Sarah Gryll
       Thomas Limehouse
       Christopher Mills
       Grayson Lambert
       Michael Shedd
       Rob Tyson
       La'Jessica Stringfellow
       Lisle Traywick
       John Gore
       Steve Kenny
       Jane Trinkley
       Liz Crum
       Michael Burchstead
       Thomas Nicolson
       William Wilkins
       Andrew Mathias
       Jennifer Hollingsworth
       Michael Parente
       Hamilton Barber
       Erica Wells
       Konstantine Diamaduros
       Shannon Lipham
       Rhett Ricard

# NEXSEN PRUET

**Mark C. Moore**
Member

January 25, 2022

Austin
Charleston
Charlotte
**Columbia**
Greensboro
Greenville
Bluffton / Hilton Head
Myrtle Beach
Raleigh

**DELIVERED VIA EMAIL**

Chris Bryant
Boroughs Bryant, LLC
1122 Lady Street, Suite 208
Columbia, SC 29201
chris@boroughsbryant.com

Re:     House Defendants Second Rolling Production

Dear Chris:

On behalf of Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "House Defendants"), we are producing a second set of documents responsive to Plaintiffs' First Set of Requests for Production of Documents dated January 7, 2022. As we discussed and agreed, we are producing these documents on a rolling basis and we intend to produce additional documents this week. This production contains documents from the House redistricting websites from the 2001, 2011, and 2021 redistricting cycles, with the corresponding request for production number attached.

As requested, the second production is being sent via FTP to all counsel of record for Plaintiffs. Because the productions are expected to be voluminous, we intend to send the productions to only the following counsel for the other defendants: (1) Rob Tyson for the Senate; (2) Liz Crum for the Election Commission; and (3) Thomas Limehouse, Grayson Lambert, and Michael Shedd for Governor McMaster. If counsel for the other defendants request that we provide copies of the productions to additional counsel, please let us know. The production includes 2,362 documents Bates labeled **SC_HOUSE_00010048 – SC_HOUSE_0035735**, which includes the 2001 website Bates labeled as **SC_HOUSE_0010048 - SC_HOUSE_0010307**, the 2011 website Bates labeled as **SC_HOUSE_0010308 - SC_HOUSE_0029881**, and the 2021 website Bates labeled as **SC_HOUSE_0029882 - SC_HOUSE_0035735**.

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC 29202
www.nexsenpruet.com

**T** (803) 540-2146
**F** 803.727.1458
**E** MMoore@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

Chris Bryant
January 25, 2022
Page 2

Please let us know if you have any questions or concerns.

Very truly yours,

Mark C. Moore

cc: Allen Chaney
Antonio Ingram
John Cusick
Leah Aden
Patricia Yan
Raymond Audain
Samantha Osaki
Somil Trivedi
Adriel Cepeda Derieux
Stuart Naifeh
Sarah Gryll
John Freedman
Thomas Limehouse
Christopher Mills
Grayson Lambert
Michael Shedd
Rob Tyson
La'Jessica Stringfellow
Lisle Traywick
John Gore
Steve Kenny
Jane Trinkley
Liz Crum
Michael Burchstead
Thomas Nicolson
William Wilkins
Andrew Mathias
Jennifer Hollingsworth
Michael Parente
Hamilton Barber
Erica Wells
Konstantine Diamaduros
Shannon Lipham
Rhett Ricard

# NEXSEN PRUET

**Mark C. Moore**
Member

January 27, 2022

**DELIVERED VIA EMAIL**

Chris Bryant
Boroughs Bryant, LLC
1122 Lady Street, Suite 208
Columbia, SC 29201
chris@boroughsbryant.com

Re:    House Defendants' Third Rolling Production

Dear Chris:

On behalf of Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "House Defendants"), we are producing a third set of documents responsive to Plaintiffs' First Set of Requests for Production of Documents and Interrogatories dated January 7, 2022. As we discussed and agreed, we are producing these documents on a rolling basis and we intend to produce additional documents this week. This production contains legislative manuals dating back to 1980, which are responsive to Interrogatory No. 3.

As requested, the second production is being sent via FTP to all counsel of record for Plaintiffs. Because the productions are expected to be voluminous, we intend to send the productions to only the following counsel for the other defendants: (1) Rob Tyson for the Senate; (2) Liz Crum for the Election Commission; and (3) Thomas Limehouse, Grayson Lambert, and Michael Shedd for Governor McMaster. If counsel for the other defendants request that we provide copies of the productions to additional counsel, please let us know. The production includes 158 documents Bates labelled **SC_HOUSE_0035736 – SC_HOUSE_0061491.**

Please let us know if you have any questions or concerns.

Austin
Charleston
Charlotte
**Columbia**
Greensboro
Greenville
Bluffton / Hilton Head
Myrtle Beach
Raleigh

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC 29202
www.nexsenpruet.com

**T** (803) 540-2146
**F** 803.727.1458
**E** MMoore@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

Chris Bryant
January 27, 2022
Page 2


Very truly yours,

Mark C. Moore

cc: Allen Chaney
    Antonio Ingram
    John Cusick
    Leah Aden
    Patricia Yan
    Raymond Audain
    Samantha Osaki
    Somil Trivedi
    Adriel Cepeda Derieux
    Stuart Naifeh
    Sarah Gryll
    John Freedman
    Thomas Limehouse
    Christopher Mills
    Grayson Lambert
    Michael Shedd
    Rob Tyson
    La'Jessica Stringfellow
    Lisle Traywick
    John Gore
    Steve Kenny
    Jane Trinkley
    Liz Crum
    Michael Burchstead
    Thomas Nicolson
    William Wilkins
    Andrew Mathias
    Jennifer Hollingsworth
    Michael Parente
    Hamilton Barber
    Erica Wells
    Konstantine Diamaduros
    Shannon Lipham
    Rhett Ricard

# NEXSEN PRUET

Mark C. Moore
Member

January 28, 2022

**DELIVERED VIA EMAIL**

Chris Bryant
Boroughs Bryant, LLC
1122 Lady Street, Suite 208
Columbia, SC 29201
chris@boroughsbryant.com

Re:    House Defendants' Fourth Rolling Production

Dear Chris:

On behalf of Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "House Defendants"), we are producing a fourth set of documents responsive to Plaintiffs' First Set of Requests for Production of Documents and Interrogatories dated January 7, 2022. As we discussed and agreed, we are producing these documents on a rolling basis. This production contains videos of meetings and files from the South Carolina Election Commission.

As requested, this fourth production is being sent via FTP to all counsel of record for Plaintiffs. Because the productions are expected to be voluminous, we intend to send the productions to only the following counsel for the other defendants: (1) Rob Tyson for the Senate; (2) Liz Crum for the Election Commission; and (3) Thomas Limehouse, Grayson Lambert, and Michael Shedd for Governor McMaster. If counsel for the other defendants request that we provide copies of the productions to additional counsel, please let us know. The production includes 32 documents Bates labelled **SC_HOUSE_0061492 – SC_HOUSE_0061523**. The videos are Bates labelled **SC_HOUSE_0061492 – SC_HOUSE_0061515** and the Election Commission files are Bates labelled **SC_HOUSE_0061516 – SC_HOUSE_0061523.**

Please let us know if you have any questions or concerns.

Austin
Charleston
Charlotte
**Columbia**
Greensboro
Greenville
Bluffton / Hilton Head
Myrtle Beach
Raleigh

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC 29202
www.nexsenpruet.com

**T** (803) 540-2146
**F** 803.727.1458
**E** MMoore@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

Chris Bryant
January 28, 2022
Page 2

Very truly yours,

Mark C. Moore

cc:    Allen Chaney
       Antonio Ingram
       John Cusick
       Leah Aden
       Patricia Yan
       Raymond Audain
       Samantha Osaki
       Somil Trivedi
       Adriel Cepeda Derieux
       Stuart Naifeh
       Sarah Gryll
       John Freedman
       Gina Colarusso
       Thomas Limehouse
       Christopher Mills
       Grayson Lambert
       Michael Shedd
       Rob Tyson
       Cynthia Nygord
       La'Jessica Stringfellow
       Lisle Traywick
       John Gore
       Steve Kenny
       Jane Trinkley
       Liz Crum
       Michael Burchstead
       Thomas Nicolson
       William Wilkins
       Andrew Mathias
       Jennifer Hollingsworth
       Michael Parente
       Hamilton Barber
       Erica Wells
       Konstantine Diamaduros
       Shannon Lipham
       Rhett Ricard

# NEXSEN PRUET

Mark C. Moore
Member

February 1, 2022

**DELIVERED VIA EMAIL**

Chris Bryant
Boroughs Bryant, LLC
1122 Lady Street, Suite 208
Columbia, SC 29201
chris@boroughsbryant.com

Re:   House Defendants' Fifth Rolling Production

Dear Chris:

On behalf of Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "House Defendants"), we are producing a fifth set of documents responsive to Plaintiffs' First Set of Requests for Production of Documents and Interrogatories dated January 7, 2022. As we discussed and agreed, we are producing these documents on a rolling basis. This production contains documents related to the public hearings. The RFP designations are attached.

As requested, this fifth production is being sent via FTP to all counsel of record for Plaintiffs. Because the productions are expected to be voluminous, we intend to send the productions to only the following counsel for the other defendants: (1) Rob Tyson for the Senate; (2) Liz Crum and Jane Trinkley for the Election Commission; and (3) Thomas Limehouse, Grayson Lambert, and Michael Shedd for Governor McMaster. If counsel for the other defendants request that we provide copies of the productions to additional counsel, please let us know. The production includes 91 documents Bates labelled **SC_HOUSE_0061524 – SC_HOUSE_0062043.**

Please let us know if you have any questions or concerns.

Austin
Charleston
Charlotte
**Columbia**
Greensboro
Greenville
Bluffton / Hilton Head
Myrtle Beach
Raleigh

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC  29202
www.nexsenpruet.com

**T** (803) 540-2146
**F** 803.727.1458
**E** MMoore@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

Chris Bryant
February 1, 2022
Page 2

Very truly yours,

*[signature: Mark C. Moore]*

Mark C. Moore

cc:   Allen Chaney
      Antonio Ingram
      John Cusick
      Leah Aden
      Patricia Yan
      Raymond Audain
      Samantha Osaki
      Somil Trivedi
      Adriel Cepeda Derieux
      Stuart Naifeh
      Sarah Gryll
      John Freedman
      Gina Colarusso
      Thomas Limehouse
      Christopher Mills
      Grayson Lambert
      Michael Shedd
      Rob Tyson
      Cynthia Nygord
      La'Jessica Stringfellow
      Lisle Traywick
      John Gore
      Steve Kenny
      Jane Trinkley
      Liz Crum
      Michael Burchstead
      Thomas Nicolson
      William Wilkins
      Andrew Mathias
      Jennifer Hollingsworth
      Michael Parente
      Hamilton Barber
      Erica Wells
      Konstantine Diamaduros
      Shannon Lipham
      Rhett Ricard