# Exhibit D

## Barber, Hamilton B.

| | |
|---|---|
| **From:** | Chris Bryant <chris@boroughsbryant.com> |
| **Sent:** | Thursday, February 3, 2022 6:38 PM |
| **To:** | Christopher Mills; Shedd, Michael; Limehouse, Thomas; Lambert, Grayson; La'Jessica Stringfellow; Rob Tyson; Lisle Traywick; Gore, John M.; Kenny, Stephen J.; Mathias, Andrew A.; Wells, Erica H.; Barber, Hamilton B.; Hollingsworth, Jennifer J.; Moore, Mark C.; Parente, Michael A.; Ricard, Rhett D.; Wilkins, William W.; Diamaduros, Konstantine P; Trinkley, Jane; Crum, Liz; Burchstead, Michael; Nicholson, Thomas |
| **Cc:** | Allen Chaney; Adriel I. Cepeda Derieux; Antonio Ingram; John Cusick; Leah Aden; Patricia Yan; Raymond Audain; Samantha Osaki; Gryll, Sarah; Somil Trivedi; Stuart Naifeh; Hindley, John |
| **Subject:** | SC NAACP v. McMaster - SC NAACP Document production |

## {EXTERNAL EMAIL}

Counsel,

Attached please find SC NAACP's first production of documents. I will send a follow-up email with decryption instructions shortly.

Chris

 **SCNAACP 1st Production.zip**



**Christopher J. Bryant | Partner**
**BOROUGHS BRYANT, LLC**
1122 Lady Street, Suite 208 | Columbia, SC 29201
**E:** chris@boroughsbryant.com | **C:** 843.779.5444

**Barber, Hamilton B.**

| | |
|---|---|
| **From:** | Chris Bryant <chris@boroughsbryant.com> |
| **Sent:** | Thursday, February 3, 2022 6:52 PM |
| **To:** | Christopher Mills; Shedd, Michael; Limehouse, Thomas; Lambert, Grayson; La'Jessica Stringfellow; Rob Tyson; Lisle Traywick; Gore, John M.; Kenny, Stephen J.; Mathias, Andrew A.; Wells, Erica H.; Barber, Hamilton B.; Hollingsworth, Jennifer J.; Moore, Mark C.; Parente, Michael A.; Ricard, Rhett D.; Wilkins, William W.; Diamaduros, Konstantine P; Trinkley, Jane; Crum, Liz; Burchstead, Michael; Nicholson, Thomas |
| **Cc:** | Allen Chaney; Adriel I. Cepeda Derieux; Antonio Ingram; John Cusick; Leah Aden; Patricia Yan; Raymond Audain; Samantha Osaki; Gryll, Sarah; Somil Trivedi; Stuart Naifeh; Hindley, John |
| **Subject:** | SC NAACP v. McMaster - SC NAACP decryption instructions |
| **Attachments:** | 7-zip Instructions.pdf |

{EXTERNAL EMAIL}

Counsel:

The password for the previously mailed zip file is: *canyon aqua 37 Tiger window!*

The zip file is encrypted using 7-zip. Instructions for using 7-zip to decrypt this zip file are attached.

Chris



**Christopher J. Bryant | Partner**
**BOROUGHS BRYANT, LLC**
1122 Lady Street, Suite 208 | Columbia, SC 29201
**E:** chris@boroughsbryant.com | **C:** 843.779.5444

1