# Exhibit F

## Barber, Hamilton B.

| | |
|---|---|
| **From:** | Colarusso, Gina <Gina.Colarusso@arnoldporter.com> |
| **Sent:** | Thursday, January 27, 2022 5:28 PM |
| **To:** | Moore, Mark C.; Leah Aden; chris@boroughsbryant.com; achaney@aclusc.org; Antonio Ingram; jcusick@naacpldf.org; pyan@aclu.org; raudain@naacpldf.org; sosaki@aclu.org; strivedi@aclu.org; Stuart Naifeh; acepedaderieux@aclu.org; Shedd, Michael; Limehouse, Thomas; Lambert, Grayson; La'Jessica Stringfellow; Rob Tyson; Lisle Traywick; jmgore@jonesday.com; skenny@jonesday.com; Mathias, Andrew A.; Barber, Hamilton B.; Hollingsworth, Jennifer J.; Wilkins, William W.; Trinkley, Jane; Crum, Liz; Burchstead, Michael; Nicholson, Thomas; Ricard, Rhett D.; Diamaduros, Konstantine P; Parente, Michael A.; Christopher Mills; Werdenie, Sharon A. |
| **Cc:** | Freedman, John A.; Gryll, Sarah; Ramer, Paula; Theodore, Elisabeth; Hindley, John |
| **Subject:** | SC NAACP v. McMaster: Scheduling Second Meet and Confer |

{EXTERNAL EMAIL}

Counsel:

Pursuant to yesterday's discussion among counsel, I'm reaching out to schedule another call to discuss issues related to privilege. From our end, we are available on Tuesday (2/1) before 11am; Thursday (2/3) morning; and are available and flexible on Friday (2/4).

Please let us know what day/time works best for you.

Thanks and best regards,
Gina

_____

Gina Colarusso
Associate

Arnold & Porter
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
T: +1 202.942.6432
Gina.Colarusso@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com