*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | Privileged | | Copy of a draft HD 109 |
| 2 | | | | | | | Privileged | | Copy of a draft HD 55 |
| 3 | | | | | | | Privileged | | Copy of a draft HD 101 |
| 4 | | | | | | | Privileged | | Copy of a draft HD 101 |
| 5 | | | | | | | Privileged | | Copy of a draft HD 86 |
| 6 | | | | | | | Privileged | | Copy of a draft HD 101 |
| 7 | | | | | | | Privileged | | Copy of a draft HD 101 |
| 8 | | | | | | | Privileged | | Copy of a draft HD 101 |
| 9 | | | | | | | Privileged | | Copy of a draft HD 86 |
| 10 | | | | | | | Privileged | | Copy of a draft HD 67 |
| 11 | | | | | | | Privileged | | Copy of a draft HD 23 |
| 12 | | | | | | | Privileged | | Copy of a draft HD 25 |
| 13 | | | | | | | Privileged | | Copy of a draft HD 25 |
| 14 | | | | | | | Privileged | | Copy of a draft HD 19 |
| 15 | | | | | | | Privileged | | Copy of a draft HD 17 |
| 16 | | | | | | | Privileged | | Copy of a draft HD 23 |
| 17 | | | | | | | Privileged | | Copy of a draft HD 24 |
| 18 | | | | | | | Privileged | | Copy of a draft HD 25 |
| 19 | | | | | | | Privileged | | Copy of a draft HD 25 |
| 20 | | | | | | | Privileged | | Copy of a draft HD 35 |
| 21 | | | | | | | Privileged | | Copy of a draft HD 27 |
| 22 | | | | | | | Privileged | | Copy of a draft HD 16 |
| 23 | | | | | | | Privileged | | Copy of a draft HD 16 |
| 24 | | | | | | | Privileged | | Copy of a draft HD 28 |
| 25 | | | | | | | Privileged | | Copy of a draft HD 28 |
| 26 | | | | | | | Privileged | | Copy of a draft HD 58 |
| 27 | | | | | | | Privileged | | Copy of a draft HD 58 |
| 28 | | | | | | | Privileged | | Copy of a draft HD 105 |
| 29 | | | | | | | Privileged | | Copy of a draft HD 104 |
| 30 | | | | | | | Privileged | | Copy of a draft HD 56 |
| 31 | | | | | | | Privileged | | Copy of a draft HD 113 |
| 32 | | | | | | | Privileged | | Copy of a draft HD 91 |
| 33 | | | | | | | Privileged | | Copy of a draft HD 113 |
| 34 | | | | | | | Privileged | | Copy of a draft HD 121 |
| 35 | | | | | | | Privileged | | Copy of a draft HD 79 |
| 36 | | | | | | | Privileged | | Copy of a draft HD 51 |
| 37 | | | | | | | Privileged | | Copy of a draft HD 79 |
| 38 | | | | | | | Privileged | | Copy of a draft HD 87 |
| 39 | | | | | | | Privileged | | Copy of a draft HD 102 |
| 40 | | | | | | | Privileged | | Copy of a draft HD 32 |
| 41 | | | | | | | Privileged | | Copy of a draft HD 84 |
| 42 | | | | | | | Privileged | | Copy of a draft HD 49 |
| 43 | | | | | | | Privileged | | Copy of a draft HD 08 |
| 44 | | | | | | | Privileged | | Copy of a draft HD 10 |
| 45 | | | | | | | Privileged | | Copy of a draft HD 41 |
| 46 | | | | | | | Privileged | | Copy of a draft HD 77 |
| 47 | | | | | | | Privileged | | Copy of a draft HD 47 |
| 48 | | | | | | | Privileged | | Copy of a draft HD 60 |
| 49 | | | | | | | Privileged | | Copy of a draft HD 60 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 50 | | | | | | | Privileged | | Copy of a draft HD 12 |
| 51 | | | | | | | Privileged | | Copy of a draft HD 60 |
| 52 | | | | | | | Privileged | | Copy of a draft HD 63 |
| 53 | | | | | | | Privileged | | Copy of a draft HD 103 |
| 54 | | | | | | | Privileged | | Copy of a draft HD 12 |
| 55 | | | | | | | Privileged | | Copy of a draft HD 78 |
| 56 | | | | | | | Privileged | | Copy of a draft HD 75 |
| 57 | | | | | | | Privileged | | Copy of a draft HD 15 |
| 58 | | | | | | | Privileged | | Copy of a draft HD 15 |
| 59 | | | | | | | Privileged | | Copy of a draft HD 118 |
| 60 | | | | | | | Privileged | | Copy of a draft HD 120 |
| 61 | | | | | | | Privileged | | Copy of a draft HD 82 |
| 62 | | | | | | | Privileged | | Copy of a draft HD 83 |
| 63 | | | | | | | Privileged | | Copy of a draft HD 86 |
| 64 | | | | | | | Privileged | | Copy of a draft HD 117 |
| 65 | | | | | | | Privileged | | Copy of a draft HD 83 |
| 66 | | | | | | | Privileged | | Copy of a draft HD 82 |
| 67 | | | | | | | Privileged | | Copy of a draft HD 95 |
| 68 | | | | | | | Privileged | | Copy of a draft HD 95 |
| 69 | | | | | | | Privileged | | Copy of a draft HD 12 |
| 70 | | | | | | | Privileged | | Copy of a draft HD 24 |
| 71 | | | | | | | Privileged | | Copy of a draft HD 12 |
| 72 | | | | | | | Privileged | | Copy of a draft HD 96 |
| 73 | | | | | | | Privileged | | Copy of a draft HD 81 |
| 74 | | | | | | | Privileged | | Copy of a draft HD 49 |
| 75 | | | | | | | Privileged | | Copy of a draft HD 102 |
| 76 | | | | | | | Privileged | | Copy of a draft HD 10 |
| 77 | | | | | | | Privileged | | Copy of a draft HD 15 |
| 78 | | | | | | | Privileged | | Copy of a draft HD 52 |
| 79 | | | | | | | Privileged | | Copy of a draft HD 93 |
| 80 | | | | | | | Privileged | | Copy of a draft HD 95 |
| 81 | | | | | | | Privileged | | Copy of a draft HD 64 |
| 82 | | | | | | | Privileged | | Copy of a draft HD 51 |
| 83 | | | | | | | Privileged | | Copy of a draft HD 50 |
| 84 | | | | | | | Privileged | | Copy of a draft HD 92 |
| 85 | | | | | | | Privileged | | Copy of a draft HD 52 |
| 86 | | | | | | | Privileged | | Copy of a draft HD 102 |
| 87 | | | | | | | Privileged | | Copy of a draft HD 57 |
| 88 | | | | | | | Privileged | | Copy of a draft HD 99 |
| 89 | | | | | | | Privileged | | Copy of a draft HD 90 |
| 90 | | | | | | | Privileged | | Copy of a draft HD 90 |
| 91 | | | | | | | Privileged | | Copy of a draft HD 95 |
| 92 | | | | | | | Privileged | | Copy of a draft HD 57 |
| 93 | | | | | | | Privileged | | Copy of a draft HD 55 |
| 94 | | | | | | | Privileged | | Copy of a draft HD 101 |
| 95 | | | | | | | Privileged | | Copy of a draft HD 37 |
| 96 | | | | | | | Privileged | | Copy of a draft HD 38 |
| 97 | | | | | | | Privileged | | Copy of a draft HD 95 |
| 98 | | | | | | | Privileged | | Copy of a draft HD 37 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 99 | | | | | | | Privileged | | Copy of a draft HD 38 |
| 100 | | | | | | | Privileged | | Copy of a draft HD 78 |
| 101 | | | | | | | Privileged | | Copy of a draft HD 58 |
| 102 | | | | | | | Privileged | | Copy of a draft HD 57 |
| 103 | | | | | | | Privileged | | Copy of a draft HD 117 |
| 104 | | | | | | | Privileged | | Copy of a draft HD 123 |
| 105 | | | | | | | Privileged | | Copy of a draft HD 70 |
| 106 | | | | | | | Privileged | | Copy of a draft HD 75 |
| 107 | | | | | | | Privileged | | Copy of a draft HD 25 |
| 108 | | | | | | | Privileged | | Copy of a draft HD 25 |
| 109 | | | | | | | Privileged | | Copy of a draft HD 85 |
| 110 | | | | | | | Privileged | | Copy of a draft HD 40 |
| 111 | | | | | | | Privileged | | Copy of a draft HD 69 |
| 112 | | | | | | | Privileged | | Copy of a draft HD 89 |
| 113 | | | | | | | Privileged | | Copy of a draft HD 92 |
| 114 | | | | | | | Privileged | | Copy of a draft HD 97 |
| 115 | | | | | | | Privileged | | Copy of a draft HD 97 |
| 116 | | | | | | | Privileged | | Copy of a draft HD 87 |
| 117 | | | | | | | Privileged | | Copy of a draft HD 92 |
| 118 | | | | | | | Privileged | | Copy of a draft HD 110 |
| 119 | | | | | | | Privileged | | Copy of a draft HD 33 |
| 120 | | | | | | | Privileged | | Copy of a draft HD 110 |
| 121 | | | | | | | Privileged | | Copy of a draft HD 42 |
| 122 | | | | | | | Privileged | | Copy of a draft HD 42 |
| 123 | | | | | | | Privileged | | Copy of a draft HD 57 |
| 124 | | | | | | | Privileged | | Copy of a draft HD 54 |
| 125 | | | | | | | Privileged | | Copy of a draft HD 109 |
| 126 | | | | | | | Privileged | | Copy of a draft HD 70 |
| 127 | | | | | | | Privileged | | Copy of a draft HD 70 |
| 128 | | | | | | | Privileged | | Copy of a draft HD 79 |
| 129 | | | | | | | Privileged | | Copy of a draft HD 109 |
| 130 | | | | | | | Privileged | | Copy of a draft HD 38 |
| 131 | | | | | | | Privileged | | Copy of a draft HD 61 |
| 132 | | | | | | | Privileged | | Copy of a draft HD 105 |
| 133 | | | | | | | Privileged | | Copy of a draft HD 21 |
| 134 | | | | | | | Privileged | | Copy of a draft HD 58 |
| 135 | | | | | | | Privileged | | Copy of a draft HD 27 |
| 136 | | | | | | | Privileged | | Copy of a draft HD 70 |
| 137 | | | | | | | Privileged | | Copy of a draft HD 26 |
| 138 | | | | | | | Privileged | | Copy of a draft HD 29 |
| 139 | | | | | | | Privileged | | Copy of a draft HD 25 |
| 140 | | | | | | | Privileged | | Copy of a draft HD 47 |
| 141 | | | | | | | Privileged | | Copy of a draft HD 25 |
| 142 | | | | | | | Privileged | | Copy of a draft HD 46 |
| 143 | | | | | | | Privileged | | Copy of a draft HD 48 |
| 144 | | | | | | | Privileged | | Copy of a draft HD 40 |
| 145 | | | | | | | Privileged | | Copy of a draft HD 116 |
| 146 | | | | | | | Privileged | | Copy of a draft HD 54 |
| 147 | | | | | | | Privileged | | Copy of a draft HD 82 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 148 | | | | | | | Privileged | | Copy of a draft HD 53 |
| 149 | | | | | | | Privileged | | Copy of a draft HD 55 |
| 150 | | | | | | | Privileged | | Copy of a draft HD 110 |
| 151 | | | | | | | Privileged | | Copy of a draft HD 45 |
| 152 | | | | | | | Privileged | | Copy of a draft HD 39 |
| 153 | | | | | | | Privileged | | Copy of a draft HD 91 |
| 154 | | | | | | | Privileged | | Copy of a draft HD 82 |
| 155 | | | | | | | Privileged | | Copy of a draft HD 106 |
| 156 | | | | | | | Privileged | | Copy of a draft HD 107 |
| 157 | | | | | | | Privileged | | Copy of a draft HD 124 |
| 158 | | | | | | | Privileged | | Population data details for a draft HD 68 |
| 159 | | | | | | | Privileged | | Copy of a draft 35 |
| 160 | | | | | | | Privileged | | Copy of a draft 68 |
| 161 | | | | | | | Privileged | | Copy of a draft 34 |
| 162 | | | | | | | Privileged | | Copy of a draft 07 |
| 163 | | | | | | | Privileged | | Copy of a draft 07 |
| 164 | | | | | | | Privileged | | Copy of a draft 41 |
| 165 | | | | | | | Privileged | | Copy of a draft 43 |
| 166 | | | | | | | Privileged | | Copy of a draft 61 |
| 167 | | | | | | | Privileged | | Population data details for a draft HD 1, 2, 3, 4, 5, 6 and 7 |
| 168 | | | | | | | Privileged | | Copy of a draft 59 |
| 169 | | | | | | | Privileged | | Copy of a draft 03 |
| 170 | | | | | | | Privileged | | Copy of a draft Congressional Plan |
| 171 | | | | | | | Privileged | | Copy of a draft HD 86 |
| 172 | | | | | | | Privileged | | Copy of a draft HD 49 |
| 173 | | | | | | | Privileged | | Copy of a draft HD 84 |
| 174 | | | | | | | Privileged | | Copy of a draft HD 26 |
| 175 | | | | | | | Privileged | | Copy of a draft HD 83 |
| 176 | | | | | | | Privileged | | Copy of a draft HD 41 |
| 177 | | | | | | | Privileged | | Copy of a draft HD 82 |
| 178 | | | | | | | Privileged | | Copy of a draft HD 81 |
| 179 | | | | | | | Privileged | | Copy of a draft HD 6 |
| 180 | | | | | | | Privileged | | Copy of a draft HD 9 |
| 181 | | | | | | | Privileged | | Copy of a draft HD 80 |
| 182 | | | | | | | Privileged | | Copy of a draft HD 10 |
| 183 | | | | | | | Privileged | | Copy of a draft HD 62 |
| 184 | | | | | | | Privileged | | Copy of a draft HD 8 |
| 185 | | | | | | | Privileged | | Copy of a draft HD 72 |
| 186 | | | | | | | Privileged | | Copy of a draft HD 68 |
| 187 | | | | | | | Privileged | | Copy of a draft HD 49 |
| 188 | | | | | | | Privileged | | Copy of a draft HD 76 |
| 189 | | | | | | | Privileged | | Copy of a draft HD 16 |
| 190 | | | | | | | Privileged | | Copy of a draft HD 69 |
| 191 | | | | | | | Privileged | | Copy of a draft HD 46 |
| 192 | | | | | | | Privileged | | Copy of a draft HD 69 |
| 193 | | | | | | | Privileged | | Copy of a draft HD 95 |
| 194 | | | | | | | Privileged | | Copy of a draft HD 112 |
| 195 | | | | | | | Privileged | | Copy of a draft HD 65 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 196 | | | | | | | Privileged | | Copy of a draft HD 77 |
| 197 | | | | | | | Privileged | | Copy of a draft HD 94 |
| 198 | | | | | | | Privileged | | Copy of a draft HD 123 |
| 199 | | | | | | | Privileged | | Copy of a draft HD 77 |
| 200 | | | | | | | Privileged | | Copy of a draft HD 70 |
| 201 | | | | | | | Privileged | | Copy of a draft HD 70 |
| 202 | | | | | | | Privileged | | Copy of a draft HD 28 |
| 203 | | | | | | | Privileged | | Copy of a draft HD 70 |
| 204 | | | | | | | Privileged | | Copy of a draft HD 50 |
| 205 | | | | | | | Privileged | | Copy of a draft HD 111 |
| 206 | | | | | | | Privileged | | Copy of a draft HD 40 |
| 207 | | | | | | | Privileged | | Copy of a draft HD 93 |
| 208 | | | | | | | Privileged | | Copy of a draft HD 17 |
| 209 | | | | | | | Privileged | | Copy of a draft HD 90 |
| 210 | | | | | | | Privileged | | Copy of a draft HD 19 |
| 211 | | | | | | | Privileged | | Copy of a draft HD 62 |
| 212 | | | | | | | Privileged | | Copy of a draft HD 62 |
| 213 | | | | | | | Privileged | | Copy of a draft HD 91 |
| 214 | | | | | | | Privileged | | Copy of a draft HD 18 |
| 215 | | | | | | | Privileged | | Copy of a draft HD 93 |
| 216 | | | | | | | Privileged | | Copy of a draft HD 55 |
| 217 | | | | | | | Privileged | | Copy of a draft HD 57 |
| 218 | | | | | | | Privileged | | Copy of a draft HD 55 |
| 219 | | | | | | | Privileged | | Copy of a draft HD 04 |
| 220 | | | | | | | Privileged | | Copy of a draft HD 114 |
| 221 | | | | | | | Privileged | | Copy of a draft HD 13 |
| 222 | | | | | | | Privileged | | Copy of a draft HD 57 |
| 223 | | | | | | | Privileged | | Copy of a draft HD 52 |
| 224 | | | | | | | Privileged | | Copy of a draft HD 102 |
| 225 | | | | | | | Privileged | | Copy of a draft HD 37 |
| 226 | | | | | | | Privileged | | Copy of a draft HD 56 |
| 227 | | | | | | | Privileged | | Copy of a draft HD 107 |
| 228 | | | | | | | Privileged | | Copy of a draft HD 102 |
| 229 | | | | | | | Privileged | | Copy of a draft HD 56 |
| 230 | | | | | | | Privileged | | Copy of a draft HD 108 |
| 231 | | | | | | | Privileged | | Copy of a draft HD 108 |
| 232 | | | | | | | Privileged | | Copy of a draft HD 11 |
| 233 | | | | | | | Privileged | | Copy of a draft HD 122 |
| 234 | | | | | | | Privileged | | Copy of a draft HD 42 |
| 235 | | | | | | | Privileged | | Copy of a draft HD 29 |
| 236 | | | | | | | Privileged | | Copy of a draft HD 71 |
| 237 | | | | | | | Privileged | | Copy of a draft HD 84 |
| 238 | | | | | | | Privileged | | Copy of a draft HD 100 |
| 239 | | | | | | | Privileged | | Copy of a draft HD 82 |
| 240 | | | | | | | Privileged | | Copy of a draft HD 32 |
| 241 | | | | | | | Privileged | | Copy of a draft HD 29 |
| 242 | | | | | | | Privileged | | Copy of a draft HD 27 |
| 243 | | | | | | | Privileged | | Copy of a draft HD 31 |
| 244 | | | | | | | Privileged | | Copy of a draft HD 104 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 245 | | | | | | | Privileged | | Copy of a draft HD 30 |
| 246 | | | | | | | Privileged | | Copy of a draft HD 85 |
| 247 | | | | | | | Privileged | | Copy of a draft HD 34 |
| 248 | | | | | | | Privileged | | Copy of a draft HD 01 |
| 249 | | | | | | | Privileged | | Copy of a draft HD 35 |
| 250 | | | | | | | Privileged | | Copy of a draft HD 33 |
| 251 | | | | | | | Privileged | | Copy of a draft HD 45 |
| 252 | | | | | | | Privileged | | Copy of a draft HD 44 |
| 253 | | | | | | | Privileged | | Copy of a draft HD 36 |
| 254 | | | | | | | Privileged | | Copy of a draft HD 37 |
| 255 | | | | | | | Privileged | | Copy of a draft HD 38 |
| 256 | | | | | | | Privileged | | Copy of a draft HD 14 |
| 257 | | | | | | | Privileged | | Copy of a draft HD 14 |
| 258 | | | | | | | Privileged | | Copy of a draft HD 73 |
| 259 | | | | | | | Privileged | | Copy of a draft HD 66 |
| 260 | | | | | | | Privileged | | Copy of a draft HD 93 |
| 261 | | | | | | | Privileged | | Population data details for a draft HD 12 |
| 262 | | a draft HD 60 | | | | | Privileged | | Population data details for a draft HD 60 |
| 263 | | a draft HD 12 | | | | | Privileged | | Population data details for a draft HD 12 |
| 264 | | a draft HD 60 | | | | | Privileged | | Population data details for a draft HD 60 |
| 265 | | a draft HD 63 | | | | | Privileged | | Population data details for a draft HD 63 |
| 266 | | a draft HD 103 | | | | | Privileged | | Population data details for a draft HD 103 |
| 267 | | a draft HD 12 | | | | | Privileged | | Population data details for a draft HD 12 |
| 268 | | a draft HD 78 | | | | | Privileged | | Population data details for a draft HD 78 |
| 269 | | a draft HD 75 | | | | | Privileged | | Population data details for a draft HD 75 |
| 270 | | a draft HD 15 | | | | | Privileged | | Population data details for a draft HD 15 |
| 271 | | a draft HD 118 | | | | | Privileged | | Population data details for a draft HD 118 |
| 272 | | a draft HD 120 | | | | | Privileged | | Population data details for a draft HD 120 |
| 273 | | a draft HD 82 | | | | | Privileged | | Population data details for a draft HD 82 |
| 274 | | a draft HD 83 | | | | | Privileged | | Population data details for a draft HD 83 |
| 275 | | a draft HD 86 | | | | | Privileged | | Population data details for a draft HD 86 |
| 276 | | a draft HD 117 | | | | | Privileged | | Population data details for a draft HD 117 |
| 277 | | a draft HD 83 | | | | | Privileged | | Population data details for a draft HD 83 |
| 278 | | a draft HD 82 | | | | | Privileged | | Population data details for a draft HD 82 |
| 279 | | a draft HD 95 | | | | | Privileged | | Population data details for a draft HD 95 |
| 280 | | a draft HD 12 and 13 | | | | | Privileged | | Population data details for a draft HD 12 and 13 |
| 281 | | a draft HD 24 | | | | | Privileged | | Population data details for a draft HD 24 |
| 282 | | a draft HD 12 | | | | | Privileged | | Population data details for a draft HD 12 |
| 283 | | a draft HD 96 | | | | | Privileged | | Population data details for a draft HD 96 |
| 284 | | a draft HD 81 | | | | | Privileged | | Population data details for a draft HD 81 |
| 285 | | a draft HD 49 | | | | | Privileged | | Population data details for a draft HD 49 |
| 286 | | a draft HD 102 | | | | | Privileged | | Population data details for a draft HD 102 |
| 287 | | a draft HD 15 | | | | | Privileged | | Population data details for a draft HD 15 |
| 288 | | a draft HD 52 | | | | | Privileged | | Population data details for a draft HD 52 |
| 289 | | a draft HD 93 | | | | | Privileged | | Population data details for a draft HD 93 |
| 290 | | a draft HD 95 | | | | | Privileged | | Population data details for a draft HD 95 |
| 291 | | a draft HD 64 | | | | | Privileged | | Population data details for a draft HD 64 |
| 292 | | a draft HD 51 | | | | | Privileged | | Population data details for a draft HD 51 |
| 293 | | a draft HD 50 | | | | | Privileged | | Population data details for a draft HD 50 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
Privilege Log of House Defendants

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 294 | | | | | | | Privileged | | Population data details for a draft HD 92 |
| 295 | | | | | | | Privileged | | Population data details for a draft HD 57 |
| 296 | | | | | | | Privileged | | Population data details for a draft HD 99 |
| 297 | | | | | | | Privileged | | Population data details for a draft HD 90 |
| 298 | | | | | | | Privileged | | Population data details for a draft HD 95 |
| 299 | | | | | | | Privileged | | Population data details for a draft HD 57 |
| 300 | | | | | | | Privileged | | Population data details for a draft HD 55 |
| 301 | | | | | | | Privileged | | Population data details for a draft HD 101 |
| 302 | | | | | | | Privileged | | Population data details for a draft HD 37 |
| 303 | | | | | | | Privileged | | Population data details for a draft HD 38 |
| 304 | | | | | | | Privileged | | Population data details for a draft HD 70 |
| 305 | | | | | | | Privileged | | Population data details for a draft HD 75 |
| 306 | | | | | | | Privileged | | Population data details for a draft HD 78 |
| 307 | | | | | | | Privileged | | Population data details for a draft HD 123 |
| 308 | | | | | | | Privileged | | Population data details for a draft HD 57 |
| 309 | | | | | | | Privileged | | Population data details for a draft HD 117 |
| 310 | | | | | | | Privileged | | Population data details for a draft HD 55 |
| 311 | | | | | | | Privileged | | Population data details for a draft HD 101 |
| 312 | | | | | | | Privileged | | Population data details for a draft HD 86 |
| 313 | | | | | | | Privileged | | Population data details for a draft HD 101 |
| 314 | | | | | | | Privileged | | Population data details for a draft HD 86 |
| 315 | | | | | | | Privileged | | Population data details for a draft HD 67 |
| 316 | | | | | | | Privileged | | Population data details for a draft HD 25 |
| 317 | | | | | | | Privileged | | Population data details for a draft HD 23 |
| 318 | | | | | | | Privileged | | Population data details for a draft HD 25 |
| 319 | | | | | | | Privileged | | Population data details for a draft HD 19 |
| 320 | | | | | | | Privileged | | Population data details for a draft HD 17 |
| 321 | | | | | | | Privileged | | Population data details for a draft HD 23 |
| 322 | | | | | | | Privileged | | Population data details for a draft HD 24 |
| 323 | | | | | | | Privileged | | Population data details for a draft HD 25 |
| 324 | | | | | | | Privileged | | Population data details for a draft HD 35 |
| 325 | | | | | | | Privileged | | Population data details for a draft HD 27 |
| 326 | | | | | | | Privileged | | Population data details for a draft HD 16 |
| 327 | | | | | | | Privileged | | Population data details for a draft HD 28 |
| 328 | | | | | | | Privileged | | Population data details for a draft HD 16 |
| 329 | | | | | | | Privileged | | Population data details for a draft HD 28 |
| 330 | | | | | | | Privileged | | Population data details for a draft HD 58 |
| 331 | | | | | | | Privileged | | Population data details for a draft HD 105 |
| 332 | | | | | | | Privileged | | Population data details for a draft HD 104 |
| 333 | | | | | | | Privileged | | Population data details for a draft HD 56 |
| 334 | | | | | | | Privileged | | Population data details for a draft HD 113 |
| 335 | | | | | | | Privileged | | Population data details for a draft HD 91 |
| 336 | | | | | | | Privileged | | Population data details for a draft HD 113 |
| 337 | | | | | | | Privileged | | Population data details for a draft HD 121 |
| 338 | | | | | | | Privileged | | Population data details for a draft HD 79 |
| 339 | | | | | | | Privileged | | Population data details for a draft HD 51 |
| 340 | | | | | | | Privileged | | Population data details for a draft HD 79 |
| 341 | | | | | | | Privileged | | Population data details for a draft HD 87 |
| 342 | | | | | | | Privileged | | Population data details for a draft HD 97 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
Privilege Log of House Defendants

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 343 | | | | | | | Privileged | | Population data details for a draft HD 42 |
| 344 | | | | | | | Privileged | | Population data details for a draft HD 92 |
| 345 | | | | | | | Privileged | | Population data details for a draft HD 54 |
| 346 | | | | | | | Privileged | | Population data details for a draft HD 57 |
| 347 | | | | | | | Privileged | | Population data details for a draft HD 109 |
| 348 | | | | | | | Privileged | | Population data details for a draft HD 70 |
| 349 | | | | | | | Privileged | | Population data details for a draft HD 109 |
| 350 | | | | | | | Privileged | | Population data details for a draft HD 79 |
| 351 | | | | | | | Privileged | | Population data details for a draft HD 109 |
| 352 | | | | | | | Privileged | | Population data details for a draft HD 38 |
| 353 | | | | | | | Privileged | | Population data details for a draft HD 53 |
| 354 | | | | | | | Privileged | | Population data details for a draft HD 45 |
| 355 | | | | | | | Privileged | | Population data details for a draft HD 39 |
| 356 | | | | | | | Privileged | | Population data details for a draft HD 110 |
| 357 | | | | | | | Privileged | | Population data details for a draft HD 91 |
| 358 | | | | | | | Privileged | | Population data details for a draft HD 82 |
| 359 | | | | | | | Privileged | | Population data details for a draft HD 124 |
| 360 | | | | | | | Privileged | | Population data details for a draft HD 107 |
| 361 | | | | | | | Privileged | | Population data details for a draft HD 35 |
| 362 | | | | | | | Privileged | | Population data details for a draft HD 106 |
| 363 | | | | | | | Privileged | | Population data details for a draft HD 34 |
| 364 | | | | | | | Privileged | | Population data details for a draft HD 105 |
| 365 | | | | | | | Privileged | | Population data details for a draft HD 61 |
| 366 | | | | | | | Privileged | | Population data details for a draft HD 21 |
| 367 | | | | | | | Privileged | | Population data details for a draft HD 58 |
| 368 | | | | | | | Privileged | | Population data details for a draft HD 26 |
| 369 | | | | | | | Privileged | | Population data details for a draft HD 27 |
| 370 | | | | | | | Privileged | | Population data details for a draft HD 70 |
| 371 | | | | | | | Privileged | | Population data details for a draft HD 25 |
| 372 | | | | | | | Privileged | | Population data details for a draft HD 29 |
| 373 | | | | | | | Privileged | | Population data details for a draft HD 25 |
| 374 | | | | | | | Privileged | | Population data details for a draft HD 47 |
| 375 | | | | | | | Privileged | | Population data details for a draft HD 25 |
| 376 | | | | | | | Privileged | | Population data details for a draft HD 46 |
| 377 | | | | | | | Privileged | | Population data details for a draft HD 89 |
| 378 | | | | | | | Privileged | | Population data details for a draft HD 13 |
| 379 | | | | | | | Privileged | | Population data details for a draft HD 55 |
| 380 | | | | | | | Privileged | | Population data details for a draft HD 57 |
| 381 | | | | | | | Privileged | | Population data details for a draft HD 49 |
| 382 | | | | | | | Privileged | | Population data details for a draft HD 52 |
| 383 | | | | | | | Privileged | | Population data details for a draft HD 37 |
| 384 | | | | | | | Privileged | | Population data details for a draft HD 102 |
| 385 | | | | | | | Privileged | | Population data details for a draft HD 56 |
| 386 | | | | | | | Privileged | | Population data details for a draft HD 107 |
| 387 | | | | | | | Privileged | | Population data details for a draft HD 72 |
| 388 | | | | | | | Privileged | | Population data details for a draft HD 56 |
| 389 | | | | | | | Privileged | | Population data details for a draft HD 68 |
| 390 | | | | | | | Privileged | | Population data details for a draft HD 102 |
| 391 | | | | | | | Privileged | | Population data details for a draft HD 69 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 392 | | | | | | | Privileged | | Population data details for a draft HD 76 |
| 393 | | | | | | | Privileged | | Population data details for a draft HD 16 |
| 394 | | | | | | | Privileged | | Population data details for a draft HD 69 |
| 395 | | | | | | | Privileged | | Population data details for a draft HD 46 |
| 396 | | | | | | | Privileged | | Population data details for a draft HD 112 |
| 397 | | | | | | | Privileged | | Population data details for a draft HD 95 |
| 398 | | | | | | | Privileged | | Population data details for a draft HD 77 |
| 399 | | | | | | | Privileged | | Population data details for a draft HD 65 |
| 400 | | | | | | | Privileged | | Population data details for a draft HD 94 |
| 401 | | | | | | | Privileged | | Population data details for a draft HD 77 |
| 402 | | | | | | | Privileged | | Population data details for a draft HD 123 |
| 403 | | | | | | | Privileged | | Population data details for a draft HD 70 |
| 404 | | | | | | | Privileged | | Population data details for a draft HD 28 |
| 405 | | | | | | | Privileged | | Population data details for a draft HD 70 |
| 406 | | | | | | | Privileged | | Population data details for a draft HD 85 |
| 407 | | | | | | | Privileged | | Population data details for a draft HD 40 |
| 408 | | | | | | | Privileged | | Population data details for a draft HD 70 |
| 409 | | | | | | | Privileged | | Population data details for a draft HD 50 |
| 410 | | | | | | | Privileged | | Population data details for a draft HD 93 |
| 411 | | | | | | | Privileged | | Population data details for a draft HD 17 |
| 412 | | | | | | | Privileged | | Population data details for a draft HD 111 |
| 413 | | | | | | | Privileged | | Population data details for a draft HD 19 |
| 414 | | | | | | | Privileged | | Population data details for a draft HD 90 |
| 415 | | | | | | | Privileged | | Population data details for a draft HD 61 |
| 416 | | | | | | | Privileged | | Population data details for a draft HD 43 |
| 417 | | | | | | | Privileged | | Population data details for a draft HD 59 |
| 418 | | | | | | | Privileged | | Population data details for a draft HD 03 |
| 419 | | | | | | | Privileged | | Population data details for a draft HD 102 |
| 420 | | | | | | | Privileged | | Population data details for a draft HD 32 |
| 421 | | | | | | | Privileged | | Population data details for a draft HD 84 |
| 422 | | | | | | | Privileged | | Population data details for a draft HD 49 |
| 423 | | | | | | | Privileged | | Population data details for a draft HD 08 |
| 424 | | | | | | | Privileged | | Population data details for a draft HD 10 |
| 425 | | | | | | | Privileged | | Population data details for a draft HD 41 |
| 426 | | | | | | | Privileged | | Population data details for a draft HD 77 |
| 427 | | | | | | | Privileged | | Population data details for a draft HD 48 |
| 428 | | | | | | | Privileged | | Population data details for a draft HD 69 |
| 429 | | | | | | | Privileged | | Population data details for a draft HD 85 |
| 430 | | | | | | | Privileged | | Population data details for a draft HD 40 |
| 431 | | | | | | | Privileged | | Population data details for a draft HD 110 |
| 432 | | | | | | | Privileged | | Population data details for a draft HD 33 |
| 433 | | | | | | | Privileged | | Population data details for a draft HD 92 |
| 434 | | | | | | | Privileged | | Population data details for a draft HD 110 |
| 435 | | | | | | | Privileged | | Population data details for a draft HD 87 |
| 436 | | | | | | | Privileged | | Population data details for a draft HD 42 |
| 437 | | | | | | | Privileged | | Population data details for a draft HD 49 |
| 438 | | | | | | | Privileged | | Population data details for a draft HD 86 |
| 439 | | | | | | | Privileged | | Population data details for a draft HD 26 |
| 440 | | | | | | | Privileged | | Population data details for a draft HD 84 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 441 | | | | | | | Privileged | | Population data details for a draft HD 83 |
| 442 | | | | | | | Privileged | | Population data details for a draft HD 41 |
| 443 | | | | | | | Privileged | | Population data details for a draft HD 82 |
| 444 | | | | | | | Privileged | | Population data details for a draft HD 81 |
| 445 | | | | | | | Privileged | | Population data details for a draft HD 80 |
| 446 | | | | | | | Privileged | | Population data details for a draft HD 06 |
| 447 | | | | | | | Privileged | | Population data details for a draft HD 09 |
| 448 | | | | | | | Privileged | | Population data details for a draft HD 40 |
| 449 | | | | | | | Privileged | | Population data details for a draft HD 116 |
| 450 | | | | | | | Privileged | | Population data details for a draft HD 10 |
| 451 | | | | | | | Privileged | | Population data details for a draft HD 54 |
| 452 | | | | | | | Privileged | | Population data details for a draft HD 55 |
| 453 | | | | | | | Privileged | | Population data details for a draft HD 82 |
| 454 | | | | | | | Privileged | | Population data details for a draft HD 27 |
| 455 | | | | | | | Privileged | | Population data details for a draft HD 35 |
| 456 | | | | | | | Privileged | | Population data details for a draft HD 85 |
| 457 | | | | | | | Privileged | | Population data details for a draft HD 30 |
| 458 | | | | | | | Privileged | | Population data details for a draft HD 33 |
| 459 | | | | | | | Privileged | | Population data details for a draft HD 104 |
| 460 | | | | | | | Privileged | | Population data details for a draft HD 36 |
| 461 | | | | | | | Privileged | | Population data details for a draft HD 01 |
| 462 | | | | | | | Privileged | | Population data details for a draft HD 37 |
| 463 | | | | | | | Privileged | | Population data details for a draft HD 44 |
| 464 | | | | | | | Privileged | | Population data details for a draft HD 38 |
| 465 | | | | | | | Privileged | | Population data details for a draft HD 45 |
| 466 | | | | | | | Privileged | | Population data details for a draft HD 73 |
| 467 | | | | | | | Privileged | | Population data details for a draft HD 14 |
| 468 | | | | | | | Privileged | | Population data details for a draft HD 93 |
| 469 | | | | | | | Privileged | | Population data details for a draft HD 04 |
| 470 | | | | | | | Privileged | | Population data details for a draft HD 66 |
| 471 | | | | | | | Privileged | | Population data details for a draft HD 114 |
| 472 | | | | | | | Privileged | | Population data details for a draft HD 55 |
| 473 | | | | | | | Privileged | | Population data details for a draft HD 57 |
| 474 | | | | | | | Privileged | | Population data details for a draft HD 41 |
| 475 | | | | | | | Privileged | | Population data details for a draft HD 07 |
| 476 | | | | | | | Privileged | | Population data details for a draft HD 62 |
| 477 | | | | | | | Privileged | | Population data details for a draft HD 08 |
| 478 | | | | | | | Privileged | | Population data details for a draft HD 62 |
| 479 | | | | | | | Privileged | | Population data details for a draft HD 18 |
| 480 | | | | | | | Privileged | | Population data details for a draft HD 91 |
| 481 | | | | | | | Privileged | | Population data details for a draft HD 122 |
| 482 | | | | | | | Privileged | | Population data details for a draft HD 11 |
| 483 | | | | | | | Privileged | | Population data details for a draft HD 104 |
| 484 | | | | | | | Privileged | | Population data details for a draft HD 29 |
| 485 | | | | | | | Privileged | | Population data details for a draft HD 108 |
| 486 | | | | | | | Privileged | | Population data details for a draft HD 42 |
| 487 | | | | | | | Privileged | | Population data details for a draft HD 108 |
| 488 | | | | | | | Privileged | | Population data details for a draft HD 71 |
| 489 | | | | | | | Privileged | | Population data details for a draft HD 84 |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
Privilege Log of House Defendants

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 490 | | | | | | | Privileged | | Population data details for a draft HD 100 |
| 491 | | | | | | | Privileged | | Population data details for a draft HD 82 |
| 492 | | | | | | | Privileged | | Population data details for a draft HD 32 |
| 493 | | | | | | | Privileged | | Population data details for a draft HD 29 |
| 494 | | | | | | | Privileged | | Population data details for a draft HD 31 |
| 495 | | | | | | | Privileged | | Population data details for a draft HD 34 |
| 496 | Chris Murphy | Emma Dean; Jimmy Hinson | | | Chairmans Retreat 1/4-1/5 | 12/20/21 | | Attorney-Client Communication | Confidential communication to staff counsel regarding topics for meeting. |
| 497 | Ashley Harwell-Beach | Emma Dean | | | Redistricting | 11/8/21 | | Work Product | Communication between staff counsel regarding internal process planning. |
| 498 | Carl Anderson | Emma Dean | | | RE: FW: Redistricting | 11/12/21 | Privileged | | Communication from legislator to staff counsel regarding draft map. |
| 499 | Emma Dean | Chris Murphy | | | Attorney Communication Privileged | 9/3/21 | | Attorney-Client Communication; Work Product | Communication to legislator with draft work product for review. |
| 500 | | | | | Draft Letter from Ch. Murphy 9.3.21.docx | 9/3/21 | | Attorney-Client Communication; Work Product | Attachment to communication to legislator with draft work product for review. |
| 501 | Linda Anderson | Emma Dean | | | FW: Rep. Anderson | 9/13/21 | Privileged | | Communication on behalf of legislator to staff counsel regarding map planning. |
| 502 | Emma Dean | Jay Jordan | | | FW: "REDACTED" | 9/28/21 | | Attorney-Client Communication | Communication from staff counsel to legislator forwarding legal advice. |
| 503 | | | | | Notes for "REDACTED" | 9/28/21 | | Attorney-Client Communication; Work Product | Work product legal advice from outside counsel. |
| 504 | Robin Heatwole | Emma Dean | Kim Johnson | | District 64 Map | 11/2/21 | Privileged | | Communication on behalf of legislator to staff counsel regarding draft map. |
| 505 | Emma Dean | Jimmy Hinson | | | Fwd: S.865 - ACT for our review | 1/26/22 | | Work Product | Communication between staff counsel regarding process planning for legislation. |
| 506 | | | | | 865AHB22.pdf | 1/26/22 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. |
| 507 | Neal Collins | Emma Dean | | | Re: August 3rd meeting notice | 7/23/21 | Privileged | | Communication from legislator to staff counsel regarding planning. |
| 508 | Elizabeth Taylor | Emma Dean; Jimmy Hinson | | | Rep. McCravy | 1/13/22 | Privileged | | Communication on behalf of legislator to staff counsel regarding draft map. |
| 509 | Emma Dean | Ashley Harwell-Beach | | | Draft amendment | 1/11/22 | | Work Product | Communication between staff counsel regarding legislative drafting. |
| 510 | | | | | Document1.docx | 1/11/22 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. |
| 511 | Emma Dean | Paula Benson | | | language for bill | 1/12/22 | | Work Product | Communication between staff counsel regarding legislative drafting. |
| 512 | | | | | Document1.docx | 1/12/22 | | Work Product | Attachment to communication from staff counsel regarding legislative drafting. |
| 513 | Emma Dean | Jimmy Hinson | | | Fwd: S.865 - ACT for our review | 1/26/22 | | Work Product | Communication between staff counsel regarding legislative drafting. |
| 514 | | | | | 865AHB22.pdf | 1/26/22 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. |
| 515 | Emma Dean | Ashley Harwell-Beach | | | Amendment | 12/1/21 | | Work Product | Communication between staff counsel regarding legislative drafting. |
| 516 | | | | | 12.1 Draft Language.docx | 12/1/21 | | Attorney-Client Communication | Attachment to communication between staff counsel regarding legislative drafting. |
| 517 | Emma Dean | Ashley Harwell-Beach | | | Compare Result 5 | 12/8/21 | | Work Product | Communication between staff counsel regarding legislative drafting. |
| 518 | | | | | Compare Result 5.docx | 12/8/21 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. |
| 519 | Emma Dean | Ashley Harwell-Beach | | | Re: Redistricting Act | 12/8/21 | | Work Product | Communication between staff counsel regarding legislative drafting. |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
Privilege Log of House Defendants

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 520 | | | | | 4493AHB21.pdf | 12/8/21 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. |
| 521 | Jason Elliott | Emma Dean | | | Re: District 31 | 11/12/21 | Privileged | | Communication from legislator to staff counsel regarding draft map. |
| 522 | | | | | HD-031.pdf | 11/12/21 | Privileged | | Attachment to communication from legislator to staff counsel regarding draft map. |
| 523 | Beth Bernstein | Emma Dean; Patricia Henegan; Justin Bamberg; Wallace Jordan; Weston Newton | Jimmy Hinson; Roland Franklin; Linda Anderson; Neal Collins; Jason Elliot | | Redistricting | 11/15/21 | | Attorney-Client Communication | Communication from legislator to staff counsel requesting legal input. |
| 524 | copier@scstatehouse.gov | Emma Dean | | | Scanned image from MX-6070N | 10/1/21 | | Work Product | Scan transmission for staff counsel file. |
| 525 | | | | | BL302Copier_20211001_143826.pdf | 10/1/21 | | Work Product | Scan for staff counsel file. |
| 526 | copier@scstatehouse.gov | Emma Dean | | | Scanned image from MX-6070N | 10/1/21 | | Work Product | Scan transmission for staff counsel file. |
| 527 | | | | | BL302Copier_20211001_162239.pdf | 10/1/21 | | Work Product | Scan for staff counsel file. |
| 528 | Linda Anderson | Emma Dean | | | Map room | 11/2/21 | Privileged | | Communication on behalf of legislator to staff counsel regarding map planning. |
| 529 | Elizabeth Taylor | Vic Dabney | Emma Dean; Jimmy Hinson | | RE: Amendment to the Redistricting Plan. | 11/18/21 | Privileged | Attorney-Client Communication | Communication from legislator to staff counsel regarding draft map and legislative process. |
| 530 | Mark Smith | Emma Dean | Patrick Dennis | | Re: Letter from Chairman Murphy | 11/29/21 | Privileged | Attorney-Client Communication | Communication from legislator to staff counsel regarding draft map and legislative process. |
| 531 | Thomas Hauger | Ashley Harwell-Beach | Emma Dean | | RE: Redistricting "REDACTED" | 11/29/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. |
| 532 | Ashley Harwell-Beach | Thomas Hauger | Emma Dean | | RE: Redistricting "REDACTED" | 11/29/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. |
| 533 | Thomas Hauger | Ashley Harwell-Beach; Patrick Dennis; Emma Dean | | | RE: Update to "REDACTED" | 12/5/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. |
| 534 | Ashley Harwell-Beach | Thomas Hauger; Patrick Dennis; Emma Dean | | | RE: Update to "REDACTED" | 12/5/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. |
| 535 | Thomas Hauger | Ashley Harwell-Beach; Patrick Dennis; Emma Dean | | | RE: Update to "REDACTED" | 12/6/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. |
| 536 | Ashley Harwell-Beach | Thomas Hauger; Patrick Dennis; Emma Dean | | | RE: Update to "REDACTED" | 12/6/21 | Privileged | Attorney-Client Communication | Communication among legislative staff and staff counsel regarding process planning for legislation. |
| 537 | Chris Murphy | Emma Dean | Patrick Dennis; Jay Jordan | | Re: 7.21.21 Draft letter | 7/20/21 | Privileged | Attorney-Client Communication | Communication between legislator and staff counsel regarding planning process. |
| 538 | Roger Kirby | Wallace Jordan; Patrick Dennis; James H. "Jay" Lucas | | | Redistricting - KIRBY | 11/15/21 | Privileged | | Communication from legislator to legislators and staff counsel regarding draft map. |
| 539 | Haley Mottel | Gary Simrill | Patrick Dennis; Nicolette Walters | | Fwd: Final Draft :) | 1/4/22 | Privileged | Attorney-Client Communication; Work Product | Communication to legislator with draft work product for review. |
| 540 | | | | | 2022 First Monday Draft.1.2.22.docx | 1/4/22 | Privileged | Work Product | Communication to legislator with draft work product for review. |
| 541 | Charles Reid | Patrick Dennis | | | Reid Affidavit Final.DOCX | 1/18/22 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding litigation |
| 542 | | | | | Reid Affidavit Final.DOCX | 1/18/22 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel regarding litigation |
| 543 | Patrick Dennis | Nicolette Walters | | | Re: DRAFT: First Monday 2022 remarks | 12/24/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel and legislative staff with draft work product for review. |
| 544 | | | | | 22.01.03 First Monday speech.docx | 12/24/21 | | Work Product | Attachment to communication between staff counsel and legislative staff with draft work product for review. |
| 545 | Patrick Dennis | Haley Mottel; Nicolette Walters; Jay Lucas | | | Redistricting portion for Monday Speech DRAFT | 12/29/21 | Privileged | Attorney-Client Communication; Work Product | Communication between staff counsel, legislator and legislative staff with draft work product for review. |
| 546 | Patrick Dennis | Haley Mottel | | | '--- Untitled Document --- | 12/29/21 | Privileged | Work Product | Communication between staff counsel with draft work product for review. |
| 547 | | | | | First Monday Draft.docx | 12/29/21 | Privileged | Work Product | Attachment to communication between staff counsel with draft work product for review. |
| 548 | Patrick Dennis | Haley Mottel | | | FW: DRAFT: First Monday 2022 remarks | 12/29/21 | Privileged | Work Product | Communication between staff counsel with draft work product for review. |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 549 | | | | | 22.01.03 First Monday speech.docx | 12/29/21 | Privileged | Work Product | Communication between staff counsel with draft work product for review. |
| 550 | Patrick Dennis | James H. Lucas; Haley Mottel; Nicolette Walters | | | Fwd: | 12/29/21 | Privileged | Attorney-Client Communication; Work Product | Communication between staff counsel and legislator with draft work product for review. |
| 551 | | | | | 2022 First Monday Draft 2.0.docx | 12/29/21 | Privileged | Work Product | Attachment to communication between staff counsel and legislator with draft work product for review. |
| 552 | Patrick Dennis | Haley Mottel | James H. "Jay" Lucas; Nicolette Walters | | Re: Updated Working Draft | 12/30/21 | Privileged | Attorney-Client Communication; Work Product | Communication between staff counsel, legislator and legislative staff with draft work product for review. |
| 553 | | | | | 2022 First Monday Draft.12.30.21.docx | 12/30/21 | Privileged | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel, legislator and legislative staff with draft work product for review. |
| 554 | Patrick Dennis | James H. "Jay" Lucas; Chris Murphy; Wallace Jordan | | | "REDACTED" | 12/31/21 | | Attorney-Client Communication; Work Product | Communication regarding work product and legal advice from outside counsel |
| 555 | | | | | "REDACTED" | 12/31/21 | | Attorney-Client Communication; Work Product | Attachment to communication regarding work product and legal advice from outside counsel |
| 556 | Patrick Dennis | Patrick Dennis | | | Fwd: Updated Draft | 1/2/22 | Privileged | Work Product | Communication forwarding draft work product for review |
| 557 | | | | | 2022 First Monday Draft.1.2.22.docx | 1/2/22 | | Work Product | Attachment to communication forwarding draft work product for review |
| 558 | | | | | 2022 First Monday Draft.1.2.22.pdf | 1/2/22 | | Work Product | Attachment to communication with draft work product for review |
| 559 | Patrick Dennis | Richard Pearce | | | '--- Untitled Document --- | 8/10/21 | | Attorney-Client Communication | Communication between staff counsel regarding redistricting update |
| 560 | Patrick Dennis | James H. Lucas; Patrick Dennis; Haley Mottel | | | Sine Die Adjourment | 9/21/21 | Privileged | Attorney-Client Communication; Work Product | Communication to legislator with legal discussion |
| 561 | Patrick Dennis | Bill Taylor | | | Fwd: Sine Die Adjourment | 9/28/21 | | Attorney-Client Communication | Communication to legislator with legal discussion |
| 562 | Patrick Dennis | Bill Taylor | | | FW: Sine Die Adjourment | 9/28/21 | | Attorney-Client Communication | Communication to legislator with legal discussion |
| 563 | Patrick Dennis | James H. "Jay" Lucas; Haley Mottel | | | FW: Civil Rights Groups File Federal Lawsuit Over South Carolina Redistricting Failures | 10/12/21 | | Attorney-Client Communication | Communication regarding litigation |
| 564 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel |
| 565 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel |
| 566 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel |
| 567 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel |
| 568 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel |
| 569 | Patrick Dennis | Nicolette Walters | | | RE: Zak Koeske Qs | 10/15/21 | | Attorney-Client Communication; Work Product | Communication with work product legal advice |
| 570 | Patrick Dennis | Haley Mottel | | | FW: Zak Koeske Qs | 10/15/21 | | Attorney-Client Communication; Work Product | Communication with work product legal advice |
| 571 | Patrick Dennis | Charles Reid | | | RE: Speaker Lucas Calling the House into Statewide Session Beginning 2:00 pm, Wednesday, December 1, 2021 | 11/17/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding planning for legislation |
| 572 | Patrick Dennis | Ashley Harwell-Beach; Charles Reid | | | RE: Rules Committee - Special Order Redistricting | 11/23/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding process planning for legislation |
| 573 | Patrick Dennis | Charles Reid; Ashley Harwell-Beach | | | RE: Rules Committee - Special Order Redistricting | 11/23/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding process planning for legislation |
| 574 | Patrick Dennis | Julia Foster | | | '--- Untitled Document --- | 12/8/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding process planning for legislation |
| 575 | | | | | 7524AHB21.pdf | 12/8/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel regarding process planning for legislation |
| 576 | Patrick Dennis | Julia Foster | | | FW: Special Order Draft | 12/8/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding process planning for legislation |

*South Carolina State Conference of the NAACP, et al. v. McMaster, et al.*
Case No. 3:21-cv-03302-JMC-TJH-RMG
Privilege Log of House Defendants

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product Privilege | Privilege Log Description |
|---|---|---|---|---|---|---|---|---|---|
| 577 | | | | | 7524AHB21.docx | 12/8/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel regarding process planning for legislation |
| 578 | Nicolette Walters | Patrick Dennis | | | Fwd: DRAFT: First Monday 2022 remarks | 12/21/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel and legislative staff with draft work product for review |
| 579 | | | | | 22.01.03 First Monday speech.docx | 12/21/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel and legislative staff with draft work product for review |
| 580 | Haley Mottel | Patrick Dennis; James H. "Jay" Lucas; Nicolette Walters | | | RE: Fiscal/Tax talking points | 12/30/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel, legislator and legislative staff with draft work product for review |
| 581 | | | | | 2022 First Monday Draft.12.30.21.docx | 12/30/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel, legislator and legislative staff with draft work product for review |
| 582 | Haley Mottel | James H. "Jay" Lucas; Patrick Dennis; Nicolette Walters | | | Updated Working Draft | 12/30/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel, legislator and legislative staff with draft work product for review |
| 583 | | | | | 2022 First Monday Draft.12.30.21.docx | 12/30/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel, legislator and legislative staff with draft work product for review |
| 584 | Chris Murphy | Patrick Dennis | James H. "Jay" Lucas; Wallace Jordan | | Re: "REDACTED" | 12/31/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation |
| 585 | | | | | "REDACTED" | 12/31/21 | | Attorney-Client Communication; Work Product | Attachment to communication regarding litigation |
| 586 | Haley Mottel | Patrick Dennis | | | RE: | 12/29/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel with draft work product for review |
| 587 | | | | | 2022 First Monday Draft.docx | 12/29/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel with draft work product for review |
| 588 | Haley Mottel | Patrick Dennis; Nicolette Walters | | | Updated Speech | 1/1/22 | | Attorney-Client Communication; Work Product | Communication between staff counsel and legislative staff with draft work product for review |
| 589 | | | | | 2022 First Monday Draft.1.1.22.docx | 1/1/22 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel and legislative staff with draft work product for review |
| 590 | Patrick Dennis | Charles Reid; Haley Mottel; Nicolette Walters | | | RE: reapportionment expenses | 7/19/21 | | Attorney-Client Communication | Communication among staff counsel regarding request for information |
| 591 | Patrick Dennis | Charles Cannon; Gary Simrill | Patrick Dennis | | DRAFT email "REDACTED" | 7/23/21 | Privileged | Attorney-Client Communication | Communication among staff counsel and legislator with draft notice |