# Exhibit A

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | Privileged | | Copy of a draft HD 109 | Document constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.<br><br>Documents are also not a communication between legislators or between legislators and immediate staff (*Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); draft map would contain "strictly factual information" and/or non-privileged information that were relied upon by legislators (*Id.* (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); documents could have been produced by "committee, technical, or professional staff for the House (excluding the personal staff of legislators) that reflect opinions, recommendations, or advice" (*Id.*); document may "'reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |
| 2 | | | | | | | Privileged | | Copy of a draft HD 55 | Same |
| 3 | | | | | | | Privileged | | Copy of a draft HD 101 | Same |
| 4 | | | | | | | Privileged | | Copy of a draft HD 101 | Same |
| 5 | | | | | | | Privileged | | Copy of a draft HD 86 | Same |
| 6 | | | | | | | Privileged | | Copy of a draft HD 101 | Same |
| 7 | | | | | | | Privileged | | Copy of a draft HD 101 | Same |
| 8 | | | | | | | Privileged | | Copy of a draft HD 101 | Same |
| 9 | | | | | | | Privileged | | Copy of a draft HD 86 | Same |
| 10 | | | | | | | Privileged | | Copy of a draft HD 67 | Same |
| 11 | | | | | | | Privileged | | Copy of a draft HD 23 | Same |
| 12 | | | | | | | Privileged | | Copy of a draft HD 25 | Same |
| 13 | | | | | | | Privileged | | Copy of a draft HD 25 | Same |
| 14 | | | | | | | Privileged | | Copy of a draft HD 19 | Same |
| 15 | | | | | | | Privileged | | Copy of a draft HD 17 | Same |
| 16 | | | | | | | Privileged | | Copy of a draft HD 23 | Same |
| 17 | | | | | | | Privileged | | Copy of a draft HD 24 | Same |
| 18 | | | | | | | Privileged | | Copy of a draft HD 25 | Same |
| 19 | | | | | | | Privileged | | Copy of a draft HD 25 | Same |
| 20 | | | | | | | Privileged | | Copy of a draft HD 35 | Same |
| 21 | | | | | | | Privileged | | Copy of a draft HD 27 | Same |
| 22 | | | | | | | Privileged | | Copy of a draft HD 16 | Same |
| 23 | | | | | | | Privileged | | Copy of a draft HD 16 | Same |
| 24 | | | | | | | Privileged | | Copy of a draft HD 28 | Same |
| 25 | | | | | | | Privileged | | Copy of a draft HD 28 | Same |
| 26 | | | | | | | Privileged | | Copy of a draft HD 58 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | | | | | | | Privileged | | Copy of a draft HD 58 | Same |
| 28 | | | | | | | Privileged | | Copy of a draft HD 105 | Same |
| 29 | | | | | | | Privileged | | Copy of a draft HD 104 | Same |
| 30 | | | | | | | Privileged | | Copy of a draft HD 56 | Same |
| 31 | | | | | | | Privileged | | Copy of a draft HD 113 | Same |
| 32 | | | | | | | Privileged | | Copy of a draft HD 91 | Same |
| 33 | | | | | | | Privileged | | Copy of a draft HD 113 | Same |
| 34 | | | | | | | Privileged | | Copy of a draft HD 121 | Same |
| 35 | | | | | | | Privileged | | Copy of a draft HD 79 | Same |
| 36 | | | | | | | Privileged | | Copy of a draft HD 51 | Same |
| 37 | | | | | | | Privileged | | Copy of a draft HD 79 | Same |
| 38 | | | | | | | Privileged | | Copy of a draft HD 87 | Same |
| 39 | | | | | | | Privileged | | Copy of a draft HD 102 | Same |
| 40 | | | | | | | Privileged | | Copy of a draft HD 32 | Same |
| 41 | | | | | | | Privileged | | Copy of a draft HD 84 | Same |
| 42 | | | | | | | Privileged | | Copy of a draft HD 49 | Same |
| 43 | | | | | | | Privileged | | Copy of a draft HD 08 | Same |
| 44 | | | | | | | Privileged | | Copy of a draft HD 10 | Same |
| 45 | | | | | | | Privileged | | Copy of a draft HD 41 | Same |
| 46 | | | | | | | Privileged | | Copy of a draft HD 77 | Same |
| 47 | | | | | | | Privileged | | Copy of a draft HD 47 | Same |
| 48 | | | | | | | Privileged | | Copy of a draft HD 60 | Same |
| 49 | | | | | | | Privileged | | Copy of a draft HD 60 | Same |
| 50 | | | | | | | Privileged | | Copy of a draft HD 12 | Same |
| 51 | | | | | | | Privileged | | Copy of a draft HD 60 | Same |
| 52 | | | | | | | Privileged | | Copy of a draft HD 63 | Same |
| 53 | | | | | | | Privileged | | Copy of a draft HD 103 | Same |
| 54 | | | | | | | Privileged | | Copy of a draft HD 12 | Same |
| 55 | | | | | | | Privileged | | Copy of a draft HD 78 | Same |
| 56 | | | | | | | Privileged | | Copy of a draft HD 75 | Same |
| 57 | | | | | | | Privileged | | Copy of a draft HD 15 | Same |
| 58 | | | | | | | Privileged | | Copy of a draft HD 15 | Same |
| 59 | | | | | | | Privileged | | Copy of a draft HD 118 | Same |
| 60 | | | | | | | Privileged | | Copy of a draft HD 120 | Same |
| 61 | | | | | | | Privileged | | Copy of a draft HD 82 | Same |
| 62 | | | | | | | Privileged | | Copy of a draft HD 83 | Same |
| 63 | | | | | | | Privileged | | Copy of a draft HD 86 | Same |
| 64 | | | | | | | Privileged | | Copy of a draft HD 117 | Same |
| 65 | | | | | | | Privileged | | Copy of a draft HD 83 | Same |
| 66 | | | | | | | Privileged | | Copy of a draft HD 82 | Same |
| 67 | | | | | | | Privileged | | Copy of a draft HD 95 | Same |
| 68 | | | | | | | Privileged | | Copy of a draft HD 95 | Same |
| 69 | | | | | | | Privileged | | Copy of a draft HD 12 | Same |
| 70 | | | | | | | Privileged | | Copy of a draft HD 24 | Same |
| 71 | | | | | | | Privileged | | Copy of a draft HD 12 | Same |
| 72 | | | | | | | Privileged | | Copy of a draft HD 96 | Same |
| 73 | | | | | | | Privileged | | Copy of a draft HD 81 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | | | | | | | Privileged | | Copy of a draft HD 49 | Same |
| 75 | | | | | | | Privileged | | Copy of a draft HD 102 | Same |
| 76 | | | | | | | Privileged | | Copy of a draft HD 10 | Same |
| 77 | | | | | | | Privileged | | Copy of a draft HD 15 | Same |
| 78 | | | | | | | Privileged | | Copy of a draft HD 52 | Same |
| 79 | | | | | | | Privileged | | Copy of a draft HD 93 | Same |
| 80 | | | | | | | Privileged | | Copy of a draft HD 95 | Same |
| 81 | | | | | | | Privileged | | Copy of a draft HD 64 | Same |
| 82 | | | | | | | Privileged | | Copy of a draft HD 51 | Same |
| 83 | | | | | | | Privileged | | Copy of a draft HD 50 | Same |
| 84 | | | | | | | Privileged | | Copy of a draft HD 92 | Same |
| 85 | | | | | | | Privileged | | Copy of a draft HD 52 | Same |
| 86 | | | | | | | Privileged | | Copy of a draft HD 102 | Same |
| 87 | | | | | | | Privileged | | Copy of a draft HD 57 | Same |
| 88 | | | | | | | Privileged | | Copy of a draft HD 99 | Same |
| 89 | | | | | | | Privileged | | Copy of a draft HD 90 | Same |
| 90 | | | | | | | Privileged | | Copy of a draft HD 90 | Same |
| 91 | | | | | | | Privileged | | Copy of a draft HD 95 | Same |
| 92 | | | | | | | Privileged | | Copy of a draft HD 57 | Same |
| 93 | | | | | | | Privileged | | Copy of a draft HD 55 | Same |
| 94 | | | | | | | Privileged | | Copy of a draft HD 101 | Same |
| 95 | | | | | | | Privileged | | Copy of a draft HD 37 | Same |
| 96 | | | | | | | Privileged | | Copy of a draft HD 38 | Same |
| 97 | | | | | | | Privileged | | Copy of a draft HD 95 | Same |
| 98 | | | | | | | Privileged | | Copy of a draft HD 37 | Same |
| 99 | | | | | | | Privileged | | Copy of a draft HD 38 | Same |
| 100 | | | | | | | Privileged | | Copy of a draft HD 78 | Same |
| 101 | | | | | | | Privileged | | Copy of a draft HD 58 | Same |
| 102 | | | | | | | Privileged | | Copy of a draft HD 57 | Same |
| 103 | | | | | | | Privileged | | Copy of a draft HD 117 | Same |
| 104 | | | | | | | Privileged | | Copy of a draft HD 123 | Same |
| 105 | | | | | | | Privileged | | Copy of a draft HD 70 | Same |
| 106 | | | | | | | Privileged | | Copy of a draft HD 75 | Same |
| 107 | | | | | | | Privileged | | Copy of a draft HD 25 | Same |
| 108 | | | | | | | Privileged | | Copy of a draft HD 25 | Same |
| 109 | | | | | | | Privileged | | Copy of a draft HD 85 | Same |
| 110 | | | | | | | Privileged | | Copy of a draft HD 40 | Same |
| 111 | | | | | | | Privileged | | Copy of a draft HD 69 | Same |
| 112 | | | | | | | Privileged | | Copy of a draft HD 89 | Same |
| 113 | | | | | | | Privileged | | Copy of a draft HD 92 | Same |
| 114 | | | | | | | Privileged | | Copy of a draft HD 97 | Same |
| 115 | | | | | | | Privileged | | Copy of a draft HD 97 | Same |
| 116 | | | | | | | Privileged | | Copy of a draft HD 87 | Same |
| 117 | | | | | | | Privileged | | Copy of a draft HD 92 | Same |
| 118 | | | | | | | Privileged | | Copy of a draft HD 110 | Same |
| 119 | | | | | | | Privileged | | Copy of a draft HD 33 | Same |
| 120 | | | | | | | Privileged | | Copy of a draft HD 110 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 121 | | | | | | | Privileged | | Copy of a draft HD 42 | Same |
| 122 | | | | | | | Privileged | | Copy of a draft HD 42 | Same |
| 123 | | | | | | | Privileged | | Copy of a draft HD 57 | Same |
| 124 | | | | | | | Privileged | | Copy of a draft HD 54 | Same |
| 125 | | | | | | | Privileged | | Copy of a draft HD 109 | Same |
| 126 | | | | | | | Privileged | | Copy of a draft HD 70 | Same |
| 127 | | | | | | | Privileged | | Copy of a draft HD 70 | Same |
| 128 | | | | | | | Privileged | | Copy of a draft HD 79 | Same |
| 129 | | | | | | | Privileged | | Copy of a draft HD 109 | Same |
| 130 | | | | | | | Privileged | | Copy of a draft HD 38 | Same |
| 131 | | | | | | | Privileged | | Copy of a draft HD 61 | Same |
| 132 | | | | | | | Privileged | | Copy of a draft HD 105 | Same |
| 133 | | | | | | | Privileged | | Copy of a draft HD 21 | Same |
| 134 | | | | | | | Privileged | | Copy of a draft HD 58 | Same |
| 135 | | | | | | | Privileged | | Copy of a draft HD 27 | Same |
| 136 | | | | | | | Privileged | | Copy of a draft HD 70 | Same |
| 137 | | | | | | | Privileged | | Copy of a draft HD 26 | Same |
| 138 | | | | | | | Privileged | | Copy of a draft HD 29 | Same |
| 139 | | | | | | | Privileged | | Copy of a draft HD 25 | Same |
| 140 | | | | | | | Privileged | | Copy of a draft HD 47 | Same |
| 141 | | | | | | | Privileged | | Copy of a draft HD 25 | Same |
| 142 | | | | | | | Privileged | | Copy of a draft HD 46 | Same |
| 143 | | | | | | | Privileged | | Copy of a draft HD 48 | Same |
| 144 | | | | | | | Privileged | | Copy of a draft HD 40 | Same |
| 145 | | | | | | | Privileged | | Copy of a draft HD 116 | Same |
| 146 | | | | | | | Privileged | | Copy of a draft HD 54 | Same |
| 147 | | | | | | | Privileged | | Copy of a draft HD 82 | Same |
| 148 | | | | | | | Privileged | | Copy of a draft HD 53 | Same |
| 149 | | | | | | | Privileged | | Copy of a draft HD 55 | Same |
| 150 | | | | | | | Privileged | | Copy of a draft HD 110 | Same |
| 151 | | | | | | | Privileged | | Copy of a draft HD 45 | Same |
| 152 | | | | | | | Privileged | | Copy of a draft HD 39 | Same |
| 153 | | | | | | | Privileged | | Copy of a draft HD 91 | Same |
| 154 | | | | | | | Privileged | | Copy of a draft HD 82 | Same |
| 155 | | | | | | | Privileged | | Copy of a draft HD 106 | Same |
| 156 | | | | | | | Privileged | | Copy of a draft HD 107 | Same |
| 157 | | | | | | | Privileged | | Copy of a draft HD 124 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 158 | | | | | | | Privileged | | Population data details for a draft HD 68 | Same -- population data constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and likely "relate[s] . . . to the intent behind any proposed design and/or revision of the H. 4493 or any idividual district referenced in Plaintiffs' Amended Complaint." Pursuant to the Court's Order (ECF No. 153), this data must be produced.<br><br>Also, population data is "strictly factual information" that was "available to lawmakers at the time a decision was made" and should not be protected by legislative privilege (Bethune-Hill v. Va. State Bd. of Elections, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015) (ciiting Comm. for a Fair & Balanced Map, 2011 WL 4837508, at *9)) |
| 159 | | | | | | | Privileged | | Copy of a draft 35 | Same (see objection to Privilege Log No. 1) |
| 160 | | | | | | | Privileged | | Copy of a draft 68 | Same |
| 161 | | | | | | | Privileged | | Copy of a draft 34 | Same |
| 162 | | | | | | | Privileged | | Copy of a draft 07 | Same |
| 163 | | | | | | | Privileged | | Copy of a draft 07 | Same |
| 164 | | | | | | | Privileged | | Copy of a draft 41 | Same |
| 165 | | | | | | | Privileged | | Copy of a draft 43 | Same |
| 166 | | | | | | | Privileged | | Copy of a draft 61 | Same |
| 167 | | | | | | | Privileged | | Population data details for a draft HD 1, 2, 3, 4, 5, 6 and 7 | Same (see objection to Privilege Log No. 158) |
| 168 | | | | | | | Privileged | | Copy of a draft 59 | Same (see objection to Privilege Log No. 1) |
| 169 | | | | | | | Privileged | | Copy of a draft 03 | Same |
| 170 | | | | | | | Privileged | | Copy of a draft Congressional Plan | Same |
| 171 | | | | | | | Privileged | | Copy of a draft HD 86 | Same |
| 172 | | | | | | | Privileged | | Copy of a draft HD 49 | Same |
| 173 | | | | | | | Privileged | | Copy of a draft HD 84 | Same |
| 174 | | | | | | | Privileged | | Copy of a draft HD 26 | Same |
| 175 | | | | | | | Privileged | | Copy of a draft HD 83 | Same |
| 176 | | | | | | | Privileged | | Copy of a draft HD 41 | Same |
| 177 | | | | | | | Privileged | | Copy of a draft HD 82 | Same |
| 178 | | | | | | | Privileged | | Copy of a draft HD 81 | Same |
| 179 | | | | | | | Privileged | | Copy of a draft HD 6 | Same |
| 180 | | | | | | | Privileged | | Copy of a draft HD 9 | Same |
| 181 | | | | | | | Privileged | | Copy of a draft HD 80 | Same |
| 182 | | | | | | | Privileged | | Copy of a draft HD 10 | Same |
| 183 | | | | | | | Privileged | | Copy of a draft HD 62 | Same |
| 184 | | | | | | | Privileged | | Copy of a draft HD 8 | Same |
| 185 | | | | | | | Privileged | | Copy of a draft HD 72 | Same |
| 186 | | | | | | | Privileged | | Copy of a draft HD 68 | Same |
| 187 | | | | | | | Privileged | | Copy of a draft HD 49 | Same |
| 188 | | | | | | | Privileged | | Copy of a draft HD 76 | Same |
| 189 | | | | | | | Privileged | | Copy of a draft HD 16 | Same |
| 190 | | | | | | | Privileged | | Copy of a draft HD 69 | Same |
| 191 | | | | | | | Privileged | | Copy of a draft HD 46 | Same |
| 192 | | | | | | | Privileged | | Copy of a draft HD 69 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 193 | | | | | | | Privileged | | Copy of a draft HD 95 | Same |
| 194 | | | | | | | Privileged | | Copy of a draft HD 112 | Same |
| 195 | | | | | | | Privileged | | Copy of a draft HD 65 | Same |
| 196 | | | | | | | Privileged | | Copy of a draft HD 77 | Same |
| 197 | | | | | | | Privileged | | Copy of a draft HD 94 | Same |
| 198 | | | | | | | Privileged | | Copy of a draft HD 123 | Same |
| 199 | | | | | | | Privileged | | Copy of a draft HD 77 | Same |
| 200 | | | | | | | Privileged | | Copy of a draft HD 70 | Same |
| 201 | | | | | | | Privileged | | Copy of a draft HD 70 | Same |
| 202 | | | | | | | Privileged | | Copy of a draft HD 28 | Same |
| 203 | | | | | | | Privileged | | Copy of a draft HD 70 | Same |
| 204 | | | | | | | Privileged | | Copy of a draft HD 50 | Same |
| 205 | | | | | | | Privileged | | Copy of a draft HD 111 | Same |
| 206 | | | | | | | Privileged | | Copy of a draft HD 40 | Same |
| 207 | | | | | | | Privileged | | Copy of a draft HD 93 | Same |
| 208 | | | | | | | Privileged | | Copy of a draft HD 17 | Same |
| 209 | | | | | | | Privileged | | Copy of a draft HD 90 | Same |
| 210 | | | | | | | Privileged | | Copy of a draft HD 19 | Same |
| 211 | | | | | | | Privileged | | Copy of a draft HD 62 | Same |
| 212 | | | | | | | Privileged | | Copy of a draft HD 62 | Same |
| 213 | | | | | | | Privileged | | Copy of a draft HD 91 | Same |
| 214 | | | | | | | Privileged | | Copy of a draft HD 18 | Same |
| 215 | | | | | | | Privileged | | Copy of a draft HD 93 | Same |
| 216 | | | | | | | Privileged | | Copy of a draft HD 55 | Same |
| 217 | | | | | | | Privileged | | Copy of a draft HD 57 | Same |
| 218 | | | | | | | Privileged | | Copy of a draft HD 55 | Same |
| 219 | | | | | | | Privileged | | Copy of a draft HD 04 | Same |
| 220 | | | | | | | Privileged | | Copy of a draft HD 114 | Same |
| 221 | | | | | | | Privileged | | Copy of a draft HD 13 | Same |
| 222 | | | | | | | Privileged | | Copy of a draft HD 57 | Same |
| 223 | | | | | | | Privileged | | Copy of a draft HD 52 | Same |
| 224 | | | | | | | Privileged | | Copy of a draft HD 102 | Same |
| 225 | | | | | | | Privileged | | Copy of a draft HD 37 | Same |
| 226 | | | | | | | Privileged | | Copy of a draft HD 56 | Same |
| 227 | | | | | | | Privileged | | Copy of a draft HD 107 | Same |
| 228 | | | | | | | Privileged | | Copy of a draft HD 102 | Same |
| 229 | | | | | | | Privileged | | Copy of a draft HD 56 | Same |
| 230 | | | | | | | Privileged | | Copy of a draft HD 108 | Same |
| 231 | | | | | | | Privileged | | Copy of a draft HD 108 | Same |
| 232 | | | | | | | Privileged | | Copy of a draft HD 11 | Same |
| 233 | | | | | | | Privileged | | Copy of a draft HD 122 | Same |
| 234 | | | | | | | Privileged | | Copy of a draft HD 42 | Same |
| 235 | | | | | | | Privileged | | Copy of a draft HD 29 | Same |
| 236 | | | | | | | Privileged | | Copy of a draft HD 71 | Same |
| 237 | | | | | | | Privileged | | Copy of a draft HD 84 | Same |
| 238 | | | | | | | Privileged | | Copy of a draft HD 100 | Same |
| 239 | | | | | | | Privileged | | Copy of a draft HD 82 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 240 | | | | | | | Privileged | | Copy of a draft HD 32 | Same |
| 241 | | | | | | | Privileged | | Copy of a draft HD 29 | Same |
| 242 | | | | | | | Privileged | | Copy of a draft HD 27 | Same |
| 243 | | | | | | | Privileged | | Copy of a draft HD 31 | Same |
| 244 | | | | | | | Privileged | | Copy of a draft HD 104 | Same |
| 245 | | | | | | | Privileged | | Copy of a draft HD 30 | Same |
| 246 | | | | | | | Privileged | | Copy of a draft HD 85 | Same |
| 247 | | | | | | | Privileged | | Copy of a draft HD 34 | Same |
| 248 | | | | | | | Privileged | | Copy of a draft HD 01 | Same |
| 249 | | | | | | | Privileged | | Copy of a draft HD 35 | Same |
| 250 | | | | | | | Privileged | | Copy of a draft HD 33 | Same |
| 251 | | | | | | | Privileged | | Copy of a draft HD 45 | Same |
| 252 | | | | | | | Privileged | | Copy of a draft HD 44 | Same |
| 253 | | | | | | | Privileged | | Copy of a draft HD 36 | Same |
| 254 | | | | | | | Privileged | | Copy of a draft HD 37 | Same |
| 255 | | | | | | | Privileged | | Copy of a draft HD 38 | Same |
| 256 | | | | | | | Privileged | | Copy of a draft HD 14 | Same |
| 257 | | | | | | | Privileged | | Copy of a draft HD 14 | Same |
| 258 | | | | | | | Privileged | | Copy of a draft HD 73 | Same |
| 259 | | | | | | | Privileged | | Copy of a draft HD 66 | Same |
| 260 | | | | | | | Privileged | | Copy of a draft HD 93 | Same |
| 261 | | | | | | | Privileged | | Population data details for a draft HD 12 | Same (*see* objection to Privilege Log No. 158) |
| 262 | | | | | | | Privileged | | Population data details for a draft HD 60 | Same |
| 263 | | | | | | | Privileged | | Population data details for a draft HD 12 | Same |
| 264 | | | | | | | Privileged | | Population data details for a draft HD 60 | Same |
| 265 | | | | | | | Privileged | | Population data details for a draft HD 63 | Same |
| 266 | | | | | | | Privileged | | Population data details for a draft HD 103 | Same |
| 267 | | | | | | | Privileged | | Population data details for a draft HD 12 | Same |
| 268 | | | | | | | Privileged | | Population data details for a draft HD 78 | Same |
| 269 | | | | | | | Privileged | | Population data details for a draft HD 75 | Same |
| 270 | | | | | | | Privileged | | Population data details for a draft HD 15 | Same |
| 271 | | | | | | | Privileged | | Population data details for a draft HD 118 | Same |
| 272 | | | | | | | Privileged | | Population data details for a draft HD 120 | Same |
| 273 | | | | | | | Privileged | | Population data details for a draft HD 82 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 274 | | | | | | | Privileged | | Population data details for a draft HD 83 | Same |
| 275 | | | | | | | Privileged | | Population data details for a draft HD 86 | Same |
| 276 | | | | | | | Privileged | | Population data details for a draft HD 117 | Same |
| 277 | | | | | | | Privileged | | Population data details for a draft HD 83 | Same |
| 278 | | | | | | | Privileged | | Population data details for a draft HD 82 | Same |
| 279 | | | | | | | Privileged | | Population data details for a draft HD 95 | Same |
| 280 | | | | | | | Privileged | | Population data details for a draft HD 12 and 13 | Same |
| 281 | | | | | | | Privileged | | Population data details for a draft HD 24 | Same |
| 282 | | | | | | | Privileged | | Population data details for a draft HD 12 | Same |
| 283 | | | | | | | Privileged | | Population data details for a draft HD 96 | Same |
| 284 | | | | | | | Privileged | | Population data details for a draft HD 81 | Same |
| 285 | | | | | | | Privileged | | Population data details for a draft HD 49 | Same |
| 286 | | | | | | | Privileged | | Population data details for a draft HD 102 | Same |
| 287 | | | | | | | Privileged | | Population data details for a draft HD 15 | Same |
| 288 | | | | | | | Privileged | | Population data details for a draft HD 52 | Same |
| 289 | | | | | | | Privileged | | Population data details for a draft HD 93 | Same |
| 290 | | | | | | | Privileged | | Population data details for a draft HD 95 | Same |
| 291 | | | | | | | Privileged | | Population data details for a draft HD 64 | Same |
| 292 | | | | | | | Privileged | | Population data details for a draft HD 51 | Same |
| 293 | | | | | | | Privileged | | Population data details for a draft HD 50 | Same |
| 294 | | | | | | | Privileged | | Population data details for a draft HD 92 | Same |
| 295 | | | | | | | Privileged | | Population data details for a draft HD 57 | Same |
| 296 | | | | | | | Privileged | | Population data details for a draft HD 99 | Same |

| | South Carolina State Conference of the NAACP, et al. v. McMaster, et al.<br>Case No. 3:21-cv-03302-JMC-TJH-RMG<br>Privilege Log of House Defendants | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
| 297 | | | | | | | Privileged | | Population data details for a draft HD 90 | Same |
| 298 | | | | | | | Privileged | | Population data details for a draft HD 95 | Same |
| 299 | | | | | | | Privileged | | Population data details for a draft HD 57 | Same |
| 300 | | | | | | | Privileged | | Population data details for a draft HD 55 | Same |
| 301 | | | | | | | Privileged | | Population data details for a draft HD 101 | Same |
| 302 | | | | | | | Privileged | | Population data details for a draft HD 37 | Same |
| 303 | | | | | | | Privileged | | Population data details for a draft HD 38 | Same |
| 304 | | | | | | | Privileged | | Population data details for a draft HD 70 | Same |
| 305 | | | | | | | Privileged | | Population data details for a draft HD 75 | Same |
| 306 | | | | | | | Privileged | | Population data details for a draft HD 78 | Same |
| 307 | | | | | | | Privileged | | Population data details for a draft HD 123 | Same |
| 308 | | | | | | | Privileged | | Population data details for a draft HD 57 | Same |
| 309 | | | | | | | Privileged | | Population data details for a draft HD 117 | Same |
| 310 | | | | | | | Privileged | | Population data details for a draft HD 55 | Same |
| 311 | | | | | | | Privileged | | Population data details for a draft HD 101 | Same |
| 312 | | | | | | | Privileged | | Population data details for a draft HD 86 | Same |
| 313 | | | | | | | Privileged | | Population data details for a draft HD 101 | Same |
| 314 | | | | | | | Privileged | | Population data details for a draft HD 86 | Same |
| 315 | | | | | | | Privileged | | Population data details for a draft HD 67 | Same |
| 316 | | | | | | | Privileged | | Population data details for a draft HD 25 | Same |
| 317 | | | | | | | Privileged | | Population data details for a draft HD 23 | Same |
| 318 | | | | | | | Privileged | | Population data details for a draft HD 25 | Same |
| 319 | | | | | | | Privileged | | Population data details for a draft HD 19 | Same |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**<br>**Case No. 3:21-cv-03302-JMC-TJH-RMG**<br>**Privilege Log of House Defendants** | | | | | | | | | | |
| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
| 320 | | | | | | | Privileged | | Population data details for a draft HD 17 | Same |
| 321 | | | | | | | Privileged | | Population data details for a draft HD 23 | Same |
| 322 | | | | | | | Privileged | | Population data details for a draft HD 24 | Same |
| 323 | | | | | | | Privileged | | Population data details for a draft HD 25 | Same |
| 324 | | | | | | | Privileged | | Population data details for a draft HD 35 | Same |
| 325 | | | | | | | Privileged | | Population data details for a draft HD 27 | Same |
| 326 | | | | | | | Privileged | | Population data details for a draft HD 16 | Same |
| 327 | | | | | | | Privileged | | Population data details for a draft HD 28 | Same |
| 328 | | | | | | | Privileged | | Population data details for a draft HD 16 | Same |
| 329 | | | | | | | Privileged | | Population data details for a draft HD 28 | Same |
| 330 | | | | | | | Privileged | | Population data details for a draft HD 58 | Same |
| 331 | | | | | | | Privileged | | Population data details for a draft HD 105 | Same |
| 332 | | | | | | | Privileged | | Population data details for a draft HD 104 | Same |
| 333 | | | | | | | Privileged | | Population data details for a draft HD 56 | Same |
| 334 | | | | | | | Privileged | | Population data details for a draft HD 113 | Same |
| 335 | | | | | | | Privileged | | Population data details for a draft HD 91 | Same |
| 336 | | | | | | | Privileged | | Population data details for a draft HD 113 | Same |
| 337 | | | | | | | Privileged | | Population data details for a draft HD 121 | Same |
| 338 | | | | | | | Privileged | | Population data details for a draft HD 79 | Same |
| 339 | | | | | | | Privileged | | Population data details for a draft HD 51 | Same |
| 340 | | | | | | | Privileged | | Population data details for a draft HD 79 | Same |
| 341 | | | | | | | Privileged | | Population data details for a draft HD 87 | Same |
| 342 | | | | | | | Privileged | | Population data details for a draft HD 97 | Same |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**<br>**Case No. 3:21-cv-03302-JMC-TJH-RMG**<br>**Privilege Log of House Defendants** | | | | | | | | |
| **Number** | **Email From** | **Email To** | **Email CC** | **Email BCC** | **Subject/Title** | **Date** | **Legislative Privilege** | **Attorney-Client/Work Product** | **Privilege Log Description** | **Privilege Challenged Basis** |
| 343 | | | | | | | Privileged | | Population data details for a draft HD 42 | Same |
| 344 | | | | | | | Privileged | | Population data details for a draft HD 92 | Same |
| 345 | | | | | | | Privileged | | Population data details for a draft HD 54 | Same |
| 346 | | | | | | | Privileged | | Population data details for a draft HD 57 | Same |
| 347 | | | | | | | Privileged | | Population data details for a draft HD 109 | Same |
| 348 | | | | | | | Privileged | | Population data details for a draft HD 70 | Same |
| 349 | | | | | | | Privileged | | Population data details for a draft HD 109 | Same |
| 350 | | | | | | | Privileged | | Population data details for a draft HD 79 | Same |
| 351 | | | | | | | Privileged | | Population data details for a draft HD 109 | Same |
| 352 | | | | | | | Privileged | | Population data details for a draft HD 38 | Same |
| 353 | | | | | | | Privileged | | Population data details for a draft HD 53 | Same |
| 354 | | | | | | | Privileged | | Population data details for a draft HD 45 | Same |
| 355 | | | | | | | Privileged | | Population data details for a draft HD 39 | Same |
| 356 | | | | | | | Privileged | | Population data details for a draft HD 110 | Same |
| 357 | | | | | | | Privileged | | Population data details for a draft HD 91 | Same |
| 358 | | | | | | | Privileged | | Population data details for a draft HD 82 | Same |
| 359 | | | | | | | Privileged | | Population data details for a draft HD 124 | Same |
| 360 | | | | | | | Privileged | | Population data details for a draft HD 107 | Same |
| 361 | | | | | | | Privileged | | Population data details for a draft HD 35 | Same |
| 362 | | | | | | | Privileged | | Population data details for a draft HD 106 | Same |
| 363 | | | | | | | Privileged | | Population data details for a draft HD 34 | Same |
| 364 | | | | | | | Privileged | | Population data details for a draft HD 105 | Same |
| 365 | | | | | | | Privileged | | Population data details for a draft HD 61 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 366 | | | | | | | Privileged | | Population data details for a draft HD 21 | Same |
| 367 | | | | | | | Privileged | | Population data details for a draft HD 58 | Same |
| 368 | | | | | | | Privileged | | Population data details for a draft HD 26 | Same |
| 369 | | | | | | | Privileged | | Population data details for a draft HD 27 | Same |
| 370 | | | | | | | Privileged | | Population data details for a draft HD 70 | Same |
| 371 | | | | | | | Privileged | | Population data details for a draft HD 25 | Same |
| 372 | | | | | | | Privileged | | Population data details for a draft HD 29 | Same |
| 373 | | | | | | | Privileged | | Population data details for a draft HD 25 | Same |
| 374 | | | | | | | Privileged | | Population data details for a draft HD 47 | Same |
| 375 | | | | | | | Privileged | | Population data details for a draft HD 25 | Same |
| 376 | | | | | | | Privileged | | Population data details for a draft HD 46 | Same |
| 377 | | | | | | | Privileged | | Population data details for a draft HD 89 | Same |
| 378 | | | | | | | Privileged | | Population data details for a draft HD 13 | Same |
| 379 | | | | | | | Privileged | | Population data details for a draft HD 55 | Same |
| 380 | | | | | | | Privileged | | Population data details for a draft HD 57 | Same |
| 381 | | | | | | | Privileged | | Population data details for a draft HD 49 | Same |
| 382 | | | | | | | Privileged | | Population data details for a draft HD 52 | Same |
| 383 | | | | | | | Privileged | | Population data details for a draft HD 37 | Same |
| 384 | | | | | | | Privileged | | Population data details for a draft HD 102 | Same |
| 385 | | | | | | | Privileged | | Population data details for a draft HD 56 | Same |
| 386 | | | | | | | Privileged | | Population data details for a draft HD 107 | Same |
| 387 | | | | | | | Privileged | | Population data details for a draft HD 72 | Same |
| 388 | | | | | | | Privileged | | Population data details for a draft HD 56 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 389 | | | | | | | Privileged | | Population data details for a draft HD 68 | Same |
| 390 | | | | | | | Privileged | | Population data details for a draft HD 102 | Same |
| 391 | | | | | | | Privileged | | Population data details for a draft HD 69 | Same |
| 392 | | | | | | | Privileged | | Population data details for a draft HD 76 | Same |
| 393 | | | | | | | Privileged | | Population data details for a draft HD 16 | Same |
| 394 | | | | | | | Privileged | | Population data details for a draft HD 69 | Same |
| 395 | | | | | | | Privileged | | Population data details for a draft HD 46 | Same |
| 396 | | | | | | | Privileged | | Population data details for a draft HD 112 | Same |
| 397 | | | | | | | Privileged | | Population data details for a draft HD 95 | Same |
| 398 | | | | | | | Privileged | | Population data details for a draft HD 77 | Same |
| 399 | | | | | | | Privileged | | Population data details for a draft HD 65 | Same |
| 400 | | | | | | | Privileged | | Population data details for a draft HD 94 | Same |
| 401 | | | | | | | Privileged | | Population data details for a draft HD 77 | Same |
| 402 | | | | | | | Privileged | | Population data details for a draft HD 123 | Same |
| 403 | | | | | | | Privileged | | Population data details for a draft HD 70 | Same |
| 404 | | | | | | | Privileged | | Population data details for a draft HD 28 | Same |
| 405 | | | | | | | Privileged | | Population data details for a draft HD 70 | Same |
| 406 | | | | | | | Privileged | | Population data details for a draft HD 85 | Same |
| 407 | | | | | | | Privileged | | Population data details for a draft HD 40 | Same |
| 408 | | | | | | | Privileged | | Population data details for a draft HD 70 | Same |
| 409 | | | | | | | Privileged | | Population data details for a draft HD 50 | Same |
| 410 | | | | | | | Privileged | | Population data details for a draft HD 93 | Same |
| 411 | | | | | | | Privileged | | Population data details for a draft HD 17 | Same |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**<br>**Case No. 3:21-cv-03302-JMC-TJH-RMG**<br>**Privilege Log of House Defendants** | | | | | |
| **Number** | **Email From** | **Email To** | **Email CC** | **Email BCC** | **Subject/Title** | **Date** | **Legislative Privilege** | **Attorney-Client/Work Product** | **Privilege Log Description** | **Privilege Challenged Basis** |
| 412 | | | | | | | Privileged | | Population data details for a draft HD 111 | Same |
| 413 | | | | | | | Privileged | | Population data details for a draft HD 19 | Same |
| 414 | | | | | | | Privileged | | Population data details for a draft HD 90 | Same |
| 415 | | | | | | | Privileged | | Population data details for a draft HD 61 | Same |
| 416 | | | | | | | Privileged | | Population data details for a draft HD 43 | Same |
| 417 | | | | | | | Privileged | | Population data details for a draft HD 59 | Same |
| 418 | | | | | | | Privileged | | Population data details for a draft HD 03 | Same |
| 419 | | | | | | | Privileged | | Population data details for a draft HD 102 | Same |
| 420 | | | | | | | Privileged | | Population data details for a draft HD 32 | Same |
| 421 | | | | | | | Privileged | | Population data details for a draft HD 84 | Same |
| 422 | | | | | | | Privileged | | Population data details for a draft HD 49 | Same |
| 423 | | | | | | | Privileged | | Population data details for a draft HD 08 | Same |
| 424 | | | | | | | Privileged | | Population data details for a draft HD 10 | Same |
| 425 | | | | | | | Privileged | | Population data details for a draft HD 41 | Same |
| 426 | | | | | | | Privileged | | Population data details for a draft HD 77 | Same |
| 427 | | | | | | | Privileged | | Population data details for a draft HD 48 | Same |
| 428 | | | | | | | Privileged | | Population data details for a draft HD 69 | Same |
| 429 | | | | | | | Privileged | | Population data details for a draft HD 85 | Same |
| 430 | | | | | | | Privileged | | Population data details for a draft HD 40 | Same |
| 431 | | | | | | | Privileged | | Population data details for a draft HD 110 | Same |
| 432 | | | | | | | Privileged | | Population data details for a draft HD 33 | Same |
| 433 | | | | | | | Privileged | | Population data details for a draft HD 92 | Same |
| 434 | | | | | | | Privileged | | Population data details for a draft HD 110 | Same |

| | South Carolina State Conference of the NAACP, et al. v. McMaster, et al.<br>Case No. 3:21-cv-03302-JMC-TJH-RMG<br>Privilege Log of House Defendants | | | | | | | | |
| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 435 | | | | | | | Privileged | | Population data details for a draft HD 87 | Same |
| 436 | | | | | | | Privileged | | Population data details for a draft HD 42 | Same |
| 437 | | | | | | | Privileged | | Population data details for a draft HD 49 | Same |
| 438 | | | | | | | Privileged | | Population data details for a draft HD 86 | Same |
| 439 | | | | | | | Privileged | | Population data details for a draft HD 26 | Same |
| 440 | | | | | | | Privileged | | Population data details for a draft HD 84 | Same |
| 441 | | | | | | | Privileged | | Population data details for a draft HD 83 | Same |
| 442 | | | | | | | Privileged | | Population data details for a draft HD 41 | Same |
| 443 | | | | | | | Privileged | | Population data details for a draft HD 82 | Same |
| 444 | | | | | | | Privileged | | Population data details for a draft HD 81 | Same |
| 445 | | | | | | | Privileged | | Population data details for a draft HD 80 | Same |
| 446 | | | | | | | Privileged | | Population data details for a draft HD 06 | Same |
| 447 | | | | | | | Privileged | | Population data details for a draft HD 09 | Same |
| 448 | | | | | | | Privileged | | Population data details for a draft HD 40 | Same |
| 449 | | | | | | | Privileged | | Population data details for a draft HD 116 | Same |
| 450 | | | | | | | Privileged | | Population data details for a draft HD 10 | Same |
| 451 | | | | | | | Privileged | | Population data details for a draft HD 54 | Same |
| 452 | | | | | | | Privileged | | Population data details for a draft HD 55 | Same |
| 453 | | | | | | | Privileged | | Population data details for a draft HD 82 | Same |
| 454 | | | | | | | Privileged | | Population data details for a draft HD 27 | Same |
| 455 | | | | | | | Privileged | | Population data details for a draft HD 35 | Same |
| 456 | | | | | | | Privileged | | Population data details for a draft HD 85 | Same |
| 457 | | | | | | | Privileged | | Population data details for a draft HD 30 | Same |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**<br>**Case No. 3:21-cv-03302-JMC-TJH-RMG**<br>**Privilege Log of House Defendants** | | | | | | | | | |
| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
| 458 | | | | | | | Privileged | | Population data details for a draft HD 33 | Same |
| 459 | | | | | | | Privileged | | Population data details for a draft HD 104 | Same |
| 460 | | | | | | | Privileged | | Population data details for a draft HD 36 | Same |
| 461 | | | | | | | Privileged | | Population data details for a draft HD 01 | Same |
| 462 | | | | | | | Privileged | | Population data details for a draft HD 37 | Same |
| 463 | | | | | | | Privileged | | Population data details for a draft HD 44 | Same |
| 464 | | | | | | | Privileged | | Population data details for a draft HD 38 | Same |
| 465 | | | | | | | Privileged | | Population data details for a draft HD 45 | Same |
| 466 | | | | | | | Privileged | | Population data details for a draft HD 73 | Same |
| 467 | | | | | | | Privileged | | Population data details for a draft HD 14 | Same |
| 468 | | | | | | | Privileged | | Population data details for a draft HD 93 | Same |
| 469 | | | | | | | Privileged | | Population data details for a draft HD 04 | Same |
| 470 | | | | | | | Privileged | | Population data details for a draft HD 66 | Same |
| 471 | | | | | | | Privileged | | Population data details for a draft HD 114 | Same |
| 472 | | | | | | | Privileged | | Population data details for a draft HD 55 | Same |
| 473 | | | | | | | Privileged | | Population data details for a draft HD 57 | Same |
| 474 | | | | | | | Privileged | | Population data details for a draft HD 41 | Same |
| 475 | | | | | | | Privileged | | Population data details for a draft HD 07 | Same |
| 476 | | | | | | | Privileged | | Population data details for a draft HD 62 | Same |
| 477 | | | | | | | Privileged | | Population data details for a draft HD 08 | Same |
| 478 | | | | | | | Privileged | | Population data details for a draft HD 62 | Same |
| 479 | | | | | | | Privileged | | Population data details for a draft HD 18 | Same |
| 480 | | | | | | | Privileged | | Population data details for a draft HD 91 | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 481 | | | | | | | Privileged | | Population data details for a draft HD 122 | Same |
| 482 | | | | | | | Privileged | | Population data details for a draft HD 11 | Same |
| 483 | | | | | | | Privileged | | Population data details for a draft HD 104 | Same |
| 484 | | | | | | | Privileged | | Population data details for a draft HD 29 | Same |
| 485 | | | | | | | Privileged | | Population data details for a draft HD 108 | Same |
| 486 | | | | | | | Privileged | | Population data details for a draft HD 42 | Same |
| 487 | | | | | | | Privileged | | Population data details for a draft HD 108 | Same |
| 488 | | | | | | | Privileged | | Population data details for a draft HD 71 | Same |
| 489 | | | | | | | Privileged | | Population data details for a draft HD 84 | Same |
| 490 | | | | | | | Privileged | | Population data details for a draft HD 100 | Same |
| 491 | | | | | | | Privileged | | Population data details for a draft HD 82 | Same |
| 492 | | | | | | | Privileged | | Population data details for a draft HD 32 | Same |
| 493 | | | | | | | Privileged | | Population data details for a draft HD 29 | Same |
| 494 | | | | | | | Privileged | | Population data details for a draft HD 31 | Same |
| 495 | | | | | | | Privileged | | Population data details for a draft HD 34 | Same |
| 496 | Chris Murphy | Emma Dean; Jimmy Hinson | | | Chairmans Retreat 1/4-1/5 | 12/20/21 | | Attorney-Client Communication | Confidential communication to staff counsel regarding topics for meeting. | Not AC because communication to staff regarding the "topics" for the "chairmans retreat" is not legal advice. |
| 497 | Ashley Harwell-Beach | Emma Dean | | | Redistricting | 11/8/21 | | Work Product | Communication between staff counsel regarding internal process planning. | Not a WPP because the document does not appear to be for the purpose of litigation; legislative counsel cannot "withhold documents pertaining to pending legislation" (Bethune-Hill, 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (Id.); a communication is not AWP. |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|--------|-----------|----------|----------|-----------|---------------|------|----------------------|------------------------------|--------------------------|----------------------------|
| 498 | Carl Anderson | Emma Dean | | | RE: FW: Redistricting | 11/12/21 | Privileged | | Communication from legislator to staff counsel regarding draft map. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>Also, "staff counsel" is not an immediate aide that enjoys the legislative privilege (*Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); because the email is about "draft map," email may contain "strictly factual information" and/or non-privileged information that were relied upon by legislators (*Id.*  (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |
| 499 | Emma Dean | Chris Murphy | | | Attorney Communication Privileged | 9/3/21 | | Attorney-Client Communication; Work Product | Communication to legislator with draft work product for review. | Not ACC because the communication is for "review," not obtaining legal advice. Not a WPP because the document does not appear to be for the purpose of litigation; legislative counsel cannot "withhold documents pertaining to pending legislation" (Bethune-HIll, 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (Id.); a communication is not AWP. |
| 500 | | | | | Draft Letter from Ch. Murphy 9.3.21.docx | 9/3/21 | | Attorney-Client Communication; Work Product | Attachment to communication to legislator with draft work product for review. | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 501 | Linda Anderson | Emma Dean | | | FW: Rep. Anderson | 9/13/21 | Privileged | | Communication on behalf of legislator to staff counsel regarding map planning. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>"Staff counsel" is not an immediate aide that enjoys the legislative privilege (*Bethune-Hill v. Va. State Bd. of Elections* , 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); because the email is about "map planning," email may contain "strictly factual information" and/or non-privileged information that were relied upon by legislators (*Id.*  (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections* , 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "'reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.*  at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections* , 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |
| 502 | Emma Dean | Jay Jordan | | | FW: "REDACTED" | 9/28/21 | | Attorney-Client Communication | Communication from staff counsel to legislator forwarding legal advice. | Lacks sufficient information to make a privilege determination. Defendant "bears the burden to show that the 'work product' was prepared in anticipation of litigation." (RLI Ins. Co. v. Conseco, Inc., 477 F. Supp. 3d 741, 749 (E.D. Va. 2007). |
| 503 | | | | | Notes for "REDACTED" | 9/28/21 | | Attorney-Client Communication; Work Product | Work product legal advice from outside counsel. | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 504 | Robin Heatwole | Emma Dean | Kim Johnson | | District 64 Map | 11/2/21 | Privileged | | Communication on behalf of legislator to staff counsel regarding draft map. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 any individual district referenced in Plaintiffs' Amended Complaint."<br><br>Also, "staff counsel" is not an immediate aide that enjoys the legislative privilege (*Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); because the email is about "draft map," email may contain "strictly factual information" and/or non-privileged information that were relied on by legislators (*Id.* (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |
| 505 | Emma Dean | Jimmy Hinson | | | Fwd: S.865 - ACT for our review | 1/26/22 | | Work Product | Communication between staff counsel regarding process planning for legislation. | Not WPP because "process planning" is not legal advice. The document does not appear to be for the purpose of litigation; legislative counsel cannot "withhold documents pertaining to pending legislation" (Bethune-HIll, 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (Id.); a communication is not AWP. |
| 506 | | | | | 865AHB22.pdf | 1/26/22 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. | Same |
| 507 | Neal Collins | Emma Dean | | | Re: August 3rd meeting notice | 7/23/21 | Privileged | | Communication from legislator to staff counsel regarding planning. | Lacks sufficient information to make a privilege determination, but "staff counsel" is not an immediate aide that enjoys the legislative privilege (*Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); because the email is about "planning," email may contain "strictly factual information" and/or non-privileged information that were relied upon by legislators (*Id.* (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 508 | Elizabeth Taylor | Emma Dean; Jimmy Hinson | | | Rep. McCravy | 1/13/22 | Privileged | | Communication on behalf of legislator to staff counsel regarding draft map. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>Also, "staff counsel" is not an immediate aide that enjoys the legislative privilege (*Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); because the email is about "draft map," email may contain "strictly factual information" and/or non-privileged information that were relied upon by legislators (*Id.* (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "reveal[] an awareness" of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |
| 509 | Emma Dean | Ashley Harwell-Beach | | | Draft amendment | 1/11/22 | | Work Product | Communication between staff counsel regarding legislative drafting. | Not a WPP because the document does not appear to be for the purpose of litigation but rather draft legislation; legislative counsel cannot "withhold documents pertaining to pending legislation" (*See e.g.*, *Bethune-Hill*, 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (*Id.*). |
| 510 | | | | | Document1.docx | 1/11/22 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. | Same |
| 511 | Emma Dean | Paula Benson | | | language for bill | 1/12/22 | | Work Product | Communication between staff counsel regarding legislative drafting. | Same |
| 512 | | | | | Document1.docx | 1/12/22 | | Work Product | Attachment to communication from staff counsel regarding legislative drafting. | Same |
| 513 | Emma Dean | Jimmy Hinson | | | Fwd: S.865 - ACT for our review | 1/26/22 | | Work Product | Communication between staff counsel regarding legislative drafting. | Same |
| 514 | | | | | 865AHB22.pdf | 1/26/22 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. | Same |
| 515 | Emma Dean | Ashley Harwell-Beach | | | Amendment | 12/1/21 | | Work Product | Communication between staff counsel regarding legislative drafting. | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 516 | | | | | 12.1 Draft Language.docx | 12/1/21 | | Attorney-Client Communication | Attachment to communication between staff counsel regarding legislative drafting. | Not ACC because communication was not with a "client" but "between staff;" "legislative drafting" is not "legal advice."  Legislative counsel cannot "withhold documents pertaining to pending legislation" (*See e.g.*, *Bethune-Hill*, 144 F. Supp. 3d at 348). |
| 517 | Emma Dean | Ashley Harwell-Beach | | | Compare Result 5 | 12/8/21 | | Work Product | Communication between staff counsel regarding legislative drafting. | Document/communication appears to relate to the "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint" or else may be related to "racially polarized voting analysis utilized in the development, design and/or revision of H. 4493" and thus must be produced pursuant to the Court's Order.<br><br>Not a WPP because the document does not appear to be for the purpose of litigation but rather draft legislation; legislative counsel cannot "withhold documents pertaining to pending legislation" (*See e.g.*, *Bethune-Hill*, 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (*Id.*). |
| 518 | | | | | Compare Result 5.docx | 12/8/21 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. | Same |
| 519 | Emma Dean | Ashley Harwell-Beach | | | Re: Redistricting Act | 12/8/21 | | Work Product | Communication between staff counsel regarding legislative drafting. | Same |
| 520 | | | | | 4493AHB21.pdf | 12/8/21 | | Work Product | Attachment to communication between staff counsel regarding legislative drafting. | Same |
| 521 | Jason Elliott | Emma Dean | | | Re: District 31 | 11/12/21 | Privileged | | Communication from legislator to staff counsel regarding draft map. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>Also, "staff counsel" is not an immediate aide that enjoys the legislative privilege (*Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); because the email is about "draft map," for District 31 email may contain "strictly factual information" and/or non-privileged information that were relied upon by legislators (*Id.* (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "'reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 522 | | | | | HD-031.pdf | 11/12/21 | Privileged | | Attachment to communication from legislator to staff counsel regarding draft map. | Same |
| 523 | Beth Bernstein | Emma Dean; Patricia Henegan; Justin Bamberg; Wallace Jordan; Weston Newton | Jimmy Hinson; Roland Franklin; Linda Anderson; Neal Collins; Jason Elliot | | Redistricting | 11/15/21 | | Attorney-Client Communication | Communication from legislator to staff counsel requesting legal input. | Description does not have sufficient information to make a privilege determination. |
| 524 | copier@scstatehouse.gov | Emma Dean | | | Scanned image from MX-6070N | 10/1/21 | | Work Product | Scan transmission for staff counsel file. | Lacks sufficient information to make a privilege determination. Defendant "bears the burden to show that the 'work product' was prepared in anticipation of litigation." (*RLI Ins. Co. v. Conseco, Inc.*, 477 F. Supp. 3d 741, 749 (E.D. Va. 2007). |
| 525 | | | | | BL302Copier_20211001_143826.pdf | 10/1/21 | | Work Product | Scan for staff counsel file. | Same |
| 526 | copier@scstatehouse.gov | Emma Dean | | | Scanned image from MX-6070N | 10/1/21 | | Work Product | Scan transmission for staff counsel file. | Same |
| 527 | | | | | BL302Copier_20211001_162239.pdf | 10/1/21 | | Work Product | Scan for staff counsel file. | Same |
| 528 | Linda Anderson | Emma Dean | | | Map room | 11/2/21 | Privileged | | Communication on behalf of legislator to staff counsel regarding map planning. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>"Staff counsel" is not an immediate aide that enjoys the legislative privilege (*Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); defendant's description of communication is insufficient but because the email is about "map planning," it likely contains "strictly factual information" and/or non-privileged information that were relied upon by legislators (*Id.* (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "'reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 529 | Elizabeth Taylor | Vic Dabney | Emma Dean; Jimmy Hinson | | RE: Amendment to the Redistricting Plan. | 11/18/21 | Privileged | Attorney-Client Communication | Communication from legislator to staff counsel regarding draft map and legislative process. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced. This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint." Staff counsel is not an immediate aide that enjoys the legislative privilege (Bethune-Hill v. Va. State Bd. of Elections, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); because the email is about an "amendment to the redistricting plan" it likely contains "strictly factual information" and/or non-privileged information that were relied upon by legislators (Id. (citing Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "'reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (Id. at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (City of Greensboro v. Guilford Cnty. Bd. of Elections, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). Not protected by AC because communication among staff does not appear to be for the purpose of legal advice but legislation |
| 530 | Mark Smith | Emma Dean | Patrick Dennis | | Re: Letter from Chairman Murphy | 11/29/21 | Privileged | Attorney-Client Communication | Communication from legislator to staff counsel regarding draft map and legislative process. | Same. |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 531 | Thomas Hauger | Ashley Harwell-Beach | Emma Dean | | RE: Redistricting "REDACTED" | 11/29/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>Also, document should be produced because it may "'reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 344 (E.D. Va. 2015); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016).<br><br>Not protected by AC/WPP because communication among staff is not legal advice; legislative counsel cannot "withhold documents pertaining to pending legislation" (*Bethune-Hill*, 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (*Id.*). |
| 532 | Ashley Harwell-Beach | Thomas Hauger | Emma Dean | | RE: Redistricting "REDACTED" | 11/29/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. | Same |
| 533 | Thomas Hauger | Ashley Harwell-Beach; Patrick Dennis; Emma Dean | | | RE: Update to "REDACTED" | 12/5/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. | Same |
| 534 | Ashley Harwell-Beach | Thomas Hauger; Patrick Dennis; Emma Dean | | | RE: Update to "REDACTED" | 12/5/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. | Same |
| 535 | Thomas Hauger | Ashley Harwell-Beach; Patrick Dennis; Emma Dean | | | RE: Update to "REDACTED" | 12/6/21 | Privileged | Work Product | Communication among legislative staff and staff counsel regarding process planning for legislation. | Same |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | South Carolina State Conference of the NAACP, et al. v. McMaster, et al. Case No. 3:21-cv-03302-JMC-TJH-RMG Privilege Log of House Defendants | | | | | |
| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
| 536 | Ashley Harwell-Beach | Thomas Hauger; Patrick Dennis; Emma Dean | | | RE: Update to "REDACTED" | 12/6/21 | Privileged | Attorney-Client Communication | Communication among legislative staff and staff counsel regarding process planning for legislation. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."  Also, document may "reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Bethune-Hill v. Va. State Bd. of Elections* , 144 F. Supp. 2d 323, 344 (E.D. Va. 2015)); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (City of Greensboro v. Guilford Cnty. Bd. of Elections, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016).  Not protected by AC because communication among staff does not appear to be for the purpose of legal advice but legislation. |
| 537 | Chris Murphy | Emma Dean | Patrick Dennis; Jay Jordan | | Re: 7.21.21 Draft letter | 7/20/21 | Privileged | Attorney-Client Communication | Communication between legislator and staff counsel regarding planning process. | Same |
| 538 | Roger Kirby | Wallace    Jordan; Patrick Dennis; James H. "Jay" Lucas | | | Redistricting - KIRBY | 11/15/21 | Privileged | | Communication from legislator to legislators and staff counsel regarding draft map. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."  Document may "reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" and thus should be produced (Bethune-Hill v. Va. State Bd. of Elections, 144 F. Supp. 2d 323, 344 (E.D. Va. 2015); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (City of Greensboro v. Guilford Cnty. Bd. of Elections, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016) |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 539 | Haley Mottel | Gary Simrill | Patrick Dennis; Nicolette Walters | | Fwd: Final Draft :) | 1/4/22 | Privileged | Attorney-Client Communication; Work Product | Communication to legislator with draft work product for review. | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>Document may "'reveal[] an awareness of': racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Bethune-Hill v. Va. State Bd. of Elections* , 144 F. Supp. 2d 323, 344 (E.D. Va. 2015); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections* , 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016).<br><br>Not protected by the AC/WPP because the communication does not appear to be for the purpose of legal advice; legislative counsel cannot "withhold documents pertaining to pending legislation" (Bethune-HIll, 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (Id.). |
| 540 | | | | | 2022 First Monday Draft.1.2.22.docx | 1/4/22 | Privileged | Work Product | Communication to legislator with draft work product for review. | Insufficient information provided but document likely not protected by the AC/WPP because the communication does not appear to be for the purpose of legal advice; legislative counsel cannot "withhold documents pertaining to pending legislation" (*Bethune-Hill* , 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (Id.).<br><br>If document/communication includes draft map, must be produced pursuant to the Court's Order. (ECF No. 153). |
| 541 | Charles Reid | Patrick Dennis | | | Reid Affidavit Final.DOCX | 1/18/22 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding litigation | Defendants have not not provided sufficient information to make a privilege determination, but does apear to be for the purpose of legal advice and thus protected as ACC/WP. |
| 542 | | | | | Reid Affidavit Final.DOCX | 1/18/22 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel regarding litigation | Same |
| 543 | Patrick Dennis | Nicolette Walters | | | Re: DRAFT: First Monday 2022 remarks | 12/24/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel and legislative staff with draft work product for review. | Document not protected by the AC/WPP because the communication does not appear to be for the purpose of legal advice; legislative counsel cannot "withhold documents pertaining to pending legislation" (Bethune-HIll, 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (Id.); "remarks" are not legal advice. |
| 544 | | | | | 22.01.03 First Monday speech.docx | 12/24/21 | | Work Product | Attachment to communication between staff counsel and legislative staff with draft work product for review. | See above. |

South Carolina State Conference of the NAACP, et al. v. McMaster, et al.
Case No. 3:21-cv-03302-JMC-TJH-RMG
Privilege Log of House Defendants

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 545 | Patrick Dennis | Haley Mottel; Nicollete Walters; Jay Lucas | | | Redistricting portion for Monday Speech DRAFT | 12/29/21 | Privileged | Attorney-Client Communication; Work Product | Communication between staff counsel, legislator and legislative staff with draft work product for review. | Document/communication appears to relate to "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint" and thus must be produced pursuan to the Court's Order.<br><br>Communication between staff counsel is not a communication between legislators and between legislators and immediate staff (*Bethune-Hill v. Va. State Bd. of Elections* , 144 F. Supp. 2d 323, 343 (E.D. Va. 2015); email could contain "strictly factual information" and/or non-privileged information that were relied upon by legislators (*Id.*  (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections* , 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "'reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (Id. at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections* , 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016).<br><br>Not a WPP because the document does not appear to be for the purpose of legal advice; legislative counsel cannot "withhold documents pertaining to pending legislation" (*Bethune-HIll* , 144 F. Supp. 3d at 348); document was created in the "ordinary course" of legislation. (Id.); a communication is not AWP |
| 546 | Patrick Dennis | Haley Mottel | | | '--- Untitled Document --- | 12/29/21 | Privileged | Work Product | Communication between staff counsel with draft work product for review. | Same |
| 547 | | | | | First Monday Draft.docx | 12/29/21 | Privileged | Work Product | Attachment to communication between staff counsel with draft work product for review. | Same |
| 548 | Patrick Dennis | Haley Mottel | | | FW: DRAFT: First Monday 2022 remarks | 12/29/21 | Privileged | Work Product | Communication between staff counsel with draft work product for review. | Same |
| 549 | | | | | 22.01.03 First Monday speech.docx | 12/29/21 | Privileged | Work Product | Communication between staff counsel with draft work product for review. | Lacks sufficient information but appears to be communication/documentation in the ordinary course of legislation, not privileged ACC -- legislative counsel cannot "withhold documents pertaining to pending legislation" (*Bethune-Hill* , 144 F. Supp. 3d at 348) |
| 550 | Patrick Dennis | James H. Lucas; Haley Mottel; Nicollete Walters | | | Fwd: | 12/29/21 | Privileged | Attorney-Client Communication; Work Product | Communication between staff counsel and legislator with draft work product for review. | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 551 | | | | | 2022 First Monday Draft 2.0.docx | 12/29/21 | Privileged | Work Product | Attachment to communication between staff counsel and legislator with draft work product for review. | Same |
| 552 | Patrick Dennis | Haley Mottel | James H. "Jay" Lucas; Nicolette Walters | | Re: Updated Working Draft | 12/30/21 | Privileged | Attorney-Client Communication; Work Product | Communication between staff counsel, legislator and legislative staff with draft work product for review. | Same |
| 553 | | | | | 2022 First Monday Draft.12.30.21.docx | 12/30/21 | Privileged | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel, legislator and legislative staff with draft work product for review. | Same |
| 554 | Patrick Dennis | James H. "Jay" Lucas; Chris Murphy; Wallace Jordan | | | "REDACTED" | 12/31/21 | | Attorney-Client Communication; Work Product | Communication regarding work product and legal advice from outside counsel | Defendants have not not provided sufficient information to make a privilege determination, but does appear to be for the purpose of legal advice and thus protected as ACC/WP. |
| 555 | | | | | "REDACTED" | 12/31/21 | | Attorney-Client Communication; Work Product | Attachment to communication regarding work product and legal advice from outside counsel | Same |
| 556 | Patrick Dennis | Patrick Dennis | | | Fwd: Updated Draft | 1/2/22 | Privileged | Work Product | Communication forwarding draft work product for review | Lacks sufficient information to make a privilege determination. Defendants "bear the burden of showing that the attorney-client privilege applies." *Bethune-Hill* , 114 F. Supp. 3d at 347. Defendant "bears the burden to show that the 'work product' was prepared in anticipation of litigation." (*RLI Ins. Co. v. Conseco, Inc.* , 477 F. Supp. 3d 741, 749 (E.D. Va. 2007).<br><br>However, to the extent that the document contains a draft map or other supporting documentation, must be produced pursuant to the Court's Order. As "[a]ll versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493 and sufficient data to determine the date and time such maps were produced and the persons involved in submitting and reviewing them" are subject to discovery. |
| 557 | | | | | 2022 First Monday Draft.1.2.22.docx | 1/2/22 | | Work Product | Attachment to communication forwarding draft work product for review | Lacks sufficient information to make a privilege determination.  Defendants "bear the burden of showing that the attorney-client privilege applies." Bethune-Hill, 114 F. Supp. 3d at 347. Defendant "bears the burden to show that the 'work product' was prepared in anticipation of litigation." (RLI Ins. Co. v. Conseco, Inc., 477 F. Supp. 3d 741, 749 (E.D. Va. 2007). |
| 558 | | | | | 2022 First Monday Draft.1.2.22.pdf | 1/2/22 | | Work Product | Attachment to communication with draft work product for review | Same |
| 559 | Patrick Dennis | Richard Pearce | | | '--- Untitled Document --- | 8/10/21 | | Attorney-Client Communication | Communication between staff counsel regarding redistricting update | Same -- "redistricting update" appears to be related to pending legislation and not litigation or legal advice. |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 560 | Patrick Dennis | James H. Lucas; Patrick Dennis; Haley Mottel | | | Sine Die Adjournment | 9/21/21 | Privileged | Attorney-Client Communication; Work Product | Communication to legislator with legal discussion | Lacks sufficient information to make a privilege determination, based on the subject line of the email correspondence, this appears to be communication/documentation in the ordinary course of legislation, not privileged ACC -- legislative counsel cannot "withhold documents pertaining to pending legislation" (*See Bethune-Hill* , 144 F. Supp. 3d at 348) |
| 561 | Patrick Dennis | Bill Taylor | | | Fwd: Sine Die Adjournment | 9/28/21 | | Attorney-Client Communication | Communication to legislator with legal discussion | Same |
| 562 | Patrick Dennis | Bill Taylor | | | FW: Sine Die Adjournment | 9/28/21 | | Attorney-Client Communication | Communication to legislator with legal discussion | Same |
| 563 | Patrick Dennis | James H. "Jay" Lucas; Haley Mottel | | | FW: Civil Rights Groups File Federal Lawsuit Over South Carolina Redistricting Failures | 10/12/21 | | Attorney-Client Communication | Communication regarding litigation | Lacks sufficient information to make a privilege determination, but does appear to be related to legal advice and/or pending litigation. |
| 564 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel | Lacks sufficient information to make a privilege determination. Defendants "bear the burden of showing that the attorney-client privilege applies." Bethune-Hill, 114 F. Supp. 3d at 347. Defendant "bears the burden to show that the 'work product' was prepared in anticipation of litigation." (RLI Ins. Co. v. Conseco, Inc., 477 F. Supp. 3d 741, 749 (E.D. Va. 2007). |
| 565 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel | Same |
| 566 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel | Same |
| 567 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel | Same |
| 568 | Patrick Dennis | Charles Reid | | | Re: "REDACTED" | 10/12/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation between counsel | Same |
| 569 | Patrick Dennis | Nicolette Walters | | | RE: Zak Koeske Qs | 10/15/21 | | Attorney-Client Communication; Work Product | Communication with work product legal advice | Same |
| 570 | Patrick Dennis | Haley Mottel | | | FW: Zak Koeske Qs | 10/15/21 | | Attorney-Client Communication; Work Product | Communication with work product legal advice | Same |
| 571 | Patrick Dennis | Charles Reid | | | RE: Speaker Lucas Calling the House into Statewide Session Beginning 2:00 pm, Wednesday, December 1, 2021 | 11/17/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding planning for legislation | Based on the subject line of the email correspondence, this appears to be communication/documentation in the ordinary course of legislation, not privileged ACC -- legislative counsel cannot "withhold documents pertaining to pending legislation" (Bethune-HIll, 144 F. Supp. 3d at 348) |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 572 | Patrick Dennis | Ashley Harwell-Beach; Charles Reid | | | RE: Rules Committee - Special Order Redistricting | 11/23/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding process planning for legislation | Same |
| 573 | Patrick Dennis | Charles Reid; Ashley Harwell-Beach | | | RE: Rules Committee - Special Order Redistricting | 11/23/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding process planning for legislation | Same |
| 574 | Patrick Dennis | Julia Foster | | | '--- Untitled Document ---' | 12/8/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding process planning for legislation | Lacks sufficient information but apears to be communication/documentation in the ordinary course of legislation, not privileged ACC -- legislative counsel cannot "withhold documents pertaining to pending legislation" (*See Bethune-Hill*, 144 F. Supp. 3d at 348) |
| 575 | | | | | 7524AHB21.pdf | 12/8/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel regarding process planning for legislation | Same |
| 576 | Patrick Dennis | Julia Foster | | | FW: Special Order Draft | 12/8/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel regarding process planning for legislation | Same |
| 577 | | | | | 7524AHB21.docx | 12/8/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel regarding process planning for legislation | Same |
| 578 | Nicolette Walters | Patrick Dennis | | | Fwd: DRAFT: First Monday 2022 remarks | 12/21/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel and legislative staff with draft work product for review | Same |
| 579 | | | | | 22.01.03 First Monday speech.docx | 12/21/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel and legislative staff with draft work product for review | Same |
| 580 | Haley Mottel | Patrick Dennis; James H. "Jay" Lucas; Nicolette Walters | | | RE: Fiscal/Tax talking points | 12/30/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel, legislator and legislative staff with draft work product for review | Same |
| 581 | | | | | 2022 First Monday Draft.12.30.21.docx | 12/30/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel, legislator and legislative staff with draft work product for review | Same |
| 582 | Haley Mottel | James H. "Jay" Lucas; Patrick Dennis; Nicolette Walters | | | Updated Working Draft | 12/30/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel, legislator and legislative staff with draft work product for review | Same |
| 583 | | | | | 2022 First Monday Draft.12.30.21.docx | 12/30/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel, legislator and legislative staff with draft work product for review | Same |

**South Carolina State Conference of the NAACP, et al. v. McMaster, et al.**
**Case No. 3:21-cv-03302-JMC-TJH-RMG**
**Privilege Log of House Defendants**

| Number | Email From | Email To | Email CC | Email BCC | Subject/Title | Date | Legislative Privilege | Attorney-Client/Work Product | Privilege Log Description | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 584 | Chris Murphy | Patrick Dennis | James H. "Jay" Lucas; Wallace Jordan | | Re: "REDACTED" | 12/31/21 | | Attorney-Client Communication; Work Product | Communication regarding litigation | Lacks sufficient information to make a privilege determination. Defendants "bear the burden of showing that the attorney-client privilege applies." *Bethune-Hill* , 114 F. Supp. 3d at 347. Defendant "bears the burden to show that the 'work product' was prepared in anticipation of litigation." (*RLI Ins. Co. v. Conseco, Inc.* , 477 F. Supp. 3d 741, 749 (E.D. Va. 2007).  Does appear to be related to legal advice and/or pending litigation. |
| 585 | | | | | "REDACTED" | 12/31/21 | | Attorney-Client Communication; Work Product | Attachment to communication regarding litigation | Same |
| 586 | Haley Mottel | Patrick Dennis | | | RE: | 12/29/21 | | Attorney-Client Communication; Work Product | Communication between staff counsel with draft work product for review | Same |
| 587 | | | | | 2022 First Monday Draft.docx | 12/29/21 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel with draft work product for review | Same |
| 588 | Haley Mottel | Patrick Dennis; Nicolette Walters | | | Updated Speech | 1/1/22 | | Attorney-Client Communication; Work Product | Communication between staff counsel and legislative staff with draft work product for review | Lacks sufficient information but apears to be communication/documentation in the ordinary course of legislation, not privileged ACC -- legislative counsel cannot "withhold documents pertaining to pending legislation" (*See Bethune-Hill* , 144 F. Supp. 3d at 348) |
| 589 | | | | | 2022 First Monday Draft.1.1.22.docx | 1/1/22 | | Attorney-Client Communication; Work Product | Attachment to communication between staff counsel and legislative staff with draft work product for review | Same |
| 590 | Patrick Dennis | Charles Reid; Haley Mottel; Nicolette Walters | | | RE: reapportionment expenses | 7/19/21 | | Attorney-Client Communication | Communication among staff counsel regarding request for information | Based on the subject line of the email correspondence, this appears to be communication/documentation in the ordinary course of legislation, not privileged ACC --  legislative counsel cannot "withhold documents pertaining to pending legislation" (*Bethune-Hill* , 144 F. Supp. 3d at 348) |
| 591 | Patrick Dennis | Charles Cannon; Gary Simrill | Patrick Dennis | | DRAFT email "REDACTED" | 7/23/21 | Privileged | Attorney-Client Communication | Communication among staff counsel and legislator with draft notice | Lacks sufficient information to make a privilege determination; defendants burden to show privilege applies; but appears to be documentation created in the ordinary course of legislation and thus not protected as ACC. |

South Carolina State Conference of the NAACP, et al. v. McMaster, et al.
Case No. 3:21-cv-03302-JMC-TJH-RMG
Privilege Log of House Defendants *(Preliminary Draft-Subject to Revision)*

| Doc ID/Range(s) | Date | Recipient(s) | Author(s) | Document Type/Title | Subject/Description | Privilege | Basis for Privilege | Privilege Challenged Basis |
|---|---|---|---|---|---|---|---|---|
| MAP1-260 | Various | Redistricting Ad Hoc Committee | Members of SC House | Maps | Printouts of individual House Districts drawn by legislators prior lo adoption of working draft staff plan | Legislative | Map image printed at conclusion of a House Member's map room drawing session | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint." <br><br>Also, appears to contain "strictly factual information" and/or non-privileged information that were relied upon by legislators  (*See e.g.*, *Bethune-Hill v. Va. State Bd. of Elections*, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015) (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document may "'reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.*  at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |
| MAP261-516 | Various | Redistricting Ad Hoc Committee | Members of SC House | Population data spreadsheets | Population data details for maps labeled MAP1-260 | Legislative | Population data details for map images printed at conclusion of a House Member's drawing session | Same |
| REL00004081 | 11/5/2021 | | Emma Dean | Map Room Schedule .xlsx | Master map room scheduling document | Attorney/Client | Scheduling document created and maintained by staff counsel | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint." <br><br>Not protected by AC because communication does not appear to be for the purpose of legal advice but rather is documentation created in the ordinary course of legislation and appears to be strictly factual information -- perhaps a schedule outlining use of map room. legislative counsel cannot "withhold documents pertaining to pending legislation" (*Bethune-Hill* , 144 F. Supp. 3d at 348) |
| REL00011180 | 9/27/2021 | Emma Dean | Emma Dean | Email | Tuesday's meeting | Attorney/Client | Email from staff counsel to staff counsel forwarding draft procedures document | Same |
| REL00011180.0001 | 9/27/2021 | | | Document Attachment | Draft Map Room Procedures.pd/ | Attorney/Client | Draft map room procedures document | |
| REL00011459 | 9/27/2021 | Linda Anderson | Emma Dean | Email | Notebook | Attorney/Client | Draft map room procedures document sent by staff counsel to admin for printing | Same |
| REL00011459.0001 | 9/27/2021 | | | Document Attachment | Draft Map Room Procedures.pdf | Attorney/Client | Draft map room procedures document | Same |
| REL00011461 | 9/29/2021 | Linda Anderson | Emma Dean | Email | Map room procedures | Attorney/Client | Email from staff counsel to admin forwarding document | Same |
| REL00011461.0001 | 9/29/2021 | | | Document Attachment | Map Room Procedures.odf | Attorney/Client | Map room procedures document | Same |
| REL00011467 | 11/8/2021 | Patrick Dennis | Emma Dean | Email | Redistricting | Attorney/Client | Notification communication between staff counsel | Insufficient information but does not appear to be communication protected by AC privilege -- appears to be communication pertaining to pending legislation |
| REL00011470 | 11/22/2021 | Patrick Dennis | Emma Dean | Email | FW: Redistricting | Attorney/Client | Notification communication between staff counsel | Same |
| REL00011522 | 10/21/2021 | Emma Dean | Linda Anderson | Email | Rep. J. A. Moore | Attorney/Client | Admin forwarding message to staff counsel | Same |

| REL00011523 | 11/2/2021 | Emma Dean kimjohnsonmsw@yahoo.com | Robin Heatwole | Email | District 64 Map | Attorney/Client Legislative | Request for information from legislative aide on behalf of legislator to staff counsel | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>Requested information related to district 64 map appears to be "strictly factual information" and/or non-privileged information that was relied upon by legislators  (Bethune-Hill v. Va. State Bd. of Elections, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015) (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document should be produced because it may "reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |
| REL00011524 | 11/3/2021 | Emma Dean | Linda Anderson | Email | Rep. Kim Johnson | Attorney/Client Legislative | Admin notifying staff counsel of message | Lacks sufficient information to make a privilege determination. Defendants "bear the burden of showing that the attorney-client privilege applies." *See Bethune-Hill*, 114 F. Supp. 3d at 347. |
| REL00011525 | 11/8/2021 | Emma Dean | Linda Anderson | Email | Rep. Hart | Attorney/Client Leaislative | Admin notifying staff counsel of message | Same |
| REL00011526 | 11/5/2021 | Emma Dean | Linda Anderson | Email | Rep. Oremus | Attorney/Client Legislative | Admin notifying staff counsel of message | Same |
| REL00011527 | 11/8/2021 | Emma Dean | Linda Anderson | Email | Rep.Hart | Attorney/Client Legislative | Admin notifying staff counsel of message | Same |
| REL00011528 | 11/9/2021 | Emma Dean | Deon Tedder | Email | Proposed Map | Attorney/Client Legislative | Request for information from legislator to staff counsel | Document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153) must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint."<br><br>Request for information related to "proposed map" appears to be "strictly factual information" and/or non-privileged information that was relied upon by legislators  (Bethune-Hill v. Va. State Bd. of Elections, 144 F. Supp. 2d 323, 343 (E.D. Va. 2015) (citing *Comm. for Fair and Balanced Maps v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *9 (N.D. Ill. Oct. 12, 2011)); document should be produced because it may "reveal[] an awareness' of: racial considerations employed in the districting process, sorting of voters according to race, or the impact of redistricting upon the ability of minority voters to elect a candidate of choice" (*Id.* at 344); document could "reflect a violation of the Equal Protection Clause of the Fourteenth Amendment" (*City of Greensboro v. Guilford Cnty. Bd. of Elections*, 2016 WL 11660626, at *5 (M.D.N.C. Dec. 20, 2016). |
| REL00011529 | 11/10/2021 | Emma Dean idanin□@comcast.net | Joseph S. •Joe' Daning | Email | Amendment for House Dist. 92 | Attorney/Client Legislative | Request for assistance from legislator to staff counsel | Insufficient information to make a privilege determination but appears to relate to strictly factual information and/or documentation related to pending legislation -- legislative counsel cannot "withhold documents pertaining to pending legislation" (Bethune-HIll, 144 F. Supp. 3d at 348).<br><br>If document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" or reveals "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint" it must be produced pursuant to the Court's Order (ECF No. 153). |
| REL00011533 | 11/12/2021 | Emma Dean | | Email | RE: FW: Redistricting | Attorney/Client Legislative | Communication from legislator to staff counsel regarding map | Same |
| REL00011653 | 9/27/2021 | Emma Dean; Jay Jordan; Justin Bamberg; jelliott@jasoneliottlaw.com. | Emma Dean | Email | Tuesday's Meeting | Legislative | Communication from staff counsel to legislators with draft map room procedures document | Document/communication appears to constitute "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" and, pursuant to the Court's Order (ECF No. 153), must be produced.  This communicaiton may also reveal Defendants' "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint." |
| REL00011653.0001 | 9/27/2021 | | | Document Attachment | Draft Map Room Procedures.pdf | Legislative | Draft map room procedures document | Same |
| REL00011662 | 8/12/2021 | Jay Jordan | Emma Dean | Email | Draft letter | Attorney/Client Legislative | Communication from staff counsel to legislator forwarding draft letter for review | Same |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REL00011662.0001 | 8/12/2021 | | | Document Attachment | 8.13.21 Letter.pdf | Attorney/Client Legislative | Draft letter regarding redistricting process for review | Insufficient information to make a privilege determination; defendants bear the burden to establish privilege; nonetheless, documentation "regarding redistricting process for review" does not appear to be privileged AC communication as it relates to pending legislation; even if between legislators, the communication could relate to strictly factual information.<br><br>If document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" or reveals "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint" it must be produced pursuant to the Court's Order (ECF No. 153). |
| REL00011663 | 9/20/2021 | Jay Jordan | Emma Dean | Email | Draft notice and agenda Sept 28 | Attorney/Client Legislative | Communication from staff counsel to legislator forwarding draft agenda | Appears to be communication/documentation created in the ordinary course of legislation, not privileged ACC -- legislative counsel cannot "withhold documents pertaining to pending legislation" (*Bethune-Hill*, 144 F. Supp.3d at 348); an "agenda" would appear to be strictly factual information (*Id.* at 343).<br><br>Insufficient information to make a determination, but if document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" or reveals "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint" it must be produced pursuant to the Court's Order (ECF No. 153). |
| REL00011663.0001 | 9/20/2021 | | | Document Attachment | Draft notice and agenda Sept 28.docx | Attorney/Client Legislative | Draft notice and agenda document from staff counsel | Same |
| REL00011666 | 9/24/2021 | Chris Murphy | Emma Dean | Email | Updated draft | Attorney/Client Legislative | Communication from staff counsel to legislator forwarding updated draft map room procedures | Appears to be communication/documentation created in the ordinary course of legislation, not privileged ACC -- legislative counsel cannot "withhold documents pertaining to pending legislation" (*Bethune-Hill*, 144 F. Supp.3d at 348); updated draft map procedures appears to be strictly factual information that was relied upon by legislators (*Id.* at 343).<br><br>Insufficient information to make a determination, but if document/communication constitutes "All versions of maps and related documents produced during the course of the development, design, and/or revisions of H. 4493" or reveals "intent behind any proposed design and/or revision of the H. 4493 or any individual district referenced in Plaintiffs' Amended Complaint" it must be produced pursuant to the Court's Order (ECF No. 153). |
| REL00011666.0001 | 9/24/2021 | | | Document Attachment | Draft Map Room Procedures.pdf | Attorney/Client Legislative | Draft map room procedures document | Same |
| REL00011669 | 9/24/2021 | Jay Jordan | Emma Dean | Email | Draft for your review | Attorney/Client Legislative | Communication from staff counsel to legislator proposing notice and forwarding updated draft map room procedures | same |
| REL00011669.0001 | 9/29/2021 | | | Document Attachment | Map Room Procedures.pdf | Attorney/Client Legislative | Map room procedures document | same |