# Exhibit H

Privilege Log - SC NAACP v. McMaster, Case No. 3-21-cv-03302-JMC- TJH-RMG (D.S.C.)

| Log # | Control Number | Control Beg Attach | Document Category | Author | Date Time Created | Date Time Last Modified | File Name | Privlege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | KEY00000025 | KEY00000025 | Word Doc | Leo Murphy | 10/13/2021 19:22 | 2/2/2022 12:57 | South Carolina State Conference Updated Organizational Description for Legal Purposes.docx | AWP | Draft of organizational description of the SC State Conference of the NAACP |
| 2 | KEY00000027.0001 | KEY00000027 | Excel | NAACP Admin | 12/28/2021 11:50 | 2/1/2022 14:52 | Executive Committee.xlsx | NAACP v. Alabama | Excel containing identifying information of those who attended executive committee meetings and were promised annonymity |
| 3 | KEY00000027.0002 | KEY00000027 | Word Doc | SC State Conference NAACP | 2/2/2022 15:16 | 2/2/2022 15:16 | CROWD Training List MAY 14-16 2021.docx | AC/NAACP v. Alabama | Roster of names of those who attended CROWD training from May 14-16, 2021 |
| 4 | KEY00000027.0003 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 8 7 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on August 7, 2021.  Document contains identifying information. |
| 5 | KEY00000027.0004 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 7 31 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on July 31, 2021.  Document contains identifying information. |
| 6 | KEY00000027.0005 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 7 24 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on July 24, 2021.  Document contains identifying information. |
| 7 | KEY00000029.0001 | KEY00000029 | Word Doc | Eloise Fomby-Denson | 9/18/2021 14:12 | 9/20/2021 2:50 | Sewage Leak Residents.docx | NAACP v. Alabama | Document containing the greviances of members. Document contains identifying information of members. |
| 8 | KEY00000031.0001 | KEY00000031 | Word Doc | Leo Murphy | 10/13/2021 19:22 | 2/2/2022 12:57 | South Carolina State Conference Updated Organizational Description for Legal Purposes.docx | AWP | Draft of the organizational description of the SC State Conference of the NAACP |

**Privilege Log - SC NAACP v. McMaster, Case No. 3-21-cv-03302-JMC- TJH-RMG (D.S.C.)**

| Log # | Control Number | Control Beg Attach | Document Category | Email From | Email Sent Date | Email To | Email CC | Email BCC | Author | Date Time Created | Date Time Last Modified | File Name | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KEY00000034 | KEY00000034 | Email | John Cusick [jcusick@naacpldf.org] | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com] | | John Cusick | | 2/2/2022 10:57 | Case Update (10).msg | AC/AWP | Confidential Attorney-Client email communication providing update to litigation with attorney thoughts and impressions |
| 2 | KEY00000034.0006 | KEY00000034 | Word Doc | | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting litigation containing attorney thought process and impressions |
| 3 | KEY00000035 | KEY00000035 | Email | John Cusick [jcusick@naacpldf.org] | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com] | | John Cusick | | 2/2/2022 10:57 | Case Update.msg | AC/AWP | Confidential Attorney-Client email communication providing update to litigation with attorney thoughts and impressions |
| 4 | KEY00000035.0006 | KEY00000035 | Word Doc | | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting litigation containing attorney thought process and impressions |
| 5 | KEY00000036 | KEY00000036 | Email | Eleanor Lightsey [missel@roadrunner.com] | 8/26/2018 11:58 | 'Mary Ann Bromley' [mary.ann.bromley@gmail.com];'Amy Lavine' [amyamazing17@gmail.com];jamalib50@gmail.com;jbauer@hargray.com;'Alice Gianni' [Gianni.alice@gmail.com];'Ann Harris' [ahh1659@comcast.net];'Barbara Catenaci' [bcatenaci@yahoo.com];'Barbara Schacker' [barbara.m.schacker@gmail.com];'Bob Ghirardelli' [bobghirardelli@aol.com];'Bob Huisman' [modybloo@hotmail.com];'Carol Barker' [cjbarker@earthlink.net];'Carol Horowitz' [carolhwitz@gmail.com];'Carole Walters' [carolefayewalters@gmail.com];'Catherine Erdman' [cce13@me.com];'Catherine Forester' [cfgardengirl@yahoo.com];'Cindy & Russ Hudson' [chcats@verizon.net];'Clare Seliger' [clareseliger@gmail.com];'Claryce Gibbons-Allen' [cvgallen@yahoo.com];'Claudia Kennedy' [cken213242@aol.com];'Denise Visconti' [denisevisconti46@gmail.com];'Diana Heitman' [tim.diana.heitman@gmail.com];'Elizabeth Greenberg' [lizzie972@aol.com];'Ellen Walton' [bewalton@roadrunner.com];'Emily Oetjen' [emilyoetjen@att.net];'Enid Carranza' [enid@laislamagazine.com];'Flo Rosse' [floandedward@roadrunner.com];'Fran Gellman' [frangellman@gmail.com];'Fran Robertson' [frand223@aol.com];'Jamie Fletcher' [jamiebfletcher@gmail.com];'Jan ferrari' [jan.ferrari2011@gmail.com];'Janis Sanford' [sanfordjanis@yahoo.com];'Jennifer Jenkins' [jennifer.e.jenkins@gmail.com];'Jennifer Sabin' [sabinjennifer@hotmail.com];'Jerry Voight' [jerrysv@roadrunner.com];'Jerry Whalen' [Jerrycyndi2014@gmail.com];'Joan Wykis' [wykisj@bellsouth.net];'John Erdman' [jjperdman@gmail.com];'Karen Arms' [armsk@aol.com];'Kathy Quirk' [quirk.kathy@gmail.com];'Kay Hanna' [hannakay01@gmail.com];'Kay Roshnow' [roshnow@gmail.com];'Kay Sartorius' [KayandRolf@roadrunner.com];'Linda Hall' [linda.richard.hall@gmail.com];'Linda Sheets' [lindasheets@gmail.com];'Lisa Null' [fw3girls@gmail.com];'Loretta Warden' [loretta@hargray.com];'Marjorie Vanderbilt' [mvanderbilt421@gmail.com];'Meribeth Jones' [jonesmeribeth@gmail.com];'Myla Lerner' [mylalerner@gmail.com];'Pamela Reading-Smith' [suncityindivisible@gmail.com];'Patricia Montgomery' [patmontgomery@gmail.com];'Patti Jackson' [Pajama235@aim.com];'Paul Russo' [pauldots@flash.net];'Phyllis Pritchett' [plpritch1977@gmail.com];'Renee Mann' [sammymatt@earthlink.net];'Sally McGarry' [smcgarry@roadrunner.com];'Sandy Dickson' [sandydksn740@gmail.com];'Sandy Stern' [aestern1@gmail.com];'Sheila Duffy' [sduffy448@gmail.com];'Sherm Barker' [shermy522@gmail.com];'Sigrid Carlson' [scinhh@yahoo.com];'Sue Feutz' [feutzs@yahoo.com];'Sue Yearwood' [sueyearwood@hargray.com];'Susan Forrest' [s.forrest@frontiernet.net];'Suzanne Bowman' [licsw3@gmail.com];'Taiwan Scott' [HiltonHeadIslandNAN@gmail.com];'Teddy Finn' [Teddyfinn46@gmail.com] | | | Eleanor Lightsey | | 2/2/2022 10:47 | Confidential Draft of questions for SC House of Representative Candidate Forum on Sept 12.eml.msg | AC/AWP | Confidential Attorney-Client email communication re redistricting candidate forum containing attorney thoughts and impressions |
| 6 | KEY00000036.0001 | KEY00000036 | Word Doc | | | | | | User | 8/26/2018 11:18 | 8/26/2018 11:50 | 180826 Questions for House candidates.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 7 | KEY00000038 | KEY00000038 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE829DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | | Taiwan scott | | 2/2/2022 10:57 | Federal Complaint Advice (20).msg | AC/AWP | Confidential email chain requesting and providing legal advice of counsel regarding redistricting lawsuit containing attorney thoughts and impressions |
| 8 | KEY00000039 | KEY00000039 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE829DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | | Taiwan scott | | 2/2/2022 10:57 | Federal Complaint Advice.msg | AC/AWP | Confidential email chain requesting and providing legal advice of counsel regarding redistricting lawsuit containing attorney thoughts and impressions |
| 9 | KEY00000049.0001 | KEY00000049 | Word Doc | | | | | | User | 11/13/2018 9:42 | 11/13/2018 10:04 | ForumHouseRev111318.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 10 | KEY00000057 | KEY00000057 | Email | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com];taifr@hotmail.com | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | | Leah Aden | | 2/2/2022 10:57 | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster (3).msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 11 | KEY00000058 | KEY00000058 | Email | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com];taifr@hotmail.com | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | | Leah Aden | | 2/2/2022 10:57 | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster.msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 12 | KEY00000065 | KEY00000065 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | | Leah Aden | | 2/2/2022 10:57 | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (24).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 13 | KEY00000066 | KEY00000066 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | | Leah Aden | | 2/2/2022 10:56 | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 14 | KEY00000080 | KEY00000080 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE829DC560] | 10/10/2021 19:09 | don [tmbdab@aol.com] | | | Taiwan scott | | 2/2/2022 10:56 | Quick Question (21).msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 15 | KEY00000081 | KEY00000081 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE829DC560] | 10/10/2021 19:09 | don [tmbdab@aol.com] | | | Taiwan scott | | 2/2/2022 10:56 | Quick Question.msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 16 | KEY00000088 | KEY00000088 | Email | John Cusick [jcusick@naacpldf.org] | 11/23/2021 11:08 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | | John Cusick | | 2/2/2022 10:56 | RE_ Case Update (1).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 17 | KEY00000088.0001 | KEY00000088 | PDF | | | | | | Zachery Morris | 11/23/2021 11:04 | 11/23/2021 11:04 | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 18 | KEY00000088.0002 | KEY00000088 | PDF | | | | | | Zachery Morris | 11/23/2021 10:29 | 11/23/2021 10:29 | Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 19 | KEY00000089 | KEY00000089 | Email | John Cusick [jcusick@naacpldf.org] | 11/12/2021 20:29 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | | John Cusick | | 2/2/2022 10:56 | RE_ Case Update (2).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 20 | KEY00000091 | KEY00000091 | Email | Eloise Denson [eloisefdenson@gmail.com] | 11/12/2021 11:26 | John Cusick [jcusick@naacpldf.org] | Adair Boroughs [adair@boroughsbryant.com];Antonio Ingram [aingram@naacpldf.org];Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Chris Bryant [chris@boroughsbryant.com];Dale Ho [dho@aclu.org];Fenster, Edward [efenster@naacpnet.org];Freedman, John A. [John.Freedman@arnoldporter.com];Leah Aden [laden@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Patricia Yan [pyan@aclu.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Samantha Osaki [sosaki@aclu.org];Somil Trivedi [strivedi@aclu.org];Stuart Naifeh [snaifeh@naacpldf.org];Taiwan scott [taifr@hotmail.com];aglisson@scnaacp.org;hgriffin56@hotmail.com;nealgrgtwn@aol.com;xSCRedist [xSCRedist@arnoldporter.com] | | Eloise Denson | | 2/2/2022 10:56 | Re_ Case Update (4).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | Doc ID | Family ID | Type | From | Date | To | CC | BCC | Custodian | Last Mod Date | Mod Time | Filename | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | KEY00000092 | KEY00000092 | Email | Eloise Denson [eloisefdenson@gmail.com] | 11/12/2021 11:26 | John Cusick [jcusick@naacpldf.org] | | Adair Boroughs [adair@boroughsbryant.com];Antonio Ingram [aingram@naacpldf.org];Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Chris Bryant [chris@boroughsbryant.com];Dale Ho [dho@aclu.org];Fenster, Edward [efenster@naacpnet.org];Freedman, John A. [John.Freedman@arnoldporter.com];Leah Aden [laden@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Patricia Yan [pyan@aclu.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Samantha Osaki [sosaki@aclu.org];Somil Trivedi [strivedi@aclu.org];Stuart Naifeh [snaifeh@naacpldf.org];Taiwan scott [taifr@hotmail.com];achaney@aclusc.org;aglisson@scnaacp.org;hgriffin56@hotmail.com;nealgrgtwn@aol.com;xSCRedist [xSCRedist@arnoldporter.com] | Eloise Denson | | 2/2/2022 10:56 | Re_ Case Update (5).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 22 | KEY00000093 | KEY00000093 | Email | John Cusick [jcusick@naacpldf.org] | 11/12/2021 9:40 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org];John Cusick [jcusick@naacpldf.org] | John Cusick | | 2/2/2022 10:56 | Re_ Case Update (6).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 23 | KEY00000094 | KEY00000094 | Email | John Cusick [jcusick@naacpldf.org] | 11/12/2021 9:40 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org];John Cusick [jcusick@naacpldf.org] | John Cusick | | 2/2/2022 10:56 | Re_ Case Update (7).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 24 | KEY00000095 | KEY00000095 | Email | John Cusick [jcusick@naacpldf.org] | 11/5/2021 21:46 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com] | John Cusick | | 2/2/2022 10:56 | Re_ Case Update (8).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 25 | KEY00000096 | KEY00000096 | Email | John Cusick [jcusick@naacpldf.org] | 11/5/2021 21:46 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com] | John Cusick | | 2/2/2022 10:56 | Re_ Case Update (9).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 26 | KEY00000097 | KEY00000097 | Email | John Cusick [jcusick@naacpldf.org] | 11/23/2021 11:08 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | John Cusick | | 2/2/2022 10:54 | Re_ Case Update.msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 27 | KEY00000097.0001 | KEY00000097 | PDF | | | | | | Zachery Morris | 11/23/2021 | 11:04 | 11/23/2021 11:04 Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 28 | KEY00000097.0002 | KEY00000097 | PDF | | | | | | Zachery Morris | 11/23/2021 | 10:29 | 11/23/2021 10:29 Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 29 | KEY00000110 | KEY00000110 | Email | Brenda Murphy [brendacmurph@gmail.com] | 12/24/2021 14:43 | Leah Aden [laden@naacpldf.org] | | taifr@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | Brenda Murphy | | 2/2/2022 10:54 | Re_ FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster (2).msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 30 | KEY00000111 | KEY00000111 | Email | Brenda Murphy [brendacmurph@gmail.com] | 12/24/2021 14:43 | Leah Aden [laden@naacpldf.org] | | taifr@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | Brenda Murphy | | 2/2/2022 10:54 | Re_ FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster.msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 31 | KEY00000112 | KEY00000112 | Email | John Cusick [jcusick@naacpldf.org] | 10/12/2021 12:36 | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | | | John Cusick | | 2/2/2022 10:54 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (17).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 32 | KEY00000113 | KEY00000113 | Email | John Cusick [jcusick@naacpldf.org] | 10/10/2021 16:12 | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | | | John Cusick | | 2/2/2022 10:54 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (22).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 33 | KEY00000114 | KEY00000114 | Email | Taiwan scott [taifr@hotmail.com] | 10/10/2021 14:26 | Leah Aden [laden@naacpldf.org] | | John Cusick [jcusick@naacpldf.org] | Taiwan scott | | 2/2/2022 10:54 | Re_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (23).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 34 | KEY00000115 | KEY00000115 | Email | Leah Aden [laden@naacpldf.org] | 10/10/2021 14:53 | Taiwan scott [taifr@hotmail.com] | | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 2/2/2022 10:54 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 35 | KEY00000120 | KEY00000120 | Email | DON BRASHEARS [tmbdab@aol.com] | 10/11/2021 7:52 | Taiwan scott [taifr@hotmail.com] | | | DON BRASHEARS | | 2/2/2022 10:54 | Re_ Quick Question (18).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 36 | KEY00000121 | KEY00000121 | Email | DON BRASHEARS [tmbdab@aol.com] | 10/11/2021 7:52 | Taiwan scott [taifr@hotmail.com] | | | DON BRASHEARS | | 2/2/2022 10:54 | Re_ Quick Question (19).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 37 | KEY00000132.0001 | KEY00000132 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=000067FFE829DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | | Taiwan scott | | 1/23/2022 15:32 | Federal Complaint Advice.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 38 | KEY00000132.0004 | KEY00000132 | Email | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com];taifr@hotmail.com | | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 1/23/2022 15:32 | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster (3).msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 39 | KEY00000132.0006 | KEY00000132 | Email | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com];taifr@hotmail.com | | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 1/23/2022 15:32 | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster.msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 40 | KEY00000132.0007 | KEY00000132 | Email | John Cusick [jcusick@naacpldf.org] | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com] | John Cusick | | 1/23/2022 15:32 | Case Update (10).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 41 | KEY00000132.0007.0006 | KEY00000132 | Email | | | | | | Elias | 10/12/2021 | 13:07 | 10/22/2021 15:54 South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting lawsuit containing attorney thought process and impressions |
| 42 | KEY00000132.0008 | KEY00000132 | Email | John Cusick [jcusick@naacpldf.org] | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com] | John Cusick | | 1/23/2022 15:32 | Case Update.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 43 | KEY00000132.0008.0006 | KEY00000132 | Word Doc | | | | | | Elias | 10/12/2021 | 13:07 | 10/22/2021 15:54 South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting lawsuit containing attorney thought process and impressions |
| 44 | KEY00000134.0001 | KEY00000134 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 1/23/2022 15:30 | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 45 | KEY00000135.0001 | KEY00000135 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 1/23/2022 15:30 | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (24).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 46 | KEY00000136.0001 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | 11/12/2021 9:40 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org];John Cusick [jcusick@naacpldf.org] | John Cusick | | 1/23/2022 15:29 | RE_ Case Update (6).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | Doc ID | Parent ID | Type | From | To | CC | Date | Custodian | Date Mod | Date Sent | Filename | Priv | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | KEY00000136.0002 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | 11/5/2021 21:46 | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com] | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ Case Update (9).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 48 | KEY00000136.0003 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | 11/12/2021 9:40 | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org];John Cusick [jcusick@naacpldf.org] | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ Case Update (7).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 49 | KEY00000136.0004 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | 11/5/2021 21:46 | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com] | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ Case Update (8).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 50 | KEY00000136.0010 | KEY00000136 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE8290C560] | don [tmbdab@aol.com] | 10/10/2021 19:09 | | Taiwan scott | 1/23/2022 15:29 | 1/23/2022 15:29 | Quick Question.msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 51 | KEY00000136.0011 | KEY00000136 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE8290C560] | don [tmbdab@aol.com] | 10/10/2021 19:09 | | Taiwan scott | 1/23/2022 15:29 | 1/23/2022 15:29 | Quick Question (21).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 52 | KEY00000136.0012 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | 11/23/2021 11:08 | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ Case Update (1).msg | AC/AWP | Confidential Attorney-Client email communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 53 | KEY00000136.0012.0001 | KEY00000136 | PDF | | | | | Zachery Morris | 11/23/2021 11:04 | 11/23/2021 11:04 | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 54 | KEY00000136.0012.0002 | KEY00000136 | PDF | | | | | Zachery Morris | 11/23/2021 10:29 | 11/23/2021 10:29 | Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 55 | KEY00000136.0013 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | 11/12/2021 20:29 | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ Case Update (3).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 56 | KEY00000136.0014 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | 11/12/2021 20:29 | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ Case Update (2).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 57 | KEY00000136.0015 | KEY00000136 | Email | Eloise Denson [eloisefdenson@gmail.com] | John Cusick [jcusick@naacpldf.org] | 11/12/2021 11:26 | Adair Boroughs [adair@boroughsbryant.com];Antonio Ingram [aingram@naacpldf.org];Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Chris Bryant [chris@boroughsbryant.com];Dale Ho [dho@aclu.org];Fenster, Edward [efenster@naacpnet.org];Freedman, John A. [John.Freedman@arnoldporter.com];Leah Aden [laden@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Patricia Yan [pyan@aclu.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Samantha Osaki [sosaki@aclu.org];Somil Trivedi [strivedi@aclu.org];Stuart Naifeh [snaifeh@naacpldf.org];Taiwan scott [taifr@hotmail.com];achaney@aclusc.org;aglisson@scnaacp.org;hgriffin56@hotmail.com;nealgrgtwn@aol.com;xSCRedist [xSCRedist@arnoldporter.com] | Eloise Denson | 1/23/2022 15:29 | 1/23/2022 15:29 | Re_ Case Update (4).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 58 | KEY00000138.0003 | KEY00000138 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];aglisson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | 11/23/2021 11:08 | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];xSCRedist [xSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ Case Update.msg | AC/AWP | Confidential Attorney-Client email communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 59 | KEY00000138.0003.0001 | KEY00000138 | PDF | | | | | Zachery Morris | 11/23/2021 11:04 | 11/23/2021 11:04 | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 60 | KEY00000138.0003.0002 | KEY00000138 | PDF | | | | | Zachery Morris | 11/23/2021 10:29 | 11/23/2021 10:29 | Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 61 | KEY00000138.0011 | KEY00000138 | Email | Brenda Murphy [brendacmurph@gmail.com] | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:43 | taifr@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | Brenda Murphy | 1/23/2022 15:29 | 1/23/2022 15:29 | Re_ FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster (2).msg | AC/AWP | Confidential Attorney-Client email chain communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 62 | KEY00000138.0016 | KEY00000138 | Email | Brenda Murphy [brendacmurph@gmail.com] | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:43 | taifr@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | Brenda Murphy | 1/23/2022 15:29 | 1/23/2022 15:29 | Re_ FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster.msg | AC/AWP | Confidential Attorney-Client email chain communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 63 | KEY00000138.0017 | KEY00000138 | Email | John Cusick [jcusick@naacpldf.org] | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | 10/12/2021 12:36 | | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (17).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 64 | KEY00000138.0018 | KEY00000138 | Email | John Cusick [jcusick@naacpldf.org] | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | 10/10/2021 16:12 | | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (22).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 65 | KEY00000138.0019 | KEY00000138 | Email | Taiwan scott [taifr@hotmail.com] | Leah Aden [laden@naacpldf.org] | 10/10/2021 14:26 | John Cusick [jcusick@naacpldf.org] | Taiwan scott | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (23).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 66 | KEY00000138.0021 | KEY00000138 | Email | Leah Aden [laden@naacpldf.org] | Taiwan scott [taifr@hotmail.com] | 10/10/2021 14:53 | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 67 | KEY00000138.0025 | KEY00000138 | Email | DON BRASHEARS [tmbdab@aol.com] | Taiwan scott [taifr@hotmail.com] | 10/11/2021 7:52 | | DON BRASHEARS | 1/23/2022 15:29 | 1/23/2022 15:29 | Re_ Quick Question (18).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 68 | KEY00000138.0026 | KEY00000138 | Email | DON BRASHEARS [tmbdab@aol.com] | Taiwan scott [taifr@hotmail.com] | 10/11/2021 7:52 | | DON BRASHEARS | 1/23/2022 15:29 | 1/23/2022 15:29 | Re_ Quick Question (19).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 69 | KEY00000138.0027 | KEY00000138 | Email | Taiwan scott [taifr@hotmail.com] | DON BRASHEARS [tmbdab@aol.com];ibrahim [iamhhi@yahoo.com];linda washington [lindamwashington@hargary.com] | 10/12/2021 13:06 | | Taiwan scott | 1/23/2022 15:29 | 1/23/2022 15:29 | Re_ Quick Question.msg | AC | Confidential Attorney-Client email communication seeking legal advice |

| # | Doc ID | Parent ID | Type | From | Date Sent | To | CC | BCC | Author | Created | Modified | Subject/Filename | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | KEY00000142.0014 | KEY00000142 | Email | Eleanor Lightsey [missel@roadrunner.com] | 8/26/2018 11:58 | 'Mary Ann Bromley' [mary.ann.bromley@gmail.com];'Amy Lavine' [amyamazing17@gmail.com;jamalib50@gmail.com;jbauer@hargray.com;'Alice Gianni' [Gianni.alice@gmail.com];'Ann Harris' [ahh1659@comcast.net];'Barbara Catenaci' [bcatenaci@yahoo.com];'Barbara Schacker' [barbara.m.schacker@gmail.com];'Bob Ghirardelli' [bobghirardelli@aol.com];'Bob Huisman' [modybloo@hotmail.com];'Carol Barker' [cjbarker@earthlink.net];'Carol Horowitz' [carolhwitz@gmail.com];'Carole Walters' [carolefayewalters@gmail.com];'Catherine Erdman' [cce13@me.com];'Catherine Forester' [cfgardengirl@yahoo.com];'Cindy & Russ Hudson' [chcats@verizon.net];'Clare Seliger' [clareseliger@gmail.com];'Claryce Gibbons-Allen' [cvgallen@yahoo.com];'Claudia Kennedy' [cken213242@aol.com];'Denise Visconti' [denisevisconti46@gmail.com];'Diana Heitman' [tim.diana.heitman@gmail.com];'Elizabeth Greenberg' [Lizzie972@aol.com];'Ellen Walton' [bewalton@roadrunner.com];'Emily Oetjen' [emilyoetjen@att.net];'Enid Carranza' [enid@laislamagazine.com];'Flo Rosse' [floandedward@roadrunner.com];'Fran Gellman' [frangellman@gmail.com];'Fran Robertson' [frand223@aol.com];'Jamie Fletcher' [jamiebfletcher@gmail.com];'jan ferrari' [jan.ferrari2011@gmail.com];'Janis Sanford' [sanfordjanis@yahoo.com];'Jennifer Jenkins' [jennifer.e.jenkins@gmail.com];'Jennifer Sabin' [sabinjennifer@hotmail.com];'Jerry Voight' [jerrysv@roadrunner.com];'Jerry Whalen' [Jerrycyndi2014@gmail.com];'Joan Wykis' [wykisj@bellsouth.net];'John Erdman' [jperdman@gmail.com];'Karen Arms' [armsk@aol.com];'Kathy Quirk' [quirk.kathy@gmail.com];'Kay Hanna' [hannakay01@gmail.com];'Kay Roshnow' [joshnow@gmail.com];'Kay Sartorius' [KayandRolf@roadrunner.com];'Linda Hall' [linda.richard.hall@gmail.com];'Linda Sheets' [lindasheets@gmail.com];'Lisa Null' [fw3girls@gmail.com];'Loretta Warden' [loretta@hargray.com];'Marjorie Vanderbilt' [mvanderbilt421@gmail.com];'Meribeth Jones' [jonesmeribeth@gmail.com];'Myla Lerner' [mylalerner@gmail.com];'Pamela Reading-Smith' [suncityindivisible@gmail.com];'Patricia Montgomery' [patmontgomery@gmail.com];'Patti Jackson' [Pajama235@aim.com];'Paul Russo' [pauldots@flash.net];'Phyllis Pritchett' [plpritch1977@gmail.com];'Renee Mann' [sammymatt@earthlink.net];'Sally McGarry' [smcgarry@roadrunner.com];'Sandy Dickson' [sandydksn740@gmail.com];'Sandy Stern' [aestern1@gmail.com];'Sheila Duffy' [sduffy448@gmail.com];'Sherm Barker' [shermy522@gmail.com];'Sigrid Carlson' [scinhh@yahoo.com];'Sue Feutz' [feutzs@yahoo.com];'Sue Yearwood' [sueyearwood@hargray.com];'Susan Forrest' [s.forrest@frontiernet.net];'Suzanne Bowman' [licsw3@gmail.com];'Taiwan Scott' [HiltonHeadIslandNAN@gmail.com];'Teddy Finn' [Teddyfinn46@gmail.com] | | | Eleanor Lightsey | 1/22/2022 22:06 | 1/22/2022 22:06 | RE_ Confidential Draft of questions for SC House of Representative Candidate Forum on Sept 12 | NAACP v. Alabama | Confidential email to members of the SC NAACP and Mr. Scott regarding House of Representative Candidate forum re redistricting. |
| 71 | KEY00000142.0014.0001 | KEY00000142 | Word Doc | | | | | | User | 8/26/2018 11:18 | 8/26/2018 11:50 | 180826 Questions for House candidates.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 72 | KEY00000142.0015.0001 | KEY00000142 | Word Doc | | | | | | User | 11/13/2018 9:42 | 11/13/2018 10:04 | ForumHouseRev111318.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |