**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>      Plaintiffs, <br><br>   v. <br><br> THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission, <br><br>      Defendants. | C/A No. 3:21-cv-03302-JMC-TJH-RMG <br><br><br> **THREE JUDGE PANEL** <br><br><br><br> **HOUSE DEFENDANTS' MOTION TO IMMEDIATELY STAY COURT ORDER ON PLAINTIFFS' MOTION TO COMPEL (ECF NO. 153) PURSUANT TO LOCAL CIVIL RULE 16.00** |

    Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official capacity as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee)

(collectively, the "**House Defendants**"), by and through their undersigned counsel, hereby move for an immediate stay of the Court's Order (ECF No. 153) on Plaintiff's Motion to Compel pursuant to Local Civ. Rule 16.00. The House Defendants also request that the Court immediately stay any discovery that touches on the issue of legislative privilege.

House Defendants filed a Motion to Dismiss on February 14, 2022 with a supporting memorandum (ECF No. 158), which is fully incorporated by reference herein. As argued in that Motion, Plaintiffs lack standing to pursue their claims with respect to the Challenged House Districts—and House Defendants respectfully submit that the Court must rule on their Motion(s) to Dismiss before requiring any production of the discovery materials that the Court recently ordered to be produced over the House Defendants claim of legislative privilege.

Because the Court's Order on Plaintiff's Motion to Compel (ECF No. 153) appears to require a large scale production of documents by 5:00 PM on February 14, 2022, House Defendants request (for the reasons comprehensively outlined in their Motion to Dismiss) an immediate stay of any discovery order (and accompanying production deadline) pending the Court's ruling on the on the Motion to Dismiss. (ECF No. 158).

House Defendants remain available for a phone conference with the Court on this Motion at any time prior to 5:00 PM should the Court deem such a conference necessary before ruling on this Motion.

For the reasons outlined above and in their Motion to Dismiss (ECF No. 158), the House Defendants respectfully request that the Court grant this Motion for an Immediate Stay of the Court's February 10, 2022 Order on Plaintiff's Motion to Compel. (ECF No. 153).

*[signature page follows]*

Respectfully submitted,

s/ Michael A. Parente
Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica H. Wells (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EWells@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

February 14, 2022                    *Attorneys for James H. Lucas, Chris Murphy,*
Columbia, South Carolina             *and Wallace H. Jordan*