## EXHIBIT A

## To Reply to Plaintiffs' Privilege Log Objections

| | |
|---|---|
| **From:** | Chris Bryant |
| **To:** | La"Jessica Stringfellow; Rob Tyson; Lisle Traywick; Gore, John M.; Kenny, Stephen J.; Mathias, Andrew A.; Wells, Erica H.; Barber, Hamilton B.; Hollingsworth, Jennifer J.; Moore, Mark C.; Parente, Michael A.; Ricard, Rhett D.; Wilkins, William W.; Diamaduros, Konstantine P; Trinkley, Jane; Crum, Liz; Burchstead, Michael; Nicholson, Thomas |
| **Cc:** | Allen Chaney; Adriel I. Cepeda Derieux; Antonio Ingram; John Cusick; Leah Aden; Patricia Yan; Raymond Audain; Samantha Osaki; Gryll, Sarah; Somil Trivedi; Stuart Naifeh; Ramer, Paula; Freedman, John A.; Hindley, John; Fuisz, Jeffrey A. |
| **Subject:** | SC NAACP v. Alexander - Plaintiffs Privilege Logs |
| **Date:** | Friday, February 11, 2022 11:32:16 PM |
| **Attachments:** | SC NAACP v. McMaster Privilege Log_(US_171335936_2).XLSX |

**{EXTERNAL EMAIL}**

Counsel:

Attached please find an Excel document that contains privilege logs for both the South Carolina State Chapter of the NAACP and Taiwan Scott. Please let me know if you have any issues with the document.

Chris



**Christopher J. Bryant | Partner**
**BOROUGHS BRYANT, LLC**
1122 Lady Street, Suite 208 | Columbia, SC 29201
**E:** chris@boroughsbryant.com | **C:** 843.779.5444

Privilege Log - SC NAACP v. McMaster, Case No. 3-21-cv-03302-JMC- TJH-RMG (D.S.C.)

| Log # | Control Number | Control Beg Attach | Document Category | Author | Date Time Created | Date Time Last Modifie | File Name | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | KEY00000025 | KEY00000025 | Word Doc | Leo Murphy | 10/13/2021 19:22 | 2/2/2022 12:57 | South Carolina State Conference Updated Organizational Description for Legal Purposes.docx | AWP | Draft of organizational description of the SC State Conference of the NAACP |
| 2 | KEY00000027.0001 | KEY00000027 | Excel | NAACP Admin | 12/28/2021 11:50 | 2/1/2022 14:52 | Executive Committee.xlsx | NAACP v. Alabama | information of those who attended executive committee meetings and were promised anonymity |
| 3 | KEY00000027.0002 | KEY00000027 | Word Doc | SC State Conference NAACP | 2/2/2022 15:16 | 2/2/2022 15:16 | CROWD Training List MAY 14-16 2021.docx | AC/NAACP v. Alabama | Roster of names of those who attended CROWD training from May 14-16, 2021 |
| 4 | KEY00000027.0003 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 8 7 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on August 7, 2021. Document contains identifying information. |
| 5 | KEY00000027.0004 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 7 31 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on July 31, 2021. Document contains identifying information. |
| 6 | KEY00000027.0005 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 7 24 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on July 24, 2021. Document contains identifying information. |
| 7 | KEY00000029.0001 | KEY00000029 | Word Doc | Eloise Fomby-Denson | 9/18/2021 14:12 | 9/20/2021 2:50 | Sewage Leak Residents.docx | NAACP v. Alabama | Document containing the greviances of members. Document contains identifying information of members. |
| 8 | KEY00000031.0001 | KEY00000031 | Word Doc | Leo Murphy | 10/13/2021 19:22 | 2/2/2022 12:57 | South Carolina State Conference Updated Organizational Description for Legal Purposes.docx | AWP | Draft of the organizational description of the SC State Conference of the NAACP |

Privilege Log - SC NAACP v. McMaster, Case No. 3-21-cv-03302-JMC-TJH-RMG (D.S.C.)

| Log # | Control Number | Control Beg Attach | Document Category | Email From | Email To | Email CC | Email BCC | Author | Date Time Created | Date Time Last Modified | File Name | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KEY00000034 | KEY00000034 | Email | John Cusick [jcusick@naacpldf.org] | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [gboykin@boykinlawsc.com];ag9sson@sonaacp.org;eloisetle [nson@gmail.com;eagtkwn@aol.com;hgiffin56@hotmail.c om;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taif@hotmail.com] | [snaileh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho (dho@aclu.org);Somil Trivedi [strived@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];acharey@acluc.org;Adair Boroughs [adair@boroughbryant.com];Chris Bryant [chris@boroughbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];sSCCredit | | John Cusick | | 2/2/2022 10:57 | Case Update (10).msg | AC/AWP | Confidential Attorney-Client email communication providing update to litigation with attorney thoughts and impressions |
| 2 | KEY00000034.0006 | KEY00000034 | Word Doc | | | | | | | 2/2/2022 10:57 | Case Update (10).msg | AWP | Attorney Work Product re South Carolina redistricting litigation containing attorney thought process and impressions |
| 3 | KEY00000035 | KEY00000035 | Email | John Cusick [jcusick@naacpldf.org] | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [gboykin@boykinlawsc.com];ag9sson@sonaacp.org;eloisetle [nson@gmail.com;eagtkwn@aol.com;hgiffin56@hotmail.c om;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taif@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho (dho@aclu.org);Somil Trivedi [strived@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];acharey@acluc.org;Samantha | | John Cusick | 10/12/2021 13:07 | 2/2/2022 10:57 | Case Update.msg | AC/AWP | Confidential Attorney-Client email communication providing update to litigation with attorney thoughts and impressions |
| 4 | KEY00000035.0006 | KEY00000035 | Word Doc | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting litigation containing attorney thought process and impressions |
| 5 | KEY00000036 | KEY00000036 | Email | Eleanor Lightsey [misselgroadrunner.com] | 8/26/2018 11:58 | 'Mary Ann Bromley' [mary.ann.bromley@gmail.com];'Amy Lavine' [amyamazing17@gmail.com];jamaii50@gmail.com;'jbauer@ hargray.com;'Alice Gianni' [GianniAlice@gmail.com];'Ann Harris' [ajh1659@comcast.net];'Barbara Catenaci' [bcatenaci@yahoo.com];'Barbara Schacter' [barbara.m.schacter@gmail.com];'Bob Ghirardelli' [bob;bbirardelli@aol.com];'Bob Hulsman' [modyboo@hotmail.com];'Carol Barker' [cjbarker@earthlink.net];'Carol Horowitz' [carolwitz@gmail.com];'Carole Walters' [caroleayewalters@gmail.com];'Catherine Erdman' [ccat18@me.com];'Catherine Forester' [cfgardengirl@yahoo.com];'Cindy & Russ Hudson' [choats@verizon.net];'Clare Seliger' [clareseliger@gmail.com];'Claryce Gibbons-Allen' [cvgallen@yahoo.com];'Claudia Kennedy' [ckenn13424@aol.com];'Denise Visconti' [deniseviscont45@gmail.com];'Diana Heitman' [tim.diana.heitman@gmail.com];'Elizabeth Greenberg' [jizzie972@aol.com];'Ellen Walton' [bewalton@roadrunner.com];'Emily Oetjen' | | | Eleanor Lightsey | | 2/2/2022 10:47 | 12.eml.msg | AC/AWP | Confidential Draft of questions for SC House of Representative Candidate Forum on Sept containing attorney thought process and impressions |
| 6 | KEY00000036.0001 | KEY00000036 | Word Doc | | | | | User | 8/26/2018 11:18 | 8/26/2018 11:50 | 180826 Questions for House candidates.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 7 | KEY00000038 | KEY00000038 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANG E ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/C N=RECIPIENTS/CN=00067FFE8 29DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | | Taiwan scott | | 2/2/2022 10:57 | Federal Complaint Advice.msg | AC/AWP | Confidential email chain requesting and providing legal advice of counsel regarding redistricting lawsuit containing attorney thoughts and impressions |
| 8 | KEY00000039 | KEY00000039 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANG E ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/C N=RECIPIENTS/CN=00067FFE8 29DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | | Taiwan scott | | 2/2/2022 10:57 | Federal Complaint Advice.msg | AC/AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 9 | KEY00000049.0001 | KEY00000049 | Word Doc | | | | | User | 11/13/2018 9:42 | 11/13/2018 10:04 | ForumHouseRev111318.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 10 | KEY00000057 | KEY00000057 | Email | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com];taif@hotmail.com | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | | Leah Aden | | 2/2/2022 10:57 | FW_ ECF Notification for Matter_0841.009 RE_21-cv-03302-_SC NAACP v McMaster (3).msg | AC | Confidential Attorney-Client email communication updating case. |
| 11 | KEY00000058 | KEY00000058 | Email | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com];taif@hotmail.com | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | | 2/2/2022 10:57 | FW_ ECF Notification for Matter_0841.009 RE_21-cv-03302-_SC NAACP v | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 12 | KEY00000065 | KEY00000065 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:40 | Taiwan scott [taif@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | | 2/2/2022 10:57 | LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps (24).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 13 | KEY00000066 | KEY00000066 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:40 | Taiwan scott [taif@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | | 2/2/2022 10:56 | LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | Bates | Bates End | Type | From | To | CC | Date | Date2 | Filename | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | KEY00000080 | KEY00000080 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0067FFE8 29DC560] | | | 10/10/2021 19:09 | don [xmbdxb@aol.com] | | | 2/2/2022 10:55 | Quick Question.msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 15 | KEY00000081 | KEY00000081 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0067FFE8 29DC560] | | | 10/10/2021 19:09 | don [xmbdxb@aol.com] | | | 2/2/2022 10:55 | Quick Question (1).msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 16 | KEY00000088 | KEY00000088 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefde nson@gmail.com;realgrgwn@aol.com;hgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | 11/23/2021 11:08 | | | 2/2/2022 10:55 | RE_ Case Update (1).msg | AC/AWP | Confidential Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 17 | KEY00000088.0001 | KEY00000088 | PDF | | | | | | | | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 18 | KEY00000088.0002 | KEY00000088 | PDF | | | | | | | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 19 | KEY00000089 | KEY00000089 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefde nson@gmail.com;realgrgwn@aol.com;hgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | 11/17/2021 10:29 | | John Cusick | 11/23/2021 10:29 | Litigation Hold_Scott_final.pdf | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 20 | KEY00000091 | KEY00000091 | Email | Eloise Denson [eloisefdenson@gmail.com] | 11/12/2021 11:26 | John Cusick [jcusick@naacpldf.org] | Adair Boroughs [adair@boroughsbryant.com];Antonio Ingram [aingram@naacpldf.org];Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Chris Bryant [chris@boroughsbryant.com];Dale Ho [dho@aclu.org];Fenster, Edward [efenster@naacpnet.org];Freedman, John A. [john.Freedman@arnoldporter.com];Leah Aden [laden@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Patricia Yan [pyan@aclu.org];Raymond | Eloise Denson | | 2/2/2022 10:56 | Re_ Case Update (2).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 21 | KEY00000092 | KEY00000092 | Email | Eloise Denson [eloisefdenson@gmail.com] | 11/12/2021 11:26 | John Cusick [jcusick@naacpldf.org] | | Eloise Denson | | 2/2/2022 10:56 | Re_ Case Update (5).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 22 | KEY00000093 | KEY00000093 | Email | John Cusick [jcusick@naacpldf.org] | 11/12/2021 9:46 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefde nson@gmail.com;realgrgwn@aol.com;hgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taife@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | | 2/2/2022 10:56 | RE_ Case Update (6).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 23 | KEY00000094 | KEY00000094 | Email | John Cusick [jcusick@naacpldf.org] | 11/12/2021 9:40 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefde nson@gmail.com;realgrgwn@aol.com;hgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taife@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | | 2/2/2022 10:56 | RE_ Case Update (7).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 24 | KEY00000095 | KEY00000095 | Email | John Cusick [jcusick@naacpldf.org] | 11/5/2021 21:46 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefde nson@gmail.com;realgrgwn@aol.com;hgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taife@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | | 2/2/2022 10:56 | RE_ Case Update (8).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 25 | KEY00000096 | KEY00000096 | Email | John Cusick [jcusick@naacpldf.org] | 11/5/2021 21:46 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefde nson@gmail.com;realgrgwn@aol.com;hgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taife@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | | 2/2/2022 10:56 | RE_ Case Update (9).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 26 | KEY00000097 | KEY00000097 | Email | John Cusick [jcusick@naacpldf.org] | 11/23/2021 11:08 | | | John Cusick | | 2/2/2022 10:54 | RE_ Case Update.msg | AC/AWP | Confidential Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 27 | KEY00000097.0001 | KEY00000097 | PDF | | | | | Zachery Morris | 11/23/2021 11:04 | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 28 | KEY00000097.0002 | KEY00000097 | PDF | | | | | Zachery Morris | 11/23/2021 10:29 | Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 29 | KEY00000110 | KEY00000110 | Email | Brenda Murphy [brendacmurph@gmail.com] | 12/24/2021 14:43 | Leah Aden [laden@naacpldf.org] | taife@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | Brenda Murphy | | | | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |

| # | Bates Begin | Bates End | Type | From | To | CC | Date | Subject/Filename | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | KEY00000111 | KEY00000111 | Email | Brenda Murphy [brendacmurph@gmail.com] | taif@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | | 12/24/2021 14:43 | Leah Aden [laden@naacpldf.org] | | Re_ FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v | AC | Confidential Attorney-Client email communication updating clients on redistricting case |
| 31 | KEY00000112 | KEY00000112 | Email | John Cusick [jcusick@naacpldf.org] | Taiwan scott [taif@hotmail.com];Leah Aden [laden@naacpldf.org] | | 10/12/2021 12:36 | | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (17).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 32 | KEY00000113 | KEY00000113 | Email | John Cusick [jcusick@naacpldf.org] | Taiwan scott [taif@hotmail.com];Leah Aden [laden@naacpldf.org] | | 10/12/2021 16:12 | | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (22).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 33 | KEY00000114 | KEY00000114 | Email | Taiwan scott [taif@hotmail.com] | John Cusick [jcusick@naacpldf.org] | | 10/10/2021 14:26 | Leah Aden [laden@naacpldf.org] | Re_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (23).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 34 | KEY00000115 | KEY00000115 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | | 10/10/2021 14:53 | Taiwan scott [taif@hotmail.com] | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and Impressions |
| 35 | KEY00000120 | KEY00000120 | Email | DON BRASHEARS [tmbda@aol.com] | | | 10/11/2021 7:52 | Taiwan scott [taif@hotmail.com] | | AC | Confidential Attorney-Client email communication seeking legal advice |
| 36 | KEY00000121 | KEY00000121 | Email | DON BRASHEARS [tmbda@aol.com] | | | 10/11/2021 7:52 | Taiwan scott [taif@hotmail.com] | | AC | Confidential Attorney-Client email communication seeking legal advice |
| 37 | KEY00000132.0001 | KEY00000132 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFEB29DC560] | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | 10/10/2021 22:39 | | Federal Complaint Advice.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 38 | KEY00000132.0004 | KEY00000132 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com;taif@hotmail.com | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 39 | KEY00000132.0006 | KEY00000132 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com;taif@hotmail.com | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v. | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 40 | KEY00000132.0007 | KEY00000132 | Email | John Cusick [jcusick@naacpldf.org] | Leah Aden [laden@naacpldf.org];Leah Aden [laden@naacpldf.org] | | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cboykin@boykinlawsc.com];agilsson@scnaacp.org;cbolsefte nson@gmail.com;nealegwm@aol.com;bgriffin56@hotmail.com;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taif@hotmail.com] | | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 41 | KEY00000132.0007.00 06 | KEY00000132 | Email | | | | 10/22/2021 17:30 | | South Carolina Redistricting Talking Points DRAFT_ v1.docx | AWP | Attorney Work Product re South Carolina redistricting lawsuit containing attorney thought process and impressions |
| 42 | KEY00000132.0008 | KEY00000132 | Email | John Cusick [jcusick@naacpldf.org] | Leah Aden [laden@naacpldf.org];Leah Aden [laden@naacpldf.org] | | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cboykin@boykinlawsc.com];agilsson@scnaacp.org;cbolsefte nson@gmail.com;nealegwm@aol.com;bgriffin56@hotmail.com;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taif@hotmail.com] | Case Update.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 43 | KEY00000132.0008.00 06 | KEY00000132 | Word Doc | | | | 10/22/2021 15:54 | Elias | South Carolina Redistricting Talking Points DRAFT_ v1.docx | AWP | Attorney Work Product re South Carolina redistricting lawsuit containing attorney thought process and impressions |
| 44 | KEY00000134.0001 | KEY00000134 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | | 10/9/2021 15:49 | | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 45 | KEY00000135.0001 | KEY00000135 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | | 10/9/2021 15:49 | Taiwan scott [taif@hotmail.com] | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (24).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 46 | KEY00000135.0001 | KEY00000135 | Email | John Cusick [jcusick@naacpldf.org] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | | 11/12/2021 19:40 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cboykin@boykinlawsc.com];agilsson@scnaacp.org;cbolsefte nson@gmail.com;nealegwm@aol.com;bgriffin56@hotmail.com;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taif@hotmail.com] | RE_ Case Update (6).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 47 | KEY00000136.0002 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | | 11/5/2021 21:46 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cboykin@boykinlawsc.com];agilsson@scnaacp.org;cbolsefte nson@gmail.com;nealegwm@aol.com;bgriffin56@hotmail.com;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taif@hotmail.com] | RE_ Case Update (9).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 48 | KEY00000136.0003 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | | 11/12/2021 19:40 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cboykin@boykinlawsc.com];agilsson@scnaacp.org;cbolsefte nson@gmail.com;nealegwm@aol.com;bgriffin56@hotmail.com;fenster, Edward [efenster@naacpnet.org];Taiwan scott [taif@hotmail.com] | RE_ Case Update (7).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | Bates | Bates End | Type | From | To | CC | Date | Subject | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | KEY00000136.0004 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org]; Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP/FYDIBOHF23SPDLT]/CN=R ECIPIENTS/CN=00657FFE8290C56 0] | 11/5/2021 21:46 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefe nson@gmail.com;realgrgtwn@aol.com;tgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strived@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 RE_ Case Update (8).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 50 | KEY00000136.0010 | KEY00000136 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP/FYDIBOHF23SPDLT]/CN=R ECIPIENTS/CN=00657FFE8290C56 0] | 10/10/2021 19:09 | don [tmbxb3@aol.com] | | | 10/10/2021 19:09 don [tmbxb3@aol.com] | 1/23/2022 15:29 | 1/23/2022 15:29 Quick Question.msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 51 | KEY00000136.0011 | KEY00000136 | Email | | 10/10/2021 19:09 | don [tmbxb3@aol.com] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefe nson@gmail.com;realgrgtwn@aol.com;tgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strived@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | Taiwan scott | 1/23/2022 15:29 | 1/23/2022 15:29 Quick Question (2).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 52 | KEY00000136.0012 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | 11/23/2021 11:08 | [taif@hotmail.com] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefe nson@gmail.com;realgrgtwn@aol.com;tgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strived@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 RE_ Case Update (1).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 53 | KEY00000136.0012.00 01 | KEY00000136 | PDF | | | | | | | 1/23/2022 15:29 Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 54 | KEY00000136.0012.00 02 | KEY00000136 | PDF | | | | | | | 11/23/2021 10:29 Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 55 | KEY00000136.0013 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | 11/12/2021 20:29 | [taif@hotmail.com] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefe nson@gmail.com;realgrgtwn@aol.com;tgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strived@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 RE_ Case Update (3).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 56 | KEY00000136.0014 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | 11/12/2021 20:29 | [taif@hotmail.com] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agilsson@scnaacp.org;eloisefe nson@gmail.com;realgrgtwn@aol.com;tgriffin56@hotmail.c om;fenster, Edward [efenster@naacpnet.org];Taiwan scott | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strived@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 RE_ Case Update (2).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 57 | KEY00000136.0015 | KEY00000136 | Email | Eloise Denson [eloisedenson@gmail.com] | 11/12/2021 11:26 | John Cusick [jcusick@naacpldf.org] | Adair Boroughs [adair@boroughsbryant.com];Antonio Ingram [aingram@naacpldf.org];Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Chris Bryant [chris@boroughsbryant.com];Dale Ho [dho@aclu.org];fenster, Edward [efenster@naacpnet.org];Freedman, John A. [John.Freedman@arnoldporter.com];Leah Aden [laden@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Patricia Yan [pyan@aclu.org];Raymond | Eloise Denson | 1/23/2022 15:29 | 1/23/2022 15:29 Re_ Case Update (4).msg | AC/AWP | Confidential Attorney-Client email communication informing clients on redistricting case containing attorney thoughts and impressions |
| 58 | KEY00000138.0003 | KEY00000138 | Email | John Cusick [jcusick@naacpldf.org] | 11/29/2021 11:08 | [taif@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strived@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 RE_ Case Update.msg | AC/AWP | Confidential Attorney-Client email communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 59 | KEY00000138.0003.00 01 | KEY00000138 | PDF | | | | | | | 11/23/2021 11:04 Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 60 | KEY00000138.0003.00 02 | KEY00000138 | PDF | | | | | | | 11/23/2021 10:29 Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 61 | KEY00000138.0011 | KEY00000138 | Email | Brenda Murphy [brendacmurph@gmail.com] | 12/24/2021 14:43 | Leah Aden [laden@naacpldf.org] | taif@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | | Brenda Murphy | 1/23/2022 15:29 | Re_ FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster (2).msg | AC/AWP | Confidential Attorney-Client email chain communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 62 | KEY00000138.0016 | KEY00000138 | Email | Brenda Murphy [brendacmurph@gmail.com] | 12/24/2021 14:43 | Leah Aden [laden@naacpldf.org] | taif@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | | Brenda Murphy | 1/23/2022 15:29 | Re_ FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster.msg | AC/AWP | Confidential Attorney-Client email chain communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 63 | KEY00000138.0017 | KEY00000138 | Email | John Cusick [jcusick@naacpldf.org] | 10/12/2021 12:35 | Taiwan scott [taif@hotmail.com];Leah Aden [laden@naacpldf.org] | | | John Cusick | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (17).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 64 | KEY00000138.0018 | KEY00000138 | Email | John Cusick [jcusick@naacpldf.org] | 10/10/2021 16:12 | [laden@naacpldf.org] | Taiwan scott [taif@hotmail.com];Leah Aden | | John Cusick | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (72).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | Bates | Bates End | Type | From | To | CC | Date | Subject/Filename | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 65 | KEY00000138.0019 | KEY00000138 | Email | Taiwan scott (taif@hotmail.com) | | | 10/10/2021 14:26 | Leah Aden (laden@naacpldf.org) | | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 66 | KEY00000138.0021 | KEY00000138 | Email | Leah Aden (laden@naacpldf.org) | John Cusick (jcusick@naacpldf.org) | | 10/10/2021 14:53 | Taiwan scott (taif@hotmail.com) | | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 67 | KEY00000138.0025 | KEY00000138 | Email | DON BRASHEARS (tmbda@aol.com) | John Cusick (jcusick@naacpldf.org); Leah Aden (laden@naacpldf.org) | | 10/11/2021 7:52 | Taiwan scott (taif@hotmail.com) | Leah Aden | 1/23/2022 15:29 RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication seeking legal advice |
| 68 | KEY00000138.0026 | KEY00000138 | Email | DON BRASHEARS (tmbda@aol.com) | | | 10/11/2021 7:52 | Taiwan scott (taif@hotmail.com) | DON BRASHEARS | 1/23/2022 15:29 Re_ Quick Question (19).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 69 | KEY00000138.0027 | KEY00000138 | Email | Taiwan scott (taif@hotmail.com) | "Mary Ann Bromley" [mary.ann.bromley@gmail.com]; "Amy Lavine" [amymmalaing17@gmail.com]; jamailis0@gmail.com; jbauer@hargray.com; "Alice Gianni" [GianniLaice@gmail.com]; "Ann Harris" [ahh1659@comcast.net]; "Barbara Catenaci" [bcatenac@yahoo.com]; "Barbara Schacker" [barbara.m.schacker@gmail.com]; "Bob Ghiradelli" [bobghiradelli@aol.com]; "Bob Hulsman" [mobyblock@hotmail.com]; "Carol Barker" [cjbarker@earthlink.net]; "Carol Horowitz" [carolhwitz@gmail.com]; "Carole Walters" [caroldfayewalters@gmail.com]; "Catherine Erdman" [cce13@me.com]; "Catherine Forester" [cfgardengirl@yahoo.com]; "Cindy & Russ Hudson" [chcats@verizon.net]; "Clare Seltzer" [clareseligcar@gmail.com]; "Claryce Gibbons-Allen" [cvgallen@yahoo.com]; "Claudia Kennedy" [cken213242@aol.com]; "Denise Visconti" [denisevisconti66@gmail.com]; "Diana Heitman" [jim.diana.heitman@gmail.com]; "Elizabeth Greenberg" [Lizzie972@aol.com]; "Ellen Walton" [bewalton@roadrunner.com]; "Emily Oetjen" | | 10/12/2021 13:06 | | Taiwan scott | 1/23/2022 15:29 Re_ Quick Question.msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 70 | KEY00000142.0014 | KEY00000142 | Email | Eleanor Lightsey (misel@roadrunner.com) | | | 8/26/2018 11:58 | | Eleanor Lightsey | 1/22/2022 22:06 | 1/22/2022 22:06 RE_ Confidential Draft of questions for SC House of Representative Candidate Forum NAACP v. Alabama | | Confidential email to members of the SC NAACP and Mr. Scott regarding House of Representative Candidate forum re redistricting. |
| 71 | KEY00000142.0014.00 01 | KEY00000142 | Word Doc | | | | | | User | 8/26/2018 11:18 | 8/26/2018 11:50 180826 Questions for House candidates.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 72 | KEY00000142.0015.00 01 | KEY00000142 | Word Doc | | | | | | User | 11/13/2018 9:42 | 11/13/2018 10:04 ForumHouseRev111318.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |