


## 2022.02.14. Pergament Pro_Hac_Vice_Application.doc

| | |
|---|---|
| DocVerify ID: | 6A256278-97A2-4C78-A5E9-B07CA6A142C7 |
| Created: | February 14, 2022 11:29:55 -8:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: VA |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**E-Signature 1: Adam Pergament (AMP)**
February 14, 2022 11:48:05 -8:00 [E14BBB34E2AA] [192.203.254.20]
Adam.Pergament@arnoldporter.com (Principal) (Personally Known)

**E-Signature Notary: Casey Nicole Howard (CNH)**
February 14, 2022 11:48:05 -8:00 [E24A4E294591] [192.203.255.20]
casey.howard@arnoldporter.com
I, Casey Nicole Howard, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat.
All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | | |
|---|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, ET ANO, Plaintiffs, | ) ) ) ) | Case No. 21-cv-03302 (JMC) |
| v. | ) ) | Application/Affidavit for |
| HENRY D. MCMASTER ET AL, Defendants. | ) ) ) ) | *Pro Hac Vice* Admission |

(1) <u>Name</u>.  Adam Pergament

(2) <u>Residence</u>. I reside in the following state:  District of Columbia
If a South Carolina resident, indicate months/years of residence:  N/A

(3) <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name: Arnold & Porter Kaye Scholer LLP
   Mailing address: 601 Massachusetts Ave. NW   City/State/Zip Washington, D.C. 20001
   Telephone number:  (202) 942-5000
   Facsimile number  (202) 942-5999
   E-mail address: adam.pergament@arnoldporter.com
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4) <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit**,** consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

US 171384792v1



| Court | Date Admitted | Good Standing |
|---|---|---|
| District of Columbia | Dec. 6, 2010 | X Yes ☐ No |
| California | Dec. 2009 | X Yes ☐ No |
| Third Circuit | Feb. 11, 2016 | X Yes ☐ No |
| E.D. Mich. | July 8, 2014 | X Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes   X No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes   X No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes   X No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes   X No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes   X No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____
_____

Page **2** of **3**

US 171384792v1

(12)  Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name: Christopher J. Bryant, Esq.
Firm Name: Boroughs Bryant LLC
Street Address or Post Office Box: 1122 Lady Street, Suite 208
City, State, and Zip Code: Columbia, SC  29201
Telephone Number: (843) 779-5444
E-Mail Address: chris@boroughsbryant.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

NAACP Legal Defense & Education Fund, Inc.
American Civil Liberties Union Foundation
American Civil Liberties Union of South Carolina

(14)  Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:

The South Carolina State Conference of the NAACP
Taiwan Scott

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

*Adam Pergament*
*Signed on 2022/02/14 11:48:05 -8:00*

Signature of Applicant

**Sworn to and subscribed before me**
this 14th day of February, 20 22.

_____
*Signed on 2022/02/14 11:48:05 -8:00*
A Notary Public
of the State of Virginia

My Commission expires: December 31, 2024

**Casey Nicole Howard**
**Registration # 7906267**
Electronic Notary Public
Commonwealth of Virginia
My commission expires the 31 day of Dec 2024

Notary Stamp 2022/02/14 12:48:05 PST           E24A4E294591

Notarial act performed by audio-visual communication

US 171384792v1
Revised 08/15/2020                              Page 3 of  3