IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The South Carolina State Conference of the NAACP, and Taiwan Scott, *on behalf of himself and all other similarly situated persons*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Thomas C. Alexander, *in his official capacity as President of the Senate*; Luke A. Rankin, *in his official capacity as Chairman of the Senate Judiciary Committee*; James H. Lucas, *in his official capacity as Speaker of the House of Representatives*; Chris Murphy, *in his official capacity as Chairman of the House of Representatives Judiciary Committee*; Wallace H. Jordan, *in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee*; Howard Knapp, *in his official capacity as interim Executive Director of the South Carolina State Election Commission*; John Wells, Joanne Day, Clifford J. Elder, Linda McCall, and Scott Moseley, *in their official capacities as members of the South Carolina State Election Commission*,<br><br>    Defendants. | Civil Action No.: 3:21-cv-03302-JMC-TJH-RMG<br><br>**ORDER** |

  This case has been scheduled for mediation. All parties and their lead counsel are **ORDERED TO APPEAR before the undersigned at the offices of Nexsen Pruet, LLC, located at 1230 Main Street, Columbia, SC 29201 at 10:30 am on March 1, 2022.** The parties with authority to settle the case should be present and/or available.

  By Friday, February 25, 2022, each party shall provide the undersigned, in confidence, a concise mediation statement of the case. To the extent possible, the undersigned requests mediation statements of no more than fifty (50) pages.

The purpose of the mediation is to facilitate settlement of this case, if that is appropriate. It will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to the undersigned in confidence will be kept confidential and will not be disclosed to any other party or to the trial judges. Counsel are directed to review the Local Rules on Mediation prior to the scheduled date.

At the mediation, verbal presentations are not required. Separate, confidential meetings will be held with each party and the party's representative(s).

Confidential mediation statements may be e-mailed directly to chambers at baker_ecf@scd.uscourts.gov.

**IT IS SO ORDERED**.

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

February 23, 2022
Charleston, South Carolina