## 2022 ELECTION CALENDAR
## RELEVANT DEADLINES

| Date | Event | Statute |
|------|-------|---------|
| March 16<br>12:00 noon | Filing opens for candidates seeking political party nominations for: | 7-11-15<br>7-11-210 |
| | • State Constitutional Officers<br>• U.S. Senate<br>• U.S. House of Representatives<br>• State House of Representatives<br>• Multi-county district offices<br>• Solicitor (circuits 3, 5, 6, 12, 13, 15)<br>• Various countywide and less than countywide offices | |
| | Candidates file Statement of Intention of Candidacy/Party Pledge (SICPP) and any filing fees with appropriate election office (SEC or county board). | |
| March 30<br>12:00 noon | Candidate filing closes | 7-11-15<br>7-11-210 |
| March 31 | Deadline for political parties to hold county conventions. | 7-9-70 |
| April 5<br>12:00 noon | Deadline for political parties holding primaries to certify candidates to appropriate election office | 7-13-40 |
| April 29 | Deadline to mail Primary absentee ballots to military and overseas citizens. | 7-15-650<br>7-15-680 |
| May 13<br>5:00 p.m. | Deadline to register to vote in person for Primaries (unless county board holds weekend hours). | 7-5-150 |
| May 15 | Deadline for political parties to hold state conventions. | 7-9-100 |
| May 15<br>11:59 p.m. | Deadline to register to vote for Primaries (mail must be postmarked by this date). | 7-5-150<br>7-5-155 |
| June 10<br>5:00 p.m. | Deadline to apply for an absentee-by-mail ballot for Primaries. | 7-15-330 |
| June 13 | Deadline to vote absentee in person for Primaries. | 7-15-330 |

46957642 v1

5:00 p.m.

| | | |
|---|---|---|
| June 14 | Statewide Primaries. Polls open 7:00 a.m. until 7:00 p.m. | 7-13-40<br>7-13-60 |
| June 14<br>7:00 p.m. | Deadline for county boards to receive absentee-by-mail ballots (military and overseas voters' ballots accepted through 5:00 p.m., June 15). | 7-13-60<br>7-15-420<br>7-15-700 |
| June 16<br>1:00 p.m. | Deadline for county boards to:<br>• Hold provisional ballot hearing.<br>• Complete canvass of votes.<br>• Certify results.<br>• Order any necessary runoffs and recounts for county-level offices. | 7-17-510<br>7-17-610<br>7-17-280 |
| June 17<br>3:00 p.m. | State Board of Canvassers meets to:<br>• Complete canvassing of votes.<br>• Certify results.<br>• Order any necessary runoffs and recounts for state-level offices. | 7-17-510 |
| June 20<br>12:00 noon | Deadline for filing protest of Primary with appropriate county or state party executive committee. | 7-17-520<br>7-17-560 |
| June 23 | Protest hearings held by appropriate county or state party executive committee. | 7-17-530<br>7-17-570 |
| June 24<br>3:00 p.m. | Deadline for notice of appeal to the state party executive committee from decisions by county party executive committee. | 7-17-540 |
| June 25<br>12:00 noon | Deadline for state party executive committee to hear appeals. | 7-17-550 |
| June 28 | Primary Runoffs. Polls open 7:00 a.m. until 7:00 p.m. | 7-13-40 |
| June 28<br>7:00 p.m. | Deadline for county boards to receive absentee-by-mail ballots (military and overseas voters' ballots accepted through 5:00 p.m., June 29). | 7-13-60<br>7-15-420<br>7-15-700 |
| June 30<br>1:00 p.m. | Deadline for county boards to:<br>• Hold provisional ballot hearing.<br>• Complete canvass of votes.<br>• Certify results.<br>• Order any necessary runoffs and recounts for | 7-17-510<br>7-17-610<br>7-17-280 |

2

county-level offices.

| Date | Event | Citation |
|------|-------|----------|
| July 1<br>3:00 p.m. | State Board of Canvassers meets to:<br>• Complete canvassing of votes.<br>• Certify results.<br>• Order any necessary runoffs and recounts for state-level offices. 7-17-610 7-17-280 | 7-17-510 |
| July 4<br>12:00 noon | Deadline for filing protest of Runoff with appropriate county or state party executive committee. | 7-17-520<br>7-17-560 |
| July 7 | Protest hearings held by appropriate county or state party executive committee. | 7-17-530<br>7-17-570 |
| July 8<br>3:00 p.m. | Deadline for notice of appeal to the state party executive committee from decisions by county party executive committee. | 7-17-540 |
| July 9<br>12:00 noon | Deadline for state party executive committee to hear appeals. 7-17-550 | |
| July 15<br>12:00 noon | Deadline to submit petition to appropriate election official for name to be placed on General Election ballot. | 7-13-351 |
| August 15<br>12:00 noon | Deadline to file Statements of Intention of Candidacy and for certification of nonpartisan, countywide, and less than countywide candidates for general election.. | 7-13-350<br>7-13-351<br>7-13-352 |
| September 24 | Deadline to mail General Election absentee ballots to military and overseas citizens. | 7-15-650<br>7-15-680 |
| October 7<br>5:00 p.m. | Deadline to register to vote in person for General Election (unless county board holds weekend hours). | 7-5-150 |
| October 9<br>11:59 p.m. | Deadline to register to vote for General Election (mail (must be postmarked by this date). | 7-5-150<br>7-5-155 |
| November 4<br>5:00 p.m. | Deadline to apply for absentee-by-mail ballot for General Election. | 7-15-330 |
| November 7<br>5:00 p.m. | Deadline to vote absentee in person for General Election. | 7-15-330 |
| November 8 | General Election Day. Polls open 7:00 a.m. until 7:00 p.m. | 7-13-10<br>7-13-60 |

46957642 v1

3