UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>    Defendants. | Case No.: 3:21-cv-03302-JMC-TJH-RMG<br><br><br><br>Plaintiffs' Consent Motion<br>for Extension of Time<br>to Respond to Senate Defendants'<br>Motion to Dismiss |

    Pursuant to Local Rule 6.01, Plaintiffs move for a 14-day extension to the deadline to respond to the Senate Defendants' Motion to Dismiss (ECF No. 178). Pursuant to

Local Rule 7.02, Plaintiffs' counsel has consulted with counsel for the Senate Defendants and, and they consent to this motion.

The motion to dismiss relates only to Plaintiffs' challenges to the U.S. congressional maps. Trial on Plaintiffs' challenge to the U.S. congressional maps is set to begin in September 2022 (ECF No. 180), while trial for Plaintiff SC NAACP's challenge to the South Carolina house district maps is scheduled to begin in May 2022 (ECF No. 170). Plaintiffs request this extension so that they need not divert resources from ongoing discovery and related trial preparations for the May 2022 trial.

The current deadline to respond to the motion to dismiss is March 10, 2022. The deadline has not previously been extended. A 14-day extension would make the new deadline March 24, 2022. The requested extension will not affect other deadlines and should not impede the work of the Court or any of the parties.

March 4, 2022

/s/ Robert E. Tyson Jr.
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted pro hac vice)
Stephen J. Kenny (admitted pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939

Respectfully submitted,

/s/ Christopher J. Bryant
Christopher J. Bryant, Fed. ID 12538
BOROUGHS BRYANT, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Leah C. Aden**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006

Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*

Tel.: (212) 965-7715
laden@naacpldf.org

Adriel I. Cepeda Derieux**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

*Counsel for Plaintiffs*
**Admitted Pro Hac Vice*