# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>     Plaintiffs,<br><br>  v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>     Defendants. | Case No. 3:21-cv-03302-JMC-TJH-RMG<br><br><br>**JOINT STATUS REPORT** |

  Pursuant to the Text Order issued by the Panel on February 22, 2022 (ECF No. 175), which ordered the filing of a status report including the provisions set forth in the Court's Text Order

entered on February 16, 2022 (ECF No. 170), The South Carolina State Conference of the NAACP ("SC NAACP") and Taiwan Scott (collectively, "Plaintiffs"); Thomas C. Alexander and Luke A. Rankin, in their official capacities ("Senate Defendants"); James H. Lucas, Chris Murphy, and Wallace H. Jordan, in their official capacities ("House Defendants"); and Howard Knapp, John Wells, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley, in their official capacities (the "Election Defendants"), submit this joint status report, which includes: (1) an update on any settlement discussions; (2) a proposed scheduling order which provides for the commencement of the trial regarding the challenge to the House Plan on May 16, 2022; and (3) the status of discovery issues, including contested issues which have been resolved and matters which remain in dispute and need to be ruled upon by the Panel.

## I.  Settlement Discussions

On February 15, 2022 Plaintiffs and House Defendants (collectively, the "Mediation Parties") requested a two-week pause of this litigation to focus on efforts to resolve it with respect to Plaintiffs' challenge to the House Plan (ECF No. 167). The Panel granted this request (ECF No. 170). At the request of the Mediation Parties (ECF No. 173), the Panel designated United States Magistrate Judge Mary Gordon Baker ("Judge Baker") to serve as mediator for the parties' settlement discussions on March 1 and 2, 2022 (ECF No. 175).

On March 1, 2022, the Mediation Parties participated in mediation before Judge Baker. Despite a good faith effort by the Mediation Parties, mediation was unsuccessful. Judge Baker ended the mediation after one day on the evening of March 1, 2022.

## II.  Proposed Scheduling Order

The Parties have agreed to the proposed schedule:

| Deadline or Event | Agreed Dates |
|---|---|
| Fact and Expert Discovery Deadline | April 22, 2022 |

| Dispositive motions and motions *in limine* | May 2, 2022 |
|---|---|
| Pre-trial Disclosures | May 5, 2022 |
| Responses to dispositive motions and motions *in limine* | May 9, 2022 |
| Objections to pre-trial disclosures and deposition designations and any deposition counter-designations | May 12, 2022 |
| Final Pre-Trial Conference | May 13, 2022 |
| Trial begins | May 16, 2022 |
| Proposed Findings of Fact and Conclusions of Law | 14 calendar days after conclusion of trial |

Attached as ***Exhibit A*** is the parties' proposed Second Amended Scheduling Order with Respect to the Challenged House Districts, which is also being submitted via electronic mail to the Chambers of the Honorable J. Michelle Childs.

## III.  Status of Discovery Issues

As of March 7, 2022, of the Mediation Parties, Plaintiffs have produced 234 documents (1,170 pages), and House Defendants have produced 14,424 documents (102,025 pages). House Defendants have taken depositions of all of Plaintiffs' expert witnesses and Plaintiff SC NAACP's President, Brenda Murphy.[1] To date, Plaintiffs have requested but not yet taken any depositions; however, the Parties discussed the scheduling of additional depositions during an hour-long Meet and Confer initiated by the House Defendants and held on March 4, 2022.

On February 10, 2022, the Court granted in part Plaintiffs' Motion to Compel Production of Documents and Information Requested from House Defendants (ECF No. 119), which concerned House Defendants' production of documents that were withheld on the basis of the legislative privilege. (ECF No. 153). The Court's Order "allow[ed] discovery on 'documents, communications, and information which broadly address the issue of discriminatory intent in the

---

[1] House Defendants intend to resume deposition of Ms. Murphy, which had been left open due to issues raised by counsel for House Defendants.

3

present redistricting cycle, by individual legislators or the Legislature as a whole.'" *Id.* In meet and confer discussions on March 4 and 7, 2022, Plaintiffs discussed with House Defendants remaining questions concerning the completeness of House Defendants' production in accordance with the Court's Order, and the Parties are continuing to discuss those issues this week.

Also currently before the Court is an outstanding Motion to Compel Discovery filed by House Defendants on February 13, 2022 (ECF No. 157).

Counsel for Plaintiffs and House Defendants conducted a three-hour Meet and Confer on March 7, 2022 to discuss the issues raised by House Defendants in their Motion to Compel, as well as several issues raised by the Plaintiffs during the March 4, 2022 Meet and Confer referenced above. The Parties agreed to continue to work cooperatively during the next week to narrow the focus of any discovery disputes that must be resolved by this Court. The Parties have scheduled an additional Meet and Confer for 11:00 a.m. on March 10, 2022.

At present, given the two-week pause, the Court's February 16, 2022 Order, and the parties' ongoing meet and confer discussions, the House Defendants' Motion to Compel has not been fully briefed. The Parties jointly request that the House Defendants' Motion to Compel continue to be held in abeyance for 10 additional days to allow the Parties further time to narrow the issues raised in the motion. The Parties have agreed to give each other 24 hours' notice prior to the filing of any additional motions relating to discovery.

House Defendants have also issued subpoenas to Plaintiffs' counsel the NAACP's Legal Defense Fund and the ACLU, which have served objections. House Defendants have extended the response date for those subpoenas to March 21, 2022 and are engaged in an ongoing dialogue with counsel for those organizations in an attempt to resolve any issues related to those subpoenas. The

Parties will advise the Court by March 23, 2022 if there are issues related to those subpoenas which cannot be resolved by the Parties.

*[Signature Pages Follow]*

Dated: March 7, 2022                                                     Respectfully submitted,

Leah C. Aden**                                                           */s/ Christopher J. Bryant*
Stuart Naifeh**                                                          Christopher J. Bryant, Fed. ID 12538
Raymond Audain**                                                         BOROUGHS BRYANT, LLC
John S. Cusick**                                                         1122 Lady St., Ste. 208
NAACP LEGAL DEFENSE &                                                    Columbia, SC 29201
EDUCATIONAL FUND, INC.                                                   Tel.: (843) 779-5444
40 Rector St, 5th Fl.                                                    chris@boroughsbryant.com
NY, NY 10006
Tel.: (212) 965-7715                                                     Somil B. Trivedi**
laden@naacpldf.org                                                       Patricia Yan**
                                                                         AMERICAN CIVIL LIBERTIES
Antonio L. Ingram II**                                                   UNION FOUNDATION
NAACP LEGAL DEFENSE &                                                    915 15th St., NW
EDUCATIONAL FUND, INC.                                                   Washington, DC 20005
700 14th St, Ste. 600                                                    Tel.: (202) 457-0800
Washington, D.C. 20005                                                   strivedi@aclu.org
Tel.: (202) 682-1300
aingram@naacpldf.org                                                     Allen Chaney, Fed. ID 13181
                                                                         AMERICAN CIVIL LIBERTIES
Adriel I. Cepeda Derieux**                                               UNION
Samantha Osaki**                                                         OF SOUTH CAROLINA
AMERICAN CIVIL LIBERTIES                                                 Charleston, SC 29413-0998
UNION FOUNDATION                                                         Tel.: (843) 282-7953
125 Broad Street, 18th Floor                                             Fax: (843) 720-1428
New York, NY 10004                                                       achaney@aclusc.org
Tel.: (212) 549-2500
acepedaderieux@aclu.org                                                  Jeffrey A. Fuisz**
                                                                         Paula Ramer**
John A. Freedman**                                                       ARNOLD & PORTER KAYE
Elisabeth S. Theodore*                                                   SCHOLER LLP
Adam Pergament**                                                         250 West 55th Street
Gina M. Colarusso**                                                      New York, NY 10019
John M. Hindley**                                                        Tel: (212) 836-8000
ARNOLD & PORTER KAYE                                                     jeffrey.fuisz@arnoldporter.com
SCHOLER LLP
601 Massachusetts Ave., N.W.                                             Sarah Gryll**
Washington, D.C. 20001                                                   ARNOLD & PORTER KAYE
Tel: (202) 942-5000                                                      SCHOLER LLP
john.freedman@arnoldporter.com                                           70 West Madison Street, Suite 4200
                                                                         Chicago, IL 60602-4231
                                                                         Tel: (312) 583-2300
* Motion for admission *Pro Hac Vice* forthcoming                        sarah.gryll@arnoldporter.com
** Admitted *Pro Hac Vice*

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

Janette M. Louard\*
Anthony P. Ashton\*
Anna Kathryn Barnes\*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*


*s/Jane Trinkley*
M. Elizabeth Crum (Fed. Bar #372)
Jane W. Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
**BURR & FORMAN LLP**
Post Office Box 11390
Columbia, SC  29211
Telephone:  (803) 799-9800
Facsimile:  (803) 753-3278

Thomas W. Nicholson (Fed. Bar #12086)
tnicholson@elections.sc.gov
**South Carolina State Election Commission**
1122 Lady St., 5th Floor,
Columbia, SC. 29250
Telephone: (803) 734-9060
Facsimile:   (803) 734-9366

*Attorneys for Election Commission Defendants*


*s/ Mark C. Moore*
William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601

Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica H. Wells (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EWells@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com
*Attorneys for House Defendants*


*/s/Robert E. Tyson Jr.*
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore\*\*
Stephen J. Kenny\*\*
JONES DAY

51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*
\*\* Admitted *Pro Hac Vice*

9