# Exhibit A

**(Proposed Second Amended Scheduling Order With Respect to the Challenged House Districts)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>      Plaintiffs, <br><br>    v. <br><br> THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission, <br><br>      Defendants. | Civil Action No. 3:21-cv-03302-JMC-TJH-RMG <br><br><br> **SECOND AMENDED SCHEDULING ORDER WITH RESPECT TO THE CHALLENGED HOUSE DISTRICTS** |

   The Court amends the Conference and Scheduling Order filed February 4, 2022 (ECF No. 128), as follows:

1

1. Plaintiffs shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiffs expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **January 24, 2022** (Fed. R. Civ. P. 26(a)(2)).[1] Rebuttal Experts due by **February 7, 2022**.

2. Defendants shall file and serve a document identifying by full name, address, and telephone number each person whom Defendants expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **February 1, 2022** (Fed. R. Civ. P. 26(a)(2)). Rebuttal Experts due by **February 9, 2022**.

3. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **February 1, 2022**. Objections to such affidavits must be made within seven (7) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

4. Discovery shall be completed no later than **April 22, 2022**. Discovery shall be deemed completed within this time only if discovery is initiated at such time as to afford the responding party the full time provided under the applicable rule of the Federal Rules of Civil Procedure in which to respond prior to the discovery completion date noted in this paragraph.

    **(The parties may, with the consent of all counsel, conduct discovery up to the time of trial, provided the deadlines in this order are not affected.)**

5. All other motions, except (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, shall be filed no later than **May 2, 2022** (Fed. R. Civ. P. 16(b)(2)). Responses due by **May 9, 2022**. See below ¶ 7 for motions in limine deadline.

6. No later than **May 5, 2022**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within seven (7) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P.32(a)(6).

7. Motions in limine due by **May 2, 2022**. Objections due by **May 9, 2022**.

---

[1] Concurrent with the identification of each expert and subject matter, each party shall serve (but not file): 1) a complete copy of the most current curriculum vitae of each expert or a detailed summary of his qualifications to testify on each identified subject; 2) (a) a complete statement of all opinions to be expressed by each expert and the basis and reasons therefor; (b) the data and other information considered by the expert in forming the opinions, (c) any exhibits to be used as a summary of or support for the opinions, and (d) citations of any treatise, text or other authority upon which each expert especially relied; and 3) a copy of each expert's report if a report has been prepared.

8.      In lieu of pretrial briefs, the parties shall furnish the court with Proposed Findings of Fact and Conclusions of Law subsequent to the close of trial.

9.      Pretrial Conference will be held on **May 13, 2022**.

10.     This case will be called for Bench trial from **May 16, 2022** to **May 27, 2022**.

11.     Proposed Findings of Fact and Conclusions of Law within fourteen (14) days of the close of trial.

**The court directs the parties' attention to Local Rule 7.00 which governs motion practice. Hearings on motions are not automatic. The court may decide motions without a hearing. If a party opposes a motion which has been filed, that party must file a response to the opposed motion within seven (7) days of the date the motion was filed. If no such response in opposition is filed, the court will assume that the party consents to the court's granting the motion.**

_____
J. Michelle Childs
United States District Judge

March \_\_\_, 2022
Columbia, South Carolina

3