IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The South Carolina State Conference of the NAACP, and Taiwan Scott, *on behalf of himself and all other similarly situated persons*, <br><br> Plaintiffs, <br><br> v. <br><br> Thomas C. Alexander, *in his official capacity as President of the Senate Judiciary Committee;* James H. Lucas, *in his official capacity as Speaker of the House of Representatives*; Chris Murphy, *in his official capacity as Chairman of the House of Representatives Judiciary Committee*; Wallace H. Jordan, *in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee*; Howard Knabb, *in his official capacity as interim Executive Director of the South Carolina State Election Commission*; John Wells, *Chair*, Joanne Day, Clifford J. Elder, Linda McCall, and Scott Moseley, *in their official capacities as members of the South Carolina State Election Commission*, <br><br> Defendants. | Civil Action No.: 3:21-cv-03302-JMC <br><br> **ORDER** |

The parties have jointly moved for the adoption of a scheduling order regarding the challenge to the South Carolina House reapportionment plan. (ECF No. 187 at 2-3). The panel adopts the proposed plan as follows:

1. Fact and Expert Deadline             April 22, 2022

2. Dispositive motions and
   motions in limine                    May 2, 2022

1

| | | |
|---|---|---|
| 3. | Pre-trial disclosures | May 5, 2022 |
| 4. | Response to dispositive motions and motions in limine | May 9, 2022 |
| 5. | Objections to pre-trial disclosures and deposition designations and any deposition counter designations | May 12, 2022 |
| 6. | Final pre-trial conference | May 13, 2022 |
| 7. | Trial commences | May 16, 2022 |
| 8. | Proposed findings of fact and conclusions of law | 14 calendar days after end of trial |

The parties have jointly moved to stay the briefing on the House Defendants' motion to compel (ECF No. 157) an additional 10 days to allow the parties further time to narrow or resolve the issues raised in the motion. (ECF No. 187 at 4.) The motion is granted. The parties shall file a joint status report on the issues still in dispute in the House Defendants' motion to compel on March 17, 2022, and Plaintiffs shall file a response to the motion regarding any remaining issues in dispute on or before March 21, 2022. House Defendants may file a reply on or before March 25, 2022.

The parties have further advised the Panel that House Defendants have extended the time for Plaintiffs to respond to subpoenas served on Plaintiffs' counsel, NAACP Legal Defense Fund, and ACLU until March 21, 2022, in an attempt to narrow or resolve the issues in dispute. House Defendants may file a reply on or before March 25, 2022. The parties are to file a joint status report on March 21, 2022, regarding the issues which remain in dispute regarding the aforementioned subpoenas.

**AND IT IS SO ORDERED.**

_/s/ Toby Heytens_

United States Circuit Judge

_/s/_

United States District Judge

_/s/ J. Michelle Childs_

United States District Judge

March 8, 2022
Columbia, South Carolina