# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>     Plaintiffs,<br><br>   v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>     Defendants. | Case No. 3:21-cv-03302-JMC-TJH-RMG<br><br><br><br>**JOINT STATUS REPORT WITH RESPECT TO THE HOUSE DEFENDANTS' MOTION TO COMPEL** |

Pursuant to the Order issued on March 8, 2022 (ECF No. 188), which directed the filing of a joint status report on the issues still in dispute in House Defendants' Motion to Compel (ECF

No. 157) by March 17, 2022, The South Carolina State Conference of the NAACP ("SC NAACP") and Taiwan Scott (collectively, "Plaintiffs"); Thomas C. Alexander and Luke A. Rankin, in their official capacities ("Senate Defendants"); James H. Lucas, Chris Murphy, and Wallace H. Jordan, in their official capacities ("House Defendants"); and Howard Knapp, John Wells, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley, in their official capacities (the "Election Defendants"), submit this Joint Status Report.

On February 13, 2022, House Defendants filed a Motion to Compel Discovery requesting the Panel to issue an order assessing the insufficiency of Plaintiffs' discovery responses and requiring prompt compliance in accordance with the Federal Rules of Civil Procedure. (ECF No. 157). At issue were the answers to interrogatories by Plaintiff Scott and Plaintiff SC NAACP, as well as responses to Requests for Admission and Requests for Production submitted jointly by Plaintiffs. (ECF Nos. 157-4, 157-5, 157-6, 157-7). This is the only discovery motion outstanding, as Plaintiffs' Motion to Compel (ECF No. 119) was granted in part and denied in part on February 10, 2022 (ECF No. 153).

Shortly after the filing of House Defendants' Motion to Compel, the Parties were granted a two-week "pause" to attempt to resolve the portion of this case involving the House Districts through mediation. (*See* ECF No. 170). The Parties were unable to do so and informed this Panel in a Status Report filed on March 7, 2022. (*See* ECF No. 187). At that time, the Parties jointly requested and the Panel agreed to allow an additional 10 days to further narrow or resolve the issues raised in the motion. That 10-day extension ends today.

To date, counsel for Plaintiffs and House Defendants engaged in Meet and Confers on various discovery issues (including but not limited to the issues raised by the Motion to Compel that is the subject of this Joint Report) on three separate dates: (1) on March 4, 2022, with the

meeting lasting approximately one hour; (2) on March 7, 2022, with the meeting lasting approximately three hours; and (3) on March 14, 2022, with the final meeting lasting approximately an hour and a half. As a result of these Meet and Confers, Plaintiffs to date produced an additional 161 documents from SC NAACP email accounts and served Amended Objections and Responses to House Defendants' First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production on March 11, 2022. To date, Plaintiffs have not amended or supplemented the privilege logs produced on February 11, 2022, and have not yet identified a date by which House Defendants can expect to receive these supplemental logs.

While counsel for Plaintiffs and House Defendants have engaged in substantive discussions of the issues raised in House Defendants' Motion to Compel, there persist fundamental differences of opinion as the obligation of the Plaintiffs to produce responsive materials in accordance with the federal discovery rules. As a result, the only resolution reached to date is that House Defendants will no longer seek to compel adequate and sufficient answers from Plaintiffs to their First Set of Interrogatories, although House Defendants continue to believe the answers fall short of the requirements of Federal Rules of Civil Procedure 26 and 33. House Defendants will also refrain from further challenge to Plaintiff Scott's written responses to the First Set of Requests for Production given his abandonment of any challenge to the House Districts. However, House Defendants do maintain their Motion to Compel as to the deficiencies and insufficiency of both Plaintiffs' responses to the Requests for Admission and the responses (and attendant productions or lack thereof) to the Requests for Production by Plaintiff SC NAACP. House Defendants also continue their challenge to the sufficiency of Plaintiffs' privilege logs and the inapplicability of certain privileges asserted by both Plaintiffs. As a result of these continuing disagreements, Plaintiffs will be filing a response to the Motion to Compel on or before March 21, 2022 and House

Defendants will file their response on or by March 25, 2022 (the deadlines set by the Court's March 8, 2022 Scheduling Order).

*[Signature Pages Follow]*

Dated: March 17, 2022

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Antonio L. Ingram II**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Samantha Osaki**
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Adam Pergament**
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

Respectfully submitted,

*/s/ Christopher J. Bryant*
Christopher J. Bryant, Fed. ID 12538
BOROUGHS BRYANT, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES
UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE
SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*


s/Jane Trinkley
M. Elizabeth Crum (Fed. Bar #372)
Jane W. Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
**BURR & FORMAN LLP**
Post Office Box 11390
Columbia, SC  29211
Telephone:  (803) 799-9800
Facsimile:  (803) 753-3278

Thomas W. Nicholson (Fed. Bar #12086)
tnicholson@elections.sc.gov
**South Carolina State Election Commission**
1122 Lady St., 5th Floor,
Columbia, SC. 29250
Telephone: (803) 734-9060
Facsimile:   (803) 734-9366

*Attorneys for Election Commission Defendants*


s/ Michael A. Parente
William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601

Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica H. Wells (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EWells@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com
*Attorneys for House Defendants*


*/s/Robert E. Tyson Jr.*
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore**
Stephen J. Kenny**
JONES DAY

7

51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*
\*\* Admitted *Pro Hac Vice*