UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>         Plaintiffs, <br><br>   vs. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br>         Defendants, <br><br> NAACP Legal Defense and Educational Fund, Inc., and American Civil Liberties Union Foundation, <br><br> Subpoenaed Third Parties. | Case No.: 3:21-cv-03302-JMC-TJH-RMG <br><br> **THREE-JUDGE PANEL** <br><br> **Motion in Support of *Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that

____Jeffrey Schomig_____ be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and
2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and
3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and
4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.
5. Certification of Consultation (Local Civil Rule 7.02).
   - ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose
   - ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): _____
   - ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Sowell & DuRant, LLC | Thornwell F. Sowell, III |
| Firm Name | Name of Local Counsel |
| 1325 Park St. Suite 100 | s/Thornwell F. Sowell, III |
| Street Address or Post Office Box | Signature of Local Counsel |
| Columbia, South Carolina, 29201 | |
| City, State, Zip Code | Local Counsel for third parties: NAACP Legal Defense and Educational Fund, Inc.; and American Civil Liberties Union Foundation |
| (803) 722-1100 | District of South Carolina |
| Telephone Number | Federal Bar Number 4244 |
| bsowell@sowelldurant.com | |
| E-Mail Address | |

Dated: March 21, 2022