


## Pro_Hac_Vice_Application_Jeffrey Schomig_v2_2.11.2022.pdf

| | |
|---|---|
| DocVerify ID: | 85B2B442-BC26-46DF-8BA8-E3F17FEF2561 |
| Created: | February 14, 2022 05:23:34 -8:00 |
| Pages: | 5 |
| Remote Notary: | Yes / State: OH |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**E-Signature 1: Jeffrey P. Schomig (JPS)**
February 14, 2022 05:48:07 -8:00 [B6536E7FD50A] [38.122.63.74]
Jeffrey.Schomig@wilmerhale.com (Principal) (Personally Known)

**E-Signature Notary: Kimberly L Smith (KLS)**
February 14, 2022 05:48:07 -8:00 [38E206DAA004] [38.122.63.74]
kimberly.smith@wilmerhale.com
I, Kimberly L Smith, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.

**DocVerify ID:** 85B2B442-BC26-46DF-8BA8-E3F17FEF2561
www.docverify.com

Generated Cover Page    E3F17FEF2561



**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**(COLUMBIA DIVISION)**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>     Plaintiffs,<br><br>vs.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>     Defendants. | Case No.: 3:21-cv-03302-JMC-TJH-RMG<br><br>**THREE-JUDGE PANEL**<br><br><br><br>**Application/Affidavit for**<br>***Pro Hac Vice* Admission** |

(1) <u>Name</u>.  <u>Jeffrey    Paul    Schomig</u>
        First       Middle       Last

(2) <u>Residence</u>. I reside in the following state: <u>Maryland</u>
    If a South Carolina resident, indicate months/years of residence:  <u>N/A</u>

Revised 08/15/2020                     Page 1 of 5

DocVerify ID: 85B2B442-BC26-46DF-8BA8-E3F17FEF2561      Page 1 of 5  1E3F17FEF2561
www.docverify.com

(3) <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

Firm name: Wilmer Cutler Pickering Hale and Dorr, LLP
Mailing address: 1875 Pennsylvania Avenue NW    City/State/Zip: Washington/DC/20010
Telephone number: (202) 663-6018
Facsimile number: (202) 663-6363
E-mail address: Jeff.Schomig@Wilmerhale.com
(Application will not be considered without an e-mail address to receive electronic notification.)

(4) <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit**,** consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia, where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| **Court** | **Date Admitted** | **Good Standing** | |
|---|---|---|---|
| U.S. District Court, District of Maryland | 12/03/2021 | ☒ Yes | ☐ No |
| U.S. District Court, District of Columbia | 11/01/2021 | ☒ Yes | ☐ No |
| District of Columbia Bar | 9/11/2000 | ☒ Yes | ☐ No |
| Maryland Bar | 6/25/1997 | ☒ Yes | ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes  ☒ No

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.
[Type text]

(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes  ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____

_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name:              Biff Sowell
Firm Name:                  Sowell & Durant, LLC
Street Address or Post Office Box:  1325 Park St. #100
City, State, and Zip Code:  Columbia, South Carolina, 29201
Telephone Number:           (803) 772-110
E-Mail Address:             BSowell@SowellDurant.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

_____

_____

Revised 08/15/2020                                    Page 3 of 5

(14)   Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)   Electronic Notification. By submitting this application, I consent to electronic notification.

(16)   Represented Party/Parties. I seek to represent the following third parties:
NAACP Legal Defense and Education Fund, Inc.
American Civil Liberties Union Foundation

(17)   I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

/s/   *Jeffrey P. Schomig*
Signed on 2022/02/14 05:48:07 -8:00

**Sworn to and subscribed before me**
this 14th day of February, 2022.

A Notary Public *Kimberly L Smith*
of the State of   Ohio
Signed on 2022/02/14 05:48:07 -8:00

My Commission expires:   03/29/2023



**Kimberly L Smith**
**Commission # 2018-RE-714090**
Electronic Notary Public
State of Ohio
My Comm Exp. Mar 29, 2023

Notary Stamp 2022/02/14 06:48:07 PST       38E206DAA004

Notarial act performed by audio-visual communication

[Type text]



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jeffrey P Schomig*

was duly qualified and admitted on September 11, 2000 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 10, 2022.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**