UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>         Plaintiffs, <br><br>   vs. <br><br> HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br>         Defendants, <br><br> NAACP Legal Defense and Educational Fund, Inc., and American Civil Liberties Union Foundation, <br><br> Subpoenaed Third Parties. | Case No.: 3:21-cv-03302-JMC-TJH-RMG <br><br> **THREE-JUDGE PANEL** <br><br><br> **ORDER** |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Jeffrey Schomig, who represents NAACP Legal Defense and Educational Fund, Inc.; and American Civil Liberties Union Foundation

    ☐    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

_____      _____
Date                                                            United States District/Magistrate Judge