# Exhibit 5

| | |
|---|---|
| **From:** | zzz.External.KDiamaduros@nexsenpruet.com |
| **To:** | Leah Aden; zzz.External.chris@boroughsbryant.com; Christopher Mills; Shedd, Michael; Limehouse, Thomas; Lambert, Grayson; La"Jessica Stringfellow; Rob Tyson; Lisle Traywick; jmgore@jonesday.com; skenny@jonesday.com; Mathias, Andrew A.; Barber, Hamilton B.; Hollingsworth, Jennifer J.; zzz.External.MMoore@nexsenpruet.com; Wilkins, William W.; Trinkley, Jane; Crum, Liz; Burchstead, Michael; Nicholson, Thomas; Ricard, Rhett D.; zzz.External.Mparente@nexsenpruet.com |
| **Cc:** | zzz.External.achaney@aclusc.org; zzz.External.aingram@naacpldf.org; zzz.External.jcusick@naacpldf.org; zzz.External.pyan@aclu.org; zzz.External.raudain@naacpldf.org; zzz.External.sosaki@aclu.org; Gryll, Sarah; zzz.External.strivedi@aclu.org; Stuart Naifeh; Freedman, John A.; Colarusso, Gina; zzz.External.acepedaderieux@aclu.org; Hindley, John; Fuisz, Jeffrey A.; Ramer, Paula |
| **Subject:** | SC NAACP v. Alexander, C/A No.: 3:21-cv-03302 - House Defendants" First Set of Discovery Requests to Plaintiffs as to Congressional Plan [IWOV-NPCOL1.FID2240915] |
| **Date:** | Thursday, March 3, 2022 5:08:19 PM |
| **Attachments:** | House Defs First ROGs to Plaintiff Scott as to Congressional Plan (3.3.2022).pdf<br>House Defs First ROGs to Plaintiff SC NAACP as to Congressional Plan (3.3.2022).pdf<br>House Defs First RFAs to Plaintiffs as to Congressional Plan (3.3.2022).pdf<br>House Defs First RFPs to Plaintiffs as to Congressional Plan (3.3.2022).pdf |

External E-mail

Counsel,

Attached please find the House Defendants' first set of discovery requests to the plaintiffs as to the Congressional Plan.

Best,

**Konstantine P Diamaduros**
Associate
Nexsen Pruet, LLC
104 South Main Street, Suite 900
Greenville, SC 29601
Post Office Box 10648 (29603)
T: 864.282.1173, F: 864.282.1177
KDiamaduros@nexsenpruet.com

*www.nexsenpruet.com*



*** FIRM CONFIDENTIAL COMMUNICATION *** This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Nexsen Pruet, LLC may collect personal information including your name, business name and other contact details, and IP address. If you have any questions, please contact Privacy@nexsenpruet.com.