# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>      Plaintiffs, <br><br> v. <br><br> THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br>      Defendants. | Case No. 3:21-cv-03302-JMC-TJH-RMG <br><br><br><br><br><br><br><br> **JOINT STATUS REPORT WITH RESPECT TO THE HOUSE DEFENDANTS' RULE 45 SUBPOENAS TO THE ACLU AND NAACP LDF** |

  Pursuant to the Order issued on March 8, 2022 (ECF No. 188), which directed the filing of a joint status report on March 21, 2022 regarding the issues which remain in dispute regarding the

subpoenas served on the American Civil Liberties Union Foundation ("ACLU") and the NAACP Legal Defense and Educational Fund, Inc. ("NAACP LDF"), the following parties—The South Carolina State Conference of the NAACP ("SC NAACP") and Taiwan Scott (collectively, "Plaintiffs"); Thomas C. Alexander and Luke A. Rankin, in their official capacities ("Senate Defendants"); James H. Lucas, Chris Murphy, and Wallace H. Jordan, in their official capacities ("House Defendants"); and Howard Knapp, John Wells, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley, in their official capacities (the "Election Defendants")—submit this Joint Status Report.

On February 3, 2022, House Defendants issued subpoenas pursuant to Federal Rule of Civil Procedure 45 to the ACLU and the NAACP LDF, organizations that employ certain counsel to the Plaintiffs. The ACLU and NAACP LDF engaged attorneys from Sowell & DuRant, LLC and WilmerHale LLP to represent them as outside counsel in responding to the subpoenas. Counsel for the House Defendants engaged in a series of cooperative discussions with outside counsel for the ACLU and NAACP LDF, and the House Defendants agreed to multiple extensions of the due date for the production of materials sought by the subpoenas. Counsel for the House Defendants and outside counsel for the ACLU and NAACP LDF and have worked cooperatively to narrow the focus of any issues related to the subpoenas that must be resolved by the Court. On March 6, 2022, the ACLU and NAACP LDF provided a written response with objections to subpoena requests on the grounds that the subpoenas seek documents that are not relevant, are protected by the attorney-client privilege and work product doctrine, are protected by the First Amendment associational privilege, and do not meet the heightened standard of relevancy required for discovery from opposing counsel in a litigation. Outside counsel for ACLU and NAACP LDF

2

have engaged in several productive discussions with counsel for House Defendants. On March 15, 2022, outside counsel provided House Defendants the opportunity to explain why the information sought from these organizations might be relevant to their defenses. Outside counsel for ACLU and NAACP LDF also explained their collection and review process and indicated that they may be able to produce certain relevant, non-privileged documents. Outside counsel indicated their willingness to review what they had collected and to determine what information they would be willing to produce, with a follow-up call scheduled for March 18, 2022.

On March 18, 2022, during the above-referenced call, counsel continued to engage in productive discussions. Outside counsel for the ACLU and NAACP LDF indicated that they learned that a number of meetings of the SC NAACP-led South Carolina Reapportionment Committee (a coalition that was also comprised of ACLU and NAACP LDF members) were video-recorded through the web platform Zoom. Outside counsel indicated that there were over a dozen recordings of these meetings and that they were not asserting any sort of privilege over these recordings.

This was the first time House Defendants were informed of the existence of such recordings. While Plaintiffs have produced minutes of these meetings (and it appears that additional meeting minutes of these and other meetings were produced late in the evening of March 18, 2022), Plaintiffs had not disclosed the existence of any of these recordings in their discovery responses or in the several Meet and Confers discussed in earlier Status Reports (*see, e.g.,* ECF No. 189). These recordings will be produced by the Plaintiffs through party discovery this week.

House Defendants and outside counsel for ACLU and NAACP LDF have not yet been able to reach an agreement on every issue presented by the issuance of these subpoenas. However, they

continue to work cooperatively and, on March 18, 2022, House Defendants agreed to narrow their subpoenas and provide to outside counsel an amended Exhibit A to their subpoenas that attempted to limit any potential privilege issues and clarify the relevancy issues for the ACLU and NAACP LDF. House Defendants remain optimistic that they can work collaboratively with outside counsel to resolve many if not most of the issues that have been discussed, and the House Defendants and outside counsel for the ACLU and NAACP LDF will let the Court know as soon as possible if there are remaining issues that must be addressed by the Court.

*[Signature Pages Follow]*

Dated: March 21, 2022

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Antonio L. Ingram II**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Samantha Osaki**
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Adam Pergament**
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com


* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

Respectfully submitted,

*/s/ Christopher J. Bryant*
Christopher J. Bryant, Fed. ID 12538
BOROUGHS BRYANT, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES
UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE
SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*


s/Jane Trinkley
M. Elizabeth Crum (Fed. Bar #372)
Jane W. Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
**BURR & FORMAN LLP**
Post Office Box 11390
Columbia, SC  29211
Telephone: (803) 799-9800
Facsimile: (803) 753-3278

Thomas W. Nicholson (Fed. Bar #12086)
tnicholson@elections.sc.gov
**South Carolina State Election Commission**
1122 Lady St., 5th Floor,
Columbia, SC. 29250
Telephone: (803) 734-9060
Facsimile: (803) 734-9366

*Attorneys for Election Commission Defendants*


s/ Michael A. Parente
William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)

Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica H. Wells (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EWells@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com
*Attorneys for House Defendants*


*/s/Robert E. Tyson Jr.*
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400

rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore**
Stephen J. Kenny**
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*
\*\* Admitted *Pro Hac Vice*