# Exhibit A

| Message | |
|---|---|
| From: | Emma Dean [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8C0DF88B23B94AEA9289175E79D4C339-EMMA DEAN] |
| Sent: | 8/12/2021 8:41:49 PM |
| To: | Chris Murphy [chris@murphylawfirmllc.com] |
| Subject: | public hearing link |

Chairman-

Here is the link to the public hearing schedule:

https://redistricting.schouse.gov/docs/Public%20Hearing%20Schedule.pdf.  Additionally, the link to the legacy data is posted online: https://redistricting.schouse.gov/

All the best,

Emma