# Exhibit B

| | |
|---|---|
| Message | |
| From: | Linda Anderson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25B79463CABF4C2F95075EA371786F87-LINDA ANDER] |
| Sent: | 9/1/2021 2:38:54 PM |
| To: | Beth Bernstein [Beth@bblawsc.com]; Brandon Newton [Newtonbrandon6@gmail.com]; Chris Murphy [Chris@murphylawfirmllc.com]; Emma Dean [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c0df88b23b94aea9289175e79d4c339-Emma Dean]; Jason Elliott [Jelliott@jasonelliottlaw.com]; Jay Jordan, Jr. [Wallacejordan2@gmail.com]; Jimmy Hinson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3dd14dc3927a4b228686e8e0d486d314-Jimmy Hins]; Justin Bamberg [Jbamberg@bamberglegal.com]; Neal Collins [Collins.neal@gmail.com]; Pat Henegan [Henegan7@aol.com]; Roland Franklin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a3fc2171831545d6b19174f69b5e9f70-Roland Fran]; Weston Newton [Wnewton@jsplaw.net] |
| Subject: | Travel Plans |

Hi Everyone,

This is just a reminder ---

If you have not responded that you need a ride with security to the redistricting meetings on September 8 (Myrtle Beach) and September 9 (Florence), please let me know as soon as possible. Security needs a final total to ensure that they have enough vehicles.

Thank you!