# Exhibit C

| Message | |
|---|---|
| From: | Linda Anderson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25B79463CABF4C2F95075EA371786F87-LINDA ANDER] |
| Sent: | 9/13/2021 2:30:19 PM |
| To: | Emma Dean [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c0df88b23b94aea9289175e79d4c339-Emma Dean] |
| Subject: | FW: Rep. Anderson |

Marsha said that Rep. Carl Anderson told her that he hasn't gotten the redistricting data that other members have received. He wants all information sent to his personal account.

**From:** Marcia Legare <MarciaLegare@schouse.gov>
**Sent:** Friday, September 10, 2021 2:50 PM
**To:** Linda Anderson <LindaAnderson@schouse.gov>
**Subject:** Rep. Anderson

Linda, Please email his redistricting info to repcanderson@yahoo.com    He doesn't get his SH account at home. Thank you so much. Marcia

Confidential