# Exhibit D

Message

| | |
|---|---|
| From: | Robin Heatwole [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DF69D693DC8245B394070A6D30A2D5C3-ROBIN HEATW] |
| Sent: | 11/2/2021 7:45:57 PM |
| To: | Emma Dean [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c0df88b23b94aea9289175e79d4c339-Emma Dean] |
| CC: | kimjohnsonmsw@yahoo.com |
| Subject: | District 64 Map |

Hi Emma,

Would you please email to Representative Kim Johnson a copy of the current District 64 map? Apparently it has changes since her last appointment in the map room, and she is unable to revisit, as she will be out of town this week. Please email to her at kimjohnsonmsw@yahoo.com

Many thanks for your help. Please contact Rep. Johnson directly with any questions (803-983-6236).

~ r

Robin B. Heatwole
Legislative Aide to Representative Kimberly O. Johnson
South Carolina House of Representatives
422 Blatt Building
1105 Pendleton Street
Columbia, SC 29201

803-734-2980
robinheatwole@schouse.gov