# Exhibit 7

Message

| | |
|---|---|
| From: | Brenda Murphy [brendacmurph@gmail.com] |
| Sent: | 12/20/2021 5:41:50 PM |
| To: | John Ruoff [jruoff@theruoffgroup.com] |
| CC: | Leah Aden [laden@naacpldf.org]; Lynn Teague [teaguelynn@gmail.com]; Freedman, John A. [john.freedman@arnoldporter.com]; Somil Trivedi [strivedi@aclu.org]; Chris Bryant [chris@boroughsbryant.com]; Adair Boroughs [adair@boroughsbryant.com]; SC Redistricting Team [SCredistrictingteam@naacpldf.org] |
| Subject: | Re: FW: Map by Map, G.O.P. Chips Away at Black Democrats' Power - The New York Times |

John R, you are so right.

On Mon, Dec 20, 2021, 12:36 PM John Ruoff <jruoff@theruoffgroup.com> wrote:
God, save us from our friends.

John

On 12/20/2021 12:21 PM, Leah Aden wrote:
J. Todd Rutherford, a Black Democrat from Columbia who serves as the minority leader of the state House of Representatives, said that maps proposed by the NAACP Legal Defense and Educational Fund Inc. that would have maintained majority-Black districts would have been subject to their own gerrymandering objections because many of the state's new residents were white retirees.

At the same time, he said, Democrats had to gerrymander legislative maps to maintain Black districts because of Black population losses in rural areas even as the number of white residents in the state surged. South Carolina Republicans, Mr. Rutherford said, exploited that population shift.

"It was extremely unsettling," he said of the demographic changes. "The problem is there is simply no population in those areas. Those maps contorted themselves, and the Republicans in the majority shot them down."

https://www.nytimes.com/2021/12/18/us/politics/gop-gerrymandering-black-democrats.html


Sent from my iPhone


--
**The Ruoff Group**
John C. Ruoff, Ph.D.
Principal
6170 Crabtree Rd.
Columbia, SC  29206
phone: 803-782-5401

Cell:  803-603-3224

http://TheRuoffGroup.com