# Exhibit B
### (February 15, 2022 Production Letter)

# NEXSEN PRUET

Jennifer J. Hollingsworth
Member
Admitted in SC

February 15, 2022

**DELIVERED VIA EMAIL**

Chris Bryant
Boroughs Bryant, LLC
1122 Lady Street, Suite 208
Columbia, SC 29201
chris@boroughsbryant.com

Re:  House Defendants' Ninth Production

Dear Chris:

On behalf of Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "House Defendants"), we are producing a ninth set of documents to Plaintiffs. This production is pursuant to the Court's Order of February 10, 2022, and contains documents referenced in my letter yesterday in paragraph 2 on pages 2 and 3 – the electronic versions of maps and related data created during the redistricting process prior to the enactment of Act No. 117. This production is made pursuant to the terms I discussed in my letter with regard to protest, reservation of rights, and non-waiver.

Considering the highly confidential nature of these materials, this ninth production is sent via FTP to Plaintiffs' lead counsel, from which you all can determine what other counsel of record for Plaintiffs, if any, should have access to these documents under the Consent Confidentiality Order. The production includes 6,172 documents totaling 7,233 pages Bates labelled **SC_HOUSE_0093044 – SC_HOUSE_0100276**.

Please let us know if you have any questions or concerns.

Austin
Charleston
Charlotte
**Columbia**
Greensboro
Greenville
Bluffton / Hilton Head
Myrtle Beach
Raleigh

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC  29202
www.nexsenpruet.com

T (803) 540-2112
F 803.727.1446
E JHollingsworth@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

Chris Bryant
February 15, 2022
Page 2

Very truly yours,

Jennifer J. Hollingsworth

cc:  Allen Chaney
     John Cusick
     Leah Aden
     Somil Trivedi
     Adriel Cepeda Derieux