IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. ALEXANDER, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-03302-JMC<br><br>**SENATE DEFENDANTS' CONSENT MOTION FOR AN EXTENSION TO FILE A REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS** |

Pursuant to Local Civil Rule 6.01 (D.S.C.), Thomas C. Alexander, in his official capacity as President of the Senate, and Luke A. Rankin, in his official capacity as Chairman of the Senate Judiciary Committee, (collectively, the "Senate Defendants"), move for a 5-day extension to file a reply to Plaintiffs' response in opposition (ECF No. 200) to the Senate Defendants' Motion to Dismiss (ECF No. 178). Pursuant to Local Civil Rule 7.02 (D.S.C.), the undersigned consulted with Plaintiffs' counsel, who graciously consented to this motion.

On February 24, 2022, the Senate Defendants moved to dismiss Plaintiffs' Second Amended Complaint. *See* ECF No. 178. The Senate Defendants' motion relates only to Plaintiffs' challenges to the U.S. Congressional maps. Thereafter, Plaintiffs requested—with the consent of Senate Defendants—and were granted a 14-day extension to file a response to the motion. *See* ECF No. 185. Plaintiffs then filed their response on March 24, 2022. *See* ECF No. 200. Because the Senate Defendants are preparing for depositions related to Plaintiffs' challenge to the House plan, as well as drafting responses to and compiling documents to produce in connection with Plaintiffs' discovery on the Congressional plan, they require additional time to formulate an appropriate and concise reply for the Court.

The current deadline to file a reply is March 31, 2022. A five-day extension would make the new deadline April 5, 2022. The Senate Defendants have not previously requested an extension of this deadline. Further, the requested extension will not affect any other deadlines, and it should not impede the work of the Court or any other parties. Accordingly, for good cause shown, the Senate Defendants respectfully request that the Court grant this consent motion.

March 28, 2022

Respectfully submitted,

/s/Robert E. Tyson Jr.
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*

2

| | |
|---|---|
| Leah C. Aden** | /s/Christopher J. Bryant |
| Stuart Naifeh** | Christopher J. Bryant, Fed. ID 12538 |
| Raymond Audain** | BOROUGHS BRYANT, LLC |
| John S. Cusick** | 1122 Lady St., Ste. 208 |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | Columbia, SC 29201 |
| 40 Rector St, 5th Fl. | Tel.: (843) 779-5444 |
| NY, NY 10006 | chris@boroughsbryant.com |
| Tel.: (212) 965-7715 | |
| laden@naacpldf.org | Somil B. Trivedi** |
| | Patricia Yan** |
| Antonio L. Ingram II** | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | 915 15th St., NW |
| 700 14th St, Ste. 600 | Washington, DC 20005 |
| Washington, D.C. 20005 | Tel.: (202) 457-0800 |
| Tel.: (202) 682-1300 | strivedi@aclu.org |
| aingram@naacpldf.org | |
| | Allen Chaney, Fed. ID 13181 |
| Adriel I. Cepeda Derieux** | AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA |
| Samantha Osaki** | Charleston, SC 29413-0998 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Tel.: (843) 282-7953 |
| 125 Broad Street, 18th Floor | Fax: (843) 720-1428 |
| New York, NY 10004 | achaney@aclusc.org |
| Tel.: (212) 549-2500 | |
| acepedaderieux@aclu.org | Jeffrey A. Fuisz** |
| | Paula Ramer** |
| John A. Freedman** | ARNOLD & PORTER KAYE SCHOLER LLP |
| Elisabeth S. Theodore* | 250 West 55th Street |
| Adam Pergament** | New York, NY 10019 |
| Gina M. Colarusso** | Tel: (212) 836-8000 |
| John M. Hindley** | jeffrey.fuisz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | |
| 601 Massachusetts Ave., N.W. | Sarah Gryll** |
| Washington, D.C. 20001 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Tel: (202) 942-5000 | 70 West Madison Street, Suite 4200 |
| john.freedman@arnoldporter.com | Chicago, IL 60602-4231 |
| | Tel: (312) 583-2300 |
| | sarah.gryll@arnoldporter.com |

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*