UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>        Plaintiffs, <br><br>        v. <br><br> THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br>        Defendants. | Case No.: 3:21-cv-03302-JMC-TJH-RMG <br><br><br> **Plaintiffs' Unopposed Motion for Extension of Time** |

Pursuant to Local Rule 6.01, Plaintiffs move for a 1-day extension to the deadline to reply to the House Defendants' Response in Opposition to Plaintiffs' Motion to Compel (ECF No. 202). The requested 1-day extension will allow Plaintiffs to more precisely address points

raised in House Defendant's Response. Pursuant to Local Rule 7.02, counsel for Plaintiffs has consulted with counsel for House Defendants and counsel for House Defendants has agreed to the requested 1-day extension.

Due to the parties' joint stipulation regarding discovery motions, there is a 1-day deadline for replies to responses to discovery motions. That makes the current deadline for Plaintiffs' reply March 29, 2022. The deadline has not previously been extended. A 1-day extension would make the new deadline March 30, 2022. The requested extension will not affect other deadlines.

Dated: March 29, 2022

Respectfully submitted,

/s/ *Christopher J. Bryant*
Christopher J. Bryant, Fed. ID 12538
Boroughs Bryant, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com