# Exhibit A



Confidential

SC_HOUSE_0093637