# Exhibit B



Confidential

SC_HOUSE_0097812