# EXHIBIT "A"
*(House Defendants' Amended Privilege Log)*

House Defendants' Amended Privilege Log
Produced April 1, 2022

| Control Number | Date | Record Type | Email From | Email To | Email CC | Email BCC | Document Title | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| REL00011642 | 11/9/2021 | Email | Emma Dean | Neal Collins | | | FW: PRIVILEGED & CONFIDENTIAL - Talking Points and Primer | Attorney-Client Communication | Communication from staff counsel to legislator client forwarding legal advice and attorney work product in advance of redistricting hearing. |
| REL00011642.0001 | 11/9/2021 | Attach | | | | | 11.9.2021 Meeting Talking Points.pdf | Work Product | Attorney work product containing mental impressions, opinions, and legal advice for legislator clients. |
| REL00011642.0002 | 11/9/2021 | Attach | | | | | 11.9.2021 Law Primer.pdf | Work Product | Attorney work product containing mental impressions, opinions, and legal advice for legislator clients. |
| REL00011643 | 11/9/2021 | Email | Emma Dean | Jason Elliot | | | FW: PRIVILEGED & CONFIDENTIAL - Talking Points and Primer | Attorney-Client Communication | Communication from staff counsel to legislator client forwarding legal advice and attorney work product in advance of redistricting hearing. |
| REL00011643.0001 | 11/9/2021 | Attach | | | | | 11.9.2021 Meeting Talking Points.pdf | Work Product | Attorney work product containing mental impressions, opinions, and legal advice for legislator clients. |
| REL00011643.0002 | 11/9/2021 | Attach | | | | | 11.9.2021 Law Primer.pdf | Work Product | Attorney work product containing mental impressions, opinions, and legal advice for legislator clients. |
| REL00011644 | 11/9/2021 | Email | Emma Dean | Weston Newton | | | FW: PRIVILEGED & CONFIDENTIAL - Talking Points and Primer | Attorney-Client Communication | Communication from staff counsel to legislator client forwarding legal advice and attorney work product in advance of redistricting hearing. |
| REL00011644.0001 | 11/9/2021 | Attach | | | | | 11.9.2021 Meeting Talking Points.pdf | Work Product | Attorney work product containing mental impressions, opinions, and legal advice for legislator clients. |
| REL00011644.0002 | 11/9/2021 | Attach | | | | | 11.9.2021 Law Primer.pdf | Work Product | Attorney work product containing mental impressions, opinions, and legal advice for legislator clients. |
| REL00011645 | 11/10/2021 | Email | Emma Dean | Jason Elliot | | | FW: Privileged and Confidential - Public Submissions | Attorney-Client Communication | Communication from staff counsel to legislator client forwarding legal advice and attorney work product in advance of public hearings. |
| REL00011645.0001 | 11/10/2021 | Attach | | | | | LOWV Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011645.0002 | 11/10/2021 | Attach | | | | | Michael Roberts Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011645.0003 | 11/10/2021 | Attach | | | | | NAACP Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |

House Defendants' Amended Privilege Log
Produced April 1, 2022

| Bates | Date | Type | From | Subject/Filename | Privilege | Description |
|---|---|---|---|---|---|---|
| REL00011645.0004 | 11/10/2021 | Attach | | Erica Sampson Map (HD-4).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011645.0005 | 11/10/2021 | Attach | | Jeni Atchley (HD-5).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011645.0006 | 11/10/2021 | Attach | | John Kraljevich (HD-6).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011645.0007 | 11/10/2021 | Attach | | Kevin Eckert Map (HD-7).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011645.0008 | 11/10/2021 | Attach | | Statistical Comparison.pdf | Work Product | Confidential document created in anticipation of litigation by attorney summarizing public submissions with attorney mental impressions and opinions. |
| REL00011646 | 11/10/2021 | Email | Emma Dean | FW: Privileged and Confidential - Public Submissions | Attorney-Client Communication | Communication from staff counsel to legislator client forwarding legal advice and attorney work product in advance of public hearings. Neal Collins |
| REL00011646.0001 | 11/10/2021 | Attach | | LOWV Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011646.0002 | 11/10/2021 | Attach | | Michael Roberts Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011646.0003 | 11/10/2021 | Attach | | NAACP Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011646.0004 | 11/10/2021 | Attach | | Erica Sampson Map (HD-4).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011646.0005 | 11/10/2021 | Attach | | Jeni Atchley (HD-5).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011646.0006 | 11/10/2021 | Attach | | John Kraljevich (HD-6).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |

House Defendants' Amended Privilege Log
Produced April 1, 2022

| Bates | Date | Type | Author | File/Subject | Privilege | Description |
|---|---|---|---|---|---|---|
| REL00011646.0007 | 11/10/2021 | Attach | | Kevin Eckert Map (HD-7).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011646.0008 | 11/10/2021 | Attach | | Statistical Comparison.pdf | Work Product | Confidential document created in anticipation of litigation by attorney summarizing public submissions with attorney mental impressions and opinions. |
| REL00011647 | 11/10/2021 | Email | Emma Dean | Privileged and Confidential - Public Submissions | Work Product | Communication from staff counsel to legislator client forwarding legal advice and attorney work product in advance of public hearings. |
| REL00011647.0001 | 11/10/2021 | Attach | Weston Newton | Statistical Comparison.pdf | Work Product | Confidential document created in anticipation of litigation by attorney summarizing public submissions with attorney mental impressions and opinions. |
| REL00011647.0002 | 11/10/2021 | Attach | | Michael Roberts Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011647.0003 | 11/10/2021 | Attach | | NAACP Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011647.0004 | 11/10/2021 | Attach | | Erica Sampson Map (HD-4).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011647.0005 | 11/10/2021 | Attach | | Jeni Atchley (HD-5).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011647.0006 | 11/10/2021 | Attach | | John Kraljevich (HD-6).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011647.0007 | 11/10/2021 | Attach | | Kevin Eckert Map (HD-7).PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011647.0008 | 11/10/2021 | Attach | | LOWV Map.PNG | Work Product | Confidential image of publicly submitted maps created by attorney with overlays to convey legal advice in preparation of litigation. |
| REL00011661 | 9/3/2021 | Email | Emma Dean | Chris Murphy | Attorney Communication Privileged | Attorney-Client Communication | Communication from staff counsel to legislator client with draft work product response for client review. |

House Defendants' Amended Privilege Log
Produced April 1, 2022

| Bates | Date | Type | From | To | CC | Subject | Privilege | Basis | Description |
|---|---|---|---|---|---|---|---|---|---|
| REL00011661.0003 | 9/3/2021 | Attach | | | | Draft Letter from Ch. Murphy 9.3.21.docx | Work Product | | Draft work product response for client review. |
| REL00011667 | 9/27/2021 | Email | Emma Dean | Jay Jordan | | Sept 28 contact talking points | | Attorney-Client Communication | Communication from staff counsel to legislator client with draft work product response for client review. |
| REL00011667.0001 | 9/27/2021 | Attach | | | | Sept 28 contact talking points.docx | Work Product | | Attorney's mental impressions/opinions provided to client in preparation for meeting. |
| REL00011670 | 10/8/2021 | Email | Emma Dean | Chris Murphy | | Atty client communication | | Attorney-Client Communication | Communication from staff counsel to legislator client with draft work product response for review. |
| REL00011670.0001 | 10/8/2021 | Attach | | | | Proposed Response to September Letter.DOCX | Work Product | | Draft work product response for client review. |
| REL00021323 | 9/3/2021 | Email | Emma Dean | Chris Murphy | | Attorney Communication Privileged | | Attorney-Client Communication | Communication from staff counsel to legislator client with draft work product response for review. |
| REL00021323.0003 | 9/3/2021 | Attach | | | | Draft Letter from Ch. Murphy 9.3.21.docx | Work Product | | Draft work product response for client review. |
| REL00020087 | 11/15/2021 | Email | Beth Bernstein | Emma Dean; Patricia Henegan;Justin Bamberg; Wallace Jordan; Weston Newton | Jimmy Hinson; Roland Franklin; Linda Anderson; Neal Collins; Jason Elliot | Redistricting | | Attorney-Client Communication | Communication from legislator to staff counsel requesting legal counsel address questions related to redistricting. |
| REL00020355 | 9/24/2021 | Email | Chris Murphy | Emma Dean | | Re: Updated draft | | Attorney-Client Communication | Communication from legislator client to staff counsel regarding draft document. |
| REL00028185 | 9/21/2021 | Email | Patrick Dennis | Jay Lucas; Patrick Dennis; Haley Mottel | | Sine Die Adjournment | Attorney-Client Communication; Work Product | | Communication between staff counsel to legislator client conveying legal advice, mental impressions, and opinions regarding legislative procedure. |
| REL00028205 | 9/28/2021 | Email | Patrick Dennis | Rep. Bill Taylor | | Fwd: Sine Die Adjournment | Attorney-Client Communication; Work Product | | Communication between staff counsel to legislator client conveying legal advice, mental impressions, and opinions regarding legislative procedure. |
| REL00028206 | 9/28/2021 | Email | Patrick Dennis | Rep. Bill Taylor | | FW: Sine Die Adjournment | Attorney-Client Communication; Work Product | | Communication between staff counsel to legislator client conveying legal advice, mental impressions, and opinions regarding legislative procedure. |
| REL00028277 | 10/15/2021 | Email | Patrick Dennis | Nicolette Walters | | RE: Zak Koeske Qs | Work Product | | Communication from staff counsel to staff with attorney's mental impressions and opinions for media inquiry. |
| REL00028278 | 10/15/2021 | Email | Patrick Dennis | Haley Mottel | | FW: Zak Koeske Qs | Work Product | | Communication from staff counsel to staff with attorney's mental impressions and opinions for media inquiry. |
| REL00028413 | 11/17/2021 | Email | Patrick Dennis | Charles Reid | | RE: Speaker Lucas Calling the House into Statewide Session Beginning 2:00 pm, Wednesday, December 1, 2021 | Work Product | | Communication between staff counsel with draft email language asking for attorney's mental impressions and opinion regarding legislative procedure. |
| REL00028439 | 11/23/2021 | Email | Patrick Dennis | Ashley Harwell-Beach;Charles Reid | | RE: Rules Committee - Special Order Redistricting | Work Product | | Communication between staff counsel with attorney impressions and opinions on legislative process. |

4

House Defendants' Amended Privilege Log
Produced April 1, 2022

| Bates | Date | Type | From | To | CC | Subject | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| REL00028440 | 11/23/2021 | Email | Patrick Dennis | Charles Reid; Ashley Harwell-Beach | | RE: Rules Committee - Special Order Redistricting | Work Product | Communication between staff counsel with attorney impressions and opinions on legislative process. |
| REL00033189 | 10/14/2021 | Email | Roland Franklin | Chip Huggins | | Census Numbers | Attorney-Client Communication | Communication from staff counsel to legislator client to follow up on question about legal rights. |

5