# EXHIBIT "B"
*(Email Serving House Defendants' Amended Privilege Log)*

| | |
|---|---|
| **From:** | Parente, Michael A. |
| **To:** | Cynthia D. Nygord; Christopher James Bryant; achaney@aclusc.org; aingram@naacpldf.org; jcusick@naacpldf.org; laden@naacpldf.org; pyan@aclu.org; raudain@naacpldf.org; sosaki@aclu.org; sarah.gryll@arnoldporter.com; strivedi@aclu.org; snaifeh@naacpldf.org; acepedaderieux@aclu.org; john.freedman@arnoldporter.com; Hindley, John; jeffrey.fuisz@arnoldporter.com; paula.ramer@arnoldporter.com; adam.pergament@arnoldporter.com; gina.colarusso@arnoldporter.com; Mathias, Andrew A.; Wells, Erica H.; Barber, Hamilton B.; Hollingsworth, Jennifer J.; Moore, Mark C.; Ricard, Rhett D.; Wilkins, William W.; Diamaduros, Konstantine P; lcrum@burr.com; jtrinkley@burr.com; mburchstead@burr.com; tnicholson@elections.sc.gov; Rabon, Sheree M.; Rob Tyson; Lisle Traywick; La"Jessica Stringfellow; John M Gore; Stephen J Kenny |
| **Subject:** | RE: SC NAACP, et al v. Alexander - House Defendants" Production and Amended Privilege Log [IWOV-NPCOL1.FID2240915] |
| **Date:** | Friday, April 1, 2022 3:20:18 PM |
| **Attachments:** | 04.01.2022 House Defendants Eleventh Production Letter.PDF<br>04.01.2022 House Defendants Amended Privilege Log.pdf |

Counsel,

Attached are House Defendants' Eleventh Production Letter and Amended Privilege Log. The Production has been posted to the FTP site.

Sincerely,

**Michael A. Parente**
Associate
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Post Office Box 2426 (29202)
Cell: (703) 819-0751
Office: (803) 253-8247
Fax: (803) 727-1482
MParente@nexsenpruet.com

www.nexsenpruet.com



*** FIRM CONFIDENTIAL COMMUNICATION *** This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Nexsen Pruet, LLC may collect personal information including your name, business name and other contact details, and IP address. If you have any questions, please contact Privacy@nexsenpruet.com.