# EXHIBIT "D"
## *(SC NAACP's Privilege Log)*

Privilege Log - SC NAACP v. McMaster, Case No. 3-21-cv-03302-JMC- TJH-RMG (D.S.C.)

| Log # | Control Number | Control Beg Attach | Document Category | Author | Date Time Created | Date Time Last Modified | File Name | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | KEY00000025 | KEY00000025 | Word Doc | Leo Murphy | 10/13/2021 19:22 | 2/2/2022 12:57 | South Carolina State Conference Updated Organizational Description for Legal Purposes.docx | AWP | Draft of organizational description of the SC State Conference of the NAACP |
| 2 | KEY00000027.0001 | KEY00000027 | Excel | NAACP Admin | 12/28/2021 11:50 | 2/1/2022 14:52 | Executive Committee.xlsx | NAACP v. Alabama | Excel containing identifying information of those who attended executive committee meetings and were promised anonymity |
| 3 | KEY00000027.0002 | KEY00000027 | Word Doc | SC State Conference NAACP | 2/2/2022 15:16 | 2/2/2022 15:16 | CROWD Training List MAY 14-16 2021.docx | AC/NAACP v. Alabama | Roster of names of those who attended CROWD training from May 14-16, 2021 |
| 4 | KEY00000027.0003 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 8 7 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on August 7, 2021. Document contains identifying information. |
| 5 | KEY00000027.0004 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 7 31 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on July 31, 2021. Document contains identifying information. |
| 6 | KEY00000027.0005 | KEY00000027 | PDF | | 2/2/2022 15:31 | 2/2/2022 15:31 | 7 24 2021 Senate Redist. Hearing Seminar Sign In.pdf | NAACP v. Alabama | Sign-in sheet of SC NAACP members who testified at the state Senate redistricting hearings seminar on July 24, 2021. Document contains identifying information. |
| 7 | KEY00000029.0001 | KEY00000029 | Word Doc | Eloise Fomby-Denson | 9/18/2021 14:12 | 9/20/2021 2:50 | Sewage Leak Residents.docx | NAACP v. Alabama | Document containing the greviances of members. Document contains identifying information of members. |
| 8 | KEY00000031.0001 | KEY00000031 | Word Doc | Leo Murphy | 10/13/2021 19:22 | 2/2/2022 12:57 | South Carolina State Conference Updated Organizational Description for Legal Purposes.docx | AWP | Draft of the organizational description of the SC State Conference of the NAACP |