# EXHIBIT "E"
## *(Taiwan Scott's Privilege Log)*

Privilege Log - SC NAACP v. McMaster, Case No. 3-21-cv-03302-JMC-TJH-RMG (D.S.C.)

| Log # | Control Number | Control Beg Attach | Document Category | Email From | Email Sent Date | Email To | Email BCC | Email CC | Author | Date Time Created | Date Time Last Modified | File Name | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KEY00000034 | KEY00000034 | Email | John Cusick [jcusick@naacpldf.org] | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];jaglisson@scnaacp.org;closerdlens on@gmail.com;realgov@aol.com;hgriffin56@hotmail.com;' [ryan@aclu.org];Samantha Osaki [sosaki@aclu.org];arhiner@aclunc.org;Adair Boroughs [adair@boroughbryant.com];Chris Bryant [taiff@hotmail.com] | | [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan | John Cusick | | 2/2/2022 10:57 | Case Update (10).msg | AC/AWP | Confidential Attorney-Client email communication providing update to litigation with attorney thoughts and impressions |
| 2 | KEY00000034.0006 | KEY00000034 | Word Doc | | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT _v1.docx | AWP | Attorney Work Product re South Carolina redistricting litigation containing attorney thought process and impressions |
| 3 | KEY00000035 | KEY00000035 | Email | John Cusick [jcusick@naacpldf.org] | 10/22/2021 17:30 | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];jaglisson@scnaacp.org;closerdlens on@gmail.com;realgov@aol.com;hgriffin56@hotmail.com;' Taiwan scott [taiff@hotmail.com] | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan | John Cusick | | 2/2/2022 10:57 | Case Update.msg | AC/AWP | Confidential Attorney-Client email communication providing update to litigation with attorney thoughts and impressions |
| 4 | KEY00000035.0006 | KEY00000035 | Word Doc | | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT _v1.docx | AWP | Attorney Work Product re South Carolina redistricting litigation containing attorney thought process and impressions |
| 5 | KEY00000036 | KEY00000036 | Email | Eleanor Lightsey [misceleh@roadrunner.com] | 8/26/2018 11:58 | 'Mary Ann Bromley' [mary.ann.bromley@gmail.com];'Amy Lavine' [amymazing17@gmail.com];[amalib50@gmail.com];jbauer@ha rgray.com;'Alice Gland' [Glann.alice@gmail.com];'Ann Harris' [ahh1659@comcast.net];'Barbara Catena0' [bcatena0@yahoo.com];'Barbara Schecter' [barbara.m.schecter@gmail.com];'Bob Ghiradelli' [bobghiradelli@aol.com];'Bob Huisman' [mobykbow@hotmail.com];'Carol Barker' [cjbarker@earthlink.net];'Carol Horowitz' [carolhrwitz@gmail.com];'Carole Walters' [caroleleyewalters@gmail.com];'Catherine Erdman' [cca13@me.com];'Catherine Forester' [cfgardengirl@yahoo.com];'Cindy & Russ Hudson' [choabs@verizon.net];'Clare Selger' [clareseliger@gmail.com];'Curyee Gibbons-Allen' [cvgallen@yahoo.com];'Claudia Kennedy' [cken213242@aol.com];'Denise Visconti' [denisevisconti46@gmail.com];'Dana Heilman' [tim.dana.heilman@gmail.com];'Elizabeth Greenberg' [Lizzie372@aol.com];'Ellen Walton' [bewalton@roadrunner.com];'Emily Oeijen' [emilyoeijen@att.net];'Enid Carranza' | | | Eleanor Lightsey | | 2/2/2022 10:47 | Confidential Draft of questions for SC House of Representative Candidate Forum on Sept 12.eml.msg | AC/AWP | Confidential Attorney-Client email communication re redistricting candidate forum containing attorney thoughts and impressions |
| 6 | KEY00000036.0001 | KEY00000036 | Word Doc | | | | | | User | 8/26/2018 11:18 | 8/26/2018 11:50 | 180826 Questions for House candidates.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 7 | KEY00000038 | KEY00000038 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANG E ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/C N=RECIPIENTS/CN=000677FE8 29DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | | Taiwan scott | | 2/2/2022 10:57 | Federal Complaint Advice (20).msg | AC/AWP | Confidential email chain requesting and providing legal advice of counsel regarding redistricting lawsuit containing attorney thoughts and impressions |
| 8 | KEY00000039 | KEY00000039 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANG E ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/C N=RECIPIENTS/CN=000677FE8 29DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | | Taiwan scott | | 2/2/2022 10:57 | Federal Complaint Advice.msg | AC/AWP | Confidential email chain requesting and providing legal advice of counsel regarding redistricting lawsuit containing attorney thoughts and impressions |
| 9 | KEY00000049.0001 | KEY00000049 | Word Doc | | | | | | User | 11/13/2018 9:42 | 11/13/2018 10:04 | ForumHouseRec111318.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 10 | KEY00000057 | KEY00000057 | Email | Leah Aden [laden@naacpldf.org] | 12/24/2021 14:32 | Brenda Murphy [brendacmurph@gmail.com];taiff@hotmail.com | | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 2/2/2022 10:57 | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster (3).msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |

| No. | Bates No. | Type | From | To | CC | Date/Time | Produced | Document | Priv. | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | KEY00000058 | Email | Leah Aden [laden@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];[talif@hotmail.com] | John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org];Leah Aden [laden@naacpldf.org] | 12/24/2021 14:32 | 2/2/2022 10:57 | FW_ECF Notification for Matter_0841-009 RE_21-cv-03302 - SC NAACP v McMaster.msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 12 | KEY00000065 | Email | Leah Aden [laden@naacpldf.org] | Taiwan scott [talif@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | 2/2/2022 10:57 | LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps (24).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 13 | KEY00000066 | Email | Leah Aden [laden@naacpldf.org] | Taiwan scott [talif@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | 2/2/2022 10:56 | LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 14 | KEY00000080 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANG E ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/C N=RECIPIENTS/CN=00067FFE8 29DC560] | don [tmbdab@aol.com] | | 10/10/2021 19:09 | 2/2/2022 10:56 | Quick Question (21).msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 15 | KEY00000081 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANG E ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/C N=RECIPIENTS/CN=00067FFE8 29DC560] | don [tmbdab@aol.com] | | 10/10/2021 19:09 | 2/2/2022 10:56 | Quick Question.msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 16 | KEY00000088 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agibson@scnaacp.org;cloisetdens on@gmail.com;nealjgogtwn@aol.com;hgriffin56@hotmail.com;F enster, Edward [efenster@naacpnet.org];Taiwan scott [talif@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Sonali Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];zachaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];sSCRedist [sSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | 11/23/2021 11:08 | 2/2/2022 10:56 | RE_Case Update (3).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 17 | KEY00000088.0001 | PDF | | | | 11/23/2021 11:04 | 11/23/2021 11:04 | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 18 | KEY00000088.0002 | PDF | | | | 11/23/2021 10:29 | 11/23/2021 10:29 | Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 19 | KEY00000089 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];agibson@scnaacp.org;cloisetdens on@gmail.com;nealjgogtwn@aol.com;hgriffin56@hotmail.com;F enster, Edward [efenster@naacpnet.org];Taiwan scott [talif@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Sonali Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];zachaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];sSCRedist [sSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | 11/12/2021 20:29 | 2/2/2022 10:56 | RE_Case Update (2).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | ID | Type | From | To / Recipients | Additional Recipients | Date Sent | Date | Subject | Desig. | Description |
|---|----|------|------|-----------------|------------------------|-----------|------|---------|--------|-------------|
| 20 | KEY00000091 | Email | Eloise Denson [eloisefdenson@gmail.com] | Adair Boroughs [adair@boroughsbryant.com];Antonio Ingram [aingram@naacpldf.org];Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Chris Bryant [chris@boroughsbryant.com];Dale Ho [dho@aclu.org];Fenster, Edward [efenster@naacpnet.org];Freedman, John A., [John.Freedman@arnoldporter.com];Leah Aden [laden@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Patricia Yan [pyan@aclu.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Samantha Osaki [sosaki@aclu.org];Somil Trivedi [strivedi@aclu.org];Stuart Naifeh [snaifeh@naacpldf.org];Taiwan scott [taiff@hotmail.com];zacharey@aclusc.org;gaglsson@scnaacp.org;hgriffin56@hotmail.com;nealgrgtwn@aol.com;sSCRedist [sSCRedist@arnoldporter.com] | | 11/12/2021 11:26 John Cusick [jcusick@naacpldf.org] | 2/2/2022 10:56 | RE_ Case Update (4).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 21 | KEY00000092 | Email | Eloise Denson [eloisefdenson@gmail.com] | Adair Boroughs [adair@boroughsbryant.com];Antonio Ingram [aingram@naacpldf.org];Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Chris Bryant [chris@boroughsbryant.com];Dale Ho [dho@aclu.org];Fenster, Edward [efenster@naacpnet.org];Freedman, John A., [John.Freedman@arnoldporter.com];Leah Aden [laden@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Patricia Yan [pyan@aclu.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Samantha Osaki [sosaki@aclu.org];Somil Trivedi [strivedi@aclu.org];Stuart Naifeh [snaifeh@naacpldf.org];Taiwan scott [taiff@hotmail.com];zacharey@aclusc.org;gaglsson@scnaacp.org;hgriffin56@hotmail.com;nealgrgtwn@aol.com;sSCRedist [sSCRedist@arnoldporter.com] | | 11/12/2021 11:26 John Cusick [jcusick@naacpldf.org] | 2/2/2022 10:56 | RE_ Case Update (5).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 22 | KEY00000093 | Email | John Cusick [jcusick@naacpldf.org] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];zacharey@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];sSCRedist [sSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org];John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];gaglsson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taiff@hotmail.com] | 11/12/2021 9:40 | 2/2/2022 10:56 | RE_ Case Update (6).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 23 | KEY00000094 | Email | John Cusick [jcusick@naacpldf.org] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];zacharey@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];sSCRedist [sSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org];John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];gaglsson@scnaacp.org;eloisefdenson@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;Fenster, Edward [efenster@naacpnet.org];Taiwan scott [taiff@hotmail.com] | 11/12/2021 9:40 | 2/2/2022 10:56 | RE_ Case Update (7).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | Bates | Type | From | To | CC / Recipients | Date 1 | Date 2 | Custodian | Date/Time | Filename | Priv. | Description |
|---|-------|------|------|----|-----------------|--------|--------|-----------|-----------|----------|-------|-------------|
| 24 | KEYO0000095 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];[ajglisson@scnaacp.org;eloisefdenson@gmail.com]Charles Boykin [cjboykin@boykinlawsc.com];[jaglisson@scnaacp.org;eloisefdenson@gmail.com];enster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michele Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Lechaney@aclu.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];pSCRedist [pSCRedist@arnoldporter.com] | 11/5/2021 21:46 | | John Cusick | 2/2/2022 10:56 | RE_Case Update (8).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 25 | KEYO0000096 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];[ajglisson@scnaacp.org;eloisefdenson@gmail.com]Charles Boykin [cjboykin@boykinlawsc.com];[jaglisson@scnaacp.org;eloisefdenson@gmail.com];enster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michele Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Lechaney@aclu.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];pSCRedist [pSCRedist@arnoldporter.com] | 11/5/2021 21:46 | | John Cusick | 2/2/2022 10:56 | RE_Case Update (9).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 26 | KEYO0000097 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];[ajglisson@scnaacp.org;eloisefdenson@gmail.com]Charles Boykin [cjboykin@boykinlawsc.com];[jaglisson@scnaacp.org;eloisefdenson@gmail.com];enster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michele Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];Lechaney@aclu.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];pSCRedist [pSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | 11/23/2021 11:08 | | John Cusick | 2/2/2022 10:54 | RE_Case Update.msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 27 | KEYO0000097.0001 | PDF | John Cusick [jcusick@naacpldf.org] | | | 11/23/2021 11:04 | 11/23/2021 11:04 | Zachery Morris | | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 28 | KEYO0000097.0002 | PDF | John Cusick [jcusick@naacpldf.org] | | | 11/23/2021 10:29 | 11/23/2021 10:29 | Zachery Morris | | Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 29 | KEYO0000110 | Email | Brenda Murphy [brendacmurph@gmail.com] | Leah Aden [laden@naacpldf.org] | taifr@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | 12/24/2021 14:43 | | Brenda Murphy | 2/2/2022 10:54 | Re_FW_ECF Notification for Matter_0841-009 RE_21-cv-03302 - SC NAACP v McMaster | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 30 | KEYO0000111 | Email | Brenda Murphy [brendacmurph@gmail.com] | Leah Aden [laden@naacpldf.org] | taifr@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | 12/24/2021 14:51 | | Brenda Murphy | 2/2/2022 10:54 | Re_FW_ECF Notification for Matter_0841-009 RE_21-cv-03302 - SC NAACP v | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 31 | KEYO0000112 | Email | John Cusick [jcusick@naacpldf.org] | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | | 10/12/2021 12:36 | | John Cusick | 2/2/2022 10:54 | RE_LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps (17).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 32 | KEYO0000113 | Email | John Cusick [jcusick@naacpldf.org] | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | | 10/10/2021 16:12 | | John Cusick | 2/2/2022 10:54 | RE_LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps (22).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 33 | KEYO0000114 | Email | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org] | | 10/10/2021 14:26 | | Taiwan scott | 2/2/2022 10:54 | Re_LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps (23).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 34 | KEYO0000115 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Taiwan scott [taifr@hotmail.com] | 10/10/2021 14:53 | | Leah Aden | 2/2/2022 10:54 | RE_LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | Doc ID | Type | From | To / CC | Date | Date 2 | Subject / Filename | Priv. | Description |
|---|--------|------|------|---------|------|--------|--------------------|-------|-------------|
| 35 | KEY00000120 | KEY00000120 | Email | DON BRASHEARS [tmbdab@aol.com] | Taiwan scott [taifr@hotmail.com] | DON BRASHEARS | | 2/2/2022 10:54 | Re_ Quick Question (18).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 36 | KEY00000121 | KEY00000121 | Email | DON BRASHEARS [tmbdab@aol.com] | Taiwan scott [taifr@hotmail.com] | DON BRASHEARS | | 2/2/2022 10:54 | Re_ Quick Question (19).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 37 | KEY00000132.0001 | KEY00000132 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0067FFE829DC560] | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | Taiwan scott | 1/23/2022 15:32 | | Federal Complaint Advice.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 38 | KEY00000132.0004 | KEY00000132 | Email | Leah Aden [laden@naacpldf.org] | Brenda Murphy [brendasmurph@gmail.com];taifr@hotmail.com | Leah Aden | 1/23/2022 15:32 | | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster (3).msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 39 | KEY00000132.0006 | KEY00000132 | Email | Leah Aden [laden@naacpldf.org] | Brenda Murphy [brendasmurph@gmail.com];taifr@hotmail.com | Leah Aden | 1/23/2022 15:32 | | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster.msg | AC | Confidential Attorney-Client email communication updating clients on redistricting case. |
| 40 | KEY00000132.0007 | KEY00000132 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendasmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglisson@scnaacp.org;geloisedlens on@gmail.com;realgrgtwn@aol.com;bgriffin56@hotmail.com;f enster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | John Cusick | 1/23/2022 15:32 | | Case Update (10).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 41 | KEY00000132.0007.0006 | KEY00000132 | Email | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];SCChedist [sSCChedist@arnoldporter.com] | Elias | 10/12/2021 13:07 | | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting lawsuit containing attorney thought process and impressions |
| 42 | KEY00000132.0008 | KEY00000132 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendasmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglisson@scnaacp.org;geloisedlens on@gmail.com;realgrgtwn@aol.com;bgriffin56@hotmail.com;f enster, Edward [efenster@naacpnet.org];Taiwan scott; [taifr@hotmail.com] | John Cusick | 1/23/2022 15:32 | | Case Update.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 43 | KEY00000132.0008.0006 | KEY00000132 | Word Doc | | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];SCChedist [sSCChedist@arnoldporter.com] | Elias | 10/12/2021 13:07 | | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting lawsuit containing attorney thought process and impressions |
| 44 | KEY00000134.0001 | KEY00000134 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | 1/23/2022 15:30 | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 45 | KEY00000135.0001 | KEY00000135 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | 1/23/2022 15:30 | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (24).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 46 | KEY00000136.0001 | KEY00000136 | Email | John Cusick [jcusick@naacpldf.org] | Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];achaney@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];SCChedist [sSCChedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org];John Cusick [jcusick@naacpldf.org] | John Cusick | 1/23/2022 15:29 | | RE_ Case Update (6).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |

| # | Bates | Type | From / Author | Recipients | Date Sent | Author | Date | Document Name | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | KEY00000136.0002 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglison@scnaacp.org;eloisefdensenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com]; Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];zacharey@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];jsSCRedist [sSCRedist@arnoldporter.com] | 11/5/2021 21:46 | John Cusick | 1/23/2022 15:29 | RE: Case Update (9).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 48 | KEY00000136.0003 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglison@scnaacp.org;eloisefdensenster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com]; Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];zacharey@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];jsSCRedist [sSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org];John Cusick [jcusick@naacpldf.org] | 11/12/2021 9:40 | John Cusick | 1/23/2022 15:29 | RE: Case Update (7).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 49 | KEY00000136.0004 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglison@scnaacp.org;eloisefdensenster, Edward [efenster@naacpnet.org];Taiwan scott; Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];zacharey@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];jsSCRedist [sSCRedist@arnoldporter.com] | 11/5/2021 21:46 | John Cusick | 1/23/2022 15:29 | RE: Case Update (8).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 50 | KEY00000136.0010 | Email | ORGANIZATION/OU=EXCHANGE GROUP)FYOIBDHF2DSPDLT/CN=R EOPIENTS/CN=0006D7FFEB2DDC56 0) | don [timbdale@aol.com] | 10/10/2021 19:59 | Taiwan scott | 1/23/2022 15:29 | Quick Question.msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 51 | KEY00000136.0011 | Email | ORGANIZATION/OU=EXCHANGE GROUP)FYOIBDHF2DSPDLT/CN=R EOPIENTS/CN=0006D7FFEB2DDC56 0) | don [timbdale@aol.com] | 10/10/2021 19:59 | Taiwan scott | 1/23/2022 15:29 | Quick Question (21).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 52 | KEY00000136.0012 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglison@scnaacp.org;eloisefdenensster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com]; Leah Aden [laden@naacpldf.org];Stuart Naifeh [snaifeh@naacpldf.org];Raymond Audain [raudain@naacpldf.org];Rick Rozos [rrozos@naacpldf.org];Michelle Charles [mcharles@naacpldf.org];Dale Ho [dho@aclu.org];Somil Trivedi [strivedi@aclu.org];Patricia Yan [pyan@aclu.org];Samantha Osaki [sosaki@aclu.org];zacharey@aclusc.org;Adair Boroughs [adair@boroughsbryant.com];Chris Bryant [chris@boroughsbryant.com];Freedman, John A. [John.Freedman@arnoldporter.com];jsSCRedist [sSCRedist@arnoldporter.com];Antonio Ingram [aingram@naacpldf.org] | 11/21/2021 11:08 | John Cusick | 1/23/2022 15:29 | RE: Case Update (1).msg | AC/AWP | Confidential Attorney-Client email communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 53 | KEY00000136.0012.0001 | PDF | | | | Zachery Morris | 11/23/2021 11:04 | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client etter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 54 | KEY00000136.0012.0002 | PDF | | | | Zachery Morris | 11/23/2021 10:29 | Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |

| # | Key | Type | From | To | Date | Custodian | Date | File Name | Designation | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | KEY00000136.0013 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglisson@scnaacp.org;celoiefdens on@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;f enster, Edward [efenster@naacpnet.org];Taiwan scott [taifr@hotmail.com] | 11/12/2021 20:39 | John Cusick | 1/23/2022 15:29 | RE_Case Update (3).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on case containing attorney thoughts and impressions |
| 56 | KEY00000136.0014 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglisson@scnaacp.org;celoiefdens on@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;f enster, Edward [efenster@naacpnet.org];Taiwan scott | 11/12/2021 20:29 | John Cusick | 1/23/2022 15:29 | RE_Case Update (2).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 57 | KEY00000136.0015 | Email | Eloise Denson [eloisefdenson@gmail.com] | John Cusick [jcusick@naacpldf.org] | 11/12/2021 11:26 | Eloise Denson | 1/23/2022 15:29 | Re_Case Update (4).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 58 | KEY00000138.0003 | Email | John Cusick [jcusick@naacpldf.org] | Brenda Murphy [brendacmurph@gmail.com];Charles Boykin [cjboykin@boykinlawsc.com];Jaglisson@scnaacp.org;celoiefdens on@gmail.com;nealgrgtwn@aol.com;hgriffin56@hotmail.com;f enster, Edward [efenster@naacpnet.org];Taiwan scott | 11/23/2021 11:38 | John Cusick | 1/23/2022 15:29 | RE_Case Update.msg | AC/AWP | Confidential Attorney-Client email communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 59 | KEY00000138.0003.0001 | PDF | | | | Zachery Morris | 11/23/2021 11:04 | Litigation Hold_SC_NAACP_final.pdf | AC/AWP | Attorney-Client etter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 60 | KEY00000138.0003.0002 | PDF | | | | Zachery Morris | 11/23/2021 10:29 | Litigation Hold_Scott_final.pdf | AC/AWP | Attorney-Client letter from counsel re "litigation hold" containing attorney thoughts and impressions |
| 61 | KEY00000138.0011 | Email | Brenda Murphy [brendacmurph@gmail.com] | Leah Aden [laden@naacpldf.org] taifr@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | 12/24/2021 14:43 | Brenda Murphy | 1/23/2022 15:29 | Re_FW_ECF Notification for Matter_0841-009 RE_21-cv-03302 - SC NAACP v McMaster [2].msg | AC/AWP | Confidential Attorney-Client email chain communication informing clients about a litigation hold that contains attorney thoughts and impressions |

| # | Bates | Prefix | Type | From | Recipients | Date Sent | Custodian | Date | Filename / Subject | Priv | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | KEYO00000138.0016 | KEYO00000138 | Email | Brenda Murphy [brendacmurphy8@gmail.com] | talif@hotmail.com;John Cusick [jcusick@naacpldf.org];Antonio Ingram [aingram@naacpldf.org] | 12/24/2021 14:43 | Brenda Murphy | 1/23/2022 15:29 | Re:_FW_ECF Notification for Matter_0841-009 RE_21-cv-03302 - SC NAACP v McMaster.msg | AC/AWP | Confidential Attorney-Client email chain communication informing clients about a litigation hold that contains attorney thoughts and impressions |
| 63 | KEYO00000138.0017 | KEYO00000138 | Email | John Cusick [jcusick@naacpldf.org] | Taiwan scott [talif@hotmail.com];Leah Aden [laden@naacpldf.org] | 10/27/2021 12:36 | John Cusick | 1/23/2022 15:29 | RE_LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps (17).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 64 | KEYO00000138.0018 | KEYO00000138 | Email | John Cusick [jcusick@naacpldf.org] | Taiwan scott [talif@hotmail.com];Leah Aden [laden@naacpldf.org] | 10/20/2021 16:12 | John Cusick | 1/23/2022 15:29 | RE_LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps (22).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 65 | KEYO00000138.0019 | KEYO00000138 | Email | Taiwan scott [talif@hotmail.com] | John Cusick [jcusick@naacpldf.org] | 10/20/2021 14:26 | Taiwan scott | 1/23/2022 15:29 | Re_LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps (23).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 66 | KEYO00000138.0021 | KEYO00000138 | Email | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | 10/20/2021 14:53 | Leah Aden | 1/23/2022 15:29 | RE_LDF_SC NAACP_ACLU_and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting case containing attorney thoughts and impressions |
| 67 | KEYO00000138.0025 | KEYO00000138 | Email | DON BRASHEARS [bmblake@aol.com] | Taiwan scott [talif@hotmail.com] | 10/11/2021 7:52 | DON BRASHEARS | 1/23/2022 15:29 | Re_Quick Question (18).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 68 | KEYO00000138.0026 | KEYO00000138 | Email | DON BRASHEARS [bmblake@aol.com] | Taiwan scott [talif@hotmail.com] | 10/11/2021 7:52 | DON BRASHEARS | 1/23/2022 15:29 | Re_Quick Question (19).msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 69 | KEYO00000138.0027 | KEYO00000138 | Email | Taiwan scott [talif@hotmail.com] | DON BRASHEARS [bmblake@aol.com];ibrahim [liamhti@yahoo.com];linda washington [lbmfh@hartpey.com] | 10/12/2021 13:06 | Taiwan scott | 1/23/2022 15:29 | Re_Quick Question.msg | AC | Confidential Attorney-Client email communication seeking legal advice |
| 70 | KEYO00000142.0014 | KEYO00000142 | Email | Eleanor Lightsey [missel@roadrunner.com] | Lavine' [amyamazing17@gmail.com];[jamailb50@gmail.com];[jbauer@hargray.com];'Alice Gianni' [Gianni.alice@gmail.com];'Ann Harris' [ahh1659@comcast.net];'Barbara Catenaci' [bcatenaci@yahoo.com];'Barbara Schasler' [barbara.m.schasler@gmail.com];'Bob Ghilardelli' [bobghilardelli@aol.com];'Bob Hulsman' [modryblood@hotmail.com];'Carol Barker' [cjbarker@earthlink.net];'Carol Horowitz' [carolhowitz@gmail.com];'Carole Walters' [carolefayewalters@gmail.com];'Catherine Erdman' [cee13@me.com];'Catherine Forester' [cfgardengirl@yahoo.com];'Cindy & Russ Hudson' [chcats@verizon.net];'Clare Seliger' [clareseliger@gmail.com];'Claryce Gibbons-Allen' [cvgallen@yahoo.com];'Claudia Kennedy' [ckm213242@aol.com];'Denise Visconti' [deniseicsconti6@gmail.com];'Diana Heitman' [tim.diana.heitman@gmail.com];'Elizabeth Greenberg' [Lizzie972@aol.com];'Ellen Walton' [bewalton@roadrunner.com];'Emily Oeljen' [emilyoeljen@att.net];'Enid Carranza' [enid@labiamagazine.com];'Flo Rosse' [floandedward@roadrunner.com];'Fran Gellman' [frangellman@gmail.com];'Fran Robertson' [frand223@aol.com];'Jamie Fletcher' [jamiebfletcher@gmail.com];'Jan ferrari' | 8/26/2018 11:58 | Eleanor Lightsey | 1/22/2022 22:06 | RE_Confidential Draft of questions for SC House of Representative Candidate Forum on Sept 12 | NAACP v. Alabama | Confidential email to members of the SC NAACP and Mr. Scott regarding House of Representative Candidate forum re redistricting. |
| 71 | KEYO00000142.0014.0001 | KEYO00000142 | Word Doc | | | 8/26/2018 11:18 | User | 8/26/2018 11:50 | 180826 Questions for House candidates.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |
| 72 | KEYO00000142.0015.0001 | KEYO00000142 | Word Doc | | | 11/13/2018 9:42 | User | 11/13/2018 10:04 | ForumHouseRev111318.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |