IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF SOUTH CAROLINA

THE SOUTH CAROLINA STATE CONFERENCE
OF THE NAACP, et al.,

    Plaintiffs

    v.                                                                                                  No. 3:21-cv-03302-JMC

HENRY D. MCMASTER, in his official capacity as
Governor of South Carolina, et al.,

    Defendants

O R D E R

On April 5, 2022, the Honorable J. Michelle Childs withdrew from this case and requested that the clerk of the district court assign a replacement judge. The district court reassigned the case to the Honorable Margaret B. Seymour.

In light of this reassignment, the December 14, 2021, order designating two additional judges to sit with Judge Childs is amended to reflect that the Honorable Toby J. Heytens, United States Circuit Judge for the Fourth Circuit, and the Honorable Richard M. Gergel, United States District Judge for the District of South Carolina, are now assigned to sit with the Honorable Margaret B. Seymour, Senior United States District

Judge for the District of South Carolina, the three to constitute a district court of three judges to hear and determine this matter as provided by 28 U.S.C. § 2284.

This 12th day of April, 2022.

_____
Roger L. Gregory
Chief Judge, U.S. Court of Appeals
for the Fourth Circuit