**Exhibit A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICIT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| The South Carolina State Conference of the NAACP, and Taiwan Scott, *on behalf of himself and all other similarly situated persons*, | )<br>)<br>)<br>) |
| Plaintiffs, | ) C/A No.: 3:21-cv-03302-RMG-TJH-MBS<br>)<br>) |
| v. | )<br>) |
| Thomas C. Alexander, *in his official capacity as President of the Senate Judiciary Committee;* James H. Lucas, *in his official capacity as Speaker of the House of Representatives*; Chris Murphy, *in his official capacity as Chairman of the House of Representatives Judiciary Committee*; Wallace H. Jordan, *in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee*; Howard Knabb, *in his official capacity as interim Executive Director of the South Carolina State Election Commission*; John Wells, *Chair*, Joanne Day, Clifford J. Elder, Linda McCall, and Scott Moseley, *in their official capacities as members of the South Carolina State Election Commission*, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**CERTIFICATION**<br>**UNDER PENALTY OF PERJURY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

The undersigned declarant hereby certifies, under penalty of perjury, the following:

1. I am a named defendant in the above captioned action or served as a member of the Ad Hoc Committee on Redistricting for the South Carolina House Reapportionment Plan during the 2021-2022 legislative session.

1

2. I have searched my personal email accounts and all text messages and instant messages on my personal communication devices and certify that I have delivered to South Carolina House counsel all emails, text messages and instant messages relating in any way to the South Carolina House Reapportionment Plan adopted in the 2021-2022 legislative session.

_____
Declarant

_____, 2022