# EXHIBIT A

*House Defendants' April 15, 2022 Amended Privilege Log*

| Control Number | Date | Record Type | Email From | Email To | Email CC | Email BCC | Document Title | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| REL00011661 | 9/3/2021 | Email | Emma Dean | Chris Murphy | | | Attorney Communication Privileged | Attorney-Client Communication | Communication from staff counsel to legislator client with draft work product response for client review. |
| REL00011661.0003 | 9/3/2021 | Attach | | | | | Draft Letter from Ch. Murphy 9.3.21.docx | Work Product | Draft work product response for client review. |
| REL00011670 | 10/8/2021 | Email | Emma Dean | Chris Murphy | | | Atty client communication | Attorney-Client Communication | Communication from staff counsel to legislator client with draft work product response for review. |
| REL00011670.0001 | 10/8/2021 | Attach | | | | | Proposed Response to September Letter.DOCX | Work Product | Draft work product response for client review. |
| REL00020087 | 11/15/2021 | Email | Beth Bernstein | Emma Dean; Patricia Henegan;Justin Bamberg; Wallace Jordan; Weston Newton | Jimmy Hinson; Roland Franklin; Linda Anderson; Neal Collins; Jason Elliot | | Redistricting | Attorney-Client Communication | Communication from legislator to staff counsel requesting legal counsel address questions related to redistricting. |
| REL00020355 | 9/24/2021 | Email | Chris Murphy | Emma Dean | | | Re: Updated draft | Attorney-Client Communication | Communication from legislator client to staff counsel regarding draft document. |
| REL00028185 | 9/21/2021 | Email | Patrick Dennis | Jay Lucas; Patrick Dennis; Haley Mottel | | | Sine Die Adjourment | Attorney-Client Communication; Work Product | Communication between staff counsel to legislator client conveying legal advice, mental impressions, and opinions regarding legislative procedure. |
| REL00028205 | 9/28/2021 | Email | Patrick Dennis | Rep. Bill Taylor | | | Fwd: Sine Die Adjourment | Attorney-Client Communication; Work Product | Communication between staff counsel to legislator client conveying legal advice, mental impressions, and opinions regarding legislative procedure. |
| REL00028206 | 9/28/2021 | Email | Patrick Dennis | Rep. Bill Taylor | | | FW: Sine Die Adjourment | Attorney-Client Communication; Work Product | Communication between staff counsel to legislator client conveying legal advice, mental impressions, and opinions regarding legislative procedure. |
| REL00028277 | 10/15/2021 | Email | Patrick Dennis | Nicolette Walters | | | RE: Zak Koeske Qs | Work Product | Communication from staff counsel to staff with attorney's mental impressions and opinions for media inquiry. |
| REL00028278 | 10/15/2021 | Email | Patrick Dennis | Haley Mottel | | | FW: Zak Koeske Qs | Work Product | Communication from staff counsel to staff with attorney's mental impressions and opinions for media inquiry. |
| REL00028413 | 11/17/2021 | Email | Patrick Dennis | Charles Reid | | | RE: Speaker Lucas Calling the House into Statewide Session Beginning 2:00 pm, Wednesday, December 1, 2021 | Work Product | Communication between staff counsel with draft email language asking for attorney's mental impressions and opinion regarding legislative procedure. |
| REL00028439 | 11/23/2021 | Email | Patrick Dennis | Ashley Harwell-Beach;Charles Reid | | | RE: Rules Committee - Special Order Redistricting | Work Product | Communication between staff counsel with attorney impressions and opinions on legislative process. |
| REL00028440 | 11/23/2021 | Email | Patrick Dennis | Charles Reid; Ashley Harwell-Beach | | | RE: Rules Committee - Special Order Redistricting | Work Product | Communication between staff counsel with attorney impressions and opinions on legislative process. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REL00033189 | 10/14/2021 | Email | Roland Franklin | Chip Huggins | | Census Numbers | Attorney-Client Communication | Communication from staff counsel to legislator client to follow up on question about legal rights. |