IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. ALEXANDER, *et al.*,<br><br>Defendants. | Case No.  3:21-cv-03302-MBS-TJH-RMG<br><br>**THREE-JUDGE PANEL** |

**Consent Motion for Attorneys'-Eyes-Only Protective Order**

1. On April 12, 2022, the Panel orally ordered Plaintiff South Carolina State Conference of NAACP (NAACP) to provide counsel for House Defendants with the names and addresses of members who reside in each challenged House District. ECF 219. The Panel filed a written order the following day. ECF 221. To protect the associational and privacy rights of NAACP members, the order contemplates that NAACP's disclosure of member information would be subject to an "attorneys' eyes only" protective order.

2. Wherefore, Plaintiff NAACP asks the Panel to enter the parties' joint proposed Attorneys' Eyes Only Order under Fed. R. Civ. P. 26(c), which forbids counsel for House Defendants from disclosing NAACP member information provided by Plaintiff to any person or party, including their clients.

3. Counsel for House Defendants have been consulted regarding this motion and consent to the proposed Attorneys' Eyes Only Order.

Date: April 15, 2022

[SIGNATURE BLOCK ON FOLLOWING PAGE]

1

Respectfully Submitted,

**COUNSEL FOR PLAINTIFFS**

<u>/s/ Allen Chaney</u>
Allen Chaney, Fed. ID 13181
American Civil Liberties Union
of South Carolina
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Christopher J. Bryant, Fed. ID 12538
Boroughs Bryant, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi**
Patricia Yan**
American Civil Liberties Union
Foundation
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org
pyan@aclu.org

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Samantha Osaki**
Adriel I. Cepeda Derieux **
Sophia Lin Lakin *
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
sosaki@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Gina M. Colarusso**
John "Jay" B. Swanson*
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000

Jeffrey A. Fuisz**
Paula Ramer**
Jonathan I. Levine*
Theresa M. House*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes*

2

| | |
|---|---|
| Antonio L. Ingram II* <br> NAACP Legal Defense & Educational Fund, Inc. <br> 700 14th St, Ste. 600 <br> Washington, D.C. 20005 <br> Tel.: (202) 682-1300 <br> aingram@naacpldf.org | NAACP OFFICE OF THE GENERAL COUNSEL <br> 4805 Mount Hope Drive <br> Baltimore, MD 21215 <br> Tel: (410) 580-5777 <br> jlouard@naacpnet.org <br> aashton@naacpnet.org <br> abarnes@naacpnet.org |

*Attorneys for Plaintiffs*

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*

3