

April 15, 2021

Christopher J. Bryant
Boroughs Bryant, LLC
1122 Lady St., Suite 208
Columbia, SC 29201
adair@boroughsbryant.com

**VIA ECF**

The Honorable Toby J. Heytens
The Honorable Margaret B. Seymour
The Honorable Richard M. Gergel


RE:

Dear Judge Heytens, Judge Seymour, and Judge Gergel:

   Pursuant to the Court's April 13, 2022 Order (ECF 221), Plaintiffs have submitted the attached letter and privilege log via email, along with the corresponding materials for review *in camera*.

Sincerely,

Christopher J. Bryant, Fed. ID 12538
BOROUGHS BRYANT, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com