# Arnold & Porter

**John Hindley**
+1 202.942.5796 Direct
John.Hindley@arnoldporter.com

*IN CAMERA* REVIEW

April 15, 2022

**VIA E-MAIL AND ECF**

The Honorable Toby J. Heytens
The Honorable Margaret B. Seymour
The Honorable Richard M. Gergel

      Re:    *In Camera* Review - *South Carolina State Conference of the NAACP v. Alexander*, 3:21-cv-03302-MBS-TJH-RMG

Dear Judge Heytens, Judge Seymour, and Judge Gergel:

    Pursuant to the Court's April 13, 2022 Order (ECF 221), Plaintiffs, The South Carolina Conference of the National Association for the Advancement of Colored People and Mr. Taiwan Scott, submit an amended privilege log (**Exhibit A**) containing the disputed documents Plaintiffs have asserted either the attorney client or attorney work product privileges over. Simultaneously, Plaintiffs are submitting the 23 listed documents for an *in camera* review via email. The documents are contained in two separate .zip files, one for each Plaintiff.

    Under an agreement between Plaintiffs and House Defendants, Plaintiffs have removed from the privilege logs all communications between counsel of record and their clients that were created after October 12, 2021, the filing date of Plaintiffs' original complaint. At this time, those documents are not in dispute.

    The password for the two .zip files is: ***canyon aqua 37 Tiger window!***

    Plaintiffs appreciate your time and attention to this matter.

# Arnold & Porter

April 15, 2022
Page 2

                                        Sincerely,

                                        */s/ John M. Hindley*

                                        John Hindley

Attachment

cc:      Christopher J. Bryant
           Allen Chaney
           Antonio Ingram
           John Cusick
           Leah Aden
           Patricia Yan
           Raymond Audain
           Samantha Osaki
           Somil Trivedi
           Adriel Cepeda Derieux
           Stuart Naifeh
           Sarah Gryll
           John Freedman
           Gina Colarusso
           Paula Ramer
           Jeffery Fuisz
           Adam Pergament
           Janette M. Louard
           Anthony P. Ashton
           Anna Kathryn Barnes