**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>     Plaintiffs,<br>  v.<br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>     Defendants. | Case No. 3-21-cv-03302-RMG-TJH-MBS<br><br>**THREE-JUDGE PANEL**<br><br>**ATTORNEYS' EYES ONLY ORDER** |

**EXHIBIT A**
**ATTORNEYS' EYES ONLY ORDER**

I have read the Attorneys' Eyes Only Order dated _____, 2022, entered into in the above-referenced action ("AEO Order").

I understand the AEO Order and agree to comply with and to be bound by its terms.

I understand that the Court may impose sanctions on any person or entity possessing or granted access to Confidential Information pursuant to this AEO Order who discloses or uses the Confidential Information for any purpose other than as authorized by this AEO Order or who otherwise violated the terms of this AEO Order.

Address and Telephone Number:

_____
Signature

_____
Printed Name

_____
Date

_____

_____

_____

- 2 -