**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS C. ALEXANDER, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-03302-MBS-TJH-RMG <br><br> **SENATE DEFENDANTS' EXPERT DISCLOSURE (CONGRESSIONAL PLAN)** |

Thomas C. Alexander, in his official capacity as President of the Senate, and Luke A. Rankin, in his official capacity as Chairman of the Senate Judiciary Committee, (collectively, the "Senate Defendants"), by and through undersigned counsel, hereby identify the following person they expect to call as an expert witness at trial:

    Sean Trende
    1146 Elderberry Loop
    Delaware, OH 43015
    (804) 937-8151

The Senate Defendants certify that a written report prepared and signed by Mr. Trende, including all information required by Fed. R. Civ. P. 26(a)(2)(B), was served on Plaintiffs on April 18, 2022. *See* Dkt. No. 210.

April 19, 2022                                   Respectfully submitted,

                                                         */s/* Robert E. Tyson, Jr.
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*