IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>     Plaintiffs,<br><br>  v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>     Defendants. | Civil Action No. 3:21-cv-03302-MBS-TJH-RMG<br><br>**JOINT NOTICE OF REVISED PROPOSED AGREEMENT TO RESOLVE PLAINTIFF'S CLAIMS REGARDING CHALLENGED STATE HOUSE DISTRICTS** |

   Plaintiff The South Carolina State Conference of the NAACP ("Plaintiff") and all above-named Defendants, by and through undersigned counsel, jointly provide this notice to the Panel that Plaintiff[1] has reached an agreement in principle (the "Agreement") with Defendants James H.

---

[1]   Plaintiff Taiwan Scott does not have any claims against Defendants regarding the challenged state House districts and therefore is not a party to this Agreement.

1

Lucas, Chris Murphy, and Wallace H. Jordan ("House Defendants") (collectively with Plaintiff, the "Moving Parties"), to resolve all of Plaintiff's claims regarding the challenged state House districts enacted in H.4493. As noted herein, all named Defendants have specifically agreed to consent to this settlement.

After reviewing the Panel's April 25, 2022 Order denying the Moving Parties' initial request for approval of a forthcoming settlement through a binding consent decree (ECF No. 236), the Moving Parties conferred with the other Defendants in the above-captioned action after the Court indicated that *Lawyer v. Department of Justice*, 521 U.S. 567 (1997) "requires the parties present evidence that both bodies which passed the challenged redistricting legislation—namely, the House and Senate—explicitly consent to the proposed settlement." (ECF No. 236 at 2).

The Moving Parties, along with the Senate Defendants and the Election Commission Defendants, are now able to represent that all Parties to the litigation consent to the Agreement to resolve Plaintiffs' claims regarding the challenged House districts adopted in H.4493. Specifically, the Parties now represent to the Court (and do so through undersigned counsel) that Thomas C. Alexander, in his official capacity as President of the Senate, and Luke A. Rankin, in his official capacity as Chairman of the Senate Judiciary Committee (collectively, the "Senate Defendants") consent to the Agreement to resolve Plaintiff's claims regarding the challenged House districts adopted in H.4493. In addition, Howard Knapp, in his official capacity as Executive Director of the South Carolina State Election Commission; John Wells, Chair, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley, in their official capacities as members of the South Carolina State Election Commission (collectively, the "Election Commission Defendants"), also consent to resolving Plaintiff's claims regarding the challenge House districts adopted in H.4493 through the forthcoming Agreement. In addition, the Senate and Election

Commission Defendants will file their own individual consents prior to the April 26, 2022 status conference.

The Parties will be prepared to address any questions the Panel may have about the representations contained in this Notice during the upcoming Status Conference and will provide the court with the terms of the Agreement before the status conference. The Parties respectfully request that the Court revisit the issue of the whether they House Defendants have now established with *Lawyer* and that the Court and the Parties discuss next steps during today's status conference.

[SIGNATURE BLOCKS TO FOLLOW]

Dated: April 26, 2022

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Antonio L. Ingram II**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Samantha Osaki**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Adam Pergament**
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

*Motion for admission Pro Hac Vice
forthcoming*
***Admitted Pro Hac Vice*

Respectfully submitted,

/s/ *Christopher J. Bryant*
Christopher J. Bryant, Fed. ID 12538
BOROUGHS BRYANT, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina
Conference of the NAACP and Taiwan Scott*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice*
forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina
Conference of the NAACP*

5

/s/ Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica Wells Shedd (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EShedd@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com
*Attorneys for James H. Lucas, Chris Murphy, and Wallace H. Jordan*

**COUNSEL FOR SOUTH CAROLINA SENATE DEFENDANTS:**

/s/Robert E. Tyson, Jr.
John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

**COUNSEL FOR SOUTH CAROLINA ELECTION COMMISSION DEFENDANTS:**

/s/ M. Elizabeth Crum
M. Elizabeth Crum (Fed. Bar #372)
Jane Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
Telephone: (803) 799-9800
Facsimile: (803) 753-3278

Thomas Wells Nicholson (Fed. Bar #12086)
SOUTH CAROLINA ELECTION COMMISSION
P.O. Box 5987
Columbia, South Carolina 29250-5987
Telephone: 803-734-9063
Facsimile: 803-734-9366
tnicholson@elections.sc.gov