

**ROBERT E. TYSON, JR.**
803 231.7838
rtyson@robinsongray.com

April 26, 2022

**VIA ELECTRONIC FILING**
The Honorable Margaret B. Seymour
The Honorable Toby J. Heytens
The Honorable Richard M. Gergel
United States District Court
Columbia, South Carolina

Re:   *South Carolina State Conference of the NAACP, The et al v. Alexander et al*
      Civil Action Number: 3:21-cv-03302-MBS-TJH-RMG

Your Honors:

Last week, Defendants James H. Lucas, Chris Murphy, and Wallace H. Jordan (collectively, the "House Defendants") and Plaintiff The South Carolina State Conference of the NAACP moved the Court to approve a proposed settlement of "Plaintiff's claims regarding certain House districts established by H. 4493." Dkt. No. 236 at 2. Earlier today, the Court denied the House Defendants' and Plaintiff's motion. The Court concluded that "the House Defendants have not established compliance with *Lawyer*," reasoning that "the House Defendants have not presented evidence that either the Senate or the Governor has consented to the proposed settlement." *Id.* at 2–3.

Thomas C. Alexander, in his official capacity as President of the Senate, and Luke A. Rankin, in his official capacity as Chairman of the Senate Judiciary Committee, (collectively, the "Senate Defendants"), by and through undersigned counsel, hereby state their consent to the settlement that the House Defendants and Plaintiff have proposed.

Sincerely,

Robert E. Tyson, Jr.