**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>        Plaintiffs,<br><br>    v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>        Defendants. | Civil Action No. 3:21-cv-03302-RMG-TJH-MBS<br><br><br><br>**ELECTION DEFENDANTS'
NOTICE OF CONSENT** |

As an administrative agency of the executive branch of South Carolina, Howard Knapp, in his official capacity as Executive Director of the South Carolina State Election Commission; John Wells, Chair, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley, each in their official capacities as members of the South Carolina State Election Commission (collectively

"Election Defendants") have consistently taken the position that they will carry out the dictates of the South Carolina House of Representatives and the South Carolina Senate and the Court. As such the Election Defendants consent to the proposed agreement entered into by Plaintiff South Carolina State Conference of the NAACP ("SC NAACP") and Defendants James H. Lucas, Chris Murphy, and Wallace H. Jordan ("House Defendants") regarding SC NAACP's claims challenging reapportioned House districts enacted in H. 4493 (Act 117, S.C. Acts and Joint Resolutions, 2021-2022).

Respectfully Submitted,

s/ Jane W. Trinkley
M. Elizabeth Crum (Fed. Bar #372)
lcrum@burr.com
Jane W. Trinkley (Fed. Bar #4143)
jtrinkley@burr.com
Michael R. Burchstead (Fed. Bar #10297)
Mburchstead@burr.com
**BURR & FORMAN LLP**
Post Office Box 11390
Columbia, SC  29211
Telephone:  (803) 799-9800
Facsimile:  (803) 753-3278


Thomas W. Nicholson
tnicholson@elections.sc.gov
**South Carolina State Election Commission**
1122 Lady St., 5th Floor,
Columbia, SC. 29250
Telephone: (803) 734-9060
Facsimile:  (803) 734-9366
*Attorneys for Election Commission Defendants*

April 26, 2022