## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICIT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| The South Carolina State Conference of the ) <br> NAACP, and Taiwan Scott, *on behalf of* ) <br> *himself and all other similarly situated* ) <br> *persons*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Thomas C. Alexander, *in his official* ) <br> *capacity as President of the Senate* ) <br> *Judiciary Committee;* James H. Lucas, *in* ) <br> *his official capacity as Speaker of the* ) <br> *House of Representatives*; Chris Murphy, ) <br> *in his official capacity as Chairman of the* ) <br> *House of Representatives Judiciary* ) <br> *Committee*; Wallace H. Jordan, *in his* ) <br> *official capacity as Chairman of the House* ) <br> *of Representatives Elections Law* ) <br> *Subcommittee*; Howard Knabb, *in his* ) <br> *official capacity as interim Executive* ) <br> *Director of the South Carolina State* ) <br> *Election Commission*; John Wells, *Chair*, ) <br> Joanne Day, Clifford J. Elder, Linda ) <br> McCall, and Scott Moseley, *in their* ) <br> *official capacities as members of the South* ) <br> *Carolina State Election Commission*, ) <br> ) <br> Defendants. ) <br> _____ ) | C/A No.: 3:21-cv-03302-TJH-MBS-RMG <br><br><br><br><br><br><br><br><br> **ORDER** |

The Panel conducted a status conference on April 26, 2022 and addressed a number of
issues and scheduling modifications which are documented in this Order as follows:

1.    The Plaintiff NAACP and the House Defendants submitted a revised settlement
proposal indicating that the parties to this litigation consent to the proposed settlement. (Dkt. No.
239).  Judge Heytens, speaking for the Panel, advised counsel that the revised settlement

proposal did not meet the requirements for demonstrating authority to settle set forth in the

Court's Order of April 25, 2022. (Dkt. No. 236).

2.    The Panel extended the time for the completion of discovery until May 6, 2022.

3.    The Panel extended the time for filing motions in limine until May 9, 2022 and

any responses until May 10, 2022.

4.    The Panel extended the time for filing dispositive motions until May 11, 2022 and

any responses until May 12, 2022.

5.    The Panel directed that the parties promptly meet and confer regarding any

outstanding discovery disputes.  Any further motions to compel discovery must be filed by April

29, 2022 and any responses by May 2, 2022.

6.    The trial of this case will commence, as previously noticed, on May 16, 2022 in

the J. Waties Waring Federal Judicial Center in Charleston, South Carolina.

**AND IT IS SO ORDERED.**

United States Circuit Judge

United States District Judge

3

United States District Judge

April 26, 2022
Charleston, South Carolina