# Exhibit A

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF SOUTH CAROLINA
                       COLUMBIA DIVISION
              CIVIL ACTION NO. 3:21-cv-03302-JMC-TJH-RMG


   THE SOUTH CAROLINA STATE          )
   CONFERENCE OF THE NAACP,          )
                                     )
   and                               )
                                     )
   TAIWAN SCOTT, on behalf of        )
   himself and all other similarly   )
   situated persons,                 )     CONTINUED DEPOSITION
                Plaintiffs,          )
        v.                           )              OF
                                     )
   HENRY D. MCMASTER, in his         )       BRENDA MURPHY
   official capacity as Governor     )
   of South Carolina; THOMAS C.      )
   ALEXANDER, in his official        )
   capacity as President of the      )
   Senate; LUKE A. RANKIN, in his    )
   official capacity as Chairman     )
   of the Senate Judiciary           )
   Committee; JAMES H. LUCAS, in     )
   his official capacity as Speaker  )
   of the House of Representatives;  )
   CHRIS MURPHY, in his official     )
   capacity as Chairman of the       )
   House of Representatives          )
   Judiciary Committee; WALLACE      )
   H. JORDAN, in his official        )
   capacity as Chairman of the       )
   House of Representatives          )
   Elections Law Subcommittee;       )
   HOWARD KNAPP, in his official     )
   capacity as interim Executive     )
   Director of the South Carolina    )
   State Election Commission; JOHN   )
   WELLS, Chair, JOANNE DAY,         )
   CLIFFORD J. EDLER, LINDA MCCALL,  )
   and SCOTT MOSELEY, in their       )
   official capacities as members    )
   of the South Carolina Election    )
   Commission,                       )
                                     )
                Defendants.          )
   _____)
```

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the within continued deposition of **Brenda Murphy**, appearing via Zoom, was taken by Counsel for Defendants James H. Lucas, Chris Murphy, and Wallace H. Jordan, at the hour of 10:14 a.m. on Thursday, April 14, 2022, at the law offices of Nexsen Pruet, LLC, 1230 Main Street, Suite 700, Columbia, South Carolina, attended by counsel as follows:

**JAN L. WHITWORTH**
**VERBATIM REPORTER**

**WHITWORTH COURT REPORTING**
POST OFFICE BOX 551
ROEBUCK, S.C.  29376
864-494-2705

1  A. Yes.
2  Q. Okay. And have those been produced if they were
3     responsive to our request to the best of your
4     knowledge?
5  A. To the best of my knowledge, what was requested was
6     produced.
7  Q. Okay. Have you looked for documents on your
8     brendamurph@gmail.com account?
9  A. That was -- my gmail was provided in order for
10    search to be done.
11 Q. Okay. So, you provided access to that account to
12    your counsel ---
13 A. Yes.
14 Q. --- so that they could perform ---
15 A. Yes.
16 Q. --- a search?
17 A. Yes.
18 Q. Okay, thank you. And did you personally search that
19    account, or did you depend on your attorneys to
20    search that account once provided?
21 A. I did not personally search it. The attorneys
22    searched the account.
23 Q. Okay. And do you know which lawyers conducted that
24    account? I don't want the details of what they did.
25    I am just asking if you know which lawyers conducted

1    that search, to the best of your knowledge, and if
2    you don't know, again, I probably didn't say this
3    before, but if you don't know the answer to my
4    question, I am not asking you to speculate. You can
5    just tell me you don't know.
6  A.  I do know him. His name was Adam -- I don't want to
7    mispronounce his last name, but I do have -- you
8    know, I know -- I know his name. I talked with him
9    personally.
10 Q.  Was it Adam Pergament from Arnold ---
11 A.  Yes.
12 Q.  --- & Porter?
13 A.  Yes, Pergament.
14 Q.  Okay. And is he the only one to your knowledge that
15    performed that search, to your knowledge?
16 A.  Yes.
17 Q.  Okay.
18 A.  To my knowledge.
19 Q.  Okay. And do you know if any of your emails from
20    that account have been produced to us in this
21    litigation?
22 A.  What was given to me in discovery, I saw maybe a
23    few, a couple emails, yes.
24 Q.  Okay, all right. So, what about the account
25    murph547@aol.com; does that account ---

```
                                                      16
 1     A.   No.
 2     Q.   --- belong to you, President Murphy?
 3     A.   No, that is my husband's email address.
 4     Q.   That is your husband's email address?
 5     A.   Yes.
 6     Q.   Do you use his email address; do you use ---
 7     A.   No, I do not use that.  I only use
 8          brendacmurph@gmail.com for any business that I
 9          transacted at home during COVID.
10     Q.   Okay.
11     A.   I did not use murph.
12     Q.   Okay.  Do you know, President Murphy, if there has
13          sort of been any comparison of your production to
14          the production that we have received from other
15          entities such as the League of Women Voters?  Do you
16          know that?
17     A.   No, I don't; I don't know that.
18     Q.   Okay.  Are you aware that we issued a subpoena to
19          the League of Women Voters, and they made a very
20          fulsome document production to us, which was
21          provided to your counsel in discovery?
22     A.   No, I don't know that.
23     Q.   Okay.  I believe -- do you know if there are emails
24          that were produced by the League of Women Voters
25          that were produced to them -- by them including
```