# Exhibit C

| | |
|---|---|
| Message | |
| From: | Thomas Hauger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4C4C7FA3214A455C954F6889F9521C71-THOMAS HAUG] |
| Sent: | 6/29/2021 6:47:33 PM |
| To: | Tracy Horgan [tracy@caliper.com] |
| Subject: | Question about State data file pricing |

Tracy,

Our legal team has hired a geographic consultant to assist us with our future legal case. The consultant already has Maptitude for Redistricting installed, and has licenses for a couple of different states, but they do not have South Carolina. We would like to know how we can get them the South Carolina data files for the lowest possible costs whether this would be purchasing the state individually, or getting an additional software license for them. Please let me know the differences in the potential pricing. Thank you in advance for your assistance.

Thomas Hauger
Data and GIS Director - Redistricting
South Carolina House of Representatives
Blatt Bldg. 315
W: 803-212-6981
C: 704-249-5800