UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,

    Plaintiffs,

v.

THOMAS ALEXANDER, *et al.*,

    Defendants.

Case No. 3:21-cv-03302-MBS-TJH-RMG

**Motion in Support of *Pro Hac Vice* Application**

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that <u>Anna Kathryn Barnes</u> be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☑ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☑ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| ACLU of South Carolina | Allen Chaney |
| Firm Name | Name of Local Counsel |
| P.O. Box 1668 | *D. Allen Chaney Jr.* |
| Street Address or Post Office Box | Signature of Local Counsel |
| Columbia, SC 29202 | Local Counsel for the  Plaintiffs |
| City, State, Zip Code | |

| | |
|---|---|
| 843-282-7953 | District of South Carolina |
| Telephone Number | Federal Bar Number  13181 |

achaney@aclusc.org
E-Mail Address

revised 09/19/05