# Exhibit A
## (House Defendants' Summary Privilege Log)

| Phase/Stage of Representation | Date Range | Nexsen Pruet Attorneys | Clients and Contacts | Attorney-Client Privilege Descriptions | Work Product Descriptions |
|---|---|---|---|---|---|
| Initial Planning | 11/26/2019 - 7/30/2021 | Judge Billy Wilkins, Mark Moore, Jennifer Hollingsworth, Andrew Mathias, Hamilton Barber, Erica Wells, Shannon Lipham, and Michael Parente | James Lucas, Jay Jordan, Chris Murphy, Patrick Dennis (General Counsel to the House), Haley Mottel (Counsel to Speaker Lucas), Emma Dean (Counsel to Judiciary Committee) | Communiciations with clients including internal legal counsel regarding the law on redistricting and legal advice to prepare for the redistricting cycle. | Legal research memoranda on redistricting law, draft documents on map room procedures for redistricting, draft documents related to criteria and redistricting principles, and draft talking points for meetings all prepared in anticpation of litigation. |
| Non-Testifying Consultant | 1/11/2021 - 12/9/2021 | Andrew Mathias, Hamilton Barber, and Michael Parente | Consulting Expert retained by Nexsen Pruet in Anticipation of Litigation (FRCP 26(b)(4)(D)) | Communiciations with non-testifying consultant engaged by Nexsen Pruet for advice and technical assistance in mapping process. | Attorney opinions and mental impressions related to mapping prepared in anticipation of litigation. |
| Redistricting Process | 8/1/2021 - 1/26/2022 | Judge Billy Wilkins, Mark Moore, Jennifer Hollingsworth, Andrew Mathias, Konstantine Diamaduros, Hamilton Barber, Erica Wells, Shannon Lipham, and Michael Parente | James Lucas, Jay Jordan, Chris Murphy, Patrick Dennis, Haley Mottel, Emma Dean | Communications with clients regarding legal advice as to the process, procedures and best practices for redistricting in anticipation of litigation. | Attorney opinions and mental impressions on matters relative to redistricting process, including legal research and analysis writings; advice on legal requirements and process in anticipation of and during subsequent litigation. |
| Retained Testifying Experts | 9/13/2021 - Present | Mark Moore, Andrew Mathias, Konstantine Diamaduros, Hamilton Barber, and Michael Parente | Thomas Brunell, Sean Trende, and J. David Woodard | Communications with testifying experts retained for litigation regarding expert reports, rebuttals, and preparation for depositions. Communications for which privilege is not asserted have been produced per FRCP 26(b). | Attorney opinions and mental impressions related to expert witnesses in litigation. Documents or information for which protection is not asserted have been produced per FRCP 26(b). |
| Litigation Defense | 10/12/2021 - Present | Judge Billy Wilkins, Mark Moore, Jennifer Hollingsworth, Andrew Mathias, Cheryl Shoun, Konstantine Diamaduros, Hamilton Barber, Erica Wells, Shannon Lipham, Michael Parente, Rhett Ricard, and Clay | James Lucas, Jay Jordan, Chris Murphy, Patrick Dennis, Haley Mottel, Emma Dean | Communiciations with clients regarding on-going litigation and discovery issues, preparation for depositions, motions, and overall litigation strategy. | Attorney opinions and mental impressions on discovery and litigation, draft motions, legal research, and documents created for the purposes of litigation. |