# Exhibit B
## (Plaintiffs' April 15, 2022 Privilege Log)

| Privilege Log - SC NAACP v. McMaster, Case No. 3-21-cv-03302-JMC- TJH-RMG (D.S.C.) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Log # | Control Number | Control Beg Attach | Document Category | Author | Email from | Email Sent Date | Email To | Email CC | Date Time Created | Date Time Last Modified | File Name | Privilege | Privilege Description |
| 1 | KEY00000025 | KEY00000025 | Word Doc | Leo Murphy | | | | | 10/13/2021 19:22 | 2/2/2022 12:57 | South Carolina State Conference Updated Organizational Description for Legal Purposes.docx | AWP | Draft of organizational description of the SC State Conference of the NAACP |
| 2 | KEY00000031.0001 | KEY00000031 | Word Doc | Leo Murphy | | | | | 10/13/2021 19:22 | 2/2/2022 12:57 | South Carolina State Conference Updated Organizational Description for Legal Purposes.docx | AWP | Draft of the organizational description of the SC State Conference of the NAACP |
| 3 | HC00000924 | | Hard Copy | Leah Aden | Leah Aden [laden@naacpldf.org] | 10/1/2021 | Brenda Murphy [brendamurph@gmail.com], [REDACTED], Edward Fenster [efenster@naacpnet.org] | Somil Trivedi [strivedi@aclu.org], Dale Ho [dho@acul.org], Patricia Yan [pyan@aclu.org], Samantha Osaki [sosaki@aclu.org], Scredistrictingteam@naacpldg.org, Leah Aden [laden@naacpldg.org] | | | | AC | Communication between attorneys, client, and expert conveying legal advice, mental impressions, and opinions regarding potential litigation |

| Log # | Control Number | Control Beg Attach | Document Category | Email From | Email Sent Date | Email To | Email CC | Author | Date Time Created | Date Time Last Modified | File Name | Privlege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Privilege Log - SC NAACP v. McMaster, Case No. 3-21-cv-03302-JMC- TJH-RMG (D.S.C.) | | | | | | | | | | | | |
| 1 | KEY00000034.0006 | KEY00000034 | Word Doc | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting litigation talking points containing attorney thought process and impressions |
| 2 | KEY00000035.0006 | KEY00000035 | Word Doc | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting litigation talking point containing attorney thought process and impressions for the purpose of litigation |
| 3 | KEY00000038 | KEY00000038 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE829DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | Taiwan scott | | 2/2/2022 10:57 | Federal Complaint Advice (20).msg | AC/AWP | Confidential email chain requesting and providing legal advice of counsel regarding redistricting lawsuit containing attorney thoughts and impressions in anticipation of litigation. |
| 4 | KEY00000039 | KEY00000039 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE829DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | Taiwan scott | | 2/2/2022 10:57 | Federal Complaint Advice.msg | AC/AWP | Confidential email chain requesting and providing legal advice of counsel regarding redistricting lawsuit containing attorney thoughts and impressions in anticipation of litigation. |
| 5 | KEY00000065 | KEY00000065 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 2/2/2022 10:57 | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (24).msg | AC/AWP | Confidential Attorney-Client email communication updating clients on redistricting case containing attorney thoughts and impressions |
| 6 | KEY00000066 | KEY00000066 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 2/2/2022 10:56 | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication memorializing attorney-client discussion of lawsuit allegations. |
| 7 | KEY00000112 | KEY00000112 | Email | John Cusick [jcusick@naacpldf.org] | 10/12/2021 12:36 | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | | John Cusick | | 2/2/2022 10:54 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (17).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting lawsuit and about filing the initial lawsuit.  Communication contains attorney thoughts and impressions |
| 8 | KEY00000113 | KEY00000113 | Email | John Cusick [jcusick@naacpldf.org] | 10/10/2021 16:12 | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | | John Cusick | | 2/2/2022 10:54 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (22).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting lawsuit by providing an overview of allegations and issues involving an unrelated litigation.  Communication contains attorney thoughts and impressions. Communication was made in anticipation of litigation. |
| 9 | KEY00000114 | KEY00000114 | Email | Taiwan scott [taifr@hotmail.com] | 10/10/2021 14:26 | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org] | Taiwan scott | | 2/2/2022 10:54 | Re_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (23).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting lawsuit by providing an overview of allegations and issues involving an unrelated litigation.  Communication contains attorney thoughts and impressions. Communication was made in anticipation of litigation. |
| 10 | KEY00000115 | KEY00000115 | Email | Leah Aden [laden@naacpldf.org] | 10/10/2021 14:53 | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | | 2/2/2022 10:54 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting lawsuit by providing an overview of allegations and issues involving an unrelated litigation.  Communication contains attorney thoughts and impressions. Communication was made in anticipation of litigation. |

| Log # | Control Number | Control Beg Attach | Document Category | Email From | Email Sent Date | Email To | Email CC | Author | Date Time Created | te Time Last Modifi | File Name | Privlege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | KEY00000132.0001 | KEY00000132 | Email | Taiwan scott [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=00067FFE829DC560] | 10/10/2021 22:39 | Rosa Raspaldo [rraspaldo@pritchardlawgroup.com];Edward Pritchard [epritchard@pritchardlawgroup.com] | | Taiwan scott | 1/23/2022 15:32 | 1/23/2022 15:32 | Federal Complaint Advice.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting lawsuit by providing an overview of allegations and issues involving an unrelated litigation.  Communication contains attorney thoughts and impressions. Communication was made in anticipation of litigation. |
| 12 | KEY00000132.0007.0006 | KEY00000132 | Email | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting lawsuit talking points containing attorney thought process and impressions |
| 13 | KEY00000132.0008.0006 | KEY00000132 | Word Doc | | | | | Elias | 10/12/2021 13:07 | 10/22/2021 15:54 | South Carolina Redistricting Talking Points DRAFT_v1.docx | AWP | Attorney Work Product re South Carolina redistricting lawsuit talking points containing attorney thought process and impressions |
| 14 | KEY00000134.0001 | KEY00000134 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | 1/23/2022 15:30 | 1/23/2022 15:30 | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email communication memorializing attorney-client discussion of lawsuit allegations. |
| 15 | KEY00000135.0001 | KEY00000135 | Email | Leah Aden [laden@naacpldf.org] | 10/9/2021 15:49 | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | 1/23/2022 15:30 | 1/23/2022 15:30 | LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (24).msg | AC/AWP | Confidential Attorney-Client email communication memorializing attorney-client discussion of lawsuit allegations. |
| 16 | KEY00000138.0017 | KEY00000138 | Email | John Cusick [jcusick@naacpldf.org] | 10/12/2021 12:36 | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (17).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on filing the amended complaint and talking points.  Communication ontainis attorney thought process and impressions |
| 17 | KEY00000138.0018 | KEY00000138 | Email | John Cusick [jcusick@naacpldf.org] | 10/10/2021 16:12 | Taiwan scott [taifr@hotmail.com];Leah Aden [laden@naacpldf.org] | | John Cusick | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (22).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting lawsuit by providing an overview of allegations and issues involving an unrelated litigation.  Communication contains attorney thoughts and impressions. Communication was made in anticipation of litigation. |
| 18 | KEY00000138.0019 | KEY00000138 | Email | Taiwan scott [taifr@hotmail.com] | 10/10/2021 14:26 | Leah Aden [laden@naacpldf.org] | John Cusick [jcusick@naacpldf.org] | Taiwan scott | 1/23/2022 15:29 | 1/23/2022 15:29 | Re_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps (23).msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting lawsuit by providing an overview of allegations and issues involving an unrelated litigation.  Communication contains attorney thoughts and impressions. Communication was made in anticipation of litigation. |
| 19 | KEY00000138.0021 | KEY00000138 | Email | Leah Aden [laden@naacpldf.org] | 10/10/2021 14:53 | Taiwan scott [taifr@hotmail.com] | John Cusick [jcusick@naacpldf.org];Leah Aden [laden@naacpldf.org] | Leah Aden | 1/23/2022 15:29 | 1/23/2022 15:29 | RE_ LDF_ SC NAACP_ ACLU_ and ACLU of SC Proposed Redistricting Maps.msg | AC/AWP | Confidential Attorney-Client email chain communication updating clients on redistricting lawsuit by providing an overview of allegations and issues involving an unrelated litigation.  Communication contains attorney thoughts and impressions. Communication was made in anticipation of litigation. |
| 20 | KEY00000142.0014.0001 | KEY00000142 | Word Doc | | | | | User | 8/26/2018 11:18 | 8/26/2018 11:50 | 180826 Questions for House candidates.docx | AWP | Attorney Work Product (draft) re South Carolina redistricting forum containing attorney thought process and impressions |