# Exhibit E
**(Hauger e-mail with Caliper – SC_HOUSE_103153-54)**

| | |
|---|---|
| **Message** | |
| From: | Tracy Horgan [tracy@caliper.com] |
| Sent: | 6/30/2021 4:05:08 PM |
| To: | Thomas Hauger [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c4c7fa3214a455c954f6889f9521c71-Thomas Haug] |
| Subject: | Re[2]: Question about State data file pricing |

Hi, Thomas,

Thank you for your message. We have heard from someone at Nexus Pruet and provided them with pricing.

Best regards,

Tracy Horgan
**Director, Redistricting Services | Caliper Corporation**

1172 Beacon St, Ste 300 • Newton MA 02461 USA
Direct: 617-431-4155 • Main: 617-527-4700
tracy@caliper.com • www.redistricting.com
*Maptitude for Redistricting is the ultimate tool for effective redistricting*

------ Original Message ------
From: "Thomas Hauger" <ThomasHauger@schouse.gov>
To: "Tracy Horgan" <tracy@caliper.com>
Sent: 6/30/2021 11:54:47 AM
Subject: RE: Question about State data file pricing

**EXTERNAL EMAIL from ThomasHauger@schouse.gov**
I do not know the consultant's name off the top of my head, but the firm we have hired to assist us is Nexus Pruitt based in Columbia, SC.

Speaking of Nexus Pruitt, someone from their office is planning on reaching out to you soon with a question about the release of data from a legal standpoint.

**From:** Tracy Horgan <tracy@caliper.com>
**Sent:** Wednesday, June 30, 2021 11:07 AM
**To:** Thomas Hauger <ThomasHauger@schouse.gov>
**Subject:** Re: Question about State data file pricing

Hi, Thomas,

Thank you for your message. Can you tell me who the consultant is?

Best regards,

Tracy Horgan
**Director, Redistricting Services | Caliper Corporation**

1172 Beacon St, Ste 300 • Newton MA 02461 USA
Direct: 617-431-4155 • Main: 617-527-4700
tracy@caliper.com • www.caliper.com
*Maptitude for Redistricting is the ultimate tool for effective redistricting*

------ Original Message ------
From: "Thomas Hauger" <ThomasHauger@schouse.gov>
To: "Tracy Horgan" <tracy@caliper.com>
Sent: 6/29/2021 2:47:33 PM
Subject: Question about State data file pricing

**EXTERNAL EMAIL from ThomasHauger@schouse.gov**
Tracy,

Our legal team has hired a geographic consultant to assist us with our future legal case. The consultant already has Maptitude for Redistricting installed, and has licenses for a couple of different states, but they do not have South Carolina. We would like to know how we can get them the South Carolina data files for the lowest possible costs whether this would be purchasing the state individually, or getting an additional software license for them. Please let me know the differences in the potential pricing. Thank you in advance for your assistance.

Thomas Hauger
Data and GIS Director - Redistricting
South Carolina House of Representatives
Blatt Bldg. 315
W: 803-212-6981
C: 704-249-5800