# Exhibit H
## (October 8, 2021 Cusick Email - SCLWV_SUB_0045555-56)

Message
---

**From:** John Cusick [jcusick@naacpldf.org]
**Sent:** 10/8/2021 8:08:06 PM
**To:** Brenda C. Murphy [brendacmurph@gmail.com]; Charles Boykin [cjboykin@boykinlawsc.com]; Dale Ho [dho@aclu.org]; Somil Trivedi [strivedi@aclu.org]; Patricia Yan [pyan@aclu.org]; Samantha Osaki [sosaki@aclu.org]; Lynn Teague [teaguelynn@gmail.com]; Sue Berkowitz [SBerk@scjustice.org]; Brett Bursey [brett@scpronet.com]; Allen Chaney [achaney@aclusc.org]; Chris Bryant [chris@boroughsbryant.com]; Adair Boroughs [adair@boroughsbryant.com]
**CC:** SC Redistricting Team [SCredistrictingteam@naacpldf.org]
**Subject:** FW: Follow-up Letter to the House Redistricting Ad Hoc Committee
**Attachments:** Letter from Ch. Murphy 10.8.21.pdf

Good afternoon, all,

Please find attached the House Ad Hoc Redistricting Committee's response to our September 27 joint letter. Below are a couple of written confirmation details:

• The Committee will continue to accept proposed maps submitted by the public at least until the map room closes on November 5. But there is also a statement that the Committee will post on its website a date after November 5 when the website will no longer receive public submissions.
• The map room will be open from October 4 and open to at least November 5. It'll be available to House members and delegations by appointment.
• After the map room closes, the Committee will develop and propose a draft plan that will be posted for public review and comment prior to action by the Judiciary Committee, hopefully by late November 2021.
o Then the Judiciary Committee will proceed to consider and approve a plan for consideration by the full House membership. Chair Murphy understands the full House may return for a special session to consider a redistricting plan at "some point in December 2021."
• Chair Murphy notes the redistricting timeline has been delayed by a number of factors beyond its control, including the release of the 2020 U.S. Census data results.

Many thanks,
John

---

**From:** House Redistricting <Redistricting@schouse.gov>
**Sent:** Friday, October 8, 2021 3:38 PM
**To:** John Cusick <jcusick@naacpldf.org>
**Subject:** RE: Follow-up Letter to the House Redistricting Ad Hoc Committee

[Caution: EXTERNAL EMAIL]

Please see attached.

**From:** John Cusick <jcusick@naacpldf.org>
**Sent:** Monday, September 27, 2021 8:10 PM
**To:** House Redistricting <Redistricting@schouse.gov>
**Cc:** James H. "Jay" Lucas <JayLucas@schouse.gov>; Tommy Pope <TommyPope@schouse.gov>; Gary Simrill <GarySimrill@schouse.gov>; Todd Rutherford <ToddRutherford@schouse.gov>; Chris Murphy <ChrisMurphy@schouse.gov>; Pat Henegan <PatHenegan@schouse.gov>; Ivory Thigpen <IvoryThigpen@schouse.gov>; Leah Aden <laden@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Raymond Audain <raudain@naacpldf.org>; John Cusick <jcusick@naacpldf.org>; Steven Lance <slance@naacpldf.org>; Evans Moore <emoore@naacpldf.org>; strivedi@aclu.org; Patricia Yan <pyan@aclu.org>; Samantha Osaki <sosaki@aclu.org>; achaney@aclusc.org; Brenda Murphy <brendacmurph@gmail.com>; Lynn Teague <teaguelynn@gmail.com>; Sue Berkowitz <SBerk@scjustice.org>;

Brett Bursey <brett@scpronet.com>; efenster@naacpnet.org; Frank Knaack <fknaack@aclusc.org>
**Subject:** Follow-up Letter to the House Redistricting Ad Hoc Committee

Dear Chair Jordan and Committee Members:

Please see the attached correspondence from the NAACP Legal Defense and Educational Fund, Inc., American Civil Liberties Union, ACLU of South Carolina, South Carolina State Conference of the NAACP, League of Women Voters of South Carolina, South Carolina Appleseed Legal Justice Center, and South Carolina Progressive Network Education Fund.

As discussed in more detail therein, we write to reiterate our grave concern with the Committee's failure to provide transparency and opportunities for meaningful public participation in advance of any vote on state legislative plans, and to ask additional questions about how the Committee plans to proceed during the redistricting cycle that is now underway.

Thank you for considering our questions and concerns. We look forward to your response.

Sincerely,
John Cusick

**John S. Cusick** (he/him/his)
**Assistant Counsel**
**NAACP Legal Defense and Educational Fund, Inc.**
40 Rector Street, 5th Floor, New York, NY 10006
917.858.2870 (c) ▪ jcusick@naacpldf.org ▪ @johnscusick
www.naacpldf.org



PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.