# Exhibit C



SC STATE CONFERENCE NAACP
6111 NORTH MAIN STREET
COLUMBIA, SOUTH CAROLINA 29203

REAPPORTIONMENT COMMITTEE MEETING

CO-CHAIRS: MR. CHARLES BOYKIN, ESQUIRE
MR. STEVE LOVE

---

MONDAY, JULY 19, 2021

5:00 P.M.

**AGENDA**

Opening Prayer

Welcome and Introduction

Roll Call

Approval of June 21, 2021, Minutes

Discussion
Identification of targeted areas to serve – Attorney Leah Aden, LDF

Branch perspective – Ms. Elizabeth Kilgore, Sumter Branch NAACP (report deferred due to death in family)

Preparation for public input during the redistricting process – Minister Evans Moore, Jr. LDF

Frequency of meetings

Questions and Answers

Next Meeting and Closing Prayer

Adjournment



**SC State Conference NAACP**

6111 North Main Street

Columbia, South Carolina 29203

**Reapportionment Committee Meeting Minutes**

Co-Chairs: Mr. Charles Boykin, Esquire
Mr. Steven Love

---

5:00 P.M., Monday, June 21, 2021

**Call to Order and Opening Prayer.** The Reapportionment Committee was called to order with an opening prayer by Co-Chair Attorney Charles Boykin at 5:00 P.M.

**Welcome and Introduction of New Persons:** Attorney Boykin welcomed committee members present.

**Roll Call.** Present were: 1) Mrs. Brenda Murphy; 2) Attorney Charles Boykin; 3) Ms. Amelia Glisson; 4) Ms. Jennifer Tague; 5) Dr. John Ruoff; 6) Ms. Elizabeth Kilgore; 7) Dr. Eloise Fomby-Denson; 8) Mr. Evans Moore; 9.) Attorney Sam Osaki; 10) Attorney Patricia Yan; 11) Attorney Steven Lance; 12) Attorney Dale Ho; 13) Mr. Charles Mann 14) Mr. Josh Asabor; 15) Mr. Ronak Patel; 16) Ms. Rachael Wyant; 17) Attorney Adriel Cepeda; 18) Attorney Leah Aden; 19) Attorney John Cusick 20) Ms. Casey Smith

**Approval of June 21, 2021, Meeting Minutes**. Co-Chair Boykin asked if there were any corrections or changes to the minutes, being none, Ms. Elizabeth Kilgore motioned to accept the minutes as presented, seconded by Dr. Eloise Denson, and affirmed by a majority vote of committee members present.

**Overview**

Attorney Adriel Cepeda, ACLU and Attorney Leah Aden, LDF provided an Overview of two Redistricting options for members of the committee to think about.

Attorney Cepeda stated their desire is to ensure that the SC maps that come out of this cycle are as fair and equitable as possible. SC black voter age and population (BVAP) is 26.6% voting population. It is desired for representation to be proportional to the 26.6%. The current representational gap is 12%.

Attorney Leah Aden (LDF) stated that following the 2010 Census the SC State Conference and ACLU offered a Congressional Map that included 2 majority black districts and other proposal offered. They have been studying the data (demographic and voting patterns) and looking for ways to create an additional majority black district or is that not possible.

Attorney Charles Boykin asked would a second majority black district adversely impact the one we have and to what extent? Attorney Aden stated that they would never suggest anything that would make the existing district not perform or black voters ineffective.

Attorney Boykin then asked as a community-based organization how do we increase our return? How to better our target our message, our people, our mobilization? Attorney Aden responded that when new districts are created, and communities are aware that it is being created it does foster increased participation and awareness. She also, said that a publication information campaign should be developed around what we want to win. There should be a strategy around local branches and others to make sure they are activated to be part of this discussion.

Attorney Aden said the Census release date is no later than the end of September. Currently, they are relying on 2010 data and projections. Maps should be able to be shared by our next monthly meeting.

Attorney Cepeda, the current black majority district (Congressional District 6) could be unpacked to make surrounding districts (Congressional Districts 1&7) more competitive. Currently District 6 is made up of 56% black voters. The maps could be more competitive to close the (12%) representational gap mentioned earlier.

The difference between what Attorney Cepeda is recommending verses what Attorney Aden is recommending is that we would not be creating a second majority black district, but rather making the other districts more competitive.

Mr. Charles Mann, asked where the population shifts are occurring within the state that is adding to Attorney Cepeda methodology? Attorney Cepeda replied big shifts have occurred along the coast. Congressional District 1 is overpopulated, and Congressional District 6 is underpopulated. Dr. John Ruoff stated there are four large areas of growth, all white areas. Along the coast top and bottom, Rock Hill, Lancaster and Greenville. Attorney Aden stated that they will look at elections (county and area specific) and bring the information back for discussion.

Attorney Cepeda clarified that the unpacking he spoke of is not a strategy for a second majority black district. It would be to ensure that the current Congressional District 6 continues to perform but that District 1 or other surrounding districts are competitive.

1.) We don't see an obvious representational gap in the State House. Based on the 26.6% of black voters we should have 33 black representatives to be proportional and it has 34
2.) The Senate needs just one more seat to be held by a black candidate for it to be proportional.
3.) Identified Senate Districts with high black voter numbers, the concern is the legislature will move even more blacks to those districts thus making them even safer for white republican candidates. There is a concern that House Districts performing well may be targeted. Something more concrete to share later in the summer.

President Murphy asked Dr. Ruoff how to ensure that we are all on the same page? Dr. Ruoff responded that LDF is looking at a number of local districts. Branches to start surfacing areas of concern for them. LDF and Dr. Ruoff are looking at the data, and being in touch with the ACLU, LDF on a regular basis.

Attorney Aden agreed for the need to be in contact on a regular basis. There is too much to survey, particularly on the localities so we do need to divide and conquer. They are coordinating with the State Legislative bodies. Right now, some things need to be set up and put in place to protect confidences, conversations, data and information they are preparing and potentially sharing.

President Murphy stressed the importance of a collaborative effort. Attorney Boykin reiterated that there is a solid interface between the redistricting effort and what is happening with the branches. The branches have been trained and prepared and we want to make sure the effort is coordinated. Attorney Boykin continued that the State Conference Leadership has been preparing the branches to serve in the capacity we are discussing today.

Mr. Mann, asked if local community organizations will be brought into the consensus that President Murphy referenced. Attorney Boykin stated the effort is to improve our coordination. He then suggested that at an upcoming meeting, do a general overview of what the NAACP plans and how we are working with our branches and other organizations, to allow folks such as Mr. Mann to see how they can fit in on the local level with the work that is being done.

President Murphy, questioned the need to meet more frequently.

Attorney Boykin requested for a branch representative to speak about their redistricting efforts. t. President Murphy asked Ms. Kilgore to speak at the next meeting.

Attorney Aden asked what would be the best way to meet with branches, what is a good way to tap into branches? President Murphy stated we need to identify specific district needs.

Attorney Aden asked if there was a need for training for letter writing and testimonies. Attorney Boykin stated that training on testimony and getting the community attuned to the preparation would be incredibly helpful.

**Next Committee Meeting Date.** Monday, July 19, 2021, at 5:00 P.M.

**Closing Prayer.** Closing Prayer by Co-Chair: A Charles Boykin

**Adjournment.** Ms. Elizabeth Kilgore motioned to adjourn, seconded by Ms. Jennifer Tague, Reappointment Committee Meeting closed at 6:00 P.M.

Respectfully submitted,
Eloise Fomby-Denson, Assistant Secretary

## Meeting Attendees Contact Information

Mrs. Brenda C. Murphy, President SC State Conference NAACP, brendacmurph@gmail.com 803.754.4584

Attorney Charles Boykin, Co-Chair Reapportionment Committee, cboykin@boykinlawsc.com

Ms. Amelia Glisson, SC State Conference NAACP, aglisson@scnaacp.org 803.754.458

Dr. Eloise Fomby-Denson, SC State Conference NAACP, eloisefdenson@gmail.com 256.404.2061

Ms. Elizabeth Kilgore, SC State Conference NAACP, ekilgore@twc.com 803.068.0181

Mr. Evans Moore, NAACP Legal Defense and Educational Fund, Inc. emoore@naacpldf.org 202.682.1300

Attorney Adriel I. Cepeda Derieux, ACLU, ACepedaDerieux@aclu.org 212.284.7334

Attorney Dale Ho, ACLU, dho@aclu.org

Mr. Josh Asabor, ACLU
Ms. Rachael Wyant, NAACP Legal Defense and Educational Fund, Inc.

Mrs. Jennifer Tague, Field Director SC AFL-CIO, jtague@scaflcio.org 803.600.4751

Dr. John Ruoff, League of Women Voters-SC, Ruoff@theruoffgroup.com 803.603.3224.

Attorney Leah Aden, NAACP Legal Defense and Educational Fund, Inc., laden@naacpldf.org

Attorney John Cusick, NAACP Legal Defense and Educational Fund, Inc., jcusick@naacpldf.org 917.858.2870

Attorney Steven Lance, NAACP Legal Defense and Educational Fund, Inc., slance@naacpldf.org

Attorney Sam Osaki, ACLU, sosaki@aclu.org

Attorney Patricia Yan, ACLU, pyan@aclu.org

Mr. Charles Mann, The Upstate Action Alliance Charles.mann4567@gmail.com 240.319.2094
Mr. Ronak Patel, ACLU
Ms. Casey Smith, ACLU