# Exhibit D

| | |
|---|---|
| **From:** | Chris Bryant |
| **To:** | zzz.External.MMoore@nexsenpruet.com; Hollingsworth, Jennifer J.; Mathias, Andrew A.; zzz.External.KDiamaduros@nexsenpruet.com; zzz.External.Mparente@nexsenpruet.com; Barber, Hamilton B. |
| **Cc:** | Fenster, Edward; zzz.External.achaney@aclusc.org; zzz.External.strivedi@aclu.org; zzz.External.jcusick@naacpldf.org; Freedman, John A.; Hindley, John |
| **Subject:** | AEO: Identifying Membership Information |
| **Date:** | Friday, April 15, 2022 6:50:22 PM |
| **Attachments:** | 4-15-22_Order 211 Disclosure Final_NAACP - ATTORNEYS' EYES ONLY - SUBJECT TO AEO ORDER.pdf |

<div style="border:1px solid red; display:inline-block; padding:2px;">External E-mail</div>

Counsel,

Attached please find, produced pursuant to Court order, a list identifying individual members of The South Carolina State Chapter of the NAACP who live in the House districts that are challenged in this lawsuit. This list has been produced for standing purposes, and is subject to an attorneys' eyes only review. This list does not purport to be a full list of State Chapter members who live in each of the challenged districts.

Thank you,

Chris



**Christopher J. Bryant | Partner**
**BOROUGHS BRYANT, LLC**
1122 Lady Street, Suite 208 | Columbia, SC 29201
**E:** chris@boroughsbryant.com | **C:** 843.779.5444