**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>               Plaintiffs,<br><br>    v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>               Defendants. | Civil Action No. 3:21-cv-03302-MBS-TJH-RMG<br><br><br>**NOTICE TO PANEL REGARDING HOUSE DEFENDANTS' SUPPLEMENTAL DISCOVERY RESPONSES** |

Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official capacity as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "**House Defendants**"), by and through undersigned counsel, hereby file this

Notice to supplement the response in opposition to Plaintiffs' Motion captioned "Motion Regarding Ongoing Noncompliance with the Court's Discovery Orders" (ECF No. 253) and in an effort to be fully upfront with the Court.

In that filing, undersigned counsel represented that production of certain legislators' personal communications made pursuant to this Panel's Order (ECF No. 222) were made well before any affected depositions, and that this production was made Saturday, April, 30, 2022 (the "Saturday Production").[1] (*See* ECF No. 253 at 3-5;8). However, this morning while reviewing potential exhibits to Chairman Chris Murphy's deposition,[2] undersigned counsel realized that the Saturday Production did not include approximately 18 of Chairman Murphy's text messages intended for production. This omission was inadvertent and these text messages were produced immediately. *See* May 3, 2022 Production Letter, attached as **Exhibit A**.

At the outset of discovery the Parties agreed to provide to opposing counsel documents to be used in a deposition two days in advance of the deposition.[3] Given that this supplemental production was made roughly 24 hours in advance of Chairman Murphy's deposition, undersigned counsel offered to accommodate opposing counsel taking Chairman Murphy's deposition with whatever time necessary to cure any prejudice that the inadvertent failure to produce these text messages may have caused. Opposing counsel does not believe any accommodations are necessary, but undersigned counsels' offer stands.

*[Signature Page Below]*

---

[1] The Saturday Production contained 115 documents totaling 1,291 pages, including many text messages from Chairman Murphy.

[2] Chairman Murphy's deposition is scheduled for tomorrow, May 4, 2022.

[3] Given the compressed schedule in this case, the parties agreed to the two-day period even though Local Rule 30.04(H) provides for seven days.

Respectfully submitted,

*/s/ Mark C. Moore*
Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica H. Wells (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EWells@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

*Attorneys for James H. Lucas, Chris Murphy, and Wallace H. Jordan*

May 3, 2022
Columbia, South Carolina