# Exhibit A
*(May 3, 2022 Production Letter)*

**NEXSEN|PRUET**

Michael A. Parente<br>Associate

May 3, 2022

**DELIVERED VIA EMAIL**

Christopher Bryant
Boroughs Bryant LLC
1122 Lady St. Ste. 208
Columbia, SC 29201

   Re: S.C. State Conf. of the NAACP and Taiwan Scott v. Alexander, et al.,
      Docket No. 3:21-cv-03302-MBS-TJH-RMG (D.S.C.)
      House Defendants' Sixteenth Production

Dear Chris:

On behalf of Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc Committee) (collectively, the "House Defendants"), we are producing a sixteenth set of documents to Plaintiffs. The production is being made pursuant to the Panel's April 13, 2022 Order (ECF No. 222) directing the production of communications such as personal email accounts and text messages. This production is made pursuant to the protest and reservations previously noted on the basis of legislative privilege. This contains additional text messages from Chairman Chris Murphy, which were inadvertently left off the fifteenth production made on Saturday April 30, 2022. After Mr. Moore reviewed the list of potential exhibits to be covered in Representative Murphy's deposition tomorrow (these were sent by Ms. Ramer late last night), we realized that 18 arguably responsive text communications were omitted from this weekend's production. Mr. Moore called Ms. Ramer immediately and those documents were produced directly to Ms. Ramer at 11:33 AM today.

In addition, this production has been loaded to the FTP site for all counsel of record for Plaintiffs and the previously enumerated counsel for defendants. If counsel for the other defendants request that we provide copies of the productions to additional counsel, please let us know. The production includes 18 documents totaling 18 pages Bates

Austin
Charleston
Charlotte
**Columbia**
Greensboro
Greenville
Bluffton / Hilton Head
Myrtle Beach
Raleigh

1230 Main Street
Suite 700 (29201)
PO BOX 2426
Columbia, SC 29202
www.nexsenpruet.com

**T** (803) 253-8247
**F** 803.253.8277
**E** MParente@nexsenpruet.com
Nexsen Pruet, LLC
**Attorneys and Counselors at Law**

May 3, 2022
Page 2

labelled **SC_HOUSE_0110879 – SC_HOUSE_0110896**. There are 18 redactions made on the basis of non-responsiveness to Plaintiffs' Requests for Production.

In addition, we intend to provide a production later today with the personal communications of Representative Jason Elliot. We will be providing a copy of this letter to the Panel in a filing today.

Please let us know if you have any questions or concerns.

Sincerely,

Michael A. Parente

cc: Counsel of Record