**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 3:21-cv-03302-MBS-TJH-RMG<br><br>THREE-JUDGE PANEL<br><br>**EXPERT REBUTTAL DISCLOSURES BY PLAINTIFFS (CONGRESSIONAL MAP)** |

Plaintiffs The South Carolina State Conference of the NAACP, and Taiwan Scott (collectively, "Plaintiffs"), by and through undersigned counsel, hereby identify thefollowing persons they expect to call as experts at trial on the Congressional Map:

Joseph Bagley, Ph.D.
Assistant Professor of History
Perimeter College
Georgia State University
239 Cedar Lane,
Covington, GA 30014
jbagley3@gsu.edu

Baodong Liu, Ph.D.
Professor of Political Science
University of Utah
260 S. Central Campus Drive, Room 252
Salt Lake City, UT 84112
baodong.liu@utah.edu

Moon Duchin, Ph.D.
Professor of Mathematics
Tufts University
33 Royal Ave #1
Cambridge, MA 02138
the.redistricting.lab@gmail.com

Jordan Ragusa, Ph.D.
Associate Professor of Political Science
College of Charleston
J.C. Long Building, Room 206
Charleston, SC 29401
RagusaJM@cofc.edu

Kosuke Imai, Ph.D.
Professor of Government and Statistics
1737 Cambridge Street
Institute for Quantitative Social Science
Harvard University
Cambridge, MA 02138
Imai@Harvard.edu

Plaintiffs certify that written rebuttal reports prepared and signed by Drs. Bagley, Liu, Ragusa, and Duchin, including all information required by Fed. R. Civ. P. 26(a)(2)(B), were disclosed to Defendants on May 4, 2022.

Dated: May 5, 2022

Leah C. Aden\*\*
Stuart Naifeh\*\*
Raymond Audain\*\*
John S. Cusick\*\*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Antonio L. Ingram II\*\*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux\*\*
Samantha Osaki\*\*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman\*\*
Elisabeth S. Theodore\*
Adam Pergament\*\*
Gina M. Colarusso\*\*
John M. Hindley\*\*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com


\* Motion for admission *Pro Hac Vice* forthcoming

\*\* Admitted *Pro Hac Vice*

Respectfully submitted,

/s/ Christopher J. Bryant
Christopher J. Bryant, Fed. ID 12538
BOROUGHS BRYANT, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi\*\*
Patricia Yan\*\*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Jeffrey A. Fuisz\*\*
Paula Ramer\*\*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll\*\*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

3

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 5, 2022, a true and correct copy of the foregoing was served on all counsel of record by electronic mail.

/s/ *Christopher Bryant*
Christopher Bryant