IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. ALEXANDER, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-03302-TJH-MBS-RMG<br><br>**AMENDED CONFERENCE AND SCHEDULING ORDER** |

This matter comes before the Court on the parties' joint consent motion to extend the deadlines for identifying rebuttal experts and producing expert reports set forth in the Court's Scheduling Order for the trial on Plaintiffs' challenge to the congressional reapportionment plan. (Dkt. No. 246). The Court grants the parties' joint consent motion and amends the scheduling order regarding the trial on the congressional reapportionment plan as follows:

4. Plaintiffs' rebuttal experts are due on **May 4, 2022**.[1]

5. Defendants' rebuttal experts are due on **May 4, 2022.**

6. Discovery shall be completed no later than **August 12, 2022.**

7. All motions other than (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, shall be filed no later than **August 19, 2022.**

---

[1] Concurrent with the identification of each expert and subject matter, each party shall serve (but not file): 1) a complete copy of the most recent curriculum vitae of each expert or a detailed summary of his qualifications to testify on each identified subject; 2) (a) a complete statement of all opinions to be expressed by each expert and the basis and reasons therefor; (b) the data and other information considered by the expert in forming the opinions, (c) any exhibits to be used as a summary of or support of the opinions, and (d) citations of any treatise, text, or other authority upon which each expert expressly relied; and 3) a copy of each expert's report if a report has been prepared.

8. No later than **August 26, 2022**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within seven (7) working days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

9. Motions in limine are due by **September 2, 2022**. Responses are due by **September 9, 2022**.

10. Pretrial Conference will be held on **September 23, 2022.**

11. This case will be called for bench trial on **September 27, 2022.**[2]

12. Proposed Findings of Fact and Conclusions of law are due **October 21, 2022**.

**AND IT IS SO ORDERED**.

*[signature]*
United States Circuit Judge

*[signature]*
United States District Judge

---

[2] The trial will commence on Tuesday, September 27, 2022, to avoid conflict with the Jewish holiday of Rosh Hashanah. The case will continue from day to day until completed. The Panel doubts the parties will require 10 days of trial time because of the limited scope of the challenge to the congressional reapportionment plan. Should the trial run beyond Tuesday, October 4, 2022, the Panel will recess the trial on October 5, 2022 to avoid a conflict with the Jewish holiday of Yom Kippur.

                                                                           United States District Judge

May 5, 2022  
Columbia, South Carolina