# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>House Defendants,<br><br>vs.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>Defendants. | Case No. 3:21-cv-03302-MBS-TJH-RMG<br><br>**HOUSE DEFENDANTS JAMES H. LUCAS, CHRIS MURPHY, AND WALLACE H. JORDAN'S EXHIBIT LIST** |

HOUSE DEFENDANTS' EXHIBIT LIST
SC NAACP v. Alexander, et al.

| Exhibit # | Description | Beginning Bates # |
|---|---|---|
| 1 | Expert Report of Sean P. Trende, J.D., M.A.S. | |
| 2 | Expert Rebuttal Report of Sean P. Trende, J.D., M.A.S. | |
| 3 | Curriculum Vitae of Sean P. Trende, J.D., M.A.S. | |
| 4 | Expert Report of Thomas L. Brunell, Ph.D. | |
| 5 | Expert Rebuttal Report of Thomas L. Brunell, Ph.D. | |
| 6 | Curriculum Vitae of Thomas L. Brunell, Ph.D. | |
| 7 | Expert Report of J. David Woodard, Ph.D. | |
| 8 | Curriculum Vitae of J. David Woodard, Ph.D. | |
| 9 | *Transcript of February 10, 2022 Deposition of Joseph M. Bagley, Ph.D., inclusive of all relevant and admissible portions and exhibits | |
| 10 | *Transcript of February 9, 2022 Deposition of Moon Duchin, Ph.D., inclusive of all relevant and admissible portions and exhibits | |
| 11 | *Transcript of February 10, 2022 Deposition of Kosuke Imai, Ph.D., inclusive of all relevant and admissible portions and exhibits | |
| 12 | *Transcript of February 14, 2022 Deposition of Baodong Liu, Ph.D., inclusive of all relevant and admissible portions and exhibits | |
| 13 | *Transcript of February 10, 2022 Deposition of Jordan M. Ragusa, Ph.D., inclusive of all relevant and admissible portions and exhibits | |
| 14 | *Transcript of April 1, 2022 Deposition of Representative Wendy Brawley, inclusive of all relevant and admissible portions and exhibits | |
| 15 | *Transcript of April 12, 2022 Deposition of John C. Ruoff, Ph.D., inclusive of all relevant and admissible portions and exhibits | |
| 16 | Transcript of February 4, 2022 Deposition of Brenda Murphy, inclusive of all relevant and admissible portions and exhibits | |
| 17 | Transcript of Continued Deposition of Brenda Murphy on April 14, 2022, inclusive of all relevant and admissible portions and exhibits | |
| 18 | *Transcript of April 14, 2022 SC NAACP 30(b)(6) Deposition of Brenda Murphy, inclusive of all relevant and admissible portions and exhibits | |
| 19 | SC NAACP Reapportionment Committee Meeting-July 19 Agenda | |

HOUSE DEFENDANTS' EXHIBIT LIST
SC NAACP v. Alexander, et al.

| | | |
|---|---|---|
| 20 | *SC NAACP Reapportionment Committee Meeting-June 21 Minutes | |
| 21 | *SC NAACP Reapportionment Committee Meeting-July 26 Agenda | |
| 22 | *SC NAACP Reapportionment Committee Meeting-August 5 Agenda | |
| 23 | *SC NAACP Reapportionment Committee Meeting-July 26 Minutes | |
| 24 | *SC NAACP Reapportionment Committee Meeting-July 26 Minutes | |
| 25 | *SC NAACP Reapportionment Committee Meeting-July 26 Minutes | |
| 26 | *SC NAACP Reapportionment Committee Meeting-August 12 Agenda | |
| 27 | *SC NAACP Reapportionment Committee Meeting-August 26 Agenda | |
| 28 | *SC NAACP Reapportionment Committee Meeting-September 2 Agenda | |
| 29 | *SC NAACP Reapportionment Committee Meeting-September 16 Agenda | |
| 30 | *SC NAACP Reapportionment Committee Meeting-September 23 Agenda | |
| 31 | *SC NAACP Reapportionment Committee Meeting-September 30 Agenda | |
| 32 | *SC NAACP Reapportionment Committee Meeting-October 7 Agenda | |
| 33 | *SC NAACP Reapportionment Committee Meeting-October 21 Agenda | |
| 34 | *SC NAACP Reapportionment Committee Meeting-July 23 Minutes | |
| 35 | *SC NAACP Reapportionment Committee Meeting-June 26 Minutes | |
| 36 | *SC NAACP Reapportionment Committee Meeting-September 16 Agenda | |
| 37 | *SC NAACP Reapportionment Committee Meeting-July 19 Agenda | |
| 38 | *SC NAACP Reapportionment Committee Meeting-June 21 Minutes | |
| 39 | *SC NAACP Reapportionment Committee Meeting-July 26 Agenda | |
| 40 | *SC NAACP Reapportionment Committee Meeting-July 19 Minutes | |
| 41 | *SC NAACP Reapportionment Committee Meeting-July 26 Minutes | |

HOUSE DEFENDANTS' EXHIBIT LIST
SC NAACP v. Alexander, et al.

| | | |
|---|---|---|
| 42 | *SC NAACP Reapportionment Committee Meeting-September 30 Agenda | |
| 43 | *SC NAACP Reapportionment Committee Meeting-July 26 Minutes | |
| 44 | *SC NAACP Reapportionment Committee Meeting-August 19 Agenda | |
| 45 | *SC NAACP Reapportionment Committee Meeting-October 21 Agenda | |
| 46 | *SC NAACP Reapportionment Committee Meeting-August 12 Agenda | |
| 47 | *SC NAACP Reapportionment Committee Meeting-June 26 Minutes | |
| 48 | *SC NAACP Reapportionment Committee Meeting-July 23 Minutes | SCLWV_SUB_0027383 |
| 49 | *SC NAACP Reapportionment Committee Meeting-August 26 Agenda | SCLWV_SUB_0029602 |
| 50 | *SC NAACP Reapportionment Committee Meeting-October 7 Agenda | SCLWV_SUB_0027154 |
| 51 | *SC NAACP Reapportionment Committee Meeting-September 2 Agenda | SCLWV_SUB_0044119 |
| 52 | *SC NAACP Reapportionment Committee Meeting-September 23 Agenda | SCLWV_SUB_0003637 |
| 53 | *SC NAACP Reapportionment Committee Meeting-January 26 Agenda | SCLWV_SUB_0027403 |
| 54 | *SC NAACP Reapportionment Committee Meeting-February 8 Agenda | SCLWV_SUB_0027740 |
| 55 | *SC NAACP Reapportionment Committee Meeting-February 15 Minutes | SCLWV_SUB_0029556 |
| 56 | *SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCLWV_SUB_0029558 |
| 57 | *SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCLWV_SUB_0028544 |
| 58 | *SC NAACP Reapportionment Committee Meeting-March 15 Agenda | SCLWV_SUB_0029637 |
| 59 | *SC NAACP Reapportionment Committee Meeting-February 22 Minutes | SCLWV_SUB_0043892 |
| 60 | *SC NAACP Reapportionment Committee Meeting-March 15 Agenda | SCLWV_SUB_0029503 |
| 61 | *SC NAACP Reapportionment Committee Meeting-February 22 Minutes | SCLWV_SUB_0027728 |
| 62 | *SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCLWV_SUB_0002892 |
| 63 | *SC NAACP Reapportionment Committee Meeting-April 19 Minutes | SCLWV_SUB_0002093 |

HOUSE DEFENDANTS' EXHIBIT LIST
SC NAACP v. Alexander, et al.

| | | |
|---|---|---|
| 64 | *SC NAACP Reapportionment Committee Meeting-April 19 Minutes | |
| 65 | *SC NAACP Reapportionment Committee Meeting Video | |
| 66 | *SC NAACP Reapportionment Committee Meeting Video | |
| 67 | *SC NAACP Reapportionment Committee Meeting Video | |
| 68 | *SC NAACP Reapportionment Committee Meeting Video | |
| 69 | *SC NAACP Reapportionment Committee Meeting Video | |
| 70 | *SC NAACP Reapportionment Committee Meeting Video | |
| 71 | *SC NAACP Reapportionment Committee Meeting Video | |
| 72 | *SC NAACP Reapportionment Committee Meeting Video | |
| 73 | *SC NAACP Reapportionment Committee Meeting Video | |
| 74 | *SC NAACP Reapportionment Committee Meeting Video | |
| 75 | *SC NAACP Reapportionment Committee Meeting Video | |
| 76 | *SC NAACP Reapportionment Committee Meeting Video | |
| 77 | *SC NAACP Reapportionment Committee Meeting Video | |
| 78 | *SC NAACP Reapportionment Committee Meeting Video | |
| 79 | *SC NAACP Reapportionment Committee Meeting Video | |
| 80 | *SC NAACP Reapportionment Committee Meeting Video | |
| 81 | *SC NAACP Reapportionment Committee Meeting Video | |
| 82 | *SC NAACP Reapportionment Committee Meeting Video | |
| 83 | *SC NAACP Reapportionment Committee Meeting Video | |
| 84 | *SC NAACP Reapportionment Committee Meeting Video | |
| 85 | *SC NAACP Reapportionment Committee Meeting Video | |
| 86 | *SC NAACP Reapportionment Committee Meeting Video | |
| 87 | *SC NAACP Reapportionment Committee Meeting Video | |
| 88 | *SC NAACP Reapportionment Committee Meeting Video | |
| 89 | *SC NAACP Reapportionment Committee Meeting Video | |
| 90 | *SC NAACP Reapportionment Committee Meeting Video | |
| 91 | *SC NAACP Reapportionment Committee Meeting Video | SCNAACP_000089 |
| 92 | *SC NAACP Reapportionment Committee Meeting Video | SCNAACP_000090 |
| 93 | *SC NAACP Reapportionment Committee Meeting Video | SCNAACP_000094 |
| 94 | *SC NAACP Reapportionment Committee Meeting Video | SCNAACP_000095 |
| 95 | *SC NAACP Reapportionment Committee Meeting Video | SCNAACP_000098 |
| 96 | *Transcript of April 4, 2022 Deposition of Steve Love, inclusive of all relevant and admissible portions and exhibits | SCNAACP_000099 |
| 97 | *Transcript of April 4, 2022 Deposition of Charles Boykin, Esquire, inclusive of all relevant and admissible portions and exhibits | SCNAACP_000121 |
| 98 | Proposed Statewide Map - NAACP | SCNAACP_000297 |
| 99 | Re_ Exemplary Senate Plan 15.pdf | SCNAACP_000397 |
| 100 | Re_ Block equivalency file for Sept 30 congressional plan.pdf | SCNAACP_000400 |

HOUSE DEFENDANTS' EXHIBIT LIST
SC NAACP v. Alexander, et al.

| | | |
|---|---|---|
| 101 | Re_ P&C op ed draft 17.pdf | SCNAACP_000404 |
| 102 | Accepted_ redistricting chit chat.pdf | SCNAACP_000408 |
| 103 | chart.pdf | SCNAACP_000967 |
| 104 | Re_ RPV in SC.pdf | SCNAACP_000997 |
| 105 | Re_ redistricting map data request 4.pdf | SCNAACP_001039 |
| 106 | Re_ Draft House Plan 1.pdf | SCNAACP_001043 |
| 107 | the senate.pdf | SCNAACP_001047 |
| 108 | Re_ the first fight over redistricting.pdf | SCNAACP_001456 |
| 109 | Re_ draft testimony for Wednesday 2.pdf | SCNAACP_001457 |
| 110 | Re_ question about house maps.pdf | SCNAACP_001463 |
| 111 | Incumbent addresses.pdf | SCNAACP_001464 |
| 112 | Re_ The House Congressional Alternative 1.pdf | SCNAACP_001469 |
| 113 | The amended complaint.pdf | SCNAACP_001655 |
| 114 | Re_ LTE draft 1.pdf | SCNAACP_001729 |
| 115 | Draft House Plan.pdf | SCNAACP_001754 |
| 116 | Thoughts -- Redistricting Committee Meeting Today.pdf | SCNAACP_001755 |
| 117 | RE_ Procedure on the Congressional plan.pdf | SCNAACP_001756 |
| 118 | Re_ [External] 2014 Election Data. 3pdf.pdf | SCNAACP_001757 |
| 119 | NAACP Reapportionment meeting 2.pdf | SCNAACP_001758 |
| 120 | RE_ Thoughts -- Redistricting Committee Meeting Today.pdf | SCNAACP_001759 |
| 121 | Re_ Congress.pdf | SCNAACP_001760 |
| 122 | Re_ Messaging and Redistricting_ Confidential Thoughts 1.pdf | SCNAACP_001761 |
| 123 | FW_ ECF Notification for Matter_ 0841-009 RE_ 21-cv-03302 - SC NAACP v McMaster.pdf | SCNAACP_001762 |
| 124 | redistricting litigation.pdf | SCNAACP_001763 |
| 125 | RE_ Your time.pdf | SCNAACP_001764 |
| 126 | Our Congressional Plan.pdf | SCNAACP_001765 |
| 127 | FW_ Supplemental Comments on the House Judiciary Committee's Proposed House Redistricting Plan.pdf | SCNAACP_001766 |
| 128 | Re_ RPV in SC -2014 General 5.pdf | SCNAACP_001767 |
| 129 | NAACP redistricting.pdf | SCNAACP_001768 |
| 130 | Re_ NAACP.pdf | SCNAACP_001769 |
| 131 | Re_ ACLU redistricting work.pdf | SCNAACP_001770 |
| 132 | Re_ House Plan and issues.pdf | SCNAACP_001771 |
| 133 | Re_ redistricting litigation 7.pdf | SCNAACP_001772 |
| 134 | House Plan and issues.pdf | SCNAACP_001773 |
| 135 | Re_ draft testimony for Wednesday 1.pdf | SCNAACP_001774 |
| 136 | Re_ Quick query - House 2.pdf | SCNAACP_001775 |
| 137 | Re_ For a story related to redistricting.pdf | SCNAACP_001776 |

HOUSE DEFENDANTS' EXHIBIT LIST
SC NAACP v. Alexander, et al.

| # | Document | Bates |
|---|---|---|
| 138 | Re_ two questions 4.pdf | SCNAACP_001777 |
| 139 | your thoughts on ACLU_ 1.pdf | SCNAACP_001778 |
| 140 | Two important things on redistricting.pdf | SCNAACP_001779 |
| 141 | Re_ Fw_ LCC redistricting in SC.pdf | SCNAACP_001780 |
| 142 | Re_ Draft House Plan 4.pdf | SCNAACP_001781 |
| 143 | Re_ FW_ Map by Map, G.O.P.pdf | SCNAACP_001782 |
| 144 | Re_ Invitation to Speak at LWV Good Governance Symposium.pdf | SCNAACP_001783 |
| 145 | Re_ Candidates list 1.pdf | SCNAACP_001784 |
| 146 | Re_ Quick Inquiry .pdf | |
| 147 | Re_ Revised House written testimony for review ASAP 1.pdf | |
| 148 | Re_ Your bio.pdf | |
| 149 | Re_ Revised House written testimony for review ASAP.pdf | |
| 150 | redistricting outreach.pdf | |
| 151 | Re_ RPV results.pdf | |
| 152 | Re_ RPV in SC - 2018 General 1.pdf | |
| 153 | Re_ RPV in SC - 2018 General 5.pdf | |
| 154 | Fwd_ Fw_ LCC redistricting in SC.pdf | |
| 155 | your thoughts on ACLU_.pdf | |
| 156 | Re_ SC House Criteria and hearing plans 3.pdf | |
| 157 | Re_ zoom with John Cusick and others from LDF 1.pdf | |
| 158 | Re_ NAACP meeting comments.pdf | |
| 159 | Re_ redisricting.pdf | |
| 160 | Re_ House Plan and issues 3.pdf | |
| 161 | Re_ preguntas.pdf | |
| 162 | Re_ My notes on House Draft Plan.pdf | |
| 163 | Re_ NAACP Reapportionment Committee meeting.pdf | |
| 164 | SC House Criteria and hearing plans.pdf | |
| 165 | Re_ Today 2.pdf | |
| 166 | Re_ Recap from end of SC House hearing.pdf | |
| 167 | Re_ Schedule for State Convention 1.pdf | |
| 168 | House amendments.pdf | |
| 169 | Re_ SC Redistricting- VRA Claim 3.pdf | |
| 170 | Leah Aden LDF.pdf | |
| 171 | Re_ Draft House Plan 3.pdf | SCLWV_SUB_0027284 |
| 172 | Re_ Your maps.pdf | SCLWV_SUB_0027295 |
| 173 | House redistricting process.pdf | SCLWV_SUB_0027302 |
| 174 | Re_ House Judiciary Map is posted 1.pdf | SCLWV_SUB_0027306 |
| 175 | Phone call from Reggie Lloyd.pdf | SCLWV_SUB_0027314 |
| 176 | Re_ Some important questions today for all of you.pdf | SCLWV_SUB_0027316 |

HOUSE DEFENDANTS' EXHIBIT LIST
SC NAACP v. Alexander, et al.

| | | |
|---|---|---|
| 177 | confirmation on Clyburn -- in case you ever want to drop by his place.pdf | SCLWV_SUB_0027321 |
| 178 | the first fight over redistricting.pdf | SCLWV_SUB_0027328 |
| 179 | Re_ Population Data 1.pdf | SCLWV_SUB_0027330 |
| 180 | Re_ VR file.pdf | SCLWV_SUB_0027331 |
| 181 | Re_ FW_ SC House Maps are out.pdf | SCLWV_SUB_0027337 |
| 182 | NAACP calls - Confidential.pdf | SCLWV_SUB_0027350 |
| 183 | ACLU redistricting work.pdf | SCLWV_SUB_0027371 |
| 184 | Minutes from the January 7th Reapportionment Meeting.docx | SCLWV_SUB_0027409 |
| 185 | Draft For 4 10 2021 Meeting President Murphys.pdf | SCLWV_SUB_0027419 |
| 186 | Reapportionment Committee April 17 2021 Meeting.docx | SCLWV_SUB_0027420 |
| 187 | Re: Documents for Distribution (From the Desk of President Murphy) | SCLWV_SUB_0027445 |
| 188 | LDF Public Comment Training with NAACP Branch Members | SCLWV_SUB_0027453 |
| 189 | LDF Public Comment Training with NAACP Branch Members Attachment | SCLWV_SUB_0027458 |
| 190 | Letter to SC House Redistricting Ad Hoc Committee_08.09.2021_final.pdf | SCLWV_SUB_0027469 |
| 191 | Letter to H Redistricting Ad Hoc Comm - Submitting Congressional and House Maps (10-8-21).pdf | SCLWV_SUB_0027473 |
| 192 | Appendices 1-3 - Previous Correspondence and Proposed Maps.pdf | SCLWV_SUB_0027483 |
| 193 | Supplemental Comments on Committee's Proposed House Redistricting Plan | SCLWV_SUB_0027494 |
| 194 | Supplemental Comments on House 2021 Working Draft Plan (11-15-21).pdf | SCLWV_SUB_0027500 |
| 195 | WheelerAmendment(Adopted).pdf | SCLWV_SUB_0027508 |
| 196 | KingAmendment - York(Adopted).pdf | SCLWV_SUB_0027512 |
| 197 | BambergAmendment(Adopted).pdf | SCLWV_SUB_0027590 |
| 198 | KingAmendment - Govan(Tabled).pdf | SCLWV_SUB_0027596 |
| 199 | McKnightAmendment(Adopted).pdf | SCLWV_SUB_0027601 |
| 200 | BernsteinAmendment(Adopted).pdf | SCLWV_SUB_0027610 |
| 201 | JordanAmendment(Adopted).pdf | SCLWV_SUB_0027612 |
| 202 | KingAmendment - Guidelines(Tabled).pdf | SCLWV_SUB_0027620 |
| 203 | 2021 Redistricting Guidelines.pdf | SCLWV_SUB_0027638 |
| 204 | FullCommitteeReport - StatewideMap.pdf | SCLWV_SUB_0027640 |
| 205 | FullCommitteeReport - DetailedMap.pdf | SCLWV_SUB_0027649 |
| 206 | FullCommitteeReport - BlockEq.xlsx | SCLWV_SUB_0027654 |
| 207 | FullCommitteeReport - Core Constituencies.pdf | SCLWV_SUB_0027665 |
| 208 | FullCommitteeReport - Plan Components.pdf | SCLWV_SUB_0027673 |

HOUSE DEFENDANTS' EXHIBIT LIST
SC NAACP v. Alexander, et al.

| | | |
|---|---|---|
| 209 | FullCommitteeReport - Political Subdivison Splits Between Districts.pdf | SCLWV_SUB_0027682 |
| 210 | FullCommitteeReport - Population Summary.pdf | SCLWV_SUB_0027695 |
| 211 | FullCommitteeReport - Voting Age Population Summary.pdf | SCLWV_SUB_0027772 |
| 212 | FullCommitteeReport - Demographics.xlsx | SCLWV_SUB_0027773 |
| 213 | Core Constituencies.pdf | SCLWV_SUB_0027786 |
| 214 | Political Subdivision Splits Between Districts.pdf | SCLWV_SUB_0027792 |
| 215 | Population Summary Pop.pdf | SCLWV_SUB_0027798 |
| 216 | Population Summary VAP.pdf | SCLWV_SUB_0027803 |
| 217 | Staff Subcommittee Plan Stats.pdf | SCLWV_SUB_0027822 |
| 218 | Partisan Analysis.pdf | SCLWV_SUB_0027848 |
| 219 | Staff Subcommittee Plan.xlsx | SCLWV_SUB_0027860 |
| 220 | FloorPassedDemographics.xlsx | SCLWV_SUB_0027886 |
| 221 | FloorPassedCoreConstituencies.pdf | SCLWV_SUB_0027935 |
| 222 | FloorPassedPopulationSummary.pdf | SCLWV_SUB_0027956 |
| 223 | FloorPassedVotingAgePopulationSummary.pdf | SCLWV_SUB_0027965 |
| 224 | FloorPassedStatewideMap.pdf | SCLWV_SUB_0028070 |
| 225 | FloorPassedDetailedMap.pdf | SCLWV_SUB_0028121 |
| 226 | FloorPassedBlockEq.xlsx | SCLWV_SUB_0028174 |
| 227 | FloorPassedPoliticalSubdivisonSplitsBetweenDistricts.pdf | SCLWV_SUB_0028311 |
| 228 | FloorPassedPlanComponents.pdf | SCLWV_SUB_0028332 |
| 229 | StateHouseDistrictsPredraw.xlsx | SCLWV_SUB_0028336 |
| 230 | 2011 House Reapportionment Plan as Passed by the House | SCLWV_SUB_0028340 |
| 231 | 2011 House Reapportionment Plan as Passed by the House (District Maps) | SCLWV_SUB_0028341 |
| 232 | 2002 House Court-Drawn Reapportionment Plan | SCLWV_SUB_0028343 |
| 233 | PLACEHOLDER- Any and all documents produced after the April 26, 2022 status conference, including documents requested of ACLU and LDF by subpoena. | |

**\* = House Defendants will offer if the need arises**

House Defendants reserve the right to identify additional exhibits, including exhibits for materials that were not timely produced (including all documents produced after the April 26 status conference). House Defendants further reserve the right to identify additional exhibits for impeachment purposes and to use any exhibits offered and admitted on Plaintiffs' Exhibit Lists. House Defendants also reserve the right to create additional demonstrative exhibits.