# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>  Plaintiffs,<br> v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>  Defendants. | Case No. 3-21-cv-03302-TJH-MBS-RMG<br><br>**PLAINTIFFS' RULE 26(a)(3) PRE-TRIAL DISCLOSURES** |

  Pursuant to this Court's Order of March 8, 2022 [ECF No. 188] and in accordance with Federal Rule of Civil Procedure 26(a)(3), Plaintiffs submit the following Pretrial Disclosures.

A. **WITNESSES**

Plaintiffs anticipate presenting the following witnesses at trial, though not necessarily in the order listed below. Other witnesses may need to be presented depending on the contents of Defendants' Pre-Trial Disclosure and the Court's rulings on objections to trial exhibits, deposition designations, and other evidentiary issues.

| Witness | Form of Testimony | Contact Information |
|---|---|---|
| **WILL CALL** | | |
| 1. Brenda C. Murphy | Live | May be contacted through Plaintiffs' Counsel. |
| 2. NAACP EXCOM 1 | Live | May be contacted through Plaintiffs' Counsel. |
| 3. NAACP EXCOM 2 | Live | May be contacted through Plaintiffs' Counsel. |
| 4. Dr. Moon Duchin | Live | May be contacted through Plaintiffs' Counsel. |
| 5. Dr. Jordan Ragusa | Live | May be contacted through Plaintiffs' Counsel. |
| 6. Dr. Baodong Liu | Live | May be contacted through Plaintiffs' Counsel. |
| 7. Dr. Kosuke Imai | Live | May be contacted through Plaintiffs' Counsel. |
| 8. Dr. Joseph Bagley | Live | May be contacted through Plaintiffs' Counsel. |
| **MAY CALL** | | |
| 9. Rep. Wendy C. Brawley | Live (via Zoom) | South Carolina House of Representatives 309D Blatt Bldg. Columbia, SC  29201 (803) 212-6961 |
| 10. Madie Robinson | Live (via Zoom) | May be contacted through Plaintiffs' Counsel. |
| 11. Elizabeth Kilgore | Live (via Zoom) | May be contacted through Plaintiffs' Counsel. |

B. **WITNESS BY DEPOSITION DESIGNATIONS**

Plaintiffs note that depositions are ongoing and that transcripts for many witnesses are not yet available. As an interim measure, Plaintiffs designate the entirety of these transcripts, with the intention to supplement this disclosure with specific designations once transcripts have been completed. Plaintiffs identify the following witnesses whose testimony Plaintiffs expect to present by deposition:

- Rep. Wallace "Jay" Jordan
- Rep. Wm. Weston Newton
- Howard Knapp, as 30(b)(6) witness on behalf of South Carolina Election Commission
- Rep. Chris Murphy
- Rep. James "Jay" Lucas
- Rep. Neil Collins
- Patrick Dennis
- Emma Dean
- Thomas Hauger

C. **LIST OF PLAINTIFFS' EXHIBITS**

Plaintiffs' interim list of exhibits is attached hereto as **Exhibit A**. Plaintiffs note that discovery is still ongoing, and Defendants have made several additional productions since Plaintiffs served its initial list of exhibits on April 29. In addition, due to the press of ongoing discovery, the parties have not yet scheduled the Local Rule 26.07 conference to identify and

address objections. Plaintiffs expect to supplement this disclosure once discovery is completed and once the Rule 26.07 conference is completed.

Dated: May 5, 2022                                    Respectfully submitted,

| | |
|---|---|
| Leah C. Aden** | */s/ Christopher J. Bryant* |
| Stuart Naifeh** | Christopher J. Bryant, Fed. ID 12538 |
| Raymond Audain** | BOROUGHS BRYANT, LLC |
| John S. Cusick** | 1122 Lady St., Ste. 208 |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | Columbia, SC 29201 |
| 40 Rector St, 5th Fl. | Tel.: (843) 779-5444 |
| NY, NY 10006 | chris@boroughsbryant.com |
| Tel.: (212) 965-7715 | |
| laden@naacpldf.org | Somil B. Trivedi** |
| | Patricia Yan** |
| Antonio L. Ingram II** | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | 915 15th St., NW |
| 700 14th St, Ste. 600 | Washington, DC 20005 |
| Washington, D.C. 20005 | Tel.: (202) 457-0800 |
| Tel.: (202) 682-1300 | strivedi@aclu.org |
| aingram@naacpldf.org | |
| | Allen Chaney, Fed. ID 13181 |
| Adriel I. Cepeda Derieux** | AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA |
| Samantha Osaki** | Charleston, SC 29413-0998 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Tel.: (843) 282-7953 |
| 125 Broad Street, 18th Floor | Fax: (843) 720-1428 |
| New York, NY 10004 | achaney@aclusc.org |
| Tel.: (212) 549-2500 | |
| acepedaderieux@aclu.org | Jeffrey A. Fuisz** |
| | Paula Ramer** |
| John A. Freedman** | ARNOLD & PORTER KAYE SCHOLER LLP |
| Elisabeth S. Theodore* | 250 West 55th Street |
| Adam Pergament** | New York, NY 10019 |
| Gina M. Colarusso** | Tel: (212) 836-8000 |
| John M. Hindley** | jeffrey.fuisz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | |
| | Sarah Gryll** |
| 601 Massachusetts Ave., N.W. | ARNOLD & PORTER KAYE SCHOLER LLP |
| Washington, D.C. 20001 | 70 West Madison Street, Suite 4200 |
| Tel: (202) 942-5000 | Chicago, IL 60602-4231 |
| john.freedman@arnoldporter.com | Tel: (312) 583-2300 |
| | sarah.gryll@arnoldporter.com |

*\* Motion for admission Pro Hac Vice forthcoming*
*\*\* Admitted Pro Hac Vice*

Janette M. Louard\*
Anthony P. Ashton\*
Anna Kathryn Barnes\*\*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, a true and correct copy of the foregoing was served on all counsel of record by filing with the Court's CM/ECF service.

*/s/ Christopher J. Bryant*
Christopher J. Bryant

5