# EXHIBIT A -- EXHIBIT LIST

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 1 | Expert Report of Joseph Bagley, Ph.D. | | |
| 2 | Joseph Bagley, Ph.D. - Curriculum Vitae | | |
| 3 | Rebuttal Report of Joseph Bagley, Ph.D. | | |
| 4 | Expert Report of Dr. Jordan Ragusa | | |
| 5 | Dr. Jordan Ragusa - Curriculum Vitae | | |
| 6 | Race and VTD Selection [Ragusa Report Table 1] | | |
| 7 | Race and VTD Selection [Ragusa Report Table 2] | | |
| 8 | House BVAP Shift (All Districts Included) [Ragusa Report Figure 1] | | |
| 9 | House BVAP Shift (Moved Districts Excluded) [Ragusa Report Figure 2] | | |
| 10 | Abnormal BVAP Shifts [Ragusa Report Table 3] | | |
| 11 | House Pre/Post BVAP Distribution [Ragusa Report Figure 3] | | |
| 12 | Democratic Incumbents [Ragusa Report Figure 4] | | |
| 13 | Republican Incumbents [Ragusa Report Figure 5] | | |
| 14 | Race, Partisanship and Incumbent Protection [Ragusa Report Table 4] | | |
| 15 | Election of Black Preferred Candidates [Ragusa Report Table 5] | | |
| 16 | Statistical Results [Ragusa Report Appendix Table A1-A3] | | |
| 17 | Expert Report of Kosuke Imai, Ph.D. | | |
| 18 | Kosuke Imai, Ph.D. - Curriculum Vitae | | |
| 19 | Chester cluster - Districts 41 and 43 [Imai Report Figure 1] | | |
| 20 | Distribution of the black voting-age population across the simulated Districts 41 and 43 [Imai Report Figure 2] | | |
| 21 | Sumter cluster - Districts 51 and 67 [Imai Report Figure 3] | | |
| 22 | Distribution of the black voting-age population across the simulated Districts 51 and 67 [Imai Report Figure 4] | | |
| 23 | Anderson cluster - Districts 7,8,9 and 11 [Imai Report Figure 5] | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 24 | Distribution of the black voting-age population across the simulated Districts 7,8,9 and 11 [Imai Report Figure 6] | | |
| 25 | Orangeburg cluster - Districts 90,91,93 and 95 [Imai Report Figure 7] | | |
| 26 | Distribution of the black voting-age population proportion for districts ordered by the magnitude of BVAP proportion [Imai Report Figure 8] | | |
| 27 | Frequency of Pairings of Orangeburg Incumbents in Simulations [Imai Report Table 1] | | |
| 28 | Pee Dee cluster - Districts 54,55,57,59,60,63,101, and 105 [Imai Report Figure 9] | | |
| 29 | Distribution of the black voting-age population proportion for districts ordered by the magnitude of BVAP proportion [Imai Report Figure 10] | | |
| 30 | Frequency of Pairings of Pee Dee Incumbents in Simulations [Imai Report Table 2] | | |
| 31 | Richland cluster - Districts 70,72,73,74,75,76,77,78, and 79 [Imai Report Figure 11] | | |
| 32 | Distribution of the black voting-age population proportion for districts ordered by the magnitude of BVAP proportion [Imai Report Figure 12] | | |
| 33 | Frequency of Pairings of Richland Incumbents in Simulations [Imai Report Table 3] | | |
| 34 | Six Clusters of Districts [Imai Report Figure 13] | | |
| 35 | Number of counties split under the simulated plans [Imai Report Figure 14] | | |
| 36 | Number of municipalities split under the simulated plans [Imai Report Figure 15] | | |
| 37 | Number of voting tabulation districts split under the simulated plans [Imai Report Figure 16] | | |
| 38 | Number of incumbent pairings under the simulated plans [Imai Report Figure 17] | | |
| 39 | Fraction of edges kept under the simulated plans [Imai Report Figure 18] | | |
| 40 | Average Polsby-Popper Score under the simulated plans [Imai Report Figure 19] | | |
| 41 | Expert Report of Baodong Liu, Ph.D. | | |
| 42 | Baodong Liu Ph.D. - Curriculum Vitae | | |
| 43 | Estimated Racial Support for Black Candidate in Endogenous Elections | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| | [Liu Report Table 1] | | |
| 44 | Estimated Racial Support for Black Candidate in Exogenous Elections [Liu Report Table 2] | | |
| 45 | Effective Analysis for HDs in Anderson County [Liu Report Table 3] | | |
| 46 | Effective Analysis for HDs in Chester County [Liu Report Table 4] | | |
| 47 | Effective Analysis for HDs in Sumter County [Liu Report Table 5] | | |
| 48 | Effective Analysis for HDs in Dillon and Horry Counties [Liu Report Table 6] | | |
| 49 | Effective Analysis for HDs in Florence and Williamsburg Counties [Liu Report Table 7] | | |
| 50 | Effective Analysis for HDs in Richland County [Liu Report Table 8] | | |
| 51 | Effective Analysis for HDs in Orangeburg County [Liu Report Table 9] | | |
| 52 | Rebuttal Report of Baodong Liu, Ph.D. | | |
| 53 | Expert Report of Moon Duchin | | |
| 54 | Moon Duchin - Curriculum Vitae | | |
| 55 | Share of Black voting age population shared by VTD across South Carolina [Duchin Report Figure1] | | |
| 56 | House Maps for Primary Comparisons | | |
| 57 | Publicly Submitted house Maps | | |
| 58 | Comparison of the number of districts with Black voting age population over 50% and 40% [Duchin Report Table 1] | | |
| 59 | Comparison of the population deviation across plans [Duchin Report Table 2] | | |
| 60 | Comparison of compactness scores [Duchin Report Table 3] | | |
| 61 | Illustrations of contour-based compactness scores [Duchin Report Figure 2] | | |
| 62 | Comparing the plans' conformance to political boundaries Duchin Report Table 4] | | |
| 63 | House districts 40.41.42.43. and 49 [Duchin Report Figure 3] | | |
| 64 | Districts 7,8,9 and 11 in the state's plan [Duchin Report Figure 4] | | |
| 65 | Race-blind re-drawing of districts 7,8,9, and 11 | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| | [Duchin Report Figure 5] | | |
| 66 | Alternative plan for districts 7,8,9, and 11 [Duchin Report Figure 6] | | |
| 67 | HD 40,41,42,43 and 49 (Chester) cluster [Duchin Report Figure 7] | | |
| 68 | Smaller cluster -- ensemble comparison [Duchin Report Figure 8] | | |
| 69 | Smaller cluster -- alternative plan [Duchin Report Figure 9] | | |
| 70 | Larger cluster -- ensemble comparison [Duchin Report Figure 10] | | |
| 71 | Larger cluster -- alternative plan [Duchin Report Figure 11] | | |
| 72 | Districts 51 and 67 (Sumter) in the state's plan [Duchin Report Figure 12] | | |
| 73 | Smaller cluster -- ensemble comparison [Duchin Report Figure 13] | | |
| 74 | The state's plan versus an alternative plan for districts 51 and 67 [Duchin Report Figure 14] | | |
| 75 | Larger cluster -- ensemble comparison [Duchin Report Figure 15] | | |
| 76 | Larger cluster --alternative plan [Duchin Report Figure 16] | | |
| 77 | HD 54,55,57,105 (Dillon) [Duchin Report Figure 17] | | |
| 78 | Original cluster -- alternative plan [Duchin Report Figure 18] | | |
| 79 | Alternative cluster- Districts 53, 54, 62, and 65 [Duchin Report Figure 19] | | |
| 80 | Alternative cluster -- ensemble comparison [Duchin Report Figure 20] | | |
| 81 | Alternative cluster - alternative plan [Duchin Report Figure 21] | | |
| 82 | HD 59,60,63,101 (Williamsburg) [Duchin Report Figure 22] | | |
| 83 | Ensemble comparison [Duchin Report Figure 23] | | |
| 84 | Alternative plan [Duchin Report Figure 24] | | |
| 85 | HD 70,71,72,73,74,75,76,77,78.79 (Richland) [Duchin Report Figure 25] | | |
| 86 | Ensemble comparison [Duchin Report Figure 26] | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 87 | Alternative plan [Duchin Report Figure 27] | | |
| 88 | HD 90,91,93,95 (Orangeburg) [Duchin Report Figure 28] | | |
| 89 | Ensemble comparison [Duchin Report Figure 29] | | |
| 90 | Larger cluster - alternative plan [Duchin Report Figure 30] | | |
| 91 | Rebuttal Report of Moon Duchin. | | |
| 92 | Photo of boundary between HD 7 and HD8 Duchin Rebuttal Report Figure 1] | | |
| 93 | South Carolina Legislature Hearing Transcript - Senate Judiciary Redistricting Subcommittee July 20, 2021 | | |
| 94 | South Carolina Legislature Hearing Transcript - House Judiciary Redistricting August 3, 2021 | | |
| 95 | South Carolina Legislature Hearing Transcript - Senate Judiciary Redistricting Subcommittee September 17, 2021 | | |
| 96 | South Carolina Legislature Hearing Transcript - Senate Judiciary Redistricting Subcommittee November 21, 2021 | | |
| 97 | South Carolina Legislature Hearing Transcript - Senate Judiciary Redistricting Subcommittee November 4, 2021 | | |
| 98 | South Carolina Legislature Hearing Transcript - House Judiciary Redistricting November 10, 2021 | | |
| 99 | South Carolina Legislature Hearing Transcript - Senate Judiciary Redistricting Subcommittee November 11, 2021 | | |
| 100 | South Carolina Legislature Hearing Transcript - House Judiciary Full Committee November 16, 2021 | | |
| 101 | South Carolina Legislature Hearing Transcript - House Judiciary Redistricting November 16, 2021 | | |
| 102 | South Carolina Legislature Hearing Transcript - Senate Judiciary Redistricting Subcommittee November 29, 2021 | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 103 | South Carolina Legislature Hearing Transcript - House of Representatives December 1, 2021 | | |
| 104 | South Carolina Legislature Hearing Transcript- House of Representatives December 2, 2021 | | |
| 105 | South Carolina Legislature Hearing Transcript- House of Representatives December 2, 2021 | | |
| 106 | South Carolina Legislature Hearing Transcript- Senate December 6, 2021 | | |
| 107 | South Carolina Legislature Hearing Transcript- Senate December 7, 2021 | | |
| 108 | South Carolina Legislature Hearing Transcript - House of Representatives December 9, 2021 | | |
| 109 | South Carolina Legislature Hearing Transcript - House of Representatives December 10, 2021 | | |
| 110 | South Carolina Legislature Hearing Transcript - House Judiciary Redistricting December 16, 2021 | | |
| 111 | South Carolina Legislature Hearing Transcript - House Judiciary Full Committee January 10, 2022 | | |
| 112 | South Carolina Legislature Hearing Transcript - House Judiciary Redistricting January 10, 2022 | | |
| 113 | South Carolina Legislature Hearing Transcript - House of Representatives January 11, 2022 | | |
| 114 | South Carolina Legislature Hearing Transcript - House of Representatives January 12, 2022 | | |
| 115 | South Carolina Legislature Hearing Transcript - House of Representatives January 13, 2022 | | |
| 116 | South Carolina Legislature Hearing Transcript - Senate Judiciary Redistricting Subcommittee January 13, 2022 | | |
| 117 | South Carolina Legislature Hearing Transcript - Senate Judiciary Committee January 19, 2022 | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 118 | South Carolina Legislature Hearing Transcript - Senate Proceedings January 20, 2022 | | |
| 119 | South Carolina Legislature Hearing Transcript - House Proceedings January 25, 2022 | | |
| 120 | South Carolina Legislature Hearing Transcript - House of Representatives January 26, 2022 | | |
| 121 | Deposition of Thomas Brunell, Ph.D. March 31, 2022 | | |
| 122 | Ex. 1- Report on Racial Bloc Voting in South Carolina | | |
| 123 | Ex. 2 - Expert Rebuttal Report of Thomas L. Brunell, Ph.D. | | |
| 124 | Ex. 3 - Expert Report of Baodong Liu, Ph.D., January 24, 2022 | | |
| 125 | Ex. 4 - Rebuttal Report of Baodong Liu, Ph.D. | | |
| 126 | Ex. 5- Expert Report of Dr. Jordan Ragusa: Evaluating South Carolina's State House Map | | |
| 127 | Ex. 6 - *Rethinking Redistricting: How Drawing Uncompetitive Districts Eliminates Gerrymanders, Enhances Representation, and Improves Attitudes Towards Congress* | | |
| 128 | Ex. 7 - *Why Competitive Elections are Bad for America* | | |
| 129 | Ex. 8 - Curriculum Vitae - Thomas L. Brunell | | |
| 130 | Ex. 9 - South Carolina House of Representatives, Judiciary Committee, Redistricting Ad Hoc Committee, 2021 Guidelines and Criteria for Congressional and Legislative Redistricting | | |
| 131 | Deposition of Sean Trende April 5, 2022 | | |
| 132 | Ex. 1- Amended Notice of Deposition | | |
| 133 | Ex. 2 -Trende Expert Report and CV | | |
| 134 | Ex. 3- *NAACP vs. McCrory* | | |
| 135 | Ex. 4 - *Ohio Organizing Collaborative v. Husted* | | |
| 136 | Ex. 5 - *Whitford v. Gill* | | |
| 137 | Ex. 6 - *Fair Fight Action v. Raffensperger* | | |
| 138 | Ex. 7 - *League of Women Voters of Ohio v. Ohio* | | |
| 139 | Ex. 8 - *DNC v. Reagan* | | |
| 140 | Ex. 9 - Expert Report of Dr. Kosuke Imai | | |
| 141 | Ex. 10 - Trende New York Report | | |
| 142 | Ex. 11 - *Common Cause v. Rucho* | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 143 | Ex. 12 - New York REDIST Opinion | | |
| 144 | Ex. 13 - Expert Report of Dr. Jordana Ragusa | | |
| 145 | Ex. 14 - NAACP House Submission | | |
| 146 | Ex. 15 - House Defendants Motion to Dismiss | | |
| 147 | Deposition of  J. David Woodard, Ph.D. April 6,, 2022 | | |
| 148 | Ex. 1- J. Woodard, Ph.D. -Notice of Deposition | | |
| 149 | Ex. 2- Expert Report of J. David Woodard, Ph.D. | | |
| 150 | Ex. 3 - Excerpts from The New Southern Politics, Second Edition, pages 180 and 181 | | |
| 151 | Ex. 4- Excerpts from The New Southern Politics, Second Edition, pages 240 and 241 | | |
| 152 | Ex. 5- Excerpts from The New Southern Politics, Second Edition, pages 114 and 115 | | |
| 153 | Ex. 6- Excerpts from The New Southern Politics, Second Edition, pages 312 and 313 | | |
| 154 | Deposition of Wallace H. Jordan April 13, 2022 | | |
| 155 | Ex. 1- House Defendants' Responses to Plaintiffs' First Request for Documents | | |
| 156 | Ex. 2- House Defendants' Responses to Plaintiffs' Interrogatories | | |
| 157 | Ex. 3- Meeting Proceedings (August 3, 2021) | | |
| 158 | Ex. 4- Guideline & Criteria (August 3, 2021) | | |
| 159 | Ex. 5- Duty to Comply in S.C. Redistricting Process | | |
| 160 | Ex. 6- Follow-up Recommendations in S.C. Redistricting Process (August 30, 2021) | | |
| 161 | Ex. 7- Follow-up Recommendations in S.C. Redistricting Process (September 27, 2021) | | |
| 162 | Ex. 8-Submitting Proposed Congressional and House Maps (October 8, 2021) | | |
| 163 | Ex. 9-2021 Redistricting Map Room Policies and Procedures | | |
| 164 | Ex.10- 2021 Working Draft Website Page | | |
| 165 | Ex. 11- Hearing Transcript (November 10, 2021) | | |
| 166 | Ex. 12 -Transcript of Ad Hoc Committee (November 16, 2021) | | |
| 167 | Ex. 13 - Transcript of House Judiciary Committee (November 16, 2021) | | |
| 168 | Ex. 14- Transcript of House of Representatives Meeting (December 2, 2021) | | |
| 169 | Deposition of  Howard M. Knapp April 19, 2022 | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 170 | Deposition of William Weston J. Newton April 13, 2022 | | |
| 171 | Ex. 1 - Deposition Notice | | |
| 172 | Ex. 2 - Subpoena | | |
| 173 | Ex. 3 - Criteria used by the Ad Hoc Committee adopted for the purpose of the redistricting exercise | | |
| 174 | Ex. 4 -Schedule of public hearings | | |
| 175 | Ex. 5 - letter | | |
| 176 | Ex. 6-August 30, 2021 letter | | |
| 177 | Ex. 7 -September 27, 2021 letter | | |
| 178 | Ex. 8 - October 8, 2021 letter | | |
| 179 | Ex. 9- November 10, 2021 letter | | |
| 180 | Placeholder for Thomas Hauger Transcript | | |
| 181 | Placeholder for Exhibits introduced at Thomas Hauger's Deposition | | |
| 182 | | | |
| 183 | | | |
| 184 | | | |
| 185 | | | |
| 186 | | | |
| 187 | | | |
| 188 | | | |
| 189 | | | |
| 190 | | | |
| 191 | | | |
| 192 | | | |
| 193 | | | |
| 194 | | | |
| 195 | | | |
| 196 | Placeholder for Emma Dean Transcript | | |
| 197 | Placeholder for Exhibits introduced at Emma Dean's Deposition | | |
| 198 | | | |
| 199 | | | |
| 200 | | | |
| 201 | | | |
| 202 | | | |
| 203 | | | |
| 204 | | | |
| 205 | | | |
| 206 | | | |
| 207 | | | |
| 208 | | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 209 | | | |
| 210 | | | |
| 211 | Placeholder for Patrick Dennis Transcript | | |
| 212 | Placeholder for Exhibits introduced at Patrick Dennis Deposition | | |
| 213 | | | |
| 214 | | | |
| 215 | | | |
| 216 | | | |
| 217 | | | |
| 218 | | | |
| 219 | | | |
| 220 | | | |
| 221 | | | |
| 222 | | | |
| 223 | | | |
| 224 | | | |
| 225 | | | |
| 226 | Placeholder for Jay Lucas Transcript | | |
| 227 | Ex. 1-Representative James "Jay" Lucas - Biography | | |
| 228 | Ex. 2- James "Jay" Lucas - Curriculum Vitae | | |
| 229 | Ex.3 - List of House Majority and Minority Officers | | |
| 230 | Ex.4 - Profile | | |
| 231 | Ex. 5 - Snapshot of tweets from Speaker Jay Lucas | | |
| 232 | Ex. 6 - Lucas, Warr, White & Mitchell website | | |
| 233 | Ex. 7 - House Defendants James H. Lucas, Chris Murphy and Wallace H. Jordan's Responses and Objections to Plaintiffs' First Set of Interrogatories dated January 24, 2022 | | |
| 234 | Ex. 8 - House Defendants James H. Lucas, Chris Murphy and Wallace H. Jordan's Responses and Objections to Plaintiffs' Second Set of Interrogatories, January 28, 2022 | | |
| 235 | Ex. 9 - Contact Information for Speaker Lucas | | |
| 236 | Ex.10 - Jay Lucas - Speaker of the House Twitter Page | | |
| 237 | Ex. 11 - Calendar Invite from P. Dennis dated August 17, 2021 | SC_HOUSE_0091346 | |
| 238 | Ex. 12 - Calendar Invite from P. Dennis dated October 7, 2021 | SC_HOUSE_0105189 | |
| 239 | Ex. 13 - General Assembly webpage | | |
| 240 | Ex. 14 - Email from T. Hauger dated March 1, 2021 re: Welcome to the SC House Redistricting Team | SC_HOUSE_0102028-SC_HOUSE_0102029 | |
| 241 | Ex. 15 - Email from T. Hauger dated March 16, 2021 re: Election Commission Data | SC_HOUSE_0102064-SC_HOUSE_0102068 | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 242 | Ex. 16 - Email from T. Hauger dated June 29, 2021 re: Question about State data file pricing | SC_HOUSE_0103149 | |
| 243 | Ex. 17 - Ex. 4 - South Carolina House of Representatives, Judiciary Committee, Redistricting Ad Hoc Committee, 2021 Guidelines and Criteria for Congressional and Legislative Redistricting | | |
| 244 | Ex. 18 - Email from P. Dennis dated August 12, 2021 re: Update on Possible Return Date for the House | SC_HOUSE_0091354 | |
| 245 | Ex. 19 - Email from House Redistricting dated August 17, 2021 re: House District 65 Map and Census 2020 Demographics | SC_HOUSE_0091488- SC_HOUSE_0091489 | |
| 246 | Ex. 20 - Tweet from Speaker Lucas following Caucus Meeting | | |
| 247 | Ex. 21 - Email from E. Dean dated October 4, 2021 re: Map Room Information | SC_HOUSE_0106830 | |
| 248 | Placeholder for Chris Murphy Transcript | | |
| 249 | Placeholder for Exhibits introduced at Chris Murphy's Deposition | | |
| 250 | Ex. 1 - House Defendants James H. Lucas, Chris Murphy and Wallace H. Jordan's response to Plaintiffs' First Request for Production of Documents- January 24, 2022 | | |
| 251 | Ex.2 - House Defendants James H. Lucas, Chris Murphy and Wallace H. Jordan's Responses and Objections to Plaintiffs' First Set of Interrogatories dated January 24, 2022 | | |
| 252 | Ex. 3 - Email from E. Dean dated July 21, 2021 re: Letter from Chairman Murphy | SC_HOUSE_0091615- SC_HOUSE_0091616 | |
| 253 | Ex. 4 - South Carolina House of Representatives, Judiciary Committee, Redistricting Ad Hoc Committee, 2021 Guidelines and Criteria for Congressional and Legislative Redistricting | | |
| 254 | Ex. 5 - Email from S.C. House Republican dated October 4, 2021 re: Map Room Information | SC_HOUSE_0110448- SC_HOUSE_0110451 | |
| 255 | Ex. 6 - Video Transcription November 16, 2021 SC House Judiciary Committee | | |
| 256 | Ex. 7 - Email from C. Murphy dated January 5, 2021 re: Redistricting Conversation | SC_HOUSE_0110498- SC_HOUSE_0110499 | |
| 257 | Ex. 8 - Email from C. Murphy dated January 7, 2021 re: Tuesday Redistricting Meeting | SC_HOUSE_0110398- SC_HOUSE_0110399 | |
| 258 | Ex. 9 - Email from C. Murphy dated June 17, 2021 re: Redistricting | SC_HOUSE_0110490- SC_HOUSE_0110491 | |
| 259 | Ex. 10 - Email from C. Murphy dated September 10, 2021 re: Redistricting - Legal Advice | SC_HOUSE_0110409- SC_HOUSE_0110410 | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 260 | Ex. 11 - Email from C. Murphy dated October 7, 2021 re: Redistricting Data | SC_HOUSE_0110411- SC_HOUSE_0110412 | |
| 261 | Ex. 12 - Email from C. Murphy dated September 17, 2021 re: Redistricting Data Discussion | SC_HOUSE_0110454 | |
| 262 | Ex. 13 - Murphy messages | SC_HOUSE_0110887- | |
| 263 | Ex. 14 - Murphy messages | SC_HOUSE_0110878- | |
| 264 | Ex. 15 - Email from C. Murphy dated November 8, 2021re: Redistricting | SC_HOUSE_0110466 | |
| 265 | Placeholder for Neal Collins Transcript | | |
| 266 | Placeholder for Exhibits introduced at Neal Collins' Deposition | | |
| 267 | | | |
| 268 | | | |
| 269 | | | |
| 270 | | | |
| 271 | | | |
| 272 | | | |
| 273 | | | |
| 274 | | | |
| 275 | | | |
| 276 | | | |
| 277 | | | |
| 278 | | | |
| 279 | | | |
| 280 | | | |
| 281 | Email from L. Aden dated October 8, 2021 re: Proposed Congressional and House Map Submissions - | SC_HOUSE_0091539- SC_HOUSE_0091540 | |
| 282 | Letter to Redistricting Ad Hoc Committee- dated October 8, 2021 | SC_HOUSE_0091541- SC_HOUSE_0091553 | |
| 283 | Appendix to October 8, 2021 letter to Redistricting Ad Hoc Committee | SC_HOUSE_0091554- SC_HOUSE_0091598 | |
| 284 | Email from T. Hauger dated February 8, 2022re: Election Commission Data | SC_HOUSE_0103413- SC_HOUSE_0103414 | |
| 285 | Email from mandino@elections.sc.gov dated February 8, 2022 re: Election Commission Data | SC_HOUSE_0103415- SC_HOUSE_0103419 | |
| 286 | Email from T. Hauger dated March 16,2021 re: Election Commission Date | SC_HOUSE_0102070- SC_HOUSE_0102073 | |
| 287 | Letter from C. Murphy dated July 21, 2021 | SC_HOUSE_0091296 | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 288 | Email from P. Dennis dated August 12, 2021 re: Update on Possible Return Date for the House | SC_HOUSE_0091354 | |
| 289 | Calendar Invite from P. Dennis dated August 17, 2021 | SC_HOUSE_0091346 | |
| 290 | Email from P. Dennis dated September 3, 2021 re: Letter to Chairman Murphy | SC_HOUSE_0091362 | |
| 291 | Letter from B. Newton to Chairman Murphy | SC_HOUSE_0091363 | |
| 292 | Email from T. Hauger dated October 6, 2021 re: PreDraw SH-067 | SC_HOUSE_0103339 | |
| 293 | Map of House District HD-067 | SC_HOUSE_0103340 | |
| 294 | Native Version of House District HD-067 | SC_HOUSE_0103341 | |
| 295 | Email from P. Dennis dated October 12, 2021 re: Civil Rights Groups File Federal Lawsuit Over South Carolina Redistricting Failures | SC_HOUSE_0105190- SC_HOUSE_0105191 | |
| 296 | Email from T. Hauger dated October 15, 2021 re: Census Link for Data | SC_HOUSE_0103351- SC_HOUSE_0103352 | |
| 297 | Email from C. Reid dated October 14, 2021 re: MTR Renewal Quote for South Carolina Legislature (November 2021) | SC_HOUSE_0103348- SC_HOUSE_0103349 | |
| 298 | Email from E. Dean dated November 8, 2021 re: Redistricting | SC_HOUSE_0091196- SC_HOUSE_0091197 | |
| 299 | Email from P. Dennis dated November 8, 2021 re: Redistricting | SC_HOUSE_0091380- SC_HOUSE_0091381 | |
| 300 | Email from R. Kirby dated November 15, 2021 re: Redistricting -KIRBY | SC_HOUSE_0093042- SC_HOUSE_0093043 | |
| 301 | Email from P. Dennis dated November 17, 2021 re: Speaker Lucas Calling the House into Statewide Session… | SC_HOUSE_0091382 | |
| 302 | Email from T. Hauger dated November 17, 2021 re: List of Pairings of House Members in Full Committee's proposal redistricting plan? | SC_HOUSE_0102239 | |
| 303 | Email from L. Aden dated November 19, 2019 re: Letter to the House Leadership and the House Judiciary Committee | SC_HOUSE_0091404 | |
| 304 | Letter to SC House Judiciary Committee dated November 19, 2021 | SC_HOUSE_0091405- SC_HOUSE_0091409 | |
| 305 | Email from D. Owens dated November 18, 2021 re: House Speaker James "Jay" Lucas Message to Rep. Patricia Henegan | SC_HOUSE_0106149- SC_HOUSE_0106150 | |
| 306 | Email from L. Aden dated November 19, 2021 re: Letter to the House Leadership and the House Judiciary Committee | SC_HOUSE_0009425 | |
| 307 | Letter to SC House Judiciary Committee dated November 19, 2021 | SC_HOUSE_0009426- SC_HOUSE_0009430 | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 308 | Email from L. Aden dated November 30, 2021 re: Supplemental Comments on the House Judiciary Committee's Proposed House Redistricting Plan | SC_HOUSE_0009366-SC_HOUSE_0009367 | |
| 309 | Second Set of Supplemental Comments on House Judiciary Committee's Proposed House Plan (dated November 30, 2021) | SC_HOUSE_0009368-SC_HOUSE_0009378 | |
| 310 | Email from M. Butler dated December 1, 2021 re: City Council Letter to oppose Draft Plan Dismantling House District 95 | SC_HOUSE_0091461 | |
| 311 | Letter from City of Orangeburg dated December 1, 2021 re: Draft Plan to dismantle House District 95 | SC_HOUSE_0091462-SC_HOUSE_0091463 | |
| 312 | Multiple letters re Draft Plan | SC_HOUSE_0083698-SC_HOUSE_0083710 | |
| 313 | Redistricting Testimony from September 22, 2021 SC House of Representative Ad Hoc Committee Hearing | SC_HOUSE_0083715-SC_HOUSE_0083768 | |
| 314 | Email from T. Hauger dated March 1, 2021 re: Welcome to the SC House Redistricting Team | SC_HOUSE_0102028-SC_HOUSE_0102029 | |
| 315 | Email from P. Dennis dated March 16, 2021 re: Election Commission Date | SC_HOUSE_0102039-SC_HOUSE_0102042 | |
| 316 | Email from T. Hauger dated March 16, 2021 re: Election Commission Data | SC_HOUSE_0102064-SC_HOUSE_0102068 | |
| 317 | Email from T. Hauger dated October 15, 2021 re: Census Link for Data | SC_HOUSE_0103351-SC_HOUSE_0103352 | |
| 318 | Email from T. Hauger dated October 26, 2021 re: Members that haven't visited map room 10/26/2021 | SC_HOUSE_0103374 | |
| 319 | Email from T. Hauger dated February 23, 2021 re: Election Commission Data | SC_HOUSE_0103444-SC_HOUSE_0103446 | |
| 320 | Email from T. Hauger dated December 3, 2021 re: Murphy Amendment | SC_HOUSE_0103556 | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 321 | Email from A. Harwell-Beach dated December 3, 2021 re: Murphy Technical Strikeall Amendment | SC_HOUSE_0103558 | |
| 322 | Email from A. Fiffick dated December 7, 2021 re: Redistricting Act | SC_HOUSE_0104093-SC_HOUSE_0104094 | |
| 323 | Calendar Invite from P. Dennis dated October 7, 2021 | SC_HOUSE_0105189 | |
| 324 | Email from P. Dennis dated December 8, 2021 re: House Resolution 4493 | SC_HOUSE_0105192 | |
| 325 | House Resolution 4493 | SC_HOUSE_0105193-SC_HOUSE_0105194 | |
| 326 | Email from P. Dennis dated July 23, 2021 re: Draft email about retreat | SC_HOUSE_0105198 | |
| 327 | Email from E. Dean dated November 8, 2021 re: Redistricting | SC_HOUSE_0106694-SC_HOUSE_0106695 | |
| 328 | Email from E. Dean dated October 4, 2021 re: Map Room Information | SC_HOUSE_0106830 | |
| 329 | 2021 Guidelines and Criteria for Congressional and Legislative Redistricting | | |
| 330 | 2021 Redistricting Map Room Policies and Procedures | SC_HOUSE_0091425 SC_HOUSE_0091426 | |
| 331 | House Defendants James H. Lucas, Chris Murphy and Wallace H. Jordan's Responses and Objections to Plaintiffs' First Set of Interrogatories dated January 24, 2022 | | |
| 332 | Redistricting Ad Hoc Committee Agenda | SC_HOUSE_0070661 | |
| 333 | Email from E. Dean re: Ad Hoc and Full Judiciary Committee Meetings | SC_HOUSE_0072266 | |
| 334 | Redistricting Ad Hoc Committee Agenda | SC_HOUSE_0072267 | |
| 335 | Email from E. Dean dated December 22, 2021 re: Meeting and Website Update | SC_HOUSE_0077330 | |
| 336 | Redistricting Ad Hoc Committee Agenda | SC_HOUSE_0077331 | |
| 337 | Email from E. Dean dated December 15, 2021 re: Agenda for Thursday and Website update | SC_HOUSE_0091100 | |
| 338 | Redistricting Ad Hoc Committee Agenda | SC_HOUSE_0091100 | |
| 339 | Email from J. Cusick dated August 9, 2021re: Letter to the House Redistricting Ad Hoc Committee | SC_HOUSE_0007622 | |
| 340 | Letter to Redistricting Ad Hoc Committee | SC_HOUSE_0007623-SC_HOUSE_0007638 | |
| 341 | Email from S. Lance dated August 30, 2021 re: Follow -up Letter to the House Redistricting Ad Hoc Committee | SC_HOUSE_0007690 | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 342 | Letter to Redistricting Ad Hoc Committee dated August 30, 2021 | SC_HOUSE_0007691-SC_HOUSE_0007695 | |
| 343 | Email from J. Cusick dated September 28, 2021 re: Follow-up Letter to the House Redistricting Ad Hoc Committee | SC_HOUSE_0007874-SC_HOUSE_0007875- | |
| 344 | Letter to Redistricting Ad Hoc Committee dated August 30, 2021 | SC_HOUSE_0007876-SC_HOUSE_0007881- | |
| 345 | Public Hearings Transcript-Myrtle Beach (September 8, 2021) | | |
| 346 | Public Hearing Meeting Video- Myrtle Beach (September 8, 2021) https://www.scstatehouse.gov/video/archives.php?key=11506 | | |
| 347 | Public Hearings Transcript-Florence (September 8, 2021) | | |
| 348 | Public Hearing Meeting Video- Florence (September 9, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 349 | Public Hearings Transcript-York (September 13, 2021) | | |
| 350 | Public Hearing Meeting Video- York (September 13, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 351 | Public Hearings Transcript-Greenville (September 14, 2021) | | |
| 352 | Public Hearing Meeting Video- Greenville (September 14, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 353 | Public Hearings Transcript-North Charleston(September 15, 2021) | | |
| 354 | Public Hearing Meeting Video- North Charleston (September 15, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 355 | Public Hearings Transcript-Bluffton (September 16, 2021) | | |
| 356 | Public Hearing Meeting Video- Bluffton (September 16, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 357 | Public Hearings Transcript-Aiken (September 20, 2021) | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 358 | Public Hearing Meeting Video- Aiken (September 16, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 359 | Public Hearings Transcript-Greenwood (September 21, 2021) | | |
| 360 | Public Hearing Meeting Video- Greenwood (September 21, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 361 | Public Hearings Transcript-Orangeburg (September 22, 2021) | | |
| 362 | Public Hearing Meeting Video- Orangeburg (September 21, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 363 | Public Hearings Transcript-Columbia(September 28, 2021) | | |
| 364 | Public Hearing Meeting Video- Columbia (September 28, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 365 | Public Hearings Transcript-Columbia(October 4, 2021) | | |
| 366 | Public Hearing Meeting Video- Columbia (October 4, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 367 | Ad Hoc Committee Hearing Agenda - Columbia (August 3, 2021) | | |
| 368 | Ad Hoc Committee Hearing Transcript-Columbia (August 3, 2021) | | |
| 369 | Ad Hoc Committee Hearing Video - Columbia (August 3, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 370 | Ad Hoc Committee Hearing Agenda - Columbia (November 10, 2021) | | |
| 371 | Ad Hoc Committee Hearing Transcript-Columbia (November 10, 2021) | | |
| 372 | Ad Hoc Committee Hearing Video - Columbia (November 10,2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 373 | Ad Hoc Committee Hearing Agenda - Columbia (November 16, 2021) | | |
| 374 | Ad Hoc Committee Hearing Transcript-Columbia | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| | (November 16, 2021) | | |
| 375 | Ad Hoc Committee Hearing Video - Columbia (November 16,2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 376 | Ad Hoc Committee Hearing Agenda - Columbia (December 16, 2021) | | |
| 377 | Ad Hoc Committee Hearing Transcript-Columbia December 16, 2021 | | |
| 378 | Ad Hoc Committee Hearing Video - Columbia (December 16,2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 379 | Ad Hoc Committee Hearing Agenda - Columbia (December 29, 2021) | | |
| 380 | Ad Hoc Committee Hearing Transcript-Columbia December 29 2021 | | |
| 381 | Ad Hoc Committee Hearing Video - Columbia (December 29,2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 382 | Ad Hoc Committee Hearing Agenda - Columbia (January 10, 2022) | | |
| 383 | Ad Hoc Committee Hearing Transcript-Columbia (January 10, 2022) | | |
| 384 | Ad Hoc Committee Hearing Video - Columbia (January 10, 2022) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 385 | Full Judiciary Committee Meeting Agenda (November 16, 2021) | | |
| 386 | Full Judiciary Committee Meeting Transcript (November 16, 2021) | | |
| 387 | Full Judiciary Committee Meeting Video (November 16, 2021) South Carolina Legislature Video Archives (scstatehouse.gov) | | |
| 388 | Full Judiciary Committee Meeting Agenda (January 10, 2022) | | |
| 389 | Full Judiciary Committee Meeting Transcript (January 10, 2022) | | |
| 390 | Full Judiciary Committee Meeting Video (January 10, 2022) South Carolina Legislature Video Archives (scstatehouse.gov) | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 391 | Statewide Map -Young Dems of South Carolina (Erica Sampson) | | |
| 392 | Statewide Map -Young Dems of South Carolina (Jeni Atchley) | | |
| 393 | Statewide Map -York County Democratic Party | | |
| 394 | Statewide Map -Young Dems of South Carolina (Kevin Eckert) | | |
| 395 | Statewide Map -League of Women Voters of SC | | |
| 396 | Statewide Map -Michael Roberts | | |
| 397 | Statewide Map -NAACP | | |
| 398 | 2021 S.C. Act No. 117 (H. 4493) | | |
| 399 | SC NAACP testimonies from House hearings | | |
| 400 | SC League of Women Voters proposed House map, House 2021 Redistricting | Public Submissions (schouse.gov) | | |
| 401 | Proposed House maps | | |
| 402 | State Election Commission https://www.scvotes.gov/sites/default/files/2021-11-17%20SEC%20Minutes.pdf) | | |
| 403 | 2022 election schedule – appended to House's MTD | | |
| 404 | Committee Agendas, South Carolina House of Representatives Judiciary Committee, https://redistricting.schouse.gov/agendas.html | | |
| 405 | Ex. 22 to Lucas Deposition 2021 Redistricting Map Room Policies and Procedures | | |
| 406 | Ex. 23 to Lucas Deposition Email from L. Aden dated October 8, 2021 re: Proposed Congressional and House Map Submissions - | SC_HOUSE_0091539- SC_HOUSE_0091540 | |
| 407 | Ex. 24 to Lucas Deposition Email from E. Dean dated November 8, 2021 re: Redistricting | SC_HOUSE_0106694- SC_HOUSE_0106695 | |
| 408 | Ex. 25 to Lucas Deposition Email from P. Dennis dated November 17, 2021 re: Speaker Lucas Calling the House into Statewide Session… | SC_HOUSE_0091382 | |
| 409 | Ex. 26 to Lucas Deposition Email from L. Aden dated November 19, 2021 re: Letter to the House Leadership and the House Judiciary Committee | SC_HOUSE_0009425- SC_HOUSE_0009430 | |
| 410 | Ex. 27 to Lucas Deposition Email from L. Aden dated November 30, 2021 re: Supplemental Comments on the House Judiciary Committee's Proposed House Redistricting Plan | SC_HOUSE_0009366- SC_HOUSE_0009378 | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 411 | Ex. 28 to Lucas Deposition<br>South Carolina Legislature Hearing Transcript- House of Representatives<br>December 2, 2021 | | |
| 412 | Ex. 29 to Lucas Deposition<br>Floor Passed Population Summary | | |
| 413 | Ex. 30 to Lucas Deposition<br>Map - House District 65 | | |
| 414 | Ex. 31 to Lucas Deposition<br>Map - House District 62 | | |
| 415 | Ex. 32 to Lucas Deposition<br>Email from House Redistricting dated August 17, 2021 re: House District 60 Map and Census 2020 Demographics | SC_HOUSE_0100502-SC_HOUSE_0100503 | |
| 416 | Ex. 33 to Lucas Deposition<br>Map - House District 63 | | |
| 417 | Ex. 34 to Lucas Deposition<br>Email from House Redistricting dated August 17, 2021re: House District 63 Map and Census 2020 Demographics | SC_HOUSE_0091413-SC_HOUSE_0091414 | |
| 418 | Ex. 35 to Lucas Deposition<br>Map - House District 59 | | |
| 419 | Ex. 36 to Lucas Deposition<br>Email from P. Dennis dated October 6, 2021 re: PreDraw SH-67 | SC_HOUSE_0091374-SC_HOUSE_0091375 | |
| 420 | Ex. 37 to Lucas Deposition<br>Email from T. Hauger dated October 15, 2021 re: Census Link for Data | SC_HOUSE_0103351-SC_HOUSE_0103352 | |
| 421 | Ex. 38 to Lucas Deposition<br>Map - House District 67 | | |
| 422 | Ex. 39 to Lucas Deposition<br>Map - House District 51 | | |
| 423 | Ex. 40 to Lucas Deposition<br>Map - House District 64 | | |
| 424 | Ex. 41 to Lucas Deposition<br>Map - House District 75 | | |
| 425 | Ex. 42 to Lucas Deposition<br>Email from House Redistricting dated August 17, 2021 re: House District 75 Map and Census 2020 Demographic | SC_HOUSE_0100517-SC_HOUSE_0100518 | |
| 426 | Ex. 43 to Lucas Deposition<br>Map - House District 74 | | |
| 427 | Ex. 44 to Lucas Deposition<br>Map - House District 76 | | |
| 428 | Ex. 45 to Lucas Deposition<br>Map - House District 70 | | |

PLAINTIFFS' EXHIBIT LIST
SC NAACP v. McMaster

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 429 | Ex. 46 to Lucas Deposition Map - House District 72 | | |
| 430 | Ex. 47 to Lucas Deposition Map - House District 78 | | |
| 431 | Ex. 48 to Lucas Deposition Map - House District 41 | | |
| 432 | Ex. 49 to Lucas Deposition Map - House District 43 | | |
| 433 | Ex. 50 to Lucas Deposition Map - House District 95 | | |
| 434 | Ex. 51 to Lucas Deposition Email from M. Butler dated December 1, 2021 re: City Council Letter to oppose Draft Plan Dismantling House District 95 | SC_HOUSE_0091461 | |
| 435 | Ex. 52 to Lucas Deposition Multiple letters re Draft Plan | SC_HOUSE_0083698- SC_HOUSE_0083710 | |
| 436 | Ex. 53 to Lucas Deposition Redistricting Testimony from September 22, 2021 SC House of Representative Ad Hoc Committee Hearing | SC_HOUSE_0083715- SC_HOUSE_0083768 | |
| 437 | Ex. 54 to Lucas Deposition Map - House District 90 | | |
| 438 | Ex. 55 to Lucas Deposition Map - House District 91 | | |
| 439 | Ex. 56 to Lucas Deposition Map - House District 93 | | |
| 440 | PLACEHOLDER -- Any and all documents produced after the April 26, 2022 status conference | | |

Plaintiffs reserve the right to identify additional exhibits for materials that were not timely produced (including all documents produced after the April 26 status conference).   Plaintiffs further reserve the right to identify additional exhibits for impeachment purposes and to use any exhibits offered and admitted on Defendants' Exhibit Lists. Plaintiffs also reserve the right to create additional demonstrative exhibits.