IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:21-cv-03302-MBS-TJH-RMG<br><br><br>**STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) REGARDING AMENDMENT OF SECOND AMENDED COMPLAINT TO REMOVE COUNT ONE AND COUNT TWO** |

　　　　Plaintiff The South Carolina State Conference of the NAACP ("Plaintiff SC NAACP"), by and through its undersigned counsel and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, hereby stipulates and agrees, with the consent of all Defendants,[1] to amend the Second

---

[1] "[A] party may amend its pleading . . . with the opposing party's written consent . . ." Fed. R. Civ. P. 15(a)(2). *See also Skinner v. First Am. Bank of Virginia*, 64 F.3d 659 (4th Cir. 1995) ("Because Rule 41 provides for the dismissal of *actions,* rather than *claims,* Rule 15 is technically

1

Amended Complaint for the purpose of removing Counts One and Two. (*See* ECF No. 154 at ¶¶ 247-260).  The basis for this Stipulation is that Plaintiff SC NAACP[2] and House Defendants have executed the Settlement Agreement and Release attached as ***Exhibit A***, which resolves Count One and Count Two and obviates the need for a trial on Plaintiff SC NAACP's claims challenging certain House districts enacted in Act No. 117, Acts and Joint Resolutions, 2021-2022. A true and correct copy of Plaintiffs' Third Amended Complaint is attached to this Stipulation as ***Exhibit B***. All Parties agree that upon the filing of the Third Amended Complaint, the only Complaint properly before the Court is the Third Amended Complaint.

House Defendants and Plaintiff SC NAACP further stipulate that if enactment of the Settlement Maps does not occur as provided for by ***Exhibit A***, Plaintiff SC NAACP will have good cause to further amend their Complaint under Fed. R. Civ. P. 15 in order to reallege Count One and Count Two, provided, however, that Plaintiff SC NAACP complies with its obligation under the Settlement Agreement (*see **Ex. A*** at ¶ 5) to engage in good faith negotiations with House Defendants regarding the enactment of the Settlement Maps through a separate legislative vehicle prior to any such further amendment.

[SIGNATURE BLOCKS TO FOLLOW]

---

the proper vehicle to accomplish a partial dismissal.").

[2]     Plaintiff Taiwan Scott challenges only the Congressional Plan, not the House Plan, and therefore is not a party to this Agreement resolving his co-plaintiff's claims against the House Plan.

Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Columbia, SC 29202
Tel.: (843) 282-7953
achaney@aclusc.org

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Antonio L. Ingram II**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Samantha Osaki**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

*s/Christopher J. Bryant*
Christopher J. Bryant, Fed. ID 12538
BOROUGHS BRYANT, LLC
1122 Lady St., Ste. 208
Columbia, SC 29201
Tel.: (843) 779-5444
chris@boroughsbryant.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes**
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

*Counsel for Plaintiff SC NAACP*
\* Motion for admission Pro Hac Vice forthcoming

\*\* Admitted Pro Hac Vice

/s/ Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica H. Wells (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EWells@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com
*Attorneys for James H. Lucas, Chris Murphy, and Wallace H. Jordan*

4

/s/ Robert E. Tyson, Jr.
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*

/s/ M. Elizabeth Crum
M. Elizabeth Crum (Fed. Bar #372)
Jane Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
Telephone: (803) 799-9800
Facsimile: (803) 753-3278
Thomas Wells Nicholson (Fed. Bar #12086)

SOUTH CAROLINA ELECTION COMMISSION
P.O. Box 5987
Columbia, South Carolina 29250-5987
Telephone: 803-734-9063
Facsimile: 803-734-9366
tnicholson@elections.sc.gov

*Counsel for South Carolina Election Commission Defendants*