AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:21-cv-03302-MBS-TJH-RMG |
| THOMAS C. ALEXANDER, in his official capacity as President of the Senate, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs: The South Carolina State Conference of the NAACP, Taiwan Scott                           .

Date:     05/31/2022

s/ Santino Coleman
*Attorney's signature*

Santino Coleman, Fed. ID 11914
*Printed name and bar number*

NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Ste 600
Washington, DC 20005*
*Mailing address only (Working remotely from SC)
*Address*

scoleman@naacpldf.org
*E-mail address*

(202) 682-1300
*Telephone number*

(202) 682-1312
*FAX number*