<u>SC NAACP, et al v. ALEXANDER, et al</u>

CA No.: 3:21-cv-03302-MBS-TJH-RMG

# EXHIBIT A

*Senate Defendants Opposition to*

*Plaintiffs' Motion to Compel*

Rankin Certification

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY D. MCMASTER, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-03302-MBS-TJH-RMG <br><br> **CERTIFICATION** <br> <u>**UNDER PENALTY OF PERJURY**</u> |

The undersigned declarant hereby certifies, under penalty of perjury, the following:

1. I am a named defendant in the above-captioned action, served as a member of the South Carolina Senate Judiciary Committee or South Carolina Senate Judiciary Redistricting Subcommittee, or served as a staff member to a named defendant.

2. I have searched my personal email accounts and all text messages and instant messages on my personal communication device and certify that I have delivered to the South Carolina Senate counsel all emails, text messages, and instant messages relating in any way to the South Carolina Congressional Redistricting Plan adopted in the 2021-2022 legislative session.

Luke A. Rankin, Jr.
_____
Name (Please print)

_____
Signature

6/15
_____, 2022