*SC NAACP v. Alexander,*
Case No. 3:21-cv-03302-TJH-MBS-RMG

# Exhibit B

| | |
|---|---|
| **From:** | Michelle Charles |
| **To:** | Smith, Laura L.; Barnes, Anna-Kathryn; zzz.External.jcusick@naacpldf.org; Cynthia D. Nygord; zzz.External.chris@boroughsbryant.com; zzz.External.achaney@aclusc.org; zzz.External.aingram@naacpldf.org; Leah Aden; zzz.External.pyan@aclu.org; zzz.External.raudain@naacpldf.org; zzz.External.sosaki@aclu.org; Gibson, Lisa; Gryll, Sarah; zzz.External.strivedi@aclu.org; Stuart Naifeh; zzz.External.acepedaderieux@aclu.org; Freedman, John A.; Hindley, John; Fuisz, Jeffrey A.; Ramer, Paula; Pergament, Adam; Colarusso, Gina; lcrum@burr.com; jtrinkley@burr.com; mburchstead@burr.com; tnicholson@elections.sc.gov; Rob Tyson; Lisle Traywick; Shedd, Erica Wells; La"Jessica Stringfellow; John M Gore; Stephen J Kenny; efenster@naacpnet.org; zzz.External.MMoore@nexsenpruet.com; Hollingsworth, Jennifer J.; zzz.External.Mparente@nexsenpruet.com; Rick Rozos; Barber, Hamilton B.; Mathias, Andrew A.; Ricard, Rhett D.; Wilkins, William W.; zzz.External.KDiamaduros@nexsenpruet.com; Rabon, Sheree M.; Werdenie, Sharon A. |
| **Subject:** | SC NAACP, et al. v Alexander - Plaintiffs" Updated Notices of Deposition for Patrick Dennis and Chris Murphy |
| **Date:** | Friday, April 29, 2022 4:26:09 PM |
| **Attachments:** | Dennis NOD.pdf |
| | C. Murphy NOD.pdf |

External E-mail

Good afternoon counsel,

Please find attached Plaintiffs' Second Updated Notice of Deposition of Patrick Dennis, now scheduled for Friday, May 6, 2022, at 10:00am. Please also see Plaintiffs' Notice of Deposition of Chris Murphy, scheduled for Wednesday, May 4, 2022, at 10:00 am.

Best,
**Michelle Charles** (she/her/hers)
**Paralegal**
**NAACP Legal Defense and Educational Fund, Inc.**

700 14th Street, NW, 6th Floor, Washington, DC 20005

▪ c 646.315.2265 ▪ mcharles@naacpldf.org

www.naacpldf.org

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.