*SC NAACP v. Alexander,*
Case No.  3:21-cv-03302-TJH-MBS-RMG

# EXHIBIT E

to
## Plaintiffs' Reply in Support of Their Motion to Compel Production

# THIS EXHIBIT HAS BEEN SUBMITTED TO THE COURT FOR *IN CAMERA* REVIEW PURUSANT TO THE CONSENT CONFIDENTIALITY ORDER (ECF NO. 123)