# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission, <br><br> Defendants. | Case No. 3:21-cv-03302-MBS-TJH-RMG <br><br> **THREE-JUDGE PANEL** <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

  Counsel for Defendants James H. Lucas (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official capacity as Chairman of the South Carolina House of Representatives Redistricting Ad

1

Hoc Committee) (collectively, the "House Defendants"), respectfully request that this Court permit Erica Wells Shedd of the law firm of Nexsen Pruet, PLLC to withdraw as counsel for the House Defendants pursuant to Rule 83.I.07. In support of this motion, the undersigned states as follows:

1. Erica Hope Wells filed a notice of appearance on January 25, 2022. ECF No. 110.
2. The House Defendants and remaining counsel consent to Erica Wells Shedd's withdrawal.
3. All other counsel for the House Defendants will remain as counsel for the House Defendants.
4. Pursuant to Local Rule 7.02, counsel for the House Defendants have consulted with counsel for Plaintiffs regarding this motion and they consent.

WHEREFORE, the undersigned respectfully requests that this Court issue an order allowing Erica Wells Shedd to withdraw as counsel for the House Defendants in this matter.

Respectfully submitted,

*s/ Erica Wells Shedd*
Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Erica W. Shedd (Fed. ID No. 13206)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
EShedd@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com