# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRCIT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| The South Carolina State Conference of the NAACP, and Taiwan Scott, *on behalf of himself and all other similarly situated persons*,<br><br>                Plaintiffs,<br><br>v.<br><br>Thomas C. Alexander, *in his official capacity as President of the Senate Judiciary Committee;* James H. Lucas, *in his official capacity as Speaker of the House of Representatives*; Chris Murphy, *in his official capacity as Chairman of the House of Representatives Judiciary Committee*; Wallace H. Jordan, *in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee*; Howard Knabb, *in his official capacity as interim Executive Director of the South Carolina State Election Commission*; John Wells, *Chair*, Joanne Day, Clifford J. Elder, Linda McCall, and Scott Moseley, *in their official capacities as members of the South Carolina State Election Commission*,<br><br>                Defendants. | C.A. No.: 3:21-cv-03302-TJH-RMG-MGL<br><br>**FOURTH AMENDED SCHEDULING ORDER** |

The previously entered scheduling orders for the trial challenging the South Carolina Congressional Reapportionment Plan (Dkt. Nos. 180, 210) are hereby modified as follows:

1. Pretrial Conference will be held on September 30, 2022 at the J. Waties Waring Federal Judicial Center, Charleston, South Carolina at 10:00 a.m.;

2. This case will be called for a bench trial on October 3, 2022 at the J. Waties Waring Federal Judicial Center at 10:00 a.m.; and

1

3. Proposed Findings of Facts and Conclusions of Law will be due on October 28, 2022.

All other aspects of the previously entered Scheduling Orders shall be unchanged.

**AND IT IS SO ORDERED.**

United States Circuit Judge

United States District Judge

United States District Judge

July 21, 2022
Columbia, South Carolina