IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF SOUTH CAROLINA

THE SOUTH CAROLINA STATE CONFERENCE
OF THE NAACP, et al.,

     Plaintiffs

v.                                                                         No. 3:21-cv-03302

HENRY D. MCMASTER, in his official capacity as
Governor of South Carolina, et al.,

     Defendants

---

ORDER

---

On July 21, 2022, the Honorable Margaret B. Seymour withdrew from this case, and the district court reassigned the case to the Honorable Mary Geiger Lewis.

In light of this reassignment, the composition of the three-judge court designated pursuant to 28 U.S.C. § 2284 is amended to reflect that the Honorable Toby J. Heytens and the Honorable Richard M. Gergel shall sit with the Honorable Mary Geiger Lewis to hear and determine this matter as provided by 28 U.S.C. § 2284.

This 25th day of July, 2022.

Roger L. Gregory
Chief Judge, U.S. Court of Appeals
for the Fourth Circuit