# Exhibit 4

                                                    Page 1

 1

 2   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF SOUTH CAROLINA
 3   COLUMBIA DIVISION
     -------------------------------------x
 4   THE SOUTH CAROLINA STATE
     CONFERENCE OF THE NAACP
 5
                     and
 6
     TAIWAN SCOTT, ON BEHALF OF HIMSELF        Case No.
 7   AND ALL OTHER SIMILARLY SITUATED          3:21-CV-03302
     PERSONS,                                  JMC-TJH-RMG
 8
                              Plaintiffs,
 9
                     Vs.
10
     THOMAS C. ALEXANDER, IN HIS OFFICIAL
11   CAPACITY AS PRESIDENT OF THE SENATE;
     LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
12   AS CHAIRMAN OF THE SENATE JUDICIARY
     COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
13   CAPACITY AS SPEAKER OF THE HOUSE OF
     REPRESENTATIVES; CHRIS MURPHY, IN HIS
14   OFFICIAL CAPACITY AS CHAIRMAN OF THE
     HOUSE OF REPRESENTATIVES JUDICIARY
15   COMMITTEE; WALLACE H. JORDAN, IN HIS
     OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
16   OF REPRESENTATIVES ELECTIONS LAW
     SUBCOMMITTEE; HOWARD KNAPP, IN HIS
17   OFFICIAL CAPACITY AS INTERIM EXECUTIVE
     DIRECTOR OF THE SOUTH CAROLINA STATE
18   ELECTION COMMISSION; JOHN WELLS, JOANNE
     DAY, CLIFFORD J. EDLER, LINDA MCCALL,
19   AND SCOTT MOSELEY, IN THEIR OFFICIAL
     CAPACITIES AS MEMBERS OF THE SOUTH
20   CAROLINA STATE ELECTION COMMISSION,
21                            Defendants.
     -------------------------------------x
22

        STENOGRAPHIC REMOTE VIRTUAL DEPOSITION
23                CHARLES TERRENI
              Tuesday, August 16, 2022
24

25

Page 56

```
 1                    TERRENI
 2         A.   Well, yeah.   I mean there
 3    were some lawyers I'm sure that
 4    communicated with the community and
 5    with me.  Dale Oldham was one of
 6    them.  I'm trying to think if there
 7    was anybody else.  That was it I
 8    believe.
 9         Q.   Who does Dale Oldham work
10    for?
11         A.   That's a good question.  I
12    don't know.
13         Q.   Did you communicate with
14    him?
15         A.   Yeah.
16         Q.   How often?
17         A.   Rarely.  He called me after
18    his staff plan was released one or
19    two times and I'm talking about
20    communicating with him about
21    congressional redistricting.
22         Q.   Did you talk to him about
23    noncongressional redistricting?
24         A.   Yeah.
25         Q.   Such as?
```

Page 57

TERRENI

1
2        A.    A boat.  I didn't talk to
3     him very often but I have known Dale
4     for a long time.  I'm sure he wished
5     me a Merry Christmas and that kind
6     of thing.
7        Q.    How long have you known
8     him?
9        A.    30 years.
10       Q.    And you don't know -- I'm
11    sorry, do you know who he works for?
12       A.    I do not.  I know he works
13    for some national Republican
14    organization.  The National
15    Republican Redistricting Trust has
16    been mentioned in the discovery that
17    I have seen.  I don't know if he
18    works with them or not.  I have no
19    idea.
20       Q.    So you talked to him one or
21    two times after the staff plan
22    released and we earlier discussed
23    that that was around November of
24    2021.  Is that when you recall
25    talking to him?

```
                                        Page 58
  1                    TERRENI
  2         A.    I think so, yes.
  3         Q.    And only those one or two
  4    times?
  5         A.    Again, if we are talking
  6    about congressional, yes.  Only
  7    those one or two.  It was a couple
  8    of calls.
  9         Q.    Who else was on those
 10    calls?
 11         A.    No one.
 12         Q.    How long did they last?
 13         A.    Couple minutes.
 14         Q.    Did you correspond by
 15    email, text or some other means
 16    after or around those conversations?
 17         A.    He sent me a couple of text
 18    messages.
 19         Q.    Did you turn those over in
 20    discovery in this case?
 21         A.    Yes.
 22         Q.    Do you know -- more than
 23    five texts messages, around how
 24    many?
 25         A.    I think it was just two or
```

Page 59

1                    TERRENI
2       three.
3            Q.    What was the nature of
4       those texts?
5            A.    As I recall, he texted us
6       something to the effect of having a
7       plan that he thought, just having a
8       plan that he wanted us to see.
9       There was a second text, if I
10      recall, just from the exhibits you
11      shared that -- says something about
12      he had some political data that was
13      different from the data we had
14      posted our website.  Those were the
15      texts.
16           Q.    Is your position that he
17      reached out to you initially or did
18      you reach out to him regarding
19      congressional maps?
20           A.    He reached out to me.
21           Q.    And is it your position
22      that he does not work for the South
23      Carolina Senate this congressional
24      cycle?
25           A.    My position?  I'm not aware

```
                                          Page 60
 1                    TERRENI
 2      that he works for the -- whoa, whoa,
 3      whoa.  I'm not aware that he worked
 4      for the -- that's right, I'm not
 5      aware that he worked for the South
 6      Carolina Senate during this
 7      congressional cycle.
 8            If you want me to expand, I am
 9      aware that he did some work on a
10      Senate Republican caucus during the
11      Senate phase of redistricting, just
12      to be clear.
13         Q.   Now, you said he wanted us
14      to see our maps, some maps on that.
15      Who was us that you are referring
16      to?
17         A.    Senate -- Senate Judiciary
18      staff.
19         Q.    And did he ultimately send
20      you that information?
21         A.    Yes.
22         Q.    And he sent that to you by
23      email?
24         A.    Not me by email.  He would
25      have -- he did not send anything but
```

Page 61

1                    TERRENI
2       he -- Adam Kincaid, who I understand
3       to be with the National Republican
4       Redistricting Trust, I believe, had
5       to send us the file.  And he needed
6       to transfer it by gmail or by Google
7       Drive because it was a big file.
8       And he did it by sending it to Andy
9       Fiffick at a gmail address.
10          Q.   Did you tell Oldham to send
11      it to Mr. Fiffick?
12          A.   I didn't tell Oldham to
13      send it to Mr. Fiffick.  I think at
14      some point during this conversation
15      I believe he would have been in the
16      room, we were looking for a gmail
17      address that this individual could
18      use and Andy probably volunteered
19      his gmail address so that the file
20      could be transferred.
21          Q.   So Oldham calls you and
22      said he has some maps that he wants
23      the Senate Judiciary to look at.
24      Does he identify at that time that
25      those maps would come from the

Page 62

```
 1                    TERRENI
 2     National Republican Redistricting
 3     Trust?
 4          A.   No.  I don't think so.  I
 5     mean I understood them to come from
 6     some Republican entity but I wasn't
 7     familiar with the National
 8     Redistricting Trust per se.
 9          Q.   Did you tell him at that
10     time to send them to the Senate
11     redistricting email that had been
12     publicized to the rest of the
13     public?
14          A.   I told him he could but he
15     wanted us to see them.  We had
16     already published the staff plan and
17     he said, well, I'd like to send,
18     something to the effect, I don't
19     remember the exact conversation,
20     that he wanted us to see them and
21     wanted us to see them quickly so we
22     gave him that email address.
23          Q.   I want to look at what was
24     submitted as tab 50 which is a text
25     exchange between Mr. Oldham and
```

```
                                        Page 63

 1                    TERRENI
 2        another person from November 23,
 3        2021, that said South Carolina
 4        Senate 4343.  And that would be
 5        Plaintiffs' Exhibit 1.
 6              (Plaintiffs' Exhibit 1, Text
 7          exchange, marked for
 8          identification, as of this date.)
 9             A.    I'm sorry, tab 50?
10             Q.    Yes.
11             A.    Okay.  All right.
12             Q.    You have that in front of
13        you?
14             A.    I do.
15             Q.    Is this -- do you recognize
16        this text exchange?
17             A.    Yes.
18             Q.    Is this one of the texts
19        that you received from Mr. Oldham?
20             A.    Yes.
21             Q.    So this 803-530-2893 number
22        is yours?
23             A.    It is.
24             Q.    Is this your personal cell
25        phone, a work cell phone, what is
```

Page 64

```
 1                    TERRENI
 2      this?
 3           A.    It's both, my cell phone.
 4           Q.    And you used this cell
 5      phone for Senate redistricting
 6      purposes, this cycle?
 7           A.    Among other things, yes.
 8           Q.    Do you also receive emails
 9      around your other business with your
10      law firm on this same cell phone?
11           A.    Yes.
12           Q.    So this is not a cell phone
13      designated just for the Senate, your
14      work with the Senate this
15      redistricting cycle?
16           A.    No, ma'am.
17           Q.    And this is one text
18      exchange, some of it is redacted.
19      Is this the sum total of texts that
20      you had with Mr. Oldham?
21           A.    About congressional
22      redistricting or in general?
23           Q.    About congressional
24      redistricting.
25           A.    Sorry, I'm just trying to
```

```
                                    Page 65
 1                TERRENI
 2      look at it all.
 3           I think so.
 4        Q.   So looking at the November
 5      19, 2021, 9:38 a.m. text, Dalton
 6      Oldham reads -- sends a text to you
 7      that says:  "Call me.  Want to know
 8      if you/Andy has it."
 9        A.   Um-hmm.
10        Q.   Do you know what he's
11      referring to here?
12        A.   I believe he's referring to
13      that plan -- he sent three plans at
14      one point and then he sent another
15      plan later on.  I believe this would
16      refer to the first two plans that he
17      sent.
18        Q.   Okay.  We are going to look
19      at those because those were sent on
20      November 18th, I believe?
21        A.   That would make sense.
22      Around that time.
23        Q.   I'm sorry to interrupt you.
24        A.   No, I just said that makes
25      sense, around that time.  I don't
```

```
                                        Page 79

 1                    TERRENI
 2         Q.    Yes.
 3         A.    Yes, I have it.
 4         Q.    From Adam Kincaid to Andrew
 5    Fiffick.
 6         A.    Yes, ma'am.
 7         Q.    So you've seen this before?
 8         A.    Yes.
 9         Q.    Before even I sent it?
10         A.    Before you sent it, yes.
11         Q.    When did you see it?
12         A.    I think in the process of
13    discovery.
14         Q.    Is this the two maps that
15    you believe Mr. Oldham was referring
16    to in the text exchange that we just
17    went over?
18         A.    I believe so, yes, ma'am.
19         Q.    And it's your position,
20    correct me if I'm wrong, that in
21    speaking to Mr. Oldham you told him
22    that he could communicate to NRRT,
23    that they could share these maps
24    with Mr. Fiffick at his gmail?
25              MR. GORE:   Object to form.
```

```
                                    Page 80
 1                    TERRENI
 2         A.    Mr. Oldham or Mr. Kincaid,
 3     whoever, needed an email address
 4     with which to share these maps.  And
 5     I believe, I don't specifically
 6     recall, that we provided -- I
 7     provided it to him probably.  I just
 8     know that Mr. Oldham called, he
 9     wanted to share these maps with us,
10     we allowed him to do so.
11         Q.    Did you know Mr. Kincaid
12     before he sent these emails?
13         A.    No, ma'am.
14         Q.    Have you talked to
15     Mr. Kincaid on the phone?
16         A.    No.
17         Q.    Have you emailed separately
18     with Mr. Kincaid about congressional
19     redistricting?
20         A.    No.
21         Q.    So Mr. Oldham is the go-to
22     to NRRT as far as you are concerned?
23         A.    No.  Mr. Oldham -- I don't
24     have a go-to to NRRT.
25         Q.    But Mr. Oldham is the
```

```
                                         Page 81

 1                     TERRENI
 2       connection between NRRT and the
 3       Senate with regard to these maps?
 4            A.    Yeah.
 5               MR. GORE:   Objection.
 6        Mischaracterizes his testimony.
 7        You can answer.
 8            A.    Yeah.
 9            Q.    Can you read the subject of
10       this email, the one from
11       November 18, 2021, at 10:05 p.m.?
12            A.    A and B.zip.
13            Q.    Item shared with you A and
14       B.zip, is that accurate?
15            A.    Yes, ma'am.
16            Q.    And did you ultimately
17       review what was in the A and B.zip?
18            A.    Yes.
19            Q.    What was in there?
20            A.    Two maps.
21            Q.    Do you know if those maps
22       are referred to or have been
23       referred to as the Wren and Palmetto
24       maps?
25            A.    I believe they have.
```

```
                                              Page 82

 1                    TERRENI
 2          Q.    And do you know -- how did
 3     you come to see them, can you
 4     describe what you understand
 5     happened once this Adam Kincaid sent
 6     Mr. Fiffick this zip file, how did
 7     it go from there to you seeing them?
 8          A.    One way or another the
 9     files were conveyed to Will Roberts
10     who loaded them in the Maptitude
11     software so that we could look at
12     them.
13          Q.    And by saying we looked at
14     them, who was that?
15          A.    Generally Mr. Roberts, me,
16     Mr. Fiffick, Breeden John may have
17     been there.  I don't believe anybody
18     else specifically but...
19          Q.    Do you know if these maps
20     were shared with Jones Day?
21          A.    I don't recall.  I think
22     so.
23          Q.    Did you share them with
24     Jones Day?
25          A.    I don't remember.
```

Page 83

```
 1                    TERRENI
 2         Q.    How would you have shared
 3    them with Jones Day?  Via email?
 4         A.    I don't think I would have
 5    shared them with Jones Day, it would
 6    have been -- I would have had Mr.
 7    Roberts or somebody send it to Jones
 8    Day, if we did it.  I just don't
 9    remember this.
10         Q.    Why would you have sent
11    them to Jones Day for what purpose?
12         A.    Because they were submitted
13    to the Senate -- they were
14    represented as having some political
15    consensus behind them and so just
16    for general informational purposes.
17         Q.    Political consensus of who?
18         A.    The congressional
19    delegation.  Specifically the
20    Republican congressional delegation.
21    Mr. Oldham told me they had worked
22    with the Republican congressional
23    delegations on some maps or map
24    delegation singular or rather he had
25    said they worked on the delegations
```

```
                                          Page 84
 1                      TERRENI
 2      -- with the delegation on maps.  I
 3      asked him if the delegation included
 4      Mr. Clyburn.  He said no, this is
 5      the Republican delegation and that
 6      was it.  That's what he told me.
 7           Q.   And by -- so that means
 8      that -- did you understand that to
 9      mean that Mr. Oldham had
10      communicated with all six members of
11      the congressional delegation but
12      Representative Clyburn on this map
13      or both of these maps?
14           A.   I understood Mr. Oldham to
15      represent that the maps were
16      acceptable to the six members of the
17      delegation.  We did not discuss
18      whether he individually communicated
19      with each member or whether he
20      communicated with the staff or he
21      didn't do a role call.  Just what he
22      said.
23           Q.   Are you aware of whether --
24      are you aware that there were other
25      maps submitted by the public
```

```
                                          Page 85

 1                    TERRENI
 2        proposing congressional lines of
 3        this cycle?
 4             A.    Yes.
 5             Q.    Are you aware whether those
 6        maps were submitted to Jones Day?
 7             A.    I imagine Jones Day was
 8        made aware of various maps that were
 9        submitted.  I don't want to go in --
10        I don't think it's appropriate,
11        unless my attorney tells me so, to
12        go through each map that I submitted
13        to Jones Day, but yes Jones Day was
14        generally made aware of maps that
15        were submitted to the Senate.
16             Q.    How many maps did you share
17        with Jones Day?
18             A.    I don't know how many maps
19        I individually shared with Jones Day
20        again -- I mean it could have been
21        anybody on Senate staff.  I mean if
22        you are saying physically shared,
23        probably not many because Will
24        Roberts would have been the logical
25        person to do it.  I'm speculating
```

Page 86

```
 1              TERRENI
 2    here.  I just don't -- I mean are
 3    you asking me you if we,
 4    collectively, the Senate staff
 5    shared maps with Jones Day, yes.
 6    The logistics of it, I'm sorry, I
 7    don't remember.
 8         Q.   How did you determine which
 9    maps you would have shared, you
10    collectively, the Senate, with Jones
11    Day?
12         A.   Maps that I thought had
13    some particular political
14    significance perhaps at a
15    constituency that would have made
16    them likely to adopt or the member
17    had some concerns about or had
18    questions about or was interested
19    in.  If someone -- I mean that's a
20    general answer but it's pretty much
21    accurate.
22         Q.   How would a nonpartisan
23    organization have factored into your
24    calculus of a map that had political
25    significance?
```

Page 87

```
 1                    TERRENI
 2        A.    They certainly could have.
 3   League of Women Voters was very
 4   active, well respected participant
 5   in the process.  I'm sure we paid
 6   close attention to their maps.
 7        Q.    Do you recall specifically
 8   sharing the League of Women Voters
 9   map with Jones Day?
10        A.    Again, I'm not trying to be
11   picky here but do I recall me
12   specifically sharing it, no.  Did we
13   share it with Jones Day, probably
14   so.  Jones Day also could have
15   accessed it from the website.  I
16   mean they are all posted.
17        Q.    How many publicly submitted
18   maps are you aware were proposed by
19   the public that were posted on the
20   Senate's website?
21        A.    I believe all of them.
22        Q.    Excuse me?
23        A.    I believe all of them, at
24   least the ones that were submitted
25   by the submission deadline.
```

```
                                            Page 88
 1                      TERRENI
 2          Q.    But how many were there,
 3      were there more than five, more than
 4      ten, more than 20?  Do you have any
 5      sense of how many publicly submitted
 6      maps there were?
 7          A.    It was more than five.  May
 8      have been more than ten.  I don't
 9      recall.  We can look at the website
10      and see.
11          Q.    But based upon your
12      previous testimony is it your
13      position that not you or the Senate
14      staff collectively would not
15      necessarily have shared each of
16      those maps with Jones Day, you would
17      have made some determination about
18      which ones you would have selected
19      to send to Jones Day, whether or not
20      they looked at them separate -- all
21      of them separately or not you made a
22      selection of some not all of the
23      maps to be submitted to Jones Day?
24            MR. GORE:  Objection.
25        Mischaracterizes testimony.  Go
```

Page 89

```
                          TERRENI
 1
 2        ahead.  You can answer.
 3            A.   Well, we did not share
 4     every map with Jones Day.  That
 5     obviously involved some editorial
 6     function which we exercised in
 7     sending maps to Jones Day.  We did
 8     not send every map to Jones Day.
 9            Q.   The calculus for which maps
10     you would send to Jones Day was
11     essentially whether or not you
12     thought, you collectively thought
13     that a map had some political
14     significance, was likely to be
15     adopted or a member would be
16     interested in, those were the
17     contours of how you determine which
18     maps you would pick and potentially
19     submit to Jones Day?
20            A.   Those would be some of the
21     reasons, yes, for sending maps to
22     Jones Day, yes.
23            Q.   Looking at tab 58, and I
24     sent you 57, 58 is the associated
25     stats for the Wren map.  I think we
```

```
                                              Page 90
 1                     TERRENI
 2      added it to that share point file.
 3      Do you see a number 58 in that file?
 4           A.   No, ma'am.  I had to
 5      download those exhibits so if you
 6      added it afterward, you sent them to
 7      us.  For whatever reason I don't
 8      have it.
 9           MS. ADEN:  John, could you
10       screen share it, 58.
11           MR. GORE:  I'm not sure I have
12       it either.  I'm checking to see if
13       I have it, but I'm not certain that
14       I do.
15          Q.   It also should be -- have
16      uploaded in Veritext.
17           MR. GORE:  If Andrew or John
18       Cusick has it and can share it,
19       that might be a little easier.
20           MS. ADEN:  Yeah.  It's South
21       Carolina 26635, that's the Bates
22       stamp number.  John, you can let me
23       know if you have it.
24           MR. CUSICK:  Yup.  I'm about
25       to pull it up in one second.  Oh,
```

```
                                    Page 91
 1                    TERRENI
 2      unfortunately -- maybe we can go
 3      off record for a moment just
 4      because the host disabled
 5      participant screen sharing.
 6           MS. ADEN:  Mr. Gore, do you
 7      need a minute to talk with your
 8      client about this?
 9           MR. GORE:  Yeah.  Let's take a
10      minute.
11           (Whereupon, there is a recess
12      in the proceedings.)
13           (Plaintiffs' Exhibit 3, Wren
14      plan, Bates South Carolina Senate
15      26635, marked for identification,
16      as of this date.)
17      Q.   So you have had a chance to
18      look at South Carolina Senate 26635,
19      tab 58.  This is identified in the
20      top left-hand corner as the Wren
21      plan.
22           Have you seen this document
23      before?
24      A.   I don't remember.
25      Q.   Looking at this document
```

Page 92

```
 1                   TERRENI
 2      would this have been something
 3      prepared by the South Carolina
 4      Senate during the redistricting
 5      process or does this look like a
 6      document prepared by someone outside
 7      of the Senate?
 8          A.    It likely was prepared by
 9      the Senate.  It was definitely
10      prepared by somebody with Maptitude.
11      We used Maptitude.  And so I assume
12      it's a Senate document.
13          Q.    Were population summaries
14      like these something you regularly
15      saw during consideration of
16      congressional plans?
17          A.    Among others, yes.
18          Q.    And this summary includes
19      information about total population;
20      is that correct?
21          A.    Yes.
22          Q.    And deviations from
23      equality amongst the seven
24      congressional districts in total
25      numbers and even percentages; is
```

Page 93

                        TERRENI

1
2       that correct?
3            A.    Yes, ma'am.
4            Q.    And does it also report
5       racial demographic information?
6            A.    It does.
7            Q.    Okay.  I want to focus on
8       the percentage of non-DoJ black
9       Hispanic people identified in this
10      chart, which is the far right
11      column.
12           Are you familiar with the
13      category non-Hispanic DoJ black?
14           A.    Generally, yes.
15           Q.    What do you understand it
16      to mean?
17           A.    What I understand it to
18      mean is when we at the outset of the
19      process settled on a metric for a
20      percentage of black population for
21      redistricting we had to pick one of
22      the measures.  And for consistency's
23      sake we tried to, as I recall, we
24      tried to replicate the measure that
25      was used by the Department of

```
                                        Page 94
 1                        TERRENI
 2          Justice in the 2010-cycle, which
 3          would have been non-Hispanic DoJ
 4          black.
 5               Q.   Do you understand that
 6          category to include people who
 7          self-identify as black on the census
 8          but do not identify as Hispanic in
 9          addition?
10               A.   Yes, ma'am.
11               Q.   Are you familiar with a
12          category called any part black that
13          the census reports?
14               A.   I am.
15               Q.   What do you understand
16          about that category?
17               A.   If a respondent in that
18          category identifies any part as
19          black they will be any part black,
20          meaning you could be Hispanic and
21          black and identify as -- and that
22          would be included in AP black.
23               Q.   I have not asked you, were
24          you born in South Carolina?
25               A.   No, ma'am.
```

```
                                      Page 95
 1                  TERRENI
 2          Q.    Where were you born?
 3          A.    In Italy.
 4          Q.    Did you live in Italy for
 5      any period of time after you were
 6      born?
 7          A.    Yes, ma'am.
 8          Q.    For how long?
 9          A.    I lived in Italy until I
10      was eight.  I lived in Belgium for
11      another three years, moved to the
12      States when I was 11.
13          Q.    Do you have dual
14      citizenship?
15          A.    Yes, ma'am.
16          Q.    And have you -- when you
17      moved to the States when you were
18      around 11 where did you move to?
19          A.    Columbia.
20          Q.    South Carolina?
21          A.    Yes, ma'am.
22          Q.    Have you lived in Columbia,
23      South Carolina since that time?
24          A.    I have.
25          Q.    In South Carolina would you
```

```
                                    Page 96
 1                  TERRENI
 2        say that you are familiar -- strike
 3        that.
 4             Based upon having lived in
 5        South Carolina for the better part
 6        of your life and your professional
 7        experience would you expect the
 8        difference between the non-Hispanic
 9        DoJ black category and the any part
10        black category in South Carolina to
11        have wide disparities?
12             A.    No.
13             Q.    So you expect them to be
14        similar in number in South Carolina?
15             A.    Generally, yes.
16             Q.    Looking at this Wren plan
17        this is one of the plans -- these
18        are statistics for one of the plans,
19        we don't have a map associated with
20        this statistical summary, but this
21        is one of the statistical summaries
22        from one of the plans that Adam
23        Kincaid sent to Andy Fiffick, is
24        that fair to say?
25             A.    Yeah.
```

```
                                        Page 97

 1                   TERRENI
 2         Q.    Okay.   Looking  at  the
 3    summary  how  many  of  the  seven
 4    congressional  districts  reflected
 5    within  it  have  a  non-Hispanic  DoJ
 6    black  population  that  is  above
 7    50 percent?
 8         A.    None.
 9         Q.    What  is  the  district  that
10    has  the  highest  percentage  of
11    non-Hispanic  DoJ  black  voters  in
12    this  Wren  plan?
13         A.    District 6.
14         Q.    Is  that  the  current
15    district  represented  by
16    Representative  Clyburn?
17         A.    Yes, ma'am.
18         Q.    And  is  he  the  only  black
19    congressional  representative  in
20    South  Carolina?
21         A.    Yes, ma'am.
22         Q.    And  in  at  least  the  past
23    two  decades  has  he  been  the  only
24    black  congressional  representative
25    in  South  Carolina?
```

```
                                    Page 98
 1                    TERRENI
 2         A.    I don't remember when
 3    Senator Scott was elected to the
 4    Senate or was appointed to the
 5    Senate by Congress whether that was
 6    in the past two decades or not, but
 7    other than Congressman Scott if he
 8    would fall in that time period, yes.
 9         Q.    And the federal Congress is
10    Representative Clyburn the only
11    black representative that has been
12    elected in at least the past two --
13    strike that.
14         Outside of CD 6 what is the --
15    can you read the percentages of
16    black voters in each of the other
17    districts, the approximate
18    percentages?  So let's start with
19    CD 1, what is the percentage of
20    black voters?
21         A.    18.04 percent.
22         Q.    What about CD 2?
23         A.    24.89.
24         Q.    And CD 3?
25         A.    18.18.
```

```
                                              Page 99

 1                    TERRENI

 2         Q.    CD 4?

 3         A.    18.54.

 4         Q.    CD 5?

 5         A.    25.39.

 6         Q.    And CD 7?

 7         A.    26.81.

 8         Q.    So is it fair to say in the

 9    Wren plan the lowest BVAP population

10    is in CD 1?

11         A.    Yes.

12         Q.    And the highest is in CD 7

13    15 27 percent, is that fair to say?

14         A.    No, it would be in

15    District 6.

16         Q.    Oh, the second highest.

17    I'm sorry.  The second highest

18    outside of CD 6 was that in CD 7 as

19    26 percent?

20         A.    Yes, ma'am.

21         Q.    Yes -- I think I cut you

22    off.  Yes or no?

23         A.    Oh, I'm sorry, yes.

24         Q.    What else do you recall

25    about seeing the Wren plan?  In
```

```
                                    Page 100
1                    TERRENI
2         particular, what was your reaction
3         to it when you saw this map?
4              A.    I didn't think it was
5         viable.  We had already produced a
6         staff plan which I don't believe had
7         been posted to the website at that
8         point but we had already had a plan
9         that we were going to bring to the
10        subcommittee as a working start.
11        And I looked at both of those plans,
12        Wren, and maybe it was Palmetto,
13        very briefly and thought their
14        shapes were messy and were not an
15        improvement over this back plan.
16             Q.    Did you communicate that
17        feedback about the Wren or the
18        Palmetto to Mr. Oldham?
19             A.    Yes.
20             Q.    Over a phone call?
21             A.    Yes.
22             Q.    Did you communicate that
23        feedback -- and did you ask him to
24        communicate that feedback to NRRT,
25        Mr. Kincaid in particular?
```

```
                                            Page 101
 1                    TERRENI
 2          A.    No.
 3          Q.    Did you receive guidance
 4     from Jones Day about the Wren plan
 5     before you communicated it back to
 6     Mr. Oldham?
 7          A.    I don't believe so.
 8          Q.    Do you have any reason to
 9     dispute that in this map Sumter is
10     split, Sumter as a county is split?
11          A.    I don't know.
12          Q.    What about Orangeburg, do
13     you recall whether Orangeburg was
14     split as a county in this Wren plan?
15          A.    If you showed me the map, I
16     could, but I don't know.  I can't --
17     from memory, no, I don't have any
18     recollection.
19          Q.    Do you have any
20     recollection of how Beaufort was
21     treated in this Wren plan?
22          A.    No.
23          Q.    And what about Charleston,
24     the County of Charleston, do you
25     have any recollection of how
```

```
 1                    TERRENI
 2      compliance with that process.  That
 3      doesn't mean that other people might
 4      have walked in and said I'm thinking
 5      about a map, especially if it was
 6      something that was represented as
 7      being from a member of the
 8      congressional delegation.  Did we
 9      want to see it?  Sure.  But I don't
10      know because I wasn't present at
11      that meeting, but Dalton Tresvant
12      may have done the same thing for
13      Congressman Clyburn, that wouldn't
14      have been unusual in my experience
15      in redistricting.
16           If we had somehow used these
17      maps that is before as the basis for
18      something we proposed to the South
19      Carolina Senate for its
20      consideration with the subcommittee,
21      I believe we literally said, hey, we
22      got this map, you know, it has
23      congressional input and style.  We
24      didn't think it -- we didn't think
25      it was useful.  We didn't think it
```

Page 124

1                    TERRENI
2        was anything that was going to cause
3        us to change anything so basically,
4        you know, we took the email, we
5        loaded the map, looked at it, put it
6        aside.  I mean we were trying to
7        move on.
8            Q.   But you are making the
9        decision about whether it was the
10       basis for anything that you did.
11       The public has no way to analyze
12       whether or not it was the basis for
13       anything that you've done because
14       they have never seen the Jessamine,
15       the Wren or the Palmetto map; is
16       that correct?
17           A.   Yeah.
18           Q.   Did you share the Jessamine
19       map with Jones Day?
20           A.   I don't recall.
21           Q.   Are you aware of anyone who
22       shared the Jessamine map with Jones
23       Day?
24           A.   I don't recall.
25           Q.   Did you direct anyone to

```
                                    Page 125
 1                    TERRENI
 2        share the Jessamine map with Jones
 3        Day?
 4             A.    Again, I don't recall.   It
 5        wasn't that significant.   It's very
 6        possible I didn't bother.
 7             Q.   Did you share the Jessamine
 8        map or direct anyone to share the
 9        Jessamine map with any Senate
10        leadership?
11             A.   I don't remember.   I don't
12        think so.
13             Q.   Do you recall asking any
14        Senate staff to share the Jessamine
15        map with any Senate leadership?
16             A.    No, ma'am.
17             Q.   After receipt of the
18        Jessamine map did you speak with
19        Mr. Oldham again about the map?
20             A.   I don't recall.  I probably
21        did.
22             Q.   Did you provide him
23        feedback on the Jessamine map like
24        you did with respect to the Palmetto
25        and Wren map?
```

```
                                            Page 126
  1                     TERRENI
  2          A.    Well, I probably said Dale,
  3     I'm sorry, we are just going to move
  4     on.   These were not detailed
  5     discussions.
  6          Q.    Looking at tab 11, which is
  7     now a third email between Adam
  8     Kincaid and Mr. Fiffick dated
  9     November 28, 2021, with Bates stamp
 10     numbering South Carolina Senate
 11     3246.
 12            (Plaintiffs' Exhibit 6, Email
 13      between Adam Kincaid and
 14      Mr. Fiffick, Bates South Carolina
 15      Senate 3246, marked for
 16      identification, as of this date.)
 17          A.    Okay.
 18          Q.    Do you have any
 19     understanding of why Mr. Kincaid
 20     sent Mr. Fiffick another email four
 21     days later from November 24th with
 22     the file labeled Jessamine map?
 23          A.    No.
 24          Q.    Did you recall looking at
 25     the attachment in this November 28th
```