# Exhibit 6

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
 2                    COLUMBIA DIVISION
            CASE NO. 3:21-CV-03302-MBS-TJH-RMG
 3
    THE SOUTH CAROLINA STATE CONFERENCE OF
 4  THE NAACP, AND TAIWAN SCOTT, ON BEHALF
    OF HIMSELF AND ALL OTHER SIMILARLY
 5  SITUATED PERSONS,
 6              Plaintiffs,
 7         vs.
 8  THOMAS C. ALEXANDER, HENRY D. MCMASTER,
    IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
 9  SOUTH CAROLINA; HARVEY PEELER, IN HIS
    OFFICIAL CAPACITY AS PRESIDENT OF THE
10  SENATE; LUKE A. RANKIN, IN HIS OFFICIAL
    CAPACITY AS CHAIRMAN OF THE SENATE
11  JUDICIARY COMMITTEE; JAMES H. LUCAS, IN
    HIS OFFICIAL CAPACITY AS SPEAKER OF THE
12  HOUSE OF REPRESENTATIVES; CHRIS MURPHY,
    IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF
13  THE HOUSE OF REPRESENTATIVES JUDICIARY
    COMMITTEE; WALLACE H. JORDAN, IN HIS
14  OFFICIAL CAPACITY AS CHAIRMAN OF THE
    HOUSE OF REPRESENTATIVES ELECTIONS LAW
15  SUBCOMMITTEE; HOWARD KNABB, IN HIS
    OFFICIAL CAPACITY AS INTERIM EXECUTIVE
16  DIRECTOR OF THE SOUTH CAROLINA STATE
    ELECTION COMMISSION; JOHN WELLS, JOANNE
17  DAY, CLIFFORD J. ELDER, LINDA MCCALL,
    AND SCOTT MOSELEY, IN THEIR OFFICIAL
18  CAPACITIES AS MEMBERS OF THE SOUTH
    CAROLINA STATE ELECTION COMMISSION,
19
                Defendants.
20
21  DEPOSITION OF:    ANDREW THEODORE FIFFICK
                      (Appearing via VTC)
22
    DATE:             July 21, 2022
23
    TIME:             10:10 a.m.
24
25
```

Page 225

1    form on pure speculation as to what Andy knows
2    about what others did or didn't do.
3              MS. ADEN:  He's been testifying to his
4    awareness of other people's actions for this
5    afternoon.
6    BY MS. ADEN:
7         Q.   So I just want to know are you aware
8    one way or the other of whether anyone with
9    training in Maptitude looked at these maps after
10   November 18th and November 24th?
11             MR. TYSON:  Same objection.
12   BY MS. ADEN:
13        Q.   Please.  Are you aware one way or the
14   other?  You can answer.
15        A.   I was making sure you were totally
16   done.
17             The number of times we talked about it,
18   they would have to be really good liars because
19   after that meeting, I mean, we defended what
20   actually happened.  We all looked at each other.
21   We didn't care about those maps.
22             Do I know for a fact that one of those
23   people could have and did go back and look at that
24   map?  I think y'all can make that analysis, but I
25   don't see that happening.  They had way too much

Page 226

1  other stuff to do.
2       Q.   How many conversations did you have
3  about these three maps after November 24th?
4       A.   I don't remember.  Not many.  Not many.
5       Q.   I thought you said you talked about it
6  a number of times.
7       A.   I mean, less than three or four to kind
8  of reiterate for ourselves and say, man, that's
9  silly of these people to use these maps.  We're not
10 using those.  That was the context in which the
11 subsequent conversations were.  It was us all
12 agreeing with each other we didn't use them.
13          MS. ADEN:  Let's look at what we have
14 marked, Raymond, as tab 82.
15 BY MS. ADEN:
16      Q.   It is a third email between Mr. Kincaid
17 and you, Mr. Fiffick, dated November 28th, 2021, at
18 2:47 p.m. Eastern ten days after the first, four
19 days after the second.  It's Bates stamped South
20 Carolina Senate 3246.
21          (EXHIBIT 12, Email from Adam Kincaid to
22 Andrew Fiffick dated November 28, 2021, Bates
23 labeled SCSENATE_00003246, was marked for
24 identification.)
25          THE WITNESS:  Looks like he tried to

Page 227

1  share the map with me again, the same map.  I don't
2  recall opening it but once that one time.  Yeah,
3  it's both Jessamine.  It could be that I didn't
4  open that first one and he sent it again or
5  something.  I don't remember.  I only opened it
6  once.
7  BY MS. ADEN:
8       Q.   How do you know if they're the same or
9  different if you only opened --
10      A.   I don't.  I don't recall opening
11 anything from him twice.  I don't recall that.  I
12 do know that we have three maps, a Wren, a
13 Palmetto, and a Jessamine.  Those have been made
14 available to outside counsel.
15      Q.   I'm sorry, one of them was named A and
16 B, and then the third, is it Jessamine is how I'm
17 pronouncing it.  Am I pronouncing it --
18      A.   It's Jessamine.  It's Jessamine.  It's
19 a flower.  Yeah, it's a flower.
20           And A and B is what he named it in the
21 email, but my recollection was when you actually
22 opened the file, they were called Wren and
23 Palmetto.  So when you see them in this book,
24 they're called Wren and Palmetto, I believe.
25           MR. TYSON:  Leah, did you -- something

Page 228

1    is in front of your camera.  We can barely see you.
2                MS. ADEN:  I think the sun went down
3    and I have to --
4                MR. TYSON:  Okay.  Okay.
5                MS. ADEN:  I will correct it on a
6    break, but if you can see me a little bit better
7    now.
8                MR. TYSON:  Yeah. We're good.  You're
9    good.
10   BY MS. ADEN:
11        Q.   So you clicked on three -- two links,
12   the first from November 18th, the first from
13   November 24th, and you did not click on a third
14   link; is that your position?
15        A.   I don't remember whether I clicked on
16   the 24th or the 28th, but I do know that I only
17   clicked on the Jessamine map one time.
18        Q.   Which map is the Jessamine map in
19   the --
20        A.   I have not -- I'm sorry.  Go ahead.
21        Q.   Yeah, which map is the Jessamine map
22   that you said is in this booklet?
23        A.   I don't know that Jessamine is in this
24   booklet.  I think Wren and Palmetto are.
25                Jessamine I don't think -- I think that