# Exhibit 2

Baodong Liu , Ph.D.                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 1

1                    UNITED STATES DISTRICT COURT
                     DISTRICT OF SOUTH CAROLINA
2                        COLUMBIA DIVISION
3
      THE SOUTH CAROLINA STATE CONFERENCE OF
4     THE NAACP, et al.,
5
                     Plaintiffs,
6
7     vs.                    CASE NO. 3:21-cv-03302-MBS
8                                 TJH-RMG
9     THOMAS C. ALEXANDER, et al.,
10              Defendants.
11
12              CONGRESSIONAL PLAN LITIGATION
13
14    VTC
      DEPOSITION OF:   BAODONG LIU, PH.D.
15                     (Appearing by VTC)
16
      DATE:            August 4, 2022
17
18    TIME:            12:21 p.m.
19
      LOCATION:        4231 South 2700 East
20                     Salt Lake City, UT
21
      TAKEN BY:        Counsel for the Defendants
22
23    REPORTED BY:     Susan M. Valsecchi, CRR
                       Registered Professional Reporter
24                     (Appearing by VTC)
25

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 2

```
 1        APPEARANCES OF COUNSEL:
 2             ATTORNEYS FOR THE PLAINTIFF
 3                  NAACP LEGAL DEFENSE & EDUCATIONAL
                    FUND, INC.
 4                  BY:  JOHN S. CUSICK
                         LEAH C. ADEN
 5                       (Appearing by VTC)
                    40 Rector Street, 5th Floor
 6                  New York, NY 10006
                    (212) 965-7715
 7                  laden@naacpldf.org
                    jcusick@naacpldf.org
 8
                    ATTORNEYS FOR HOUSE DEFENDANTS:
 9
                    NEXSEN PRUET, LLC
10                  BY:  ANDREW MATHIAS
                         (Appearing by VTC)
11                  104 South Main Street, Suite 900
                    Greenville, SC  29601
12                  (864) 282-1195
                    amathias@nexsenpruet.com
13
14             ATTORNEYS FOR SENATE DEFENDANTS:
15                  JONES DAY
                    BY:  JOHN M. GORE
16                       (Appearing by VTC)
                    51 Louisiana Ave NW
17                  Washington, DC  20001
                    (202) 879-3930
18                  jmgore@jonesday.com
19
20             ATTORNEYS FOR ELECTION COMMISSION
                    DEFENDANTS:
21
                    BURR & FORMAN, LLP
22                  By:  JANE W. TRINKLEY
                         (Appearing by VTC)
23                  1221 Main Street, Suite 1800
                    Columbia, SC 29201
24                  (803) 753-3241
                    jtrinkley@burr.com
25
```

Page 3

1          ALSO PRESENT VIA VTC:

2               Cynthia Nygord

3

4

5

6          (INDEX AT REAR OF TRANSCRIPT)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page  4

1              THE COURT REPORTER:  The attorneys

2         participating in this deposition acknowledge

3         that I am not physically present in the

4         deposition room and that I will be reporting

5         this deposition remotely.

6              They further acknowledge that in lieu

7         of an oath administered in person, I will

8         administer the oath remotely.

9              The parties further agree that if the

10        witness is testifying from a state where I

11        am not a Notary that the witness may be

12        sworn in by an out-of-state Notary.

13             If any party has an objection to this

14        manner of reporting, please state it now.

15             [NO RESPONSE]

16             THE COURT REPORTER:  Hearing none, I

17        will proceed.

18                   BAODONG LIU, PH.D.

19    being first duly sworn, testified as follows:

20                      EXAMINATION

21    BY MR. GORE:

22             Q.   Good afternoon, where I am, and good

23    morning where you are, Dr. Liu.

24             A.   Thank you.  Good afternoon to you.

25             Q.   Thank you.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                                        Page 5

1              My name is John Gore.  I'm with the law

2       firm of Jones Day and I represent the Senate

3       Defendants, Senate President Thomas Alexander and

4       Senate Judiciary Committee Chairman Luke Rankin, in

5       connection with the redistricting challenge brought

6       by the South Carolina NAACP in the United States

7       District Court for the District of South Carolina.

8              Do you understand that you're appearing

9       in connection with that case?

10         A.   Could you repeat the question?  It's a

11      little bit hard to hear clearly.

12         Q.   Sure.  Do you understand that you're

13      appearing in the South Carolina congressional

14      redistricting case?

15         A.   Yes, I do.

16         Q.   Wonderful.  I would like to get some

17      preliminary ground rules out of the way.

18             You have just been placed under oath.

19             Do you understand that means that you

20      have an obligation to tell the truth?

21         A.   Yes.

22         Q.   The court reporter is here to take down

23      your testimony and the court reporter will need

24      verbal answers for the record.

25             The court reporter cannot record nods

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                                            Page 6

1      of the head or shakes of the head or hand gestures

2      or anything like that.

3                  So are you able to provide verbal

4      answers today?

5            A.    Yes.

6            Q.    Are you able to testify truthfully

7      today?

8            A.    Yes.

9            Q.    Is there any reason that you are unable

10     to testify truthfully today?

11           A.    No.

12           Q.    And are you being represented today by

13     Mr. Cusick?

14           A.    Yes.

15           Q.    And Mr. Cusick may have objections to

16     my questions, but unless he instructs you not to

17     answer, you can go ahead and answer my question.

18                 Do you understand that?

19           A.    Yes.

20           Q.    And if you don't understand a question,

21     will you ask me to clarify it?

22           A.    Yes, I will.

23           Q.    And if you answer a question I'm going

24     to assume that you understood it; is that fair?

25           A.    Yes.

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                                        Page 7

1              Q.    And if you need a break for any reason,

2       please let me know and I'll accommodate you.

3                    My only request is that if there's a

4       question pending, you answer the question before we

5       take a break.

6                    Is that okay?

7              A.    Sure, thank you, yes.

8              Q.    Great.  So I would like to just begin,

9       Dr. Liu.  First of all, will you say your name for

10      the record and spell your last name.

11             A.    My name is Baodong Liu, last name Liu,

12      L-i-u.

13             Q.    And Dr. Liu, where are you located

14      today?

15             A.    I'm in Salt Lake City.

16             Q.    Are you at home or in your office?

17             A.    I am right at my home.

18             Q.    And is anyone in the room with you?

19             A.    No.

20             Q.    Did you bring any --

21             A.    Everybody had to get out.  No, I'm here

22      alone.

23             Q.    Did you bring any documents or

24      materials with you to today's deposition?

25             A.    I do have the zip folder with all of

Baodong  Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 8

1    the exhibits that you submitted and that I

2    received, I believe, two weeks ago.  I have those

3    in my computer right now.

4          Q.    And did you bring any other documents

5    or materials?

6          A.    No.

7          Q.    And the documents and materials you did

8    bring, are there any handwritten notes on those?

9          A.    No.

10         Q.    Dr. Liu, could you tell me what you did

11   to prepare for today's deposition?

12         A.    Yes, I have gone back to what I wrote

13   originally in my expert report for this case and I

14   tried to memorize facts that I stated in the report

15   and I have gone back to the data I ran and have

16   tried my best to, for the final time, double check

17   everything I submitted.

18              And I have received a few documents

19   from the counsel that is representing the

20   Plaintiffs, so we've talked about those documents

21   and so I'm aware of those documents and I have

22   tried my best to read, especially the exhibits,

23   especially those new documents that I had never

24   seen before.  So in the last few days -- especially

25   the last two days -- I tried to understand what

Baodong  Liu , Ph.D.                           August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 9

1    those documents were.  So that's basically what I

2    have done.

3          Q.    How long did you spend doing all of

4    that?

5          A.    In terms of prep for this whole

6    deposition, I would say more than a week now.

7          Q.    How many hours would you say you spent

8    on your deposition preparation?

9          A.    Um, it's been pretty intensive

10   recently, so the last maybe five days I would say I

11   have spent four or five hours or so.  And I also

12   spent maybe two days or so before I went to Europe

13   when we originally decided my deposition schedule.

14   Unfortunately I caught COVID in Paris, so we had to

15   delay that.  So including all of the time that I

16   spent, I would say, on average, maybe five hours

17   per day.

18         Q.    And are you feeling better and are you

19   recovered from Covid?

20         A.    Thank you, yes, I'm -- I'm back.

21         Q.    Did you discuss your deposition with

22   anyone?

23         A.    I talked to the counsel, obviously.

24   Other than my counsel, no.

25         Q.    Which counsel did you talk to?

Baodong  Liu , Ph.D.                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 10

 1          A.    John.

 2          Q.    And how many times did you talk to him

 3    about your deposition?

 4          A.    Um, maybe -- I don't know -- five times

 5    or so.

 6          Q.    And how long did each of those

 7    conversations last?

 8          A.    Uh, between 30 minutes and I would say

 9    one hour, 30 minutes or so.

10          Q.    So in total, how much time did you

11    spend discussing your deposition with Mr. Cusick?

12          A.    Maybe ten hours.

13          Q.    And which documents did you review in

14    preparation for today's deposition?

15          A.    I have reviewed my own report and my

16    own rebuttal and Mr. Trende, who is the opponent

17    expert, his documents, his original report; and

18    also two days ago I received his rebuttal.  And

19    obviously some documents concerning procedures in

20    the exhibits folder, I reviewed.

21              And obviously I've gone back to my

22    notes from when I compiled my report, concerning

23    data, concerning background information around

24    South Carolina politics and so on.

25              So, yes, these are mainly the documents

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 11

1    that I have reviewed.

2         Q.    You mentioned before that you had never

3    seen some of the exhibits before they were shared

4    with you.  Which exhibits had you not seen before?

5         A.    I have never seen the rebuttal of

6    Mr. Trende, and also the two statistical tables, I

7    guess a spreadsheet in terms of whatever was

8    presented -- I believe it's probably Table 5, Table

9    6 -- concerning all of the districts' racial

10   breakup and statistics, demographics and so on.

11            And, yes, that's about it.

12            Others I have seen before previously, a

13   version of other documents in your folder, in your

14   zipped folder, for exhibits, so I was pretty

15   familiar with those.

16            But these are new.  Especially

17   Mr. Trende's rebuttal.  I never saw that before

18   until I received it two days ago.

19        Q.    Dr. Liu, I would like to ask you a few

20   questions about your engagement in this matter.

21        A.    Okay.

22        Q.    Who first contacted you about becoming

23   an expert in this case?

24        A.    I believe it was between December and

25   January of this year, December of last year.  I was

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 12

1     retained or contacted in the beginning of January.

2                 We had a pretty good conversation about

3     this case.  And then I don't recall the exact day

4     when I was retained, but personally around January

5     of this year.

6            Q.   And who contacted you?

7            A.   The counsel for the LDF.

8            Q.   Which one?

9            A.   Leah and John, who are here today.

10           Q.   Have you, in any prior case, been

11    retained by the LDF?

12           A.   Yes, I have.

13           Q.   And what case or cases were those?

14           A.   Uh, I have two ongoing cases that I

15    have worked with LDF, being retained by them.  One

16    is an Alabama case and the other is an Arkansas

17    case.  And I have also worked before, one in

18    Alabama, and a few consulting projects with Legal

19    Defense Fund as well.  And they are all on my

20    resume that I have attached in the appendix as

21    well, all of my cases.

22           Q.   We'll get to that shortly.

23                Are you working for free in this case,

24    Dr. Liu?

25           A.   No.

Baodong  Liu , Ph.D.                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 13

1          Q.    What is your -- what is the rate you're

2     charging?

3          A.    $300 per hour.

4          Q.    And do you have any flat fee or cap for

5     your work in this case?

6          A.    Every time, we had an agreement about a

7     limit.  And then when we are close to that maximum,

8     I would let the counsel of LDF know and ask them to

9     raise it and every time it's been raised when we

10    are close to that limit.

11         Q.    Has anyone else assisted you in

12    preparing your reports for this case?

13         A.    No, this report is fully my own

14    product.

15         Q.    And has anyone prepared a peer review

16    of your expert report or your rebuttal report?

17         A.    No.  Of course, I talked to counsel

18    back and forth.  I don't know whether you include

19    those in your question.

20         Q.    Well, we will talk about that.  I was

21    asking about some form of academic peer review.

22         A.    Oh.

23         Q.    Like, did you write an article or a

24    book?

25         A.    No, no.

Baodong Liu , Ph.D.                           August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 14

```
 1            Q.   Okay.  Bear with me one second while I
 2      try to bring up the exhibit.
 3                 Dr. Liu, I'm currently trying to pull
 4      up Tab 1 from the zip file.
 5            A.   Okay.
 6            Q.   And if I have any luck, it's also up in
 7      Exhibit Share.
 8                 I have marked this as Exhibit 1, and it
 9      was Tab 1 in your zip file.  Do you recognize this
10      document?
11            A.   Yes.
12                 (EXHIBIT 1, Senate Defendants Amended
13                 Notice of Taking Deposition Of
14                 Baodong Liu, Ph.D., was marked for
15                 identification.)
16      BY MR. GORE:
17            Q.   What is this document?
18            A.   This document is about this case and
19      about the deposition I was supposed to take which
20      is today, um, yeah.
21            Q.   So is this the amended notice of your
22      deposition?
23            A.   It is entitled, um, amended notice,
24      yes.
25            Q.   I'm going to scroll down here to
```

Baodong  Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                                    Page 15

1       Exhibit A which is about the fifth page down  in  the

2       document.

3                   Can you see that, Dr. Liu?

4            A.    Did I see Tab 8?  Is that the one you

5       are talking about right now?

6            Q.    I'm talking about Tab 1.

7            A.    Oh, Tab 1.

8            Q.    And within Tab 1, it's about the fifth

9       page, there's a sheet that's titled Exhibit A.  Do

10      you see that?

11           A.    The title is Exhibit A.  Okay, yes,

12      yes, I see that now.

13           Q.    So item A asks for a list of all books,

14      treatises, articles, publications, newspapers or

15      materials you relied on.

16                  Have you provided that to your counsel?

17           A.    Everything I have relied on is noted in

18      my report.  And there are footnotes, in detail,

19      about these books and articles.  I don't think I

20      have done anything about newspaper articles.

21                  I do rely on some online sources, like

22      Ballotpedia, concerning some candidates.  I think

23      those are also submitted by the counsel or the

24      books and articles that I noted are on public

25      domain, and I'm certain that the counsel -- my

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                                    Page 16

1     counsel has all of that, all of those, for sure.

2            Q.    And are there any materials that you

3     relied on that are not cited in either your expert

4     report or your rebuttal report?

5            A.    No.

6            Q.    Okay.  Item B asked for your invoices

7     and an itemized list of your time, charges and

8     expenses for this matter.

9                  What did you do to collect documents

10    responsive to this item?

11           A.    Every month I write an invoice or a

12    bill which documents everything I have done in the

13    case, so there's time spent and basically the

14    content about whatever I have worked on, or

15    performed analysis, or making communications with

16    counsel, et cetera, et cetera, so detailed

17    documentation.  Every month I had submitted it to

18    the counsel and I got reimbursed in that way.

19           Q.    Well, Item C refers to communications

20    you've had with counsel.  I just want to ask you

21    some specific questions about that.

22                 Did counsel for the Plaintiffs provide

23    you any data for preparing your expert report or

24    rebuttal report?

25           A.    Yes.

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 17

1          Q.   And what data did counsel provide you?

2          A.   Yes, just like every case I have

3    worked, my job is to analyze data, but the data

4    that I analyzed usually consists of two kinds of

5    data.

6               One is the demographic data, such as

7    census, VTD data concerning black voters or white

8    voters and so on.  And the other type of data is

9    about election results.

10              So under my instruction, the counsel

11   provided me the data about these two kinds of

12   original data that I needed.

13              And just like every other case, there

14   are data people working for the counsel as well,

15   who were responsible for the original data

16   collection of demographics and also election

17   outcomes.

18              And so these are the data I requested

19   and I received from the counsel, which are all

20   reported in my original expert report.  They are in

21   the tables and in the content of my narratives as

22   well.

23              (Reporter clarification.)

24   BY MR. GORE:

25          Q.   And Dr. Liu, do you know who created

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 18

1    the data on which you relied?

2           A.    Yeah, there's a data team, I believe.

3    They are the experts from ACLU data team.  And they

4    provided documentation that I requested about this

5    particular case concerning demographics and also

6    election outcomes and turnout and so on, yes.  It's

7    in my appendix.

8           Q.    Do you know the names of the

9    individuals on the data team?

10          A.    There is one person that I remember

11   named Benjamin.  I don't recall the last name, but,

12   yes, Ben, is one of the team members because he was

13   in some of the meetings and some of the e-mail

14   communications, so, yes, that's how I know.

15          Q.    Is that possibly Ben Fifield, or

16   Fifield?

17          A.    Again, I have to go back to my e-mail

18   to give you the exact name, but I just remember

19   first names.

20          Q.    Has counsel provided you any

21   assumptions for this case?

22          A.    No.  They provided me with the

23   Complaint, different versions of the Complaint by

24   the Plaintiffs, and I read those.  And obviously we

25   communicated about this case but they never gave me

Baodong  Liu , Ph.D.                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 19

1    so called assumptions.

2              I've done this for more than two

3    decades, so I know what each case can be and I

4    analyzed what they told me about the Complaint.

5    And everything that I recorded in my own original

6    report is truly my own.  So, yeah, nobody gave me

7    any assumptions.

8         Q.   Other than the data you mentioned and

9    the Complaint, did counsel provide you any other

10   materials related to this case?

11        A.   Yes, I obviously have done some

12   research about South Carolina, myself, in the past,

13   so I know high-profile elections, including

14   obviously the presidential election, the state of

15   South Carolina played a role in both primary and

16   general and some high-profile Senate, U.S. Senate

17   elections, but I'm not -- I was not very familiar

18   with some of the other elections in districts that

19   are not nationally well known, so I asked the

20   counsel to help me compile a list of all elections

21   that took place for congressional seats in South

22   Carolina in national circles, in circles of

23   elections.  And so they helped me and we went back

24   and forth and double checked all the names, the

25   candidates' racial and other political backgrounds;

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 20

1    so they helped me tremendously on that part.

2                    So eventually I believe I had an

3    exhaustive list of these candidates in biracial

4    elections that I needed to conduct my racially

5    polarized voting effectiveness analysis.

6                    So, yes, they helped me in that regard.

7         Q.    So I want to understand this a little

8    bit better about this list.  What is shown on this

9    list?

10        A.    I believe there are names of the

11   candidates and what districts they won, elections,

12   and what year, and also the links to these

13   candidates' profiles, especially Ballotpedia, yes,

14   and they also have a master list of all the

15   candidates.

16                    They tried to investigate and

17   eventually come up with a short list of all these

18   congressional races, so, um, the spreadsheet

19   contains all of the necessary information about who

20   the candidates are and their background

21   information.

22        Q.    Does this list also show election

23   results?

24        A.    Um, oh, you're testing my memory.  I

25   think maybe so, but I -- I would have to go back to

Baodong Liu, Ph.D.                    August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 21

1    the list and take a deeper look, a detailed look.

2              But it wouldn't matter if it's there or

3    not because eventually, if it's a biracial

4    election, I analyzed it anyway.

5              So I would have all of the data in

6    front of me and run my analysis and see what's the

7    result.  So I would not rely on whatever they told

8    me in that list.  It may be there, it may be not.

9    But I would have to see the list in front of me to

10   give you a firm answer on that.

11        Q.    And, Dr. Liu, when you received your

12   Notice of Deposition asking you to provide copies

13   of materials you relied on and communications with

14   counsel, what did you do to collect that list?

15        A.    Obviously all the e-mails I had with

16   them, they have records.  I have my data which also

17   was provided to me by their data team, and so they

18   know how I got them.  And that's there.

19              I have my R codes.  And by R, what I

20   mean is a statistical program, simply R, letter R.

21   So I used that statistical software to run a lot of

22   the analysis.  And they're all in my computer.

23              Sometimes, uh, the counsel would need,

24   you know, the final code that I put together for

25   running the RPV results and --

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 22

1          Q.   So --

2          A.   Yes?

3          Q.   Sorry, I don't mean to cut you off,

4     Dr. Liu.  I'm most interested in this list.

5               Yesterday Mr. Cusick disclosed to us

6     some documents which came from you in response to

7     this notice.

8               Did you review that list of documents

9     or did you review those documents before they were

10    produced to us yesterday?

11         A.   I believe he showed me some

12    communications between us and some spreadsheets;

13    and I said, yes, these are something I received

14    from you, and also what I sent them back in my

15    e-mail, including, like you said earlier, how I

16    submitted my invoice.

17              So he did show me all of those, indeed,

18    and I took a look on Zoom, and I said yes, these

19    are the documents.

20         Q.   And did you see the list of past

21    congressional races in that collection of

22    documents?

23         A.   I believe that there's a spreadsheet

24    containing the contextual information of

25    candidates.  Yes, there is the spreadsheet that he

Page 23

1    showed me and I obviously was very familiar with

2    that.  And I said, yes, this is what we

3    communicated, yes.

4          Q.   So other than this list or spreadsheet,

5    the Complaint, and the election and VTD data, did

6    counsel provide you any other materials for this

7    case?

8          A.   No, I don't think so.

9               To my knowledge, in the past several

10   months or so, these are mainly what I relied on and

11   conducted my analysis for.  Yeah, I don't think

12   there's anything major at all other than those.

13         Q.   Dr. Liu, how many reports have you

14   prepared in this case?

15         A.   I prepared my original expert report

16   and then I was asked to review Mr. Trende's report.

17   I did, and then I wrote a rebuttal.  So a total of

18   two reports.

19         Q.   Okay.  I would like to ask you about

20   your opening report first.  It's tabbed 2, I

21   believe, in the zip file.

22         A.   Okay.

23         Q.   And I'm going to display it on Exhibit

24   Share as Exhibit 2.

25         A.   Okay.

Baodong  Liu , Ph.D.                         August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 24

1              (EXHIBIT 2, Expert Report of Baodong

2         Liu, Ph.D., was marked for identification.)

3              THE WITNESS:  Okay.  Yep, I opened it

4         also on my computer.

5    BY MR. GORE:

6         Q.   Great.  Dr. Liu, it's titled "Expert

7    Report of Baodong Liu, Ph.D."

8              Is this your expert report for this

9    matter?

10        A.   Yes.

11        Q.   We're going to talk a lot about this

12   today, but I would like to start by scrolling down

13   the appendices.

14        A.   Okay.

15        Q.   And the Appendix I, I think you called

16   it, is your CV?

17        A.   Yes, it is.

18        Q.   Is this CV current?

19        A.   Yes, I do have an update about my

20   publications because I just published another book,

21   actually, this week.

22              It's on my CV if you go to Page 26,

23   it's a list of books, and if you look at that list

24   of books, which is Item A, the second one is called

25   Solving the Mystery of the Model Minority.  That

Baodong Liu , Ph.D.
The South Carolina State Conf vs. McMaster/Alexander

Page 25

1    was first published in 2018, and just this week I

2    have the new edition for that book, a second

3    edition; and I guess that is the main update.

4                Other than that, everything should

5    be -- I mean, also, the Item B on Page 26 is not

6    forthcoming anymore; it's published.

7                Yeah, I think that's about it.

8    Obviously I have two ongoing cases, again, just

9    like I stated, with LDF, as well, so maybe update a

10   little bit there.

11               But other than that, everything should

12   be up to date.

13        Q.    Appendix II -- I have just scrolled

14   down to Appendix II in your report.

15        A.    Okay.

16        Q.    And this is a list of "Voting Rights

17   Cases in Which I Served As an Expert Witness."

18        A.    Yes.

19        Q.    Will you identify for me the cases in

20   which you've appeared as an expert witness for LDF?

21        A.    Yes, the very first one is for Alabama

22   congressional redistricting, a Section 2 case;

23   that's by LDF.

24               And the second one, the Traci Jones

25   case, is also by LDF, but that case was over.

Page 26

1              And the third one, CMA v. Arkansas,

2      that's ongoing, and that's by LDF.

3              And, also, the fourth one, Alabama

4      State Conference of NAACP versus Pleasant Grove,

5      that's by LDF.  Let's see.  Yes, that's it.

6          Q.   Dr. Liu, are all the cases on this list

7      redistricting cases?

8          A.   Well, it's all -- it's Section 2.  I

9      mean, they are all Section 2 cases other than the

10     one that we are doing the deposition for right now.

11     It's racial gerrymandering and intentional voter

12     dilution.

13              So other than that, all the others are

14     Section 2, so they are about districts in which the

15     plaintiffs make arguments against how districts

16     were drawn.

17              So in that matter, it's redistricting,

18     but some of these cases are specifically about

19     Section 2, so it's about -- my job is about a

20     racially polarized voting analysis.  And eventually

21     they sought for some kind of remedy to change

22     districts.

23              So, in that matter, it's about

24     redistricting, but not necessarily each case is

25     right in the period of redistricting itself, such

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 27

1    as this one, or just finished.  Some of these cases

2    were even toward the end of the census cycle, so

3    it's not about the original redistricting process

4    anymore; it's about the voting rights of African

5    American voters in these places, or in some of

6    these cases I represented government in situations

7    as well.  So I guess the answer is long, but I

8    tried to explain in detail what they are.

9            Q.    Thank you.

10           Dr. Liu, did any of these cases on this

11   list involve claims of racial gerrymandering?

12           A.    No.

13           Q.    I believe you mentioned -- have you

14   testified on behalf of defendants in any of these

15   cases?

16           A.    Yes.

17           Q.    Which cases are those?

18           A.    Let's see, League of Women Voters of

19   Florida, that Navajo Nation, that case, the Florida

20   case.

21           Q.    Are there any other cases on which

22   you've testified on behalf of defendants?

23           A.    No.

24           Q.    Is this a complete list of all cases in

25   which you have served as an expert witness?

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 28

1          A.   Yes, these cases are a complete list of

2    all cases I served as an expert witness so that I

3    did provide testimony either through deposition or

4    going to trial all the way through, but these are

5    all the cases that I indeed provided reports to

6    the -- to federal courts.

7          Q.   Okay.  All right.  Dr. Liu, can you

8    briefly describe your educational background?

9          A.   Sure, I'm a Ph.D. in political science.

10   I got my Ph.D. from University of New Orleans in

11   1999.  Before that, I had a master degree also in

12   political science from Oklahoma State University

13   and I also had a bachelor of law degree from law

14   school in Shanghai from East China University in

15   political science and law.  So these are the

16   education that I received.

17         Q.   During your education, did you take any

18   courses in legislative redistricting?

19         A.   I have taken political science courses

20   with Dr. Angstrom who is a well known -- Dr. Dick

21   Angstrom, or Richard Angstrom, who is a well-known

22   expert on voting rights cases.  So we took a lot of

23   case studies there in his classes.

24         Q.   Was the coursework in that case focused

25   on redistricting or on some other topic?

Page 29

```
 1              A.    Yes, mainly Section 2.

 2              Q.    And other than the course with

 3       Dr. Angstrom, were there any other courses you took

 4       that focused on legislative redistricting?

 5              A.    No.

 6              Q.    And since obtaining your Ph.D., what

 7       areas of research and scholarship have you

 8       concentrated on?

 9              A.    Yes, my concentration has been mainly

10       first American politics, especially voting and

11       public opinion in state and local politics and

12       national politics in terms of elections.

13                   And I'm also a scholar of race and

14       ethnicity, so I have done research on especially

15       minority groups concerning blacks, Latinos and

16       Asian Americans.

17                   I have been a leader in ethnic studies

18       as well, so I have done research about how ethnic

19       groups inside a racial minority group may or may

20       not be consistent with each other, especially where

21       political behavior is concerned.

22                   And I'm a qualitative scholar, as you

23       may already know from my reports, so the second

24       area of my research is primarily on the methods on

25       which we can use -- by which we can use to engage
```

Baodong Liu , Ph.D.

The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

Page 30

1    in advanced research on politics or ethnic studies.

2                So I have published articles about

3    ecological inference, for example, and how to do

4    programming, so statistical languages such as R.

5                Other than that, I have obviously made

6    a lot of comments as a media person talking about,

7    in general, issues of politics.  Yeah, those are

8    mainly my concentrations.

9    BY MR. GORE:

10                Q.   And when did legislative redistricting

11    become part of your scholarship?

12                A.   I started out as a graduate student in

13    Dr. Angstrom's class and then he asked me for help

14    as a research assistant on some cases that he

15    worked on back in the 1990s.  And in early 2000, I

16    became an assistant professor, so I was asked to

17    serve in some of the cases.

18                And so all the way to today, I've been

19    very involved, highly engaged in redistricting

20    litigations, so it's more than two decades already.

21                Q.   Have you ever written a peer-reviewed

22    publication about South Carolina?

23                A.   I have written books and articles about

24    southern politics, and South Carolina is a part of

25    southern politics, but I have never written or

Baodong  Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 31

1      published a piece on South Carolina alone.

2            Q.   And during your educational or academic

3      career, have you ever submitted any written works

4      for publication that were rejected for publication?

5            A.   Of course.  We all have.  I mean, I

6      will not say "we all."  But I'm sure 99 percent, at

7      least, of us, have received rejection.

8            Q.   And how many times has that happened to

9      you?

10           A.   Well, I don't know how many.  Early on,

11     probably when I was a junior I received a lot of

12     rejections, but I'm very proud of my tenacity, I

13     guess.

14                Recently, I'm just -- I guess I'm

15     established, so it's much easier for me to publish

16     now.  So the rate of rejection has declined over

17     time, but I would say probably maybe 30 percent of

18     my publications have been rejected in my whole

19     academic career, but then I try to revise and

20     resubmit to different journals and so on.

21                So I would say, at the end, probably 95

22     percent of my work has been published, even though

23     not necessarily the first outlet that I submitted.

24           Q.   And were any of your rejected works

25     about redistricting?

Baodong  Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 32

```
 1           A.    No.
 2           Q.    Dr. Liu, I would now like to show you
 3     Tab 3 from the zip folder, which I'm going to
 4     introduce as Exhibit 3.
 5                 It should be your rebuttal report.
 6           A.    Okay, let me pull that up on my
 7     computer as well.  Okay, I'm here.
 8                 (EXHIBIT 3, Rebuttal Report of Baodong
 9                 Liu, Ph.D. dated May 2, 2022; re
10                 Congressional Map, was marked for
11                 identification.)
12     BY MR. GORE:
13           Q.    And I have marked and introduced this
14     as Exhibit 3.  It's called Rebuttal Report by
15     Baodong Liu dated May 2, 2022.  Is this your
16     rebuttal report in this case?
17           A.    Yes, it is.
18           Q.    I'm going to take that down for a
19     moment.  We'll get back to it a little bit later.
20     I want to ask you some questions about your
21     conclusions in this case.
22                 Does either of your reports conclude
23     that the enacted plan, the enacted congressional
24     plan, intentionally discriminates on the basis of
25     race?
```

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 33

1              A.    That's a great question, Mr. Gore.  I'm

2      not a lawyer, so I'm not here to provide testimony

3      about legal definitions or facts that can support

4      either way how intentional vote dilution should be

5      defined in a court of law.  That's not my role.

6                   But my reports, both of them, for me,

7      are to make conclusions about how race may or may

8      not be a factor in the redistricting process in

9      South Carolina.

10                  So I don't know whether I should give

11     you a categorical yes or no, but my role as an

12     empirical analyst is to provide evidence about the

13     role of race and also the role of partisanship.

14                  But motivation of voters, for example,

15     or the government, in the redistricting process,

16     that's not my expertise at all.

17             Q.    Okay.  So let me follow up on that.

18                  I'm asking about both of your reports.

19     And in both of your reports you provide data and

20     computational analysis; is that correct?

21             A.    Yes.

22             Q.    And I think you just said that you

23     don't draw any conclusions about motivation or

24     intent in your reports.

25                  Is that also correct?

Baodong  Liu , Ph.D.                                   August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 34

1              A.    That's correct.

2              Q.    Do you draw a conclusion as to whether

3      race predominated over traditional districting

4      criteria in this plan?

5              A.    Again, you are using the legal word

6      "predominance."  That's not my domain of expertise.

7      But I am an empirical scholar, so I need data.

8                    If the assumption is, say, partisanship

9      is the factor, whether you can call it a

10     motivational factor or not, I will analyze the data

11     to say whether that assumption is valid or not.

12                   So my job is simply to use data to draw

13     conclusions about assumptions, of whether it's race

14     or party induced, in the process of redistricting.

15     So that's what I do.

16             Q.    So is it fair to say that neither of

17     your reports concludes that race predominated over

18     traditional districting criteria in this

19     congressional plan?

20             A.    Well, my reports are so clearly -- I

21     mean, they clearly stated that race played a bigger

22     role than partisanship.  That's so clear in my

23     reports.  It's not partisanship that played a

24     greater role than race, so whether --

25             Q.    Dr. Liu, I don't -- I don't mean to cut

Baodong Liu , Ph.D.                    August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 35

 1    you off.  We'll get to that in a moment.  I'm just

 2    trying to -- I'm trying to ask a yes or no

 3    question.

 4              Does either of your reports conclude

 5    that race predominated over traditional districting

 6    criteria in the congressional plan?

 7         A.   My reports indicate that race has

 8    played a greater role than other factors I

 9    analyzed, in this case partisanship, especially

10    so --

11         Q.   But your -- your -- your report --

12              MR. CUSICK:  Excuse me.  I would just

13              say, Mr. Gore, just let him finish his

14              answer.

15              MR. GORE:  Sorry, okay.

16              I asked a yes or no question and I got

17              a longer answer.

18    BY MR. GORE:

19         Q.   It's supposed to be an easy question,

20    but go ahead, Dr. Liu, please finish.

21         A.   Yes.  What I tried to make clear in my

22    statement is that I am not a legal scholar, so I am

23    not here to provide testimony about motivation or

24    intention.

25              But my job, which I strongly believe

Baodong Liu , Ph.D.                                August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 36

1    that I have faithfully played the role for the

2    court, is to document exactly the two assumptions.

3    One is about race, the other is about partisanship.

4    Which one is valid?  To me, the race assumption is

5    valid.  That's all I can say.

6                 Because we are empirical scholars and

7    we can only use data to show where the data leads

8    us.  And it's race that is -- that we can say is

9    the most plausible explanation of what happened in

10   the redistricting process.

11                That's all I can say.

12        Q.   Dr. Liu, do your expert reports contain

13   all of your opinions in this case?

14        A.   Yes, like I said, I did reserve my

15   right to provide supplemental reports when new data

16   are coming in and they are necessary; but because I

17   have done so many analyses of experts for the

18   proponent side on this case and I've done so many

19   analyses on so many elections, my opinion is

20   complete, and I have stated in my reports that race

21   played a greater role in redistricting than

22   partisanship, and I stand by that.

23        Q.   Have you prepared a supplemental report

24   in this case?

25        A.   No, I have not.

Baodong  Liu , Ph.D.                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 37

1          Q.    Do you intend to?

2          A.    Up to this point, I don't have new

3    data.   I know that a primary has been conducted in

4    South Carolina so that there's new data coming in,

5    but I don't have those, so I cannot do any more

6    analysis.

7               But they are typical.   They are in line

8    with what has happened in the past, which I

9    reported in my original expert report, all the

10   general elections, primary elections and exogenous

11   elections statewide.

12              So I don't have anything at this moment

13   to add, but I'm certainly happy to help the

14   counsels on both sides, and the Court, to

15   understand racially polarized voting effectiveness

16   analysis and so on, if I'm given new data.

17         Q.    Dr. Liu, do you intend to offer any

18   opinions different or in addition to the opinions

19   in your expert and rebuttal reports?

20         A.    No, at this point, I have no reason to

21   add.

22         Q.    All right.   I would like to go back to

23   your first expert report, which has been marked as

24   Exhibit 2, and it's Tab 2 in the zip folder.

25         A.    Yes, I have it in front of me.

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 38

1              Q.   You have it in front of you, great.

2                   I would like to start on Page 4 of that

3        report and ask you some questions about it.

4              A.   Okay.

5              Q.   Do you have Page 4 in front of you?

6              A.   Yes, it's right here, yes.

7              Q.   You have a sentence in here, the last

8        paragraph of Page 4, that says, "I analyzed the

9        biracial elections based on the ecological

10       inference (EI) method developed by Professor Gary

11       King of Harvard University."

12                  My question, Dr. Liu, is, did you use

13       the King EI methodology in your RPV analysis in

14       this case?

15             A.   Yes.

16             Q.   What threshold did you use to determine

17       whether voters in a particular racial group support

18       a particular candidate?

19             A.   Yes.  In fact, I provided my

20       operational definition of RPV in my report as far

21       as RPV is concerned, how I conducted the analysis

22       for each biracial election and the procedures on

23       which I draw my conclusions, so, yes, yes, I did.

24             Q.   Footnote 2 on Page 4 says that you

25       define support for black and white groups --

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 39

1              A.    Yes.

2              Q.    -- for the black candidate in a

3      biracial election as over 50 percent of votes for a

4      particular candidate; is that right?

5              A.    Yes, yes.

6                    So by that I mean at least 50 percent,

7      50 percent plus one vote; that's the majority by

8      definition.

9                    So if the majority of a minority

10     group -- say, black voters -- provided majority

11     support for a black candidate, then this minority

12     group is providing a majority support for this

13     candidate; and, yet, the white majority in the same

14     election -- I also use 50 percent as the

15     threshold -- the majority of whites voted for the

16     opponent of this black candidate -- namely, the

17     white candidate in the race -- then it's racially

18     polarized.

19             Q.    Okay.  So let me -- let me make sure I

20     understand.

21             A.    Sure.

22             Q.    So if black voters vote 50 percent plus

23     one vote for a black candidate, they support that

24     candidate under your methodology; is that right?

25             A.    Yes, yes, because it's a majority

Baodong Liu, Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 40

1    support.

2            Q.    And if 50 percent minus 1 vote, or 49.9

3    percent, of white voters support that candidate,

4    that would not be majority support in your view, is

5    that correct?

6            A.    Yes, because mathematically speaking

7    it's not a majority anymore.  But I know this may

8    sound just, you know, one vote or two votes

9    difference between the two scenarios that you just

10   described, however, in a super majority of the

11   cases that I have conducted research on, this

12   usually doesn't happen.

13            By "this" I mean only 50 percent plus

14   1, versus 50 percent minus 1.  That kind of

15   scenario seldom happens, at all, in reality,

16   usually.  It's like 80 percent versus 20 percent,

17   or 70 percent versus 30 percent.  But one has to

18   have some kind of threshold; majority is my

19   threshold.

20            Q.    Okay, so thank you.  And I just want to

21   confirm, an election that has 50 percent plus 1

22   vote from African Americans for a candidate and 50

23   percent minus 1 vote from white voters for that

24   same candidate is a racially polarized election

25   under your analysis; is that right?

Baodong Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 41

1          A.   Yes, based on my operational

2     definition, that would be a racially polarized

3     election.  But my racially polarized election

4     analysis doesn't just stop there.

5               If it indeed happens, one obviously

6     pays attention to why such a small gap, like you

7     just did, in that scenario of a difference of two

8     votes, or actually not a difference of,

9     mathematically two votes.  But, in terms of

10    percentage, plus 1 percent versus minus 1 is such a

11    small gap.

12              But the degree to which the gap is also

13    matters, right?  So we do make further analysis if

14    such a short gap indeed exists and look at the

15    context in which particular elections may produce

16    such a short gap.

17              As I said, usually that doesn't happen

18    at all.

19         Q.   Are you aware of any court decisions

20    adopting 50 percent plus 1 as the threshold for a

21    racially polarized voting analysis?

22         A.   What I do know for sure is what I have

23    done in my own education related to practicing as a

24    scholar.  Throughout my career as an expert

25    witness, I have always used this definition

Baodong Liu , Ph.D.                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 42

1      empirically.  And in most cases I have worked, the

2      Court did accept my way of empirically doing this

3      analysis.  And I do know, also, a lot of other

4      scholars use the same approach.

5                However, there are also some scholars

6      that would have a different kind of threshold and

7      they may have, like, even more parameters set

8      to define empirically what a racially polarized

9      election for these scholars, but they are not the

10     super majority.  The super majority of expert

11     witnesses, as I know, do agree with what I say.

12          Q.   So, Dr. Liu, I noticed Footnote 2 of

13     your report doesn't have any citation.  So what

14     authority --

15          A.   Yes.

16          Q.   -- can you cite me to for using 50

17     percent as the standard of support in racially

18     polarized voting?

19          A.   Again, I don't -- I'm not aware of too

20     many scholars that are against this.  So like I

21     say, I have been using this for all of my career.

22     You know, most scholars I know also agree;

23     polarization has to be defined empirically in some

24     way.  My way, I don't want to say, is the universal

25     way, but it is a pretty conventional way.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 43

1            But, granted, that there are

2       discussions about, well, what about the gap?  How

3       large is the gap?  It is significant.  And there

4       are people -- there are scholars who want to go

5       with like a very rigid definition of how large the

6       gap is.

7            But it is what I learned from the

8       Gingles decision of the Supreme Court, polarization

9       meaning polarization.  The majority of one group do

10      not agree with the majority of another group, and

11      they're polarized.  Of course, there's a degree of

12      difference in terms of polarization.

13           Q.   So as you sit here today, you can't

14      cite me to a specific court decision or academic

15      article that accepts this 50 percent standard; is

16      that right?

17           A.   I mean, that's not a very fair

18      question, because there's not too much in the

19      literature that says different, otherwise, either.

20      So, yes, that's all I can answer at this point.

21           Q.   Okay.  I would like to ask you about

22      Table 2 on Page 8.  Do you have that in front of

23      you?

24           A.   Yes, yes, I have that.

25           Q.   The second race from the bottom is a

Baodong Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 44

1     2014 Congressional District 6 primary --

2            A.    Yes.

3            Q.    -- involving Congressman Clyburn; is

4     that right?

5            A.    Yes.

6            Q.    And you report that Congressman Clyburn

7     got support from 43.28 percent of white voters; is

8     that correct?

9            A.    Correct.

10           Q.    And you believe that that is a racially

11    polarized election, correct?

12           A.    Yes.

13           Q.    And are you aware of any --

14           A.    I'm so sorry for cutting you off, but

15    it is racially polarized.  It's very polarized, as

16    you can see.

17           Q.    Are you aware of any court decision

18    holding that an election is racially polarized when

19    the black candidate of choice received 43.28

20    percent or greater of the white vote?

21           A.    Am I aware of any court cases that

22    exhibit the same feature as the white voters voting

23    43 percent or more for a black candidate --

24           Q.    Yes.

25           A.    -- is that your question?

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 45

1              The  answer  is  absolutely.   I  have  done

2      many  cases  where  the  white  support  for  a  black

3      candidate  can  be  in  the  range  of  the  40s,  for  sure.

4              Q.    And  have  courts  found  that  those

5      elections  are  racially  polarized?

6              A.    Yes.

7              Q.    And  what's  an  example  of  one  of  those

8      cases?

9              A.    I  have  so  many  other  cases,  meaning  all

10      the  litigation  work  I  have  done,  that,  I  mean,  I

11      cannot  give  you  just  on  the  spot,  right,  because  I

12      have  no  other  reports  in  front  of  me.   But  I'm  sure

13      I  have  those.   I  can  go  back  to  some  of  my  reports

14      in  the  past  and  send  you  an  e-mail,  but  I  cannot  do

15      that  on  the  spot.

16              MR.  GORE:   Can  we  go  off  the  record.

17              (A  brief  recess  was  held.)

18      BY  MR.  GORE:

19              Q.    Let's  go  back  on  the  record.

20              Dr.  Liu,  did  you  talk  to  anyone  during

21      the  break?

22              A.    I  saw  my  wife  to  say  hi  very  briefly.

23              Q.    Did  you  talk  to  counsel?

24              A.    No.

25              Q.    Dr.  Liu,  I  would  like  to  return  to  your

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 46

1    report and ask you a few questions about it.

2              Probably more than a few.

3         A.   Sure.

4         Q.   Moving forward to Page 6 of your

5    report.

6         A.   Okay.  Page 6, right?

7         Q.   Yes, sir, for now.

8         A.   Okay.

9         Q.   Now, you conducted an RPV analysis of

10   three sets of elections; is that correct?

11        A.   Could you repeat that question, please.

12        Q.   How many sets of elections did you

13   conduct an RPV analysis of?

14        A.   How many sets of elections?

15        Q.   Yes.

16        A.   Yes, I -- yes, I conducted RPV analysis

17   for endogenous general elections and then

18   endogenous primary elections and then finally

19   exogenous elections.

20        Q.   And in each of those elections, the

21   black preferred candidate was a democrat; is that

22   right?

23        A.   Well, I believe I had the primary

24   elections where there were Republican -- I mean

25   Republican primaries -- so therefore -- obviously,

Baodong Liu, Ph.D.                                  August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 47

1     in the primary, it's Republican only.

2                So, yes, but other than that, in

3     general elections and other primaries, Democratic

4     primary, of course --

5          Q.   Okay.

6          A.   -- they were Democrats, yes.

7          Q.   Let's go to Table 1 on Page 7.

8          A.   Okay, I'm here.

9          Q.   Is this your table for endogenous

10    general elections?

11         A.   Yes, it is.

12         Q.   Did all seven of these elections occur

13    in majority white districts?

14         A.   Yes.

15         Q.   And did all of these elections occur in

16    majority Republican districts?

17         A.   Well, that's a great question.  Since I

18    don't have any access to party registration data --

19    I don't even know whether South Carolina has any

20    such data -- but it is a good and reasonable

21    assumption that these are Republican districts

22    because winners tend to be Republicans.

23         Q.   So in each of these elections, was the

24    black preferred candidate a Democrat?

25         A.   Yes.

Baodong Liu , Ph.D.                           August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 48

1          Q.   So in each of these elections the
2     winning candidate was a Republican, right?
3          A.   Yes.
4          Q.   Do you know the vote totals or vote
5     margins in any of these elections?
6          A.   Of course in my empirical operations, I
7     do produce the results, so every candidate's vote
8     total, percentage and gap and margins, I have those
9     in my computer, but not in this table, I don't.
10          Q.   And did you conduct an RPV analysis of
11     any general election in District 6?
12          A.   There's no such biracial general
13     election in CD 6, so I didn't do any.
14          Q.   And do you know the percentage of white
15     crossover vote in any general election in District
16     6?
17          A.   Again, there was no biracial election
18     which involved CD 6, so there's no way for me to
19     tell you at this point what's typical white
20     crossover.
21          Q.   So the next category of elections is
22     endogenous primary elections; is that right?
23          A.   Correct.
24          Q.   And so I'm now looking at Table 2 which
25     is on Page 8 of your report, I believe; is that

Baodong  Liu , Ph.D.                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 49

1    right?

2          A.    Yes.

3          Q.    I'm a little bit confused with this

4    table.  Can you help me with this a little bit?

5          A.    Sure.

6          Q.    Does this table show elections where

7    racially polarized voting was not present?

8          A.    This table shows 3 out of 9 primaries.

9    I don't have direct evidence of racially polarized

10   voting by the election results alone; that's true.

11         Q.    So another way to say that is that in

12   six of these elections, you found no racially

13   polarized voting; is that correct?

14         A.    That's correct but that's not complete,

15   as my report gives you the analysis of these

16   elections, and especially if we're talking about

17   Republican primaries.  We have two here, Republican

18   primaries.  Obviously in Republican primaries, you

19   wouldn't see a lot of black voters to begin with.

20   That's well documented.

21               And RPV -- racially polarized voting,

22   by the way, RPV is a shortcut -- normally doesn't

23   exist in Republican primaries.  So that doesn't

24   surprise anyone.

25               However, the Table 2 -- if you are

Baodong Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 50

1    still a little bit confused, I will do my best to
2    help you clarify what I tried to say to the Court.
3              That is, if you take out all of the
4    Republican primaries, and what is left is the
5    Democratic primaries, you can see a very clear
6    pattern.  That is, when the candidates in the
7    Democratic primaries -- if a candidate is not very
8    viable, meaning there's almost no chance to win,
9    because it's, like you said, white majority
10   districts, for the most part, what happens?  Well,
11   the Democratic primary is difficult for a black
12   candidate to win.  Why?  Because there's no way to
13   win the general election anyhow, because it's a
14   white district.
15             And the RPV is so deep in the general
16   election, so black voters know that a black
17   candidate will have very limited opportunities to
18   win, so, in this case, black voters decided to vote
19   for a white candidate in the primary within a white
20   majority district.  And that is a statistical
21   decision on the part of black voters.  That's why
22   you don't see RPV anymore in these Democratic
23   primaries.  But that doesn't mean black voters
24   wouldn't prefer a black candidate, after all, in
25   general elections.

Baodong Liu, Ph.D.                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 51

1               It's simply in those circumstances

2       where white voters are the predominant voter

3       electorate, simply voting for a black candidate is

4       a waste of a vote, so black voters voted for a

5       white candidate who eventually will compete with

6       another white candidate in the general election.

7               So that's a statistical move on the

8       part of black voters.  And this is in line with the

9       literature, especially in the south, when black

10      voters had to be strategical not to waste their

11      vote.

12          Q.    Thank you for all of that.

13              So in Table 2, you found racially

14      polarized voting in three elections; is that right?

15          A.    Yes.

16          Q.    And all three of those are Democratic

17      primaries, correct?

18          A.    Yes.

19          Q.    Now, the first election listed on this

20      table is a 2020 Congressional District 1 Republican

21      primary; is that right?

22          A.    Yes.

23          Q.    And it looks like the black candidate

24      received only 24.22 percent of black voter support;

25      is that correct?

Page 52

1          A.    Yes.

2          Q.    So that candidate didn't receive a

3    majority of support from black voters in that

4    election; is that right?

5          A.    Yes, but as you stated earlier, which,

6    of course, I agree, and most scholars would agree

7    with you, black voters tend to vote Democratic.

8               So what about the black voters who are

9    Republicans?  Well, these black voters are not too

10   many, to begin with, but when they vote, they may

11   vote for a white Republican, and that doesn't

12   surprise anybody.

13         Q.    And then the last one listed on this

14   chart is also a Republican primary; this one from

15   2014 in District 6; is that right?

16         A.    Correct.

17         Q.    And the candidate received 19.99

18   percent of the black vote but 33.74 percent of the

19   white vote; is that right?

20         A.    Yes.

21         Q.    So this candidate received a larger

22   vote share from white voters than from black

23   voters; is that right?

24         A.    Yes, in this election, yes, correct --

25         Q.    Thank you.  And with respect

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 53

1      to these --

2              A.    -- but --

3              Q.    Sorry, go ahead.

4              A.    Yes, I just want to add a little bit of

5      contextual information here so that it becomes

6      clear for any reader of this table.

7                      If you look at District 6, right, we

8      talked about earlier District 6 had the legendary

9      black leader Jim Clyburn whose name is right here

10     in the table as well.

11                     So, as we all know, he's a very well

12     accepted black leader, and he obviously wins

13     elections pretty handily.

14                     So in the primary, look at what

15     happened.  Republicans are also showing some

16     strategical decisionmaking as well, so black voters

17     vote for the black candidate; the white voters, in

18     this case, voted a little bit more -- actually,

19     almost twice as much -- for the black candidate in

20     District 6.

21                     Why?

22                     Well, it's clear that white voters in

23     this case think about, well, eventually the general

24     election will be whatever this Republican nominee

25     facing the tremendous barrier of a Democrat

Baodong Liu, Ph.D.                              August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 54

1     incumbent, Mr. Clyburn, so that's why you see in

2     this table, you know, why support for the black

3     candidate actually is higher, because, in their

4     mind, it could be that eventually when there is a

5     black candidate competing in the general election,

6     maybe, maybe, just maybe, for them, the probability

7     of winning is a little higher, obviously.

8     Eventually it doesn't happen, the candidate was

9     defeated strongly, she lost totally in the primary.

10    So that's just the contextual information for this

11    particular race.

12            Q.    Thank you.

13                  And in the 2014 Congressional District

14    6 election, who was the Republican nominee?

15            A.    Well, the opponent, I don't have their

16    name here.  It's in my computer.  Again, I can

17    certainly go there and give you that.

18                  But before my RPV analysis in this

19    case, I don't have it in my table because that's

20    not my focus of analysis at all.

21                  But usually it's the opposite, right?

22    So what you have here, the opposite is true for the

23    opponent.  I don't have the name of this opponent,

24    but he or she should get the opposite percentage of

25    votes as opposed to a win clear to black.

Baodong Liu, Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 55

1          Q.    And do you know the race of that
2     Republican candidate or nominee in 2014 in District
3     6?
4          A.    Um, at this point, I don't have that
5     memory, but, um, I can go back to my notes to check
6     it out.
7          Q.    Okay.  Okay, let's go back to your
8     report, if I can find it here.  And you say in your
9     report that the most probative elections for
10    assessing racially polarized voting are biracial
11    elections; is that right?
12         A.    Yes, and that's also a very well-known
13    approach taken by expert witnesses across the
14    nation.  That is, you need to examine elections
15    that involve both a minority candidate -- in this
16    case, a black candidate -- but also at least a
17    white candidate so that there's a choice between
18    black candidacy and white candidacy so that you can
19    reveal, when there's a choice, how the majority of
20    blacks voted, as opposed to how the majority of
21    whites voted.  So, in that way, you can test
22    whether race is a factor or not.
23         Q.    I would like to turn to Table 3 on Page
24    10 of your report.  Can you see that?
25         A.    Okay, yeah, sure, it's right here.

Baodong Liu, Ph.D.
The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

Page 56

1          Q.   And these are the six exogenous
2     elections that you analyzed; is that right?
3          A.   Yes, they are.
4          Q.   And are endogenous or exogenous
5     elections generally considered more probative for
6     racially polarized voting analysis?
7          A.   Yeah, that's a great question.  We use
8     endogenous elections to analyze RPV primarily,
9     because, by definition, endogenous elections are
10    those that are concerned with the office under
11    dispute legally, so obviously those elections
12    revealed more about voting patterns than they have
13    impact in the near future, whereas exogenous
14    elections are those that do not deal with an office
15    that is in legal dispute in the case.
16              So exogenous elections are less
17    probative than endogenous elections.
18         Q.   Now, on Table 3, you identify Joe Biden
19    as a black-preferred candidate.
20         A.   Yes.
21         Q.   But he is not black, right?
22         A.   Now, he's not.
23         Q.   And the 2020 U.S. presidential election
24    was not a biracial election, correct?
25         A.   Yes, that's why I put a note in my

Baodong Liu , Ph.D.                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 57

1    report.  This is not a typical biracial election,

2    by any means.  And the reason I put it here to be a

3    part of my exogenous elections analyses is because

4    there is indeed a vice president candidate who is

5    black, mixed race, so she is a minority candidate.

6              Obviously presidential elections are so

7    unique and different.  And you have the ticket, for

8    major parties, both Democrat and Republican,

9    involving not only the top of the ticket -- that

10   is, the presidential candidate -- but also the vice

11   presidential candidate.

12             And, you know, literature has indicated

13   so clearly that usually it's the top of the ticket

14   that matters most for voters, but choosing the

15   right running mate also matters.

16             So that's why I put it here, because

17   there is a minority candidate nominated by a major

18   party.  And so it's also most recent.  And every

19   voter had a chance to vote in South Carolina for

20   both presidential and vice presidential offices.

21             So that's why I put it here, but noted

22   it's not as probative as the other biracial

23   elections.

24        Q.   And you and I have been using the word

25   exogenous, and I will spell that for the court

Baodong  Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 58

1    reporter's benefit:  E-x-o-g-e-n-o-u-s.

2                    So, Dr. Liu, I would now like to ask

3    you about your effectiveness analyses which starts

4    on Page 11 of your report.

5            A.   Yes.

6            Q.   What is the standard you use to

7    determine whether a district is effective for black

8    voters?

9            A.   Yes, again, that's a great question.

10                   I would like to take this opportunity

11   to -- maybe it's even more appropriate for me to

12   use this precious time to explain succinctly what

13   an effectiveness analysis is and how I do it.

14                   Effectiveness analysis is about which

15   district -- obviously based on different plans that

16   are in competition in the court of law -- which one

17   is more effective for minority voters to protect

18   their right to vote and elect the candidate of

19   their own choice, right?  So, for that purpose, it

20   is necessary to look at three components in an

21   effectiveness analysis.

22                   Number one, how the districts are

23   configured, right?  So you need to look at how the

24   new districts are drawn in terms of racial makeup,

25   especially the percentage of voters for major

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 59

1     categories, in this case black vote, what the

2     percentage of black registered -- voting age black

3     voters in a particular district -- you do want to

4     take notice of that -- and also white percentage as

5     well and so on.

6              So that's the first component you would

7     look at, how different districts configured

8     districts differently and compare all of these

9     districts, based on different plans, with the

10    original one, meaning the benchmark one -- that's,

11    in this case, the 2012 districts -- you want to do

12    that and make comparisons.  So that's the first

13    part you do of any effectiveness analysis.

14             And the second part is potentially RPV

15    analysis, because how districts are drawn will be

16    so crucial in terms of how different levels of RPV

17    will produce different winners.

18             Obviously a highly racially polarized

19    district would make it even more difficult for

20    black preferred candidates to win, simply because

21    there's a huge level of white block voting.  So

22    that's very necessary in the effectiveness

23    analysis.

24             And the final component of it is to

25    look at eventual winners, and given whatever

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 60

1          districts are configured, let's see who wins by how

2          much, or loses by how much.

3                   So there you would have all of the

4          votes tallied in all of the newly configured

5          districts and compare different plans.

6                   So these are the three components I

7          have tried to report to the Court and see which

8          ones give black voters more opportunity to elect

9          the candidate of their choice.

10                  And I'm sorry it's a little long, but I

11         hope this helps everybody.

12             Q.    Thank you for that.

13                  Do you consider a district to be

14         effective for black voters only if the black

15         preferred candidate receives 50 percent plus 1 of

16         the vote?

17             A.    Well, that's a great question again.

18                  Obviously the elections will eventually

19         decide who is the winner.  50 percent plus 1 is the

20         absolute winner.  Obviously everybody wants that.

21         Black voters certainly want that.

22                  However, effectiveness analysis, by the

23         way, is an analysis of degree.  It's not just

24         categorically.  Because, after all, we are using

25         the data that we collected concerning elections

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 61

1     that just took place recently and trying to project

2     what will happen in the future.

3                    So what happened is that all of these

4     elections are already done and they are not new

5     elections that are to be determined.

6                    So what you want to do is to look at

7     all of these elections and see a statistical

8     indication of a potential winner in the near

9     future, because nobody knows for sure.  And as you

10    well know, you know, elections may take on some

11    unique turn, just because of circumstances.

12                   So what we do as scholars, we try our

13    best to get an average.  So by that I mean, we want

14    to compute an average percent of votes for the

15    black preferred candidate.  So that average tends

16    to vary depending on which elections you are

17    analyzing.

18                   So what we are to do is compare

19    different districts based on the average.

20    Obviously there's a degree of difference.

21    Sometimes you have, like, 47 percent.  On average.

22                   But to get the 47 percent, you may have

23    elections that have 50 percent plus 1.  But you may

24    also have elections that go below that.  But that's

25    just a percent, average percentage.  So in the end,

Baodong  Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 62

1    you look at the average in terms of the differences

2    in the averages.  Hopefully we'll get 50 percent,

3    but the average also reveals more about the degree

4    of difference.

5              So that's why my table -- Table

6    4 -- gives you all the details about the degree of

7    differences, because effectiveness analysis is

8    about degree of differences.

9         Q.   Thank you for that, Dr. Liu.

10             Let me ask a hypothetical question, if

11   I might.  I'm trying to understand the

12   effectiveness analysis.

13             Let's say I want to compare two

14   districts.  In one of those districts the black

15   preferred candidate gets 47 percent of the vote

16   exactly in every election so that the average for

17   that candidate is 47 percent, right?

18        A.   Yes.

19        Q.   And let's say in the comparator

20   district, the black preferred candidate gets 44

21   percent of the vote in every election so that that

22   candidate's average is 44 percent.

23        A.   Yes.

24        Q.   Is that right, okay?

25        A.   Yes, right.

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 63

1          Q.   So under your analysis, would the 47

2     percent district be more effective than the 44

3     percent district for the black preferred candidate?

4          A.   Yes, yes.  The short answer is

5     certainly yes, right?

6               So the effective analysis revealed the

7     degree of difference between the two districts

8     newly drawn, because one district is 47, the other

9     district is 44.  I know, hypothetically, you said,

10    all elections we analyzed are 47 even, or 44 even,

11    no variation.

12              Let me just take that as a reality,

13    even though in reality it usually doesn't happen

14    that way, but, anyway, let's take it as a given.

15              Why is it different, even though both

16    of them are below 50 percent?  Well, simply it's

17    because, when we draw districts right, we don't

18    just say, okay, we want the black preferred

19    candidate to win and dominate all the time in each

20    election.

21              So it's about projection of what will

22    most likely happen in the future given the district

23    configuring.

24              So why the 47 percent district is a

25    little more?  It's not like significantly more,

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 64

1    like not hugely more, but it is more for the BPC,

2    or the black preferred candidate, to have a better

3    chance, simply because 47 is much closer to 50

4    percent than 44 percent.

5                 And, also, you know, we're talking

6    about how black voters influence the direction of

7    an election.  So obviously you want 47 as opposed

8    to 44, because, in those cases, it's more effective

9    for black voters to influence the district, even

10   though maybe not produce a winner, the final

11   winner, but at least to have a say in the election.

12                 And that's why we as scholars are so

13   careful and try to be precise about what degree of

14   difference each district is different from another,

15   given different terms.

16          Q.    Thank you.

17                 Just so I'm clear, under your analysis,

18   the 47 percent district is more effective than the

19   44 percent district even though the black preferred

20   candidate hasn't been elected in the 47 percent

21   district; is that correct?

22          A.    Yes, yes, but the black candidates, I

23   mean, have different rates of success,

24   statistically speaking, because 47 is different

25   from 44, even though, categorically, both of them

Baodong Liu , Ph.D.                              August 4, 2022

The South Carolina State Conf vs. McMaster/Alexander

Page 65

1     show a loser on the part of the black preferred

2     candidate.

3                    However, the black influence varies in

4     the two districts.  And the candidates that tend to

5     run in those districts tend to be different,

6     because the black influence is increased in the

7     first district you've described as opposed to the

8     second district, so you tend to have different

9     candidates running, as well.

10                    And then that's why, categorically, you

11    may have the same losers, but quantitatively you do

12    have a degree of difference in terms of influence

13    of black voters.

14                    And I believe that this is -- this is

15    not a Section 2 case.  The Plaintiffs are not just

16    pushing for a new district, where, you know,

17    typically black preferred candidates can win.

18                    They are using this case, a lawsuit, to

19    help protect black voters' opportunity to elect a

20    candidate of their choice and also their right to

21    participate in an election equally with all other

22    voters; so it's an equal protection clause we are

23    talking about.

24                    And that's why effectiveness analysis

25    is essential.  It tells us more about how voters

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 66

1    actually may have a degree of influence in election

2    outcomes.

3         Q.   So let me ask a couple follow-up

4    questions.  The difference in the effectiveness of

5    two districts between -- in your effectiveness

6    analysis -- is simply the difference between the

7    average level of support for the black preferred

8    candidate in those two districts; is that right?

9         A.   Well, it's right, but not complete.  I

10   did say that, of course, more than 50 percent.

11   That would be categorically different, right?

12            So, in essence, if a district can

13   produce more than 50 percent plus 1 opportunity for

14   the BPC, that districting is obviously much more

15   favorable.  So there is this categorical

16   difference.  I have to address that.  But beyond

17   that, what I'm trying to say is, beyond that,

18   there's a degree of difference.

19            So the effectiveness analysis allows us

20   to see that difference that we're talking about

21   between any plan, what kind of difference

22   quantitatively can you reach, and you would let the

23   court decide which one actually is a little bit

24   more effective, as opposed to, like, very or

25   categorically effective.

Baodong Liu, Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 67

1              So I hope my explanation helps clarify

2       it, rather than make it more confusing.

3              (A brief recess was held.)

4       BY MR. GORE:

5              Q.   And Dr. Liu, do you know what kind of

6       district the Plaintiffs are asking for in this

7       case?

8              A.   First of all, I'm not a demographer.  I

9       don't do any geocoding myself, because it's not my

10      expertise.  Sometimes I'm involved in the remedy

11      plan because my RTV analysis helps both sides to

12      decide.

13             So I'm not sure what kind of district

14      the Plaintiffs are asking for exactly, but

15      obviously my analysis, especially my effectiveness

16      analysis, helps, you know, both sides to know what

17      kind of districts produce what most likely

18      consequences.

19             So most likely, when I have data, I

20      show them the results, but I'm not kind of in the

21      process of deciding what districts are the best for

22      the Plaintiffs, what districts are acceptable to

23      the government.  That's not my expertise at all.

24             Q.   Thank you.

25             I want to ask you a question about Page

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 68

```
 1    11.   Under background you note that, "The 2020
 2    census shows that black voters are 25.28 percent of
 3    the voting age population in South Carolina."
 4              And you say, based on pure proportional
 5    representation, that would be 1.7 congressional
 6    seats in South Carolina.  Is that right?
 7         A.   Yes, that's what I wrote.
 8         Q.   Do you believe that pure proportional
 9    representation is the legal standard that governs
10    this claim?
11         A.   If you're asking me about my personal
12    belief, I'm with most political scientists in this
13    very fundamental question of American democracy.
14    I'm not a, like, 100 percent proportional
15    representation guy, so to speak.
16              I don't promote elections that are
17    exactly based on whatever proportion of racial
18    group or gender group, or any other dimension you
19    mentioned.  Simply, I believe that a democracy
20    society is dynamic.  Identities are many.
21              But proportional representation has its
22    foundation and usefulness for scholars to build up
23    their argument for a better future for America.
24              I do believe proportional
25    representation helps us understand why certain
```

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 69

1    groups always fall behind, other groups always have

2    more.  So it's a baseline, so to speak, for people

3    to look at, but by no means I'm promoting

4    constitutionally we have to promote proportional

5    representation in American democracy.

6              Did I answer your question?  Because

7    you were asking my belief.

8         Q.   You did, yes.  I was.  Thank you.

9              Are you familiar with the concept of a

10   seats-votes curve?

11        A.   I don't think so.

12        Q.   All right.  Let's go to Table 4 on Page

13   13 which I believe you have entitled "Effective

14   Analyses for Enacted Congressional Redistricting

15   Plans, SC."

16              Can you see that?

17        A.   Is it Table 5, are you talking about?

18        Q.   I have it marked as Table 4 on Page 13.

19        A.   Oh, Table 4, okay, yes, I'm here.

20        Q.   Okay, great.  And so this table shows

21   the original, or benchmark plan; the enacted plan;

22   the Harpootlian plan; Plaintiff plan 1 and

23   Plaintiff plan 2.  Is that right?

24        A.   Yes.

25        Q.   And it shows the BVAP in each district

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 70

 1      in each of those plans; is that right?

 2              A.   Yes.

 3              Q.   And it shows the WVAP, W-V-A-P, in each

 4      of those districts; is that right?

 5              A.   Yes.

 6              Q.   And it shows the RPV in each district

 7      in each plan; is that right?

 8              A.   Yes, correct.

 9              Q.   And then at the bottom it shows the

10      average percent vote for the black preferred

11      candidate in each district in each of those plans;

12      is that right?

13              A.   Yes, correct.

14              Q.   Okay.  So I want to focus first on that

15      bottom set of information, the average percentage

16      of the vote for the black preferred candidate.

17                  And according to this chart, in each of

18      the plans, District 6 has an average vote

19      percentage of 64 percent to 68 percent for the

20      black preferred candidate.

21                  Is that right?

22              A.   Yes.

23              Q.   And according to this chart, the only

24      other district where the black preferred candidate

25      ever receives 50 percent or more of the vote on

Baodong  Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 71

1       average is District 1; is that correct?

2              A.   Correct, according to the Plaintiff's

3       plans 1 and 2 and the Harpootlian plan.

4              Q.   And the Harpootlian plan, okay.

5              A.   Yes.

6              Q.   Now, the original plan, or the

7       benchmark plan, and the enacted plan, are quite

8       similar or highly similar on the percentage of the

9       vote for the black preferred candidate in each

10      district; is that right?

11             A.   That question is a little bit -- you

12      have many components.  Could you repeat that

13      question?

14             Q.   I'd be happy to repeat my question,

15      thank you.  I will see if I can do better this

16      time.

17             A.   Thank you.

18             Q.   Would you agree with me that the

19      benchmark plan and the enacted plan have

20      substantially similar average vote shares for the

21      black preferred candidate in each district?

22             A.   Yes, as opposed to other plans.

23             Q.   Yes.  But just comparing those two

24      plans to each other, the numbers are --

25             A.   Correct.

Baodong  Liu , Ph.D.                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 72

1          Q.    -- substantially similar in each
2     district; is that right?
3          A.    Yes, correct.
4          Q.    All right.  So let's focus in on
5     District 1 and I would like to talk about these
6     plans where District 1 has a 50 percent or greater
7     vote share for the black preferred candidate; would
8     that be okay?
9          A.    Yes.
10         Q.    So let's look at the Harpootlian plan.
11    And that, on average, yielded 50 percent support
12    for the black preferred candidate in the elections
13    you analyzed; is that right?
14         A.    Correct.
15         Q.    Do you recall how many of those
16    elections the black preferred candidate got 50
17    percent plus 1 or more of the vote share in the
18    Harpootlian District 1?
19         A.    I have those in my computer.  There's
20    so many numbers.  Obviously with space, I cannot
21    report every detail.  I will be happy to look at
22    those and report back to you.
23         Q.    Thank you.  It's not a memory test.
24              Let me ask the question this way:  Is
25    it the case that in Harpootlian District 1, the

Page 73

1    black preferred candidate won some of the elections

2    but also lost some of the elections?

3            A.    Yeah, or they may be very close.

4    Again, at this point, I don't have the full

5    election to analyze that plan.

6            Q.    Because this chart only shows the

7    averages, right?  It doesn't show each election; is

8    that right?

9            A.    Yeah, right, right.

10           Q.    But, certainly, if the black preferred

11   candidate won sometimes and lost sometimes, that

12   could all average out to 50 percent, right?

13           A.    Correct, correct.

14           Q.    Now, I want to scroll up on this chart.

15                 According to this chart, the

16   Harpootlian plan has a 21 percent BVAP in CD 1; is

17   that right?

18           A.    21 percent, yes.

19           Q.    Okay.  So in a 21-percent-BVAP

20   district, the black preferred candidate is winning,

21   on average, 50 percent of the vote; is that right?

22           A.    Well, I don't know the logic of your

23   question.  If your question is descriptively

24   whether or not it has 21 percent of black BVAP,

25   and, on average, 50 percent of BPC winning, then

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 74

1    that answer is absolutely, yes, that's what I

2    reported.

3            Q.    So doesn't that mean that 29 percent of

4    the black preferred candidate's support is coming

5    from non-black voters?

6            A.    Uh, could you explain what you mean by

7    29 percent?  Where is the 29 percent from?

8            Q.    That's 50 percent support for the black

9    preferred candidate minus --

10           A.    Okay.

11           Q.    -- 21 percent BVAP in a district that

12   your chart says has 100 percent racially polarized

13   voting.

14           A.    Well, uh, I mean, again, I don't have

15   data in front of me, but I am very, very skeptical

16   of the calculation that you just made out because

17   we don't know, the white block voting, the black

18   support; without RPV in details, it's very

19   difficult to calculate or just to jump into a

20   conclusion like, you know, blacks always voted for

21   blacks or whites always for whites.  So if I follow

22   you, I mean, those numbers are not necessarily

23   true.

24           Q.    Well, let me ask the question this way:

25   Doesn't this indicate that there's significant

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 75

1      white crossover voting in District 1 in
2      Harpootlian's plan, regardless of whether it's 29
3      percent or some other percent?
4              A.   Right.
5              Q.   Isn't there significant white crossover
6      voting here?
7              A.   Yes, that's a much better way to put
8      it, because it's not a statistical way anymore; it
9      is a way to address the potential white crossover.
10             Just based on the number, one can
11     assume, you know, white crossover could be a good
12     explanation, but, of course, eventually everything
13     has to go back to data --
14             Q.   Right.
15             A.   -- so I have to check the data to see
16     if that's actually what happened.
17             But if I get you right, it's reasonable
18     to assume, in this case, in CD 1, especially in the
19     Harpootlian plan, there is white crossover.  I
20     think that's a reasonable assumption.
21             Q.   And wouldn't it be a significant amount
22     of white crossover voting to get 50 percent support
23     for a black preferred candidate in a 21 percent
24     BVAP district?
25             A.   Again, you know, I would have to

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 76

1    examine the data.  Sometimes, indeed, just the

2    turnout difference -- I mean, it depends on what

3    election.

4              Usually in America white turnout is

5    greater than black turnout, but you never know,

6    right?  Sometimes you do have a very high level of

7    back participation for whatever reason, and so you

8    don't need a lot of white crossover, as opposed to

9    other elections where black participation is very

10   low and you do need a lot of white crossover to get

11   the BPC number to go high.

12             So, again, I don't want to

13   categorically give you an answer but I need to know

14   the real number to make a case one way or another,

15   but it is a good assumption that there is some

16   white crossover in South Carolina, in CD 1.  I

17   think that's a very reasonable assumption.

18        Q.   And one of the elections you looked at

19   when conducting this effectiveness analysis was the

20   2020 presidential election; is that right?

21        A.   Yes, correct, that's one of the four

22   elections, yes.

23        Q.   And do you believe that that is a

24   high-turnout election?

25        A.   Usually presidential elections are what

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 77

1    we call un-elections, so they tend to generate more

2    enthusiasm from voters.

3           Q.    How about the 2020 presidential

4    election; would you consider that a high-turnout

5    election?

6           A.    Oh, yes, definitely, yes.

7           Q.    And I believe you said -- did you

8    include the 2020 U.S. Senate election in this

9    effectiveness analysis?

10          A.    Yes.

11          Q.    Okay.  And do you consider that --

12          A.    Yes -- yes, I mean, I don't have the

13   number in front of me, but usually in the general

14   election, all of the other statewide elections in

15   particular tend to have greater turnout than

16   otherwise a midterm election.

17                And in this case, 2020, a Senate race

18   in South Carolina is a highly publicized election

19   involving two remarkable candidates, so I think

20   your assumption is reasonable.

21          Q.    And do you consider the 2020 U.S.

22   Senate election to be a high-turnout election?

23          A.    Again, I don't have the number right

24   now in front of me.  I do have those in my

25   computer.  But, again, I think it's reasonable to

Baodong  Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 78

1    believe it was a higher turnout.

2         Q.    And in terms of your effectiveness

3    analysis, did you attempt to quantify the amount of

4    white crossover voting in any of these plans or any

5    of these districts?

6         A.    Well, again, my effectiveness analysis

7    is about the opportunity to elect, so -- I mean, to

8    elect the candidate of choice for the minority

9    voters.

10              So the specific measurement I have here

11   is the average of -- average percent vote for BPC.

12   I think that takes a lot of factors into it

13   already.  And being white crossover or turnout or

14   whatever, it should give us a relatively good base

15   to make comparisons because four elections may be

16   due to different context in which all of these

17   elections took place, but because you have four,

18   you average out different factors, being white

19   crossover, or turnout disparity, whatever.  So I

20   use average percent vote for BPC.  I think it's a

21   better measurement rather than simply using white

22   crossover vote alone, separately, or just for white

23   crossover, because, as you know, indeed, even

24   though RPV undeniably exists in South Carolina, it

25   does have a different level RPV depending upon

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 79

1    which black candidates are you talking about, say

2    Obama, for example, a huge gap.  But if you change

3    the black candidate, you get different, even for

4    white crossover.  Even for Obama's own two

5    presidential elections, he received a different

6    white crossover.  So I think my measurement here is

7    a much better measurement than just white crossover

8    alone.

9            Q.    Thank you for all of that.

10            So just so I'm clear, Table 4 does not

11    report the level of white crossover voting; is that

12    correct?

13            A.    That's not -- that's not completely

14    true.  I mean, it does factor into white crossover,

15    because in order to get this average percent of the

16    votes for BPC, let's just assume there's this great

17    level of white crossover, like you just assumed for

18    CD 1; certainly that will raise the average.

19            So to say my measurement doesn't

20    consider white crossover is too simplified, it's

21    not a clear or a complete justification of what I

22    did.

23            Q.    Okay.  Well, let me ask the question

24    this way.  Table 4 does not report any percentages

25    or totals of white crossover voting, correct?

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 80

1          A.   Um, it's already factored into, because

2     obviously, you know, the RPV analysis I had there,

3     there is white crossover.  In this table, there is

4     the RPV component, which is just above that.

5               So if I have -- I mean, obviously it's

6     on my computer.  I can look at each election and

7     give you, right away, the white crossover vote.

8               And the final measure of it also.

9     Obviously, it has to be a mathematical result

10    that's related to white crossover votes.

11              So your question is a little bit more

12    categorical to say I didn't do it.  I mean, that's

13    just not completely true.

14         Q.   So I think I'm trying to ask a question

15    that's actually a lot simpler.

16              I'm just trying to understand the

17    numbers that are on the chart.

18              So, before, I kind of asked you if it

19    was 29 percent of the vote was coming from white

20    voters or something like that, and you said you

21    didn't know and that's not on the chart, right?

22              I understand you have that data

23    available to you, but I'm just confirming that the

24    chart itself doesn't give --

25         A.   Yes.

Baodong Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                                        Page 81

1              Q.    -- us the percentage or doesn't give us

2       that number, right?

3              A.    Oh, if that's what the question is

4       about --

5              Q.    Yes.

6              A.    -- what I have in the table?

7              Q.    Yes.

8              A.    Right, there's not, yes.  You're right.

9              Q.    And your effectiveness analysis doesn't

10      have that anywhere else in your report; isn't that

11      right?

12             A.    I mean, in this table, right.

13             Q.    Right, but --

14             A.    Right.

15             Q.    But in the text around the table, in

16      the effectiveness analysis section, your report

17      doesn't contain the white crossover vote

18      percentages or raw numbers or vote totals or

19      anything like that; is that right?

20             A.    Again, I mean, you made it sound like I

21      never even computed the white crossover.  I mean, I

22      did.  For each election, there is white crossover

23      and it's in my computer.

24                   What I have given you is the aggregated

25      results.  I guess that's all I can say.  I never

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 82

1       cut it off.  I mean, white crossover is a part of

2       my analysis always --

3               Q.   Right.

4               A.   -- and will forever be.

5                    So these are the results based on

6       aggregate, being a part of my analysis.

7               Q.   Yes, and I understand your analysis.

8       I'm just wondering, for someone like me who doesn't

9       have your data in front of me, if I wanted to know,

10      like the question I asked you before, about the

11      Harpootlian plan, I said, Okay, it's a 21-percent

12      BVAP district and it's a 50-percent average vote

13      share for black preferred candidate, how can I

14      figure out what the white crossover vote was, I

15      have to go to something other than your chart,

16      right?  It's not in your chart.

17              A.   Yeah, yeah.

18              Q.   Okay.

19              A.   That's right.  That's right.  That's

20      exactly right.  But it is in my computer.  That's

21      why I said, in some of the remedy stages, I mean,

22      actually both sides may consult me with, okay, If

23      we draw this way or that way, what kind of white

24      crossover are we talking about?  I can give them

25      the answer right away, because it's always a part

Page 83

1    of what I do.  But in this table, obviously it's

2    not there.

3                And plus I have four elections and I

4    have seven districts.  Just imagine -- I mean, and

5    I analyzed four plans -- how many numbers.  I mean,

6    I will have to use more than ten pages to give you

7    all of the detailed results.  Obviously that will

8    be confusing to everyone.

9         Q.   Let me ask you a couple of more

10   questions about the Harpootlian plan.

11               So according to Table 2, CD 2 in the

12   Harpootlian plan has a 22 percent BVAP; is that

13   right?

14        A.   Yes.

15        Q.   And that's higher than the 21 percent

16   in CD 1?

17        A.   Yes.

18        Q.   And when we scroll down to the average

19   percent vote share for the black preferred

20   candidate, in the Harpootlian plan in CD 2 it's

21   only 35 percent, as opposed to 50 percent in CD 1;

22   is that right?

23        A.   Yes.

24        Q.   So can we conclude from that that in CD

25   2, in the Harpootlian plan, there is less white

Baodong Liu, Ph.D.                        August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 84

1    crossover voting than there is in CD 1?

2          A.   Again, without those detailed data in

3    front of me, I would say it's reasonable, what you

4    just said, but I have to double check whether

5    that's the exact case, but it is a very reasonable

6    assumption.

7          Q.   And let's do the same thing with

8    District 5 in the Harpootlian plan, which has a 34

9    percent BVAP, and which is higher than the 22

10   percent in CD 2 or the 21 percent in CD 1.

11              In fact, it's more than double the BVAP

12   in CD 1.  Well, no, not more than double.  It's 34

13   percent versus 21 percent, so it's more than 50

14   percent greater than the BVAP in CD 1; is that

15   right?

16         A.   Yes.

17         Q.   And when we scroll down to the average

18   percent vote for BPC, it's only 47 percent in

19   District 5 in the Harpootlian plan and still 50

20   percent in District 1; so is it again reasonable to

21   conclude that there's less white crossover voting

22   in Harpootlian District 5 than in Harpootlian

23   District 1?

24         A.   Could you repeat your very last -- are

25   we comparing CD 5 to CD 1?

Baodong Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 85

1          Q.   Yes, sir.

2          A.   Okay.

3          Q.   My question is, if Harpootlian District

4    5 has 34 percent BVAP and 47 percent average share,

5    vote share, compared to Harpootlian District 1

6    which has 21 percent BVAP and 50 percent average

7    vote share, is it reasonable to conclude that

8    District 5 has less white crossover voting than

9    District 1?

10         A.   Well, again, I mean, all of these

11   hypothetical questions...

12              I have to do the numbers to give you a

13   firm answer, but it seems like these are much

14   closer.  I mean, 50 percent versus 47 percent, you

15   know, we're taking about, on average, is 3 percent

16   difference.

17              So maybe with some elections, one out

18   of four, you may have a lot of white crossover, but

19   other ones just very minimal.

20              I mean, there are just so many factors,

21   but you're asking me categorical answers.  I can't

22   help you with a categorical answer, but I can only

23   say, well, maybe this is likely due to crossover,

24   but not likely.  That's all I can say.

25              But depending upon, you know, real

Page 86

1     data, what is revealed.  But, I mean, I see your

2     logic, but I just cannot give you a categorical

3     answer one way or another because there are many

4     factors that may contribute to finally why this is

5     the case.

6            Q.   But I think you do agree, and you have

7     agreed already, that in these districts, white

8     crossover voting is a significant factor in the

9     black preferred candidate's vote share.

10               Do you agree with that?

11               MR. CUSICK:  Objection as to form.

12               THE WITNESS:  I don't agree with your

13          word significant.

14               Should I answer it?

15               MR. CUSICK:  You can go ahead and

16          answer, Doctor.

17               THE WITNESS:  I mean, I never used the

18          word significant.  I think white crossover

19          is forever an empirical question for us as

20          scholars.  It always does.  It will always

21          be.  We always pay attention to white

22          crossover, especially for elections that are

23          highly competed by the two major parties and

24          they are neck and neck, and so on.

25               But I don't want to give a testimony

Baodong Liu, Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 87

1           based on just what you just compared to

2           either District 1 versus District 5 or

3           whatever otherwise, it's due to white

4           crossover, or it's only because of white

5           crossover.

6                I don't -- I don't see a reason for me

7           to make that categorical answer, but it's no

8           secret in South Carolina sometimes there are

9           some white voters that voted for black

10          candidates.

11               It just depends on what elections we

12          are talking about, what institutes we are

13          talking about.  Again, I don't know what you

14          want me to answer.  That's all I can say at

15          this point.

16   BY MR. GORE:

17          Q.   So at this point I'm not drawing a

18   comparative analysis.  Let's just go back to

19   Harpootlian plan District 1, 21 percent BVAP and 50

20   percent average vote share for the black preferred

21   candidate.

22               Would you expect that series of

23   elections that yield those results to have

24   significant white crossover voting?

25          A.   Again, you use words like significant.

Baodong Liu , Ph.D.                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 88

1    I don't know even how to define significant.  Of

2    course, in all elections, there are some white

3    crossovers, but are you talking about whether they

4    mattered, they changed the election outcome for

5    you, and all of that?  That's a very difficult

6    question.

7                I spent my whole professional career --

8    actually, my dissertation is about white crossover.

9    They tend to vary a lot depending upon contextual

10   effect.

11               Sometimes, to just give you a quick

12   example, in New Orleans, before Katrina you would

13   see a lot of white crossover for a leading black

14   candidate, such as Mayor Ray Nagin.  But then

15   Katrina happened.  All of the sudden the city comes

16   back, becoming more white, the white crossover is

17   gone.

18               So white crossover is very time

19   sensitive and contextually sensitive, measured.

20   And it's so hard for scholars like me to

21   categorically report a straight answer like, okay,

22   you draw districts just like this one or that one,

23   you will rely on this percentage of white crossover

24   to get the black preferred candidate to win.

25               That kind of testimony I have never

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 89

 1    given, because it's just so hard in this era of

 2    Trump, like my new book documented.

 3              White crossover can just reverse itself

 4    so rapidly in the states that elected president

 5    Obama, such as Indiana.  Just look at the white

 6    vote in 2020 versus 2008.  It's just very hard to

 7    predict by using white crossover, like, a

 8    significant factor to project what election

 9    eventually will take place.

10              But, granted, I mean, I see your logic.

11    White crossover is crucial, of course.  All

12    empirical scholars agree with that.  Black

13    candidates of course try their best to appeal to

14    white voters, even in the south, but it's just not

15    that stable.  It cannot be a stable factor you can

16    rely on election after election and to produce

17    results in your favor.

18              And I would be happy to give you even

19    more lecture about white crossover in the context

20    of the U.S., but that's the best answer I can give

21    you.

22         Q.   Thank you for that.

23              So in your effectiveness analysis, you

24    didn't analyze how well the plans complied with

25    traditional district principles, correct?

Baodong Liu , Ph.D.                                        August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 90

1          A.    In my original report or the rebuttal

2     to Mr. Trende?  Because they are a little

3     different.

4          Q.    Just here in this report, in your

5     original report.

6          A.    Okay, okay, yeah, my original report

7     has the focus that is RPV and then effectiveness

8     analysis and then race versus party.  So these are

9     my focus, yes.

10         Q.    And so you didn't focus on traditional

11    districting principles in your first report; is

12    that right?

13         A.    Yeah, I mean, that was not my -- I

14    mean, of course, I do pay attention to all of these

15    criteria and guidance, but my specialty is to

16    analyze elections and find which plan would give

17    black voters more opportunity to elect a black

18    candidate of their choice.

19              So I'm not a scholar of, say, community

20    of interest or compactness or other principles.

21    I'm super familiar with those things, but by no

22    means I'm eligible to provide my expertise or

23    testimony to the court on those matters.

24         Q.    And one more question.

25              Did you provide any analysis or opinion

Baodong Liu , Ph.D.                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 91

1    in either of your reports about the first Gingles

2    precondition?

3         A.    No, and especially this case is not a

4    Section 2 case, so I didn't; I didn't give any

5    opinion at all.

6              MR. GORE:  Let's go off the record for

7         a moment.

8              (A recess transpired.)

9    BY MR. GORE:

10        Q.    Dr. Liu, did you talk to your counsel

11   during the break?

12        A.    Not at all.

13        Q.    All right.  Let's move on to the next

14   topic, which is on Page 14 of your report, Table 5?

15        A.    Okay.  Okay.

16        Q.    And this is titled, "How VTDs Were

17   Moved Around Based on the Enacted Plan."

18              Is that right?

19        A.    Yes, yes.

20        Q.    And you have a column here that's the

21   number of VTDs remained, the number of VTDs moved

22   out, and the number of VTDs split into 1+.

23              Is that right?

24        A.    Yes.

25        Q.    And can you explain this last column to

Baodong  Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                                              Page 92

1    me?   What do you mean by number of VTDs split into

2    1+?

3            A.    Yes, so this table is about how VTDs

4    were moved around, so from one district to another

5    and so on and so forth, but some VTDs are not

6    completely moved from one district to another.

7                 They're from District 6 to District 1.

8    But part of it -- so this particular VTD would be

9    split between CD 6 and CD 1, so therefore it's 1+,

10   meaning multiple districts this VTD may belong to.

11           Q.    Okay.  So in the far right-hand column,

12   do these numbers represent VTDs that are split in

13   the enacted plan?

14           A.    Yes.

15           Q.    And where -- where did you get the VTD

16   information from?

17           A.    Yes, as I stated earlier, the data that

18   I run are from the data team of ACLU who provided

19   the documentation in Appendix III of my report.

20           Q.    And are these the 2020 VTDs in South

21   Carolina?

22           A.    Yes.

23           Q.    This chart does not show the number of

24   VTDs moved into each district; is that right?

25           A.    Uh, "into," um, right, it's not here.

Baodong Liu , Ph.D.                                        August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

                                                          Page 93

1              Q.    Is there a reason why you did not

2       include that information in this chart?

3              A.    I remember now, because it's

4       mathematically, uh, a derivative of the other two

5       columns, because a VTD can be either "remain" or

6       "moved out."

7                    So if it's moved out, it will move into

8       another, right?  Do you see my point?

9                    So, in other words, as you see from,

10      say, enacted District Number 1, the first row, you

11      will see the number of VTDs that remain, the number

12      of VTDs that moved out.  But moved out to where,

13      right?  Moved out, according to this particular

14      row.  Well, moved out to 6.

15                   Why?  Because in row number 6, there is

16      this voter from original district, so 6, 1, 2, 5.

17      So there you can see, it's from -- there is -- from

18      the 1.

19                   So that's why you know that you have

20      these two columns.  You will derive the VTD moved

21      into, because mathematically it's just -- how do I

22      put it -- you could just simply use addition, um,

23      deduction, and stuff like that, to get to -- to

24      derive that.  I believe that's the reason for why

25      it's not included in this table?  Because it moved

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 94

1     out to where?  Well, it moved out to a particular

2     district.  And you can go to the particular

3     district to check, okay, what kind of districts are

4     receiving, right?  So you can see that from the

5     second column.  That's where you can see.  But

6     I think you get the point here too.  But how many

7     of them are moved into whatever district, from what

8     district?  I believe that would be, like, at least

9     two more columns.  Probably that was the reason for

10    me to just make it succinct.  You know, Table 5

11    has, already, five columns.  Probably that was the

12    reason I didn't put all of the "moved into" in

13    details here.

14          Q.   Okay.  And what about districts that

15    received voters from more than one original

16    district, like District 3?

17          A.   Right.

18          Q.   If 25 VTDs are moved out of 3, how can

19    I tell where those went?

20          A.   Yeah.  That's a good question, right?

21               So let's focus on 3.

22               So for District 3, voters are from

23    three of them, original 3, original 4 and original

24    5.  So we know, for sure, that these are the

25    districts that contribute to the new enacted

Baodong Liu , Ph.D.                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 95

1    district.

2              But some of the three are moved away.

3    How do I know?  Just look at this same column.  You

4    will see, oh, some of them go to District 4.

5              And that's it.  Because for District 3,

6    the only replicate of that same number is between 3

7    and 4, so you know the destination is 4.

8              Does that make any sense?

9         Q.   Well, let me ask you about District 4,

10   enacted District 4.  It says three VTDs were moved

11   out.

12        A.   Okay.

13        Q.   But it shows that District 4

14   contributed pop -- original District 4 contributed

15   population to District 3 and District 5.  So how

16   can I know how many --

17        A.   Well, the original -- yeah, so original

18   District 4, you can see that some of them stay in

19   District 4 because it's right there in the fourth

20   row, and some of them goes to 3.  Some of them goes

21   to 5.  Because the 4, number 4, appeared in the

22   third row and in the fifth row.  So that's why you

23   know District 4.  Some of them moved into 3.  Some

24   of them moved to 5.  That's how you read it.

25        Q.   Yeah, I understand that.  But I can't

Baodong Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 96

1        tell how many moved from 4 to 3 and how many moved

2        from 4 to 5?

3                A.    Okay, yeah, right, right, right that's

4        a great question, yeah, I -- yeah, yeah.  I can do

5        more.

6                Q.    No, I'm just -- again, I'm trying to

7        understand your chart.  I'm not suggesting you do

8        more or less.  I'm just trying to understand your

9        chart.

10               A.    Yeah, yeah.

11               Q.    All right.  Let's move on to the

12       empirical study of race versus party which starts

13       at the bottom of Page 14.

14               A.    Okay.

15               Q.    Dr. Liu, did you draw any maps for the

16       South Carolina Congressional Plan?

17               A.    Again, I'm not a demographer, so it's

18       not my field.

19               Q.    So will you briefly explain the

20       analysis you did in what you call your empirical

21       study of race versus party?

22               A.    Sure, yeah, so just like the typical

23       social science research project, there is a

24       hypothesis that race is the reason how VTDs are

25       moved around, either moved out or moved in or

Page 97

1    stayed.  So this is what we do know.  But whether

2    race is a factor according to this hypothesis, we

3    have to use data to examine race.

4              However, there's a competing hypothesis

5    that the party is a reason for why VTDs are moved

6    around.  So now you have a party factor to look

7    into.

8              So for social scientists, when you face

9    questions like this, you have to do what we call

10   the control comparison in critical analysis,

11   meaning you put a party and race together and hold

12   constant, say, same party, and then see whether

13   race plays a role in terms of a particular test,

14   then you see the difference.

15             Or the other way around.  You keep race

16   constant.  You see how changing parties will give

17   you different results.  It's absolutely statistics

18   101.  It's called controlled comparison.  And

19   that's exactly what I did.

20             So I used, obviously, the three

21   categories, meaning core, meaning the VTDs that

22   stayed in a particular district and never moved

23   away, it's inside the core, or moved out to a

24   different district, or a different district moved

25   some of the district in.  So there's three

Baodong  Liu , Ph.D.                                  August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 98

1      categories that are mutually exclusive, of course

2      with the caveat of some split VTDs, which you can

3      see in Table 5.  But, luckily, not too many VTDs

4      are split.  So it's manageable.

5                  So what I do is to use tables and

6      charts to show not only statistical results, but

7      also visual representation of the results of this

8      controlled comparison.

9                  And that's what Table 6 is about, Table

10     7 is about, and also Figure 1 and Figure 2 are

11     about.

12                 And so the way to read it is this:  So

13     we want to, again, keep, say, a party constant, so

14     the same Democratic party, or what if white

15     Democrat, or if it's black Democrat.  Do we see any

16     difference?  If we see difference, then it's a

17     question one has to ask why there's a difference,

18     and why so.  So that's how you read Table 6.

19                 But how I got the data for Table 6 in

20     the first place?  Remember, in South Carolina,

21     there is no party registration data that I can rely

22     on immediately.  What I was fortunate to have in

23     the data is the actual turnout by race.  And this

24     is collected by the South Carolina Election

25     Commission.

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 99

1              So you absolutely have every precinct

2       who voted and what's the race and the tally of each

3       racial group.  So that's great news for me, because

4       at least I have this racial data that I can rely

5       on, even without using census data, because it's

6       from the Election Commission, the highest quality

7       data one can get.

8              So which election do I look at?  I

9       looked at the 2018 gubernatorial primary elections.

10      Why do I use primary elections?  Well, because

11      there are two different parties and voters can

12      choose.  And they vote -- they have to vote on the

13      same day, simultaneously, either for Democratic

14      party or Republican party.  Of course, some voters

15      choose to stay home and not to vote in the primary

16      at all.  And some voters become third party or

17      independent, so they don't vote at all.

18              But there are voters who decided to

19      vote for the gubernatorial Democratic nomination

20      and also there are voters who voted for the

21      Republican gubernatorial nomination; and that's

22      where I got the data.  So now I can do the

23      controlled comparison.

24              So may I just simply use Table 6 as an

25      example, Mr. Gore?

Baodong Liu , Ph.D.                                   August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 100

1          Q.   I was about to direct you to Table 6.

2          A.   Okay.

3          Q.   Can you go there?  And may I ask one

4     question before you go any further?

5          A.   Sure, sure.

6          Q.   It's on Page 16, Table 6.

7               Is the VTD dataset you use for this

8     analysis the same VTD dataset you got from the

9     Plaintiff's data team and that we were just talking

10    about in Table 5?

11         A.   Yeah, yeah, that's a great question.

12              The answer is yes because the ACLU data

13    team went through the process that I've documented

14    in Appendix III, first to disaggregate the census

15    data from VTDs to a block, which is the smallest

16    unit in census.  So they disaggregate a big VTD

17    into, like, small blocks, which you can imagine a

18    neighborhood.

19              And then they matched the

20    demographics -- say, black voting age population --

21    with whatever particular election, in this case,

22    gubernatorial, right?  So gubernatorial election in

23    2018.  So they match the two.  And then after they

24    matched, they went back to aggregated VTDs.  So the

25    answer to your question is, indeed, each row, for

Baodong Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 101

1    me, is the VTD, in my dataset.

2            But in this case, the good news, as I

3    stated earlier, is that the Election Commission of

4    South Carolina does have the racial data for each

5    precinct in the first place.  They have that in

6    their record.  You can just download it easily.

7            So I don't even need to use census data

8    at all.  So all I rely on is the ACLU dataset that

9    contains all of these VTD rows which are matched

10   with the precinct, like I just described earlier.

11           But just look at the columns in the

12   dataset for this particular election and the black

13   voters who are in the Democratic primary, white

14   voters who are in the primary, and so on and so

15   forth.  So to answer your question again, it's VTDs

16   that each case, each row of my spreadsheet, and

17   they are, indeed, the VTD matched with the

18   political precinct.

19           Q.   And, Dr. Liu, is the reason that the

20   racial data by precinct is available, that South

21   Carolina has registration by race?

22           A.   Um, I think it does.  It doesn't have

23   party registration, because I asked, and I think I

24   even went to the website, and I didn't find party,

25   but there was race.

Page 102

1                 But that was, like, in each election,

2      voters cast their vote but their racial category is

3      also recorded in the Election Commission dataset.

4                 So, in this case, it is what we call

5      the turnout race data, because each voter who

6      voted, their race is recorded by the Commission as

7      well.

8                 So there's no registration data.  I do

9      believe, indeed, there is registration data in

10     South Carolina by race as well, but this data that

11     I'm relying on here in Table 6 is the racial

12     turnout.

13             Q.   Got it, thank you.

14             A.   Sure.  Should I go --

15             Q.   So I have a couple of questions.  I

16     have a few questions, but if there's more you would

17     like to put on the record briefly, that would be

18     fine too.

19             A.   No, I'm fine.  I'm just saying I'm

20     ready to explain Table 6, the controlled

21     comparison.

22             Q.   Thank you.

23             A.   Sure.

24             Q.   So let me ask a few questions first.

25                 Do you know who the candidates were in

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 103

1    the 2018 Democratic gubernatorial primary?

2            A.    Um, I think I did know when I collected

3    data, but, then, of course, my attention moved away

4    quickly, because it's about participation of all of

5    these voters in elections.

6            But I did check with my counsel, I

7    remember vividly; I need a primary election that

8    had both Democratic party candidates and Republican

9    party candidates running at the same time.

10           So, that, I'm sure, but I just cannot

11   recall names at this point, because that's not a

12   focus of my analysis.

13           Q.   Do you recall whether the 2018

14   Democratic gubernatorial primary was a biracial

15   election?

16           A.   I don't think so.  I may be wrong.  But

17   whether it's biracial or not in this particular

18   analysis was not important because I'm not doing

19   RPV analysis.  I simply look at who voted in the

20   primary for the Democratic side and who voted for

21   the Republican side, because I know they can only

22   choose one side.  Then I know this data will give

23   me the most recent and most reliable baseline to

24   understand the party affiliation because I don't

25   have registration data by party.  This is the best

Baodong Liu, Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 104

1    I could get, as most recent as possible, the party

2    affiliation measure.

3              So I don't -- I don't recall that it's

4    biracial because it was not in my criteria at all.

5    I believe it was just uni-racial.

6         Q.   I think I may know the answer to my

7    next question so I'm hoping you can just give me a

8    yes or no.

9         A.   Okay.

10        Q.   Do you recall whether the 2018

11   Republican gubernatorial primary was a biracial

12   election?

13        A.   Again, I don't recall.  It's not my

14   criteria at all.  My rough memory is probably not,

15   because I never paid attention.  I mean, I never

16   wanted that.

17             So, anyway, again, my criteria is there

18   has to be competition in both parties in the

19   nomination contest, that's the only essential

20   condition, so that I know who participated in which

21   primary.

22        Q.   And would it be possible to conduct

23   your empirical study using the 2020 presidential

24   general election as your election dataset?

25        A.   That would not work because it's

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 105

1      not -- there's no party, because the South Carolina

2      Election Commission data simply gives you, for each

3      precinct, the racial groups who voted in that

4      presidential 2020 general election, but there's no

5      party.  There's no party of these voters.  There's

6      no information about that.  So the problem is,

7      there are some party loyal voters who may be, you

8      know, for whatever reason, against their own party.

9      Let's say a Democratic voter may vote against

10     Biden, or the Republican voter may vote against

11     Trump.  So by using the 2020 general election, you

12     would not have that party affiliation picture, I

13     mean, even though you can assume super majority of

14     a party would vote for whatever the party he or she

15     has been loyal to for a long time, but that doesn't

16     necessarily carry over in each election.

17               So that's the difficulty that we faced

18     without party registration data.

19          Q.    But earlier in your report you were

20     able to use ecological inference to determine --

21          A.    Right.

22          Q.    -- what percentage of voters of each

23     race voted for Joe Biden, right?

24          A.    Yes, we can use that for race analysis.

25     But, remember, earlier, my tables don't have

Baodong Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 106

1    anything about party.  It's only about, you know,

2    black voters voting for black candidates or, you

3    know, whatever, white crossover and such.

4           So here is the control comparison and

5    so you have to know simultaneously the party and

6    race.  That's why.

7       Q.   Okay.  But you could have done the

8    analysis.  So let me back up.

9           I understand what you're saying is that

10   the party affiliation isn't an immutable

11   characteristic.  It can change.  Is that right?

12      A.   Yes.

13      Q.   And even when a voter's party

14   affiliation doesn't change, the voter may vote for

15   a candidate of the other party.

16           Is that right?

17      A.   Yes.

18      Q.   So I think your example was Democrats

19   who for some reason didn't vote for Joe Biden; is

20   that right?

21      A.   Yes.

22      Q.   And you might have had Republicans who

23   voted for Joe Biden as opposed to Donald Trump; is

24   that right?

25      A.   Yeah, and that is true for the third

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 107

1    party, right?  You have a lot of third-party voters

2    as well.  And that would take away your accuracy

3    about, in this case, a Democrat versus Republican.

4    That's the focus of this analysis.

5          Q.   So using the 2020 presidential election

6    data you gathered and did the EI on, could you have

7    done this chart differently at Table 6, could you,

8    instead of doing --

9          A.   Oh, I could --

10         Q.   My question is, Instead of using party

11   registration, could you have used the party of the

12   presidential candidate for whom they voted such

13   that Table 6, instead of saying white Dem, black

14   Dem, white Rep, black Rep, could say white Biden,

15   black Biden, white Trump, black Trump?

16         A.   Yeah, that's what I did in the earlier

17   EI analysis.

18         Q.   So you could have done that as well in

19   Table 6?

20         A.   But, again, what I just stated earlier,

21   the white Biden doesn't mean it's a white Democrat,

22   right?  Do you see my point?

23         Q.   Sure, it may not be --

24         A.   So --

25         Q.   -- it may not be a perfect correlation,

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Conf vs. McMaster/Alexander

Page 108

1    but --

2             A.    That's why it's lesser of academic

3    scrutiny, or it faces less power when you put this

4    to academic scrutiny about your data when you do

5    the 2020 as opposed to 2018, because 2018 is the

6    party denomination.  By definition, it's for the

7    party.

8             So why do you want to risk your

9    accuracy by using otherwise contaminated datasets?

10   As scholars, we don't want to do that.  We want to

11   do analysis by using the dataset that has minimal

12   factors of disturbance; that's what we call it in

13   statistics.  You want to use as reliable and valid

14   data as you can.  In my case, 2018 certainly is

15   much better than 2020.

16            Q.    Let me ask this question:  If instead

17   of wanting to know the treatment of Democrats

18   versus Republicans, the question was how does the

19   enacted plan move Biden voters and Trump voters,

20   would you then use the 2020 presidential election

21   data instead?

22            A.    There is not a race-versus-party test

23   anymore; it's a Biden test versus Trump, right?

24            So that takes away the whole -- what do

25   you call it -- tools or necessity to engage in the

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 109

1      empirical analysis of this particular lawsuit,

2      because the Defendants argue it's for partisan

3      reasons, it's for, you know, whatever particular

4      party's advantage.  It's not only for Biden.  And

5      that's why Trende's report is so misleading.

6            And, by the way, he never did any

7      controlled comparison.  He never puts race and

8      party together in any language, not to mention to

9      do an empirical test.  He just did one at a time.

10     And there's no statistical comparison at all.

11           So this table that you see, Table 6,

12     is, at least, to my knowledge, the best effort a

13     scholar can come up with for South Carolina to put

14     party together with race and see which one gives

15     you more explanation, explanatory power; that's the

16     statistical term.

17           (Reporter clarification.)

18     BY MR. GORE:

19           Q.  Well, okay, what if the question the

20     map drawer wanted to answer was not the effect on

21     voters by party registration, but by the party the

22     voter supported in the 2020 presidential election?

23           Wouldn't, then, it be more appropriate

24     to use the 2020 presidential election data to

25     answer that question?

Baodong  Liu , Ph.D.                                      August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 110

1          A.    Um, well, if you switch the question

2     into what party or what candidate they voted for,

3     obviously you would change the center of this

4     lawsuit.

5               In my view, at least that's what I read

6     the Complaint and also Mr. Trende's report; it's my

7     belief it's about partisan advantage, because we're

8     talking about congressional districts.

9               Is it for the Republican's advantage or

10    the Democratic advantage?  So the question is not

11    about Biden voters or Trump voters.

12              But if you want to switch your question

13    to that, of course, if you want to ask about that,

14    you want me to analyze Trump voters versus Biden

15    voters, of course you can do that.

16         Q.    Okay.

17         A.    My RPV already had that.  But that

18    doesn't answer the question at all about either

19    it's race or party that gives us more explanatory

20    power to process, to understand the redistricting

21    results, according to the enacted plan.  So that's

22    why I designed my election, in this analysis, as

23    the 2018 gubernatorial election.

24              By the way, I also -- it's also

25    important to -- actually not to use the 2020

Baodong  Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 111

1    election, because the 2020 election, as we all

2    know, is a historical election.

3              Not all congresional elections in the

4    future are historical elections.  Very few

5    elections would generate enough enthusiasm as much

6    as we saw in the 2020 presidential election, in

7    addition to the disturbance that I mentioned

8    earlier where voters may switch their party, may

9    change their mind to vote for a different party,

10   but also independents, and other factors on the

11   election day that may change the otherwise normal

12   congressional election circumstances, which is at

13   the heart of this lawsuit.

14             So that's why, in my view, 2018 is much

15   more appropriate because it's not a historical

16   election.  It is a party nomination contest.

17   Voters can choose which party you can vote.  Both

18   parties have candidates running.  So that's why I

19   think my choice is much more -- much more realistic

20   so as to answer the question of race versus party

21   as far as redistricting for congressional districts

22   is concerned.

23             Q.   And do you know whether the map drawer

24   of the enacted plan considered party registration

25   or 2020 presidential election results in

Baodong  Liu , Ph.D.                              August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 112

1     determining the partisan or political performance

2     of the plan?

3          A.   I have no prior knowledge of what they

4     did.  I did read the Complaint of the Plaintiffs in

5     which they argued it was not transparent.

6               A lot of principles like community of

7     interest is not protected as far as especially the

8     North Charleston area is concerned.

9               I don't know how the House and then the

10    Senate side decided and then voted for that,

11    because I don't know how they moved voters around,

12    but I do know the result shows, after they put the

13    enacted plan together and passed in the legislation

14    signed by the governor, the results, that's what I

15    do know.  Some voters are moved out, some voters

16    are moved in, stuff like that.  Those results, I do

17    know, based on the data.

18               So with the data, as a scholar, my job

19    is to find the best way to test why the voters are

20    moved out or moved in, is it because of race or

21    party, based on the most high-quality data I have,

22    which is, in my view, the 2018 gubernatorial data

23    in the primaries for both parties.  So that's why.

24          Q.   Dr. Liu, if Table 6 instead were white

25    Biden, black Biden, white Trump, black Trump, could

Page 113

1    the numbers and percentages shown here be

2    different?

3         A.    Oh, they are different for sure.

4              I mean, no two elections will give you

5    the exact same results.  But whether the pattern

6    will be like what it is that I show in Table 6, I

7    don't know, because white Biden, black Biden, to

8    me, is not equivalent to white Democrat and black

9    Democrat.

10             But my Table 6 is certainly the clear

11   and realistic reflection of why Democratic

12   participation, or black Democratic participation,

13   and so on and so forth, so I don't know why they

14   were drawn.

15        Q.    I would like to ask a few more

16   questions about the table generally.

17             First I want to talk about VTDs.

18             You have core VTDs, "into VTDs" and

19   "out VTDs"; is that right?

20        A.    Yes, correct.

21        Q.    Okay.  Do you believe that all VTDs in

22   the benchmark district were equally likely to be

23   moved in the enacted plan?

24        A.    That -- if I understand your question

25   clearly, you are talking about whether the core

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 114

1      VTDs I see in the enacted plan is pretty similar to

2      what already contained in the benchmark district.

3              Am I right?  Is that your question,

4      whether these cores are the same?  That's what

5      you're asking?

6           Q.  Why don't you answer that question and

7      then I will ask a follow-up.

8           A.  Yes, I do have a test, a verification

9      study, by using Professor Ansolabehere of Harvard's

10     test.

11             THE WITNESS:  Again, I'm sorry, my

12          earpiece --

13             THE COURT REPORTER:  I can hear them

14          going, yes.

15             THE WITNESS:  They are still working

16          but maybe we will run out of battery.

17             (Technical difficulties.)

18             THE WITNESS:  I did have a test that I

19          engaged in terms of how districts were drawn

20          based on what they call the envelope, he

21          called the envelope.  So I do know basically

22          how the core is shaped up.  So I can answer

23          questions maybe later.

24             But to answer your question

25          directly -- uh -- uh, the enacted plan

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 115

1             versus the benchmark plan was certainly --

2             there are some similarities, but there are

3             crucial differences as well.

4     BY MR. GORE:

5             Q.   So let me ask a slightly different

6     question.

7                  In District 1, some VTDs are located on

8     the district border with District 6 or with other

9     districts, correct?

10            A.   Uh-huh, yes.

11            Q.   And some VTDs are located in the middle

12    of District 1, correct?

13            A.   Yes.

14            Q.   And some VTDs are located adjacent to

15    the ocean, correct?

16            A.   Uh, yeah, for some, some counties in a

17    coastal area, yes, for sure.

18            Q.   Because District 1 takes in a large

19    portion of the South Carolina coast, right?

20            A.   Yeah.

21            Q.   Okay.

22            A.   Yes.

23            Q.   So my question is, were some VTDs in

24    District 1 -- were some VTDs in District 1 more

25    likely to move out of District 1 than others?

Baodong Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 116

1           A.    Could you repeat that, please.

2           Q.    So the map drawer has the benchmark

3      plan with District 1, you've shown on this chart

4      VTDs that stayed in District 1 --

5           A.    Yes.

6           Q.    -- moved out of District 1 and moved

7      into District 1, right?

8           A.    Yes.

9           Q.    My question is, in District 1, were

10     some VTDs more likely to move out of District 1

11     than other VTDs in District 1?

12          A.    Well, you have to ask the mapmaker.  I

13     don't know the clear answer to that.  But there is

14     at least some empirical data that I can get to

15     where, indeed, location matters.

16               It depends on where the VTDs are in CD

17     1, especially if it's in the North Charleston area.

18     That area, VTDs, especially when black, are a huge

19     presence, are moved out and moved into District 6.

20     You ask me why is that so?  Is it because it's more

21     likely to be moved out or -- I cannot answer that

22     question.  You would have to ask the mapmaker.

23          Q.    Okay.  But is it consistent with your

24     understanding that VTDs on the border of the

25     district are more likely to be moved than VTDs in

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 117

1    the middle of the district?

2           A.   Well, again, I'm not a mapmaker but

3    obviously from my intuitive understanding of

4    mapmaking as a layperson, the answer is it depends

5    on borders.  You can change borders drastically.

6              Originally, a border district -- or

7    VTD -- a border VTD -- may all of the sudden become

8    not border anymore.  It all depends on how you draw

9    the boundaries, right?

10             So my answer to your question is, at

11   least based on my layperson perspective, is

12   absolutely not.  It depends on what's their

13   philosophy of joining the boundaries in the first

14   place.

15          Q.   So what if a mapmaker wanted to

16   preserve the core and the basic shape of the

17   district?  In that scenario, is it more likely that

18   VTDs on the border are going to move, or VTDs

19   in the middle of the district?

20          A.   Well, again, it depends on many things.

21   So, for instance, in CD 1, there are six counties.

22   You know, a lot of them are in border areas, but

23   not all of them are treated the same way.

24             You know, Berkeley, Beaufort, are

25   treated favorably because they keep the border

Baodong  Liu , Ph.D.                                      August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 118

1    whole, the county whole, all of these become

2    precious, and cherish the principle.

3                    But when it comes to, all of the

4    sudden, Charleston, you know, or Dorchester, or

5    Jasper, or Clayton, all of these principles are

6    falling apart, they become lesser in the important

7    decisionmaking process.

8                    So, again, I'm not a mapmaker, I don't

9    know the details, I do not have specialty in

10   geocoding at all, but the data speaks loud.

11                   The data shows it's black voters that

12   are likely to be split, moved around.  Then one has

13   to ask why.  You cannot simply use natural

14   boundaries to explain away everything.

15                   You may say, okay, for pockets of black

16   voters, it's because of the traditional principle

17   or one way or another, but you cannot explain away

18   a systematic approach to cheat black voters, to

19   crack them, to spread them out, to disperse them

20   into different districts, because data speaks

21   louder at that point than just simply assumption of

22   only one out of a few principles are being

23   protected.

24                   I cannot give you an answer about how a

25   map is made, but I'm clear, in my empirical data

Baodong Liu , Ph.D.                                      August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 119

1    part, that blacks are more likely to be split --

2    actually 7 percent more likelihood based on my

3    statistical text to be split districts, much more

4    than white voters.

5          Q.   So just to be clear, Dr. Liu, I wasn't

6    asking you about natural boundaries or state lines;

7    I was asking you about district lines.

8               So let me ask the question this way --

9          A.   Okay.

10         Q.   -- and maybe this will help.

11              In this Table 6, you're simply looking

12   at whether the VTD stayed in the district, was

13   moved into the district, or moved out of the

14   district.  And you didn't consider where in the

15   district that VTD was; did you?

16         A.   No.

17         Q.   Thank you.

18         A.   You're welcome.

19         Q.   Now, let me ask another question about

20   residential patterns.

21         A.   Okay.

22         Q.   Do black and white voters live in

23   evenly distributed patterns in District 1 or

24   anywhere in South Carolina?

25         A.   Again, I'm not an expert on demographic

Baodong Liu, Ph.D.                                       August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 120

1    features in South Carolina.  I have no expertise to

2    answer that question.

3            Q.   So we'll talk about this more when we

4    get to your rebuttal report, but I think your

5    rebuttal report said that the statewide BVAP in

6    South Carolina is, like, 25.28 percent.

7                 Does that sound about right?

8                 I'm not going to hold you to the

9    number?

10           A.   Yes, yes.

11           Q.   Okay.

12           A.   Yeah, I know.

13           Q.   And I believe your rebuttal report

14   identified counties that have a higher BVAP than

15   that, right?

16           A.   Yes.

17           Q.   And, of course, there are counties in

18   South Carolina that have a lower BVAP than that,

19   right?

20           A.   Yes.

21           Q.   And the same is true for VTDs, right?

22   There are some VTDs with really high BVAP and some

23   VTDs with very low BVAP, right?

24           A.   Of course, there are frequent

25   variations.

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                              Page 121

1          Q.   And when you're looking at this Table 6

2     and you're talking about white dems, black dems,

3     white Republicans, black Republicans, and whether

4     they stayed in the district, moved into the

5     district or moved out of the district, did you

6     control for the BVAP of the VTD in which they

7     lived?

8               (Technical difficulties.)

9               THE COURT REPORTER:  Your audio has

10        gone out.

11              MR. GORE:  I think his earbuds have

12        died.

13              (Off-the-record discussion.)

14              THE WITNESS:  Where were we?

15    BY MR. GORE:

16         Q.   So I was asking in this, in Table 6,

17    because we know that white voters and black voters

18    aren't distributed perfectly evenly across District

19    1, they may live in VTDs or counties that have a

20    higher or lower BVAP, did you control for that kind

21    of residential geography in Table 6?

22         A.   Like I said, there's no location in my

23    Table 6, and there's no way to control them in this

24    analysis at all, because this analysis is a

25    controlled comparison of race versus party, because

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 122

1    the two sides argue against each other.  One says

2    it's race; the other is party.  And controlled

3    comparison is used universally as a statistical

4    tool.

5              And you can -- you can exhaust -- I

6    mean, you can actually add as many factors as

7    possible in statistical analysis.  You can always

8    say there's another factor.  Did you control

9    gender?  Did you control class?  Did you control,

10   you know, history?  You can always add that.  But

11   that's not the way we do science.

12             In science, when you have the two major

13   hypotheses competing against each other, you pit

14   the two against each other.

15             If the argument is all about location,

16   we'll have a location hypothesis test.  My report

17   is race versus party, and that's how I faithfully

18   report here in this report.  So certainly I didn't

19   do anything beyond these two factors.

20        Q.   So let me -- let me ask a follow-up on

21   that.  We have white Democrats and black Democrats

22   in core VTDs, for example, and it's 17.3 percent of

23   white Democrats and 11.1 percent of black

24   Democrats.

25        A.   Yes.

Baodong  Liu , Ph.D.                                        August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 123

1          Q.    But if white and black Democrats live

2     in different parts of CD 1, might that explain why

3     more white Democrats stay in CD 1 than black

4     Democrats?

5          A.    Well, you can always add more factors,

6     right?  You may even say, well, some of them are

7     older.  All of these things can be explanations.

8     But what about the result itself?  The result

9     itself says they vary.

10               But then you go to "into" category and

11    "out of" category, you see even more variation.

12    That's where you have to explain why.

13               For example, you say the white

14    Democrat, 17.3 percent in CD 1, let's just take

15    whatever your assumption is of location, whatever

16    that is.  So what about into category?  It becomes

17    9 percent.  So what about the out category?  It

18    becomes 22.1 percent.

19               As you see all of these three

20    categories together, you will see a pattern of who

21    is actually the target of this redistricting.

22               If your answer is, okay, only because

23    of location, then how do you explain all of these

24    variations?

25               So, to me, it is so clear that Table 6

3:21-cv-03302-MGL-TJH-RMG    Date Filed 09/02/22    Entry Number 345-2    Page 125 of 250

Baodong Liu , Ph.D.                                        August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 124

1    shows that the black voters become the targets of

2    moved into and moved out.  Why?  Because they are

3    such a small percentage of the core, which, by the

4    way, is a questionable fact, why they are such a

5    small percentage in the core to begin with.

6              But then you look at the into is 37.2

7    percent, a lot of them move into.  Okay, you are

8    using the argument such as Berkeley County to make

9    whole or whatever that is.  But then you look at

10   the outs.  The out group, the out category, they

11   are 22 percent, which is doubled the amount of the

12   core percentage.

13             So you have to explain why the table

14   shows they are the target.  If there is something

15   from Mr. Trende's report that shows exactly how

16   this happens, I would love to read it and get a

17   reaction to it, but there's no such thing at all.

18   It's based on what fits his narrative.

19             Sometimes he uses the principle of

20   keeping the benchmark as much as possible.

21   Sometimes he uses boundary.  Sometimes he uses

22   whatever whole, precinct whole or county whole.

23             Well, if all of these are important,

24   what about race?  Do you move blacks a lot?  Are

25   you cracking them?  Do you explain all of these

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 125

1     based on simply the other factors.  To me, he never

2     did that.  I did.  Because this is a controlled

3     comparison.  Because I cannot make up these

4     numbers.  These are just simply from the real

5     election data and also the enacted plan results.

6     So one has to explain all of these other than what

7     I have provided here.  Without those, I stand by my

8     own conclusion.  It is race that is obviously more

9     important than party.  Because white Democrats and

10    black Democrats are treated differently.  Even

11    white Republicans and black Republicans are treated

12    differently, so --

13            Q.   I'm trying to understand the reasons

14    for that.  Sorry, I didn't mean to cut you off.

15    Did you have more to add?

16            A.   Okay, sure.

17            Q.   Did you have more to add?  Sorry.

18            A.   No, no, no, I just -- I said not only

19    this table but also the chart of Figure 1 shows

20    that picture very clearly in terms of the height of

21    these bars.  It is, to me, the fact.  That's all I

22    want to say.

23            Q.   Okay, thank you.

24                 All right.  I think you said that the

25    only factors you considered here in this chart are

Baodong  Liu , Ph.D.                                August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 126

1    race and politics; is that right?

2            A.   Yes, in order to do controlled

3    comparison between race and party, you put them

4    together against each other and see which one gives

5    you a better answer of why they are shaping up as

6    they are.

7            Q.   So and I think you said earlier you

8    didn't control for traditional districting

9    principles in your report or in this chart; is that

10   correct?

11           A.   Correct.

12           Q.   So you didn't control for core

13   preservation?  Is that correct?

14           A.   There's no way for me to control, no, I

15   didn't.

16           Q.   And you didn't control for contiguity?

17   Is that right?

18           A.   No.

19           Q.   Communities of interest?

20           A.   These are topics I'm very familiar

21   with, but those are not my expertise.  What you

22   mentioned, maybe they violated those principles,

23   but that's not my expertise.

24           Q.   And how about preserving VTDs and

25   avoiding VTD splits; did you control for that here?

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 127

1          A.    Again, I'm not a demographer.  I don't

2     know any geocoding.  So I don't know locations.

3     And, you know, all of those specialties belong to

4     other experts.

5          Q.    Did you control for protecting

6     incumbents?

7          A.    Again, that's -- that's not what this

8     report is about.

9          Q.    The last one, how about communities of

10    interest?

11         A.    I have paid attention to communities of

12    interest, obviously.  Even though I am not an

13    expert to provide qualitative testimony about what

14    kind of community of interest and what interest

15    should be protected legally, historically and so

16    on.

17              But my results speak loud about at

18    least how the black community of interest is not

19    protected in this enacted plan, especially

20    concerning CD 1 and CD 2, so...

21              And I also responded to Mr. Trende's

22    report concerning his argument of community of

23    interest, but I'm not here to provide testimony as

24    an expert on community of interest.

25         Q.    All right.  I have some more questions

Baodong Liu , Ph.D.                                        August 4, 2022

The South Carolina State Conf vs. McMaster/Alexander

                                                    Page 128

1      about this table and your analysis.

2                    Now, you acknowledge that there were

3      voters in these VTDs who did not vote in the 2018

4      primary, correct?

5            A.   Yes.

6            Q.   And do you know -- well, let me do it

7      this way.  Looking at this chart on Table 6, would

8      it be possible to compute the total number of

9      voters in these two primary elections from CD 1?

10           A.   Oh, yeah, you add them up.

11           Q.   And if I told you that number was

12     113,928, would you have any basis to disagree with

13     me?

14           A.   Again, I didn't count myself, but I

15     take your word.

16           Q.   And do you happen to know how many

17     people of voting age are in District 1 in the

18     enacted plan?

19           A.   Well, again, I have seen those, but

20     you're testing my memory.  Of course I cannot give

21     you an exact number.  But these are just what the

22     data lead me to.

23           Q.   Okay.  It's not a memory test.  So if I

24     told you that that number was 570,538, would you

25     have any basis to disagree with that?

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Conf.vs.McMaster/Alexander

Page 129

1          A.    Well, the number maybe is what you just

2     described, but that doesn't take away this table,

3     because this table is based on true elections;

4     they're the voters who actually participated.  And

5     the race and the party are both recorded by public

6     record.

7                So, yep, there are voters who didn't

8     participate, but, in fact, these voters who do

9     participate -- and it's not a presidential

10    election; it's actually a midterm election.  And

11    they show these disparities.  It speaks loud.  The

12    facts speak loud because it shows how different

13    voters are more favored than others in terms of the

14    core.  They are more likely to be in the core, or

15    they are likely to be out, or they are, you know, a

16    newcomer, just bringing into this new district.

17                And it's so clear.  Based on the

18    participants of the 2018 gubernatorial race, not

19    all voters are treated equally, and their race

20    mattered.  And their party does matter, but it's

21    race that matters much more.

22          Q.    Okay, thank you for that.  I'm not

23    trying to dispute your analysis right now.  I'm

24    just trying to understand it.

25                And based on the numbers that I have

Baodong Liu , Ph.D.                                        August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 130

1    run, it looks like the turnout in the 2018

2    gubernatorial primaries was around 19.97 percent.

3            Does that sound about right, or at

4    least plausible, or do you have any basis to

5    disagree with that number?

6            A.    Again, I take your words.  By the way,

7    that's not a very large number for a primary season

8    which is not even in the presidential year, so,

9    yeah, that's just simply a fact.

10           Q.    Do you know how many people voted in

11   Congressional District 1 in the 2020 general

12   election?

13           A.    Again, I don't have a clear memory, I

14   may see that number, but I cannot give you a number

15   on the spot.

16           Q.    And if I told you that that number is

17   427,111, would you have any basis to dispute that

18   as you sit here right now?

19           A.    Again, it's your number.  I take your

20   words.

21           Q.    Okay.  Let me ask you about these

22   percentages in Table 6.  So under each category and

23   each box, you have a total number and you have a

24   percentage.

25           Can you just tell me what the numerator

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 131

1     and denominator are for these percentages?

2              A.    Sure, sure.  You read it horizontally,

3     right?  So they should add up to 100 percent.  So

4     whatever the number is here, say white dems, you

5     just divide that number by the total.

6                   The total, obviously, you add up the

7     whole row.  In this first row, it's the core.

8     That's how we got the percentage.

9              Q.    Okay.  So the 11 -- let's take black

10    Democrats in the core, for example.

11                  11.1 percent, that's the percentage of

12    black Democrats in the core VTDs out of the total

13    population of those VTDs; is that correct?

14             A.    Out of the total that you add up here,

15    meaning in the row, in this first row, you add them

16    up to a total.  And then you use the 10,121 to

17    divide that total, yes.

18             Q.    Okay, got it.  So I'm just trying to

19    confirm, that's the percentage of black voters in

20    the core VTDs?

21             A.    Correct.

22             Q.    It's not the percentage of all black

23    voters in District 1 who are in the core VTDs; am I

24    right about that?

25             A.    Yes.  No.  I mean, you are right.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 132

1              Q.    Okay.

2              A.    I mean, yeah, again, this is based on

3      the participation in the 2018 gubernatorial primary

4      election.  That's all I did, so...

5              Q.    Okay.  So is District 1 a majority

6      white district?

7              A.    Yes.

8              Q.    And would you then expect for white

9      voters to have higher percentages than black voters

10     in these categories?

11             A.    Yes, certainly.  And you even expect

12     that the white Republicans are more than Democrats,

13     right?  So it's, like you said earlier, a

14     Republican district, because traditionally you had

15     Republican winners in this particular district.

16             But there is the subtle nuance, right?

17     That's what my report is all about.

18             So let's just take the white Republican

19     category here in the core.  It's 70.3 percent.

20             So, granted, there are more whites in

21     the district to begin with, but, again, districts

22     are based on how you draw them.

23             Let's just say -- let's just take your

24     assumption.  We'll try to keep the original CD 1.

25     And original CD 1, or benchmark CD 1, has a white

Baodong Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 133

1    majority.  So obviously you will have a lot of

2    white Republicans to be put in this new CD 1 as the

3    core.

4              So 70.3 percent is a very reasonable

5    expectation based on those rationales I just laid

6    out.  However, my Table 6 is not just about one

7    row.  It's about how VTDs are moved into and moved

8    out, not just simply keep in the core.

9              So you go down to "white Republicans

10   into" category, you see declined right there,

11   right?  So meaning the into part.  You don't move a

12   lot of white Republicans into this category.  How

13   so?  Well, 70.3 percent declined to 46.8 percent.

14   That's a lot of drop.

15             So, meaning, we don't want to mess with

16   other districts as far as move into and move out as

17   much as we try to keep the core of white, which is

18   70 percent.  So that's why the Republican category,

19   you see these variations.  But that's not the whole

20   picture yet.

21             What about black Republicans?  Well,

22   black Republicans overall are a low percentage, but

23   the "into" part, you have 7.1.  So more likely you

24   have some more white Republicans go into CD 1,

25   proportionally speaking, right?

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 134

1              So you do the same comparison

2      vertically.  This is exactly what we call control

3      comparison.  You see, wow, when you hold

4      Republicans consistent, whether you're white or

5      black matters.  And you do the same thing for the

6      Democrat side; whether you're white or black

7      matters.

8              Why?  Because the core has a base that

9      does not reveal how their fate will be as far as

10     into and out are concerned.  And it's so clear.

11     The blacks more disproportionally become target of

12     movement, because, in the core, there are only 11.1

13     percent of black Dems and 1.4 percent black Reps.

14     But the into and out category, they are much

15     larger.  It just tripled, and more, even for black

16     Republicans.  So blacks are more likely to be the

17     target of movement.  That's why it's not simply

18     party; it's the race that is more of the reason of

19     these redistricting processes.

20             Q.   The VTDs moved into District 1 weren't

21     in District 1 before; were they?

22             A.   Yes.

23             Q.   They were in District 1, the ones that

24     moved into District 1?

25             A.   Could you repeat your question so that

Baodong Liu , Ph.D.                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 135

1     I understand clearly?

2          Q.    Sure.  You have this category of VTDs

3     moved into District 1, right?

4          A.    Yes, the VTDs that are brand new to CD

5     1, correct.

6          Q.    Where did those VTDs come from?

7          A.    Again, there's no location analysis in

8     this table.

9          Q.    Okay.  Dr. Liu, using your table, is it

10    possible to calculate the total number of black

11    voters moved into District 1 and the total number

12    of black voters move out of District 1?

13         A.    This table alone is about race versus

14    party based on the 2018 gubernatorial election, so

15    you cannot use this table to get that, but my

16    Ansolabehere report, in the next section, do give

17    you the total numbers that you are asking about.

18         Q.    Let me ask -- I think I made my

19    question too complicated.  Let me ask it a simpler

20    way.

21              If I look in the into row, for example,

22    and I add the total number of black Dems and the

23    total number of black Republicans, will that tell

24    me the total number of black voters from the 2018

25    gubernatorial primary that were moved into District

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 136

1    1?

2              A.    Yes --

3              Q.    Okay.

4              A.    -- exactly.

5              Q.    Okay, thank you.

6                    And, similarly, if I did that with the

7    out category, that would tell me the total number

8    of black voters from the 2018 gubernatorial

9    primaries who were moved out of District 1, right?

10             A.    Yes, that's absolutely right.

11             Q.    Okay, great.  And then could I do the

12   same thing with Republicans and Democrats if I add

13   up those --

14             A.    Yeah, yeah.

15             Q.    -- numbers and all of that good stuff.

16                   Okay, thank you.

17             A.    You're welcome.

18                   MR. GORE:  Let's go off the record for

19             just a moment.

20                   (A brief recess was held.)

21   BY MR. GORE:

22             Q.    Dr. Liu, did you talk to your counsel

23   during the break?

24             A.    Nope.

25             Q.    Let's go back to talking about your

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 137

1       expert report.

2                   I would like to move on now to Table 7

3       on Page 18.

4               A.   Okay.

5               Q.   And I have just, I hope, a couple

6       questions on that.

7               A.   Okay.

8               Q.   Did you conduct exactly the same

9       analysis for Table 7 as you did for Table 6?

10              A.   Yes.

11              Q.   So you used -- did you use the same

12      dataset?

13              A.   Yes.

14              Q.   Did you use the same conditions?

15              A.   Yes, everything the same.

16              Q.   Was there anything different about your

17      analysis in Table 7 than the analysis you did in

18      Table 6?

19              A.   You mean the way to do it or the result

20      of it?

21              Q.   I mean the method.

22              A.   The method is the same.  Everything is

23      the same.

24              Q.   So everything you told me about the

25      method for generating Table 6 is also true for the

Baodong Liu , Ph.D.                                     August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 138

1      method for generating Table 7; is that right?

2              A.    Correct.

3              Q.    Okay, thank you for confirming that.

4                    I'm actually trying to slash several

5      pages of my questions and I think you have just

6      helped me with that, so thank you.

7              A.    Thank you.   Sure.

8              Q.    Dr. Liu, your report notes that the

9      Plaintiffs challenged District 1, 2, and 5 in their

10     complaint; is that right?

11             A.    Yes.

12             Q.    Did you conduct this empirical study

13     analysis for District 5?

14             A.    Yes, I did.

15             Q.    And what was the result of that

16     analysis?

17             A.    As I reported in this report, CD 1 and

18     CD 2 showed, clearly, race is a factor.   It has to

19     be explained in terms of how the enacted plan was

20     put together.   However, for CD 5, I didn't find

21     either way, support or not support, across all of

22     these categories.   I don't see huge differences, so

23     I just cannot use CD 5 to draw the same conclusion,

24     because the data is not sufficient to show either

25     way.

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 139

1          Q.   Can you point to me where in your

2     report you said that about CD 5?  I may have missed

3     it if it's in here.

4          A.   I apologize, no, I didn't say that in

5     my report.  I was just saying that my report used

6     the CD 1 and CD 2; however, after I did CD 1 and CD

7     2, using the same method for CD 5, I didn't find

8     anything substantive to report.  So that's why it's

9     not here in this report, yeah.

10          Q.   Okay.  Did you conduct this analysis on

11     any districts in the benchmark plan?

12          A.   The benchmark took place, obviously,

13     before 2018, the gubernatorial election.  That's

14     the election I used.  So, no, it wouldn't even fit.

15          Q.   Did you conduct this analysis on any

16     districts in the Harpootlian plan?

17          A.   No, because the argument is about the

18     enacted plan.

19          Q.   Did you conduct this analysis on any

20     districts in Plaintiff plan 1?

21          A.   No, I didn't.

22          Q.   Did you conduct this analysis on any

23     districts in Plaintiff plan 2?

24          A.   No, I didn't.

25          Q.   Let's move on to the verification

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 140

1     study, which you've mentioned before, with Dr.

2     Ansolabehere.  That's my best attempt.

3          A.   Yes.

4          Q.   Will you explain this analysis briefly?

5          A.   So after I conducted my

6     race-versus-party analysis, I went ahead and did a

7     verification study -- so this is just additional --

8     to see, by using a different method, do I come up

9     with the same conclusion.

10              And the Ansolabehere approach is a

11    relatively recent tool developed by a very esteemed

12    social scientist at Harvard to look at the

13    difference between race and party, or race versus

14    party, from the angle of how the districts are

15    shaped up from potential voters.

16              So the idea is to look at potentially

17    who are the voters from a particular region that

18    this district can be drawn -- drew from -- and then

19    see, if it's a random draw, race is not a factor,

20    then you should have statistical results that are

21    then consistent with that.

22              Or, actually, race is a factor, meaning

23    a particular racial group is more likely to be put

24    in the district, as opposed to others.

25              So it's a standard way of doing science

Baodong Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 141

1    so I figured it was useful in this particular

2    lawsuit and so I went ahead and I did analysis and

3    the results are consistent with what I found; that

4    is, black voters are definitely much less likely to

5    be put in CD 1 than other racial groups, to begin

6    with.

7              And then in terms of the partisan

8    differences, we do control.  I mean, I did control

9    Republicans and Democrats based on the same data I

10   used before.

11             And I found, look, the result also is

12   consistent.  That is, especially black Democrats

13   are less likely to be put in the district from that

14   potential area of draw, of voters, that is what

15   they call envelope.

16             Okay.  So I did the same analysis for

17   CD 2, and the result is also consistent.  And

18   blacks are less likely than whites to be put into

19   CD 2.  And I also run party affiliation, as well,

20   by using the same data.  And, again, it showed the

21   same result.

22             So, overall, this result confirmed that

23   it is the consistent pattern of dispersing blacks

24   into districts -- into different districts -- so

25   that they cannot form a formidable election block

Baodong  Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 142

1      so that their ability to influence election

2      outcomes is diminished.  So that's why I did this

3      analysis as well.

4              Q.    Thank you for all of that explanation.

5              A.    You're welcome.

6              Q.    On Page 19 of your report, under the

7      heading, "A Verification Study of Race Versus

8      Party," the second sentence in the first paragraph

9      says, "This verification study is derived from an

10     approach adopted by Dr. Stephen Ansolabehere."

11             A.    Yes.

12             Q.    How is the method that you used in your

13     verification study different than

14     Dr. Ansolabehere's approach?

15             A.    Thank you for that great question.

16                   Yes, I put the sentence here to show

17     that this is not exactly the original approach he

18     used, because for the North Carolina lawsuits, he

19     used the party registration.  Indeed, he did have

20     party registration data; whereas, in South

21     Carolina, I couldn't find such data.  And that's

22     why we went through the discussion of the 2018

23     gubernatorial election.

24                   But it's the same logic, meaning the

25     envelope, the idea of envelope, as opposed to the

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 143

1    real district drawn, so the envelope idea is from

2    him.  That's why I borrowed his idea.

3         Q.   Okay.  So other than the fact that

4    Dr. Ansolabehere used party registration and you

5    used voter data from an election, are there any

6    differences, other differences, between your method

7    and his approach?

8         A.   That's a good question.  I cannot speak

9    for him completely.  I read his North Carolina

10   report and I don't recall everything he said.

11        Maybe there are some tiny differences,

12   or even major differences, but I don't have any

13   recognition of his point.

14        I learned from his report and I think

15   it's a pretty neat and factually powerful tool

16   based on the rules of social science inferences.

17        So, yeah, again, I don't want to say on

18   record that there's no difference between us at

19   all, but I borrowed his approach and that's the

20   best I can say.

21        Q.   And I think you said that this approach

22   again controls for race and politics; is that

23   right?

24        A.   Race and party.

25        Q.   Okay.  But it doesn't control for any

Baodong Liu , Ph.D.                                    August 4, 2022

The South Carolina State Conf vs. McMaster/Alexander

Page 144

1     other factors; is that right?

2          A.   Yes, my responsibility, especially for

3     this original report, is to distinguish the factor

4     of race versus the factor of party, yes.

5          Q.   And so this doesn't control for

6     traditional districting principles, correct?

7          A.   Yes, even though they are related.  But

8     as I stated earlier, community of interest,

9     obviously, racial interest for black voters, that's

10    part of a broad concept of community of interest.

11              But other than that, compactness, or

12    boundaries and all of those principles, this report

13    doesn't say, doesn't address those.

14          Q.   And it also doesn't address core

15    preservation, right?

16          A.   Well, oh, that's the point I wanted to

17    kind of remind you and the counsels here today,

18    because it is indeed a verification study, right?

19    So it's just, for me, primarily useful for checking

20    what I did in the earlier analysis, whether I can

21    use this for support or confirm what I found.

22              But in terms of the core, I do believe

23    this approach helps us, also understanding how the

24    core is protected, because the idea of envelope is

25    that here you have all of these counties which are

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 145

1      very large, as a whole, collectively speaking, but

2      which counties are finally selected as the main

3      core of new district?

4              I think that approach itself speaks to

5      the question of the principle that the Senate and

6      House mentioned about how to respect the tradition,

7      because, in my view, if the envelope shows a

8      certain racial composition, and yet eventually the

9      district turns out to be very different from the

10     envelope's proportion of voters in terms of race,

11     then one has to ask questions about what tradition

12     are we talking about.  Is it only boundary

13     tradition, or racial?  To me, that's a very

14     important question.  So, again, this report focused

15     on race versus party, so that's not essential to my

16     analysis at all.

17          Q.   And does this analysis control at all

18     for location?

19          A.   No, it didn't, but, again, there's

20     nuance, obviously.  The idea of envelope, it is

21     based on idea of location, meaning all of these

22     counties must be in certain locations to

23     collectively fall in an envelope.

24              So on that part, it has something to do

25     with location, but it's not a location analysis, as

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 146

1    you asked earlier today in this deposition, I

2    didn't do any analysis of whether a particular

3    place is a border versus like center or a coastal

4    area versus the heart of South Carolina.  I never

5    did anything like that for the --

6              Q.   Did you do any analysis of whether VTDs

7    and voters were inside or outside of the benchmark

8    district?

9              A.   No, I didn't.

10             Q.   Now, on Page 19, we're talking about

11    enacted CD 1.  This is in the second paragraph of

12    this section?

13             A.   Yes.

14             Q.   You say, Voters are from six counties

15    of South Carolina, Beaufort, Berkeley, Charleston,

16    Colleton, Dorchester and Jasper.

17                  And those are --

18             A.   And Beaufort.

19             Q.   Yeah, the native South Carolinians keep

20    correcting me.  They tell me it's Beaufort, but I'm

21    trying to learn.  You and I, neither of us has the

22    privilege of being from South Carolina, so I'm

23    comfortable however you want to say it.

24                  So those six counties are the envelope

25    for District 1; is that right?

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 147

1          A.   Yes.

2          Q.   Do you know whether all of those

3     districts could be placed in a single -- all of

4     those counties could be placed in a single district

5     without violating the one-person-one-vote

6     requirement?

7          A.   It must be much bigger than a single

8     district.  And, again, I'm not a demographer, so I

9     don't have the data here to give you an affirmative

10    answer one way or another, but my imagination is

11    that the number of voters in all six must be larger

12    than only one district, if that's the question.

13         Q.   Yes, thank you.

14              And were some of those counties split

15    in the benchmark plan?

16         A.   Yes.

17         Q.   All right, Dr. Liu, I am trying to show

18    you Mr. Trende's rebuttal report.

19         A.   Should I go there?

20         Q.   Yes, please, go to that, if you don't

21    mind.

22         A.   Okay, okay, let me change my screen.

23              Okay, I have it in front of me.

24              (EXHIBIT 4, Rebuttal Report of Sean P.

25              Trende, was marked for identification.)

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 148

1     BY MR. GORE:
2             Q.    It's Tab 10 in your folder.  I have
3     marked it as Exhibit 4 and I would like to go --
4             A.    Are you talking about -- let me see.
5     Okay, okay, yeah, go ahead.
6             Q.    So let's go to page -- oh, I don't
7     know -- 9, maybe.
8             A.    Okay.
9             Q.    I want to look at this Colleton County
10    Precinct's Benchmark Assignments.  There's a map on
11    Page 9.  Can you see that?
12            A.    I have a table on Page 9.  Of his
13    report, right?  Not my report, his report?
14            Q.    His rebuttal report, which is Tab 10.
15            A.    Oh, rebuttal report, I see.  I went to
16    his original report.  Oh, here we go.
17            Q.    Okay.  Okay, Page 10.
18            A.    I've got it now.
19            Q.    Are you on Page 9?
20            A.    Okay, Page 9, yes.
21            Q.    Okay.  And there's a map here that has
22    a title Colleton County Precincts Benchmark
23    Assignments.  Do you see that?
24            A.    Okay, yes, I do, yes.
25            Q.    So Colleton County was split in the

Baodong Liu , Ph.D.                                  August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 149

1    benchmark plan and this map is showing that Edisto

2    Beach and part of the Green Pond precinct down here

3    in purple were in District 1 and the rest of the

4    county was in District 6.

5              Have I accurately described that?

6         A.   I do see it.

7         Q.   Okay.

8         A.   Yes, I do see it, yes.

9         Q.   Under your envelope analysis, Colleton

10   County would be included in the envelope for

11   District 1 and District 6, correct?

12        A.   Yes.

13        Q.   And so the Edisto Beach precinct at one

14   end of the county and the Berea-Smoaks precinct of

15   the other -- that's B-e-r-e-a, hyphen

16   S-m-o-a-k-s -- both of those precincts are in the

17   envelope for District 1 and District 6, correct?

18        A.   Yes.

19        Q.   How would it be possible to include

20   both Edisto Beach and Berea-Smoaks in the same

21   district?

22        A.   How is it possible to -- could you

23   repeat that part?

24        Q.   Sure.

25              Could you draw a district that includes

Baodong Liu , Ph.D.                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 150

1     Edisto Beach and Berea-Smoaks in the same district

2     but not the rest of Colleton County?

3                  MR. CUSICK:  Objection as to form.

4                  THE WITNESS:  I don't even know how to

5            answer that question.  I'm not a mapmaker.

6     BY MR. GORE:

7            Q.   Would it be -- if a map drawer drew a

8     district that included Edisto Beach and

9     Berea-Smoaks but no other precinct in Colleton

10    County, would that district be contiguous?

11                 MR. CUSICK:  Objection to form.

12                 THE WITNESS:  That's not my expertise.

13    BY MR. GORE:

14           Q.   Would a map drawer be required to

15    include other precincts from Colleton County in

16    that district if the map drawer wanted to place

17    Edisto Beach and Berea-Smoaks in the same district?

18                 MR. CUSICK:  Objection as to form.

19                 THE WITNESS:  Again, I'm not here to

20           testify about how a particular map should be

21           drawn in whatever way.  That's beyond my

22           field.

23    BY MR. GORE:

24           Q.   And when you did the envelope analysis,

25    I think you said earlier you didn't consider

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 151

1    contiguity, correct?

2           A.   Again, that's not my specialty and I'm

3    not here to testify for that.

4           Q.   And so you don't have a view one way or

5    the other whether Edisto Beach and Berea-Smoaks

6    could be included in a district consistent with

7    contiguity principles?

8               MR. CUSICK:   Objection as to form.

9               THE WITNESS:   Again, it's not my

10          specialty, so I cannot give you any firm

11          answer one way or the other.

12   BY MR. GORE:

13          Q.   All right.  I think I would like to go

14   back, if I can, to your report.  Bear with me for

15   one second.

16          A.   Yes, I'm here.

17          Q.   Thank you.  Bear with me for one

18   second.

19          A.   Sure.

20          Q.   So Table 8 shows an enacted CD 1 and

21   assignments of voters from the envelope by voting

22   age population; is that right?

23          A.   Yes.

24          Q.   In this far right-hand column, "Percent

25   of the group in envelope assigned to district," can

Baodong Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 152

1    you just tell me what the numerator and the

2    denominator are for those percentages?

3              A.    Yeah, that is very simple.    That's

4    just, for a particular category, what's the

5    percentage in the envelope, obviously denominator

6    and the numerator, obviously the number in the

7    district.    So then you can compare across different

8    categories which one is more in favor to be put in

9    the category, in the district.

10                   Does that explain?

11             Q.    Yeah, do you divide column -- sorry.

12             A.    Go ahead.

13             Q.    Do you divide the second column number

14   by the first column number to get this percentage?

15             A.    Yes, that's correct.

16             Q.    Thank you.

17                   And you have done a similar thing in

18   Table 9 with respect to voters by party primary and

19   also race here, it looks like; is that right?

20             A.    Yes, that's exactly right.

21             Q.    And then Table 10, is it the same

22   analysis for CD 2 as you had for Table 8 in CD 1?

23             A.    Yes.

24             Q.    And, similarly, Table 11, is that the

25   same method as what you had in Table 9 for CD 1?

Baodong Liu , Ph.D.                                   August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 153

1              A.    Yes, the same.

2              Q.    Did you conduct this analysis for

3       District 5?

4              A.    Yes, I did.

5              Q.    And what was the result of that

6       analysis?

7              A.    Yeah, as I stated earlier, the same

8       analysis, different review, the same results, so I

9       cannot draw the same conclusion for CD 5.

10                   There might be some other explanations

11      for why CD 5 violates black voters' equal

12      protection, but not in this analysis.  There's no

13      empirical data that I can rely on for CD 5 in the

14      same category.

15             Q.    Did you conduct this analysis on any

16      district in the Harpootlian plan?

17             A.    No, I didn't.

18             Q.    Did you conduct this analysis on any

19      district in Plaintiff plan 1?

20             A.    No, I didn't.

21             Q.    Did you conduct this analysis on any

22      district in Plaintiff plan 2?

23             A.    No, I didn't.

24             Q.    Bear with me for one second.

25                   Dr. Liu, I would like to go back to

Baodong Liu , Ph.D.                         August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 154

1      your rebuttal report, which I marked as Exhibit 3

2      and I believe sent to you as Tab 3.

3                  Do you have that in front of you?

4            A.    Yeah, I have it in front of me.

5                  MR. GORE:  And if I have done this

6            right, it should be up on the screen.

7                  Can you see that, John, in Exhibit

8            Share?

9                  MR. CUSICK:  I've just been following

10           on a local copy, but I have the document

11           here, yes.

12                 MR. GORE:  Okay, that's fine.  I want

13           to make sure we're all on the same page.

14     BY MR. GORE:

15           Q.    Dr. Liu, why did you prepare a rebuttal

16     report in this case?

17           A.    Yes, just like almost all other cases,

18     our responsibility as an expert witness not only

19     includes our own report, but also how we reacted to

20     the counterpart, the other expert for the other

21     side.

22                 So in this case, after I submitted my

23     report, I was informed by the counsel for the

24     Plaintiffs that they eventually got a report from

25     the other expert and so they sent it to me and

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 155

1    asked whether I have any opinions.  I said, after I

2    read it, I do have an opinion.  And then I would go

3    to record the explanation.

4         Q.   Did you rely on Mr. Trende's report in

5    preparing your rebuttal report?

6         A.   I used his original report to prepare

7    for this rebuttal, yes.

8         Q.   And did you use any of his data?

9         A.   No, I didn't.

10        Q.   And how did you receive Mr. Trende's

11   report?

12        A.   I was sent the report by the counsel.

13        Q.   Is that by Mr. Cusick?

14        A.   Yes.

15        Q.   Did counsel send you any other data or

16   materials for your rebuttal report other than

17   everything else we've talked about earlier?

18        A.   I believe there was some articles.  I

19   don't remember vividly anymore whether at the same

20   time he sent me the report, or it was afterwards,

21   but I believe there are some data and articles sent

22   by Mr. Trende.

23        Q.   Do you recall whether Mr. Trende's

24   opening report mentioned you or your report at all?

25        A.   No, I don't remember if he mentioned my

Baodong Liu , Ph.D.                                    August 4, 2022

The South Carolina State Conf vs. McMaster/Alexander

Page 156

1    name at all.  Even two days ago I received his
2    rebuttal, but it addressed the reports conducted by
3    the other two experts for the Plaintiffs.
4            Q.    Okay.  Let me ask you about Page 2 of
5    your rebuttal report.
6            A.    Okay, I'm here.
7            Q.    There's a numbered list and then
8    there's a paragraph that says, "Despite my concerns
9    about his methodology and the data he relied upon
10   described below, Mr. Trende and I agree that the
11   enacted plan makes District 1 meaningfully more
12   Republican."
13           A.    Uh-huh, yes, yes, I see that.
14           Q.    Do you still agree with Mr. Trende on
15   that point?
16           A.    Yes, certainly Republican candidates
17   would gain more influence to make it -- to run in a
18   more favorable environment, as opposed to
19   Democratic candidates.  That will be the case, in
20   my view, if the enacted plan won, indeed will be
21   the future.
22           Q.    And you also agree with Mr. Trende that
23   the enacted plan reduces the number of split
24   counties compared to the benchmark plan, right?
25           A.    Yes, but not -- not very significant in

Page 157

1    my view.

2            Q.    Do you dispute Mr. Trende's calculation

3    of core retention percentages?

4            A.    No, I don't.

5            Q.    Do you dispute Mr. Trende's conclusion

6    that the enacted plan reduces the number of split

7    precincts?

8            A.    No, I don't.  It's from 12 to 10.

9            Q.    And do you dispute Mr. Trende's

10   conclusion that the enacted plan results in minimal

11   changes to the BVAPs in the districts?

12           A.    Well, I have no opinion on that

13   statement because, who knows, maybe a different

14   plan may have even less change when you can even

15   just keep the original benchmark district.

16               So his assertion of following the

17   principle to restore the same old boundaries, I

18   don't get that logic at all.

19               And I've studied the South.  South

20   Carolina has been a state that constantly is in the

21   front of the civil rights and voting rights

22   battles.

23               So when he made the argument or tried

24   to suggest that simply because this new plan keeps

25   the same old plan, as if it's great, I completely

Baodong Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 158

```
 1    disagree, because even the DOJ has had so many

 2    cases against South Carolina.

 3              So, yeah, I have obviously reservations

 4    about his assertion on that particular aspect.

 5         Q.   So at the bottom of Page 2, you say,

 6    "As shown in Table 1 below, Mr. Trende did not

 7    engage in any racially polarized voting (RPV)

 8    analysis which is essential for any expert witness

 9    responsible for providing empirical evidence

10    concerning the role of race in voting-rights

11    related lawsuits."

12         A.   Yes.

13         Q.   Do you know -- do you know whether

14    Mr. Trende was responsible for providing empirical

15    evidence concerning the role of race in this case?

16         A.   Well, of course he argued in his report

17    that especially by using BVAPs, B-V-A-P, as the

18    reason why this new plan actually doesn't do harm

19    to black voters, you keep the same principle,

20    respect the same principle -- that's his

21    argument -- so, um, obviously he needs to back that

22    up by empirical data, but he never did anything

23    about how voters voted along racial lines or across

24    racial lines, but do they even prefer different

25    candidates.  He hasn't done anything like that at
```

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 159

1    all.  To me, that's not acceptable as an expert

2    witness.

3                And he claimed he's, you know, doing

4    all of the advanced statistical work in his

5    graduate program, but he never did any statistical

6    analysis of race versus party, not to mention RPV.

7                So that's why I wrote that here, and

8    just to bring to light his lack of attention to the

9    real empirical analysis, rather than just

10   justifying what the redistricting committee already

11   said, what the Complaint of the Plaintiff already

12   accused of, and he just simply repeated those same

13   old points, but with no empirical analysis.  To me,

14   that's not vigorous science at all.  That's why I

15   said those words.

16        Q.   Did Mr. Trende opine on the role of

17   race versus politics in his expert report?

18        A.   I don't understand your question.

19   Obviously he talked about, like, Biden's votes,

20   Republican advantage in CD 1, and so on, but what's

21   your exact question?  Can you repeat?

22        Q.   Well, you're saying that he didn't do

23   analysis that would enable him to offer an opinion

24   on whether race or politics explained the enacted

25   plan; I'm asking you whether he actually offered

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 160

1    that opinion.

2         A.   Well, of course, he offered his

3    opinion, and I restated, like "meaningful more

4    Republican" in CD 1; obviously that's a part of the

5    argument.

6              And then he argued -- for example, I

7    stated in this report how the voters are moved

8    around in Charleston and Dorchester.  And his

9    argument is that, look, the original two counties

10   combined will give you this much of black VAP.  And

11   now this much of BVAP is moving around.  And,

12   therefore, so race is not a factor here.  Obviously

13   he has that opinion.

14        Q.   Let me ask you, let's go to Page 4 of

15   your report, and in particular Footnote 3 and you

16   talk about split precincts and split VTDs.

17        A.   Yes.

18        Q.   And you say that VTDs and precincts are

19   different.

20        A.   Yes.

21        Q.   What is the difference

22   between -- what's the difference?

23        A.   Yes, VTDs are census units, so they are

24   from the census.  Political precincts are from

25   particular localities' Election Commission, or

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 161

1    board, whatever.  So precincts are used for

2    election purposes.  So these two are not

3    necessarily exactly the same thing.

4            So when he says precincts, he seems to

5    suggest they are the same as VTDs.  And you have to

6    ask him about whether he differentiated between the

7    two.  So what I want to say here is that actually

8    they can be very different.

9            The ACLU data team worked super hard to

10   try to match the political precincts with VTDs

11   based on a de-aggregation and then aggregation back

12   to VTD.

13           So I don't know whether he's aware of

14   that.  It seems like his report doesn't address

15   those things at all.  It's a little shocking, to be

16   honest.  This is the first expert report I've read

17   in my more than two decades that -- that he didn't

18   address those differences at all.

19           Q.   Do you know whether South Carolina

20   precinct lines are any different than the VTD

21   lines?

22           A.   Again, you have to ask the

23   demographers, but I believe they can be different.

24   But since South Carolina has the election data that

25   are also collected at the precinct level for race

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 162

1     as well, so South Carolina is unique in that way.

2     We usually --

3              Q.    Okay.

4              A.    Yes, okay, yeah.

5              Q.    I understand that.  You've just

6     criticized Mr. Trende --

7              A.    Yeah.

8              Q.    -- for saying that precincts and VTDs

9     are the same thing, but you can't tell me that

10    they're not the same thing in South Carolina.

11              So my question is, do you know that

12    they're the same or different in South Carolina?

13              A.    The ACLU team can answer those

14    questions like that.  I don't want to speak wrongly

15    about this.  But it's the common knowledge that

16    they are two different units.  And they can be the

17    same, but they can be also very different.  So I'm

18    not the expert to give you the exact answer about

19    that.  The ACLU data team provided the data for me.

20    I used their VTD rows that are matched with

21    political precincts.  And they used, I believe,

22    University of Florida's shapefile to do that.  But

23    I'm not an expert to answer that.

24              Q.    Did you do anything to confirm whether

25    precinct lines and VTD lines in South Carolina are

Baodong  Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 163

1    different?

2          A.   No, I don't have a geocoding ability in

3    my computer.  That's not my field.

4          Q.   Okay, thank you.

5               Let's move on now to Pages 5 and 6 of

6    your rebuttal report.  It really starts on Page 4,

7    but Page 5 and 6 -- Page 5 has two tables on it,

8    Table 2 and Table 3.

9          A.   Yes.

10         Q.   And Table 3 shows the -- so Table 2

11    shows which counties are split in the enacted plan

12    and which districts they're split between; is that

13    right?

14         A.   Yes.

15         Q.   And there are ten split counties in the

16    enacted plan, correct?

17         A.   Correct.

18         Q.   And Table 3 shows the racial

19    composition of split counties in the enacted plan;

20    is that right?

21         A.   Yes.

22         Q.   And you point out that 7 of the 10

23    split counties have BVAPs greater than 25.28

24    percent which is the statewide BVAP.  That's at the

25    bottom of Page 5.  Is that right?

Baodong Liu , Ph.D.                                        August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 164

1              A.    Correct.

2              Q.    Are these ten counties the highest BVAP

3       counties in South Carolina?

4              A.    I cannot give you an answer on the spot

5       right here, but some of them are, for sure, because

6       I know, for example, Charleston's the largest city

7       and Richland is a huge county, you know,

8       Greenville, these are great -- great counties --

9       but I don't know, about 10, or about 5; no, I

10      cannot give you that specific answer.

11             Q.    Okay.  And, to be clear, I'm not asking

12      about the total VAP.  I'm asking about the BVAP

13      percentage.

14             Are these the 10 highest BVAP

15      percentage counties in South Carolina?  Do you know

16      one way or the other?

17             A.    No, at this point.  I cannot give you a

18      specific answer.  I may have some ranking that I

19      have in my computer, but I don't know whether these

20      ten are the top.

21             Q.    Dr. Liu, do you know how many counties

22      in South Carolina have a BVAP higher than the

23      statewide BVAP of 25.28 percent?

24             A.    Again, I cannot give you a specific

25      number.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 165

1          Q.    Do you know how many counties in South

2     Carolina have a BVAP below the statewide BVAP of

3     25.28 percent?

4          A.    I cannot give you a specific number

5     right now.

6          Q.    Did you examine whether the county

7     splits in these counties track racial lines?

8          A.    Would you repeat that question, please.

9          Q.    Did you examine whether the county

10    splits track racial lines?

11         A.    Track racial lines?

12         Q.    Yeah, I guess -- I think I know the

13    answer, but did you look at whether the splits of

14    these counties put black voters in one district and

15    white voters in another district?

16         A.    I cannot answer that without a clear

17    understanding of what you are asking.

18              Are you saying that black voters and

19    white voters are in one county that is split but

20    black and white are put in different counties?  I

21    mean, different districts?

22         Q.    Yes.

23         A.    Is that your question?

24         Q.    Yes, yes.

25         A.    Okay, I don't know.  Obviously, for

Baodong  Liu , Ph.D.                                      August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 166

1      example, Richland, there are black voters that are

2      kept in District 2 and white voters are moved into

3      District 6, but I don't know categorically are

4      they, like, separated completely?  I have no idea.

5              Q.    And did you control for any other

6      factors in these counties?

7              A.    You mean in this table --

8              Q.    Yes.

9              A.    -- did I control?

10             Q.    Yes.

11             A.    Obviously in this table I only give you

12     the percentages of black voters as opposed to white

13     voters, so no other factors at all.

14             Q.    And on Page 6, Figure 1, can you

15     explain to me what this is depicting?

16             A.    Yes, so with the argument of keeping

17     the counties whole as a reason for how their

18     enacted plan was produced, I went ahead and

19     analyzed what are these split counties, as opposed

20     to the non-split counties, both statistically and

21     visually.

22                   So I first show you, in the split

23     counties, what's the ratio of black voters versus

24     white voters, and other voters, those three

25     categories here, for the split counties, and then

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 167

1    look at the non-split counties.  So these bars show
2    how the two categories -- one is split, the other
3    is non-split -- the racial compositions.  And then
4    I used a statistical test to see whether, indeed,
5    the two categories, split versus non-split, would
6    make race actually a big factor, and, indeed,
7    that's what I thought.
8         Q.   Dr. Liu, I would like to ask you about
9    Page 7 of your rebuttal report next.
10        A.   Okay.
11        Q.   And you call this the, "Misleading
12   Findings and Conclusions of the Trende Report on
13   the Role of Partisan Gerrymandering."
14        A.   Yes.
15        Q.   Did Mr. Trende use the phrase "partisan
16   gerrymandering" in his report?
17        A.   Again, I don't recall the exact word,
18   but I just quoted earlier that Republican advantage
19   in CD 1.  So clearly he's using the argument that
20   partisan gerrymandering is okay.
21             And for the partisan -- for CD 1 to be
22   constructed in that way, it's okay, because the
23   Supreme Court accepts the partisan gerrymandering
24   practice by state and local governments.
25             So that's how I read.  I don't recall

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 168

1    the exact words of partisan gerrymandering used in

2    his report.  He may or may not have.

3           Q.   So the phrase "partisan gerrymandering"

4    here on Page 7 is your characterization or

5    shorthand of your understanding of Mr. Trende's

6    report; is that right?

7           A.   It is his report's main argument for

8    especially CD 1.  You say it's my interpretation.

9    To me, it's as clear as possible that he's trying

10   to say there is gerrymandering, but it's for the

11   partisan advantage.

12          Q.   I'm just trying to understand where the

13   phrase "party gerrymandering" comes from, because

14   it's not in Mr. Trende's report.  So can you tell

15   me why you used that phrase?

16          A.   I just explained, because especially

17   concerning CD 1, which is contested by the

18   Plaintiffs, he gave all the rationales.

19               And he went to lengths to argue, Look,

20   eventually this will give Republican advantage, but

21   he's defending that.  So that's why I used this

22   term, for him.  It's racial -- it's partisan

23   gerrymandering.

24          Q.   Dr. Liu, in your opinion, does the fact

25   that District 1 becomes meaningfully more

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 169

1      Republican under the enacted plan mean that the

2      enacted plan is a partisan gerrymander?

3                  MR. CUSICK:  Object as to form.

4                  THE WITNESS:  Again, I -- I just

5            explained why I used this term after I read

6            his report, but I did my analysis

7            independently.

8                  It is racial gerrymandering rather than

9            partisan gerrymandering that should be

10           explained for CD 1.  So that's as far as I

11           can go.

12     BY MR. GORE:

13           Q.   I appreciate that explanation.  I'm no

14     longer asking you about Mr. Trende's report.  I'm

15     trying to understand your view.

16           A.   Yes.  My view is it's racial

17     gerrymandering.  It's cracking of black votes in CD

18     1 in coordination with other districts, especially

19     CD 2, and how the new -- even CD 6 is constructed.

20     As a whole, it's cracking.  It's the dilution of

21     black votes and it's to disperse voters who are

22     black into different districts so that white voters

23     would always have tremendous advantage over the

24     black vote.  That's my conclusion.

25           Q.   So do you have an opinion on whether

Baodong  Liu , Ph.D.                         August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 170

1        the enacted plan is a partisan gerrymandering?

2                    MR. CUSICK:  Objection as to form.

3                    THE WITNESS:  Again, I don't see that.

4               I see obviously there is correlation between

5               party and race.  And it's well documented in

6               American literature.  Black voters in the

7               south prefer Democratic party.  White voters

8               in the south prefer Republican party.  But

9               that doesn't take away the fact that race

10              may be more important to explain how these

11              districts are drawn.  It's because of race

12              that we see partisan advantage one way or

13              another.  So the partisan advantage may be a

14              result of the race-driven redistricting

15              process.

16                   So if it's partisan gerrymandering,

17              meaning to make one party more advantageous

18              than other party, one has to show empirical

19              data to prove that.

20                   And the way to prove that is to put

21              race and party together and see which one is

22              more robust in explaining the outcome of a

23              redistricting plan.

24                   To me, the answer is very clear.  It is

25              race that should be more important to be

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 171

```
 1              used as an explanation rather than party.

 2              So I don't think it is due to partisan

 3              gerrymandering that finally we see in the

 4              enacted plan.

 5                     MR. GORE:  Thank you.  At this point I

 6              would like to propose a five-minute break so

 7              I can review my notes real quick and I may

 8              or may not have more questions for Dr. Liu.

 9                     (A brief recess was held.)

10       BY MR. GORE:

11              Q.   Dr. Liu, did you talk to Plaintiff's

12       counsel during the break?

13              A.   No, I didn't.

14                     MR. GORE:  Dr. Liu, I have no further

15              questions for you.

16                     MR. CUSICK:  I think it's safe to say

17              there's none from the election Defendants.

18                     I guess, Andrew, do you have any

19              questions?

20                     MR. MATHIAS:  Yeah, I think just a

21              couple.

22                            EXAMINATION

23       BY MR. MATHIAS:

24              Q.   Dr. Liu, Andrew Mathias.  I represent

25       the individual House Defendants.
```

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 172

1              Thank you for sitting down again.  We

2        met at the last deposition that you provided in

3        this case.

4              A.   Yes, my pleasure.

5              Q.   My pleasure too.

6              Do you have any interaction with the

7        other experts for the Plaintiffs in this case?

8              A.   No.  Actually, it was two days ago when

9        I received all of the exhibits.  Then I read,

10       obviously, Mr. Trende's rebuttal.  Just at that

11       moment, I realized the other two scholars that

12       Mr. Trende's rebuttal addressed, that was the first

13       time I even heard, so I never had any contact with

14       those other experts at all.

15             Q.   Okay.  You had mentioned a -- I think

16       you called it a data team from the ACLU; is that

17       right?

18             A.   Yes, yes.

19             Q.   Is it true that all of the data you

20       used in generating your report came from that data

21       team?

22             A.   Yes.

23             Q.   Do you know what sort of methods they

24       used to gather their data?

25             A.   I asked them to document it.  I think

Baodong  Liu , Ph.D.                                      August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 173

1    they did.  They had like a detailed list of how to

2    de-aggregate and then aggregate, how to match, and

3    each data source, so on and so forth.  So that's

4    pretty detailed.

5              And I know all the sources they

6    mentioned, like Harvard data archives and

7    University of Florida election science data about

8    shapefiles, all of these are established public

9    domain sources, so I trust them very much.  But I

10   never participated in their data processing at all,

11   so I cannot speak for how they did it.

12         Q.   So I would have to ask one of them how

13   they did it if I wanted to ask those questions?

14              MR. CUSICK:  Objection to form.

15              THE WITNESS:  Yeah, yes.  I'm not the

16         person to answer those questions.

17   BY MR. MATHIAS:

18         Q.   And I think you said the name you

19   remembered was Benjamin but couldn't recall his

20   last name?

21         A.   Uh-huh.

22         Q.   Is it just, so the record is clear --

23         A.   Yeah.

24         Q.   Do you recall that last name now?

25         A.   No, it's been a long day and maybe I

Baodong  Liu , Ph.D.

The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

Page 174

1    can go back to my e-mail and say, Wow, yes, here is

2    the last name, but at this point I cannot give it

3    to you.

4          Q.    You said that the data team compiled a

5    document that listed their methods and sources.

6                Did you receive that document from

7    them?

8          A.    Yes, I did.  That's why I attached them

9    as Appendix III, yes, of my report.

10         Q.    Okay.  So that document is an appendix

11   to your report, correct?

12         A.    Yes, yes.

13         Q.    Okay.  How many times do you think you

14   interacted with the ACLU data team, or just

15   Benjamin?

16         A.    I gather probably three, four times

17   that we had a common e-mail thread; by that, I mean

18   between counsel, the data team and me.  We talked

19   about my data need and I answered and stuff like

20   that.

21                And I also believe that we had maybe a

22   couple of Zoom conferences, where I could raise the

23   question about, you know, data processing and stuff

24   like that, and they answered.  So, I don't know,

25   maybe a total of five times.

Baodong  Liu , Ph.D.                                      August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 175

1          Q.   Would it be your assumption that the

2     other experts in this case for the Plaintiff also

3     received data from the ACLU data team?

4               MR. CUSICK:  Objection as to form.

5               THE WITNESS:  I have no idea.

6     BY MR. MATHIAS:

7          Q.   But it could have happened?

8               MR. CUSICK:  Objection as to form.

9               THE WITNESS:  I have no idea.

10    BY MR. MATHIAS:

11         Q.   You have no idea if it happened.  Do

12    you have any idea if it could have happened?

13              MR. CUSICK:  Objection as to form.

14              THE WITNESS:  My data are what I need

15              and the data are in the form I need, like

16              the columns, with all of the variables I

17              need.  I don't know how the other experts

18              work whatsoever.  It was the first time I

19              read the rebuttal to their reports.  I don't

20              even know what they put in their original

21              reports, so not to mention how they analyzed

22              them.  So I don't know what kind of data

23              they used.

24              MR. MATHIAS:  Just one second.

25    BY MR. MATHIAS:

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 176

1          Q.    Do you know the name Sonia Sanchez?

2          A.    I don't recall.

3          Q.    Okay.  And, again, just to confirm, you

4     didn't have any graduate students or TAs or anybody

5     affiliated with your university help you with your

6     report?

7          A.    No, actually, I haven't been in my

8     office for so long.  I've been isolated.  And all

9     of my teaching is online and I have never had an

10    assistant interaction for at least two years, since

11    Covid, so no assistant whatsoever was used.

12         Q.    And you mentioned that you've been

13    involved in the redistricting process for two

14    decades.

15              In your prior work, have you ever

16    gathered data on your own for use in writing a

17    report?

18         A.    Well, I believe I had, you know,

19    downloaded data from some sources -- I don't recall

20    for litigation or not -- but usually, like I said,

21    there is always a data team.  You know, right now

22    I'm working with LDF.  Sometimes I work with other

23    entities; they always have a data team.

24              But I did download data.  I actually

25    did download data for my own research on South

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 177

1      Carolina; I went to their Election Commissions,

2      but, yeah, I mean, usually there is always a data

3      team I work with.

4              Q.   Okay.  And you did not make any effort

5      to go behind their data, so to speak, and check and

6      make sure it was accurate?

7              A.   I verified the sources, like the ACLU

8      said, okay, the Harvard data archive, I did go to

9      their website and look at it, and it's indeed a

10     legit, highly-established and frequently-used

11     source.  Things like that.

12              But I never, like, collect data and

13     then double check on whatever I was given by the

14     data team of ACLU.

15              So, I guess, does that answer your

16     question, hopefully.

17              Q.   Yeah, I think so.

18              So you don't know one way or another

19     whether the data was manipulated prior to your

20     receipt of it?

21              MR. CUSICK:  Objection as to form.

22     BY MR. MATHIAS:

23              Q.   You can answer.

24              A.   No, I don't know.  I mean, whatever

25     data I received is highly and very well documented.

Baodong  Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 178

1    I have no reason to be skeptical one way or

2    another.  The ACLU is a tremendous institution and

3    their data team is widely respected, so I have no

4    skepticism whatsoever of contaminated data.

5            Q.   But the data team chose what data to

6    give you, even if it was just simply straight from

7    another source; is that right?

8            MR. CUSICK:  Objection as to form.

9            THE WITNESS:  Yeah, I don't even

10           understand your -- I mean --

11   BY MR. MATHIAS:

12           Q.   I will ask it a different way.  They

13   gave you data that they, I will say, harvested.

14   You did not tell them what data you needed,

15   correct?

16           MR. CUSICK:  Objection as to form.

17           THE WITNESS:  It is very common, for

18           all of us in this field, for the RPV

19           experts, we need certain data and the ACLU

20           data team certainly is aware of our need.

21           Sometimes when we have some specific

22           question about a particular election or a

23           particular set of demographic variables,

24           like any part-black or, you know,

25           Hispanic-black, questions like that, we do

Baodong Liu , Ph.D.                                   August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 179

1              raise and communicate and clarify, things of

2              that nature.

3                    But my data is just standard form.

4              It's election outcome and racial data.  So

5              all data people know what we need.  So I

6              don't need to instruct them, like, Okay, go

7              ahead and collect this data for me, because

8              they know what they are doing.

9    BY MR. MATHIAS:

10                   Q.   Are you aware that the ACLU calls what

11   you referred to as the data team its analytics

12   team?

13                   MR. CUSICK:  Objection as to form.

14                   THE WITNESS:  I have no idea how

15             internally they work.

16   BY MR. MATHIAS:

17                   Q.   Okay.  Would you believe that the

18   members of the analytics team are highly educated?

19                   MR. CUSICK:  Objection as to form.

20                   THE WITNESS:  I have no way to know, I

21             never communicated with them one way or

22             another, other than what counsel put

23             together in an e-mail or whatever, Zoom.

24                   I never even raised the question about

25             where they are from or how they are educated

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

                                                        Page 180

1              or things of that nature.  I never had a

2              chance to do that.  I mean, it never crossed

3              my mind.

4     BY MR. MATHIAS:

5              Q.   Right.  I'm looking at a Twitter

6     announcement from 2019 and it appears that there

7     were 13 members of the ACLU analytics team.

8                   Do you have any reason to doubt that?

9                   MR. CUSICK:  Objection as to form.

10                  THE WITNESS:  I have no knowledge

11             whatsoever about how their team is composed

12             and sustained and evolved.  I mean, I'm in

13             no position to answer any question about

14             that kind of inquiries.

15    BY MR. MATHIAS:

16             Q.   Can you think of any reason why the

17    ACLU would employ 13 highly educated individuals to

18    simply download and transmit data to you?

19                  MR. CUSICK:  Objection as to form.

20                  THE WITNESS:  I cannot answer that.

21             I -- I don't -- I don't, again, question

22             anything --

23    BY MR. MATHIAS:

24             Q.   Right.

25             A.   -- other than they need to provide me

Baodong Liu , Ph.D.                                August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

                                                   Page 181

1      the documentations about the data I received.  So

2      that's all I've done.

3            Q.   Isn't it more likely that the ACLU

4      employs 13 highly educated members of this

5      analytics team to decide what data you were to view

6      and use in formulation of your report?

7                  MR. CUSICK:  Objection as to form.

8                  THE WITNESS:  I don't know how to

9            respond to that, but, you know, the data

10           they gave to me looks in perfect shape, and

11           they are what we do; I'm an expert witness

12           for RPV, effectiveness analysis and so on.

13     BY MR. MATHIAS:

14           Q.   So in order for me to learn anything

15     about how this data is collected and given to you,

16     I would have to ask the member of the data team, as

17     you call it; is that right?

18                 MR. CUSICK:  Objection as to form.

19                 THE WITNESS:  Again, what you want to

20           know, how do you know, that's beyond me.  So

21           I don't know.  I would answer all I know is

22           what I know of the data team and the

23           relationship I have with them.  So I don't

24           know how to address your question, though.

25     BY MR. MATHIAS:

Baodong  Liu , Ph.D.                                        August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

                                                    Page 182

1            Q.    But the people that gave you the data

2      would presumably know how they gathered the data,

3      right?

4                  MR. CUSICK:   Objection as to form.

5                  THE WITNESS:   And it's already -- it's

6            already well documented and they give me,

7            like, the details of the shapefile, the

8            election file, and which year the data is

9            from, what source.   It's just so clear to

10           me.   So I don't know what else --

11     BY MR. MATHIAS:

12           Q.    And, again, who gave you that document?

13                 MR. CUSICK:   Objection as to form.

14                 THE WITNESS:   I got it from the

15           counsel.   I asked.   I said, look, I need

16           whatever the data I work on, I need

17           documentation of how the data were

18           collected, from what sources, and how they

19           emerged.

20                 And so I got it from the counsel who

21           communicates with the data team.   I never

22           had, you know, direct personal contact with

23           any of the data team members.   So what I do

24           is already in the exhibits and you guys have

25           all seen exactly what I have done.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 183

1    BY MR. MATHIAS:

2         Q.    I think I must have misunderstood you.

3              You said earlier you had roughly five

4    conversations or interactions with members of the

5    data team?

6              MR. CUSICK:  Objection.  Sorry, my

7              apologies.  I messed that up.  Objection as

8              to form.

9              THE WITNESS:  Yeah, I mean, when I say

10             five, I don't mean that I personally had

11             communication with data team members five

12             times, because that was your question, if I

13             understood it correctly.  You asked me how

14             many total times you have communicated with

15             them.  You know, I said sometimes through

16             e-mail, sometimes through, like, Zoom, but

17             that's always under instruction of counsel.

18             I never had a personal communication

19             without counsel involved, never.  But only

20             through them, we communicated.  Maybe five

21             times.  That's what I mean.

22    BY MR. MATHIAS:

23         Q.    Okay.  And the only name you can

24    remember is Benjamin; is that right?

25         A.    Yes.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

                                                    Page 184

 1              MR. MATHIAS:  Okay, thank you.  That's
 2         all I've got.
 3              MR. CUSICK:  We can go off record for a
 4         moment.  I don't think I have many
 5         questions.  If we can just take five and I
 6         will just review my notes real quickly if
 7         that works for you, John and Andrew, and
 8         Dr. Liu.
 9              MR. MATHIAS:  Yep.
10              MR. GORE:  Yep.
11              (A brief recess was held.)
12                        EXAMINATION
13    BY MR. CUSICK:
14         Q.   I should say still --  I think it's
15    good afternoon, Dr. Liu, for you.  I just have a
16    couple of questions based on so far what you have
17    testified to today.
18              Do you recall Mr. Gore's questions at
19    the beginning of the deposition about meetings with
20    your counsel in this case?
21         A.   Yes.
22         Q.   I believe you testified that the
23    meetings were with me; do you recall that?
24         A.   Yes.
25         Q.   Just for the record purposes, did Leah

Baodong  Liu , Ph.D.                                    August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

Page 185

1      Aden attend any of those meetings?

2              A.   Yes, she's always there.

3              Q.   In addition to Ms. Aden and me at LDF,

4      do you work with attorneys at the ACLU on your

5      reports for this congressional case?

6              A.   Sometimes there was -- I believe maybe

7      a couple times I saw lawyers from the ACLU, or one

8      lawyer from ACLU in attendance during our meetings,

9      yes, but I mainly worked -- have worked -- with the

10     two counsels of LDF, Leah and you.

11             Q.   You mentioned so far a single ACLU

12     staff data member.  Do you recall that?

13             A.   Yes.

14             Q.   And did I recall your testimony that it

15     was your understanding that that staff member was

16     working for Plaintiff's attorneys, or on behalf of

17     Plaintiff's attorneys in this case?

18             A.   Yes.

19             Q.   Dr. Liu, in your two decades of

20     experience, is it common for you to rely on data

21     provided by other people involved in the case, for

22     example, Plaintiff's counsel, experts hired by

23     Plaintiffs, or other experts hired by counsel

24     representing the other opposing party?

25             A.   Yes.

Baodong Liu , Ph.D.                                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 186

1           Q.   How frequently?

2           A.   Very frequent, especially when we have

3     a timeline, uh, a very busy schedule, there is

4     always a need of collecting as much data as

5     possible.

6                So I received support from either

7     counsel directly or some other team members, data

8     team, so I would say more than the majority of the

9     times.

10          Q.   Do you recall Mr. Mathias' questions

11    about whether you requested data for this case?

12          A.   Yes, I do.

13          Q.   And for the data that you relied upon,

14    was it the same type of data that you regularly use

15    in applying the methods that you used in this case

16    and others?

17          A.   Yes.

18          Q.   Is it the same type of data that's

19    typically used by you or other experts in your

20    field?

21          A.   Yes.

22          Q.   While you may have not confirmed all

23    the data you were provided, you don't regularly

24    confirm the data that you always rely upon in other

25    cases?

Baodong  Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 187

1          A.   Of course, as far as the sources, I
2     tried my best to verify the sources, but I
3     personally don't verify every row of a data sheet
4     and especially I'm working -- if I was working with
5     a reputable organization such as the ACLU.
6          Q.   You don't confirm census data, for
7     example, if you relied on it?
8          A.   No.
9          Q.   And you don't confirm data posted by a
10    state agency as another example?
11         A.   Yeah, all of those data are public
12    domain such as the South Carolina Election
13    Commission data, they are there and downloadable,
14    and so I never went to the source and double
15    checked the data downloaded by, say, the data team
16    of the ACLU from the same source.  So, no, I don't
17    confirm in that way.
18         Q.   Dr. Liu, you've been qualified as an
19    expert multiple times by federal courts?
20         A.   Yes.
21         Q.   And the methods you have used have been
22    relied upon by courts multiple times?
23         A.   Yes.
24         Q.   Have you been provided any report or
25    materials in this case criticizing the underlying

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 188

1    data you relied opinion for your expert reports?

2            A.    No.

3            Q.    Dr. Liu, do you recall Mr. Gore asking

4    you a question along the lines of what type of

5    districts are Plaintiffs seeking during the

6    discussion about your effectiveness analysis?

7            A.    Yes.

8            Q.    Do you understand that right now the

9    case is in the liability stage?

10           A.    Could you repeat that question?

11           Q.    Do you understand that right now the

12   case is currently in the liability stage and that

13   it has not been -- has not gone to trial?

14           A.    Right, correct, I do.

15           Q.    And do I recall that you testified

16   you've been involved in the remedial phase of a

17   case, or cases?

18           A.    Yes.

19           Q.    In this case, you may have a view about

20   how a remedial redrawn district or districts would

21   function for black voters, but you have not been

22   asked to do that yet, correct?

23           A.    Correct.

24                 MR. CUSICK:   Those are the questions I

25           have at this time.

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 189

1              MR. GORE:  So thanks, John.

2         I don't think I have any more

3    questions, but unfortunately I do need to

4    put something on the record.

5         I'm going to send you an e-mail shortly

6    because we have not received several of the

7    documents and materials that Dr. Liu

8    testified he relied upon in forming his

9    opinions and that he testified he received

10   from counsel.  Those documents and materials

11   should have been turned over at the time of

12   his report, and, at a minimum, in response

13   to a subpoena.

14        We got some documents from you

15   yesterday in response to the subpoena but I

16   have gone through those and they don't

17   include several of the items that Dr. Liu

18   said that he relied upon and that he

19   received either from you or from the ACLU

20   data team, so I'm putting that on the record

21   just as part of a reservation of rights to

22   reopen this deposition, or hold it open for

23   now, should we need to ask Dr. Liu any more

24   questions about the undisclosed documents or

25   data in this case.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 190

1          MR. CUSICK:  What are those materials

2      and documents, for the record?

3          MR. GORE:  Certainly.  I will tell you

4      the ones I have on my list.

5          He testified that there was a

6      spreadsheet or list of congressional

7      elections in South Carolina, which included

8      information about candidates and links to

9      Ballotpedia information.

10          He also testified that he used a VTD

11      dataset provided by the ACLU data team to

12      generate Tables 5, 6 and 7 in his report.

13          He testified about 2018 gubernatorial

14      primary election data, which I understood

15      was reconstituted by the ACLU team.  In any

16      event, we don't have any 2018 gubernatorial

17      primary election data from you in this case.

18          And, finally, communications from

19      counsel transmitting Mr. Trende's reports;

20      Dr. Liu said he relied on Mr. Trende's

21      report in formulating his rebuttal report.

22          You may recall that you-all leaned on

23      us pretty heavily to produce back to you

24      reports from your experts that Mr. Trende

25      said he had relied upon, so we're going to

Baodong Liu , Ph.D.                               August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 191

1           insist on the same thing, including the

2           transmission e-mails which are

3           communications from counsel related to

4           Mr. Trende's report.

5                   MR. CUSICK:  That's helpful.

6                   And just so the record --

7                   MR. GORE:  And --

8                   MR. CUSICK:  Sorry, go ahead, John.

9                   MR. GORE:  Let me just complete for the

10          record, those are the ones that I know about

11          that were testified to today.  I don't know

12          what else is out there.

13                  And so we are, as part of this ask,

14          going to ask you to double check and give us

15          a complete production with respect to

16          Dr. Liu.

17                  MR. CUSICK:  That's helpful.

18                  Just a few clarification points.

19                  The Excel spreadsheet that Dr. Liu

20          referenced was provided to you.  The one

21          that he might have been referencing was a

22          document of the same data that I included

23          attorney work product on it.  And so I'm

24          happy to talk about that more.

25                  I know you received the documents

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 192

1      yesterday, but I'm going to pull up the

2      Bates stamp just for the two -- the Trende

3      reports that were transmitted.  It's at

4      Bates stamp number South Carolina NAACP CD

5      015419.  And I'm happy --

6           And, you know, just for the record

7      purposes, we oppose keeping this deposition

8      open but happy to speak with you afterwards

9      to figure out if there's anything that

10     you're still seeking.

11          MR. GORE:  Your opposition is noted.

12          The Bates number you just gave me,

13     what's that document?

14          MR. CUSICK:  This is an e-mail that

15     transmitted the Trende report that was

16     signed, and Mr. Trende's CV.  It's ending in

17     015419.

18          And the Excel spreadsheet, I should

19     clarify, was the same one that was produced.

20     I think it might be titled Master Candidate

21     List.

22          That was a production via the -- via

23     the Senate in this case through -- and I

24     believe it's Breeden John and John Ruth who

25     put that data together.  And I'm happy to

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 193

1          get back to you on the other ones or

2          anything else, just for the record.

3               MR. GORE:  Okay.  So I would just note

4          that I've identified a couple of other

5          documents that you apparently haven't

6          produced, or at least don't have Bates

7          numbers for me right now.

8               Are you telling me that the spreadsheet

9          of congressional elections is something that

10         we produced that Dr. Liu relied upon?

11              MR. CUSICK:  Yes, it's the same

12         underlying data.  And I'm happy to follow up

13         with you afterwards.

14              It's the Excel spreadsheet that was

15         provided yesterday, not Bates stamped.  It

16         was attached as part of the zip folder file.

17              MR. GORE:  Okay.  Well, you sent us a

18         lot of Excel spreadsheets and I didn't see

19         any one that would qualify as having that

20         data in it.

21              And there obviously wasn't any 2018

22         gubernatorial primary election data, or the

23         VTD dataset that he says he used for his

24         tables.

25              MR. CUSICK:  We'll be sure to double

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 194

1        check and we'll touch base.

2              MR. GORE:  Thank you.

3              If you could help us navigate through

4        this, we would appreciate it.

5              MR. CUSICK:  Yes.

6              MR. GORE:  That's all I have.

7              MR. CUSICK:  Same here.

8              THE COURT REPORTER:  How about orders?

9        Mr. Cusick, did you want a rough draft?

10             MR. CUSICK:  Yes, if you don't mind,

11       electronic is fine.

12             And do you have any sense if that might

13       be -- a chance on getting that expedited?

14             THE COURT REPORTER:  Yeah, do you want

15       the rough draft expedited or the final

16       expedited?

17             MR. CUSICK:  Definitely the rough

18       draft.  Can I get back to you on the

19       official, whether we need it expedited?

20             THE COURT REPORTER:  Sure.  I will have

21       the rough draft tonight.  Our normal final

22       is two weeks.

23             MR. CUSICK:  Yeah, that's fine.

24             We'll take the rough tonight and

25       appreciate that.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 195

1              THE COURT REPORTER:  Sure, and how

2         about you, Mr. Gore?

3              MR. GORE:  I'll take the same order as

4         Mr. Cusick.

5              THE COURT REPORTER:  Rough and normal

6         on the final?

7              MR. GORE:  Yes, and electronic is fine

8         on the final.

9              THE COURT REPORTER:  Mr. Mathias, how

10         about you?

11              MR. MATHIAS:  Same order if I'm able to

12         tell you tomorrow whether or not I want it

13         expedited.  Is that okay?  If not, I can

14         order it now.

15              THE COURT REPORTER:  Sure, if you can

16         just get back to me as soon as possible,

17         that would be great.

18              MR. MATHIAS:  I will let you know

19         tomorrow one way or the other.

20              (The witness, after having been advised

21         of his right to read and sign this

22         transcript, does not waive that right.)

23              (The deposition was concluded at 6:22

24         p.m.)

25

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 196

1                  CERTIFICATE OF REPORTER

2

3          I, Susan M. Valsecchi, Registered

4     Professional Reporter and Notary Public for

5     the State of South Carolina at Large, do

6     hereby certify that the foregoing transcript

7     is a true, accurate, and complete record.

8          I further certify that I am neither

9     related to nor counsel for any party to the

10    cause pending or interested in the events

11    thereof.

12          Witness my hand, I have hereunto

13    affixed my official seal this 7th day of

14    August, 2022 at Columbia, Richland County,

15    South Carolina.

16

17

18

19

20

21

22    _____

      Susan M. Valsecchi, RPR, CRR

23    My Commission expires

      December 4, 2024

24

25

Page 197

1                          I N D E X

2

3                                        Page         Line

4

5       BAODONG LIU, PH.D.                4            18

6       EXAMINATION                       4            20

7       BY MR. GORE

8       EXAMINATION                      171           22

9       BY MR. MATHIAS

10      EXAMINATION                      184           12

11      BY MR. CUSICK

12      CERTIFICATE OF REPORTER          196           1

13

14

15

16

17                        E X H I B I T S

18

19                                       Page         Line

20      EXHIBIT 1, Senate Defendants      14           12

21      Amended Notice of Taking

22      Deposition Of

23      Baodong Liu, Ph.D.

24      EXHIBIT 2, Expert Report of       24           1

25      Baodong Liu, Ph.D.

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 198

1        EXHIBIT 3, Rebuttal Report of      32        8

2        Baodong Liu, Ph.D. dated May

3        2, 2022; re Congressional Map

4        EXHIBIT 4, Rebuttal Report of      147       24

5        Sean P. Trende

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 199

1    John S. Cusick

2    jcusick@naacpldf.org

3                         August 8, 2022

4    RE: South Carolina State Conference Of The NAACP And Scott,

        Taiwan v. Mcmaster, Henry, Et Al.

5        8/4/2022, Baodong  Liu , Ph.D. (#5340037)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-southeast@veritext.com.

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 200

1    South Carolina State Conference Of The NAACP And Scott, Taiwan

     v. Mcmaster, Henry, Et Al.

2    Baodong  Liu , Ph.D. (#5340037)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____      _____

24   Baodong  Liu , Ph.D.                        Date

25

Baodong  Liu , Ph.D.                                      August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 201

1    South Carolina State Conference Of The NAACP And Scott, Taiwan

     v. Mcmaster, Henry, Et Al.

2    Baodong  Liu , Ph.D. (#5340037)

3                   ACKNOWLEDGEMENT OF DEPONENT

4        I, Baodong  Liu , Ph.D., do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    Baodong  Liu , Ph.D.                      Date

13    *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20____.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

Baodong Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

**[& - 21]**

Page 1

**&**

**&**   2:3,21

**0**

**015419**   192:5,17
**03302**   1:7

**1**

**1**   14:4,8,9,12
15:6,7,8 40:2,14
40:14,21,23
41:10,10,20 47:7
51:20 60:15,19
61:23 66:13
69:22 71:1,3
72:5,6,17,18,25
73:16 75:1,18
76:16 79:18
83:16,21 84:1,10
84:12,14,20,23
84:25 85:5,9
87:2,19 91:22
92:2,7,9,9 93:10
93:16,18 98:10
115:7,12,18,24
115:24,25 116:3
116:4,6,7,9,10
116:11,17
117:21 119:23
121:19 123:2,3
123:14 125:19
127:20 128:9,17
130:11 131:23
132:5,24,25,25
133:2,24 134:20
134:21,23,24
135:3,5,11,12
136:1,9 138:9,17
139:6,6,20 141:5

146:11,25 149:3
149:11,17
151:20 152:22
152:25 153:19
156:11 158:6
159:20 160:4
166:14 167:19
167:21 168:8,17
168:25 169:10
169:18 197:12
197:20,24
**1.4**   134:13
**1.7**   68:5
**10**   55:24 148:2
148:14,17
152:21 157:8
163:22 164:9,14
**10,121**   131:16
**100**   68:14 74:12
131:3
**10006**   2:6
**101**   97:18
**104**   2:11
**11**   58:4 68:1
131:9 152:24
**11.1**   122:23
131:11 134:12
**113,928**   128:12
**12**   157:8 197:10
197:20
**1221**   2:23
**12:21**   1:18
**13**   69:13,18
180:7,17 181:4
**14**   91:14 96:13
197:20
**147**   198:4

**16**   100:6
**17.3**   122:22
123:14
**171**   197:8
**18**   137:3 197:5
**1800**   2:23
**184**   197:10
**19**   142:6 146:10
**19.97**   130:2
**19.99**   52:17
**196**   197:12
**19729**   196:21
**1990s**   30:15
**1999**   28:11

**2**

**2**   23:20,24 24:1
25:22 26:8,9,14
26:19 29:1 32:9
32:15 37:24,24
38:24 42:12
43:22 48:24
49:25 51:13
65:15 69:23
71:3 83:11,11,20
83:25 84:10
91:4 93:16
98:10 127:20
138:9,18 139:6,7
139:23 141:17
141:19 152:22
153:22 156:4
158:5 163:8,10
166:2 169:19
197:24 198:3
**20**   40:16 197:6
201:15

**2000**   30:15
**20001**   2:17
**2008**   89:6
**2012**   59:11
**2014**   44:1 52:15
54:13 55:2
**2018**   25:1 99:9
100:23 103:1,13
104:10 108:5,5
108:14 110:23
111:14 112:22
128:3 129:18
130:1 132:3
135:14,24 136:8
139:13 142:22
190:13,16
193:21
**2019**   180:6
**202**   2:17
**2020**   51:20 56:23
68:1 76:20 77:3
77:8,17,21 89:6
92:20 104:23
105:4,11 107:5
108:5,15,20
109:22,24
110:25 111:1,6
111:25 130:11
**2022**   1:16 32:9
32:15 196:14
198:3 199:3
**2024**   196:23
**21**   73:16,18,19
73:24 74:11
75:23 82:11
83:15 84:10,13
85:6 87:19

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[212 - 95]**                                                     Page 2

**212**   2:6
**22**   83:12 84:9
  124:11 197:8
**22.1**   123:18
**24**   197:24 198:4
**24.22**   51:24
**25**   94:18
**25.28**   68:2 120:6
  163:23 164:23
  165:3
**26**   24:22 25:5
**2700**   1:19
**282-1195**   2:12
**29**   74:3,7,7 75:2
  80:19
**29201**   2:23
**29601**   2:11

**3**

**3**   32:3,4,8,14
  49:8 55:23
  56:18 85:15
  94:16,18,21,22
  94:23 95:5,6,15
  95:20,23 96:1
  154:1,2 160:15
  163:8,10,18
  198:1
**30**   10:8,9 31:17
  40:17 199:17
**300**   13:3
**32**   198:1
**33.74**   52:18
**34**   84:8,12 85:4
**35**   83:21
**37.2**   124:6
**3:21**   1:7

**4**

**4**   1:16 38:2,5,8
  38:24 62:6
  69:12,18,19
  79:10,24 94:23
  95:4,7,7,9,10,13
  95:14,18,19,21
  95:21,23 96:1,2
  147:24 148:3
  160:14 163:6
  196:23 197:5,6
  198:4
**40**   2:5
**40s**   45:3
**4231**   1:19
**427,111**   130:17
**43**   44:23
**43.28**   44:7,19
**44**   62:20,22 63:2
  63:9,10 64:4,8
  64:19,25
**46.8**   133:13
**47**   61:21,22
  62:15,17 63:1,8
  63:10,24 64:3,7
  64:18,20,24
  84:18 85:4,14
**49.9**   40:2

**5**

**5**   11:8 69:17
  84:8,19,22,25
  85:4,8 87:2
  91:14 93:16
  94:10,24 95:15
  95:21,24 96:2
  98:3 100:10
  138:9,13,20,23

139:2,7 153:3,9
  153:11,13 163:5
  163:7,7,25 164:9
  190:12
**50**   39:3,6,7,14,22
  40:2,13,14,21,22
  41:20 42:16
  43:15 60:15,19
  61:23 62:2
  63:16 64:3
  66:10,13 70:25
  72:6,11,16 73:12
  73:21,25 74:8
  75:22 82:12
  83:21 84:13,19
  85:6,14 87:19
**51**   2:16
**5340037**   199:5
  200:2 201:2
**570,538**   128:24
**5th**   2:5

**6**

**6**   11:9 44:1 46:4
  46:6 48:11,13,16
  48:18 52:15
  53:7,8,20 54:14
  55:3 70:18 92:7
  92:9 93:14,15,16
  98:9,18,19 99:24
  100:1,6 102:11
  102:20 107:7,13
  107:19 109:11
  112:24 113:6,10
  115:8 116:19
  119:11 121:1,16
  121:21,23
  123:25 128:7

130:22 133:6
  137:9,18,25
  149:4,11,17
  163:5,7 166:3,14
  169:19 190:12
**64**   70:19
**68**   70:19

**7**

**7**   47:7 98:10
  119:2 137:2,9,17
  138:1 163:22
  167:9 168:4
  190:12
**7.1.**   133:23
**70**   40:17 133:18
**70.3**   132:19
  133:4,13
**753-3241**   2:24
**7th**   196:13

**8**

**8**   15:4 43:22
  48:25 151:20
  152:22 198:1
  199:3
**8/4/2022**   199:5
**80**   40:16
**803**   2:24
**864**   2:12
**879-3930**   2:17

**9**

**9**   49:8 123:17
  148:7,11,12,19
  148:20 152:18
  152:25
**900**   2:11
**95**   31:21

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

| | | | |
|---|---|---|---|
| **965-7715** 2:6 | 161:9 162:13,19 | 168:11,20 | **agreement** 13:6 |
| **99** 31:6 | 172:16 174:14 | 169:23 170:12 | **ahead** 6:17 |
| **a** | 175:3 177:7,14 | 170:13 | 35:20 53:3 |
| **ability** 142:1 | 178:2,19 179:10 | **advantageous** | 86:15 140:6 |
| 163:2 | 180:7,17 181:3 | 170:17 | 141:2 148:5 |
| **able** 6:3,6 | 185:4,7,8,11 | **advised** 195:20 | 152:12 166:18 |
| 105:20 195:11 | 187:5,16 189:19 | **affiliated** 176:5 | 179:7 191:8 |
| **absolute** 60:20 | 190:11,15 | **affiliation** | **al** 1:4,9 199:4 |
| **absolutely** 45:1 | **actual** 98:23 | 103:24 104:2 | 200:1 201:1 |
| 74:1 97:17 99:1 | **add** 37:13,21 | 105:12 106:10 | **alabama** 12:16 |
| 117:12 136:10 | 53:4 122:6,10 | 106:14 141:19 | 12:18 25:21 |
| **academic** 13:21 | 123:5 125:15,17 | **affirmative** | 26:3 |
| 31:2,19 43:14 | 128:10 131:3,6 | 147:9 | **alexander** 1:9 |
| 108:2,4 | 131:14,15 | **affixed** 196:13 | 5:3 |
| **accept** 42:2 | 135:22 136:12 | **african** 27:4 | **allotted** 199:20 |
| **acceptable** 67:22 | **addition** 37:18 | 40:22 | **allows** 66:19 |
| 159:1 | 93:22 111:7 | **afternoon** 4:22 | **amathias** 2:12 |
| **accepted** 53:12 | 185:3 | 4:24 184:15 | **amended** 14:12 |
| **accepts** 43:15 | **additional** 140:7 | **age** 59:2 68:3 | 14:21,23 197:21 |
| 167:23 | **additions** 201:6 | 100:20 128:17 | **america** 68:23 |
| **access** 47:18 | **address** 66:16 | 151:22 | 76:4 |
| **accommodate** | 75:9 144:13,14 | **agency** 187:10 | **american** 27:5 |
| 7:2 | 161:14,18 | **aggregate** 82:6 | 29:10 68:13 |
| **accuracy** 107:2 | 181:24 | 173:2,2 | 69:5 170:6 |
| 108:9 199:9 | **addressed** 156:2 | **aggregated** | **americans** 29:16 |
| **accurate** 177:6 | 172:12 | 81:24 100:24 | 40:22 |
| 196:7 | **aden** 2:4 185:1,3 | **aggregation** | **amount** 75:21 |
| **accurately** 149:5 | **adjacent** 115:14 | 161:11,11 | 78:3 124:11 |
| **accused** 159:12 | **administer** 4:8 | **ago** 8:2 10:18 | **analyses** 36:17 |
| **acknowledge** 4:2 | **administered** | 11:18 156:1 | 36:19 57:3 58:3 |
| 4:6 128:2 | 4:7 | 172:8 | 69:14 |
| **acknowledge...** | **adopted** 142:10 | **agree** 4:9 42:11 | **analysis** 16:15 |
| 201:3 | **adopting** 41:20 | 42:22 43:10 | 20:5 21:6,22 |
| **acknowledgm...** | **advanced** 30:1 | 52:6,6 71:18 | 23:11 26:20 |
| 199:12 | 159:4 | 86:6,10,12 89:12 | 33:20 37:6,16 |
| **aclu** 18:3 92:18 | **advantage** 109:4 | 156:10,14,22 | 38:13,21 40:25 |
| 100:12 101:8 | 110:7,9,10 | **agreed** 86:7 | 41:4,13,21 42:3 |
| | 159:20 167:18 | | 46:9,13,16 48:10 |

Baodong  Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

**[analysis - argument]**

Page 4

49:15 54:18,20
56:6 58:13,14,21
59:13,15,23
60:22,23 62:7,12
63:1,6 64:17
65:24 66:6,19
67:11,15,16
76:19 77:9 78:3
78:6 80:2 81:9
81:16 82:2,6,7
87:18 89:23
90:8,25 96:20
97:10 100:8
103:12,18,19
105:24 106:8
107:4,17 108:11
109:1 110:22
121:24,24 122:7
128:1 129:23
135:7 137:9,17
137:17 138:13
138:16 139:10
139:15,19,22
140:4,6 141:2,16
142:3 144:20
145:16,17,25
146:2,6 149:9
150:24 152:22
153:2,6,8,12,15
153:18,21 158:8
159:6,9,13,23
169:6 181:12
188:6
**analyst**   33:12
**analytics**   179:11
179:18 180:7
181:5

**analyze**   17:3
34:10 56:8 73:5
89:24 90:16
110:14
**analyzed**   17:4
19:4 21:4 35:9
38:8 56:2 63:10
72:13 83:5
166:19 175:21
**analyzing**   61:17
**andrew**   2:10
171:18,24 184:7
**angle**   140:14
**angstrom**   28:20
28:21,21 29:3
**angstrom's**
30:13
**announcement**
180:6
**ansolabehere**
114:9 135:16
140:2,10 142:10
143:4
**ansolabehere's**
142:14
**answer**   6:17,17
6:23 7:4 21:10
27:7 35:14,17
43:20 45:1 63:4
69:6 74:1 76:13
82:25 85:13,22
86:3,14,16 87:7
87:14 88:21
89:20 100:12,25
101:15 104:6
109:20,25
110:18 111:20
114:6,22,24

116:13,21 117:4
117:10 118:24
120:2 123:22
126:5 147:10
150:5 151:11
162:13,18,23
164:4,10,18
165:13,16
170:24 173:16
177:15,23
180:13,20
181:21
**answered**
174:19,24
**answers**   5:24 6:4
85:21
**anybody**   52:12
176:4
**anymore**   25:6
27:4 40:7 50:22
75:8 108:23
117:8 155:19
**anyway**   21:4
63:14 104:17
**apart**   118:6
**apologies**   183:7
**apologize**   139:4
**apparently**
193:5
**appeal**   89:13
**appearances**   2:1
**appeared**   25:20
95:21
**appearing**   1:15
1:24 2:5,10,16
2:22 5:8,13
**appears**   180:6

**appended**   201:7
**appendices**
24:13
**appendix**   12:20
18:7 24:15
25:13,14 92:19
100:14 174:9,10
**applicable**   199:8
**applying**   186:15
**appreciate**
169:13 194:4,25
**approach**   42:4
55:13 118:18
140:10 142:10
142:14,17 143:7
143:19,21
144:23 145:4
**appropriate**
58:11 109:23
111:15
**archive**   177:8
**archives**   173:6
**area**   29:24 112:8
115:17 116:17
116:18 141:14
146:4
**areas**   29:7
117:22
**argue**   109:2
122:1 168:19
**argued**   112:5
158:16 160:6
**argument**   68:23
122:15 124:8
127:22 139:17
157:23 158:21
160:5,9 166:16
167:19 168:7

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[arguments - based]**                                            Page 5

**arguments**  26:15
**arkansas**  12:16
  26:1
**article**  13:23
  43:15
**articles**  15:14,19
  15:20,24 30:2,23
  155:18,21
**asian**  29:16
**asked**  16:6 19:19
  23:16 30:13,16
  35:16 80:18
  82:10 101:23
  146:1 155:1
  172:25 182:15
  183:13 188:22
**asking**  13:21
  21:12 33:18
  67:6,14 68:11
  69:7 85:21
  114:5 119:6,7
  121:16 135:17
  159:25 164:11
  164:12 165:17
  169:14 188:3
**asks**  15:13
**aspect**  158:4
**assertion**  157:16
  158:4
**assessing**  55:10
**assigned**  151:25
**assignments**
  148:10,23
  151:21
**assistant**  30:14
  30:16 176:10,11
**assisted**  13:11

**assume**  6:24
  75:11,18 79:16
  105:13
**assumed**  79:17
**assumption**  34:8
  34:11 36:4
  47:21 75:20
  76:15,17 77:20
  84:6 118:21
  123:15 132:24
  175:1
**assumptions**
  18:21 19:1,7
  34:13 36:2
**attached**  12:20
  174:8 193:16
  199:11
**attempt**  78:3
  140:2
**attend**  185:1
**attendance**
  185:8
**attention**  41:6
  86:21 90:14
  103:3 104:15
  127:11 159:8
**attorney**  191:23
  199:13
**attorneys**  2:2,8
  2:14,20 4:1
  185:4,16,17
**audio**  121:9
**august**  1:16
  196:14 199:3
**authority**  42:14
**available**  80:23
  101:20 199:6

**ave**  2:16
**average**  9:16
  61:13,14,15,19
  61:21,25 62:1,3
  62:16,22 66:7
  70:10,15,18 71:1
  71:20 72:11
  73:12,21,25
  78:11,11,18,20
  79:15,18 82:12
  83:18 84:17
  85:4,6,15 87:20
**averages**  62:2
  73:7
**avoiding**  126:25
**aware**  8:21
  41:19 42:19
  44:13,17,21
  161:13 178:20
  179:10

**b**

**b**  16:6 25:5
  149:15 158:17
  197:17
**bachelor**  28:13
**back**  8:12,15
  9:20 10:21
  13:18 18:17
  19:23 20:25
  22:14 30:15
  32:19 37:22
  45:13,19 55:5,7
  72:22 75:13
  76:7 87:18
  88:16 100:24
  106:8 136:25
  151:14 153:25

**158**:21 161:11
  174:1 190:23
  193:1 194:18
  195:16
**background**
  10:23 20:20
  28:8 68:1
**backgrounds**
  19:25
**ballotpedia**
  15:22 20:13
  190:9
**baodong**  1:14
  4:18 7:11 14:14
  24:1,7 32:8,15
  197:5,23,25
  198:2 199:5
  200:2,24 201:2,4
  201:12
**barrier**  53:25
**bars**  125:21
  167:1
**base**  78:14 134:8
  194:1
**based**  38:9 41:1
  58:15 59:9
  61:19 68:4,17
  75:10 82:5 87:1
  91:17 112:17,21
  114:20 117:11
  119:2 124:18
  125:1 129:3,17
  129:25 132:2,22
  133:5 135:14
  141:9 143:16
  145:21 161:11
  184:16

Baodong Liu , Ph.D.                                       August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[baseline - black]**                                               Page 6

**baseline** 69:2
103:23
**basic** 117:16
**basically** 9:1
16:13 114:21
**basis** 32:24
128:12,25 130:4
130:17
**bates** 192:2,4,12
193:6,15
**battery** 114:16
**battles** 157:22
**beach** 149:2,13
149:20 150:1,8
150:17 151:5
**bear** 14:1 151:14
151:17 153:24
**beaufort** 117:24
146:15,18,20
**becoming** 11:22
88:16
**beginning** 12:1
184:19
**behalf** 27:14,22
185:16
**behavior** 29:21
**belief** 68:12 69:7
110:7
**believe** 8:2 11:8
11:24 18:2 20:2
20:10 22:11,23
23:21 27:13
35:25 44:10
46:23 48:25
65:14 68:8,19,24
69:13 76:23
77:7 78:1 93:24
94:8 102:9

104:5 113:21
120:13 144:22
154:2 155:18,21
161:23 162:21
174:21 176:18
179:17 184:22
185:6 192:24
**belong** 92:10
127:3
**ben** 18:12,15
**benchmark**
59:10 69:21
71:7,19 113:22
114:2 115:1
116:2 124:20
132:25 139:11
139:12 146:7
147:15 148:10
148:22 149:1
156:24 157:15
**benefit** 58:1
**benjamin** 18:11
173:19 174:15
183:24
**berea** 149:14,20
150:1,9,17 151:5
**berkeley** 117:24
124:8 146:15
**best** 8:16,22 50:1
61:13 67:21
89:13,20 103:25
109:12 112:19
140:2 143:20
187:2
**better** 9:18 20:8
64:2 68:23
71:15 75:7
78:21 79:7

108:15 126:5
**beyond** 66:16,17
122:19 150:21
181:20
**biden** 56:18
105:10,23
106:19,23
107:14,15,21
108:19,23 109:4
110:11,14
112:25,25 113:7
113:7
**biden's** 159:19
**big** 100:16 167:6
**bigger** 34:21
147:7
**bill** 16:12
**biracial** 20:3
21:3 38:9,22
39:3 48:12,17
55:10 56:24
57:1,22 103:14
103:17 104:4,11
**bit** 5:11 20:8
25:10 32:19
49:3,4 50:1 53:4
53:18 66:23
71:11 80:11
**black** 17:7 38:25
39:2,10,11,16,22
39:23 44:19,23
45:2 46:21
47:24 49:19
50:11,16,16,18
50:21,23,24 51:3
51:4,8,9,23,24
52:3,7,8,9,18,22
53:9,12,16,17,19

54:2,5,25 55:16
55:18 56:19,21
57:5 58:7 59:1,2
59:2,20 60:8,14
60:14,21 61:15
62:14,20 63:3,18
64:2,6,9,19,22
65:1,3,6,13,17
65:19 66:7 68:2
70:10,16,20,24
71:9,21 72:7,12
72:16 73:1,10,20
73:24 74:4,5,8
74:17 75:23
76:5,9 79:1,3
82:13 83:19
86:9 87:9,20
88:13,24 89:12
90:17,17 98:15
100:20 101:12
106:2,2 107:13
107:14,15,15
112:25,25 113:7
113:8,12 116:18
118:11,15,18
119:22 121:2,3
121:17 122:21
122:23 123:1,3
124:1 125:10,11
127:18 131:9,12
131:19,22 132:9
133:21,22 134:5
134:6,13,13,15
135:10,12,22,23
135:24 136:8
141:4,12 144:9
153:11 158:19
160:10 165:14

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[black - carolina]                                              Page 7

165:18,20 166:1
166:12,23
169:17,21,22,24
170:6 178:24,25
188:21
**blacks**  29:15
55:20 74:20,21
119:1 124:24
134:11,16
141:18,23
**block**  59:21
74:17 100:15
141:25
**blocks**  100:17
**board**  161:1
**book**  13:24
24:20 25:2 89:2
**books**  15:13,19
15:24 24:23,24
30:23
**border**  115:8
116:24 117:6,7,8
117:18,22,25
146:3
**borders**  117:5,5
**borrowed**  143:2
143:19
**bottom**  43:25
70:9,15 96:13
158:5 163:25
**boundaries**
117:9,13 118:14
119:6 144:12
157:17
**boundary**
124:21 145:12
**box**  130:23

**bpc**  64:1 66:14
73:25 76:11
78:11,20 79:16
84:18
**brand**  135:4
**break**  7:1,5
45:21 91:11
136:23 171:6,12
**breakup**  11:10
**breeden**  192:24
**brief**  45:17 67:3
136:20 171:9
184:11
**briefly**  28:8
45:22 96:19
102:17 140:4
**bring**  7:20,23
8:4,8 14:2 159:8
**bringing**  129:16
**broad**  144:10
**brought**  5:5
**build**  68:22
**burr**  2:21
**burr.com**  2:24
**busy**  186:3
**bvap**  69:25
73:16,19,24
74:11 75:24
82:12 83:12
84:9,11,14 85:4
85:6 87:19
120:5,14,18,22
120:23 121:6,20
160:11 163:24
164:2,12,14,22
164:23 165:2,2
**bvaps**  157:11
158:17 163:23

**c**

**c**  1:9 2:4 16:19
**calculate**  74:19
135:10
**calculation**
74:16 157:2
**call**  34:9 77:1
96:20 97:9
102:4 108:12,25
114:20 134:2
141:15 167:11
181:17
**called**  19:1 24:15
24:24 32:14
97:18 114:21
172:16
**calls**  179:10
**candidacy**  55:18
55:18
**candidate**  38:18
39:2,4,11,13,16
39:17,23,24 40:3
40:22,24 44:19
44:23 45:3
46:21 47:24
48:2 50:7,12,17
50:19,24 51:3,5
51:6,23 52:2,17
52:21 53:17,19
54:3,5,8 55:2,15
55:16,17 56:19
57:4,5,10,11,17
58:18 60:9,15
61:15 62:15,17
62:20 63:3,19
64:2,20 65:2,20
66:8 70:11,16,20
70:24 71:9,21

72:7,12,16 73:1
73:11,20 74:9
75:23 78:8 79:3
82:13 83:20
87:21 88:14,24
90:18 106:15
107:12 110:2
192:20
**candidate's**  48:7
62:22 74:4 86:9
**candidates**  15:22
19:25 20:3,11,13
20:15,20 22:25
50:6 59:20
64:22 65:4,9,17
77:19 79:1
87:10 89:13
102:25 103:8,9
106:2 111:18
156:16,19
158:25 190:8
**cap**  13:4
**career**  31:3,19
41:24 42:21
88:7
**careful**  64:13
**carolina**  1:1,3
5:6,7,13 10:24
19:12,15,22
30:22,24 31:1
33:9 37:4 47:19
57:19 68:3,6
76:16 77:18
78:24 87:8
92:21 96:16
98:20,24 101:4
101:21 102:10
105:1 109:13

Baodong  Liu , Ph.D.                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[carolina - charging]**                                               Page 8

115:19 119:24
120:1,6,18
142:18,21 143:9
146:4,15,22
157:20 158:2
161:19,24 162:1
162:10,12,25
164:3,15,22
165:2 177:1
187:12 190:7
192:4 196:5,15
199:4 200:1
201:1
**carolinians**
146:19
**carry**   105:16
**case**   1:7 5:9,14
8:13 11:23 12:3
12:10,13,16,17
12:23 13:5,12
14:18 16:13
17:2,13 18:5,21
18:25 19:3,10
23:7,14 25:22,25
25:25 26:24
27:19,20 28:23
28:24 32:16,21
35:9 36:13,18,24
38:14 50:18
53:18,23 54:19
55:16 56:15
59:1,11 65:15,18
67:7 72:25
75:18 76:14
77:17 84:5 86:5
91:3,4 100:21
101:2,16 102:4
107:3 108:14

154:16,22
156:19 158:15
172:3,7 175:2
184:20 185:5,17
185:21 186:11
186:15 187:25
188:9,12,17,19
189:25 190:17
192:23
**cases**   12:13,14
12:21 25:8,17,19
26:6,7,9,18 27:1
27:6,10,15,17,21
27:24 28:1,2,5
28:22 30:14,17
40:11 42:1
44:21 45:2,8,9
64:8 154:17
158:2 186:25
188:17
**cast**   102:2
**categorical**
33:11 66:15
80:12 85:21,22
86:2 87:7
**categorically**
60:24 64:25
65:10 66:11,25
76:13 88:21
166:3
**categories**   59:1
97:21 98:1
123:20 132:10
138:22 152:8
166:25 167:2,5
**category**   48:21
102:2 123:10,11
123:16,17

124:10 130:22
132:19 133:10
133:12,18
134:14 135:2
136:7 152:4,9
153:14
**caught**   9:14
**cause**   196:10
**caveat**   98:2
**cd**   48:13,18
73:16 75:18
76:16 79:18
83:11,16,20,21
83:24 84:1,10,10
84:12,14,25,25
92:9,9 116:16
117:21 123:2,3
123:14 127:20
127:20 128:9
132:24,25,25
133:2,24 135:4
138:17,18,20,23
139:2,6,6,6,6,7
141:5,17,19
146:11 151:20
152:22,22,25
153:9,11,13
159:20 160:4
167:19,21 168:8
168:17 169:10
169:17,19,19
192:4
**census**   17:7 27:2
68:2 99:5
100:14,16 101:7
160:23,24 187:6
**center**   110:3
146:3

**certain**   15:25
68:25 145:8,22
178:19
**certainly**   37:13
54:17 60:21
63:5 73:10
79:18 108:14
113:10 115:1
122:18 132:11
156:16 178:20
190:3
**certificate**   196:1
197:12
**certify**   196:6,8
**cetera**   16:16,16
**chairman**   5:4
**challenge**   5:5
**challenged**   138:9
**chance**   50:8
57:19 64:3
180:2 194:13
**change**   26:21
79:2 106:11,14
110:3 111:9,11
117:5 147:22
157:14 200:4,7
200:10,13,16,19
**changed**   88:4
**changes**   157:11
199:10 201:6
**changing**   97:16
**characteristic**
106:11
**characterization**
168:4
**charges**   16:7
**charging**   13:2

Baodong  Liu , Ph.D.                                                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[charleston - community]                                                                Page 9

**charleston** 112:8
116:17 118:4
146:15 160:8
**charleston's**
164:6
**chart** 52:14
70:17,23 73:6,14
73:15 74:12
80:17,21,24
82:15,16 92:23
93:2 96:7,9
107:7 116:3
125:19,25 126:9
128:7
**charts** 98:6
**cheat** 118:18
**check** 8:16 55:5
75:15 84:4 94:3
103:6 177:5,13
191:14 194:1
**checked** 19:24
187:15
**checking** 144:19
**cherish** 118:2
**china** 28:14
**choice** 44:19
55:17,19 58:19
60:9 65:20 78:8
90:18 111:19
**choose** 99:12,15
103:22 111:17
**choosing** 57:14
**chose** 178:5
**circles** 19:22,22
**circumstances**
51:1 61:11
111:12

**citation** 42:13
**cite** 42:16 43:14
**cited** 16:3
**city** 1:20 7:15
88:15 164:6
**civil** 157:21
**claim** 68:10
**claimed** 159:3
**claims** 27:11
**clarification**
17:23 109:17
191:18
**clarify** 6:21 50:2
67:1 179:1
192:19
**class** 30:13 122:9
**classes** 28:23
**clause** 65:22
**clayton** 118:5
**clear** 34:22
35:21 50:5 53:6
53:22 54:25
64:17 79:10,21
113:10 116:13
118:25 119:5
123:25 129:17
130:13 134:10
164:11 165:16
168:9 170:24
173:22 182:9
**clearly** 5:11
34:20,21 57:13
113:25 125:20
135:1 138:18
167:19
**close** 13:7,10
73:3

**closer** 64:3 85:14
**clyburn** 44:3,6
53:9 54:1
**cma** 26:1
**coast** 115:19
**coastal** 115:17
146:3
**code** 21:24
**codes** 21:19
**collect** 16:9
21:14 177:12
179:7
**collected** 60:25
98:24 103:2
161:25 181:15
182:18
**collecting** 186:4
**collection** 17:16
22:21
**collectively**
145:1,23
**colleton** 146:16
148:9,22,25
149:9 150:2,9,15
**columbia** 1:2
2:23 196:14
**column** 91:20,25
92:11 94:5 95:3
151:24 152:11
152:13,14
**columns** 93:5,20
94:9,11 101:11
175:16
**combined**
160:10
**come** 20:17
109:13 135:6
140:8

**comes** 88:15
118:3 168:13
**comfortable**
146:23
**coming** 36:16
37:4 74:4 80:19
**comments** 30:6
**commission** 2:20
98:25 99:6
101:3 102:3,6
105:2 160:25
187:13 196:23
**commissions**
177:1
**committee** 5:4
159:10
**common** 162:15
174:17 178:17
185:20
**communicate**
179:1
**communicated**
18:25 23:3
179:21 183:14
183:20
**communicates**
182:21
**communication**
183:11,18
**communications**
16:15,19 18:14
21:13 22:12
190:18 191:3
**communities**
126:19 127:9,11
**community**
90:19 112:6
127:14,18,22,24

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[community - congressional]**                                    Page 10

144:8,10
**compactness**
  90:20 144:11
**comparative**
  87:18
**comparator**
  62:19
**compare**  59:8
  60:5 61:18
  62:13 152:7
**compared**  85:5
  87:1 156:24
**comparing**
  71:23 84:25
**comparison**
  97:10,18 98:8
  99:23 102:21
  106:4 109:7,10
  121:25 122:3
  125:3 126:3
  134:1,3
**comparisons**
  59:12 78:15
**compete**  51:5
**competed**  86:23
**competing**  54:5
  97:4 122:13
**competition**
  58:16 104:18
**compile**  19:20
**compiled**  10:22
  174:4
**complaint**  18:23
  18:23 19:4,9
  23:5 110:6
  112:4 138:10
  159:11

**complete**  27:24
  28:1 36:20
  49:14 66:9
  79:21 191:9,15
  196:7 201:8
**completed**
  199:17
**completely**
  79:13 80:13
  92:6 143:9
  157:25 166:4
**complicated**
  135:19
**complied**  89:24
**component**  59:6
  59:24 80:4
**components**
  58:20 60:6
  71:12
**composed**
  180:11
**composition**
  145:8 163:19
**compositions**
  167:3
**computational**
  33:20
**compute**  61:14
  128:8
**computed**  81:21
**computer**  8:3
  21:22 24:4 32:7
  48:9 54:16
  72:19 77:25
  80:6 81:23
  82:20 163:3
  164:19

**concentrated**
  29:8
**concentration**
  29:9
**concentrations**
  30:8
**concept**  69:9
  144:10
**concerned**  29:21
  38:21 56:10
  111:22 112:8
  134:10
**concerning**
  10:19,22,23 11:9
  15:22 17:7 18:5
  29:15 60:25
  127:20,22
  158:10,15
  168:17
**concerns**  156:8
**conclude**  32:22
  35:4 83:24
  84:21 85:7
**concluded**
  195:23
**concludes**  34:17
**conclusion**  34:2
  74:20 125:8
  138:23 140:9
  153:9 157:5,10
  169:24
**conclusions**
  32:21 33:7,23
  34:13 38:23
  167:12
**condition**  104:20
**conditions**
  137:14

**conduct**  20:4
  46:13 48:10
  104:22 137:8
  138:12 139:10
  139:15,19,22
  153:2,15,18,21
**conducted**  23:11
  37:3 38:21
  40:11 46:9,16
  140:5 156:2
**conducting**
  76:19
**conference**  1:3
  26:4 199:4
  200:1 201:1
**conferences**
  174:22
**configured**
  58:23 59:7 60:1
  60:4
**configuring**
  63:23
**confirm**  40:21
  131:19 144:21
  162:24 176:3
  186:24 187:6,9
  187:17
**confirmed**
  141:22 186:22
**confirming**
  80:23 138:3
**confused**  49:3
  50:1
**confusing**  67:2
  83:8
**congressional**
  1:12 5:13 19:21
  20:18 22:21

Baodong Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

[congressional - counsels]

Page 11

25:22 32:10,23 34:19 35:6 44:1 51:20 54:13 68:5 69:14 96:16 110:8 111:3,12,21 130:11 185:5 190:6 193:9 198:3

**congressman** 44:3,6

**connection** 5:5,9

**consequences** 67:18

**consider** 60:13 77:4,11,21 79:20 119:14 150:25

**considered** 56:5 111:24 125:25

**consistent** 29:20 116:23 134:4 140:21 141:3,12 141:17,23 151:6

**consists** 17:4

**constant** 97:12 97:16 98:13

**constantly** 157:20

**constitutionally** 69:4

**constructed** 167:22 169:19

**consult** 82:22

**consulting** 12:18

**contact** 172:13 182:22

**contacted** 11:22 12:1,6

**contain** 36:12 81:17

**contained** 114:2

**containing** 22:24

**contains** 20:19 101:9

**contaminated** 108:9 178:4

**content** 16:14 17:21

**contest** 104:19 111:16

**contested** 168:17

**context** 41:15 78:16 89:19

**contextual** 22:24 53:5 54:10 88:9

**contextually** 88:19

**contiguity** 126:16 151:1,7

**contiguous** 150:10

**contribute** 86:4 94:25

**contributed** 95:14,14

**control** 97:10 106:4 121:6,20 121:23 122:8,9,9 126:8,12,14,16 126:25 127:5 134:2 141:8,8 143:25 144:5 145:17 166:5,9

**controlled** 97:18 98:8 99:23 102:20 109:7

121:25 122:2 125:2 126:2

**controls** 143:22

**conventional** 42:25

**conversation** 12:2

**conversations** 10:7 183:4

**coordination** 169:18

**copies** 21:12 199:14

**copy** 154:10

**core** 97:21,23 113:18,25 114:22 117:16 122:22 124:3,5 124:12 126:12 129:14,14 131:7 131:10,12,20,23 132:19 133:3,8 133:17 134:8,12 144:14,22,24 145:3 157:3

**cores** 114:4

**correct** 33:20,25 34:1 40:5 44:8,9 44:11 46:10 48:23 49:13,14 51:17,25 52:16 52:24 56:24 64:21 70:8,13 71:1,2,25 72:3 72:14 73:13,13 76:21 79:12,25 89:25 113:20 115:9,12,15

126:10,11,13 128:4 131:13,21 135:5 138:2 144:6 149:11,17 151:1 152:15 163:16,17 164:1 174:11 178:15 188:14,22,23 201:8

**correcting** 146:20

**corrections** 201:6

**correctly** 183:13

**correlation** 107:25 170:4

**counsel** 1:21 2:1 8:19 9:23,24,25 12:7 13:8,17 15:16,23,25 16:1 16:16,18,20,22 17:1,10,14,19 18:20 19:9,20 21:14,23 23:6 45:23 91:10 103:6 136:22 154:23 155:12 155:15 171:12 174:18 179:22 182:15,20 183:17,19 184:20 185:22 185:23 186:7 189:10 190:19 191:3 196:9 199:14

**counsels** 37:14 144:17 185:10

Baodong  Liu , Ph.D.
The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

[count - data]

Page 12

count  128:14
counterpart
  154:20
counties  115:16
  117:21 120:14
  120:17 121:19
  144:25 145:2,22
  146:14,24 147:4
  147:14 156:24
  160:9 163:11,15
  163:19,23 164:2
  164:3,8,15,21
  165:1,7,14,20
  166:6,17,19,20
  166:23,25 167:1
county  118:1
  124:8,22 148:9
  148:22,25 149:4
  149:10,14 150:2
  150:10,15 164:7
  165:6,9,19
  196:14
couple  66:3 83:9
  102:15 137:5
  171:21 174:22
  184:16 185:7
  193:4
course  13:17
  29:2 31:5 43:11
  47:4 48:6 52:6
  66:10 75:12
  88:2 89:11,13
  90:14 98:1
  99:14 103:3
  110:13,15
  120:17,24
  128:20 158:16
  160:2 187:1

courses  28:18,19
  29:3
coursework
  28:24
court  1:1 4:1,16
  5:7,22,23,25
  33:5 36:2 37:14
  41:19 42:2 43:8
  43:14 44:17,21
  50:2 57:25
  58:16 60:7
  66:23 90:23
  114:13 121:9
  167:23 194:8,14
  194:20 195:1,5,9
  195:15
courts  28:6 45:4
  187:19,22
covid  9:14,19
  176:11
crack  118:19
cracking  124:25
  169:17,20
created  17:25
criteria  34:4,18
  35:6 90:15
  104:4,14,17
critical  97:10
criticized  162:6
criticizing
  187:25
crossed  180:2
crossover  48:15
  48:20 75:1,5,9
  75:11,19,22 76:8
  76:10,16 78:4,13
  78:19,22,23 79:4
  79:6,7,11,14,17

79:20,25 80:3,7
  80:10 81:17,21
  81:22 82:1,14,24
  84:1,21 85:8,18
  85:23 86:8,18,22
  87:4,5,24 88:8
  88:13,16,18,23
  89:3,7,11,19
  106:3
crossovers  88:3
crr  1:23 196:22
crucial  59:16
  89:11 115:3
cs  199:15
current  24:18
currently  14:3
  188:12
curve  69:10
cusick  2:4 6:13
  6:15 10:11 22:5
  35:12 86:11,15
  150:3,11,18
  151:8 154:9
  155:13 169:3
  170:2 171:16
  173:14 175:4,8
  175:13 177:21
  178:8,16 179:13
  179:19 180:9,19
  181:7,18 182:4
  182:13 183:6
  184:3,13 188:24
  190:1 191:5,8,17
  192:14 193:11
  193:25 194:5,7,9
  194:10,17,23
  195:4 197:11
  199:1

cut  22:3 34:25
  82:1 125:14
cutting  44:14
cv  1:7 24:16,18
  24:22 192:16
cycle  27:2
cynthia  3:2

d

d  197:1
data  8:15 10:23
  16:23 17:1,3,3,5
  17:6,7,8,11,12
  17:14,15,18 18:1
  18:2,3,9 19:8
  21:5,16,17 23:5
  33:19 34:7,10,12
  36:7,7,15 37:3,4
  37:16 47:18,20
  60:25 67:19
  74:15 75:13,15
  76:1 80:22 82:9
  84:2 86:1 92:17
  92:18 97:3
  98:19,21,23 99:4
  99:5,7,22 100:9
  100:12,15 101:4
  101:7,20 102:5,8
  102:9,10 103:3
  103:22,25 105:2
  105:18 107:6
  108:4,14,21
  109:24 112:17
  112:18,21,22
  116:14 118:10
  118:11,20,25
  125:5 128:22
  138:24 141:9,20

Baodong Liu , Ph.D.                                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[data - depending]                                          Page 13

142:20,21 143:5
147:9 153:13
155:8,15,21
156:9 158:22
161:9,24 162:19
162:19 170:19
172:16,19,20,24
173:3,6,7,10
174:4,14,18,19
174:23 175:3,3
175:14,15,22
176:16,19,21,23
176:24,25 177:2
177:5,8,12,14,19
177:25 178:3,4,5
178:5,13,14,19
178:20 179:3,4,5
179:7,11 180:18
181:1,5,9,15,16
181:22 182:1,2,8
182:16,17,21,23
183:5,11 185:12
185:20 186:4,7
186:11,13,14,18
186:23,24 187:3
187:6,9,11,13,15
187:15 188:1
189:20,25
190:11,14,17
191:22 192:25
193:12,20,22
**dataset** 100:7,8
101:1,8,12 102:3
104:24 108:11
137:12 190:11
193:23
**datasets** 108:9

**date** 1:16 25:12
200:24 201:12
**dated** 32:9,15
198:2
**day** 2:15 5:2
9:17 12:3 99:13
111:11 173:25
196:13 201:15
**days** 8:24,25
9:10,12 10:18
11:18 156:1
172:8 199:17
**dc** 2:17
**de** 161:11 173:2
**deal** 56:14
**decades** 19:3
30:20 161:17
176:14 185:19
**december** 11:24
11:25 196:23
**decide** 60:19
66:23 67:12
181:5
**decided** 9:13
50:18 99:18
112:10
**deciding** 67:21
**decision** 43:8,14
44:17 50:21
**decisionmaking**
53:16 118:7
**decisions** 41:19
**declare** 201:4
**declined** 31:16
133:10,13
**deduction** 93:23
**deemed** 201:6

**deep** 50:15
**deeper** 21:1
**defeated** 54:9
**defendants** 1:10
1:21 2:8,14,20
5:3 14:12 27:14
27:22 109:2
171:17,25
197:20
**defending**
168:21
**defense** 2:3
12:19
**define** 38:25
42:8 88:1
**defined** 33:5
42:23
**definitely** 77:6
141:4 194:17
**definition** 38:20
39:8 41:2,25
43:5 56:9 108:6
**definitions** 33:3
**degree** 28:11,13
41:12 43:11
60:23 61:20
62:3,6,8 63:7
64:13 65:12
66:1,18
**delay** 9:15
**dem** 107:13,14
**democracy**
68:13,19 69:5
**democrat** 46:21
47:24 53:25
57:8 98:15,15
107:3,21 113:8,9
123:14 134:6

**democratic** 47:3
50:5,7,11,22
51:16 52:7
98:14 99:13,19
101:13 103:1,8
103:14,20 105:9
110:10 113:11
113:12 156:19
170:7
**democrats** 47:6
106:18 108:17
122:21,21,23,24
123:1,3,4 125:9
125:10 131:10
131:12 132:12
136:12 141:9,12
**demographer**
67:8 96:17
127:1 147:8
**demographers**
161:23
**demographic**
17:6 119:25
178:23
**demographics**
11:10 17:16
18:5 100:20
**dems** 121:2,2
131:4 134:13
135:22
**denomination**
108:6
**denominator**
131:1 152:2,5
**depending** 61:16
78:25 85:25
88:9

Baodong  Liu , Ph.D.                                            August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[depends - district]                                                    Page 14

depends  76:2
    87:11 116:16
    117:4,8,12,20
depicting  166:15
deponent  199:13
    201:3
deposing  199:13
deposition  1:14
    4:2,4,5 7:24
    8:11 9:6,8,13,21
    10:3,11,14 14:13
    14:19,22 21:12
    26:10 28:3
    146:1 172:2
    184:19 189:22
    192:7 195:23
    197:22
derivative  93:4
derive  93:20,24
derived  142:9
describe  28:8
described  40:10
    65:7 101:10
    129:2 149:5
    156:10
descriptively
    73:23
designed  110:22
despite  156:8
destination  95:7
detail  15:18 27:8
    72:21
detailed  16:16
    21:1 83:7 84:2
    173:1,4
details  62:6
    74:18 94:13
    118:9 182:7

determine  38:16
    58:7 105:20
determined  61:5
determining
    112:1
developed  38:10
    140:11
dick  28:20
died  121:12
difference  40:9
    41:7,8 43:12
    61:20 62:4 63:7
    64:14 65:12
    66:4,6,16,18,20
    66:21 76:2
    85:16 97:14
    98:16,16,17
    140:13 143:18
    160:21,22
differences  62:1
    62:7,8 115:3
    138:22 141:8
    143:6,6,11,12
    161:18
different  18:23
    31:20 37:18
    42:6 43:19 57:7
    58:15 59:7,9,16
    59:17 60:5
    61:19 63:15
    64:14,15,23,24
    65:5,8 66:11
    78:16,18,25 79:3
    79:5 90:3 97:17
    97:24,24 99:11
    111:9 113:2,3
    115:5 118:20
    123:2 129:12

137:16 140:8
    141:24 142:13
    145:9 152:7
    153:8 157:13
    158:24 160:19
    161:8,20,23
    162:12,16,17
    163:1 165:20,21
    169:22 178:12
differentiated
    161:6
differently  59:8
    107:7 125:10,12
difficult  50:11
    59:19 74:19
    88:5
difficulties
    114:17 121:8
difficulty  105:17
dilution  26:12
    33:4 169:20
dimension  68:18
diminished
    142:2
direct  49:9 100:1
    182:22
direction  64:6
directly  114:25
    186:7
disaggregate
    100:14,16
disagree  128:12
    128:25 130:5
    158:1
disclosed  22:5
discriminates
    32:24

discuss  9:21
discussing  10:11
discussion
    121:13 142:22
    188:6
discussions  43:2
disparities
    129:11
disparity  78:19
disperse  118:19
    169:21
dispersing
    141:23
display  23:23
disproportiona...
    134:11
dispute  56:11,15
    129:23 130:17
    157:2,5,9
dissertation  88:8
distinguish
    144:3
distributed
    119:23 121:18
district  1:1,1 5:7
    5:7 44:1 48:11
    48:15 50:14,20
    51:20 52:15
    53:7,8,20 54:13
    55:2 58:7,15
    59:3,19 60:13
    62:20 63:2,3,8,9
    63:22,24 64:9,14
    64:18,19,21 65:7
    65:8,16 66:12
    67:6,13 69:25
    70:6,11,18,24
    71:1,10,21 72:2

Baodong  Liu , Ph.D.
The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

**[district - dr]**

Page 15

72:5,6,18,25
73:20 74:11
75:1,24 82:12
84:8,19,20,22,23
85:3,5,8,9 87:2,2
87:19 89:25
92:4,6,7,7,24
93:10,16 94:2,3
94:7,8,16,16,22
95:1,4,5,9,10,13
95:14,15,15,18
95:19,23 97:22
97:24,24,25
113:22 114:2
115:7,8,8,12,18
115:24,24,25
116:3,4,6,7,9,10
116:11,19,25
117:1,6,17,19
119:7,12,13,14
119:15,23 121:4
121:5,5,18
128:17 129:16
130:11 131:23
132:5,6,14,15,21
134:20,21,23,24
135:3,11,12,25
136:9 138:9,13
140:18,24
141:13 143:1
145:3,9 146:8,25
147:4,8,12 149:3
149:4,11,11,17
149:17,21,25
150:1,8,10,16,17
151:6,25 152:7,9
153:3,16,19,22
156:11 157:15

165:14,15 166:2
166:3 168:25
188:20
**districting**   34:3
34:18 35:5
66:14 90:11
126:8 144:6
**districts**   11:9
19:18 20:11
26:14,15,22
47:13,16,21
50:10 58:22,24
59:7,8,9,11,15
60:1,5 61:19
62:14,14 63:7,17
65:4,5 66:5,8
67:17,21,22 70:4
78:5 83:4 86:7
88:22 92:10
94:3,14,25 110:8
111:21 114:19
115:9 118:20
119:3 132:21
133:16 139:11
139:16,20,23
140:14 141:24
141:24 147:3
157:11 163:12
165:21 169:18
169:22 170:11
188:5,20
**disturbance**
108:12 111:7
**divide**   131:5,17
152:11,13
**division**   1:2
**doctor**   86:16

**document**   14:10
14:17,18 15:2
36:2 154:10
172:25 174:5,6
174:10 182:12
191:22 192:13
**documentation**
16:17 18:4
92:19 182:17
**documentations**
181:1
**documented**
49:20 89:2
100:13 170:5
177:25 182:6
**documents**   7:23
8:4,7,18,20,21
8:23 9:1 10:13
10:17,19,25
11:13 16:9,12
22:6,8,9,19,22
189:7,10,14,24
190:2 191:25
193:5
**doing**   9:3 26:10
42:2 103:18
107:8 140:25
159:3 179:8
**doj**   158:1
**domain**   15:25
34:6 173:9
187:12
**dominate**   63:19
**donald**   106:23
**dorchester**   118:4
146:16 160:8
**double**   8:16
19:24 84:4,11,12

177:13 187:14
191:14 193:25
**doubled**   124:11
**doubt**   180:8
**download**   101:6
176:24,25
180:18
**downloadable**
187:13
**downloaded**
176:19 187:15
**dr**   4:23 7:9,13
8:10 11:19
12:24 14:3 15:3
17:25 21:11
22:4 23:13 24:6
26:6 27:10 28:7
28:20,20 29:3
30:13 32:2
34:25 35:20
36:12 37:17
38:12 42:12
45:20,25 58:2
62:9 67:5 91:10
96:15 101:19
112:24 119:5
135:9 136:22
138:8 140:1
142:10,14 143:4
147:17 153:25
154:15 164:21
167:8 168:24
171:8,11,14,24
184:8,15 185:19
187:18 188:3
189:7,17,23
190:20 191:16
191:19 193:10

Baodong  Liu , Ph.D.

The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

**[draft - elections]**

Page 16

**draft** 194:9,15
  194:18,21
**drastically** 117:5
**draw** 33:23 34:2
  34:12 38:23
  63:17 82:23
  88:22 96:15
  117:8 132:22
  138:23 140:19
  141:14 149:25
  153:9
**drawer** 109:20
  111:23 116:2
  150:7,14,16
**drawing** 87:17
**drawn** 26:16
  58:24 59:15
  63:8 113:14
  114:19 140:18
  143:1 150:21
  170:11
**drew** 140:18
  150:7
**driven** 170:14
**drop** 133:14
**due** 78:16 85:23
  87:3 171:2
**duly** 4:19
**dynamic** 68:20

**e**

**e** 18:13,17 21:15
  22:15 45:14
  58:1,1 149:15,15
  174:1,17 179:23
  183:16 189:5
  191:2 192:14
  197:1,17 200:3,3

200:3
**earbuds** 121:11
**earlier** 22:15
  52:5 53:8 92:17
  101:3,10 105:19
  105:25 107:16
  107:20 111:8
  126:7 132:13
  144:8,20 146:1
  150:25 153:7
  155:17 167:18
  183:3
**early** 30:15
  31:10
**earpiece** 114:12
**easier** 31:15
**easily** 101:6
**east** 1:19 28:14
**easy** 35:19
**ecological** 30:3
  38:9 105:20
**edisto** 149:1,13
  149:20 150:1,8
  150:17 151:5
**edition** 25:2,3
**educated** 179:18
  179:25 180:17
  181:4
**education** 28:16
  28:17 41:23
**educational** 2:3
  28:8 31:2
**effect** 88:10
  109:20
**effective** 58:7,17
  60:14 63:2,6
  64:8,18 66:24,25
  69:13

**effectiveness**
  20:5 37:15 58:3
  58:13,14,21
  59:13,22 60:22
  62:7,12 65:24
  66:4,5,19 67:15
  76:19 77:9 78:2
  78:6 81:9,16
  89:23 90:7
  181:12 188:6
**effort** 109:12
  177:4
**ei** 38:10,13 107:6
  107:17
**either** 16:3 28:3
  32:22 33:4 35:4
  43:19 87:2 91:1
  93:5 96:25
  99:13 110:18
  138:21,24 186:6
  189:19
**elect** 58:18 60:8
  65:19 78:7,8
  90:17
**elected** 64:20
  89:4
**election** 2:20
  17:9,16 18:6
  19:14 20:22
  21:4 23:5 38:22
  39:3,14 40:21,24
  41:3,3 42:9
  44:11,18 48:11
  48:13,15,17
  49:10 50:13,16
  51:6,19 52:4,24
  53:24 54:5,14
  56:23,24 57:1

62:16,21 63:20
  64:7,11 65:21
  66:1 73:5,7 76:3
  76:20,24 77:4,5
  77:8,14,16,18,22
  77:22 80:6
  81:22 88:4 89:8
  89:16,16 98:24
  99:6,8 100:21,22
  101:3,12 102:1,3
  103:7,15 104:12
  104:24,24 105:2
  105:4,11,16
  107:5 108:20
  109:22,24
  110:22,23 111:1
  111:1,2,6,11,12
  111:16,25 125:5
  129:10,10
  130:12 132:4
  135:14 139:13
  139:14 141:25
  142:1,23 143:5
  160:25 161:2,24
  171:17 173:7
  177:1 178:22
  179:4 182:8
  187:12 190:14
  190:17 193:22
**elections** 19:13
  19:17,18,20,23
  20:4,11 29:12
  36:19 37:10,10
  37:11 38:9
  41:15 45:5
  46:10,12,14,17
  46:18,19,20,24
  47:3,10,12,15,23

Baodong  Liu , Ph.D.                                August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[elections - examination]                                      Page 17

48:1,5,21,22
49:6,12,16 50:25
51:14 53:13
55:9,11,14 56:2
56:5,8,9,11,14
56:16,17 57:3,6
57:23 60:18,25
61:4,5,7,10,16
61:23,24 63:10
68:16 72:12,16
73:1,2 76:9,18
76:22,25 77:1,14
78:15,17 79:5
83:3 85:17
86:22 87:11,23
88:2 90:16 99:9
99:10 103:5
111:3,4,5 113:4
128:9 129:3
190:7 193:9
**electorate**   51:3
**electronic**
  194:11 195:7
**eligible**   90:22
**emerged**   182:19
**empirical**   33:12
  34:7 36:6 48:6
  86:19 89:12
  96:12,20 104:23
  109:1,9 116:14
  118:25 138:12
  153:13 158:9,14
  158:22 159:9,13
  170:18
**empirically**   42:1
  42:2,8,23
**employ**   180:17

**employs**   181:4
**enable**   159:23
**enacted**   32:23,23
  69:14,21 71:7,19
  91:17 92:13
  93:10 94:25
  95:10 108:19
  110:21 111:24
  112:13 113:23
  114:1,25 125:5
  127:19 128:18
  138:19 139:18
  146:11 151:20
  156:11,20,23
  157:6,10 159:24
  163:11,16,19
  166:18 169:1,2
  170:1 171:4
**endogenous**
  46:17,18 47:9
  48:22 56:4,8,9
  56:17
**engage**   29:25
  108:25 158:7
**engaged**   30:19
  114:19
**engagement**
  11:20
**enthusiasm**   77:2
  111:5
**entities**   176:23
**entitled**   14:23
  69:13
**envelope**   114:20
  114:21 141:15
  142:25,25 143:1
  144:24 145:7,20
  145:23 146:24

149:9,10,17
150:24 151:21
151:25 152:5
**envelope's**
  145:10
**environment**
  156:18
**equal**   65:22
  153:11
**equally**   65:21
  113:22 129:19
**equivalent**   113:8
**era**   89:1
**errata**   199:11,13
  199:17
**especially**   8:22
  8:23,24 11:16
  20:13 29:10,14
  29:20 35:9
  49:16 51:9
  58:25 67:15
  75:18 86:22
  91:3 112:7
  116:17,18
  127:19 141:12
  144:2 158:17
  168:8,16 169:18
  186:2 187:4
**essence**   66:12
**essential**   65:25
  104:19 145:15
  158:8
**established**
  31:15 173:8
  177:10
**esteemed**   140:11
**et**   1:4,9 16:16,16
  199:4 200:1

201:1
**ethnic**   29:17,18
  30:1
**ethnicity**   29:14
**europe**   9:12
**evenly**   119:23
  121:18
**event**   190:16
**events**   196:10
**eventual**   59:25
**eventually**   20:2
  20:17 21:3
  26:20 51:5
  53:23 54:4,8
  60:18 75:12
  89:9 145:8
  154:24 168:20
**everybody**   7:21
  60:11,20
**evidence**   33:12
  49:9 158:9,15
**evolved**   180:12
**exact**   12:3 18:18
  84:5 113:5
  128:21 159:21
  162:18 167:17
  168:1
**exactly**   36:2
  62:16 67:14
  68:17 82:20
  97:19 124:15
  134:2 136:4
  137:8 142:17
  152:20 161:3
  182:25
**examination**
  4:20 171:22
  184:12 197:6,8

Baodong Liu , Ph.D.                                           August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[examination - favorably]**                                          Page 18

197:10
**examine**   55:14
76:1 97:3 165:6
165:9
**example**   30:3
33:14 45:7 79:2
88:12 99:25
106:18 122:22
123:13 131:10
135:21 160:6
164:6 166:1
185:22 187:7,10
**excel**   191:19
192:18 193:14
193:18
**exclusive**   98:1
**excuse**   35:12
**exhaust**   122:5
**exhaustive**   20:3
**exhibit**   14:2,7,8
14:12 15:1,9,11
23:23,24 24:1
32:4,8,14 37:24
44:22 147:24
148:3 154:1,7
197:20,24 198:1
198:4
**exhibits**   8:1,22
10:20 11:3,4,14
172:9 182:24
**exist**   49:23
**exists**   41:14
78:24
**exogenous**   37:10
46:19 56:1,4,13
56:16 57:3,25
**expect**   87:22
132:8,11

**expectation**
133:5
**expedited**
194:13,15,16,19
195:13
**expenses**   16:8
**experience**
185:20
**expert**   8:13
10:17 11:23
13:16 16:3,23
17:20 23:15
24:1,6,8 25:17
25:20 27:25
28:2,22 36:12
37:9,19,23 41:24
42:10 55:13
119:25 127:13
127:24 137:1
154:18,20,25
158:8 159:1,17
161:16 162:18
162:23 181:11
187:19 188:1
197:24
**expertise**   33:16
34:6 67:10,23
90:22 120:1
126:21,23
150:12
**experts**   18:3
36:17 127:4
156:3 172:7,14
175:2,17 178:19
185:22,23
186:19 190:24
**expires**   196:23

**explain**   27:8
58:12 74:6
91:25 96:19
102:20 118:14
118:17 123:2,12
123:23 124:13
124:25 125:6
140:4 152:10
166:15 170:10
**explained**
138:19 159:24
168:16 169:5,10
**explaining**
170:22
**explanation**   36:9
67:1 75:12
109:15 142:4
155:3 169:13
171:1
**explanations**
123:7 153:10
**explanatory**
109:15 110:19

**f**

**face**   97:8
**faced**   105:17
**faces**   108:3
**facing**   53:25
**fact**   38:19 84:11
124:4 125:21
129:8 130:9
143:3 168:24
170:9
**factor**   33:8 34:9
34:10 55:22
79:14 86:8 89:8
89:15 97:2,6

122:8 138:18
140:19,22 144:3
144:4 160:12
167:6
**factored**   80:1
**factors**   35:8
78:12,18 85:20
86:4 108:12
111:10 122:6,19
123:5 125:1,25
144:1 166:6,13
**facts**   8:14 33:3
129:12
**factually**   143:15
**fails**   199:19
**fair**   6:24 34:16
43:17
**faithfully**   36:1
122:17
**fall**   69:1 145:23
**falling**   118:6
**familiar**   11:15
19:17 23:1 69:9
90:21 126:20
**far**   38:20 92:11
111:21 112:7
133:16 134:9
151:24 169:10
184:16 185:11
187:1
**fate**   134:9
**favor**   89:17
152:8
**favorable**   66:15
156:18
**favorably**
117:25

Baodong  Liu , Ph.D.                                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[favored - future]                                                            Page 19

**favored**   129:13
**feature**   44:22
**features**   120:1
**federal**   28:6
   187:19
**fee**   13:4
**feeling**   9:18
**field**   96:18
   150:22 163:3
   178:18 186:20
**fifield**   18:15,16
**fifth**   15:1,8
   95:22
**figure**   82:14
   98:10,10 125:19
   166:14 192:9
**figured**   141:1
**file**   14:4,9 23:21
   182:8 193:16
**final**   8:16 21:24
   59:24 64:10
   80:8 194:15,21
   195:6,8
**finally**   46:18
   86:4 145:2
   171:3 190:18
**find**   55:8 90:16
   101:24 112:19
   138:20 139:7
   142:21
**findings**   167:12
**fine**   102:18,19
   154:12 194:11
   194:23 195:7
**finish**   35:13,20
**finished**   27:1
**firm**   5:2 21:10
   85:13 151:10

**first**   4:19 7:9
   11:22 18:19
   23:20 25:1,21
   29:10 31:23
   37:23 51:19
   59:6,12 65:7
   67:8 70:14
   90:11 91:1
   93:10 98:20
   100:14 101:5
   102:24 113:17
   117:13 131:7,15
   142:8 152:14
   161:16 166:22
   172:12 175:18
**fit**   139:14
**fits**   124:18
**five**   9:10,11,16
   10:4 94:11
   171:6 174:25
   183:3,10,11,20
   184:5
**flat**   13:4
**floor**   2:5
**florida**   27:19,19
   173:7
**florida's**   162:22
**focus**   54:20
   70:14 72:4 90:7
   90:9,10 94:21
   103:12 107:4
**focused**   28:24
   29:4 145:14
**folder**   7:25
   10:20 11:13,14
   32:3 37:24
   148:2 193:16

**follow**   33:17
   66:3 74:21
   114:7 122:20
   193:12
**following**   154:9
   157:16
**follows**   4:19
**footnote**   38:24
   42:12 160:15
**footnotes**   15:18
**foregoing**   196:6
   201:5
**forever**   82:4
   86:19
**form**   13:21
   86:11 141:25
   150:3,11,18
   151:8 169:3
   170:2 173:14
   175:4,8,13,15
   177:21 178:8,16
   179:3,13,19
   180:9,19 181:7
   181:18 182:4,13
   183:8
**forman**   2:21
**formidable**
   141:25
**forming**   189:8
**formulating**
   190:21
**formulation**
   181:6
**forth**   13:18
   19:24 92:5
   101:15 113:13
   173:3

**forthcoming**
   25:6
**fortunate**   98:22
**forward**   46:4
**found**   45:4 49:12
   51:13 141:3,11
   144:21
**foundation**
   68:22
**four**   9:11 76:21
   78:15,17 83:3,5
   85:18 174:16
**fourth**   26:3
   95:19
**free**   12:23
**frequent**   120:24
   186:2
**frequently**
   177:10 186:1
**front**   21:6,9
   37:25 38:1,5
   43:22 45:12
   74:15 77:13,24
   82:9 84:3
   147:23 154:3,4
   157:21
**full**   73:4
**fully**   13:13
**function**   188:21
**fund**   2:3 12:19
**fundamental**
   68:13
**further**   4:6,9
   41:13 100:4
   171:14 196:8
**future**   56:13
   61:2,9 63:22
   68:23 111:4

Baodong  Liu , Ph.D.
The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

**[future - greater]**

Page 20

156:21

**g**

g  58:1
**gain**  156:17
**gap**  41:6,11,12
41:14,16 43:2,3
43:6 48:8 79:2
**gary**  38:10
**gather**  172:24
174:16
**gathered**  107:6
176:16 182:2
**gender**  68:18
122:9
**general**  19:16
30:7 37:10
46:17 47:3,10
48:11,12,15
50:13,15,25 51:6
53:23 54:5
77:13 104:24
105:4,11 130:11
**generally**  56:5
113:16
**generate**  77:1
111:5 190:12
**generating**
137:25 138:1
172:20
**geocoding**  67:9
118:10 127:2
163:2
**geography**
121:21
**gerrymander**
169:2

**gerrymandering**
26:11 27:11
167:13,16,20,23
168:1,3,10,13,23
169:8,9,17 170:1
170:16 171:3
**gestures**  6:1
**getting**  194:13
**gingles**  43:8 91:1
**give**  18:18 21:10
33:10 45:11
54:17 60:8
76:13 78:14
80:7,24 81:1
82:24 83:6
85:12 86:2,25
88:11 89:18,20
90:16 91:4
97:16 103:22
104:7 113:4
118:24 128:20
130:14 135:16
147:9 151:10
160:10 162:18
164:4,10,17,24
165:4 166:11
168:20 174:2
178:6 182:6
191:14
**given**  37:16
59:25 63:14,22
64:15 81:24
89:1 177:13
181:15 201:9
**gives**  49:15 62:6
105:2 109:14
110:19 126:4

**go**  6:17 18:17
20:25 24:22
35:20 37:22
43:4 45:13,16,19
47:7 53:3 54:17
55:5,7 61:24
69:12 75:13
76:11 82:15
86:15 87:18
91:6 94:2 95:4
100:3,4 102:14
123:10 133:9,24
136:18,25
147:19,20 148:3
148:5,6,16
151:13 152:12
153:25 155:2
160:14 169:11
174:1 177:5,8
179:6 184:3
191:8
**goes**  95:20,20
**going**  6:23 14:25
23:23 24:11
28:4 32:3,18
114:14 117:18
120:8 189:5
190:25 191:14
192:1
**good**  4:22,22,24
12:2 47:20
75:11 76:15
78:14 94:20
101:2 136:15
143:8 184:15
**gore**  2:15 4:21
5:1 14:16 17:24
24:5 30:9 32:12

33:1 35:13,15,18
45:16,18 67:4
87:16 91:6,9
99:25 109:18
115:4 121:11,15
136:18,21 148:1
150:6,13,23
151:12 154:5,12
154:14 169:12
171:5,10,14
184:10 188:3
189:1 190:3
191:7,9 192:11
193:3,17 194:2,6
195:2,3,7 197:7
**gore's**  184:18
**government**
27:6 33:15
67:23
**governments**
167:24
**governor**  112:14
**governs**  68:9
**graduate**  30:12
159:5 176:4
**granted**  43:1
89:10 132:20
**great**  7:8 24:6
33:1 38:1 47:17
56:7 58:9 60:17
69:20 79:16
96:4 99:3
100:11 136:11
142:15 157:25
164:8,8 195:17
**greater**  34:24
35:8 36:21
44:20 72:6 76:5

Baodong Liu , Ph.D.                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[greater - huh]                                      Page 21

77:15 84:14
163:23
**green** 149:2
**greenville** 2:11
164:8
**ground** 5:17
**group** 29:19
38:17 39:10,12
43:9,10 68:18,18
99:3 124:10
140:23 151:25
**groups** 29:15,19
38:25 69:1,1
105:3 141:5
**grove** 26:4
**gubernatorial**
99:9,19,21
100:22,22 103:1
103:14 104:11
110:23 112:22
129:18 130:2
132:3 135:14,25
136:8 139:13
142:23 190:13
190:16 193:22
**guess** 11:7 25:3
27:7 31:13,14
81:25 165:12
171:18 177:15
**guidance** 90:15
**guy** 68:15
**guys** 182:24

**h**

**h** 197:17 200:3
**hand** 6:1 92:11
151:24 196:12

**handily** 53:13
**handwritten** 8:8
**happen** 40:12
41:17 54:8 61:2
63:13,22 128:16
**happened** 31:8
36:9 37:8 53:15
61:3 75:16
88:15 175:7,11
175:12
**happens** 40:15
41:5 50:10
124:16
**happy** 37:13
71:14 72:21
89:18 191:24
192:5,8,25
193:12
**hard** 5:11 88:20
89:1,6 161:9
**harm** 158:18
**harpootlian**
69:22 71:3,4
72:10,18,25
73:16 75:19
82:11 83:10,12
83:20,25 84:8,19
84:22,22 85:3,5
87:19 139:16
153:16
**harpootlian's**
75:2
**harvard** 38:11
140:12 173:6
177:8
**harvard's** 114:9
**harvested**
178:13

**head** 6:1,1
**heading** 142:7
**hear** 5:11 114:13
**heard** 172:13
**hearing** 4:16
**heart** 111:13
146:4
**heavily** 190:23
**height** 125:20
**held** 45:17 67:3
136:20 171:9
184:11
**help** 19:20 30:13
37:13 49:4 50:2
65:19 85:22
119:10 176:5
194:3
**helped** 19:23
20:1,6 138:6
**helpful** 191:5,17
**helps** 60:11 67:1
67:11,16 68:25
144:23
**henry** 199:4
200:1 201:1
**hereto** 201:7
**hereunto** 196:12
**hi** 45:22
**high** 19:13,16
76:6,11,24 77:4
77:22 112:21
120:22
**higher** 54:3,7
78:1 83:15 84:9
120:14 121:20
132:9 164:22
**highest** 99:6
164:2,14

**highly** 30:19
59:18 71:8
77:18 86:23
177:10,25
179:18 180:17
181:4
**hired** 185:22,23
**hispanic** 178:25
**historical** 111:2
111:4,15
**historically**
127:15
**history** 122:10
**hold** 97:11 120:8
134:3 189:22
**holding** 44:18
**home** 7:16,17
99:15
**honest** 161:16
**hope** 60:11 67:1
137:5
**hopefully** 62:2
177:16
**hoping** 104:7
**horizontally**
131:2
**hour** 10:9 13:3
**hours** 9:7,11,16
10:12
**house** 2:8 112:9
145:6 171:25
**huge** 59:21 79:2
116:18 138:22
164:7
**hugely** 64:1
**huh** 115:10
156:13 173:21

Baodong Liu , Ph.D.                                            August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[hyphen - items]**                                                    Page 22

**hyphen** 149:15
**hypotheses**
    122:13
**hypothesis** 96:24
    97:2,4 122:16
**hypothetical**
    62:10 85:11
**hypothetically**
    63:9

**i**

**idea** 140:16
    142:25 143:1,2
    144:24 145:20
    145:21 166:4
    175:5,9,11,12
    179:14
**identification**
    14:15 24:2
    32:11 147:25
**identified** 120:14
    193:4
**identify** 25:19
    56:18
**identities** 68:20
**ii** 25:13,14
**iii** 92:19 100:14
    174:9
**imagination**
    147:10
**imagine** 83:4
    100:17
**immediately**
    98:22
**immutable**
    106:10
**impact** 56:13

**important**
    103:18 110:25
    118:6 124:23
    125:9 145:14
    170:10,25
**include** 13:18
    77:8 93:2
    149:19 150:15
    189:17
**included** 93:25
    149:10 150:8
    151:6 190:7
    191:22
**includes** 149:25
    154:19
**including** 9:15
    19:13 22:15
    191:1
**increased** 65:6
**incumbent** 54:1
**incumbents**
    127:6
**independent**
    99:17
**independently**
    169:7
**independents**
    111:10
**index** 3:6
**indiana** 89:5
**indicate** 35:7
    74:25
**indicated** 57:12
**indication** 61:8
**individual**
    171:25
**individuals** 18:9
    180:17

**induced** 34:14
**inference** 30:3
    38:10 105:20
**inferences**
    143:16
**influence** 64:6,9
    65:3,6,12 66:1
    142:1 156:17
**information**
    10:23 20:19,21
    22:24 53:5
    54:10 70:15
    92:16 93:2
    105:6 190:8,9
**informed** 154:23
**inquiries** 180:14
**inside** 29:19
    97:23 146:7
**insist** 191:1
**instance** 117:21
**institutes** 87:12
**institution** 178:2
**instruct** 179:6
**instruction**
    17:10 183:17
**instructs** 6:16
**intend** 37:1,17
**intensive** 9:9
**intent** 33:24
**intention** 35:24
**intentional**
    26:11 33:4
**intentionally**
    32:24
**interacted**
    174:14
**interaction**
    172:6 176:10

**interactions**
    183:4
**interest** 90:20
    112:7 126:19
    127:10,12,14,14
    127:18,23,24
    144:8,9,10
**interested** 22:4
    196:10
**internally**
    179:15
**interpretation**
    168:8
**introduce** 32:4
**introduced**
    32:13
**intuitive** 117:3
**investigate**
    20:16
**invoice** 16:11
    22:16
**invoices** 16:6
**involve** 27:11
    55:15
**involved** 30:19
    48:18 67:10
    176:13 183:19
    185:21 188:16
**involving** 44:3
    57:9 77:19
**isolated** 176:8
**issues** 30:7
**item** 15:13 16:6
    16:10,19 24:24
    25:5
**itemized** 16:7
**items** 189:17

Baodong  Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

**[jane - leader]**

Page 23

| **j** |
|---|

**jane**  2:22
**january**  11:25
   12:1,4
**jasper**  118:5
   146:16
**jcusick**  2:7 199:2
**jim**  53:9
**jmgore**  2:18
**job**  17:3 26:19
   34:12 35:25
   112:18
**joe**  56:18 105:23
   106:19,23
**john**  2:4,15 5:1
   10:1 12:9 154:7
   184:7 189:1
   191:8 192:24,24
   199:1
**joining**  117:13
**jones**  2:15 5:2
   25:24
**jonesday.com**
   2:18
**journals**  31:20
**jtrinklev**  2:24
**judiciary**  5:4
**jump**  74:19
**junior**  31:11
**justification**
   79:21
**justifying**
   159:10

| **k** |
|---|

**k**  149:16
**katrina**  88:12,15

**keep**  97:15 98:13
   117:25 132:24
   133:8,17 146:19
   157:15 158:19
**keeping**  124:20
   166:16 192:7
**keeps**  157:24
**kept**  166:2
**kind**  26:21 40:14
   40:18 42:6
   66:21 67:5,13,17
   67:20 80:18
   82:23 88:25
   94:3 121:20
   127:14 144:17
   175:22 180:14
**kinds**  17:4,11
**king**  38:11,13
**know**  7:2 10:4
   13:8,18 17:25
   18:8,14 19:3,13
   21:18,24 29:23
   31:10 33:10
   37:3 40:7,8
   41:22 42:3,11,22
   42:22 47:19
   48:4,14 50:16
   53:11 54:2 55:1
   57:12 61:10,10
   63:9 64:5 65:16
   67:5,16,16 73:22
   74:17,20 75:11
   75:25 76:5,13
   78:23 80:2,21
   82:9 85:15,25
   87:13 88:1
   93:19 94:10,24
   95:3,7,16,23

97:1 102:25
   103:2,21,22
   104:6,20 105:8
   106:1,3,5 108:17
   109:3 111:2,23
   112:9,11,12,15
   112:17 113:7,13
   114:21 116:13
   117:22,24 118:4
   118:9 120:12
   121:17 122:10
   127:2,2,3 128:6
   128:16 129:15
   130:10 147:2
   148:7 150:4
   158:13,13 159:3
   161:13,19
   162:11 164:6,7,9
   164:15,19,21
   165:1,12,25
   166:3 172:23
   173:5 174:23,24
   175:17,20,22
   176:1,18,21
   177:18,24
   178:24 179:5,8
   179:20 181:8,9
   181:20,20,21,21
   181:22,24 182:2
   182:10,22
   183:15 191:10
   191:11,25 192:6
   195:18
**knowledge**  23:9
   109:12 112:3
   162:15 180:10
**known**  19:19
   28:20,21 55:12

**knows**  61:9
   157:13

| **l** |
|---|

**l**  7:12
**lack**  159:8
**laden**  2:7
**laid**  133:5
**lake**  1:20 7:15
**language**  109:8
**languages**  30:4
**large**  43:3,5
   115:18 130:7
   145:1 196:5
**larger**  52:21
   134:15 147:11
**largest**  164:6
**latinos**  29:15
**law**  5:1 28:13,13
   28:15 33:5
   58:16
**lawsuit**  65:18
   109:1 110:4
   111:13 141:2
**lawsuits**  142:18
   158:11
**lawyer**  33:2
   185:8
**lawyers**  185:7
**layperson**  117:4
   117:11
**ldf**  12:7,11,15
   13:8 25:9,20,23
   25:25 26:2,5
   176:22 185:3,10
**lead**  128:22
**leader**  29:17
   53:9,12

Baodong  Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

[leading - looking]

Page 24

leading  88:13
leads  36:7
league  27:18
leah  2:4 12:9
    184:25 185:10
leaned  190:22
learn  146:21
    181:14
learned  43:7
    143:14
lecture  89:19
left  50:4
legal  2:3 12:18
    33:3 34:5 35:22
    56:15 68:9
    199:23
legally  56:11
    127:15
legendary  53:8
legislation
    112:13
legislative  28:18
    29:4 30:10
legit  177:10
lengths  168:19
lesser  108:2
    118:6
letter  21:20
level  59:21 66:7
    76:6 78:25
    79:11,17 161:25
levels  59:16
liability  188:9,12
lieu  4:6
light  159:8
likelihood  119:2
limit  13:7,10

limited  50:17
line  37:7 51:8
    197:3,19 200:4,7
    200:10,13,16,19
lines  119:6,7
    158:23,24
    161:20,21
    162:25,25 165:7
    165:10,11 188:4
links  20:12
    190:8
list  15:13 16:7
    19:20 20:3,8,9
    20:14,17,22 21:1
    21:8,9,14 22:4,8
    22:20 23:4
    24:23,23 25:16
    26:6 27:11,24
    28:1 156:7
    173:1 190:4,6
    192:21
listed  51:19
    52:13 174:5
literature  43:19
    51:9 57:12
    170:6
litigation  1:12
    45:10 176:20
litigations  30:20
little  5:11 20:7
    25:10 32:19
    49:3,4 50:1 53:4
    53:18 54:7
    60:10 63:25
    66:23 71:11
    80:11 90:2
    161:15

liu  1:14 4:18,23
    7:9,11,11,13
    8:10 11:19
    12:24 14:3,14
    15:3 17:25
    21:11 22:4
    23:13 24:2,6,7
    26:6 27:10 28:7
    32:2,9,15 34:25
    35:20 36:12
    37:17 38:12
    42:12 45:20,25
    58:2 62:9 67:5
    91:10 96:15
    101:19 112:24
    119:5 135:9
    136:22 138:8
    147:17 153:25
    154:15 164:21
    167:8 168:24
    171:8,11,14,24
    184:8,15 185:19
    187:18 188:3
    189:7,17,23
    190:20 191:16
    191:19 193:10
    197:5,23,25
    198:2 199:5
    200:2,24 201:2,4
    201:12
live  119:22
    121:19 123:1
lived  121:7
llc  2:9
llp  2:21
local  29:11
    154:10 167:24

localities  160:25
located  7:13
    115:7,11,14
location  1:19
    116:15 121:22
    122:15,16
    123:15,23 135:7
    145:18,21,25,25
locations  127:2
    145:22
logic  73:22 86:2
    89:10 142:24
    157:18
long  9:3 10:6
    27:7 60:10
    105:15 173:25
    176:8
longer  35:17
    169:14
look  21:1,1
    22:18 24:23
    41:14 53:7,14
    58:20,23 59:7,25
    61:6 62:1 69:3
    72:10,21 80:6
    89:5 95:3 97:6
    99:8 101:11
    103:19 124:6,9
    135:21 140:12
    140:16 141:11
    148:9 160:9
    165:13 167:1
    168:19 177:9
    182:15
looked  76:18
    99:9
looking  48:24
    119:11 121:1

Baodong Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

[looking - mean]

Page 25

128:7 180:5
**looks** 51:23
130:1 152:19
181:10
**loser** 65:1
**losers** 65:11
**loses** 60:2
**lost** 54:9 73:2,11
**lot** 21:21 24:11
28:22 30:6
31:11 42:3
49:19 76:8,10
78:12 80:15
85:18 88:9,13
107:1 112:6
117:22 124:7,24
133:1,12,14
193:18
**loud** 118:10
127:17 129:11
129:12
**louder** 118:21
**louisiana** 2:16
**love** 124:16
**low** 76:10 120:23
133:22
**lower** 120:18
121:20
**loyal** 105:7,15
**luck** 14:6
**luckily** 98:3
**luke** 5:4

**m**

**m** 1:23 2:15
149:16 196:3,22
**mail** 18:13,17
22:15 45:14

174:1,17 179:23
183:16 189:5
192:14
**mails** 21:15
191:2
**main** 2:11,23
25:3 145:2
168:7
**major** 23:12
57:8,17 58:25
86:23 122:12
143:12
**majority** 39:7,9
39:10,12,13,15
39:25 40:4,7,10
40:18 42:10,10
43:9,10 47:13,16
50:9,20 52:3
55:19,20 105:13
132:5 133:1
186:8
**makeup** 58:24
**making** 16:15
**manageable**
98:4
**manipulated**
177:19
**manner** 4:14
**map** 32:10
109:20 111:23
116:2 118:25
148:10,21 149:1
150:7,14,16,20
198:3
**mapmaker**
116:12,22 117:2
117:15 118:8
150:5

**mapmaking**
117:4
**maps** 96:15
**margins** 48:5,8
**marked** 14:8,14
24:2 32:10,13
37:23 69:18
147:25 148:3
154:1
**master** 20:14
28:11 192:20
**match** 100:23
161:10 173:2
**matched** 100:19
100:24 101:9,17
162:20
**mate** 57:15
**materials** 7:24
8:5,7 15:15 16:2
19:10 21:13
23:6 155:16
187:25 189:7,10
190:1
**mathematical**
80:9
**mathematically**
40:6 41:9 93:4
93:21
**mathias** 2:10
171:20,23,24
173:17 175:6,10
175:24,25
177:22 178:11
179:9,16 180:4
180:15,23
181:13,25
182:11 183:1,22
184:1,9 186:10

195:9,11,18
197:9
**matter** 11:20
16:8 21:2 24:9
26:17,23 129:20
**mattered** 88:4
129:20
**matters** 41:13
57:14,15 90:23
116:15 129:21
134:5,7
**maximum** 13:7
**mayor** 88:14
**mbs** 1:7
**mcmaster** 199:4
200:1 201:1
**mean** 21:20 22:3
25:5 26:9 31:5
34:21,25 39:6
40:13 43:17
45:10 46:24
50:23 61:13
64:23 74:3,6,14
74:22 76:2
77:12 78:7
79:14 80:5,12
81:12,20,21 82:1
82:21 83:4,5
85:10,14,20 86:1
86:17 89:10
90:13,14 92:1
104:15 105:13
107:21 113:4
122:6 125:14
131:25 132:2
137:19,21 141:8
165:21 166:7
169:1 174:17

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[mean - names]**                                                Page 26

177:2,24 178:10
180:2,12 183:9
183:10,21
**meaning** 43:9
45:9 50:8 59:10
92:10 97:11,21
97:21 131:15
133:11,15
140:22 142:24
145:21 170:17
**meaningful**
160:3
**meaningfully**
156:11 168:25
**means** 5:19 57:2
69:3 90:22
**measure** 80:8
104:2
**measured** 88:19
**measurement**
78:10,21 79:6,7
79:19
**media** 30:6
**meetings** 18:13
184:19,23 185:1
185:8
**member** 181:16
185:12,15
**members** 18:12
179:18 180:7
181:4 182:23
183:4,11 186:7
**memorize** 8:14
**memory** 20:24
55:5 72:23
104:14 128:20
128:23 130:13

**mention** 109:8
159:6 175:21
**mentioned** 11:2
19:8 27:13
68:19 111:7
126:22 140:1
145:6 155:24,25
172:15 173:6
176:12 185:11
**mess** 133:15
**messed** 183:7
**met** 172:2
**method** 38:10
137:21,22,25
138:1 139:7
140:8 142:12
143:6 152:25
**methodology**
38:13 39:24
156:9
**methods** 29:24
172:23 174:5
186:15 187:21
**middle** 115:11
117:1,19
**midterm** 77:16
129:10
**mind** 54:4 111:9
147:21 180:3
194:10
**minimal** 85:19
108:11 157:10
**minimum**
189:12
**minority** 24:25
29:15,19 39:9,11
55:15 57:5,17
58:17 78:8

**minus** 40:2,14
40:23 41:10
74:9
**minute** 171:6
**minutes** 10:8,9
**misleading**
109:5 167:11
**missed** 139:2
**misunderstood**
183:2
**mixed** 57:5
**model** 24:25
**moment** 32:19
35:1 37:12 91:7
136:19 172:11
184:4
**month** 16:11,17
**months** 23:10
**morning** 4:23
**motivation**
33:14,23 35:23
**motivational**
34:10
**move** 51:7 91:13
93:7 96:11
108:19 115:25
116:10 117:18
124:7,24 133:11
133:16,16
135:12 137:2
139:25 163:5
**moved** 91:17,21
92:4,6,24 93:6,7
93:12,12,13,14
93:20,25 94:1,7
94:12,18 95:2,10
95:23,24 96:1,1
96:25,25,25 97:5

97:22,23,24
103:3 112:11,15
112:16,20,20
113:23 116:6,6
116:19,19,21,25
118:12 119:13
119:13 121:4,5
124:2,2 133:7,7
134:20,24 135:3
135:11,25 136:9
160:7 166:2
**movement**
134:12,17
**moving** 46:4
160:11
**multiple** 92:10
187:19,22
**mutually** 98:1
**mystery** 24:25

**n**

**n** 58:1 197:1
**naacp** 1:4 2:3
5:6 26:4 192:4
199:4 200:1
201:1
**naacpldf.org** 2:7
2:7 199:2
**nagin** 88:14
**name** 5:1 7:9,10
7:11,11 18:11,18
53:9 54:16,23
156:1 173:18,20
173:24 174:2
176:1 183:23
**named** 18:11
**names** 18:8,19
19:24 20:10

**[names - objection]**                                          Page 27

103:11
narrative   124:18
narratives   17:21
nation   27:19
  55:14
national   19:22
  29:12
nationally   19:19
native   146:19
natural   118:13
  119:6
nature   179:2
  180:1
navajo   27:19
navigate   194:3
near   56:13 61:8
neat   143:15
necessarily
  26:24 31:23
  74:22 105:16
  161:3
necessary   20:19
  36:16 58:20
  59:22 201:6
necessity   108:25
neck   86:24,24
need   5:23 7:1
  21:23 34:7
  55:14 58:23
  76:8,10,13 101:7
  103:7 174:19
  175:14,15,17
  178:19,20 179:5
  179:6 180:25
  182:15,16 186:4
  189:3,23 194:19
needed   17:12
  20:4 178:14

needs   158:21
neighborhood
  100:18
neither   34:16
  146:21 196:8
never   8:23 11:2
  11:5,17 18:25
  30:25 76:5
  81:21,25 86:17
  88:25 97:22
  104:15,15 109:6
  109:7 125:1
  146:4 158:22
  159:5 172:13
  173:10 176:9
  177:12 179:21
  179:24 180:1,2
  182:21 183:18
  183:19 187:14
new   2:6 8:23
  11:16 25:2
  28:10 36:15
  37:2,4,16 58:24
  61:4 65:16
  88:12 89:2
  94:25 129:16
  133:2 135:4
  145:3 157:24
  158:18 169:19
newcomer
  129:16
newly   60:4 63:8
news   99:3 101:2
newspaper
  15:20
newspapers
  15:14

nexsen   2:9
nexsenpruet.c...
  2:12
nods   5:25
nominated   57:17
nomination
  99:19,21 104:19
  111:16
nominee   53:24
  54:14 55:2
non   74:5 166:20
  167:1,3,5
nope   136:24
normal   111:11
  194:21 195:5
normally   49:22
north   112:8
  116:17 142:18
  143:9
notary   4:11,12
  196:4 201:13,19
note   56:25 68:1
  193:3 199:10
noted   15:17,24
  57:21 192:11
  201:7
notes   8:8 10:22
  55:5 138:8
  171:7 184:6
notice   14:13,21
  14:23 21:12
  22:7 59:4
  197:21
noticed   42:12
nuance   132:16
  145:20
number   58:22
  75:10 76:11,14

77:13,23 81:2
91:21,21,22 92:1
92:23 93:10,11
93:11,15 95:6,21
120:9 128:8,11
128:21,24 129:1
130:5,7,14,14,16
130:19,23 131:4
131:5 135:10,11
135:22,23,24
136:7 147:11
152:6,13,14
156:23 157:6
164:25 165:4
192:4,12
numbered   156:7
numbers   71:24
  72:20 74:22
  80:17 81:18
  83:5 85:12
  92:12 113:1
  125:4 129:25
  135:17 136:15
  193:7
numerator
  130:25 152:1,6
nw   2:16
ny   2:6
nygord   3:2

**o**

o   58:1,1 149:16
oath   4:7,8 5:18
obama   79:2 89:5
obama's   79:4
object   169:3
objection   4:13
  86:11 150:3,11

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[objection - order]                                              Page 28

150:18 151:8
170:2 173:14
175:4,8,13
177:21 178:8,16
179:13,19 180:9
180:19 181:7,18
182:4,13 183:6,7
**objections** 6:15
**obligation** 5:20
**obtaining** 29:6
**obviously** 9:23
10:19,21 18:24
19:11,14 21:15
23:1 25:8 30:5
41:5 46:25
49:18 53:12
54:7 56:11 57:6
58:15 59:18
60:18,20 61:20
64:7 66:14
67:15 72:20
80:2,5,9 83:1,7
97:20 110:3
117:3 125:8
127:12 131:6
133:1 139:12
144:9 145:20
152:5,6 158:3,21
159:19 160:4,12
165:25 166:11
170:4 172:10
193:21
**occur** 47:12,15
**ocean** 115:15
**offer** 37:17
159:23
**offered** 159:25
160:2

**office** 7:16 56:10
56:14 176:8
**offices** 57:20
**official** 194:19
196:13
**oh** 13:22 15:7
20:24 69:19
77:6 81:3 95:4
107:9 113:3
128:10 144:16
148:6,15,16
**okay** 7:6 11:21
14:1,5 15:11
16:6 23:19,22,25
24:3,14 25:15
28:7 32:6,7
33:17 35:15
38:4 39:19
40:20 43:21
46:6,8 47:5,8
55:7,7,25 62:24
63:18 69:19,20
70:14 71:4 72:8
73:19 74:10
77:11 79:23
82:11,18,22 85:2
88:21 90:6,6
91:15,15 92:11
94:3,14 95:12
96:3,14 100:2
104:9 106:7
109:19 110:16
113:21 115:21
116:23 118:15
119:9,21 120:11
123:22 124:7
125:16,23
128:23 129:22

130:21 131:9,18
132:1,5 135:9
136:3,5,11,16
137:4,7 138:3
139:10 141:16
143:3,25 147:22
147:22,23 148:5
148:5,8,17,17,20
148:21,24 149:7
154:12 156:4,6
162:3,4 163:4
164:11 165:25
167:10,20,22
172:15 174:10
174:13 176:3
177:4,8 179:6,17
183:23 184:1
193:3,17 195:13
**oklahoma** 28:12
**old** 157:17,25
159:13
**older** 123:7
**ones** 60:8 85:19
134:23 190:4
191:10 193:1
**ongoing** 12:14
25:8 26:2
**online** 15:21
176:9
**open** 189:22
192:8
**opened** 24:3
**opening** 23:20
155:24
**operational**
38:20 41:1
**operations** 48:6

**opine** 159:16
**opinion** 29:11
36:19 90:25
91:5 155:2
157:12 159:23
160:1,3,13
168:24 169:25
188:1
**opinions** 36:13
37:18,18 155:1
189:9
**opponent** 10:16
39:16 54:15,23
54:23
**opportunities**
50:17
**opportunity**
58:10 60:8
65:19 66:13
78:7 90:17
**oppose** 192:7
**opposed** 54:25
55:20 64:7 65:7
66:24 71:22
76:8 83:21
106:23 108:5
140:24 142:25
156:18 166:12
166:19
**opposing** 185:24
**opposite** 54:21
54:22,24
**opposition**
192:11
**order** 79:15
126:2 181:14
195:3,11,14

**[orders - pending]**            Page 29

**orders** 194:8
**organization**
  187:5
**original** 10:17
  17:12,15,20 19:5
  23:15 27:3 37:9
  59:10 69:21
  71:6 90:1,5,6
  93:16 94:15,23
  94:23,23 95:14
  95:17,17 132:24
  132:25 142:17
  144:3 148:16
  155:6 157:15
  160:9 175:20
**originally** 8:13
  9:13 117:6
**orleans** 28:10
  88:12
**outcome** 88:4
  170:22 179:4
**outcomes** 17:17
  18:6 66:2 142:2
**outlet** 31:23
**outs** 124:10
**outside** 146:7
**overall** 133:22
  141:22

**p**

**p** 70:3 147:24
  158:17 198:5
**p.m.** 1:18 195:24
**page** 15:1,9
  24:22 25:5 38:2
  38:5,8,24 43:22
  46:4,6 47:7
  48:25 55:23

58:4 67:25
69:12,18 91:14
96:13 100:6
137:3 142:6
146:10 148:6,11
148:12,17,19,20
154:13 156:4
158:5 160:14
163:6,7,7,25
166:14 167:9
168:4 197:3,19
200:4,7,10,13,16
200:19
**pages** 83:6 138:5
  163:5
**paid** 104:15
  127:11
**paragraph** 38:8
  142:8 146:11
  156:8
**parameters** 42:7
**paris** 9:14
**part** 20:1 30:11
  30:24 50:10,21
  51:8 57:3 59:13
  59:14 65:1 82:1
  82:6,25 92:8
  119:1 133:11,23
  144:10 145:24
  149:2,23 160:4
  178:24 189:21
  191:13 193:16
**participants**
  129:18
**participate**
  65:21 129:8,9
**participated**
  104:20 129:4

173:10
**participating** 4:2
**participation**
  76:7,9 103:4
  113:12,12 132:3
**particular** 18:5
  38:17,18 39:4
  41:15 54:11
  59:3 77:15 92:8
  93:13 94:1,2
  97:13,22 100:21
  101:12 103:17
  109:1,3 132:15
  140:17,23 141:1
  146:2 150:20
  152:4 158:4
  160:15,25
  178:22,23
**parties** 4:9 57:8
  86:23 97:16
  99:11 104:18
  111:18 112:23
**partisan** 109:2
  110:7 112:1
  141:7 167:13,15
  167:20,21,23
  168:1,3,11,22
  169:2,9 170:1,12
  170:13,16 171:2
**partisanship**
  33:13 34:8,22,23
  35:9 36:3,22
**parts** 123:2
**party** 4:13 34:14
  47:18 57:18
  90:8 96:12,21
  97:5,6,11,12
  98:13,14,21

99:14,14,16
101:23,24 103:8
103:9,24,25
104:1 105:1,5,5
105:7,8,12,14,14
105:18 106:1,5
106:10,13,15
107:1,1,10,11
108:6,7,22 109:8
109:14,21,21
110:2,19 111:8,9
111:16,17,20,24
112:21 121:25
122:2,17 125:9
126:3 129:5,20
134:18 135:14
140:6,13,14
141:19 142:8,19
142:20 143:4,24
144:4 145:15
152:18 159:6
168:13 170:5,7,8
170:17,18,21
171:1 185:24
196:9
**party's** 109:4
**passed** 112:13
**pattern** 50:6
  113:5 123:20
  141:23
**patterns** 56:12
  119:20,23
**pay** 86:21 90:14
**pays** 41:6
**peer** 13:15,21
  30:21
**pending** 7:4
  196:10

**people** 17:14
43:4 69:2
128:17 130:10
179:5 182:1
185:21
**percent** 31:6,17
31:22 39:3,6,7
39:14,22 40:2,3
40:13,14,16,16
40:17,17,21,23
41:10,20 42:17
43:15 44:7,20,23
51:24 52:18,18
60:15,19 61:14
61:21,22,23,25
62:2,15,17,21,22
63:2,3,16,24
64:4,4,18,19,20
66:10,13 68:2,14
70:10,19,19,25
72:6,11,17 73:12
73:16,18,19,21
73:24,25 74:3,7
74:7,8,11,12
75:3,3,22,23
78:11,20 79:15
80:19 82:11,12
83:12,15,19,21
83:21 84:9,10,10
84:13,13,14,18
84:18,20 85:4,4
85:6,6,14,14,15
87:19,20 119:2
120:6 122:22,23
123:14,17,18
124:7,11 130:2
131:3,11 132:19
133:4,13,13,18

134:13,13
151:24 163:24
164:23 165:3
**percentage**
41:10 48:8,14
54:24 58:25
59:2,4 61:25
70:15,19 71:8
81:1 88:23
105:22 124:3,5
124:12 130:24
131:8,11,19,22
133:22 152:5,14
164:13,15
**percentages**
79:24 81:18
113:1 130:22
131:1 132:9
152:2 157:3
166:12
**perfect** 107:25
181:10
**perfectly** 121:18
**performance**
112:1
**performed** 16:15
**period** 26:25
**person** 4:7 18:10
30:6 147:5
173:16
**personal** 68:11
182:22 183:18
**personally** 12:4
183:10 187:3
**perspective**
117:11
**ph.d.** 1:14 4:18
14:14 24:2,7

28:9,10 29:6
32:9 197:5,23,25
198:2 199:5
200:2,24 201:2,4
201:12
**phase** 188:16
**philosophy**
117:13
**phrase** 167:15
168:3,13,15
**physically** 4:3
**picture** 105:12
125:20 133:20
**piece** 31:1
**pit** 122:13
**place** 19:21 61:1
78:17 89:9
98:20 101:5
117:14 139:12
146:3 150:16
**placed** 5:18
147:3,4
**places** 27:5
**plaintiff** 2:2
69:22,23 139:20
139:23 153:19
153:22 159:11
175:2
**plaintiff's** 71:2
100:9 171:11
185:16,17,22
**plaintiffs** 1:5
8:20 16:22
18:24 26:15
65:15 67:6,14,22
112:4 138:9
154:24 156:3
168:18 172:7

185:23 188:5
**plan** 1:12 32:23
32:24 34:4,19
35:6 66:21
67:11 69:21,21
69:22,22,23 70:7
71:3,4,6,7,7,19
71:19 72:10
73:5,16 75:2,19
82:11 83:10,12
83:20,25 84:8,19
87:19 90:16
91:17 92:13
96:16 108:19
110:21 111:24
112:2,13 113:23
114:1,25 115:1
116:3 125:5
127:19 128:18
138:19 139:11
139:16,18,20,23
147:15 149:1
153:16,19,22
156:11,20,23,24
157:6,10,14,24
157:25 158:18
159:25 163:11
163:16,19
166:18 169:1,2
170:1,23 171:4
**plans** 58:15 59:9
60:5 69:15 70:1
70:11,18 71:3,22
71:24 72:6 78:4
83:5 89:24
**plausible** 36:9
130:4

Baodong  Liu , Ph.D.

The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

[played - presumably]

Page 31

**played** 19:15
34:21,23 35:8
36:1,21
**plays** 97:13
**pleasant** 26:4
**please** 4:14 7:2
35:20 46:11
116:1 147:20
165:8
**pleasure** 172:4,5
**plus** 39:7,22
40:13,21 41:10
41:20 60:15,19
61:23 66:13
72:17 83:3
**pockets** 118:15
**point** 37:2,20
43:20 48:19
55:4 73:4 87:15
87:17 93:8 94:6
103:11 107:22
118:21 139:1
143:13 144:16
156:15 163:22
164:17 171:5
174:2
**points** 159:13
191:18
**polarization**
42:23 43:8,9,12
**polarized** 20:5
26:20 37:15
39:18 40:24
41:2,3,21 42:8
42:18 43:11
44:11,15,15,18
45:5 49:7,9,13
49:21 51:14

55:10 56:6
59:18 74:12
158:7
**political** 19:25
28:9,12,15,19
29:21 68:12
101:18 112:1
160:24 161:10
162:21
**politics** 10:24
29:10,11,12 30:1
30:7,24,25 126:1
143:22 159:17
159:24
**pond** 149:2
**pop** 95:14
**population** 68:3
95:15 100:20
131:13 151:22
**portion** 115:19
**position** 180:13
**possible** 104:1
104:22 122:7
124:20 128:8
135:10 149:19
149:22 168:9
186:5 195:16
**possibly** 18:15
**posted** 187:9
**potential** 61:8
75:9 140:15
141:14
**potentially**
59:14 140:16
**power** 108:3
109:15 110:20
**powerful** 143:15

**practice** 167:24
**practicing** 41:23
**precinct** 99:1
101:5,10,18,20
105:3 124:22
149:2,13,14
150:9 161:20,25
162:25
**precinct's**
148:10
**precincts** 148:22
149:16 150:15
157:7 160:16,18
160:24 161:1,4
161:10 162:8,21
**precious** 58:12
118:2
**precise** 64:13
**precondition**
91:2
**predict** 89:7
**predominance**
34:6
**predominant**
51:2
**predominated**
34:3,17 35:5
**prefer** 50:24
158:24 170:7,8
**preferred** 46:21
47:24 56:19
59:20 60:15
61:15 62:15,20
63:3,18 64:2,19
65:1,17 66:7
70:10,16,20,24
71:9,21 72:7,12
72:16 73:1,10,20

74:4,9 75:23
82:13 83:19
86:9 87:20
88:24
**preliminary**
5:17
**prep** 9:5
**preparation** 9:8
10:14
**prepare** 8:11
154:15 155:6
**prepared** 13:15
23:14,15 36:23
**preparing** 13:12
16:23 155:5
**presence** 116:19
**present** 3:1 4:3
49:7
**presented** 11:8
**preservation**
126:13 144:15
**preserve** 117:16
**preserving**
126:24
**president** 5:3
57:4 89:4
**presidential**
19:14 56:23
57:6,10,11,20,20
76:20,25 77:3
79:5 104:23
105:4 107:5,12
108:20 109:22
109:24 111:6,25
129:9 130:8
**presumably**
182:2

Baodong Liu , Ph.D.                              August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

[pretty - pushing]                                           Page 32

**pretty** 9:9 11:14 12:2 42:25 53:13 114:1 143:15 173:4 190:23
**previously** 11:12
**primaries** 46:25 47:3 49:8,17,18 49:18,23 50:4,5 50:7,23 51:17 112:23 130:2 136:9
**primarily** 29:24 56:8 144:19
**primary** 19:15 37:3,10 44:1 46:18,23 47:1,4 48:22 50:11,19 51:21 52:14 53:14 54:9 99:9 99:10,15 101:13 101:14 103:1,7 103:14,20 104:11,21 128:4 128:9 130:7 132:3 135:25 152:18 190:14 190:17 193:22
**principle** 118:2 118:16 124:19 145:5 157:17 158:19,20
**principles** 89:25 90:11,20 112:6 118:5,22 126:9 126:22 144:6,12 151:7

**prior** 12:10 112:3 176:15 177:19
**privilege** 146:22
**probability** 54:6
**probably** 11:8 31:11,17,21 46:2 94:9,11 104:14 174:16
**probative** 55:9 56:5,17 57:22
**problem** 105:6
**procedures** 10:19 38:22
**proceed** 4:17
**process** 27:3 33:8,15 34:14 36:10 67:21 100:13 110:20 118:7 170:15 176:13
**processes** 134:19
**processing** 173:10 174:23
**produce** 41:15 48:7 59:17 64:10 66:13 67:17 89:16 190:23
**produced** 22:10 166:18 192:19 193:6,10
**product** 13:14 191:23
**production** 191:15 192:22
**professional** 1:23 88:7 196:4

**professor** 30:16 38:10 114:9
**profile** 19:13,16
**profiles** 20:13
**program** 21:20 159:5
**programming** 30:4
**project** 61:1 89:8 96:23
**projection** 63:21
**projects** 12:18
**promote** 68:16 69:4
**promoting** 69:3
**proponent** 36:18
**proportion** 68:17 145:10
**proportional** 68:4,8,14,21,24 69:4
**proportionally** 133:25
**propose** 171:6
**protect** 58:17 65:19
**protected** 112:7 118:23 127:15 127:19 144:24
**protecting** 127:5
**protection** 65:22 153:12
**proud** 31:12
**prove** 170:19,20
**provide** 6:3 16:22 17:1 19:9 21:12 23:6 28:3 33:2,12,19 35:23

**36:15** 90:22,25 127:13,23 180:25
**provided** 15:16 17:11 18:4,20,22 21:17 28:5 38:19 39:10 92:18 125:7 162:19 172:2 185:21 186:23 187:24 190:11 191:20 193:15
**providing** 39:12 158:9,14
**pruet** 2:9
**public** 15:24 29:11 129:5 173:8 187:11 196:4 201:19
**publication** 30:22 31:4,4
**publications** 15:14 24:20 31:18
**publicized** 77:18
**publish** 31:15
**published** 24:20 25:1,6 30:2 31:1 31:22
**pull** 14:3 32:6 192:1
**pure** 68:4,8
**purple** 149:3
**purpose** 58:19
**purposes** 161:2 184:25 192:7
**pushing** 65:16

Baodong  Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

[put - raised]

Page 33

**put** 21:24 56:25
57:2,16,21 75:7
93:22 94:12
97:11 102:17
108:3 109:13
112:12 126:3
133:2 138:20
140:23 141:5,13
141:18 142:16
152:8 165:14,20
170:20 175:20
179:22 189:4
192:25
**puts** 109:7
**putting** 189:20

**q**

**qualified** 187:18
**qualify** 193:19
**qualitative**
29:22 127:13
**quality** 99:6
112:21
**quantify** 78:3
**quantitatively**
65:11 66:22
**question** 5:10
6:17,20,23 7:4,4
13:19 33:1 35:3
35:16,19 38:12
43:18 44:25
46:11 47:17
56:7 58:9 60:17
62:10 67:25
68:13 69:6
71:11,13,14
72:24 73:23,23
74:24 79:23

80:11,14 81:3
82:10 85:3
86:19 88:6
90:24 94:20
96:4 98:17
100:4,11,25
101:15 104:7
107:10 108:16
108:18 109:19
109:25 110:1,10
110:12,18
111:20 113:24
114:3,6,24 115:6
115:23 116:9,22
117:10 119:8,19
120:2 134:25
135:19 142:15
143:8 145:5,14
147:12 150:5
159:18,21
162:11 165:8,23
174:23 177:16
178:22 179:24
180:13,21
181:24 183:12
188:4,10
**questionable**
124:4
**questions** 6:16
11:20 16:21
32:20 38:3 46:1
66:4 83:10
85:11 97:9
102:15,16,24
113:16 114:23
127:25 137:6
138:5 145:11
162:14 171:8,15

171:19 173:13
173:16 178:25
184:5,16,18
186:10 188:24
189:3,24
**quick** 88:11
171:7
**quickly** 103:4
184:6
**quite** 71:7
**quoted** 167:18

**r**

**r** 21:19,19,20,20
30:4 149:15
200:3,3
**race** 29:13 32:25
33:7,13 34:3,13
34:17,21,24 35:5
35:7 36:3,4,8,20
39:17 43:25
54:11 55:1,22
57:5 77:17 90:8
96:12,21,24 97:2
97:3,11,13,15
98:23 99:2
101:21,25 102:5
102:6,10 105:23
105:24 106:6
108:22 109:7,14
110:19 111:20
112:20 121:25
122:2,17 124:24
125:8 126:1,3
129:5,18,19,21
134:18 135:13
138:18 140:6,13
140:13,19,22

142:7 143:22,24
144:4 145:10,15
152:19 158:10
158:15 159:6,17
159:24 160:12
161:25 167:6
170:5,9,11,14,21
170:25
**races** 20:18
22:21
**racial** 11:9 19:25
26:11 27:11
29:19 38:17
58:24 68:17
99:3,4 101:4,20
102:2,11 104:5
105:3 140:23
141:5 144:9
145:8,13 158:23
158:24 163:18
165:7,10,11
167:3 168:22
169:8,16 179:4
**racially** 20:4
26:20 37:15
39:17 40:24
41:2,3,21 42:8
42:17 44:10,15
44:18 45:5 49:7
49:9,12,21 51:13
55:10 56:6
59:18 74:12
158:7
**raise** 13:9 79:18
174:22 179:1
**raised** 13:9
179:24

Baodong Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[ran - registration]**                                              Page 34

ran  8:15
random  140:19
range  45:3
rankin  5:4
ranking  164:18
rapidly  89:4
rate  13:1 31:16
rates  64:23
ratio  166:23
rationales  133:5
  168:18
raw  81:18
ray  88:14
reach  66:22
reacted  154:19
reaction  124:17
read  8:22 18:24
  95:24 98:12,18
  110:5 112:4
  124:16 131:2
  143:9 155:2
  161:16 167:25
  169:5 172:9
  175:19 195:21
  199:9 201:5
reader  53:6
ready  102:20
real  76:14 85:25
  125:4 143:1
  159:9 171:7
  184:6
realistic  111:19
  113:11
reality  40:15
  63:12,13
realized  172:11
really  120:22
  163:6

rear  3:6
reason  6:9 7:1
  37:20 57:2 76:7
  87:6 93:1,24
  94:9,12 96:24
  97:5 101:19
  105:8 106:19
  134:18 158:18
  166:17 178:1
  180:8,16 199:11
  200:6,9,12,15,18
  200:21
reasonable
  47:20 75:17,20
  76:17 77:20,25
  84:3,5,20 85:7
  133:4
reasons  109:3
  125:13
rebuttal  10:16
  10:18 11:5,17
  13:16 16:4,24
  23:17 32:5,8,14
  32:16 37:19
  90:1 120:4,5,13
  147:18,24
  148:14,15 154:1
  154:15 155:5,7
  155:16 156:2,5
  163:6 167:9
  172:10,12
  175:19 190:21
  198:1,4
recall  12:3 18:11
  72:15 103:11,13
  104:3,10,13
  143:10 155:23
  167:17,25

173:19,24 176:2
  176:19 184:18
  184:23 185:12
  185:14 186:10
  188:3,15 190:22
receipt  177:20
  199:18
receive  52:2
  155:10 174:6
received  8:2,18
  10:18 11:18
  17:19 21:11
  22:13 28:16
  31:7,11 44:19
  51:24 52:17,21
  79:5 94:15
  156:1 172:9
  175:3 177:25
  181:1 186:6
  189:6,9,19
  191:25
receives  60:15
  70:25
receiving  94:4
recess  45:17
  67:3 91:8
  136:20 171:9
  184:11
recognition
  143:13
recognize  14:9
reconstituted
  190:15
record  5:24,25
  7:10 45:16,19
  91:6 101:6
  102:17 121:13
  129:6 136:18

143:18 155:3
  173:22 184:3,25
  189:4,20 190:2
  191:6,10 192:6
  193:2 196:7
recorded  19:5
  102:3,6 129:5
records  21:16
recovered  9:19
rector  2:5
redistricting  5:5
  5:14 25:22 26:7
  26:17,24,25 27:3
  28:18,25 29:4
  30:10,19 31:25
  33:8,15 34:14
  36:10,21 69:14
  110:20 111:21
  123:21 134:19
  159:10 170:14
  170:23 176:13
redrawn  188:20
reduces  156:23
  157:6
referenced
  191:20 199:6
referencing
  191:21
referred  179:11
refers  16:19
reflection  113:11
regard  20:6
regardless  75:2
region  140:17
registered  1:23
  59:2 196:3
registration
  47:18 98:21

Baodong Liu , Ph.D.
August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[registration - republican]**
Page 35

101:21,23 102:8
102:9 103:25
105:18 107:11
109:21 111:24
142:19,20 143:4
**regularly** 186:14
186:23
**reimbursed**
16:18
**rejected** 31:4,18
31:24
**rejection** 31:7,16
**rejections** 31:12
**related** 19:10
41:23 80:10
144:7 158:11
191:3 196:9
**relationship**
181:23
**relatively** 78:14
140:11
**reliable** 103:23
108:13
**relied** 15:15,17
16:3 18:1 21:13
23:10 156:9
186:13 187:7,22
188:1 189:8,18
190:20,25
193:10
**rely** 15:21 21:7
88:23 89:16
98:21 99:4
101:8 153:13
155:4 185:20
186:24
**relying** 102:11

**remain** 93:5,11
**remained** 91:21
**remarkable**
77:19
**remedial** 188:16
188:20
**remedy** 26:21
67:10 82:21
**remember** 18:10
18:18 93:3
98:20 103:7
105:25 155:19
155:25 183:24
**remembered**
173:19
**remind** 144:17
**remotely** 4:5,8
**reopen** 189:22
**rep** 107:14,14
**repeat** 5:10
46:11 71:12,14
84:24 116:1
134:25 149:23
159:21 165:8
188:10
**repeated** 159:12
**replicate** 95:6
**report** 8:13,14
10:15,17,22
13:13,16,16
15:18 16:4,4,23
16:24 17:20
19:6 23:15,16,20
24:1,7,8 25:14
32:5,8,14,16
35:11 36:23
37:9,23 38:3,20
42:13 44:6 46:1

46:5 48:25
49:15 55:8,9,24
57:1 58:4 60:7
72:21,22 79:11
79:24 81:10,16
88:21 90:1,4,5,6
90:11 91:14
92:19 105:19
109:5 110:6
120:4,5,13
122:16,18,18
124:15 126:9
127:8,22 132:17
135:16 137:1
138:8,17 139:2,5
139:5,8,9 142:6
143:10,14 144:3
144:12 145:14
147:18,24
148:13,13,13,14
148:15,16
151:14 154:1,16
154:19,23,24
155:4,5,6,11,12
155:16,20,24,24
156:5 158:16
159:17 160:7,15
161:14,16 163:6
167:9,12,16
168:2,6,14 169:6
169:14 172:20
174:9,11 176:6
176:17 181:6
187:24 189:12
190:12,21,21
191:4 192:15
197:24 198:1,4

**report's** 168:7
**reported** 1:23
17:20 37:9 74:2
138:17
**reporter** 1:23
4:1,16 5:22,23
5:25 17:23
109:17 114:13
121:9 194:8,14
194:20 195:1,5,9
195:15 196:1,4
197:12
**reporter's** 58:1
**reporting** 4:4,14
**reports** 13:12
23:13,18 28:5
29:23 32:22
33:6,18,19,24
34:17,20,23 35:4
35:7 36:12,15,20
37:19 45:12,13
91:1 156:2
175:19,21 185:5
188:1 190:19,24
192:3
**represent** 5:2
92:12 171:24
**representation**
68:5,9,15,21,25
69:5 98:7
**represented** 6:12
27:6
**representing**
8:19 185:24
**reps** 134:13
**republican**
46:24,25 47:1,16
47:21 48:2

Baodong Liu , Ph.D.                                  August 4, 2022
The South Carolina State Conf vs. McMaster/Alexander

49:17,17,18,23
50:4 51:20
52:11,14 53:24
54:14 55:2 57:8
99:14,21 103:8
103:21 104:11
105:10 107:3
132:14,15,18
133:18 156:12
156:16 159:20
160:4 167:18
168:20 169:1
170:8
**republican's**
110:9
**republicans**
47:22 52:9
53:15 106:22
108:18 121:3,3
125:11,11
132:12 133:2,9
133:12,21,22,24
134:4,16 135:23
136:12 141:9
**reputable** 187:5
**request** 7:3
**requested** 17:18
18:4 186:11
**required** 150:14
201:13
**requirement**
147:6
**research** 19:12
29:7,14,18,24
30:1,14 40:11
96:23 176:25
**reservation**
189:21

**reservations**
158:3
**reserve** 36:14
**residential**
119:20 121:21
**respect** 52:25
145:6 152:18
158:20 191:15
**respected** 178:3
**respond** 181:9
**responded**
127:21
**response** 4:15
22:6 189:12,15
**responsibility**
144:2 154:18
**responsible**
17:15 158:9,14
**responsive** 16:10
**rest** 149:3 150:2
**restated** 160:3
**restore** 157:17
**resubmit** 31:20
**result** 21:7 80:9
112:12 123:8,8
137:19 138:15
141:11,17,21,22
153:5 170:14
**results** 17:9
20:23 21:25
48:7 49:10
67:20 81:25
82:5 83:7 87:23
89:17 97:17
98:6,7 110:21
111:25 112:14
112:16 113:5
125:5 127:17

140:20 141:3
153:8 157:10
**resume** 12:20
**retained** 12:1,4
12:11,15
**retention** 157:3
**return** 45:25
199:13,17
**reveal** 55:19
134:9
**revealed** 56:12
63:6 86:1
**reveals** 62:3
**reverse** 89:3
**review** 10:13
13:15,21 22:8,9
23:16 153:8
171:7 184:6
199:7
**reviewed** 10:15
10:20 11:1
30:21
**revise** 31:19
**richard** 28:21
**richland** 164:7
166:1 196:14
**right** 7:17 8:3
15:5 26:10,25
28:7 36:15
37:22 38:6 39:4
39:24 40:25
41:13 43:16
44:4 45:11 46:6
46:22 48:2,22
49:1 51:14,21
52:4,15,19,23
53:7,9 54:21
55:11,25 56:2,21

57:15 58:18,19
58:23 62:17,24
62:25 63:5,17
65:20 66:8,9,11
68:6 69:12,23
70:1,4,7,12,21
71:10 72:2,4,13
73:7,8,9,9,12,17
73:21 75:4,14,17
76:6,20 77:23
80:7,21 81:2,8,8
81:11,12,13,14
81:19 82:3,16,19
82:19,20,25
83:13,22 84:15
90:12 91:13,18
91:23 92:11,24
92:25 93:8,13
94:4,17,20 95:19
96:3,3,3,11
100:22 105:21
105:23 106:11
106:16,20,24
107:1,22 108:23
113:19 114:3
115:19 116:7
117:9 120:7,15
120:19,21,23
123:6 125:24
126:1,17 127:25
129:23 130:3,18
131:3,24,25
132:13,16
133:10,11,25
135:3 136:9,10
138:1,10 143:23
144:1,15,18
146:25 147:17

Baodong  Liu , Ph.D.
The South Carolina State Confvs.McMaster/Alexander

August 4, 2022

[right - see]

Page 37

148:13 151:13
151:22,24
152:19,20 154:6
156:24 163:13
163:20,25 164:5
165:5 168:6
172:17 176:21
178:7 180:5,24
181:17 182:3
183:24 188:8,11
188:14 193:7
195:21,22
**rights**  25:16 27:4
28:22 157:21,21
158:10 189:21
**rigid**  43:5
**risk**  108:8
**rmg**  1:8
**robust**  170:22
**role**  19:15 33:5
33:11,13,13
34:22,24 35:8
36:1,21 97:13
158:10,15
159:16 167:13
**room**  4:4 7:18
**rough**  104:14
194:9,15,17,21
194:24 195:5
**roughly**  183:3
**row**  93:10,14,15
95:20,22,22
100:25 101:16
131:7,7,15,15
133:7 135:21
187:3
**rows**  101:9
162:20

**rpr**  196:22
**rpv**  21:25 38:13
38:20,21 46:9,13
46:16 48:10
49:21,22 50:15
50:22 54:18
56:8 59:14,16
70:6 74:18
78:24,25 80:2,4
90:7 103:19
110:17 158:7
159:6 178:18
181:12
**rtv**  67:11
**rules**  5:17
143:16
**run**  21:6,21 65:5
92:18 114:16
130:1 141:19
156:17
**running**  21:25
57:15 65:9
103:9 111:18
**ruth**  192:24

**s**

**s**  2:4 58:1 149:16
149:16 197:17
199:1 200:3
**safe**  171:16
**salt**  1:20 7:15
**sanchez**  176:1
**saw**  11:17 45:22
111:6 185:7
**saying**  102:19
106:9 107:13
139:5 159:22
162:8 165:18

**says**  38:8,24
43:19 74:12
95:10 122:1
123:9 142:9
156:8 161:4
193:23
**sc**  2:11,23 69:15
**scenario**  40:15
41:7 117:17
**scenarios**  40:9
**schedule**  9:13
186:3
**scholar**  29:13,22
34:7 35:22
41:24 90:19
109:13 112:18
**scholars**  36:6
42:4,5,9,20,22
43:4 52:6 61:12
64:12 68:22
86:20 88:20
89:12 108:10
172:11
**scholarship**  29:7
30:11
**school**  28:14
**science**  28:9,12
28:15,19 96:23
122:11,12
140:25 143:16
159:14 173:7
**scientist**  140:12
**scientists**  68:12
97:8
**scott**  199:4 200:1
201:1
**screen**  147:22
154:6

**scroll**  14:25
73:14 83:18
84:17
**scrolled**  25:13
**scrolling**  24:12
**scrutiny**  108:3,4
**seal**  196:13
**sean**  147:24
198:5
**season**  130:7
**seats**  19:21 68:6
69:10
**second**  14:1
24:24 25:2,24
29:23 43:25
59:14 65:8 94:5
142:8 146:11
151:15,18
152:13 153:24
175:24
**secret**  87:8
**section**  25:22
26:8,9,14,19
29:1 65:15
81:16 91:4
135:16 146:12
**see**  15:3,4,10,12
21:6,9 22:20
26:5 27:18
44:16 49:19
50:5,22 54:1
55:24 60:1,7
61:7 66:20
69:16 71:15
75:15 86:1 87:6
88:13 89:10
93:8,9,11,17
94:4,5 95:4,18

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[see - skeptical]**                                              Page 38

97:12,14,16 98:3
98:15,16 107:22
109:11,14 114:1
123:11,19,20
126:4 130:14
133:10,19 134:3
138:22 140:8,19
148:4,11,15,23
149:6,8 154:7
156:13 167:4
170:3,4,12,21
171:3 193:18
**seeking** 188:5
192:10
**seen** 8:24 11:3,4
11:5,12 128:19
182:25
**seldom** 40:15
**selected** 145:2
**senate** 2:14 5:2,3
5:4 14:12 19:16
19:16 77:8,17,22
112:10 145:5
192:23 197:20
**send** 45:14
155:15 189:5
**sense** 95:8
194:12
**sensitive** 88:19
88:19
**sent** 22:14 154:2
154:25 155:12
155:20,21
193:17 199:14
**sentence** 38:7
142:8,16
**separated** 166:4

**separately** 78:22
**series** 87:22
**serve** 30:17
**served** 25:17
27:25 28:2
**set** 42:7 70:15
178:23
**sets** 46:10,12,14
**seven** 47:12 83:4
**shakes** 6:1
**shanghai** 28:14
**shape** 117:16
181:10
**shaped** 114:22
140:15
**shapefile** 162:22
182:7
**shapefiles** 173:8
**shaping** 126:5
**share** 14:7 23:24
52:22 72:7,17
82:13 83:19
85:4,5,7 86:9
87:20 154:8
**shared** 11:3
**shares** 71:20
**sheet** 15:9 187:3
199:11
**shocking** 161:15
**short** 20:17
41:14,16 63:4
**shortcut** 49:22
**shorthand** 168:5
**shortly** 12:22
189:5
**show** 20:22
22:17 32:2 36:7
49:6 65:1 67:20

73:7 92:23 98:6
113:6 129:11
138:24 142:16
147:17 166:22
167:1 170:18
**showed** 22:11
23:1 138:18
141:20
**showing** 53:15
149:1
**shown** 20:8
113:1 116:3
158:6
**shows** 49:8 68:2
69:20,25 70:3,6
70:9 73:6 95:13
112:12 118:11
124:1,14,15
125:19 129:12
145:7 151:20
163:10,11,18
**side** 36:18
103:20,21,22
112:10 134:6
154:21
**sides** 37:14
67:11,16 82:22
122:1
**sign** 195:21
199:12
**signature** 196:21
**signed** 112:14
192:16 199:20
**significant** 43:3
74:25 75:5,21
86:8,13,18 87:24
87:25 88:1 89:8
156:25

**significantly**
63:25
**similar** 71:8,8,20
72:1 114:1
152:17
**similarities**
115:2
**similarly** 136:6
152:24
**simple** 152:3
**simpler** 80:15
135:19
**simplified** 79:20
**simply** 21:20
34:12 51:1,3
59:20 63:16
64:3 66:6 68:19
78:21 93:22
99:24 103:19
105:2 118:13,21
119:11 125:1,4
130:9 133:8
134:17 157:24
159:12 178:6
180:18
**simultaneously**
99:13 106:5
**single** 147:3,4,7
185:11
**sir** 46:7 85:1
**sit** 43:13 130:18
**sitting** 172:1
**situations** 27:6
**six** 49:12 56:1
117:21 146:14
146:24 147:11
**skeptical** 74:15
178:1

Baodong  Liu , Ph.D.                                          August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[skepticism - statistical]**                                    Page 39

skepticism   178:4
slash   138:4
slightly   115:5
small   41:6,11
    100:17 124:3,5
smallest   100:15
smoaks   149:14
    149:20 150:1,9
    150:17 151:5
social   96:23 97:8
    140:12 143:16
society   68:20
software   21:21
solutions   199:23
solving   24:25
sonia   176:1
soon   195:16
sorry   22:3 35:15
    44:14 53:3
    60:10 114:11
    125:14,17
    152:11 183:6
    191:8
sort   172:23
sought   26:21
sound   40:8
    81:20 120:7
    130:3
source   173:3
    177:11 178:7
    182:9 187:14,16
sources   15:21
    173:5,9 174:5
    176:19 177:7
    182:18 187:1,2
south   1:1,3,19
    2:11 5:6,7,13
    10:24 19:12,15

19:21 30:22,24
31:1 33:9 37:4
47:19 51:9
57:19 68:3,6
76:16 77:18
78:24 87:8
89:14 92:20
96:16 98:20,24
101:4,20 102:10
105:1 109:13
115:19 119:24
120:1,6,18
142:20 146:4,15
146:19,22
157:19,19 158:2
161:19,24 162:1
162:10,12,25
164:3,15,22
165:1 170:7,8
176:25 187:12
190:7 192:4
196:5,15 199:4
200:1 201:1
southeast   199:15
southern   30:24
    30:25
space   72:20
speak   68:15 69:2
    127:17 129:12
    143:8 162:14
    173:11 177:5
    192:8
speaking   40:6
    64:24 133:25
    145:1
speaks   118:10
    118:20 129:11
    145:4

specialties   127:3
specialty   90:15
    118:9 151:2,10
specific   16:21
    43:14 78:10
    164:10,18,24
    165:4 178:21
specifically
    26:18
spell   7:10 57:25
spend   9:3 10:11
spent   9:7,11,12
    9:16 16:13 88:7
split   91:22 92:1
    92:9,12 98:2,4
    118:12 119:1,3
    147:14 148:25
    156:23 157:6
    160:16,16
    163:11,12,15,19
    163:23 165:19
    166:19,20,22,25
    167:1,2,3,5,5
splits   126:25
    165:7,10,13
spot   45:11,15
    130:15 164:4
spread   118:19
spreadsheet   11:7
    20:18 22:23,25
    23:4 101:16
    190:6 191:19
    192:18 193:8,14
spreadsheets
    22:12 193:18
stable   89:15,15
staff   185:12,15

stage   188:9,12
stages   82:21
stamp   192:2,4
stamped   193:15
stand   36:22
    125:7
standard   42:17
    43:15 58:6 68:9
    140:25 179:3
start   24:12 38:2
started   30:12
starts   58:3 96:12
    163:6
state   1:3 4:10,12
    4:14 19:14 26:4
    28:12 29:11
    119:6 157:20
    167:24 187:10
    196:5 199:4
    200:1 201:1
stated   8:14 25:9
    34:21 36:20
    52:5 92:17
    101:3 107:20
    144:8 153:7
    160:7
statement   35:22
    157:13
states   1:1 5:6
    89:4
statewide   37:11
    77:14 120:5
    163:24 164:23
    165:2
statistical   11:6
    21:20,21 30:4
    50:20 51:7 61:7
    75:8 98:6

Baodong  Liu , Ph.D.                                                      August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[statistical - tables]**                                               Page 40

109:10,16 119:3
122:3,7 140:20
159:4,5 167:4
**statistically**
64:24 166:20
**statistics**   11:10
97:17 108:13
**stay**   95:18 99:15
123:3
**stayed**   97:1,22
116:4 119:12
121:4
**stephen**   142:10
**stop**   41:4
**straight**   88:21
178:6
**strategical**   51:10
53:16
**street**   2:5,11,23
**strongly**   35:25
54:9
**student**   30:12
**students**   176:4
**studied**   157:19
**studies**   28:23
29:17 30:1
**study**   96:12,21
104:23 114:9
138:12 140:1,7
142:7,9,13
144:18
**stuff**   93:23
112:16 136:15
174:19,23
**submitted**   8:1,17
15:23 16:17
22:16 31:3,23
154:22

**subpoena**   189:13
189:15
**subscribed**
201:14
**substantially**
71:20 72:1
**substantive**
139:8
**subtle**   132:16
**success**   64:23
**succinct**   94:10
**succinctly**   58:12
**sudden**   88:15
117:7 118:4
**sufficient**   138:24
**suggest**   157:24
161:5
**suggesting**   96:7
**suite**   2:11,23
**super**   40:10
42:10,10 90:21
105:13 161:9
**supplemental**
36:15,23
**support**   33:3
38:17,25 39:11
39:12,23 40:1,3
40:4 42:17 44:7
45:2 51:24 52:3
54:2 66:7 72:11
74:4,8,18 75:22
138:21,21
144:21 186:6
**supported**
109:22
**supposed**   14:19
35:19

**supreme**   43:8
167:23
**sure**   5:12 7:7
16:1 28:9 31:6
39:19,21 41:22
45:3,12 46:3
49:5 55:25 61:9
67:13 94:24
96:22 100:5,5
102:14,23
103:10 107:23
113:3 115:17
125:16 131:2,2
135:2 138:7
149:24 151:19
154:13 164:5
177:6 193:25
194:20 195:1,15
**surprise**   49:24
52:12
**susan**   1:23 196:3
196:22
**sustained**   180:12
**switch**   110:1,12
111:8
**sworn**   4:12,19
201:14
**systematic**
118:18

**t**

**t**   197:17 200:3,3
**tab**   14:4,9 15:4,6
15:7,8 32:3
37:24 148:2,14
154:2
**tabbed**   23:20

**table**   11:8,8
43:22 47:7,9
48:9,24 49:4,6,8
49:25 51:13,20
53:6,10 54:2,19
55:23 56:18
62:5,5 69:12,17
69:18,19,20
79:10,24 80:3
81:6,12,15 83:1
83:11 91:14
92:3 93:25
94:10 98:3,9,9
98:18,19 99:24
100:1,6,10
102:11,20 107:7
107:13,19
109:11,11
112:24 113:6,10
113:16 119:11
121:1,16,21,23
123:25 124:13
125:19 128:1,7
129:2,3 130:22
133:6 135:8,9,13
135:15 137:2,9,9
137:17,18,25
138:1 148:12
151:20 152:18
152:21,22,24,25
158:6 163:8,8,10
163:10,18 166:7
166:11
**tables**   11:6 17:21
98:5 105:25
163:7 190:12
193:24

Baodong Liu , Ph.D.    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

**[taiwan - think]**    Page 41

**taiwan** 199:4
200:1 201:1
**take** 5:22 7:5
14:19 21:1
28:17 32:18
50:3 58:10 59:4
61:10 63:12,14
89:9 107:2
123:14 128:15
129:2 130:6,19
131:9 132:18,23
170:9 184:5
194:24 195:3
**taken** 1:21 28:19
55:13
**takes** 78:12
108:24 115:18
**talk** 9:25 10:2
13:20 24:11
45:20,23 72:5
91:10 113:17
120:3 136:22
160:16 171:11
191:24
**talked** 8:20 9:23
13:17 53:8
155:17 159:19
174:18
**talking** 15:5,6
30:6 49:16 64:5
65:23 66:20
69:17 79:1
82:24 87:12,13
88:3 100:9
110:8 113:25
121:2 136:25
145:12 146:10
148:4

**tallied** 60:4
**tally** 99:2
**target** 123:21
124:14 134:11
134:17
**targets** 124:1
**tas** 176:4
**teaching** 176:9
**team** 18:2,3,9,12
21:17 92:18
100:9,13 161:9
162:13,19
172:16,21 174:4
174:14,18 175:3
176:21,23 177:3
177:14 178:3,5
178:20 179:11
179:12,18 180:7
180:11 181:5,16
181:22 182:21
182:23 183:5,11
186:7,8 187:15
189:20 190:11
190:15
**technical** 114:17
121:8
**tell** 5:20 8:10
48:19 94:19
96:1 130:25
135:23 136:7
146:20 152:1
162:9 168:14
178:14 190:3
195:12
**telling** 193:8
**tells** 65:25
**ten** 10:12 83:6
163:15 164:2,20

**tenacity** 31:12
**tend** 47:22 52:7
65:4,5,8 77:1,15
88:9
**tends** 61:15
**term** 109:16
168:22 169:5
**terms** 9:5 11:7
29:12 41:9
43:12 58:24
59:16 62:1
64:15 65:12
78:2 97:13
114:19 125:20
129:13 138:19
141:7 144:22
145:10
**test** 55:21 72:23
97:13 108:22,23
109:9 112:19
114:8,10,18
122:16 128:23
167:4
**testified** 4:19
27:14,22 184:17
184:22 188:15
189:8,9 190:5,10
190:13 191:11
**testify** 6:6,10
150:20 151:3
**testifying** 4:10
**testimony** 5:23
28:3 33:2 35:23
86:25 88:25
90:23 127:13,23
185:14 199:9,18
201:8

**testing** 20:24
128:20
**text** 81:15 119:3
**thank** 4:24,25
7:7 9:20 27:9
40:20 51:12
52:25 54:12
60:12 62:9
64:16 67:24
69:8 71:15,17
72:23 79:9
89:22 102:13,22
119:17 125:23
129:22 136:5,16
138:3,6,7 142:4
142:15 147:13
151:17 152:16
163:4 171:5
172:1 184:1
194:2
**thanks** 189:1
**thereof** 196:11
**thing** 84:7
124:17 134:5
136:12 152:17
161:3 162:9,10
191:1
**things** 90:21
117:20 123:7
161:15 177:11
179:1 180:1
**think** 15:19,22
20:25 23:8,11
24:15 25:7
33:22 53:23
69:11 75:20
76:17 77:19,25
78:12,20 79:6

[think - tried]

80:14 86:6,18
94:6 101:22,23
103:2,16 104:6
106:18 111:19
120:4 121:11
125:24 126:7
135:18 138:5
143:14,21 145:4
150:25 151:13
165:12 171:2,16
171:20 172:15
172:25 173:18
174:13 177:17
180:16 183:2
184:4,14 189:2
192:20
**third** 26:1 95:22
99:16 106:25
107:1
**thomas** 1:9 5:3
**thought** 167:7
**thread** 174:17
**three** 46:10
51:14,16 58:20
60:6 94:23 95:2
95:10 97:20,25
123:19 166:24
174:16
**threshold** 38:16
39:15 40:18,19
41:20 42:6
**ticket** 57:7,9,13
**time** 1:18 8:16
9:15 10:10 13:6
13:9 16:7,13
31:17 58:12
63:19 71:16
88:18 103:9

105:15 109:9
155:20 172:13
175:18 188:25
189:11 199:19
**timeframe** 199:8
**timeline** 186:3
**times** 10:2,4 31:8
174:13,16,25
183:12,14,21
185:7 186:9
187:19,22
**tiny** 143:11
**title** 15:11
148:22
**titled** 15:9 24:6
91:16 192:20
**tjh** 1:8
**today** 6:4,7,10
6:12 7:14 12:9
14:20 24:12
30:18 43:13
144:17 146:1
184:17 191:11
**today's** 7:24
8:11 10:14
**told** 19:4 21:7
128:11,24
130:16 137:24
**tomorrow**
195:12,19
**tonight** 194:21
194:24
**tool** 122:4
140:11 143:15
**tools** 108:25
**top** 57:9,13
164:20

**topic** 28:25
91:14
**topics** 126:20
**total** 10:10 23:17
48:8 128:8
130:23 131:5,6
131:12,14,16,17
135:10,11,17,22
135:23,24 136:7
164:12 174:25
183:14
**totally** 54:9
**totals** 48:4 79:25
81:18
**touch** 194:1
**traci** 25:24
**track** 165:7,10
165:11
**tradition** 145:6
145:11,13
**traditional** 34:3
34:18 35:5
89:25 90:10
118:16 126:8
144:6
**traditionally**
132:14
**transcript** 3:6
195:22 196:6
199:6,20 201:5,8
**transmission**
191:2
**transmit** 180:18
**transmitted**
192:3,15
**transmitting**
190:19

**transparent**
112:5
**transpired** 91:8
**treated** 117:23
117:25 125:10
125:11 129:19
**treatises** 15:14
**treatment**
108:17
**tremendous**
53:25 169:23
178:2
**tremendously**
20:1
**trende** 10:16
11:6 90:2
147:25 155:22
156:10,14,22
158:6,14 159:16
162:6 167:12,15
190:24 192:2,15
198:5
**trende's** 11:17
23:16 109:5
110:6 124:15
127:21 147:18
155:4,10,23
157:2,5,9 168:5
168:14 169:14
172:10,12
190:19,20 191:4
192:16
**trial** 28:4 188:13
**tried** 8:14,16,22
8:25 20:16 27:8
35:21 50:2 60:7
157:23 187:2

Baodong Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

| | | | |
|---|---|---|---|
| **trinkley** 2:22 | **turns** 145:9 | 92:25 93:4 | **undisclosed** |
| **tripled** 134:15 | **twice** 53:19 | 114:25,25 | 189:24 |
| **true** 49:10 54:22 | **twitter** 180:5 | 115:10,16 | **unfortunately** |
| 74:23 79:14 | **two** 8:2,25 9:12 | 156:13 173:21 | 9:14 189:3 |
| 80:13 106:25 | 10:18 11:6,18 | 186:3 | **uni** 104:5 |
| 120:21 129:3 | 12:14 17:4,11 | **um** 9:9 10:4 | **unique** 57:7 |
| 137:25 172:19 | 19:2 23:18 25:8 | 14:20,23 20:18 | 61:11 162:1 |
| 196:7 201:8 | 30:20 36:2 40:8 | 20:24 55:4,5 | **unit** 100:16 |
| **truly** 19:6 | 40:9 41:7,9 | 80:1 92:25 | **united** 1:1 5:6 |
| **trump** 89:2 | 49:17 62:13 | 93:22 101:22 | **units** 160:23 |
| 105:11 106:23 | 63:7 65:4 66:5,8 | 103:2 110:1 | 162:16 |
| 107:15,15 | 71:23 77:19 | 158:21 | **universal** 42:24 |
| 108:19,23 | 79:4 86:23 93:4 | **un** 77:1 | **universally** |
| 110:11,14 | 93:20 94:9 | **unable** 6:9 | 122:3 |
| 112:25,25 | 99:11 100:23 | **undeniably** | **university** 28:10 |
| **trust** 173:9 | 113:4 122:1,12 | 78:24 | 28:12,14 38:11 |
| **truth** 5:20 | 122:14,19 128:9 | **underlying** | 162:22 173:7 |
| **truthfully** 6:6,10 | 156:1,3 160:9 | 187:25 193:12 | 176:5 |
| **try** 14:2 31:19 | 161:2,7,17 | **understand** 5:8 | **update** 24:19 |
| 61:12 64:13 | 162:16 163:7 | 5:12,19 6:18,20 | 25:3,9 |
| 89:13 132:24 | 167:2,5 172:8,11 | 8:25 20:7 37:15 | **use** 29:25,25 |
| 133:17 161:10 | 176:10,13 | 39:20 62:11 | 34:12 36:7 |
| **trying** 14:3 35:2 | 185:10,19 192:2 | 68:25 80:16,22 | 38:12,16 39:14 |
| 35:2 61:1 62:11 | 194:22 | 82:7 95:25 96:7 | 42:4 56:7 58:6 |
| 66:17 80:14,16 | **type** 17:8 186:14 | 96:8 103:24 | 58:12 78:20 |
| 96:6,8 125:13 | 186:18 188:4 | 106:9 110:20 | 83:6 87:25 |
| 129:23,24 | **typical** 37:7 | 113:24 125:13 | 93:22 97:3 98:5 |
| 131:18 138:4 | 48:19 57:1 | 129:24 135:1 | 99:10,24 100:7 |
| 146:21 147:17 | 96:22 | 159:18 162:5 | 101:7 105:20,24 |
| 168:9,12 169:15 | **typically** 65:17 | 168:12 169:15 | 108:13,20 |
| **turn** 55:23 61:11 | 186:19 | 178:10 188:8,11 | 109:24 110:25 |
| **turned** 189:11 | | **understanding** | 118:13 131:16 |
| **turnout** 18:6 | **u** | 116:24 117:3 | 135:15 137:11 |
| 76:2,4,5,24 77:4 | **u** 7:12 58:1 | 144:23 165:17 | 137:14 138:23 |
| 77:15,22 78:1,13 | **u.s.** 19:16 56:23 | 168:5 185:15 | 144:21 155:8 |
| 78:19 98:23 | 77:8,21 89:20 | **understood** 6:24 | 167:15 176:16 |
| 102:5,12 130:1 | **uh** 10:8 12:14 | 183:13 190:14 | 181:6 186:14 |
| | 21:23 74:6,14 | | |

Baodong Liu , Ph.D.

August 4, 2022

The South Carolina State Confvs.McMaster/Alexander

**[useful - voters]**

Page 44

| | | | |
|---|---|---|---|
| **useful** 141:1 144:19 | **verified** 177:7 | **visually** 166:21 | 93:16 102:5 |
| **usefulness** 68:22 | **verify** 187:2,3 199:9 | **vividly** 103:7 155:19 | 105:9,10 106:14 |
| **uses** 124:19,21 124:21 | **veritext** 199:14 199:23 | **vote** 33:4 39:7 | 109:22 143:5 |
| **usually** 17:4 | **veritext.com.** 199:15 | 39:22,23 40:2,8 | **voter's** 106:13 |

**useful** 141:1
144:19
**usefulness** 68:22
**uses** 124:19,21
124:21
**usually** 17:4
40:12,16 41:17
54:21 57:13
63:13 76:4,25
77:13 162:2
176:20 177:2
**ut** 1:20

**v**

**v** 26:1 70:3
158:17 199:4
200:1 201:1
**valid** 34:11 36:4
36:5 108:13
**valsecchi** 1:23
196:3,22
**vap** 160:10
164:12
**variables** 175:16
178:23
**variation** 63:11
123:11
**variations**
120:25 123:24
133:19
**varies** 65:3
**vary** 61:16 88:9
123:9
**verbal** 5:24 6:3
**verification**
114:8 139:25
140:7 142:7,9,13
144:18

**verified** 177:7
**verify** 187:2,3
199:9
**veritext** 199:14
199:23
**veritext.com.**
199:15
**version** 11:13
**versions** 18:23
**versus** 26:4
40:14,16,17
41:10 84:13
85:14 87:2 89:6
90:8 96:12,21
107:3 108:18,22
108:23 110:14
111:20 115:1
121:25 122:17
135:13 140:6,13
142:7 144:4
145:15 146:3,4
159:6,17 166:23
167:5
**vertically** 134:2
**viable** 50:8
**vice** 57:4,10,20
**view** 40:4 110:5
111:14 112:22
145:7 151:4
156:20 157:1
169:15,16 181:5
188:19
**vigorous** 159:14
**violated** 126:22
**violates** 153:11
**violating** 147:5
**visual** 98:7

**visually** 166:21
**vividly** 103:7
155:19
**vote** 33:4 39:7
39:22,23 40:2,8
40:22,23 44:20
48:4,4,7,15
50:18 51:4,11
52:7,10,11,18,19
52:22 53:17
57:19 58:18
59:1 60:16
62:15,21 70:10
70:16,18,25 71:9
71:20 72:7,17
73:21 78:11,20
78:22 80:7,19
81:17,18 82:12
82:14 83:19
84:18 85:5,7
86:9 87:20 89:6
99:12,12,15,17
99:19 102:2
105:9,10,14
106:14,19 111:9
111:17 128:3
147:5 169:24
**voted** 39:15 51:4
53:18 55:20,21
74:20 87:9 99:2
99:20 102:6
103:19,20 105:3
105:23 106:23
107:12 110:2
112:10 130:10
158:23
**voter** 26:11 51:2
51:24 57:19

93:16 102:5
105:9,10 106:14
109:22 143:5
**voter's** 106:13
**voters** 17:7,8
27:5,18 33:14
38:17 39:10,22
40:3,23 44:7,22
49:19 50:16,18
50:21,23 51:2,4
51:8,10 52:3,7,8
52:9,22,23 53:16
53:17,22 57:14
58:8,17,25 59:3
60:8,14,21 64:6
64:9 65:13,19,22
65:25 68:2 74:5
77:2 78:9 80:20
87:9 89:14
90:17 94:15,22
99:11,14,16,18
99:20 101:13,14
102:2 103:5
105:5,7,22 106:2
107:1 108:19,19
109:21 110:11
110:11,14,15
111:8,17 112:11
112:15,15,19
118:11,16,18
119:4,22 121:17
121:17 124:1
128:3,9 129:4,7
129:8,13,19
131:19,23 132:9
132:9 135:11,12
135:24 136:8
140:15,17 141:4

Baodong  Liu , Ph.D.

August 4, 2022

The South Carolina State Conf.vs.McMaster/Alexander

**[voters - white]**

Page 45

141:14 144:9
145:10 146:7,14
147:11 151:21
152:18 153:11
158:19,23 160:7
165:14,15,18,19
166:1,2,12,13,23
166:24,24
169:21,22 170:6
170:7 188:21
**votes**   39:3 40:8
41:8,9 54:25
60:4 61:14
69:10 79:16
80:10 159:19
169:17,21
**voting**   20:5
25:16 26:20
27:4 28:22
29:10 37:15
41:21 42:18
44:22 49:7,10,13
49:21 51:3,14
55:10 56:6,12
59:2,21 68:3
74:13,17 75:1,6
75:22 78:4
79:11,25 84:1,21
85:8 86:8 87:24
100:20 106:2
128:17 151:21
157:21 158:7,10
**vs**   1:7
**vtc**   1:14,15,24
2:5,10,16,22 3:1
**vtd**   17:7 23:5
92:8,10,15 93:5
93:20 100:7,8,16

101:1,9,17 117:7
117:7 119:12,15
121:6 126:25
161:12,20
162:20,25
190:10 193:23
**vtds**   91:16,21,21
91:22 92:1,3,5
92:12,20,24
93:11,12 94:18
95:10 96:24
97:5,21 98:2,3
100:15,24
101:15 113:17
113:18,18,19,21
114:1 115:7,11
115:14,23,24
116:4,10,11,16
116:18,24,25
117:18,18
120:21,22,23
121:19 122:22
126:24 128:3
131:12,13,20,23
133:7 134:20
135:2,4,6 146:6
160:16,18,23
161:5,10 162:8

| w |

**w**   2:22 70:3
**waive**   195:22
**want**   16:20 20:7
32:20 40:20
42:24 43:4 53:4
59:3,11 60:21
61:6,13 62:13
63:18 64:7

67:25 70:14
73:14 76:12
86:25 87:14
98:13 108:8,10
108:10,13
110:12,13,14
113:17 125:22
133:15 143:17
146:23 148:9
154:12 161:7
162:14 181:19
194:9,14 195:12
**wanted**   82:9
104:16 109:20
117:15 144:16
150:16 173:13
**wanting**   108:17
**wants**   60:20
**washington**   2:17
**waste**   51:4,10
**way**   5:17 16:18
28:4 30:18 33:4
42:2,24,24,25,25
48:18 49:11,22
50:12 55:21
60:23 63:14
72:24 74:24
75:7,8,9 76:14
79:24 82:23,23
86:3 97:15
98:12 109:6
110:24 112:19
117:23 118:17
119:8 121:23
122:11 124:4
126:14 128:7
130:6 135:20
137:19 138:21

138:25 140:25
147:10 150:21
151:4,11 162:1
164:16 167:22
170:12,20
177:18 178:1,12
179:20,21
187:17 195:19
**we've**   8:20
155:17
**website**   101:24
177:9
**week**   9:6 24:21
25:1
**weeks**   8:2
194:22
**welcome**   119:18
136:17 142:5
**went**   9:12 19:23
94:19 100:13,24
101:24 140:6
141:2 142:22
148:15 166:18
168:19 177:1
187:14
**whatsoever**
175:18 176:11
178:4 180:11
**white**   17:7 38:25
39:13,17 40:3,23
44:7,20,22 45:2
47:13 48:14,19
50:9,14,19,19
51:2,5,6 52:11
52:19,22 53:17
53:22 55:17,18
59:4,21 74:17
75:1,5,9,11,19

75:22 76:4,8,10
76:16 78:4,13,18
78:21,22 79:4,6
79:7,11,14,17,20
79:25 80:3,7,10
80:19 81:17,21
81:22 82:1,14,23
83:25 84:21
85:8,18 86:7,18
86:21 87:3,4,9
87:24 88:2,8,13
88:16,16,18,23
89:3,5,7,11,14
89:19 98:14
101:13 106:3
107:13,14,14,15
107:21,21
112:24,25 113:7
113:8 119:4,22
121:2,3,17
122:21,23 123:1
123:3,13 125:9
125:11 131:4
132:6,8,12,18,25
133:2,9,12,17,24
134:4,6 165:15
165:19,20 166:2
166:12,24
169:22 170:7
**whites**  39:15
55:21 74:21,21
132:20 141:18
**widely**  178:3
**wife**  45:22
**win**  50:8,12,13
50:18 54:25
59:20 63:19
65:17 88:24

**winner**  60:19,20
61:8 64:10,11
**winners**  47:22
59:17,25 132:15
**winning**  48:2
54:7 73:20,25
**wins**  53:12 60:1
**witness**  4:10,11
24:3 25:17,20
27:25 28:2
41:25 86:12,17
114:11,15,18
121:14 150:4,12
150:19 151:9
154:18 158:8
159:2 169:4
170:3 173:15
175:5,9,14 178:9
178:17 179:14
179:20 180:10
180:20 181:8,11
181:19 182:5,14
183:9 195:20
196:12 199:8,10
199:12,19
**witnesses**  42:11
55:13
**women**  27:18
**won**  20:11 73:1
73:11 156:20
**wonderful**  5:16
**wondering**  82:8
**word**  34:5 57:24
86:13,18 128:15
167:17
**words**  87:25
93:9 130:6,20
159:15 168:1

**work**  13:5 31:22
45:10 104:25
159:4 175:18
176:15,22 177:3
179:15 182:16
185:4 191:23
**worked**  12:15,17
16:14 17:3
30:15 42:1
161:9 185:9,9
**working**  12:23
17:14 114:15
176:22 185:16
187:4,4
**works**  31:3,24
184:7
**wow**  134:3 174:1
**write**  13:23
16:11
**writing**  176:16
**written**  30:21,23
30:25 31:3
**wrong**  103:16
**wrongly**  162:14
**wrote**  8:12 23:17
68:7 159:7
**wvap**  70:3

| x |
| --- |

**x**  58:1 197:1,17

| y |
| --- |

**yeah**  14:20 18:2
19:6 23:11 25:7
30:7 55:25 56:7
73:3,9 82:17,17
90:6,13 94:20
95:17,25 96:3,4
96:4,4,10,10,22

100:11,11
106:25 107:16
115:16,20
120:12 128:10
130:9 132:2
136:14,14 139:9
143:17 146:19
148:5 152:3,11
153:7 154:4
158:3 162:4,7
165:12 171:20
173:15,23 177:2
177:17 178:9
183:9 187:11
194:14,23
**year**  11:25,25
12:5 20:12
130:8 182:8
**years**  176:10
**yep**  24:3 129:7
184:9,10
**yesterday**  22:5
22:10 189:15
192:1 193:15
**yield**  87:23
**yielded**  72:11
**york**  2:6

| z |
| --- |

**zip**  7:25 14:4,9
23:21 32:3
37:24 193:16
**zipped**  11:14
**zoom**  22:18
174:22 179:23
183:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.