<u>The South Carolina State Conference of the NAACP, et al v. Alexander, et al</u>

CA No.: 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT D

*Senate Defendants and House Defendants' Motion in Limine to Exclude Testimony of Plaintiffs' Putative Expert Jordan Ragusa*

February 10, 2022

Deposition Transcript of

Jordan Ragusa

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
 2                      COLUMBIA DIVISION
 3    THE SOUTH CAROLINA STATE CONFERENCE
      OF THE NAACP, and TAIWAN SCOTT, ON
 4    BEHALF OF HIMSELF AND ALL OTHER
      SIMILARLY SITUATED PERSONS,
 5
                 Plaintiffs,        Civil Action
 6         vs.                      No. 3:21-cv-03302
 7    HENRY D. McMASTER, et al.,
 8              Defendants.
 9    (Full Caption on Page 2)
10
11    DEPOSITION OF:   JORDAN M. RAGUSA, PhD
                       (Appearing via Zoom)
12
      DATE:            February 10, 2022
13
      TIME:            10:02 AM
14
      LOCATION OF      College of Charleston
15    THE WITNESS:     Charleston, SC
16    REPORTED BY:     Sandra K. Bjerke, RDR, CRR, CBC
                       (Appearing via Zoom)
17
18
19
20
21
22
23
24
25
```

3:21-cv-03302-MGL-TJH-RMG   Date Filed 09/02/22   Entry Number 346-4   Page 3 of 4

Jordan M. Ragusa, PhD                           February 10, 2022
The South Carolina State Conference vs. McMaste,

Page 82

1     Q.   Okay.  All right.  So can you give me
2  any information as to whether this methodology
3  that's unique to you, okay, and I may -- I take it
4  this is a methodology that you developed to tackle
5  this particular project; is that right?
6     A.   Yes.
7     Q.   Okay.  All right.  So that methodology
8  has not attracted widespread acceptance within a
9  relative -- relevant scientific community, has it,
10 Doctor?
11    A.   This very specific approach, no.
12    Q.   Okay.  All right.  And I want to go
13 back to your modeling for a moment.  Do you know if
14 any other experts have used the modeling that you
15 use as opposed to the methodology in redistricting
16 cases?
17    A.   I don't.
18    Q.   Okay.  I believe that you mentioned --
19 and I'm going to mangle this name, okay, and maybe
20 you can help me, but you mention a gentleman named
21 Stephen Ansolabehere.  Did I pronounce that name
22 right, if you know?
23    A.   I don't know.  I've heard it pronounced
24 Ansolabehere.
25    Q.   Ansolabehere?  Okay.  All right.  Are

Jordan M. Ragusa, PhD                February 10, 2022
The South Carolina State Conference vs. McMaste,

Page 92

1  because -- and maybe I'll ask the question a
2  different way.  It hasn't been subject to peer
3  review or publication, to your knowledge; right?
4        A.   To my knowledge, no.
5        Q.   Okay.  You can't tell me if there's any
6  way to account for known or potential error rate;
7  right?
8        A.   That's correct.
9        Q.   Okay.  You can't tell me if there are
10 any existence or maintenance of standards
11 concerning its operation; right?
12       A.   That's correct.
13       Q.   And whether it's -- whether it's
14 attracted widespread acceptance within a relevant
15 scientific community.  If it's unique to you, then
16 it hasn't; correct?
17       A.   Correct.
18       Q.   And that goes for all five -- excuse
19 me.  All of your models, is that right, Doctor?
20       A.   I believe that's fair, yes.
21       Q.   Okay.
22            MR. MOORE:  Can we take like a
23 five-minute break, please?  I'm checking to see
24 what time our lunch is going to be here, and when
25 it's here I'm going to want to take like a