# Exhibit 3

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 1

1                     UNITED STATES DISTRICT COURT
                      DISTRICT OF SOUTH CAROLINA
2                         COLUMBIA DIVISION
3
      THE SOUTH CAROLINA STATE CONFERENCE OF
4     THE NAACP, et al.,
5
                      Plaintiffs,
6
7     vs.                      CASE NO. 3:21-cv-03302-MBS
8                                    TJH-RMG
9     THOMAS C. ALEXANDER, et al.,
10              Defendants.
11
12            CONGRESSIONAL PLAN LITIGATION
13
14    VTC
      DEPOSITION OF:   BAODONG LIU, PH.D.
15                     (Appearing by VTC)
16
      DATE:            August 4, 2022
17
18    TIME:            12:21 p.m.
19
      LOCATION:        4231 South 2700 East
20                     Salt Lake City, UT
21
      TAKEN BY:        Counsel for the Defendants
22
23    REPORTED BY:     Susan M. Valsecchi, CRR
                       Registered Professional Reporter
24                     (Appearing by VTC)
25

Page 18

1  the data on which you relied?
2       A.  Yeah, there's a data team, I believe.
3  They are the experts from ACLU data team.  And they
4  provided documentation that I requested about this
5  particular case concerning demographics and also
6  election outcomes and turnout and so on, yes.  It's
7  in my appendix.
8       Q.  Do you know the names of the
9  individuals on the data team?
10      A.  There is one person that I remember
11  named Benjamin.  I don't recall the last name, but,
12  yes, Ben, is one of the team members because he was
13  in some of the meetings and some of the e-mail
14  communications, so, yes, that's how I know.
15      Q.  Is that possibly Ben Fifield, or
16  Fifield?
17      A.  Again, I have to go back to my e-mail
18  to give you the exact name, but I just remember
19  first names.
20      Q.  Has counsel provided you any
21  assumptions for this case?
22      A.  No.  They provided me with the
23  Complaint, different versions of the Complaint by
24  the Plaintiffs, and I read those.  And obviously we
25  communicated about this case but they never gave me

Page 19

1  so called assumptions.
2       I've done this for more than two
3  decades, so I know what each case can be and I
4  analyzed what they told me about the Complaint.
5  And everything that I recorded in my own original
6  report is truly my own.  So, yeah, nobody gave me
7  any assumptions.
8       Q.  Other than the data you mentioned and
9  the Complaint, did counsel provide you any other
10  materials related to this case?
11      A.  Yes, I obviously have done some
12  research about South Carolina, myself, in the past,
13  so I know high-profile elections, including
14  obviously the presidential election, the state of
15  South Carolina played a role in both primary and
16  general and some high-profile Senate, U.S. Senate
17  elections, but I'm not -- I was not very familiar
18  with some of the other elections in districts that
19  are not nationally well known, so I asked the
20  counsel to help me compile a list of all elections
21  that took place for congressional seats in South
22  Carolina in national circles, in circles of
23  elections.  And so they helped me and we went back
24  and forth and double checked all the names, the
25  candidates' racial and other political backgrounds;

Page 20

1  so they helped me tremendously on that part.
2       So eventually I believe I had an
3  exhaustive list of these candidates in biracial
4  elections that I needed to conduct my racially
5  polarized voting effectiveness analysis.
6       So, yes, they helped me in that regard.
7       Q.  So I want to understand this a little
8  bit better about this list.  What is shown on this
9  list?
10      A.  I believe there are names of the
11  candidates and what districts they won, elections,
12  and what year, and also the links to these
13  candidates' profiles, especially Ballotpedia, yes,
14  and they also have a master list of all the
15  candidates.
16      They tried to investigate and
17  eventually come up with a short list of all these
18  congressional races, so, um, the spreadsheet
19  contains all of the necessary information about who
20  the candidates are and their background
21  information.
22      Q.  Does this list also show election
23  results?
24      A.  Um, oh, you're testing my memory.  I
25  think maybe so, but I -- I would have to go back to

Page 21

1  the list and take a deeper look, a detailed look.
2       But it wouldn't matter if it's there or
3  not because eventually, if it's a biracial
4  election, I analyzed it anyway.
5       So I would have all of the data in
6  front of me and run my analysis and see what's the
7  result.  So I would not rely on whatever they told
8  me in that list.  It may be there, it may be not.
9  But I would have to see the list in front of me to
10  give you a firm answer on that.
11      Q.  And, Dr. Liu, when you received your
12  Notice of Deposition asking you to provide copies
13  of materials you relied on and communications with
14  counsel, what did you do to collect that list?
15      A.  Obviously all the e-mails I had with
16  them, they have records.  I have my data which also
17  was provided to me by their data team, and so they
18  know how I got them.  And that's there.
19      I have my R codes.  And by R, what I
20  mean is a statistical program, simply R, letter R.
21  So I used that statistical software to run a lot of
22  the analysis.  And they're all in my computer.
23      Sometimes, uh, the counsel would need,
24  you know, the final code that I put together for
25  running the RPV results and --

6 (Pages 18 - 21)

Baodong  Liu , Ph.D.                                    August 4, 2022
The South Carolina State Confvs.McMaster/Alexander

Page 154

1    your rebuttal report, which I marked as Exhibit 3
2    and I believe sent to you as Tab 3.
3            Do you have that in front of you?
4        A.  Yeah, I have it in front of me.
5            MR. GORE:  And if I have done this
6        right, it should be up on the screen.
7            Can you see that, John, in Exhibit
8        Share?
9            MR. CUSICK:  I've just been following
10       on a local copy, but I have the document
11       here, yes.
12           MR. GORE:  Okay, that's fine.  I want
13       to make sure we're all on the same page.
14   BY MR. GORE:
15       Q.  Dr. Liu, why did you prepare a rebuttal
16   report in this case?
17       A.  Yes, just like almost all other cases,
18   our responsibility as an expert witness not only
19   includes our own report, but also how we reacted to
20   the counterpart, the other expert for the other
21   side.
22           So in this case, after I submitted my
23   report, I was informed by the counsel for the
24   Plaintiffs that they eventually got a report from
25   the other expert and so they sent it to me and

Page 155

1    asked whether I have any opinions.  I said, after I
2    read it, I do have an opinion.  And then I would go
3    to record the explanation.
4        Q.  Did you rely on Mr. Trende's report in
5    preparing your rebuttal report?
6        A.  I used his original report to prepare
7    for this rebuttal, yes.
8        Q.  And did you use any of his data?
9        A.  No, I didn't.
10       Q.  And how did you receive Mr. Trende's
11   report?
12       A.  I was sent the report by the counsel.
13       Q.  Is that by Mr. Cusick?
14       A.  Yes.
15       Q.  Did counsel send you any other data or
16   materials for your rebuttal report other than
17   everything else we've talked about earlier?
18       A.  I believe there was some articles.  I
19   don't remember vividly anymore whether at the same
20   time he sent me the report, or it was afterwards,
21   but I believe there are some data and articles sent
22   by Mr. Trende.
23       Q.  Do you recall whether Mr. Trende's
24   opening report mentioned you or your report at all?
25       A.  No, I don't remember if he mentioned my

Page 156

1    name at all.  Even two days ago I received his
2    rebuttal, but it addressed the reports conducted by
3    the other two experts for the Plaintiffs.
4        Q.  Okay.  Let me ask you about Page 2 of
5    your rebuttal report.
6        A.  Okay, I'm here.
7        Q.  There's a numbered list and then
8    there's a paragraph that says, "Despite my concerns
9    about his methodology and the data he relied upon
10   described below, Mr. Trende and I agree that the
11   enacted plan makes District 1 meaningfully more
12   Republican."
13       A.  Uh-huh, yes, yes, I see that.
14       Q.  Do you still agree with Mr. Trende on
15   that point?
16       A.  Yes, certainly Republican candidates
17   would gain more influence to make it -- to run in a
18   more favorable environment, as opposed to
19   Democratic candidates.  That will be the case, in
20   my view, if the enacted plan won, indeed will be
21   the future.
22       Q.  And you also agree with Mr. Trende that
23   the enacted plan reduces the number of split
24   counties compared to the benchmark plan, right?
25       A.  Yes, but not -- not very significant in

Page 157

1    my view.
2        Q.  Do you dispute Mr. Trende's calculation
3    of core retention percentages?
4        A.  No, I don't.
5        Q.  Do you dispute Mr. Trende's conclusion
6    that the enacted plan reduces the number of split
7    precincts?
8        A.  No, I don't.  It's from 12 to 10.
9        Q.  And do you dispute Mr. Trende's
10   conclusion that the enacted plan results in minimal
11   changes to the BVAPs in the districts?
12       A.  Well, I have no opinion on that
13   statement because, who knows, maybe a different
14   plan may have even less change when you can even
15   just keep the original benchmark district.
16           So his assertion of following the
17   principle to restore the same old boundaries, I
18   don't get that logic at all.
19           And I've studied the South.  South
20   Carolina has been a state that constantly is in the
21   front of the civil rights and voting rights
22   battles.
23           So when he made the argument or tried
24   to suggest that simply because this new plan keeps
25   the same old plan, as if it's great, I completely

40 (Pages 154 - 157)