# Exhibit 5

# Gore, John M.

| | |
|---|---|
| **From:** | Gore, John M. |
| **Sent:** | Wednesday, April 27, 2022 8:45 PM |
| **To:** | 'Leah Aden'; 'Patricia Yan' |
| **Subject:** | RE: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data |

Leah:

I have just shared a zip file containing Mr. Trende's data via Box.com. You should also be able to access it at the link below.

https://jonesday.box.com/s/j7b5zdodjeo7klbl6vchucvi2ofoc6wj

Please confirm at your convenience that you were able to download the file.

Thanks,
John

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3930

---

**From:** Gore, John M.
**Sent:** Wednesday, April 27, 2022 4:32 PM
**To:** 'Leah Aden' <laden@naacpldf.org>; Patricia Yan <pyan@aclu.org>
**Subject:** RE: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

Leah:

Thanks for reaching out.  Let me track this down and get back to you.

John

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3930

---

**From:** Leah Aden <laden@naacpldf.org>
**Sent:** Wednesday, April 27, 2022 4:28 PM
**To:** Gore, John M. <jmgore@jonesday.com>; Patricia Yan <pyan@aclu.org>
**Cc:** Leah Aden <laden@naacpldf.org>
**Subject:** RE: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

** External mail **

Afternoon John –

Thank you for sharing Mr. Trende's code.

My understanding is that it is not possible to reproduce his figures with this code because all of the necessary data files are not included. The file only includes 2020 VEST data with general election results for each precinct. We are requesting the shapefiles that Mr. Trende uses for the old congressional district maps he discussed in his report, for example.

Are you able to provide this?

Thank you,

leah

**From:** Gore, John M. <jmgore@jonesday.com>
**Sent:** Friday, April 22, 2022 2:16 PM
**To:** Patricia Yan <pyan@aclu.org>; Leah Aden <laden@naacpldf.org>
**Subject:** RE: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

[Caution: EXTERNAL EMAIL]

Patricia:

Thank you for reaching out.

Yes, I have received 3 emails identified as Dr. Ragusa's data files.

Best,
John

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3930

**From:** Patricia Yan <pyan@aclu.org>
**Sent:** Friday, April 22, 2022 12:53 PM
**To:** Leah Aden <laden@naacpldf.org>; Gore, John M. <jmgore@jonesday.com>
**Subject:** Re: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

** External mail **

Hi John,

I also wanted to email separately to confirm that you've received the 3 emails below with Dr. Ragusa's data files attached. Thanks very much.

Best,
Patricia

---

**From:** Patricia Yan <pyan@aclu.org>
**Sent:** Friday, April 22, 2022 12:51 PM
**To:** Leah Aden <laden@naacpldf.org>; Gore, John M. <jmgore@jonesday.com>
**Subject:** Re: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

Hi John - finally, this is email 3 of 3 with Dr. Ragusa's data files. These are the VTD data files.

---

**From:** Patricia Yan <pyan@aclu.org>
**Sent:** Friday, April 22, 2022 12:50 PM
**To:** Leah Aden <laden@naacpldf.org>; Gore, John M. <jmgore@jonesday.com>
**Subject:** Re: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

Hi John - this is email 2 of 3 with Dr. Ragusa's data files. These are the SC Votes raw data files.

---

**From:** Patricia Yan <pyan@aclu.org>
**Sent:** Friday, April 22, 2022 12:48 PM
**To:** Leah Aden <laden@naacpldf.org>; Gore, John M. <jmgore@jonesday.com>
**Subject:** Re: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

Hi John,

Since the files are large, this will be email 1 of 3 with Dr. Ragusa's data files. These are the analysis files.

Thanks,
Patricia

---

**From:** Leah Aden <laden@naacpldf.org>
**Sent:** Friday, April 22, 2022 9:12 AM
**To:** Gore, John M. <jmgore@jonesday.com>
**Cc:** Leah Aden <laden@naacpldf.org>
**Subject:** RE: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

Morning John –

Yes, never a dull day/case.

Attached is the VTD assignment file for the alternative plan pictured in Figure 11 in Dr. Duchin's report.

We are working on the requested information from Drs. Imai and Ragusa too.

Let us know if you have any questions.

Leah

**From:** Gore, John M. <jmgore@jonesday.com>
**Sent:** Thursday, April 21, 2022 10:12 AM
**To:** Leah Aden <laden@naacpldf.org>
**Subject:** RE: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

[Caution: EXTERNAL EMAIL]

Leah:

You've had an eventful couple days!  Just following up on this.

Thanks,
John

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3930

**From:** Leah Aden <laden@naacpldf.org>
**Sent:** Tuesday, April 19, 2022 9:41 AM
**To:** Gore, John M. <jmgore@jonesday.com>
**Cc:** Leah Aden <laden@naacpldf.org>
**Subject:** Re: SC NAACP, et al v. Alexander - Plaintiffs' Experts' Data

**\*\* External mail \*\***

Morning John -

I don't think you missed us sharing this data, and we'll follow up about this information soon after connecting with these experts.

Have a good day,

Leah

Sent from my iPhone

> On Apr 18, 2022, at 9:45 PM, Gore, John M. <jmgore@jonesday.com> wrote:
>
> [Caution: EXTERNAL EMAIL]
>
> Leah:
>
> I hope you are having a good week.
>
> Will you send me the following data, which is used in your experts' reports?  (It's possible you sent it but that I somehow missed it.)

4

- Dr. Imai's code and data
- Dr. Ragusa's code and data
- The block assignment files for the plans Dr. Duchin discusses

Let me know if you'd like to discuss this. Thanks,
John

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Office +1.202.879.3930

---

**From:** Leah Aden <laden@naacpldf.org>
**Sent:** Monday, April 11, 2022 9:52 PM
**To:** Parente, Michael A. <MParente@nexsenpruet.com>; Cynthia D. Nygord <cnygord@robinsongray.com>; Christopher James Bryant <chris@boroughsbryant.com>; achaney@aclusc.org; Antonio Ingram <aingram@naacpldf.org>; John Cusick <jcusick@naacpldf.org>; pyan@aclu.org; Raymond Audain <raudain@naacpldf.org>; Samantha Osaki <sosaki@aclu.org>; Sarah Gryll <sarah.gryll@arnoldporter.com>; Somil Trivedi <strivedi@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Adriel I. Cepeda Derieux <ACepedaDerieux@aclu.org>; John A. Freedman <john.freedman@arnoldporter.com>; John Hindley <john.hindley@arnoldporter.com>; jeffrey.fuisz@arnoldporter.com; Paula Ramer <paula.ramer@arnoldporter.com>; Adam Pergament <adam.pergament@arnoldporter.com>; Gina Colarusso <gina.colarusso@arnoldporter.com>; Mathias, Andrew A. <AMathias@nexsenpruet.com>; Wells, Erica H. <EWells@nexsenpruet.com>; Barber, Hamilton B. <HBarber@nexsenpruet.com>; Hollingsworth, Jennifer J. <JHollingsworth@nexsenpruet.com>; Moore, Mark C. <MMoore@nexsenpruet.com>; Ricard, Rhett D. <RRicard@nexsenpruet.com>; Wilkins, William W. <BWilkins@nexsenpruet.com>; Diamaduros, Konstantine P <KDiamaduros@nexsenpruet.com>; lcrum@burr.com; jtrinkley@burr.com; mburchstead@burr.com; tnicholson@elections.sc.gov; Rabon, Sheree M. <SRabon@nexsenpruet.com>; Rob Tyson <rtyson@robinsongray.com>; Lisle Traywick <ltraywick@robinsongray.com>; La'Jessica Stringfellow <lstringfellow@robinsongray.com>; Gore, John M. <jmgore@jonesday.com>; Kenny, Stephen J. <skenny@jonesday.com>
**Cc:** Leah Aden <laden@naacpldf.org>
**Subject:** RE: SC NAACP, et al v. Alexander - Expert report of Dr. Moon Duchin for the Congressional Plan

** External mail **

Counsel,

Attached are the expert report and CV of Dr. Moon Duchin with respect to the Congressional Plan.

Thank you.


Leah Aden
Deputy Director of Litigation
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor, New York, NY 10006
212.965.7715 LAden@naacpldf.org
www.naacpldf.org

5

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***