# Exhibit 10

User:
Plan Name: **NAACP Congressional 1**
Plan Type:

# Core Constituencies

Wednesday, November 10, 2021                                                                                                            11:41 AM

From Plan:     **Enacted Congress B-V-C**

**Plan: NAACP Congressional 1, District 1 --**                                                               731,203 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 1 | 381,872 (52.23%) | 33,188 (57.12%) | 226,613 (60.47%) | 93,076 (36.11%) | 287,539 (51.08%) | 21,104 (55.97%) | 179,895 (59.16%) | 65,670 (34.29%) |
| Dist. 2 | 20,589 (2.82%) | 520 (0.89%) | 10,352 (2.76%) | 9,050 (3.51%) | 15,964 (2.84%) | 339 (0.90%) | 8,421 (2.77%) | 6,710 (3.50%) |
| Dist. 6 | 266,631 (36.46%) | 22,817 (39.27%) | 111,255 (29.69%) | 123,010 (47.73%) | 211,273 (37.53%) | 15,292 (40.55%) | 94,176 (30.97%) | 94,619 (49.40%) |
| Dist. 7 | 62,111 (8.49%) | 1,578 (2.72%) | 26,504 (7.07%) | 32,590 (12.65%) | 48,143 (8.55%) | 973 (2.58%) | 21,606 (7.10%) | 24,528 (12.81%) |
| Total and % Population |  | 58,103 (7.95%) | 374,724 (51.25%) | 257,726 (35.25%) | 562,919 (76.99%) | 37,708 (5.16%) | 304,098 (41.59%) | 191,527 (26.19%) |

**Plan: NAACP Congressional 1, District 2 --**                                                               731,203 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 524,213 (71.69%) | 36,114 (72.11%) | 362,648 (74.02%) | 95,989 (62.26%) | 405,596 (70.77%) | 23,183 (71.71%) | 292,428 (73.14%) | 68,819 (60.40%) |
| Dist. 3 | 156,159 (21.36%) | 10,309 (20.58%) | 94,652 (19.32%) | 46,294 (30.03%) | 124,456 (21.72%) | 6,558 (20.29%) | 78,389 (19.61%) | 35,913 (31.52%) |
| Dist. 5 | 31,309 (4.28%) | 2,737 (5.46%) | 18,160 (3.71%) | 9,589 (6.22%) | 24,592 (4.29%) | 1,747 (5.40%) | 15,135 (3.79%) | 7,110 (6.24%) |
| Dist. 6 | 19,522 (2.67%) | 925 (1.85%) | 14,471 (2.95%) | 2,311 (1.50%) | 18,488 (3.23%) | 841 (2.60%) | 13,878 (3.47%) | 2,089 (1.83%) |
| Total and % Population |  | 50,085 (6.85%) | 489,931 (67.00%) | 154,183 (21.09%) | 573,132 (78.38%) | 32,329 (4.42%) | 399,830 (54.68%) | 113,931 (15.58%) |

**Plan: NAACP Congressional 1, District 3 --**                                                               731,204 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 3 | 550,626 (75.30%) | 31,896 (69.30%) | 412,245 (78.35%) | 80,721 (66.19%) | 433,175 (75.81%) | 20,570 (68.54%) | 334,637 (78.74%) | 58,520 (65.79%) |
| Dist. 4 | 153,334 (20.97%) | 13,689 (29.74%) | 96,639 (18.37%) | 32,393 (26.56%) | 116,813 (20.44%) | 9,176 (30.58%) | 76,318 (17.96%) | 23,832 (26.79%) |
| Dist. 5 | 27,244 (3.73%) | 438 (0.95%) | 17,279 (3.28%) | 8,839 (7.25%) | 21,422 (3.75%) | 264 (0.88%) | 14,061 (3.31%) | 6,603 (7.42%) |
| Total and % Population |  | 46,023 (6.29%) | 526,163 (71.96%) | 121,953 (16.68%) | 571,410 (78.15%) | 30,010 (4.10%) | 425,016 (58.13%) | 88,955 (12.17%) |

**Maptitude**
For Redistricting                                                                                                                                                      Page 1 of 3

## Core Constituencies

NAACP Congressional 1

From Plan: **Enacted Congress B-V-C**

### Plan: NAACP Congressional 1, District 4 --    731,204 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 3 | 0 (0.00%) | 0 (0.00%) | (0.00%) | (0.00%) | (0.00%) | (0.00%) | (0.00%) | (0.00%) |
| Dist. 4 | 606,899 (83.00%) | 63,625 (91.22%) | 399,042 (80.93%) | 110,103 (85.52%) | 471,108 (83.12%) | 41,596 (91.56%) | 323,842 (81.36%) | 80,524 (85.51%) |
| Dist. 5 | 124,305 (17.00%) | 6,121 (8.78%) | 94,006 (19.07%) | 18,640 (14.48%) | 95,687 (16.88%) | 3,833 (8.44%) | 74,213 (18.64%) | 13,648 (14.49%) |
| Total and % Population |  | 69,746 (9.54%) | 493,048 (67.43%) | 128,743 (17.61%) | 566,795 (77.52%) | 45,429 (6.21%) | 398,055 (54.44%) | 94,172 (12.88%) |

### Plan: NAACP Congressional 1, District 5 --    731,203 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 5 | 417,851 (57.15%) | 27,106 (67.39%) | 273,160 (58.52%) | 91,195 (49.66%) | 318,916 (56.20%) | 17,315 (67.12%) | 217,251 (57.43%) | 66,443 (49.17%) |
| Dist. 7 | 313,352 (42.85%) | 13,115 (32.61%) | 193,591 (41.48%) | 92,431 (50.34%) | 248,523 (43.80%) | 8,484 (32.88%) | 161,005 (42.57%) | 68,697 (50.83%) |
| Total and % Population |  | 40,221 (5.50%) | 466,751 (63.83%) | 183,626 (25.11%) | 567,439 (77.60%) | 25,799 (3.53%) | 378,256 (51.73%) | 135,140 (18.48%) |

### Plan: NAACP Congressional 1, District 6 --    731,205 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 177,027 (24.21%) | 13,486 (40.34%) | 79,493 (28.75%) | 72,379 (18.60%) | 135,279 (23.59%) | 9,182 (40.34%) | 64,591 (28.00%) | 52,879 (17.87%) |
| Dist. 5 | 135,577 (18.54%) | 4,472 (13.38%) | 62,016 (22.43%) | 63,275 (16.26%) | 106,752 (18.62%) | 3,012 (13.23%) | 51,129 (22.17%) | 48,359 (16.34%) |
| Dist. 6 | 332,897 (45.53%) | 13,604 (40.69%) | 96,826 (35.01%) | 210,026 (53.96%) | 264,795 (46.18%) | 9,432 (41.44%) | 83,562 (36.23%) | 162,227 (54.81%) |
| Dist. 7 | 85,704 (11.72%) | 1,869 (5.59%) | 38,206 (13.82%) | 43,511 (11.18%) | 66,600 (11.61%) | 1,133 (4.98%) | 31,387 (13.61%) | 32,527 (10.99%) |
| Total and % Population |  | 33,431 (4.57%) | 276,541 (37.82%) | 389,191 (53.23%) | 573,426 (78.42%) | 22,759 (3.11%) | 230,669 (31.55%) | 295,992 (40.48%) |

### Plan: NAACP Congressional 1, District 7 --    731,203 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 1 | 437,021 (59.77%) | 33,545 (60.74%) | 330,102 (59.87%) | 52,558 (59.41%) | 353,851 (59.04%) | 22,651 (61.07%) | 275,437 (58.85%) | 40,553 (60.23%) |
| Dist. 6 | 27,413 (3.75%) | 2,131 (3.86%) | 14,765 (2.68%) | 9,245 (10.45%) | 22,508 (3.76%) | 1,432 (3.86%) | 13,023 (2.78%) | 7,047 (10.47%) |
| Dist. 7 | 266,769 (36.48%) | 19,553 (35.40%) | 206,527 (37.46%) | 26,662 (30.14%) | 222,980 (37.20%) | 13,007 (35.07%) | 179,591 (38.37%) | 19,735 (29.31%) |
| Total and % Population |  | 55,229 (7.55%) | 551,394 (75.41%) | 88,465 (12.10%) | 599,339 (81.97%) | 37,090 (5.07%) | 468,051 (64.01%) | 67,335 (9.21%) |

## Core Constituencies

NAACP Congressional 1

From Plan: **Enacted Congress B-V-C**