# Exhibit 11

User:
Plan Name: **NAACP_Congressional_2**
Plan Type: **NAACP_Congressional_2**

# Core Constituencies

Friday, October 29, 2021                                                                                                                                            8:45 AM

From Plan:   **Enacted Congress B-V-C**

**Plan: NAACP_Congressional_2, District 1 --**                                                                                           731,205 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 1 | 529,863 (72.46%) | 37,290 (64.72%) | 358,573 (79.23%) | 101,062 (56.55%) | 415,801 (72.32%) | 24,782 (64.32%) | 292,145 (78.66%) | 74,776 (55.91%) |
| Dist. 2 | 81 (0.01%) | 0 (0.00%) | 1 (0.00%) | 77 (0.04%) | 52 (0.01%) | (0.00%) | (0.00%) | 52 (0.04%) |
| Dist. 6 | 162,748 (22.26%) | 15,725 (27.29%) | 70,125 (15.49%) | 69,902 (39.11%) | 129,470 (22.52%) | 10,552 (27.39%) | 60,345 (16.25%) | 53,145 (39.74%) |
| Dist. Unassigned | 38,513 (5.27%) | 4,600 (7.98%) | 23,873 (5.27%) | 7,670 (4.29%) | 29,603 (5.15%) | 3,195 (8.29%) | 18,916 (5.09%) | 5,771 (4.31%) |
| Total and % Population |  | 57,615 (7.88%) | 452,572 (61.89%) | 178,711 (24.44%) | 574,926 (78.63%) | 38,529 (5.27%) | 371,406 (50.79%) | 133,744 (18.29%) |

**Plan: NAACP_Congressional_2, District 2 --**                                                                                           731,201 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 1 | 245,652 (33.60%) | 25,730 (42.84%) | 166,189 (34.68%) | 39,620 (25.95%) | 191,929 (33.66%) | 16,462 (42.58%) | 137,695 (35.11%) | 27,802 (24.97%) |
| Dist. 2 | 376,707 (51.52%) | 25,993 (43.28%) | 256,690 (53.57%) | 72,599 (47.54%) | 291,540 (51.12%) | 16,764 (43.36%) | 207,523 (52.92%) | 51,832 (46.55%) |
| Dist. 3 | 732 (0.10%) | 50 (0.08%) | 336 (0.07%) | 306 (0.20%) | 547 (0.10%) | 35 (0.09%) | 284 (0.07%) | 196 (0.18%) |
| Dist. 6 | 106,338 (14.54%) | 8,231 (13.71%) | 54,366 (11.35%) | 40,074 (26.24%) | 84,636 (14.84%) | 5,364 (13.87%) | 45,212 (11.53%) | 31,439 (28.24%) |
| Dist. Unassigned | 1,772 (0.24%) | 53 (0.09%) | 1,575 (0.33%) | 97 (0.06%) | 1,608 (0.28%) | 35 (0.09%) | 1,464 (0.37%) | 77 (0.07%) |
| Total and % Population |  | 60,057 (8.21%) | 479,156 (65.53%) | 152,696 (20.88%) | 570,260 (77.99%) | 38,660 (5.29%) | 392,178 (53.63%) | 111,346 (15.23%) |

**Plan: NAACP_Congressional_2, District 3 --**                                                                                           731,203 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 72,574 (9.93%) | 5,449 (12.76%) | 47,174 (9.05%) | 16,483 (12.13%) | 56,556 (9.77%) | 3,465 (12.65%) | 38,291 (8.98%) | 12,192 (12.03%) |
| Dist. 3 | 631,345 (86.34%) | 34,577 (80.99%) | 458,202 (87.91%) | 111,507 (82.05%) | 500,854 (86.51%) | 22,238 (81.15%) | 374,801 (87.89%) | 83,259 (82.17%) |
| Dist. 4 | 2,450 (0.34%) | 121 (0.28%) | 1,993 (0.38%) | 186 (0.14%) | 1,978 (0.34%) | 84 (0.31%) | 1,656 (0.39%) | 127 (0.13%) |
| Dist. 5 | 20,068 (2.74%) | 1,731 (4.05%) | 11,304 (2.17%) | 6,482 (4.77%) | 15,803 (2.73%) | 1,126 (4.11%) | 9,544 (2.24%) | 4,736 (4.67%) |

**Maptitude**
For Redistricting
                                                                                                                                                                            Page 1 of 3

## Core Constituencies

NAACP_Congressional_2

From Plan: **Enacted Congress B-V-C**

### Plan: NAACP_Congressional_2, District 3 --                          731,203 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 6 | 758 (0.10%) | 19 (0.04%) | 686 (0.13%) | 19 (0.01%) | 641 (0.11%) | 7 (0.03%) | 591 (0.14%) | 15 (0.01%) |
| Dist. Unassigned | 4,008 (0.55%) | 798 (1.87%) | 1,875 (0.36%) | 1,230 (0.91%) | 3,095 (0.53%) | 482 (1.76%) | 1,552 (0.36%) | 994 (0.98%) |
| Total and % Population |  | 42,695 (5.84%) | 521,234 (71.28%) | 135,907 (18.59%) | 578,927 (79.17%) | 27,402 (3.75%) | 426,435 (58.32%) | 101,323 (13.86%) |

### Plan: NAACP_Congressional_2, District 4 --                          731,205 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 3 | 65,046 (8.90%) | 6,456 (8.39%) | 41,897 (8.85%) | 13,440 (9.72%) | 49,107 (8.73%) | 4,176 (8.29%) | 32,919 (8.65%) | 9,772 (9.71%) |
| Dist. 4 | 639,844 (87.51%) | 67,689 (87.94%) | 416,528 (87.99%) | 117,808 (85.19%) | 493,840 (87.82%) | 44,311 (87.98%) | 335,981 (88.29%) | 86,050 (85.51%) |
| Dist. 5 | 3,772 (0.52%) | 231 (0.30%) | 2,507 (0.53%) | 701 (0.51%) | 2,828 (0.50%) | 164 (0.33%) | 1,965 (0.52%) | 437 (0.43%) |
| Dist. Unassigned | 22,543 (3.08%) | 2,598 (3.38%) | 12,440 (2.63%) | 6,335 (4.58%) | 16,579 (2.95%) | 1,714 (3.40%) | 9,662 (2.54%) | 4,372 (4.34%) |
| Total and % Population |  | 76,974 (10.53%) | 473,372 (64.74%) | 138,284 (18.91%) | 562,354 (76.91%) | 50,365 (6.89%) | 380,527 (52.04%) | 100,631 (13.76%) |

### Plan: NAACP_Congressional_2, District 5 --                          731,204 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 43,176 (5.90%) | 1,610 (3.71%) | 35,101 (7.07%) | 3,905 (2.60%) | 32,366 (5.76%) | 982 (3.53%) | 27,020 (6.83%) | 2,666 (2.42%) |
| Dist. 3 | 597 (0.08%) | 20 (0.05%) | 445 (0.09%) | 93 (0.06%) | 431 (0.08%) | 20 (0.07%) | 320 (0.08%) | 63 (0.06%) |
| Dist. 4 | 91,347 (12.49%) | 7,081 (16.30%) | 59,846 (12.05%) | 19,234 (12.82%) | 72,031 (12.82%) | 4,762 (17.11%) | 48,897 (12.37%) | 14,506 (13.18%) |
| Dist. 5 | 583,867 (79.85%) | 34,203 (78.73%) | 390,956 (78.74%) | 125,954 (83.93%) | 447,457 (79.66%) | 21,768 (78.22%) | 311,005 (78.67%) | 92,167 (83.77%) |
| Dist. 6 | 1,429 (0.20%) | 61 (0.14%) | 1,171 (0.24%) | 138 (0.09%) | 1,173 (0.21%) | 44 (0.16%) | 998 (0.25%) | 103 (0.09%) |
| Dist. Unassigned | 10,788 (1.48%) | 466 (1.07%) | 8,992 (1.81%) | 746 (0.50%) | 8,274 (1.47%) | 254 (0.91%) | 7,094 (1.79%) | 522 (0.47%) |
| Total and % Population |  | 43,441 (5.94%) | 496,511 (67.90%) | 150,070 (20.52%) | 561,732 (76.82%) | 27,830 (3.81%) | 395,334 (54.07%) | 110,027 (15.05%) |

### Plan: NAACP_Congressional_2, District 6 --                          731,204 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|

SCSENATE_00003232

## Core Constituencies

NAACP_Congressional_2

From Plan: **Enacted Congress B-V-C**

### Plan: NAACP_Congressional_2, District 6 --                                                                                              731,204 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 208,003 (28.45%) | 14,373 (40.11%) | 97,916 (33.93%) | 82,840 (22.25%) | 159,298 (27.59%) | 9,771 (39.61%) | 79,456 (32.75%) | 60,665 (21.37%) |
| Dist. 3 | 607 (0.08%) | 50 (0.14%) | 284 (0.10%) | 220 (0.06%) | 477 (0.08%) | 37 (0.15%) | 236 (0.10%) | 161 (0.06%) |
| Dist. 5 | 118,447 (16.20%) | 4,083 (11.39%) | 54,544 (18.90%) | 54,536 (14.65%) | 93,448 (16.18%) | 2,741 (11.11%) | 44,964 (18.53%) | 41,874 (14.75%) |
| Dist. 6 | 338,879 (46.35%) | 12,844 (35.84%) | 107,369 (37.21%) | 206,185 (55.38%) | 271,399 (47.00%) | 9,025 (36.59%) | 92,989 (38.33%) | 159,579 (56.20%) |
| Dist. 7 | 420 (0.06%) | 4 (0.01%) | 90 (0.03%) | 321 (0.09%) | 341 (0.06%) | 4 (0.02%) | 84 (0.03%) | 248 (0.09%) |
| Dist. Unassigned | 64,848 (8.87%) | 4,481 (12.50%) | 28,345 (9.82%) | 28,189 (7.57%) | 52,478 (9.09%) | 3,089 (12.52%) | 24,899 (10.26%) | 21,405 (7.54%) |
| Total and % Population |  | 35,835 (4.90%) | 288,548 (39.46%) | 372,291 (50.91%) | 577,441 (78.97%) | 24,667 (3.37%) | 242,628 (33.18%) | 283,932 (38.83%) |

### Plan: NAACP_Congressional_2, District 7 --                                                                                              731,203 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | NH_DOJ_Blk | [18+_Pop] | [H18+_Pop] | [NH18+_Wht] | [NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 77 (0.01%) | 2 (0.01%) | 37 (0.01%) | 34 (0.02%) | 53 (0.01%) | 1 (0.00%) | 32 (0.01%) | 17 (0.01%) |
| Dist. 5 | 57 (0.01%) | 3 (0.01%) | 17 (0.00%) | 33 (0.02%) | 50 (0.01%) | 2 (0.01%) | 14 (0.00%) | 32 (0.02%) |
| Dist. 6 | 3,322 (0.45%) | 91 (0.25%) | 2,269 (0.49%) | 855 (0.44%) | 2,595 (0.44%) | 60 (0.25%) | 1,834 (0.46%) | 634 (0.43%) |
| Dist. 7 | 726,076 (99.30%) | 36,083 (99.62%) | 463,364 (99.19%) | 194,893 (99.47%) | 584,814 (99.32%) | 23,576 (99.60%) | 392,430 (99.23%) | 145,272 (99.47%) |
| Dist. Unassigned | 1,671 (0.23%) | 42 (0.12%) | 1,472 (0.32%) | 113 (0.06%) | 1,308 (0.22%) | 32 (0.14%) | 1,157 (0.29%) | 94 (0.06%) |
| Total and % Population |  | 36,221 (4.95%) | 467,159 (63.89%) | 195,928 (26.80%) | 588,820 (80.53%) | 23,671 (3.24%) | 395,467 (54.08%) | 146,049 (19.97%) |