# Exhibit 12

Page 1

SC NAACP v. McMASTER

TRANSCRIPT OF VIDEO-RECORDED PROCEEDINGS

SENATE OF SOUTH CAROLINA

January 20, 2022

(Transcription Time 1:43:00 - 6:32:20)

Transcribed By:
TERRI NESTORE
CSR No. 5614, RPR, CRR

Confidential

Page 20

```
 1  areas of southern Greenville, as I just mentioned, and
 2  District 5 came more into the rural and suburban areas of
 3  eastern or northeastern Spartanburg County.
 4            District 5 connects the eastern side of the
 5  Upstate with the central Midlands running from eastern
 6  Spartanburg County along the North Carolina through
 7  Cherokee, York, Lancaster, Chester, Union, Fairfield,
 8  Kershaw and Lee Counties, as well as the western half of
 9  Sumter County.
10            Changing -- or the amendment before you retains
11  nearly 95 percent of District V's benchmark population,
12  adding approximately 36,000 people from District 4 in the
13  rural northeastern part of Spartanburg County, as I
14  mentioned earlier, and a number of people in Sumter
15  County.  Mr. President, that concludes my overview.
16            PRESIDENT ALEXANDER:  Senator from Charleston --
17  so you've completed and given up the floor, okay.
18            SENATOR CAMPSEN:  I'll do this from my desk,
19  Mr. President.
20            PRESIDENT ALEXANDER:  Senator from Charleston,
21  Senator Campsen is recognized.
22            SENATOR CAMPSEN:  Thank you, Mr. President.  I'm
23  going to give a Lowcountry and Tri-County area overview.
24            As with the grand strand, the southern half of
25  the coast experienced substantial growth over the last ten
```

Confidential                                         SCNAACP_CD_006933

Page 21

1  years; however, this growth occurred in pockets and was
2  not homogeneous across the two Congressional Districts in
3  the area.
4           Under the benchmark plan, District 1 was
5  overpopulated by nearly 88,000 people, while District 6
6  was underpopulated by nearly 85,000 people.
7           District 1 predominantly represents residential
8  coastal communities in the Lowcountry and Tri-County area.
9           In the Lowcountry, District 1 includes all of
10 Beaufort County, approximately 4,500 people in the Sun
11 City community in Jasper County, and approximately 2300
12 people in the Edisto and Green Pond communities of
13 Colleton County.
14          In the Tri-County area, District 1 includes all
15 of Berkeley County, the majority of the population in
16 Dorchester County around the Summerville area and nearly
17 180,000 people in Mount Pleasant and the Sea Islands in
18 Charleston County.
19          Changes from the benchmark.  District 1 retains
20 82 percent of its benchmark population and adds 53,000
21 people from the 6th District, including 13,000 people in
22 Beaufort County and 29,000 people in Berkeley County.
23          In Charleston County, the amendment follows
24 natural geographic boundaries such as the Stono River and
25 Wadmalaw Sound, adding approximately 16,000 people on

Confidential
SCNAACP_CD_006934

Page 22

1  Wadmalaw Island and Johns Island to the 1st District from
2  the 6th.
3          The 6th District represents the portions of
4  Jasper, Colleton, Dorchester, and Charleston Counties that
5  are not included in District 1 along the coast, as well as
6  Allendale, Bamberg, Calhoun, Clarendon, Hampton and
7  Williamsburg Counties in their entirety.
8          District 6 also includes portions of Orangeburg,
9  Richland, Sumter and Florence Counties.
10         In the Lowcountry, District 6 includes the
11 majority of the population in Jasper and Colleton
12 Counties, with the exception of Jasper County's Sun City
13 community and coastal portions of Colleton County in the
14 Green Pond and Edisto precincts.
15         In the Tri-County area District 6 includes
16 approximately 34,000 people in Dorchester County,
17 including areas such as St. George, Ridgeville, rural
18 Dorchester County...  I lost my...  outside of
19 Summerville, and the West Ashley portion of Dorchester
20 County.
21         District 6 also includes approximately 228,000
22 people in Charleston County.  The entire Charleston
23 Peninsula in north Charleston are in the 6th District,
24 with the Cooper River as a natural boundary between the
25 1st and the 6th Districts.

Confidential                                                                 SCNAACP_CD_006935

Page 23

1            The West Ashley portion of Charleston County is
2    also in the 6th, with the Stono River separating West
3    Ashley from James Island and Johns Island in District 1.
4            Change -- as for changes from the benchmark,
5    District 6 retains more than 87 percent of its benchmark
6    population and adds approximately 140,000 people from
7    District 1 in the Tri-County area.
8            Now I'd like to address some -- because
9    District 1 and District 6 seem to have had the most focus
10   in recent days, I want to address a few other -- make a
11   few other points with regard to the District and the first
12   point I would like to make is that this plan is a minimal
13   change plan from the current District, and I'll give you
14   some statistics that demonstrate that.
15           When it comes to constituent consistency, in this
16   plan, Amendment 1, in the 1st District, 82.4 percent of
17   its current population remains in the 1st.
18           Under the competing plan that you're going to
19   hear later, only 65-and-a-half percent remain in the 1st.
20           When it comes to the 2nd Congressional District,
21   98.01 percent of the population currently in the 2nd
22   District remain in the 2nd.  Under the plan you're going
23   to hear later today, only 66.56 percent of the population
24   in District 2 remains in the District.
25           Look at District 3.  Under this amendment,

Confidential                                                               SCNAACP_CD_006936

Page 24

1  98.02 percent of District 3 residents remain in the 3rd
2  District.  Under the plan you'll hear later, just
3  72.8 percent remain in the District.
4              District 4, 94.34 percent under this plan remain
5  in the 4th District.  The amendment -- the proposal you're
6  going to hear later today, 71.5 percent remain in the 4th
7  District.
8              District 5, 94.38 percent of the population
9  remain in the 5th District of the current residents.
10             Under the plan you'll hear later, only 54, almost
11 half .84 percent remain in the 5th.
12             You go to the 6th District, even though we had a
13 lot of growth around the 6th, we still were able in this
14 plan to have 87-and-a-half percent of the current
15 residents of the 6th District remain in the 6th.  Under
16 the plan you'll hear later, it will only be 61.4 percent.
17             The 7th District has an amazing 99.96 percent
18 constituent consistency, whereas under the proposed
19 amendment, it dramatically changes to 56.08 percent.
20             So this is a minimal plan and this constituent
21 consistency numbers are evidence of that and that's one of
22 the reapportionment guidelines that we draw plans by.
23             I'm not going to take any questions until I
24 finish my presentation, and then I'll be happy to,
25 Mr. President.

Confidential

SCNAACP_CD_006937