# Exhibit 13

Benchmark Congressional Districts with 2020 Data
Partisan Analysis

| District | Biden | %Biden | Trump | %Trump | Total Votes |
|---|---|---|---|---|---|
| 1 | 196,335 | 46.97% | 221,669 | 53.03% | 418,004 |
| 2 | 158,169 | 44.22% | 199,541 | 55.78% | 357,710 |
| 3 | 101,631 | 30.93% | 226,915 | 69.07% | 328,546 |
| 4 | 140,260 | 39.59% | 214,025 | 60.41% | 354,285 |
| 5 | 150,076 | 41.55% | 211,107 | 58.45% | 361,183 |
| 6 | 194,538 | 67.90% | 91,989 | 32.10% | 286,527 |
| 7 | 145,245 | 40.79% | 210,856 | 59.21% | 356,101 |

SCSENATE_00003053