# Exhibit 14

House Plan 2 Senate Amendment 1

| District | Biden | %Biden | Trump | %Trump | Total |
|---|---|---|---|---|---|
| 1 | 170662 | 45.61% | 203533 | 54.39% | 374,195 |
| 2 | 160640 | 44.63% | 199295 | 55.37% | 359,935 |
| 3 | 105850 | 30.97% | 235966 | 69.03% | 341,816 |
| 4 | 137465 | 40.57% | 201396 | 59.43% | 338,861 |
| 5 | 146303 | 40.78% | 212458 | 59.22% | 358,761 |
| 6 | 219577 | 66.30% | 111599 | 33.70% | 331,176 |
| 7 | 145757 | 40.76% | 211855 | 59.24% | 357,612 |