*SC NAACP v. Alexander,*
D.S.C. Case No.  3:21-cv-03302-MGL-TJH-RMG

# Exhibit E

1

2

3

4

5

6

7

8                    Transcription of Audio Files

9        20211021SJudiciaryRedistrictingSubcommittee11547_1

10                        Runtime:   2:35:38

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

SCNAACP_CD_005454

1          (Beginning of Audio Recording)

2          SENATOR RANKIN:   -- order, and Ms. Ham

3     (phonetic) is our court reporter to the front

4     left.  I think -- I don't know if you've

5     joined us before.  If not, welcome back, and

6     so this is for, again, the -- taking

7     testimony on these plans.  And the -- let me

8     introduce the sub-committee members again.

9     You're all familiar with everyone.  I'm Luke

10    Rankin.  I'm from Horry County, from Conway,

11    and I chair this committee and the

12    Redistricting Subcommittee.  With us today,

13    Senator Chip Campsen by Zoom; Tom Young to my

14    left from Aiken; Senator Ronnie Sabb by Zoom,

15    Senator Margie Bright Matthews to my right,

16    Scott Talley, Senator Talley from Spartanburg

17    to my right, and, again, the ever quiet

18    Senator Dick Harpootlian to my left.

19          And as I've said over and over and it

20    bears repeating again, again, this is a

21    bipartisan group representing all parts of

22    the State.  This is yet another meeting in a

23    succession of a number that we've had, the

24    first of which was on July 20th when we met

25    to organize.  From the July 27th through

Confidential

SCNAACP_CD_005455

1    August the 12th, we held 10 public hearings

2    throughout the state to receive testimony

3    about communities of interest.  Many of you

4    were there.  Many of you participated or

5    witnessed by Zoom.  We tried to make that as

6    open and transparent a process both for folks

7    observing but folks participating as well,

8    again, in person and/or remotely.

9          On August the 12th, we made the newly-

10   released census data available on our

11   redistricting website.  Again, you're all

12   familiar with that.

13         September 17th we adopted downstairs a

14   subcommittee meeting, the guidelines and a

15   public submission policy, which, again, were

16   placed on that Senate redistricting website.

17         And then from the 17th of September

18   through October the 8th, we received public

19   submissions of the proposed Senate district

20   plans.  We received a total of 12, 7 of which

21   are offered by someone we will hear from

22   later perhaps, again, but those plans --

23   again, those seven effectively variations on

24   a theme offered by one of those individuals,

25   again, likewise available on the

Confidential

SCNAACP_CD_005456

1    redistricting website.

2         Now, today we're going to take public

3    testimony on the submitted plans.  We've got

4    a sign-in list of a number of people that

5    will be appearing by -- in person.  Lynn

6    Teague, welcome back, Ms. Teague.  She's been

7    either physically or remotely in attendance

8    at each of these directly or by proxy.  To

9    her right, John Roof (phonetic), Brenda

10   Murphy, Leah Aiden with NAACP, Somil Trivedi

11   by Zoom, Elias Valentine (phonetic) by Zoom,

12   Michael Roberts by Zoom, John Sucovitch

13   (phonetic) in person, and Brett Bursey

14   (phonetic) -- Brett, where are you if you are

15   -- you may be here, you may not, but, anyway,

16   we will hear from him perhaps if he's here to

17   end.

18        The following two people submitted

19   State senate plan proposals that are not here

20   to testify.  John  Kralovitch (phonetic),

21   again, the individual who is here, he's the

22   gentleman who's presented seven, I think, is

23   that correct?  Five.  We're giving you credit

24   for two more, but, anyway, and then Theresa

25   Harper, Aiken County, which is the same plan

Confidential

SCNAACP_CD_005457

1    as Mr. Kralovitch (phonetic) we believe.

2        What do we do hereafter?  What is the

3    future of this, and where are we headed in

4    the direction to the staff that we are going

5    to proceed with hereafter?  And that, again,

6    after hearing from everyone through the

7    written and spoken word, we will continue to

8    receive comments from all of these sources on

9    the proposed plans and ideas for

10   redistricting.  That information received

11   from all sources, the staff will then develop

12   a proposed plan for our consideration, the

13   subcommittee's consideration, which my hope

14   is that we will do shortly, that we will then

15   meet again and then to take that up

16   thereafter as well.

17       We have posted -- you got a public

18   notice, I think it was Friday, about

19   congressional plan submissions.  We invite

20   those, again, using the portal on the senate

21   redistricting website.  Again, we've already

22   received some congressional submissions, the

23   League of Women, NAACP and -- and Mr.

24   Roberts, but the deadline I would ask this

25   subcommittee to adopt for receiving public

Confidential

SCNAACP_CD_005458

1    submission of the proposed congressional

2    plans would be November the 1st.  Does that

3    concept, that date, offend anyone, or do you

4    all, would you all support that as our

5    submission date?  And, if so, could I hear a

6    motion to adopt that as the deadline.

7            MALE VOICE:  So moved.

8            SENATOR RANKIN:  All right.  Moved.

9    Is there a second?  All right.  Second.  All

10   in favor, say "aye."

11           MULTIPLE VOICES:  Aye.

12           SENATOR RANKIN:  All right.  The ayes

13   have that.  All right.  So now we're going to

14   call on Ms. Lynn Teague and John Roof

15   (phonetic), if y'all will come up and we're

16   going to start talking about these plans.  We

17   will not be here past 9:30 or 10:00 tonight.

18   Senator Harpootlian has a very distinct

19   dinner invitation.  He cannot stay past a

20   certain time.

21           So, Ms. Teague, welcome.  Mr. Roof,

22   welcome back.  For purposes of us hearing

23   more clearly, please take your masks down, as

24   you are comfortable in doing so Ms. Ham will

25   be able to hear you as well.  Welcome.

Confidential

SCNAACP_CD_005459

1              [Break in audio.)

2              SENATOR RANKIN:  Ms. Howell

3     (phonetic), spoke at a public hearing, I

4     believe, did she not?  Welcome back.

5              (Break in audio.)

6              MS. TEAGUE:  Can you hear me?  That's

7     better.  Okay.  Good.  And another core

8     member of our team could not be here today,

9     and that is Matt Salzman (phonetic), who is a

10    mathematician and has been working on

11    analysis of maps with a team of fellow

12    mathematicians.

13             During the map-drawing process, we,

14    representing the League, attended Senate

15    public hearings, as you know.  We're familiar

16    faces, watched video hearings we could not

17    attend, solicited input from local league

18    members across the state and received advice

19    and comments in a series of virtual meetings

20    with our redistricting advisory committee

21    members, who are a group of former public

22    officials, academics, and also

23    representatives of public interest groups.

24             So I'd like to begin -- we considered

25    all of that along with our criteria in

Confidential

SCNAACP_CD_005460

1    drawing our maps.  And I'd like to begin with

2    some general observations about our resulting

3    maps.  Our maps protect minority voting

4    rights while they do not artificially pack

5    districts with minority voters to dilute

6    their influence in surrounding districts.

7         Our districts prioritize faithfulness

8    to county and municipal boundaries.  These

9    are important communities of interest in

10   themselves, and their protection in map

11   drawing was identified as a top priority by

12   practically very group that we consulted

13   including our independent consultants and our

14   local leagues across the state.

15        Our map includes 21 counties split

16   into more than one district and 47 cases in

17   which counties were split into multiple

18   districts.  This is a substantial improvement

19   over the existing Senate map, which has 34

20   counties split 75 times.  Our map also splits

21   fewer precincts than our current map.  In

22   contrast to the 151 precincts split now, our

23   map splits only five precincts.  Election

24   workers would be ecstatically happy to see

25   this happen.

Confidential

SCNAACP_CD_005461

1          Our map improves compactness over the

2    existing Senate districts even though this

3    was a relatively low priority for us.  We did

4    not use voting history data in any part of

5    our map drawing and did not design districts

6    specifically to respond to that or for

7    competitiveness.  Realistically, our map

8    provides more competitive districts than the

9    current Senate map but still gets a rating of

10   very bad on the Dave's redistricting

11   competitiveness scale, which defined

12   competitiveness as falling within the 45 to

13   55 percent outcome range.  This reflects, we

14   believe, the extent to which underlying

15   demography shapes our districts.

16          And, finally, and very, very important

17   to us, safe districts are safe because they

18   are very unbalanced in their partisan

19   reference.  The more extreme the imbalance,

20   the easier it is for representatives to focus

21   on a subset of their constituents, their most

22   reliable primary voters leaving others

23   ignored both in and out of campaign season.

24          This, in turn, leads to more extreme

25   politics, a grave danger to our state and to

Confidential

SCNAACP_CD_005462

1    our nation.  We hope that by focusing on

2    drawing districts that realistically reflect

3    the varied composition in our communities,

4    our districts should produce less extreme

5    election results.

6          Even when a district isn't easily

7    competitive, candidates would have to

8    understand that the district could become

9    competitive with the right candidate and the

10   right campaign.  There's no perfect measure

11   of this, but we can provide a basic

12   evaluation of our success on this.

13         We compared the partisan analysis

14   report results based on the Biden and Trump

15   results in 2020 for our League districts with

16   partisan vote gaps between major party

17   winners and losers in the 2020 Senate

18   elections.

19         In 19 districts, the League map

20   reduced the gap between parties significantly

21   while raising it in only five slightly.

22         Overall, in this comparison our

23   districts would be expected to produce a mean

24   difference in partisan outcomes for the major

25   parties of about 24 percent with a standard

Confidential

SCNAACP_CD_005463

1  deviation of about 16 percent.  This contrast

2  markedly with the results of the 2020 Senate

3  election, in which the mean difference

4  between parties in all districts is about

5  twice as great, about 47 percent with a

6  standard deviation of 37 percent.

7      To be fair, we recognize that the 47

8  percent figure for current maps is skewed

9  upwards by races in which there was no major

10  party competition at all, presumably because

11  it was believed that it would be pointless,

12  that the district was sufficiently biased

13  that it would be pointless.

14      This leads to districts in which the

15  final number is around 97 to 98 percent for

16  the winner.  Presumably, if someone from the

17  opposing party had won, they would have

18  gotten some votes, although presumably,

19  again, not that many.  However, even if we

20  consider only those districts that had major

21  party competition in 2020, the Senate map

22  difference between partisan outcomes only

23  drops to a mean of 23 percent, not quite as

24  good as the figure that the league map

25  provides for the entire state.

Confidential

SCNAACP_CD_005464

1        We believe this matters.  We believe

2   that having extremely homogenous districts

3   and great disparities between districts

4   artificially induced is harmful.  It leads to

5   more polarization along with wasting votes.

6        These numbers show that the current

7   Senate districts have been drawn in a way

8   that intentionally makes them homogenous in a

9   way that deprives our general election votes

10  of meaning and exaggerates partisan

11  differences in our districts.  We, therefore,

12  believe that our maps with their substantial

13  reduction in what are now very exaggerated

14  vote imbalances much more accurately reflects

15  our real communities and that representation

16  in the South Carolina Senate based on our

17  maps would be a very healthy thing for our

18  state and for our nation.

19       I will now turn this over to our

20  League member, John Roof (phonetic), who drew

21  our maps, to discuss some specific points of

22  interest.

23       MR. JOHN ROOF:  Thank you.  And I'm

24  going to go to our map, but by way of

25  introduction, this is my fourth round of

Confidential

SCNAACP_CD_005465

1    statewide redistrict -- the mic is over the

2    (inaudible).  Back when I started doing this,

3    we did not have such fancy equipment.

4         This is my fourth round of doing

5    statewide redistricting.  I began drawing

6    district lines back in the day of paper maps,

7    magic markers, and Lotus 1-2-3.  And if you

8    don't know what Lotus 1-2-3 was, it's only an

9    indication that I'm much older than you.

10        In drawing our map this time, part of

11   the purpose for our submitting a map is to

12   model what we think fair map drawing is, but

13   it's also to try to provide you with

14   solutions, as you begin drawing your maps to

15   problems that you face.  And we all face one

16   fundamental problem this time, and that was

17   we had 500,000 people we had to do something

18   with and that was going to change the map in

19   significant ways.

20        I was having a chat with Mr. Roberts,

21   whom I've worked with for many years in the

22   hallway, and we were discussing the fact

23   that, you know, many a time, as you're doing

24   this drawing the only criteria that matters

25   to you is where do I find those bodies to get

Confidential

SCNAACP_CD_005466

1    to plus or minus 5 percent deviation.  And it

2    is a singular challenge to do that,

3    particularly where there have been

4    substantial changes.

5         As Ms. Teague noted, we tried to put

6    counties whole, as much as we could.  Now,

7    it's important for you to understand that any

8    criteria you use you will violate because the

9    criteria for drawing maps are a set of

10   criteria often conflicting, often difficult

11   to implement, and so you do the best you can

12   but we have tried to -- to keep counties

13   whole.

14        You heard during your hearings

15   complaints about Saluda County and how it was

16   cut into three Senate districts.  Saluda

17   County in our proposal is whole.  It then --

18   District 10, which encompasses it and

19   Greenwood, then goes a little bit into

20   Lexington County.  But that really, if you

21   take a close look, was trying to keep the

22   population in Lexington School District 3,

23   which flops over the county line into Saluda

24   together.

25             There -- we tried to keep

Confidential

SCNAACP_CD_005467

1    municipalities together.  I'm sure Senator

2    Tallen (phonetic) has taken a close look at

3    our District 11, which does its best to make

4    Spartanburg whole.  We had some folks in

5    Spartanburg who -- who said, you know, we're

6    chopped up into I think it's three Senate

7    districts now.  Can you put Spartanburg

8    together?  While, frankly, other folks said,

9    no, we like having three senators, and that

10   is a conflict you will find across the state

11   in different jurisdictions.

12         If you look at a map proposal and you

13   don't find districts that appall and offend

14   you, you haven't looked far enough because no

15   one is ever happy with any map proposal you

16   put forward.  So these are suggestions.

17   We're not telling you that -- that somehow

18   this is the perfect map and that you should

19   adopt it.  We'd take it if you adopted it,

20   but, clearly, any districting plan has places

21   where you do odd things.

22         We could point out District 43, for

23   example, which is Senator Campsen's district.

24   A lot of folks look at that and say, oh, my

25   God, it runs from Charleston to Beaufort.  I

Confidential

SCNAACP_CD_005468

1    look at that and say that is the most

2    cohesive community of interest in the entire

3    state of South Carolina for a districting

4    map.

5        We tried to keep communities of

6    interest together as much as possible full

7    well recognizing that some indicia of keeping

8    a community of interest together, such as a

9    county run into other problems on communities

10   of interest.  I'd point to our proposal on

11   Senate District 20, Senator Harpootlian's

12   district.  We had lots of league members who

13   told us, I used to live up there towards Irmo

14   (phonetic) and Chapin, and it's a different

15   world than the other half of District 20.

16   But increasingly and historically we've kind

17   of tried to keep Lexington and Richland

18   apart, but increasingly across the river here

19   there is more and more community of interest

20   with folks from the university, folks

21   affiliated with university and state

22   government living across there.  So we split

23   Richland county and brought Senate District

24   20 into Lexington County.  In doing that,

25   part of our goal was also to draw a

Confidential

SCNAACP_CD_005469

1    Lexington/Richland School District 5

2    district.  It's not perfectly that district,

3    but it is substantially that district.  Now,

4    we have three school districts in Richland

5    County and one that, historically, has been

6    quite different from the others has been

7    Lexington Richland 5.  And so what we drew

8    was -- was an LR5 district out that way,

9    crosses the county lines of the school

10   district, crosses the line.  We had heard

11   complaints in Charleston about how Mount

12   Pleasant was split up so badly.  Mount

13   Pleasant in our proposal is still a little

14   bit split, but the main part of the district

15   in District 34 is in Mount Pleasant.  And

16   Mount Pleasant would have a Senator that

17   could be pretty much theirs.

18        These were the kinds of -- of issues

19   that we looked at, as we moved across the

20   state.  We did have five split precincts.

21   Now, one of those you could go into Richland

22   County where we split one precinct just to

23   get to that magic number, and as I looked at

24   it afterwards, I discovered, well, we could

25   have gone and flipped another precinct.  It

Confidential

SCNAACP_CD_005470

1    leaves you a little bit snaggletooth on the

2    border, but, you know, these are not art

3    exercises and if you move the -- if you flip

4    the briarwood precinct with the -- and I

5    can't even remember which precinct I split,

6    you can fix that in a minute.

7        The other four are in District 7 in

8    Greenville where our choice in a historically

9    African American minority-represented

10   district was to leave that district, as close

11   as possible to the existing district, which

12   split four precincts.  In terms of some of

13   the reasons that you avoid splitting

14   precincts, including election confusion,

15   well, that all happened 10 years ago when you

16   -- when those lines were drawn.  Folks now

17   know which district they live in, and so you

18   keep that district together.

19       I would point you to footnote nine in

20   the Colleton County v. McConnell case, where

21   the court there discussed split precincts and

22   basically said, look, we split some

23   precincts.  You know what, if the General

24   Assembly doesn't like it, they can redraw the

25   precinct lines.

Confidential

SCNAACP_CD_005471

1          That is exactly what happened in

2    District 7 in a previous round of drawing

3    where the initial draw was fairly creative

4    about how it drew black population into

5    District 7, but what the Senate did was they

6    fixed that.  They redrew the precinct lines,

7    so there was no longer that narrow effort to

8    bring Black population into the -- into the

9    district by, frankly, splitting the dickens

10   out of precincts in Greenville County.

11         If those four precincts that are split

12   in Greenville County trouble you, redraw the

13   precinct lines, it's been done in Greenville

14   before.  That could be true in other parts of

15   the state.  I would also caution you about

16   being careful to recognize and that footnote

17   nine has the same discussion in it, recognize

18   the difference between the VTDs that we use

19   as the indicia on that and precincts.

20         The VTDs are essentially drawn in the

21   latter part of the -- of the ten-year cycle

22   before new precincts are drawn in some areas.

23         So if you go into Horry County, y'all

24   did a bunch of changes of precincts in Horry

25   County in the last few years.  If you go into

Confidential

1    Berkley County, you have a bunch of changes

2    that make just using the VTDs, frankly,

3    obtuse, although I don't -- I don't think it

4    actually impacted any of our Senate lines.

5             So you should remember that because we

6    drew using the precinct lines, and you have

7    to be a little bit careful with that, too,

8    because the shape file that you'll be

9    provided by the precincts demographic office

10   at Revenue and Fiscal Affairs, it's a little

11   funky.  The lines I'm inclined to believe

12   they draw them county-by-county, and then

13   when they put them all together, you have

14   places where this precinct in -- in

15   Spartanburg county will leak over into

16   Greenville County.

17            So you need to be careful of that.

18   We've run into problems with that in our --

19   in our attempts to analyze these plans where

20   you need clean lines.  I think we're finally

21   there after I did a block-by-block edit, you

22   know, putting the both on census lines.  The

23   other thing, of course, is lots of precinct

24   lines cross census lines so you have to deal

25   with all of that and just do the best you

Confidential

SCNAACP_CD_005473

1    can.

2         I see Mr. --

3         SENATOR RANKIN:  A question to you,

4    and I (inaudible) suggests you're about to

5    wrap up and I'm not trying to hurry you

6    along, but is the -- do the precinct lines

7    not match the VTDs this time?

8         MR. ROOF:  Not in Horry and not in

9    Berkley.  Now you know, looking up precinct

10   changes --

11        SENATOR RANKIN:  And that would be as

12   a result of -- of splits or combinations,

13   which more in our area in Berkley I would

14   suggest are splits.

15        MR. ROOF:  Right.

16        SENATOR RANKIN:  But that would be the

17   only reason, the only variation on the other

18   precinct lines across the state and VTDs.

19   Right?

20        MR. ROOF:  The only other thing is

21   that since precincts aren't drawn along

22   census geography, they more often are these

23   days, but, you know, back in the day it was,

24   you know, where the old oak tree used to be

25   kind of lines.  And so they're not perfect

Confidential

SCNAACP_CD_005474

1    representations, they are functional

2    representations, but there are places where

3    even in the others where they don't do that.

4        SENATOR RANKIN:  Another real quick

5    question here if you don't mind, and, again,

6    if you're about to wrap up, I don't want to -

7    -

8        MR. ROOF:  Getting close, yes.

9        SENATOR RANKIN:  Go ahead.

10       MR. ROOF:  Well, you know, it is

11   difficult for me to address a committee or

12   subcommittee of judiciary without having

13   Senator McConnell's voice in my head saying

14   that brevity is clarity.

15       SENATOR RANKIN:  You're not listening,

16   I would suggest, real quick to help you,

17   perhaps, channel him a little more acutely,

18   the concept of pairing incumbents in the same

19   seat, again, it's not a foreign concept.

20   Some, perhaps, are more aggressive in doing

21   that in these plans than others.  You pair

22   three districts with incumbents.  Tell me,

23   briefly, how you square that with footnote

24   nine, again, whatever case law that we've got

25   and your overall plan.

Confidential

SCNAACP_CD_005475

1          Well, recognize that we don't believe

2    in incumbency protection in any form.  As it

3    happens, I believe that I did not

4    inadvertently draw any senators into other

5    districts.  I was -- I was close on Senator

6    Tallen at one point, but we flipped a couple

7    of precincts and I think he's back in the

8    district he currently represents now.

9          But other than that, almost by dumb

10   luck, we got the rest of you in your

11   districts.  The other piece is, you know,

12   because of the population shifts, some

13   districts got collapsed, and if you collapse

14   a district, you're going to put some senators

15   in with other senators.  In no way did we

16   seek in any way to harm an incumbent or help

17   an incumbent, but District 35 in Sumter

18   County was collapsed.  If you're going to

19   draw a new district in Horry, which is where

20   that one went, you've got to collapse

21   something.  If you're going to draw a new

22   district in York County, as we did, you've

23   got to collapse something.  That was -- and

24   I'm trying to remember the number, whether

25   it's 24, 25 or 26, that is currently

Confidential

SCNAACP_CD_005476

1    represented by Senator Setzler.  It got

2    collapsed.  If you collapse a district, you

3    are in all likelihood going to put two

4    incumbents together.  It was not a goal.  I

5    mean if you looked at our House plan, we

6    basically drew that incumbent agnostic so I

7    don't know where the incumbents are there.

8    And our belief is y'all should draw incumbent

9    agnostic.

10        SENATOR RANKIN:  All right.  Thank you

11   so much.

12        MALE VOICE:  Mr. Chairman?

13        SENATOR RANKIN:  Questions by

14   (inaudible).

15        MALE VOICE:  I've got basically three

16   questions, and the first one is sort of an

17   overarching question.  John, as you know,

18   I've litigated a couple of these cases in the

19   past, and one of the issues since Section 4

20   has been repealed and therefore Section 5, we

21   don't have a retrogression analysis anymore,

22   do we?

23        MR. ROOF:  No.

24        MALE VOICE:  So the question becomes

25   in drawing this plan was there any sort of

Confidential

SCNAACP_CD_005477

1    Section 2 analysis done and if so, what?

2         MR. ROOF:  Well, I had the opportunity

3    to look at -- at some racial polarization

4    analyses done by other folks.  I mean as you

5    well know because you've heard me testify on

6    them, that's something I have testified to in

7    court on numerous times.

8         MALE VOICE:  And I think I cross-

9    examined you a few times.

10        MR. ROOF:  It could be, although I

11   thought it was Lee Parks who cross-examined

12   me.

13        SENATOR RANKIN:  Maybe he'll play you

14   in the next movie.

15        MALE VOICE:  Go ahead, I'm sorry.

16        MR. ROOF:  So we looked at those

17   questions.  I mean one of the concerns is,

18   ideally, in order to meet the Jingles test,

19   the first prong of which is can you draw 50

20   percent plus one district?  It is no longer -

21   - plus one majority black district.

22        MALE VOICE:  Right.

23        MR. ROOF:  It is no longer possible in

24   a number of those districts unless we

25   completely throw out one person one vote to

Confidential

SCNAACP_CD_005478

1    draw majority black districts.  I think you

2    will see that almost all of the districts

3    which currently have African American

4    incumbents, that we have majority minority

5    districts.  And they are also districts in

6    which my professional judgment African

7    American voters have an equal opportunity to

8    elect candidates of their choice.

9          So is it specifically a -- a section 2

10   analysis on all of those?  No, but it is

11   informed by a Section 2 analysis.  It is

12   informed by the kind of racial polarization

13   analyses that I've done for years, and it is

14   also, I think, a question of fundamental

15   fairness and part of the criteria that we in

16   the League follow that we recognize that

17   Midori (phonetic) voters have an opportunity

18   -- having an opportunity to elect candidates

19   of their choice is a very important policy

20   position, and we tried to achieve that

21   through these districts, as much as we could.

22          MALE VOICE:  So my second question

23   would be and let me say this, one of the

24   districts that you've collapsed resulted in

25   me being in a district with another

Confidential

SCNAACP_CD_005479

1    incumbent.  Setzler and I are in the same

2    district, are they not?

3            MR. ROOF:  Okay.

4            SENATOR RANKIN:  You didn't know that?

5            MR. ROOF:  Yeah, actually, if I

6    thought about it, I would, but like I say we

7    weren't trying to help anybody, weren't

8    trying to hurt anybody.

9            MR. ROOF:  And -- and let me say this

10   I've looked at the other districts, and I'm

11   sure my fellow senators will disagree with me

12   on this.  But it seems to me many of those

13   districts in which incumbents, and you did

14   have to collapse something over in Sumter

15   because they didn't have the growth of

16   population  in Sumter that they had along the

17   coast.  Horry County, Senator Rankin, has

18   exploded as I'm sure you've -- you understand

19   that's where the population -- so they should

20   get an additional Senate seat and perhaps the

21   area in the PeeDee should lose a senate seat

22   is what you decide.  Is that correct?

23           MR. ROOF:  Yes, yes.

24           MALE VOICE:  So I have no problem with

25   what you did to my district, none whatsoever.

Confidential

SCNAACP_CD_005480

1  I think it's more compact as someone who's

2  had to represent people whose major interest

3  is what happens on Lake Murray, as opposed to

4  people whose major interest is what happens

5  in five points is almost schizophrenic.  So

6  you have -- you have compacted that district

7  maybe to my political detriment, my personal

8  political detriment, but I think the district

9  you've drawn will be much more compact and

10  the people on the river, on both sides of the

11  river that share the river and you're talking

12  about you brought in West Columbia and then

13  you go up the Broad River and the school

14  district, all those things, much more

15  compact.  And I want to thank you and commend

16  you for that even though it may result in my

17  political demise.

18      MR. ROOF:  Well, worrying about my

19  political fortunes was not in my remit.

20      MALE VOICE:  John I --

21      SENATOR RANKIN:  And you're laughing a

22  little too aggressively, for the record not

23  without notice.

24      MR. ROOF:  Either way.

25      SENATOR RANKIN:  Right.

Confidential

SCNAACP_CD_005481

1          MALE VOICE:  So there are other

2    districts, which you've put incumbents -- I

3    think it's a total of -- is it four districts

4    that have two incumbents in them?

5          MR. ROOF:  District 17 --

6          MALE VOICE:  20.

7          MR. ROOF:  -- 20 and I'm trying to

8    remember the --

9          (crosstalk)

10          MR. ROOF:  -- in Sumter County,

11    McElveen is in -- probably with Senator

12    Johnson.

13          MALE VOICE:  Yes, and that may be it.

14          MR. ROOF:  I think so.

15          MALE VOICE:  And you did that to make

16    them more compact because of population

17    shifts.  This wasn't -- there wasn't any sort

18    of political motive here, none whatsoever,

19    okay.  The -- the last thing I would ask you

20    is this, in doing this map, you used the term

21    plus or minus 5 percent, does that -- I mean

22    if we went to the one man plus one person

23    plus or minus that we have on congressional,

24    would it have made it better or worse for you

25    all in terms of what you're trying to do?

Confidential

SCNAACP_CD_005482

1          MR. ROOF:  I find the as near to equal

2    population as practical in the Congressional

3    district context absurd, as a demographer.

4    You know, the census is a legal fiction.  You

5    know, we assume that it is what it was on

6    whatever day the census was taken.  I was

7    actually paid for the Senate to work with

8    Senator Pinkney on a -- on a school district

9    case in Jasper County where we ended up

10   fighting over three blocks that the census

11   said included 75 people.

12          At the -- at the time, we were

13   litigating that in 2015, there were 2,600

14   registered voters among those 75 people.

15   There's now well over 3,000.  The census, in

16   fact, still says it's 2,600 people.

17          MALE VOICE:  And you're dealing --

18   you're dealing with population.  You're not

19   dealing with voters.  You don't look at

20   registered voters.

21          MR. ROOF:  No.

22          MALE VOICE:  So it's purely the census

23   population that drives your numbers.

24          MR. ROOF:  It's the legal fiction of

25   the census population, but it is a fiction,

Confidential

SCNAACP_CD_005483

1    and, you know, we should recognize that it is

2    a fiction to try to get to 0 or 1 or when you

3    look at our congressional maps, you'll see we

4    were at 3, which was in my judgment as close

5    to equality as practical.

6         The problem with drawing too closely

7    on those deviations is that you end up doing

8    a lot more split precincts than reason could

9    possibly bring you to.

10        I assisted Richland School District 1

11   when they redrew their lines this last

12   decade, and somebody, I suspect Mr. Roberts,

13   had drawn a plan for them at plus or minus 1

14   percent that split the bajeebers (phonetic)

15   out of precincts.  And so the only changes I

16   made was to suggest to the school board why

17   don't we just eliminate all of these precinct

18   splits to come in with a higher deviation and

19   have zero precinct splits in that school

20   district.

21        MALE VOICE:  Let me ask you one final

22   question, Mr. Chairman.  You started off with

23   the benchmark that is the 2011 approved plan.

24   That's where you began.

25        MR. ROOF:  You know, the reality is

Confidential

SCNAACP_CD_005484

1    there's no such thing as a benchmark anymore

2    since effectively Section 5 doesn't apply

3    here.

4            MALE VOICE:  Well, I'm talking

5    factually, not legally.  I mean did you --

6    did you start with the existing districts and

7    then adjust them to suit the criteria you

8    had?

9            MR. ROOF:  No.

10           MALE VOICE:  You just started from

11   scratch?

12           MR. ROOF:  Yes.  I mean I had the

13   existing plan there on the machine when I was

14   drawing not -- not up but available so I

15   could check in large part to try to get the

16   District numbers.  There's no reason to just

17   willy nilly change district numbers, and so,

18   you know, the district numbers, as close as

19   appropriate.  But, you know, part of the

20   reality is a lot of these districts

21   essentially draw themselves.

22           MALE VOICE:  They don't need us?

23           MR. ROOF:  Well, I mean go -- go look

24   at.  If you start up in Oconee, you pretty

25   much get to where you always get.

Confidential

SCNAACP_CD_005485

1          MALE VOICE:  Okay.  Thank -- thank you

2    for answering my questions.  Thank you very

3    much, Mr. Chairman.

4          SENATOR RANKIN:  Anybody else?  Thank

5    you all very much.  Ms. Teague, you were

6    reading from something.  I don't know whether

7    you submitted that document, but if you have

8    not, you're welcome to do so (inaudible).

9          MS. TEAGUE:  I will submit it

10    digitally after the -- later today.

11          SENATOR RANKIN:  You don't need to

12    transcribe (inaudible) -- I did not attempt

13    to cover Mr. Roof's comments in my written

14    version.

15          MALE VOICE 2:  If I may, I'd like to

16    ask Mr. Roof, your last comment, you said if

17    you start in Oconee and started to draw you

18    would end up with what you always get.  What

19    do you mean by that?

20          MR. ROOF:  Well, I mean in Oconee,

21    Oconee is just shy of -- of the whole

22    district.  So you take Oconee, you get a

23    little bit of -- of Pickens, and what I tend

24    -- what I have learned to do after 30-odd

25    years of doing this is don't start in one

Confidential

SCNAACP_CD_005486

1  corner and then you find yourself in a pickle

2  in -- in Horry but instead as much as

3  possible from towards the middle from the

4  edge because the ultimate limiter on us is

5  you can't bring in people from Georgie, you

6  can't bring in people from North Carolina,

7  and you can't bring in fish, so you might as

8  well start with where the limit is.

9          SENATOR RANKIN:  Is that a catch limit

10  or a --

11          MR. ROOF:  Yes.

12          SENATOR RANKIN:  Thank you all so

13  much.  Senator Young?

14          SENATOR YOUNG:  Thank you.

15          SENATOR RANKIN:  All right.  Ms.

16  Murphy personally -- in person, I believe,

17  and Leah Aiden by Zoom.  Welcome.  Ms. Murphy

18  is coming on up.

19          And is Somil Trivedi

20          FEMALE VOICE:  Virtually.

21          SENATOR RANKIN:  Ma'am?

22          FEMALE VOICE:  Virtually.

23          SENATOR RANKIN:  Virtually, welcome.

24  Come on down.  State your name for Ms. Hamm.

25  Please remove your mask if you're comfortable

Confidential

SCNAACP_CD_005487

1    so she can hear you clearly, and introduce

2    your guests that are presenting via Zoom.

3            MS. MURPHY:  I certainly will.  Good

4    morning.  Good afternoon now.  Chairman

5    Rankin and members of the subcommittee, am I

6    coming through clearly?  My sinuses are

7    bothering me so it may sound a little muffy,

8    stuffy this morning.  My name is Brenda

9    Murphy, and I'm the president of the South

10   Carolina State Conference of NAACP branches

11   here in South Carolina.

12           We are a state conference of branches

13   of the National Association for the

14   Advancement of Colored People, the NAACP

15   which you will hear me refer later just as

16   NAACP, a national civil rights organization.

17           The South Carolina NAACP was chartered

18   in 1939 and it is the oldest civil rights

19   group in South Carolina.

20           Consistent with the national NAACP

21   mission, we work on behalf of its members and

22   constituents to remove all barriers of racial

23   discrimination through engagement in

24   democratic processes and the enactment and

25   enforcement of federal, state, and local laws

Confidential

SCNAACP_CD_005488

1    securing civil rights, including laws

2    relating to voting rights, as well, and in

3    all, the South Carolina state conference

4    NAACP has 77 branches and over 13,000 members

5    in our state.

6         Thank you for the opportunity to

7    testify this afternoon.  I am doing so on the

8    behalf of the association that I lead as well

9    as the coalition of groups including the

10   South Carolina NAACP, the NAACP Legal Defense

11   and Education Fund Incorporated and the

12   American Civil Liberties Union, ACLU, and the

13   ACLU of South Carolina, who formed in May of

14   this year to focus on redistricting at the

15   state and local levels.  I am pleased to also

16   be joined by attorney Leah Aiden who is with

17   LDF and Somil Trivedi who is with ACLU, both

18   of whom will be testifying to provide more

19   details about our coalition, our proposed

20   state senate redistricting plans with

21   Attorney Aiden's submitted to this -- which I

22   think has been submitted to this committee by

23   Attorney Aiden, it was on October the 8th,

24   2021.  Let me also recognize the two other

25   individuals that are with me today, two of

Confidential

SCNAACP_CD_005489

1    the vice presidents for the South Carolina

2    State Conference NAACP.  They are Mr. -- Vice

3    President Henry Griffin and also Vice

4    President Marvin Neal (phonetic).

5         My testimony this afternoon will focus

6    on three primary points.  Number one, the

7    affirmative obligation this subcommittee must

8    consider, as it assesses and proposes

9    redistricting plans; two, background

10   regarding our joint submission of

11   redistricting plans; and three, ensuring

12   transparency during all stages of the

13   redistricting process.

14        Number one, this subcommittee must

15   ensure compliance with the U.S. Constitution

16   and Section 2 of the Voting Right Act.  As we

17   said in our letters of August, September, and

18   earlier this month, when this subcommittee

19   draws redistricting plans, it must comply

20   with the U.S. Constitution and Section 2 of

21   the Voting Right Act.

22        Under the Constitution, this

23   subcommittee must balance populations among

24   districts to meet its one person one vote

25   obligation.  For the Senate every district

Confidential

SCNAACP_CD_005490

1   must come close to equality of population,

2   although there is some flexibility for

3   acceptable reasons.  And the subcommittee

4   must also make sure not to violate Section

5   2's nationwide ban on racial discrimination

6   in voting fulfilling the one person, one vote

7   requirement.

8         The 2020 U.S. census results

9   demonstrate that South Carolina has

10  experienced significant population shifts and

11  growth during the past decade.  These changes

12  require action to bring the districts for

13  South Carolina Senate into compliance with

14  the Constitution equal population mandate.

15  Senate district populations may deviate from

16  each other within a 10 percent range.

17        Having equal populations among

18  districts, as our letters explained, is

19  intended to ensure equal electoral power for

20  all voters and equal access to representation

21  for all people throughout our state.

22        Based on 2020 census data, numerous

23  state Senate districts exceed their

24  presumptively permissible range of population

25  deviation.  Some do so by substantial

Confidential

SCNAACP_CD_005491

1    margins, for example District 16 is 32

2    percent over populated.  It has nearly

3    36,0000 people too many to be a district.  At

4    the same time, District 29 is 21 percent

5    under populated and has nearly 24,000 people

6    too few.

7            There are almost 60,000 new people in

8    District 16 than in District 29, but those

9    populations are each represented by one state

10   senator.  Any map this subcommittee adopts

11   must address these apportionment issues, as

12   our proposed maps do, complying with Section

13   2 of the Voting Right Act.

14           Approximately 27 percent of our

15   state's people are Black according to the

16   2020 census, and among South Carolinians who

17   are old enough to vote, Black voters are

18   approximately 29 percent.  To comply with the

19   Voting Right Act, you must create maps that

20   give us an equal opportunity to participate

21   in the electoral process and to elect

22   representatives of our choice, and you must

23   not minimize our vote.

24           In some cases, that will require

25   drawing single-member districts in which

Confidential

SCNAACP_CD_005492

1    Black voters are a majority, and in areas

2    where Black voters cannot form the majority

3    in a District, this subcommittee should

4    consider whether additional effective

5    districts are possible to allow Black voters

6    an equal opportunity to participate in the

7    political process and elect candidates of

8    their choice.

9         The committee must not minimize our

10   electoral strength by packing Black voters

11   into districts with unnecessarily high Black

12   populations or by cracking them into

13   districts with populations that are too low

14   to provide Black voters with the opportunity

15   to elect their preferred candidates.

16        In all circumstances, this

17   subcommittee should ensure the efficacy and

18   fairness of districts for Black voters and

19   all voters.  Indeed, as you have seen and

20   will continue to see in hearing necessary

21   additional testimony by community members,

22   this is a paramount concern for our

23   constituents.

24        Satisfying this concern requires a new

25   and comprehensive analysis, similar to the

Confidential

SCNAACP_CD_005493

1    analysis that informed our maps.  The jointly

2    submitted maps that we propose, satisfy all

3    of these three requirements and goals.

4         Additional considerations relevant to

5    proposed maps:  Under the Constitution and

6    the Voting Right Act, you have an obligation

7    to conduct an analysis of these -- of these

8    districts and understand how they will work

9    for voters.  Our maps to this end includes an

10   analysis of the following:  the 2020 census

11   data including racial demographic data;

12   recent statewide and community-level voting

13   patterns, including racially polarized voting

14   patterns, how past and newly-proposed

15   districts may perform for voters; communities

16   of interest and other redistricting

17   principles like contiguity, compactness, and

18   other incumbent protection, and incorporation

19   of community members' feedback.

20        In doing so, developing our plans

21   requires careful analysis that is fact-

22   specific and context-specific.  The

23   subcommittee should apply the same care in

24   assessing and creating its redistricting

25   plans.  In short, this subcommittee must look

Confidential

SCNAACP_CD_005494

1    at the totality of the circumstances as the

2    court would do and to ensure it is not -- it

3    -- it is not diluting Black voters' ability

4    or any voters' ability to participate equally

5    in our State's political processes.

6         One circumstance this committee must

7    consider and take into account is racial

8    block voting.  Racial block voting continues

9    to exist in South Carolina, and that means

10   that there is a continued pattern in

11   statewide and other election of candidates

12   preferred by white voters defeating

13   candidates preferred by Black voters.

14        For example, in the 2020 election for

15   U.S. Senate, 98 percent of South Carolinians

16   voted -- voters cast their ballots for Jamie

17   Harrison.  However, only 25 percent of White

18   voters in that election voted for Harrison,

19   and he was defeated.  We see a similar trend

20   in other statewide elections including the

21   2018 election for secretary of state and at a

22   local level in many parts of the states.

23        We have made some progress in South

24   Carolina, but we aren't there yet.  We have

25   to be cognizant of our history and present

Confidential

SCNAACP_CD_005495

1    reality.  That includes a record of racial

2    discrimination in voting that continues into

3    the present.  South Carolina's 1895

4    constitution was a leader in the widespread

5    movement to disenfranchise eligible Black

6    citizens.  Until 1965, the State enforced a

7    literacy test and a property test that were

8    specifically designed to prevent Black people

9    from voting, and after the Voting Right Act

10    enactment in 1965, South Carolina challenged

11    its constitutionality.  During the years

12    before Shelby County, when South Carolina was

13    covered by Section 5 (inaudible) clearance,

14    discriminatory changes in voting practices or

15    procedures in South Carolina elicited over

16    128 objections from the U.S. Department of

17    Justice including at least 27 objections in

18    cases where a proposed state or local

19    redistricting plan had the purpose of or

20    would have the effects of diminishing the

21    ability of the citizens of the United States

22    on account of race or color to elect their

23    preferred candidate of choice.

24         The State has consistently employed

25    discriminatory rules, practices, and

Confidential

SCNAACP_CD_005496

1    redistricting schemes to deny Black voters

2    equal access to the political process.  This

3    history, as our letters discuss, is

4    especially relevant, because the present

5    redistricting cycle is the first in over 50

6    years in which Black South Carolinians --

7    voters are unprotected by Section 5, the pre-

8    clearance process.

9         All of the maps we submitted,

10   including for the State Senate districts

11   address the 14th Amendment Equal Population

12   Mandate and Section 2 compliance and are

13   informed by -- excuse me, and are informed by

14   South Carolina voting patterns, history, and

15   other relevant data and information.  Our

16   goal in developing these maps is to ensure

17   that all voters have access to representation

18   and Black voting power is not diluted in the

19   process, transparency during the

20   redistricting process.

21        The South Carolina NAACP and our

22   coalition view our proposed maps as the

23   beginning, not the end of this process.

24   These are not the only possible maps that

25   could satisfy the criteria I have discussed

Confidential

SCNAACP_CD_005497

1    today, and our maps do not purport to

2    incorporate the extensive community input

3    that is necessary to draft inequitable maps.

4    They are simply examples of maps that we

5    believe this subcommittee should consider.

6         The Senate must, therefore, continue

7    to facilitate this work and solicit community

8    feedback at all stages of the redistricting

9    process.  To meet these objectives, the

10   subcommittee must provide meaningful

11   opportunities for the public to testify and

12   provide public comments on maps proposed both

13   by members of the public and by this

14   subcommittee, as well as emphasizing that the

15   public must have the opportunity to respond

16   and to -- to the proposed maps before any

17   such maps are finally -- finalized or

18   approved.

19        To this end -- to this end, this

20   subcommittee must provide all necessary

21   information about the redistricting process

22   moving forward.  I ask this subcommittee as

23   we have asked in our previous correspondence

24   without receiving a concrete answer, when

25   does the subcommittee plan to proposes its

Confidential

SCNAACP_CD_005498

1  maps and what steps, if any, is the Senate

2  going to take to ensure that its timeline for

3  considering and approving maps will be

4  sufficient to allow litigation that may be

5  filed to be fully resolved before the March

6  30th, 2022, candidate's filling deadline for

7  the June 2022 partisan primaries.

8        In addition, when the subcommittee

9  plans to hold hearings on the U.S

10  Congressional District maps that members of

11  the public, including us submit, transparency

12  -- thank you -- transparency and robust

13  public input are necessary for this

14  subcommittee to meet its obligation to comply

15  with the U.S. Constitution, Section 2 of the

16  Voting Right Act and other redistricting

17  principles.

18        Based on the law, South Carolina's

19  recent history, and the Senate redistricting

20  guidelines, the Senate should revisit its

21  process immediately to make sure there is

22  time for meaningful consideration and

23  analysis for the public to digest its

24  proposed maps and for the courts to

25  adjudicate any constitutional claims in

Confidential

SCNAACP_CD_005499

1    advance of the 2022 election cycle.

2         I appreciate the opportunity to

3    provide these comments during the

4    subcommittee hearing today and look forward

5    to working together with members of this

6    subcommittee for the people of South

7    Carolina.  Thank you.

8         I will now turn to Attorneys Aiden and

9    Trivedi to continue the remaining testimony,

10   and thank you for putting up with my sinus --

11        SENATOR RANKIN:  You've done

12   beautifully.  All right.  Ms. Aiden or Mr.

13   Trivedi, you all are Zooming with us.

14        MS. MURPHY:  Yes.

15        SENATOR RANKIN:  We will beam you up

16   here in a moment, Scotty.  Can you all hear

17   us?

18        MS. AIDEN:  Yes.  Thank you.

19        SENATOR RANKIN:  All right.

20        MS. AIDEN:  Are you ready for me?

21        SENATOR RANKIN:  Welcome and unmute

22   yourself.

23        MS. AIDEN:  I am unmuted.  Can you

24   hear me?  This is Leah Aiden.

25        SENATOR RANKIN:  Have you checked to

Confidential

SCNAACP_CD_005500

1  see if you're unmuted.  Our screen shows you

2  are muted.  How about now?

3      MR. TRIVIDY:  I was muting myself to

4  let Ms. Aiden go first.  Can you hear me now?

5      MS. AIDEN:  Yes, I can.

6      MR. TRIVIDY:  Great.

7      SENATOR RANKIN:  Bear with us.  You're

8  going to tax s. Murphy and let her do the

9  full presentation, aren't you.  We may have

10  to do sign language.  My other-in-law could

11  interpret, but --

12      MS. AIDEN:  I could also call in on my

13  phone and talk through my phone.

14      MR. TRIVIDY:  I think they can't hear

15  us at all.

16      MS. AIDEN:  Yeah, I think that's

17  right.

18      MR. TRIVIDY:  Can we put it in the

19  (inaudible), I mean that might be weird, like

20  I think they are muted because we can hear

21  ourselves.  Oh others here can so.

22      MS. AIDEN:  I think they're on Zoom

23  with us.

24      SENATOR RANKIN:  You read and spoke

25  beautifully.  If you would like, we would ask

Confidential

1    you to submit that, although the court

2    reporter has transcribed it.  But if you'd

3    like to include your remarks, prepared

4    remarks in the record, we're happy to accept

5    that.  All right.  Ms. Aiden, try it again.

6    See if we can hear you.

7         MS. AIDEN:  Can you hear me now?

8         SENATOR RANKIN:  Nope.

9         MS. AIDEN:  No.

10         SENATOR RANKIN:  Mr. Trivedi?  No.

11         MR. TRIVIDY:  No.

12         MS. AIDEN:  The public apparently can

13    hear us who are looking at it through stream.

14         SENATOR RANKIN:  Can you hear me now?

15         MS. AIDEN:  Yes.

16         SENATOR RANKIN:  All right.  But we

17    still can't hear you.  That's the problem.

18    Do you have Ms. Murphy's telephone number,

19    her cell number?

20         MS. AIDEN:  Yes.

21         SENATOR RANKIN:  And Ms. Murphy -- now

22    we've got you.

23         MS. AIDEN:  Oh, shazam.

24         SENATOR RANKIN:  We were going to get

25    that cell number, and I was going to have all

Confidential

SCNAACP_CD_005502

1    kinds of fun with that thing but now we're

2    not.  All right.  Oh, don't talk quite so

3    loudly.  All right.  Now, can we hear you.

4           MS. AIDEN:  I'm going to begin if

5    now's the time.

6           SENATOR RANKIN:  Hold on one second.

7           MS. AIDEN:  Sure.

8           SENATOR RANKIN:  Can you try the

9    scale?  Are you seeing the scale?

10           MS. AIDEN:  You do not want to hear my

11   voice --

12           SENATOR RANKIN:  That is perfect.

13           MS. AIDEN:  -- my singing voice that

14   is.  How about now?

15           SENATOR RANKIN:  That is perfect,

16   perfect.

17           MS. AIDEN:  Wonderful.

18           SENATOR RANKIN:  All right.  Just give

19   us -- what's your name?

20           MS. AIDEN:  My name is Leah Aiden.

21           SENATOR RANKIN: Ms. Ham, can you hear

22   her?  Okay.  All right.  So we may ask you to

23   turn your volume up a little on your side to

24   the degree that helps your mic.  It may not.

25           MS. AIDEN:  I'm as far up as I can go,

Confidential

SCNAACP_CD_005503

1   but I will project more.

2        SENATOR RANKIN:  That is -- that is

3   perfect.

4        MS. AIDEN:  Wonderful.

5        SENATOR RANKIN:  All right.  Mr.

6   Trivedi, can we hear you?

7        MR. TRIVEDI:  Yes, sir.  Yes, sir.

8   Can y'all hear me now?

9        SENATOR RANKIN:  Very good.  Very

10  good.  All right.  The floor is yours.  I

11  would ask, again, you have submitted much

12  material, both of you, from the NAACP and the

13  ACLU.  I would ask to the degree that we've

14  got it, you don't need to include it, again,

15  unless you want to touch on something that

16  you do not feel is sufficiently in the

17  record.

18       MS. AIDEN:  Wonderful.

19       SENATOR RANKIN:  All right.

20       MS. AIDEN:  Yes, we'll keep it brief.

21       SENATOR RANKIN:  Very good.  Thank

22  you.

23       MS. AIDEN:  Thank you.

24       MS. AIDEN:  Good afternoon, Chair

25  Rankin, and members of the subcommittee.  My

Confidential

SCNAACP_CD_005504

1    name is Leah Aiden, and I am the Deputy

2    Director of Litigation at the Legal Defense

3    Fund.  Since our founding in 1940 by Thurgood

4    Marshall, LDF has been a leader in the fight

5    to secure, protect, and advance voting rights

6    of Black people and therefore all Americans.

7    And the Legal Defense Fund has been a

8    separate organization from the NAACP since

9    1957.

10         So thank you for this opportunity to

11   participate in this discussion this afternoon

12   about redistricting for the Senate.  The map

13   for this body is important because as you all

14   know among other things it can be in place

15   for at least the next decade and determine

16   Black and other people's access to

17   representation and ability to have a say in

18   policy decisions that can transform their

19   lives.  This is also South Carolina's first

20   redistricting cycle without the protection of

21   Section 5 of the Voting Rights Act, which has

22   played a critical role in prior redistricting

23   cycles in South Carolina in safeguarding

24   against retrogressive voting plans, that is

25   plans that reduce or minimize black voters'

Confidential

SCNAACP_CD_005505

1    ability to participate equally compared to

2    the existing plans.  Without pre-clearance,

3    as we have conveyed to the subcommittee, you

4    must continue to facilitate a process that

5    complies with federal mandates that remain in

6    force including Section 2 of the Voting

7    Rights Act in the 14th and  15th Amendment's

8    prohibition on racial discrimination.

9          As President Murphy explained, LDF is

10   working in a coalition and I am here to

11   supplement President Murphy's testimony by

12   further explaining the proposed Senate

13   redistricting plan, which we jointly

14   submitted this past October 8th.

15         My colleague, Somil Trivedi, of the

16   ACLU is going to provide even more detail

17   about the plan.  As we have stressed in our

18   correspondence over these last several

19   months, the Senate map must ensure -- this

20   subcommittee must ensure that the

21   subcommittee map it adopts complies with the

22   population equality principle to the extent

23   provided by law, and this is important

24   because the principle ensures access to

25   representation for all people.

Confidential

SCNAACP_CD_005506

1          The Senate also has an affirmative

2     commitment to comply with the constitution

3     and the VRA to protect the voting strength of

4     South Carolina's racial minority voters from

5     illegal vote dilution or other strategies

6     that minimize their voting power, and to be

7     clear, this body must conduct an analysis of

8     whether its districts comply with the

9     constitution and the VRA by considering at

10    minimum the data, voting patterns, the

11    history and current experiences of black

12    people in the State and more.  The cover

13    letter we submitted, as you know, shares some

14    of that information that we have only begun

15    to consider in conducting that analysis.

16          In the letter, we share that because

17    of population changes over the last decade,

18    this subcommittee has to adjust Senate

19    district boundaries to comply with the text

20    and the spirit of federal and state laws and

21    principles.  Our coalition's proposed maps

22    represent just one way of doing so.  It --

23    the Senate plan that we submitted corrects

24    for population disparities that are across

25    the state.  At the same time, it preserves

Confidential

SCNAACP_CD_005507

1   districts that we understand based on the

2   information available to us as of now that

3   these are districts that will also continue

4   to enable Black voters to elect their

5   preferred candidates whether they form the

6   majority of the district or less than a

7   majority in light of the voting patterns and

8   other indicia.

9        This is a critical point and shows

10  this committee one way to comply with its

11  affirmative obligations under the

12  constitution and Voting Rights Act, but in

13  drawing effective districts that serve Black

14  voters across the State, the Senate must not

15  mechanically employ demographic thresholds or

16  as President Murphy mentioned, pack Black

17  voters into districts with unnecessarily high

18  Black populations or crack them into

19  districts with unnecessarily low populations

20  that would be insufficient to provide Black

21  voters with the ability to elect their

22  preferred candidates.

23        I urge the subcommittee to also

24  consider the continued pattern of racially

25  polarized voting in statewide and other

Confidential

SCNAACP_CD_005508

1    elections.  That is we continue to see

2    patterns in which the candidates preferred by

3    White voters defeat candidates preferred by

4    Black voters despite some White voter support

5    for Black candidate of choice.

6         President Murphy shared the results of

7    our analysis of the racial Black voting

8    patterns in the 2020 election for U.S.

9    Senate, but there are similar statewide

10   patterns that have existed in elections

11   featuring Black preferred candidates and

12   other key elections, such as in the recent

13   2018 elections for the secretary of state and

14   state treasurer.

15        For example, in the 2018 election for

16   secretary of state, the candidate Melvin

17   Whittenburg (phonetic), the candidate of

18   choice of Black voters in South Carolina

19   received only 23 percent of White voter

20   support and was defeated despite receiving 95

21   percent of Black voter support.

22        In the 2018 election for state

23   treasurer, Rosalyn Glenn (phonetic) the

24   candidate of choice of Black voters across

25   South Carolina received only 21 percent of

Confidential

SCNAACP_CD_005509

1   Black voter support and was defeated despite

2   receiving 95 percent of Black voter support.

3        Based on our preliminary analysis,

4   similar patterns also exist at the county

5   level in many parts of the state, which

6   federal courts have recognized have existed

7   during previous redistricting cycles too, and

8   as members of the subcommittee are likely

9   aware.

10        In closing, we view our proposed maps

11   as part of, not the end all of this process.

12   The senate map we have proposed is not the

13   only conceivable map that could satisfy

14   federal and state criteria.  Nor does it

15   purport to incorporate all of the extensive

16   community input that is necessary to drafting

17   fair and non-discriminatory maps.  It is the

18   example of a map that we believe merits this

19   subcommittee's due consideration and

20   incorporates the key analysis that should

21   guide the assessment and development of any

22   map this body considers seriously and

23   ultimately adopts.

24        I appreciate the opportunity to

25   provide these comments.  I'm going to turn

Confidential

SCNAACP_CD_005510

1  now to Somil, to provide even more detail

2  about our maps, and then between President

3  Murphy, Somil, and I, we, of course, welcome

4  the opportunity to answer any questions today

5  or to get back to you with any answers to

6  questions that we may need to after the

7  hearing today.  Thank you.

8       SENATOR RANKIN:  All right.  Thank

9  you, Mr. Trivedi, how am I doing on the

10 pronunciation?

11      MR. TRIVEDI:  Pretty well, Trivedi,

12 but thank you so much.

13      SENATOR RANKIN:  Trivedi, thank you so

14 much.  I'll get started.  Chair Rankin and

15 members of the subcommittee, good afternoon.

16 Again, my name is Somil Trivedi, senior staff

17 attorney at the American Civil Liberties

18 Union, which has worked since our founding

19 over a hundred years ago to protect the

20 sacred right to vote.

21      I appreciate the opportunity to

22 testify today about the importance of

23 redistricting and specifically the exemplar

24 map that the ACLU submitted to this body

25 along with our coalition partners at the ACLU

Confidential

1   South Carolina, the South Carolina NAACP, and

2   the NAACP Legal Defense Fund.  I want to

3   start by reiterating the caveat, bear with

4   me, that President Murphy and Ms. Aiden have

5   mentioned regarding both this map and the

6   process more generally.

7        First, we had limited time and

8   resources to produce this map before the

9   record closed.  We would have loved to have

10  received even more community input, and given

11  our data analysts even more time and

12  information to work with, but in order to be

13  as helpful to this subcommittee as possible,

14  we submitted before the deadline.

15        Second, I'm just a lawyer.  While I

16  can speak in broad strokes to the principles

17  we applied in creating this map and the

18  process we would like to see play out going

19  forward, I may not be able to answer more

20  technical questions about particular

21  districts or lines.  That said, as Ms. Aiden

22  mentioned, we're more than happy to go back

23  to our folks and get you the information you

24  need.  In fact, we hope you have more such

25  questions.

Confidential

SCNAACP_CD_005512

1          Finally and most importantly, the map

2    we submitted is not the be all end all.  It

3    is not the only way to achieve a legally

4    compliant map.  Rather, it is just one

5    example of a map that we believe does comply

6    with both the constitutional mandate of one

7    person, one vote, and Section 2 of the Voting

8    Rights Act.

9          We fully expect other interested

10   groups to submit ideas and maps, as you

11   mentioned earlier that would also be legally

12   compliant.  Most importantly, we hope and

13   expect that this body will do exactly that,

14   using our maps, other maps, and even

15   additional maps from us down the road while

16   it draws its own.  We also hope that this

17   committee will hold more hearings like this

18   one, to talk all of this over with the people

19   of South Carolina.

20          In other words, as we mentioned, we

21   hope this is the beginning of the

22   conversation and not the end.  That said,

23   we're also cognizant that this conversation

24   must happen fast, and certainly in time for

25   maps to be drawn and scrutinized well in

Confidential

SCNAACP_CD_005513

1    advance of relevant election dates in 2022.

2    So with the need for both input and all due

3    haste in time, let me get started.

4         As I mentioned, we baked in a set of

5    principles into our maps that should be

6    familiar to the subcommittee and sound much

7    like the principles Ms. Teague mentioned and

8    Ms. Aiden and Ms. Murphy mentioned earlier.

9         First, we made sure that the map

10   complied with the constitution and relevant

11   election law.  That means that it accounted

12   for the significant population growth and

13   shifts since the last census and made Senate

14   districts roughly equal in proportion.  In

15   this way it complies with the bedrock

16   principle of one person, one vote, and it

17   also takes into account the prohibition on

18   gerrymandering built into the constitution

19   and the voting rights act, as President

20   Murphy explained.  You'll be surprised to

21   hear that we did not gerrymander our map.

22        Second, we made sure that it comported

23   with traditional principles of redistricting.

24   For example, compactness.  Based on either

25   the REOP (phonetic) or the (inaudible) Popper

Confidential

SCNAACP_CD_005514

Page 62

1    Compactness Scores, each district in our map

2    is either as compact or more compact than

3    each district in the current map.

4          On contiguity, every district in our

5    map like every district in the current map is

6    contiguous.

7          The preservation of counties, the

8    current map keeps 12 counties whole and

9    intact.  Our map actually keeps 13 counties

10   whole and intact.  Put another way, the

11   current map splits 34 counties into two or

12   more districts, our's only splits 33 counties

13   into two or more districts, and, of course,

14   we value keeping communities of interest

15   together.  Although to get that absolutely

16   right, you all should probably just download

17   Mr. Roof's brain onto a hard drive.

18         Third we attempted to show that you

19   can, in fat, account for population shifts

20   without harming the opportunity for Black

21   people to elect candidates of their choice.

22   We believe that this map achieves that goal.

23         So in closing, I want to reiterate

24   that this map is not meant to be a floor or a

25   ceiling.  It's merely one example of a map

Confidential

SCNAACP_CD_005515

1    that complies with the constitutional command

2    of one person, one vote, plus Section 2 of

3    the voting rights act, and for those reasons

4    we hope you will take it seriously.

5         We are also happy to take input from

6    this committee and others in government, as

7    you undertake the process of drawing the

8    actual maps.  If there's a line here or there

9    that doesn't make sense to you or a community

10   that could be better represented, we want to

11   know about it.  And we hope that you want to

12   know about it as well.

13        And, finally, I want to reiterate the

14   importance of this redistricting process as a

15   whole.  At a time when people of all

16   backgrounds and political persuasion have

17   questions about the vitality of our democracy

18   and the fairness of our institutions, this

19   body sitting here today in Columbia, South

20   Carolina, can be a beacon to the country of

21   how to run a government and its elections in

22   a fair, transparent, and constitutional

23   manner.

24        Lives and livelihoods depend on what

25   you do here in these next few critical

Confidential

SCNAACP_CD_005516

Page 64

1    months.  We hope and believe that you'll rise

2    to that occasion.  Thank you, and I'm happy

3    to take questions.

4        SENATOR RANKIN:  All right.  Questions

5    of this (inaudible).  I mean I want to ask

6    both Mr. Trivedi and Ms. Aiden, more

7    appropriately, you, Somil, since you last

8    approached this, you have great hope in us,

9    but for the record you and Ms. Aiden have

10   already filed suit in South Carolina in

11   federal court, correct?

12       MR. TRIVEDI:  Yes, Mr. Rankin, but

13   respectfully, I would like not to acknowledge

14   that for the very fact that we are currently

15   in litigation, and I think it would be

16   inappropriate for me to answer any questions

17   about that.

18       SENATOR RANKIN:  Well, I'm not old

19   enough for folks to assume that I know what a

20   country lawyer is, but I would suggest to you

21   that I am old enough and out of law school

22   long enough to know as a country lawyer would

23   -- would say here, I'm not trying to exchange

24   legal strategies or any of that, and, again,

25   not that we don't welcome the suit, but I

Confidential

SCNAACP_CD_005517

1  just can't help but noting that if we don't

2  get it right, you've got a backup plan that

3  would take us to Court to get a better plan,

4  correct?

5        MR. TRIVEDI:  Yes, sir, it's fair to

6  acknowledge that there is a lawsuit on the

7  books.

8        SENATOR RANKIN:  Right, and Ms. -- and

9  you're attorney of record in that suit,

10  correct?

11        MR. TRIVEDI:  Pending my pro hac vice

12  motion, which is also a bit of a country

13  lawyer thing to say, yes.

14        SENATOR RANKIN:  You said it well, and

15  I would attest to your ability to stand on

16  your feet or sit on your seat and represent

17  yourself well with this exchange as well.

18        SENATOR RANKIN:  And, Ms. Aiden, you,

19  too, are an attorney of record on that suit,

20  correct?

21        MS. AIDEN:  My last name is Aiden.

22        SENATOR RANKIN:  I apologize.

23        MS. AIDEN:  No problem.  My family is

24  from Spartanburg, so the Aidens come from

25  Spartanburg, and I have a similar answer to

Confidential

SCNAACP_CD_005518

1   Mr. Trivedi.  My pro hac application is

2   pending in Court in a case, yes.

3       SENATOR RANKIN:  We welcome you and,

4   again, likewise with a little bit more home

5   cooking as a Spartanburg resident, surely

6   you will both be welcomed in South Carolina.

7   And, again, just for the record I wanted to

8   make sure I understood that.

9       And, Mr. Trivedi, you, speaking to the

10  plan, again you talk about the counties that

11  were split and yours being two better, I

12  think, or perhaps three better than the

13  current plan, however, you split precincts or

14  VTDs by 265, is that correct, under your

15  plan?

16      MR. TRIVEDI:  Unfortunately, I don't

17  know if that number is correct, but splitting

18  precincts on that point, I would point to Mr.

19  Roof's testimony that that is fixable in a

20  way that other issues are not.  But I can

21  absolutely get back to you on the total

22  number.

23      SENATOR RANKIN:  Well, approximately,

24  and we hopefully have summarized that

25  correctly.

Confidential

SCNAACP_CD_005519

1          That fix compared to Mr. Roof's effort

2     would require a big eraser because they only

3     split 5 as I understand.  So, again, as you

4     said, this is a work in progress.  It's the

5     start, not the end, and I recognize that.

6          MR. AIDEN:  Do you mind if I say

7     something on that?

8          SENATOR RANKIN:  Please, please.

9          MR. AIDEN:  I just want to let the --

10    you know, we attempted to minimize split

11    precincts, and we -- we can work on that some

12    more.  I would note I heard from Mr. Roof's

13    testimony but this is also something that we

14    can go back and look at, the existing

15    benchmark map does split precincts, and there

16    have been past split precincts in cases that

17    were in plans that have been adopted by the

18    Court.

19          So we should try to minimize them, but

20    this body has used maps with split precincts

21    and courts have endorsed maps with split

22    precincts.  They can be fixed, I think, as

23    Dr. Roof mentioned, and we should go about

24    seeing whether that is true.  I also wanted

25    to note that they can be accommodated

Confidential

SCNAACP_CD_005520

1    administratively through lockouts.  I don't

2    know if they're referred to as lockouts in

3    South Carolina, but there are ways to

4    administer elections where people vote at the

5    same precinct but have different candidates

6    on the ballot and that is possible to happen.

7    And there is case law that makes clear that

8    election precincts are not such important

9    political boundaries that they should negate

10   a districting proposal, particularly where

11   other key redistricting principles are

12   considered and complied with.

13        So we appreciate that, you know, note

14   about the split precincts, and it's something

15   that we will continue to pay attention to,

16   but among the many things that need to be

17   considered, it is among them, but not, you

18   know, at the highest level of things that

19   need to be corrected, necessarily.

20        SENATOR RANKIN:  Right, and you guys

21   are both sharp people, no doubt, as is Ms.

22   Murphy.  You recognize that that is one of

23   our standards that we have adopted, and so to

24   the degree that your great big and I'm saying

25   great, g-r-e-a-t, great big eraser allows you

Confidential

SCNAACP_CD_005521

1    to avoid that number of splits, again, in

2    keeping with our guidelines that would be

3    helpful.

4          Finally, to you, Ms. Aiden, your

5    comment at the outset in terms of packing or

6    stacking the concept, again, I think we all

7    understand, you would endorse this -- that

8    guidepost or goal, not just for our senate

9    plan that we will be drawing, but the

10   congressional plan as well, correct?

11         MR. AIDEN:  Any maps that this body

12   considers, must -- there is no magic number

13   that needs to be met that ensures Black

14   voters' ability to elect their candidates of

15   choice with the caveat that the supreme court

16   does require you to seek out whether or not

17   there are diluted districts and whether or

18   not you can draw a district that is above 50

19   percent in the first instance to see whether

20   or not dilution is happening alongside the

21   voting patterns.  But if that cannot be done,

22   there are definitely ways to draw districts

23   that do not minimize the ability of Black

24   voters to otherwise participate, and that

25   means not packing them or not cracking them

Confidential

SCNAACP_CD_005522

1    together.  And I would say that, you know,

2    there is an obligation of this body to go

3    about and see what's possible and then

4    certainly to talk to community members that

5    were represented by the state conference and

6    others about what they want, right, so what

7    is possible and also what is it that people

8    want and what is it that people think will

9    work for their communities is the -- is a

10   conversation, too, that should affect the

11   numeric numbers in districts.

12          And, frankly, I would be remis if I

13   did not reiterate that there continues to be

14   racially polarized voting patterns throughout

15   South Carolina, so I mentioned the state

16   elections, but the patterns, we see those

17   patterns at the county level and we should be

18   aware of those that is a consistent pattern

19   that is across the state in recent elections,

20   and that needs to be in the forefront of this

21   body's mind, as it goes about looking at how

22   districts will -- will fare for Black voters

23   when they -- depending upon the numeric

24   numbers in a particular district.

25          SENATOR RANKIN:  Great, and I know you

Confidential

SCNAACP_CD_005523

1    have read every comment in the record from

2    these ten public hearings.  They are at your

3    disposal, and I would suggest to you that we

4    have heard very similar themes offered across

5    the state in the ten hearings that we've

6    heard in addition to others.  All right.

7    Unless there are other questions by the

8    subcommittee members, Ms. Murphy, again,

9    thank you.

10        Gentlemen, these are your -- is this

11   your security detail?

12        MS. MURPHY:  Yes.

13        SENATOR RANKIN:  Very good.  Y'all are

14   doing a fabulous job, gentlemen, keep her in

15   good health.  Thank you all very much, folks,

16   from afar.  Where are you all actually?

17   Where are you presently?  Somil, where are

18   you?

19        MR. TRIVEDI:  DC.

20        SENATOR RANKIN:  Ms. Aiden?

21        MR. AIDEN:  New York.

22        SENATOR RANKIN:  Very good.  You all

23   enjoy the weather.  Peace.

24        MR. TRIVEDI:  Thank you so much.

25        SENATOR RANKIN:  Thank you all.  All

Confidential

SCNAACP_CD_005524

1    right.  We're going to go next to Elias

2    Valentine.  I hope I'm doing that correctly,

3    and is Elias a Zoomer or an in-person

4    presenter?

5            MR. ELIAS VALENTINE:  I'm on Zoom.

6            SENATOR RANKIN:  And did I pronounce

7    your name correctly, sir?

8            MR. VALENTINE:  Elias Valentine,

9    (inaudible), you were close, sir.

10           SENATOR RANKIN:  Very good.  I did not

11   have the second on my list.  It was only

12   you're the number one, so not a junior for

13   you.  I have a son, I've unfortunately

14   labeled him a junior, but everyone knows he's

15   the man.  You likewise, surely, are the man

16   in the Valentine family.  So, welcome, sir,

17   and blue dot (inaudible).  Tell us a little

18   bit about yourself, and, again, we've got

19   your submission.  I don't know if you are

20   going to want any of us to pull up any map

21   for you, but, again, I'm going to turn the

22   floor over to you.  And for the record so the

23   court reporter will get you, give us a little

24   bit about yourself.

25           MR. VALENTINE:  I want to thank you,

Confidential

SCNAACP_CD_005525

1    first, Chairman Rankin, and the other

2    members, Mr. Campsen, Mr. Young, Mr. Sabb,

3    Ms. Matthews, Mr. Talley and Mr. Harpootlian.

4    It's very important what you all are doing,

5    and I appreciate the opportunity to be able

6    to share a little bit about how we see the

7    redistricting process going.

8         My name is Elias Valentine, II.  A lot

9    of people call me Eli in the world of

10   politics.  I'm a Greenville resident.  I've

11   been here on and off since about 2008.  My

12   family is here, and this community and the

13   state is important to me.  It's home.

14        I represent a small business

15   background.  I represent a community

16   organizing background, and right now I have

17   the privilege and honor of serving as the

18   chairman of the Greenville County Democratic

19   party.  Blue Dot FC where I submitted is a

20   small firm that I'm running trying to make

21   sure that we can see better representation in

22   our elected officials, which I know that you

23   all are trying to do through these meetings

24   here.

25        I wanted to really talk about why

Confidential

SCNAACP_CD_005526

1    redistricting is important to me.  Being

2    involved in politics, seeing the day-to-day

3    struggles that people go through, but also

4    being in the office on election day and

5    during absentee voting period, and hearing

6    folks talk about the struggles that they

7    have, the confusion that they have, which

8    many of the previous testifiers have alluded

9    to.

10          To me, redistricting is about

11    restoration.  We're restoring so much in this

12    process because we have new data and we can

13    make new decisions.  We're restoring

14    confidence in this electoral system,

15    something that's really important because

16    there's been so much disinformation and

17    misinformation going on out there that

18    confuses voters.

19          We're also restoring the power to the

20    people, through a focus on communities of

21    emphasis, communities of interest, folks that

22    really need representation, and we're also

23    restoring competition, which will lead to

24    more effort, more engagement, more interest

25    in our body politic and will also lead to

Confidential

SCNAACP_CD_005527

1    better representation of our elected

2    officials to the electorate.

3         I think the process that all of you

4    are trying to do is to take this information

5    and restore balance, based on these new

6    numbers, fairness across the maps that were

7    going to be drawn and build in equity to

8    these communities that need it.

9         So many of the other panelists that

10   have testified before me have talked about

11   the communities of interest, the importance

12   that we need to have to have these like-

13   minded individuals or those that share

14   similarities on certain policy perspectives

15   be grouped together.

16        I have submitted a map, which I

17   believe is -- is a great start, again, not

18   the end all be all as so many other people

19   have said.  You all have such a difficult job

20   ahead of you, and what I hope to do is give

21   you ideas, spark interest, and showcase

22   different ways that we can draw our map.

23        If you're looking at the map that I

24   submitted, the numbers don't correlate

25   specifically to what our current Senate

Confidential

SCNAACP_CD_005528

1    nomenclature is, or the numbering system is

2    but one of the things I wanted to highlight

3    is in our map we tried to, as so many others

4    have, tried to keep these communities of

5    interest together.  Talking about counties,

6    how counties are contiguous and kept

7    together, the map that I submitted really

8    focuses on keeping a lot of our rural

9    counties together.  There's some urban in

10   these counties, but the majority of these are

11   rural counties, counties like Dillon,

12   Marlborough, Darlington, Calhoun County,

13   Allendale, Hampton, McCormick, Greenwood and

14   Abbeville.  All of these counties are kept

15   whole within the map that I submitted, and I

16   know some maps are going to have a county

17   slit up, and I know the current map that we

18   work through is going to have 34 counties

19   split up.

20        The intention that I had in trying to

21   come up with this map is trying to keep these

22   counties as whole as possible that could be

23   kept whole because they do share very similar

24   interests, issues, and policies.

25        I also really wanted to focus on

Confidential

SCNAACP_CD_005529

1  municipalities and when I could build into

2  these -- the map or the proposal that I

3  submitted keeping some of these cities

4  together.  So Mr. Talley, I have the city of

5  Spartanburg not being split into multiple

6  districts.  The city of Sumter is kept whole.

7  My city of Greenville is not split into three

8  districts, and one of the points that was

9  brought up earlier, Mount Pleasant is also

10  kept whole instead of being divided into

11  three Senate districts, which I'm sure there

12  were great reasons for.  I think that's an

13  important community to keep together.

14         When looking at these, these

15  communities deserve to have representation

16  because their issues are going to be

17  different from the northern part of

18  Spartanburg versus the city, or in the city

19  of Sumter versus on the outskirts of the

20  county.

21         So we really tried to be able to keep

22  these communities solid and make sure their

23  interest is kept together.

24         I work in voter protection.  The last

25  cycle my job was the deputy director of voter

Confidential

SCNAACP_CD_005530

1    protection.  I've listened to folks get

2    confused on ballot styles, get confused on

3    where to vote.  Our election commission often

4    doesn't communicate in the best possible

5    ways.  One of the ways that I tried to

6    circumvent some of the issues that I've

7    experienced and that voters have experienced

8    and shared with me is not splitting any

9    precincts.

10          If you look at the map that I

11    submitted, there are no split precincts,

12    there's no census block cutting.  I know our

13    current map has some split precincts, and

14    some of the earlier testimony talked about

15    the level of importance on where split

16    precincts are.  I would disagree that people

17    know where they're supposed to go after ten

18    years.  Come sit in the Democratic party

19    office and hear people call us and get

20    confused on where they vote.  I would

21    definitely think that whether it's ten years

22    ago or last year, people are new, they're

23    moving into where I live, where you live, Mr.

24    Chairman, and that changes the knowledge base

25    that our electorate has.  So in our map we

Confidential

SCNAACP_CD_005531

1    talked about not cutting and splitting

2    precincts and making sure that we can try to

3    remove some of these weirdly shaped or odd-

4    shaped districts, so in our current map

5    District 28, District 29, 31, 35 in

6    Spartanburg, 10 which borders Greenville,

7    178, 20 and 22, some of these are a little

8    odd-shaped.  We talked about compacting

9    these, and we tried to address those issues

10    in our proposal.

11        And I know Senator Harpootlian talked

12    about the challenges he faces dealing with

13    someone all the way from Lake Murray all the

14    way on down to the City of Five Points.

15        We weren't able to do that with all of

16    the senators.  As you all know, it's very

17    difficult to make a perfect map, but we tried

18    to think in the most responsible way and

19    remove some of the odder-shaped districts and

20    move them into more compact places.

21        Lastly, I really want to talk about

22    some of the changes that -- that I made

23    specifically that some of you might be aware

24    of.  District 26, our new District 26 -- our

25    current District 26, excuse me, goes all the

Confidential

SCNAACP_CD_005532

1    way from West Columbia to Aiken where those

2    are very different folks that might need

3    different representation for the issues that

4    they are facing.

5          And District 17 in our apomorphine it

6    doesn't create communities of interest, so

7    we're really trying to focus on keeping these

8    communities of interest together, keeping the

9    power of these municipalities, so not

10   diluting the power of Greenville, not

11   diluting the power of Spartanburg, or Mount

12   Pleasant, tor the City of Sumter.

13          I appreciate the opportunity to share.

14   I believe in brevity.  I also want to thank

15   your staff, chairman, and the staff

16   committee, who have been amazing to

17   communicate with, very responsive and

18   helpful.  And the only one I'm mad at is

19   whoever put me behind Mr. Trivedi and Ms.

20   Aiden and Ms. Murphy, but that is what I

21   wanted to address today to you all, and I

22   would be happy to take any questions and talk

23   a little bit more about my process with

24   creating this map.

25          MALE VOICE:  Okay.  Mr. Valentine,

Confidential

SCNAACP_CD_005533

1    Chairman Rankin has stepped out of the room

2    for a moment, but he's coming back.  In the

3    interim, I'm going to step in and chair the

4    subcommittee.  I think we do have a question

5    from the senator from Colleton.

6            FEMALE VOICE:  Thank you, Mr.

7    Valentine.  First, you confused me a little

8    bit with the map, but that's okay.  I think

9    you just wanted to wake me up a little bit

10   more just -- because of the numbering because

11   all of the sudden I see -- I would be lying

12   if I didn't say the first thing each of us do

13   is look at our own district, and I ended up

14   in Spartanburg and Senator Talley was

15   somewhere down my way.  So we were a little

16   surprised, but then after reviewing it a

17   little bit more, I looked at some of the

18   considerations you had.  In our public

19   hearings, as -- when we went down to my area,

20   a part -- at the time includes Jasper county

21   all the way to Charleston, which is six

22   counties.

23            One of the things that we heard was

24   just what you said, communities of interest

25   and like-minded concerns of those voters.

Confidential

SCNAACP_CD_005534

1    When we were in Beaufort for the public

2    hearing, the people of Sun City, and Sun

3    City, part of it is in Jasper and part of it

4    is in Beaufort.  They talked about the

5    community of interest and likewise concerns.

6    They felt more in line with Hilton Head.  Did

7    you take into consideration any of that as

8    well as the splitting of -- and I'm

9    compacting two questions, the splitting of

10   Colleton and splitting Hampton?

11        MR. VALENTINE:  Yes, ma'am, and thank

12   you for the question, what we tried to do in

13   that coastal region is to exactly your point,

14   I listened to some of the -- I'm from the

15   upstate, so I wasn't able to get down to the

16   Beaufort meeting, but we tried to put some of

17   those more inland communities that did feel

18   more attached to those coastal communities,

19   who think and behave and want policies very

20   similar to those coastal issues, putting them

21   together as communities of interest and also

22   shrinking the district that you currently

23   serve in so that it wasn't as spread out and

24   splitting up some more of those communities

25   of interest.

Confidential

SCNAACP_CD_005535

1          when you look at your district now,

2     and I can apologize, again, for the numbers.

3     I will submit a map that would be much more

4     effective, and number it the way you all will

5     see it because I think that helps you as

6     well.

7          But I know just looking at the coastal

8     region, you can kind of see Charleston on

9     down is definitely different communities that

10    have different interests and what I tried to

11    do is make sure that we were trying to

12    obviously stay within the standard deviation

13    of population but try to group those

14    communities as tight as possible.  I don't

15    know if I'm answering your question for you,

16    ma'am.

17         FEMALE VOICE:  You are.  You just gave

18    me a big concern.  Not -- presently not my

19    district, and I represent right now six

20    counties, and that is very difficult because

21    if you attend the program at one end of your

22    district say in Jasper and there's another

23    event in Charleston, it's next to impossible

24    to make it and it's the time to travel.  I

25    see the district right in the middle there,

Confidential

SCNAACP_CD_005536

Page 84

1    and I get it that the middle of the state has

2    lost population where the outer areas have

3    gained, and I look at Calhoun, Orangeburg,

4    Bamberg, Colleton, Hampton, Allendale, and

5    Barnwell, that's one senator would have seven

6    counties.  That's seven different delegation

7    meetings for those of you up here who only

8    have one, I have six different delegations

9    I'm a part of.  And I just -- I'm concerned

10   that it makes it very -- and it speaks to

11   your concerns, it makes it very difficult to

12   govern and represent such a vast

13   constituency.  Do you agree?

14       MR. VALENTINE:  Yes, ma'am, and I

15   think not only the travel on the elected

16   official, but trying to balance all of those

17   interests and then coming to your body and

18   voting, you're going to be affecting your

19   community in a lot of ways when different

20   parts of your community want different

21   things, so I think that's a huge component.

22   And, again, when you're drawing maps, nothing

23   is perfect, but you try to minimize that as

24   much as possible.

25       FEMALE VOICE:  Thank you.

Confidential

SCNAACP_CD_005537

1          MALE VOICE:  Thank you.  All right.

2    Any other questions for Mr. Valentine?  If

3    there's not, we want to thank you for your

4    testimony and your submissions to the

5    subcommittee.

6          MR. VALENTINE:  Thank you all very

7    much.

8          SENATOR RANKIN:  Michael Roberts by

9    Zoom.

10         MALE VOICE: Chairman  Rankin has

11   returned.

12         MR. MICHAEL ROBERTS:  Hello.  Can you

13   hear me?

14         SENATOR RANKIN:  Yes, sir.  Welcome,

15   Mr. Roberts.

16         MR. ROBERTS:  Hello.  Hi, members of

17   the Senate Judiciary Committee.  My name is

18   Michael Roberts.  I'm 24 years old, a five-

19   year barista at Starbucks Coffee Corporation,

20   and a resident of Columbia County where I am

21   a student at the University of South

22   Carolina.  My major is in economics, and my

23   minor is in data science.

24         I'm here today with the goal of

25   discussing several aspects of redistricting

Confidential

SCNAACP_CD_005538

1  that I've heard the people of South Carolina

2  mention in the meetings over the past couple

3  of months, as well as how these aspects of

4  redistricting should and can be considered

5  along the economic impact of redistricting

6  unfairly.

7          Historically, the Supreme Court from

8  1964 with the Reynolds versus Simms case

9  through 1983 with the Cartcher (phonetic)

10  versus Daggett case, laid out the standard

11  that we all now know with one person one

12  vote.  This means that Districts have to be

13  approximately equivalent in population for

14  them to be constitutional.

15          My map meets these requirements, as

16  well as the requirements laid out by what's

17  called the Gingles (phonetic) criteria from

18  the 1984 case, Thornberg versus Gingles

19  (phonetic).  With these cases along with

20  several more in the year since 1964, we have

21  come to an understanding about what we now

22  call the classical condition that needs to be

23  met by the District.

24          The issue we're really discussing here

25  with these redistricting proceedings all

Confidential

SCNAACP_CD_005539

1  right eon the trade-offs we will make

2  (inaudible) the population.  I would like to

3  note that my map that I submitted has a 2.59

4  population -- percent of the population

5  deviation, which is well within the 10

6  percent threshold that's been accepted by the

7  courts, and I believe is actually pretty

8  similar to the other maps that have been

9  submitted.

10       Now, aside from population, these

11  principles that we've been discussing involve

12  factors such as maintaining the compactness

13  of the district, making sure the district is

14  competitive, maintaining communities of

15  interest, and what I think is the most

16  important personally, which is minimizing the

17  splitting of the counties.

18       Now, the map-making tool that was used

19  for the map that I submitted to the

20  committee, is called Dave's redistricting.

21  It's available for free for use by the

22  public.  Organizations such as the well-known

23  538 and others have used this software for

24  drawing districts in the past.

25       Since I have now laid out how the map

Confidential

SCNAACP_CD_005540

1    I've submitted meets all the primary concerns

2    and criteria, let me bring the conversation

3    back to those redistricting trade-offs.  From

4    all of the meetings and public hearings I

5    have been watching over the past couple of

6    weeks and months, I've actually noticed that

7    most people in South Carolina are actually in

8    agreement and there's a consensus on

9    redistricting.  We all want the process to be

10   fair.  The challenge that those of you on the

11   committee now face knowing that this is the

12   case is that everybody has a different idea

13   of what constitutes fair.

14        I'm here hoping to offer a different

15   perspective on fairness than others have

16   brought to the table on these discussions.

17   Those who have spoken to the committee have

18   all brought up the moral obligation that you

19   have to be fair.  Set aside just your moral

20   obligation for one moment, and let me speak

21   to the economic impact that unfair

22   redistricting has on our community.

23        Recent economic impact studies over

24   the past three years or so have shown that

25   unfair redistricting does have an effect on

Confidential

SCNAACP_CD_005541

1    economic outcomes.  One study, in particular,

2    that I will be referencing is a study titled,

3    "Crossing the District Line:  Border Mismatch

4    and targeted Redistribution."  It was written

5    by Professor Allison Stashco (phonetic) from

6    the University of Utah and implements data

7    from many states across the entire country,

8    including our own state.

9         Her study has demonstrated the

10   economic impact that border mismatch between

11   drawing district and county lines has people

12   in the area has on people in those areas.

13   The primary issue discussed in the study lies

14   in the fact that legislators represent their

15   constituents at the district level but can

16   only allocate funding typically at the county

17   level, and allow me to explain something

18   really quickly.

19        The amount of funding the county

20   receives is a function in part of the share

21   of voters in each district that intersects

22   that county.  This means the county's own

23   outcome depends heavily on the voting

24   eligibility of the people in that area as

25   well as turnout rate of neighboring counties

Confidential

SCNAACP_CD_005542

1    that share that same district.

2        This may seem complicated to a lay

3    person, so allow me to give a specific

4    example.  A county with a high turnout in

5    this system will be better off being split

6    into many districts.  This method leads to

7    them having a disproportionate level of

8    voters in each district relative to the

9    county's actual population.

10        Just for clarification's sake, let it

11   be known that the opposite proves true for

12   counties with lower turnout.

13        Let me end this portion of the

14   presentation with the key takeaway from the

15   study, the 100 percent increase in the number

16   of representatives per county is associate

17   with a 13 to 32 percent increase in transfers

18   from state to local gentleman.  I will be as

19   clear as possible in what this actually means

20   for fairness.  When our legislators craft

21   unfair districts for political reasons, it

22   creates distortions and spending at the local

23   level.

24        This means that there is inefficiency

25   in our market and creates what's commonly

Confidential

SCNAACP_CD_005543

1    referred to dead weight loss.  Fairness

2    actually leads to better economic outcomes

3    because it leads to less inefficiency and

4    spending.

5            Finally, allow me to get for the last

6    time back to the trade-offs between these

7    classical redistricting principles that we

8    will have to make during this process and how

9    I've chosen to make them during the process

10   of submitting a map to this committee.  The

11   reason I chose Dave's redistricting over

12   other map-making software is because it has

13   easy to comprehend analytics tools.  if you

14   look up here, there's a diagram behind me,

15   and anyone can actually pull up this diagram

16   when looking at maps, and you can actually do

17   a one-to-one comparison of any map that you

18   would like.

19           The one that you can see behind me in

20   green shows the last map that was done for

21   the Senate, and if you look at the orange

22   section, that actually is the map that I

23   submitted.

24           As others have said, the map I

25   submitted is not the end all be all.

Confidential

SCNAACP_CD_005544

Page 92

1    However, I do think that there are unique

2    benefits to the trade-offs that were made in

3    the manner I chose to do so for this map.

4            So those -- those criteria that we

5    looked at once again, our competitiveness,

6    maintaining communities of interest,

7    maintaining proportionality of representation

8    and minimizing the splitting of counties,

9    this one in particular I do think is very

10   important, especially with us coming out of

11   the coronavirus pandemic.  I want us to be

12   able to recover and be competitive with other

13   states, so if there's inefficiency with our

14   local spending that's going to cause us lots

15   of problems.

16           The reason I believe my submission to

17   be the most fair is because it manages to

18   make improvements in minority representation,

19   make large improvements to both

20   proportionality representation and most

21   importantly to minimize the splitting of

22   counties.

23           There's one area that I actually

24   wasn't able to manage to make improvements

25   in, that was compactness.  I do believe that

Confidential

SCNAACP_CD_005545

1   those are fair trade-offs because I did

2   maintain about the same level of compactness

3   that was used for the previous map.

4        Traditionally, these trade-offs are

5   made between maintaining these principles,

6   but I believe the map I submitted manages to

7   not only maintain them but also make large

8   improvements in most areas.

9        Thank you all for taking the time to

10  listen to my concerns and for accepting my

11  submission.  I'll be turning in a copy of the

12  study I've been referencing during this talk

13  to the committee via your website if you'd

14  like to have a chance to look over it.

15       If anybody has any questions or

16  comments, I'm more than happy to ii.

17       SENATOR RANKIN:  All right.  We have a

18  question.  Senator?

19       FEMALE VOICE:  Mr. Roberts, just a

20  quick question, can you give us a reference

21  for the program that you used to draw your

22  maps?

23       MR. ROBERTS:  Could you clarify

24  please?

25       FEMALE VOICE:  Did you say Dave's

Confidential

SCNAACP_CD_005546

1    redistricting?

2          MR. ROBERTS:  It's a free tool online.

3    It's open for anybody to use.  I believe

4    somebody in this meeting actually referenced

5    it earlier.

6          FEMALE VOICE:  Dave's Redistricting?

7          MR. ROBERTS:  Yes, ma'am, it has very,

8    very easy to understand analytics tools that

9    lets you do pretty good one-to-one

10   comparisons.  I'm just a student.  I don't

11   have lawyers or big organizations backing me.

12   I just took an interest in this process and

13   wanted to submit to you what I believe to be

14   important for this process.

15         FEMALE VOICE:  I appreciate it.  Did

16   you in reviewing your map once it was

17   finished, I noticed you referred to minority

18   representations.  Did you also make an

19   analysis of the number of current senatorial

20   districts that ended up collapsing as a

21   result of your map?

22         MR. ROBERTS:  I believe what you're

23   asking is about relating to incumbency, a

24   question such as other questions that have

25   been asked.  I actually didn't look at

Confidential

SCNAACP_CD_005547

```
 1   incumbency during this process.  I mainly
 2   focused on the splitting of counties.  I do
 3   think that has the biggest economic impact,
 4   and that's just the perspective I chose to
 5   bring to the table here.
 6        FEMALE VOICE:  Thank you.
 7        MR. ROBERTS:  Yes, ma'am.
 8        SENATOR RANKIN:  All right.  Any other
 9   questions?  All right.  Mr. Roberts, thank
10   you so much.  24 years old, is that right?
11        MR. ROBERTS:  Yes, sir.
12        SENATOR RANKIN:  Good man.  Very good.
13   All right.  Unless there are  other
14   questions, we will now move on to the --
15        MALE VOICE:  Mr. Chairman, can I ask -
16   -
17        SENATOR RANKIN:  Don't leave yet.
18   Come back to us, Mr. Roberts.  Come back.
19   We've got another question.
20        MR. ROBERTS:  Of course.
21        MALE VOICE:  Mr. Roberts, thank you.
22   Are you a political science student at USC?
23        MR. ROBERTS:  No, sir, I'm an
24   economics major.  I minor in data science.
25   I'm passionate about local government, and
```

Confidential

SCNAACP_CD_005548

1    I'm trying to get more involved.

2         MALE VOICE:  And do you live -- I

3    heard you say Columbia County.  Do you live

4    in Augusta?

5         MR. ROBERTS:  I'm from Senate District

6    21, House District 80 and Congressional

7    District 6.  I live off of Garners Ferry

8    (phonetic).

9         MALE VOICE:  Okay.  So you live in

10   Richland County?

11        MR. ROBERTS:  Yes, sir.

12        SENATOR RANKIN:  Very good.  All

13   right.  Mr. Roberts, thank you.

14        MR. ROBERTS:  Of course, thank you for

15   giving me the time.

16        SENATOR RANKIN:  Yes, sir.  Very good.

17   John Sukovitch (phonetic) likewise by Zoom.

18   No, he's here, and coming on down.  Welcome,

19   sir.

20        MR. SUKOVITCH:  Thank you very much.

21   (break in audio).

22        SENATOR RANKIN:  Very good.  I'm twice

23   berated today on name pronunciation.  Is "we"

24   the gentleman with you in the same tribe as

25   you?

Confidential

SCNAACP_CD_005549

1          MR. SUKOVITCH:  (inaudible).

2          MR. MATT GREEN:  I think it's on now.

3    There.  My name is Matt Green.  I'm just a

4    GAI specialist who helped him produce the

5    map.

6          SENATOR RANKIN:  Great.  Sir, the

7    floor is yours.

8          MR. SUKOVITCH:  Great, I'm going to

9    try to keep my --

10         SENATOR RANKIN:  And introduce

11   yourself for the record for Ms. Ham if you

12   will and pull that mic down a little closer.

13         MR. SUKOVITCH:  My name is John

14   Sukovitch (phonetic).  I live in Newberry and

15   I am the representative from Newberry County

16   to the South Carolina Democratic Party

17   executive committee, and also the

18   representative from the Congressional

19   District to the executive council.

20         SENATOR RANKIN:  Pull the mic a little

21   closer to your --

22         MR. SUKOVITCH:  How is that, better?

23         SENATOR RANKIN:  Yes, sir, welcome.

24         MR. SUKOVITCH:  Do I need to repeat

25   anything?

Confidential

SCNAACP_CD_005550

1          SENATOR RANKIN:  No, sir.

2          MR. SUKOVITCH:  I'm going to try to

3    keep my points pretty short today, because

4    I'm a retired college professor and over my

5    career I think I learned a little bit of

6    something about the limits of the human

7    attention span.

8          SENATOR RANKIN:  What is it in your

9    experience?

10          MR. SUKOVITCH:  Excuse me?

11          SENATOR RANKIN:  What is the length of

12    the attention span?

13          MR. SUKOVITCH:  Pretty short.

14          SENATOR RANKIN:  Minutes, give me

15    minutes.  What do you --

16          MR. SUKOVITCH:  It depends on what I'm

17    covering, and it depends on what time of the

18    day the class is, and the best I can hope for

19    is about half an hour, maybe 45 minutes.  And

20    that's about the way it goes, and you do

21    unfortunately have to work to keep their

22    attention.

23          SENATOR RANKIN:  Is that with

24    commercial breaks, that 30 to 45-minute?

25          MR. SUKOVITCH:  No, that's generally

Confidential

SCNAACP_CD_005551

1  the length of -- well, 50-minute classes, and

2  then you switch over.  Our lab classes were

3  like 90 minutes, and of course they were

4  paying attention to computers, they weren't

5  listening to me except for maybe brief

6  periods when I was trying to explain

7  something.

8          But there, again, my background in

9  teaching is business computer applications.

10  GIS is a completely different specialization.

11  I did not produce this map, Mr. Green did,

12  and he has explained to me some of the major

13  points.

14          The current map that exists has over

15  300 split precincts, something like 306 from

16  what I understand, and those split precincts

17  cause problems.  First of all, it's expensive

18  for the voting commissions to produce all of

19  the different ballots that have to be

20  created.

21          Second, it creates a lot of confusion

22  on the part of the voters, and as somebody

23  just mentioned a few minutes ago, people

24  moving into the area really do not understand

25  where they are supposed to vote, and dividing

Confidential

SCNAACP_CD_005552

1    up the precincts even more does not help the

2    matter at all.

3         This removes odd-shaped districts,

4    county and city splits are reduced.  The

5    point that I want to make is that what this

6    focuses on is keeping communities of common

7    interest together.  And I think you'll agree

8    that rural communities have a lot more in

9    common with each other than large urban

10   areas.

11        And what this map does, map number

12   one, is to keep counties together, rural

13   counties together, allow them to work

14   together rather than having their

15   representation split between themselves and

16   with larger, more urban areas.  I'd like to

17   over you an example of what's going on right

18   now, ARPA funds, American Rescue Plan Act.

19   As you probably are aware, it was divided

20   into two packages, the first of which goes to

21   the urban areas.  And that's -- they go

22   directly to those areas.  There is no

23   intermediary.

24        On the other hand, the smaller, rural

25   communities are called non-entitlement units,

Confidential

SCNAACP_CD_005553

1    and those funds go to the State, which then

2    decides how they are going to be used,

3    distributed as a matter of fact.

4         If a rural community, say for example,

5    Newberry County, if a large chunk of Newberry

6    County were to be joined with an urban area

7    in, say, for example, either Richland County

8    or neighboring Lexington County, what happens

9    there?  There's a good possibility that the

10   interests of the rural area are going to be

11   subsumed by the interests of the urban area.

12        And quite honestly the chances of

13   having someone elected from the rural

14   community are considerably diminished just by

15   the matter of economics, who's got the money

16   to elect people and who's got the money to be

17   able to run.

18        So our focus is on keeping those

19   communities of common interest together, and

20   Map Number 1 does that.  And I think it does

21   it to a great degree.  For example, if you

22   look at Saluda County, it's whole.  Newberry

23   loses a small piece to Richland County,

24   apparently, this is District Number 29.

25   District 29 is rural areas of Newberry County

Confidential

SCNAACP_CD_005554

Page 102

1    Saluda County, and rural areas of Lexington

2    and Aiken County as well, there again,

3    protecting those and keeping together those

4    communities of common interest.

5            So this is not only true in the ARPA

6    funds case, but there are a number of

7    situations that are coming up right now.  I'm

8    in the process of preparing a couple of

9    articles for the local newspaper talking

10   about fire and rescue.  There is growing

11   concern about the adequacy of fire and rescue

12   in the rural communities.  Why?  Because they

13   are heavily dependent on volunteers, and

14   volunteers just aren't showing up in the

15   numbers that they used to.

16           Jobs have changed.  Responsibilities

17   have changed.  Sooner or later -- it's not

18   only Newberry County, from what I understand,

19   it is a statewide and even nationwide problem

20   that is going to be coming up.

21           The cities generally have, like

22   Newberry for example, they have 18 full-time

23   professional firefighters.  I live five

24   minutes from the local city fire department.

25   I'm just outside the Newberry City Districts.

Confidential

SCNAACP_CD_005555

1    There is an industry, as a matter of fact,

2    that has recently come to Newberry County

3    that is dependent on volunteer firefighters.

4    Sooner or later, it's going to become a very

5    apparent problem, and we hope that it can be

6    recognized at the state level.  We're going

7    to need state support in dealing with that

8    kind of a situation, and that's why I think

9    it's important for rural communities,

10   especially, in the redistricting to have the

11   power to have the say so in what happens at

12   the state level especially in doling out

13   money and commanding interest from the

14   legislature.  That's pretty much my points.

15   If you have any questions about the actual

16   construction of the map, I'll pass that along

17   to Mr. Green.

18        MALE VOICE:  Mr. Chairman?  Thank you.

19   I have a question.  You mentioned or Mr. --

20   is it Sukovitch?

21        MR. SUKOVITCH:  Sukovitch, yes, thank

22   you.

23        MALE VOICE:  You mentioned Map 1.  I

24   have one map in my notebook.  Did you submit

25   more than one map?

Confidential

SCNAACP_CD_005556

1          MR. SUKOVITCH:  Okay.  That's for our

2     purposes.  Which map are you talking about?

3          MALE VOICE:  Is there more than one

4     map that you submitted?  I have one map.

5          MR. SUKOVITCH:  One map, yeah, yeah,

6     if you'll take a look at District 29 is what

7     I'm talking about there.  And if you break it

8     down, it is broken down on mine, and it shows

9     --

10          MALE VOICE:  I have a question about

11     District 19 on your map.

12          MR. SUKOVITCH:  Mr. Green, would you

13     like to address that?

14          MR. GREEN:  Yeah, I can do that.

15          MALE VOICE:  As I look at it, it looks

16     like it goes from the outskirts of the City

17     of North Augusta in Aiken County, all the way

18     to the Charleston side of Ridgeville, just

19     outside the city limits of Summerville.  Tell

20     me how you came up with that map.

21          MR. GREEN:  That was accomplished by

22     keeping a many counties as are whole here and

23     connecting with other rural parts of

24     Dorchester and Aiken.

25          MALE VOICE:  I also noticed that you

Confidential

SCNAACP_CD_005557

1    split Aiken County into four different Senate

2    districts.

3            MR. GREEN:  That's correct.  Aiken

4    County in this map is just at a juncture with

5    population losses and the low -- certain low

6    country counties and in the PD that it forces

7    cuts into Aiken County to reduce further cuts

8    north.

9            MALE VOICE:  Thank you very much.

10           SENATOR RANKIN:  Sir, remind me, your

11   name again is?

12           MR. GREEN:  My name is Matt Green.

13           SENATOR RANKIN:  Okay.  And your

14   expertise in drawing maps, not that you have

15   to have any -- like Mr. Roof's whose brain

16   will be loaned to God and the record at the

17   invitation of somebody, but your experience

18   in this?

19           MR. GREEN:  Yes, mostly data stuff,

20   but GIS and previous redistricting

21   experience.

22           SENATOR RANKIN:  In what capacity?

23           MR. GREEN:  As a staff member for the

24   Independent Redistricting Commission in the

25   State of Idaho.

Confidential

SCNAACP_CD_005558

1          SENATOR RANKIN:  Okay.  Are you a

2     resident of South Carolina?

3          MR. GREEN:  I am.  I live in Columbia.

4          SENATOR RANKIN:  Your answer to

5     Senator Young's question, I would ask you in

6     terms of that split both of his area and that

7     district, as you've described in 19, in your

8     view, does that comport with any of the

9     guidelines that our subcommittee has adopted?

10         MR. GREEN:  It makes an attempt to,

11    when the splits do occur tries to keep

12    similar communities together, but inevitably,

13    there are going to be some counties that get

14    split.  And in this one by cutting Aiken

15    multiple times, it reduces further splits

16    that would occur.

17         SENATOR RANKIN:  And not to be cute,

18    but in fairness, the altar that your plan is

19    worshipping at would be enhancing rural areas

20    of South Carolina to be more represented,

21    correct?

22         MR. GREEN:  That's correct, yes.

23         SENATOR RANKIN:  All right.  Any

24    further questions?  Mr. Green, thank you.

25    Sir, Mr. --

Confidential

SCNAACP_CD_005559

1          MR. SUKOVITCH:  Sukovitch.

2          SENATOR RANKIN:  The emphasis is on

3     the "o".

4          MR. SUKOVITCH:  That's correct.  Okay.

5          SENATOR RANKIN:  You've done

6     outstanding.

7          MR. SUKOVITCH:  Thank you very much.

8          SENATOR RANKIN:  The emphasis is on

9     the "o".

10         MR. SUKOVITCH:  I really appreciate

11    the opportunity.

12         SENATOR RANKIN:  All right.  We are

13    next going to go to Mr. John -- no, well, is

14    Brett Bursey (phonetic) here?  Did Brett make

15    it?

16         SENATOR RANKIN:  All right.  You were

17    last here.  Don't come up yet.  We're going

18    to let the gentleman who is here come.  He's

19    next on our list.  That would be Mr.

20    Cralovitch (phonetic).  It pays to be here

21    early, and I rarely know anything about that.

22    So, Mr. Bursey (phonetic) you'll be the last

23    to speak.  Mr. Green, you're here with him as

24    well?

25         MR. GREEN:  Yes, indeed.  I am here

Confidential

SCNAACP_CD_005560

1   again.  I did also assist the other John with

2   producing some maps as well.

3        SENATOR RANKIN:  Should we delete the

4   record of what you just said and now go with

5   this, these opinions.

6        MR. GREEN:  However you would like to

7   add it.

8        SENATOR RANKIN:  All right.  We will

9   not delete the record.  Mr. Cralovitch

10  (phonetic) am I saying that correctly?

11       MR. CRAYLOVITCH:  You are, which I'm

12  very impressed by so I appreciate that very

13  much.

14       SENATOR RANKIN:  Maybe back away from

15  that mic just a little bit because it is very

16  hot.

17       MR. CRAYLOVITCH:  Are you saying I'm

18  too loud for you, Senator?

19       SENATOR RANKIN:  Yes, I am, so just

20  back that thing up a little bit.

21       MR. CRAYLOVITCH:  All right.  That's

22  fair.  And here I was going to say we started

23  in your corner of the state just to butter

24  you up and give you some contained districts.

25       SENATOR RANKIN:  How about can you get

Confidential

1    a little closer to that part of the state.

2    You are really hot, so truly.

3              MR. CRAYLOVITCH:  Really?  Man.

4              SENATOR RANKIN:  We've over

5    compensated.

6              MR. CRAYLOVITCH:  I'm kind of a quiet,

7    shy guy so I'm a little surprised.

8              SENATOR RANKIN:  Pull the mic up.

9    Perfect.

10             MR. CRAYLOVITCH:  There you go.  Is

11   that better.

12             SENATOR RANKIN:  I'm saying

13   effectively away from you just for everybody.

14   Not just for me.

15             MR. CRAYLOVITCH:  Does that work?

16             SENATOR RANKIN:  Perfect.

17             MR. CRAYLOVITCH:  Good.

18             SENATOR RANKIN:  We can hear you

19   loudly and clearly.

20             MR. CRAYLOVITCH:  Man, my therapist

21   will be delighted.  Anyway, I appreciate the

22   opportunity to address you all today, ladies

23   and gentlemen of the subcommittee.  I come

24   from York County.  My name is John Cralovitch

25   (phonetic). I'm the chairman of the York

Confidential

SCNAACP_CD_005562

Page 110

```
 1    County Democratic Party.  I come from Senate
 2    district 16, which as you look at the current
 3    map is the one that most resembles Albert
 4    Gerry's (phonetic) famous gerrymander.  I'm
 5    up in the head of the dragon in an
 6    unincorporated portion of Fort Mill, and if
 7    you've ever been to our part of South
 8    Carolina, you know that something like the
 9    City of (inaudible) and say the town of Heath
10    Springs have about as much to do with each
11    other as the planets of Mercury and Mars.
12    They are worlds and worlds apart from each
13    other, so in the maps that I've turned in,
14    I've tried to do a few things.  Counties, as
15    a whole where possible, no splitting of
16    precincts.  I've also used Dave's
17    Redistricting, and that's one of the nice
18    things about Dave's Redistricting.  It lets
19    you click precinct by precinct all the way
20    through, and not splitting precincts up makes
21    things a whole lot easier for our local
22    county elections officials.  I've got a real
23    good one up in York County named Wanda
24    Hemphill.  She does great work.  She is very,
25    very good at her job, and I know that the
```

Confidential

SCNAACP_CD_005563

1    innumerable and complicated ballot styles

2    that we have in York County is frustrating

3    for her, it's difficult for her staff, it's

4    difficult to train on, and it's also

5    expensive making sure you have all of those

6    different ballot styles and the machines to

7    accommodate them available for every election

8    turn.  It also confuses people, and there was

9    some discussion of that earlier on.

10       We had an election this week for the

11   mayor of Rock Hill, and in one particular

12   precinct there were more people that showed

13   up who were not in municipal limits than

14   were.  People have a tough time mastering

15   exactly which political subdivisions they're

16   in, and by hacking your way through

17   individual precincts when it comes to Senate

18   or Congressional districts just makes that so

19   much more complicated for people to feel

20   comfortable knowing who their elected

21   officials are and knowing who is going to be

22   responsible for amplifying their voice, which

23   as we've heard today I have no problem with.

24       I'm not going to get into all of the

25   particulars of each individual map.  I'll do

Confidential

SCNAACP_CD_005564

1  that in written testimony that you guys can

2  go over at your leisure by the fire with a

3  Scotch or a glass of wine in your hand rather

4  than listen to me drone on today, so I'm

5  happy to submit that.  If there are any

6  particular questions about the maps, again

7  with these animating principles of trying to

8  keep counties together and not dividing

9  precincts, as you've heard everybody else

10 say, we've tried to keep communities of

11 interest together, suburbs with suburbs,

12 rural with rural and try not to have the kind

13 of thing happen up my way where you've got

14 people sitting on the lake in (inaudible) and

15 folks down in Heath Springs having to be

16 represented by the same character.  So with

17 that, I'm happy to answer any questions you

18 all might have.

19         SENATOR RANKIN:  (inaudible).

20         MR. GREEN:  Yeah, that's the --

21         SENATOR RANKIN:  (inaudible).

22         MR. CRAYLOVITCH:  Just five.

23         MR. GREEN:  There was five, however,

24 one map had a deviation problem that was

25 missed.  I believe they redid it as basically

Confidential

SCNAACP_CD_005565

1    another map, it was moving a precinct to

2    bring one -- one -- one district within

3    deviation, so it might have got counted as a

4    whole other map submission I believe.  But

5    the big thing for each of the five different

6    maps that were produced, they all like has

7    been said previously, they tried to reduce

8    county splits, and there's a variation of

9    trying to do those so you could see some

10   where Aiken County is not split up into four

11   maybe it's just two districts combined with

12   some other rural parts, keeping cities whole

13   that are not currently and again each map

14   doesn't split any precincts.  They are all

15   kept whole.  That would be kind of the

16   overarching theme of these different maps.

17   Basically, there's different ways to kind of

18   do all of those things, and here is kind of

19   several different options for those and how

20   to accomplish that.

21        SENATOR RANKIN:  This does not

22   (inaudible).  This does not with the prior

23   presenter Mr. Sukovitch does not elevate

24   rural districts or does it?

25        MR. GREEN:  I would say the maps

Confidential

SCNAACP_CD_005566

Page 114

1    altogether as a whole do because they try to

2    keep the rural counties whole as possible

3    unless where you run into a deviation problem

4    where you need to split it.

5         SENATOR RANKIN:  Okay.  Well, you

6    certainly have accomplished the zero precinct

7    or VTD splits in yours, in this one, and

8    likewise, in Newberry's or Mr. Sukovitch's

9    (phonetic) plan, and again similar to his

10   testimony, I'll ask in yours, given our

11   principles for redistricting, do you think

12   that these five comport with what we've

13   adopted and what you know to be a guidepost

14   of what we're supposed to be doing.

15        MR. GREEN:  Yes, that's correct, they

16   -- they meet the guidelines, and I think

17   there probably is an argument that each map

18   might do a different guideline a little bit

19   better than another map, but that's why we

20   submitted a variety.

21        SENATOR RANKIN:  And this one, I'll

22   give you credit, unlike Mr. Newberry's -- Mr.

23   Sukovitch's plan, you have paired incumbents

24   across the board but only two per district

25   whereas in his you had three incumbents in

Confidential

SCNAACP_CD_005567

1    one district.

2         MR. GREEN:  To answer that question,

3    we weren't looking at incumbents, where they

4    lived, so those were just byproducts of

5    trying to keep counties whole, keep cities

6    whole and stay within deviation.

7         SENATOR RANKIN:  Mr. Roof appreciates

8    your testimony.  Thank you.  And not to cut

9    you all off, any other questions of

10   subcommittee members, Mr. Green?  Again, say

11   it again.

12        MR. CRAYLOVITCH:  You said it

13   perfectly, Cralovitch (phonetic), yes, sir.

14        SENATOR RANKIN:  Very good.  Have you

15   met Mr. Sukovitch (phonetic)?

16        MR. CRAYLOVITCH:  We're friends, yes,

17   sir.  All the vitch's in the state, we get

18   together for barbecue regularly, it's true.

19        SENATOR RANKIN:  Now I need to turn my

20   mic down, it was too loud.  Peace, gentlemen,

21   thank you all so much.

22        All right.  Brett Bursey (phonetic),

23   you get the last quick word in the spirit of

24   these fine gentlemen that have presented so

25   efficiently, unlike Mr. Roof with great

Confidential

SCNAACP_CD_005568

1   brevity.

2       MR. BRETT BURSEY:  Mr. Rankin, I have

3   something that I have for each of the

4   senators.  I'll take them back up.  They're

5   $3 a piece.

6       SENATOR RANKIN:  And you have

7   submitted what you are.

8       MR. BURSEY:  Yes, sir, they are sent

9   in electronically, but you will be able to

10  see the two at the same time, which will be

11  helpful for you.

12      SENATOR RANKIN:  Great.

13      MR. BURSEY:  I am Brett Bursey

14  (inaudible).  Let me turn my hearing

15  (inaudible).  Growing up on Paris Island, I

16  didn't -- the Marines that taught me to shoot

17  skeet told me that hearing protection was for

18  sissies.  I can't hear.  Okay.  We're at 100

19  percent now.  Yeah, I'm Brett Bursey, and I'm

20  the executive director of a 26-year-old South

21  Carolina-based research and policy institute

22  called the South Carolina Progressive Network

23  Education Fund.  We're fond of pointing out

24  that we didn't set out to be a secret

25  society.  People just -- we just don't get

Confidential

SCNAACP_CD_005569

1    much attention.

2         SENATOR RANKIN:  Pull that microphone

3    --

4         MR. BURSEY:  A little bit closer to

5    me.  What I want to do today is tell you a

6    little bit about how I got to be here, that's

7    in that I graduated from segregated Beaufort

8    High School in 1966.  I was at the University

9    of South Carolina when the all-white party

10   was the Democrats, and so when I refer to the

11   majority party, I'm simply referring to the

12   people that actually control the votes as

13   they come out of the legislature, and I'm not

14   picking on you as Republicans that inherited

15   a system.

16        I'm also not here today to fit our

17   plan into the existing system.  I heard

18   Senator Rankin say when he started these

19   hearings that the existing system is what

20   we're using because it seems to work.  And I

21   also heard Dr. Roof, who I have the most

22   extreme respect for because he really knows

23   his job and does -- he does things that can

24   make your system better.  What I'm going to

25   present today is for you to take the

Confidential

SCNAACP_CD_005570

Page 118

1    opportunity to be heros and change your

2    system and that Dr. Roof pointed out that you

3    can't make the voters happy.  And I'm going

4    to point out that our proposal, which has

5    been filed in legislation in 2019 and again

6    in 2020 for a citizens redistricting

7    commission would actually make the way we

8    figure more people happy than unhappy

9    inasmuch as the study that we paid the

10   university to do in 2017, which I filed

11   electronically with your staff and this was

12   done by the Institute for Public Service and

13   Policy Research, a graduate level study the

14   university does --

15           SENATOR RANKIN:  A quick interruption.

16   You have submitted the Congressional plan for

17   members, and we got a Senate version so this

18   is --

19           MR. BURSEY:  You're supposed to have

20   the Senate plan, I'm sorry.  Some of those

21   are Senate plans and some are Congressional

22   because the staff wanted both.

23           SENATOR RANKIN:  I think we've all got

24   -- either way, we're going to produce a

25   smaller copy.

Confidential

SCNAACP_CD_005571

Page 119

1          MR. BURSEY:  Sure, the benefit of

2     these, ladies and gentlemen, is you can see

3     both because it's a comparative analysis.

4     People are giving you one map, we're giving

5     you two to be able to make our point.  So

6     there is one set of these that says

7     Congressional and one that says Senate.

8     Thank you, Senator Rankin, but I want to tell

9     you that we've been working on this for quite

10    some time now because we believe that the

11    current system is flawed.

12          And I'm somebody that's been dealing

13    with Section 5 at the Justice Department for

14    -- well ever since 1990, 1992 when the first

15    thing that happened the first time that

16    Section 5 really kicked in in South Carolina

17    we saw a whole bunch of safe seats for people

18    of color, and we believe that was a deal with

19    the devil that's locked a permanent minority

20    in not just for Black people but for people

21    that believe in democracy and equality.

22    Those that truly believe in democracy and

23    equality, know that it can't just be for

24    some.  So I'm speaking up for people that

25    believe that we need a government that

Confidential

SCNAACP_CD_005572

Page 120

 1   represents the interest of the majority of

 2   us, and that is going to take equal justice.

 3          So I recall having many discussions

 4   with the South Carolina desk of the voting

 5   rights section of the Civil Rights Division

 6   of the U.S. Justice Department with them

 7   shaking their head and telling me, well, it

 8   may look like it's racial gerrymandering but

 9   actually it's political, and that's okay.

10          And it's further -- it's further wrong

11   by the fact that South Carolina is the only

12   state in the nation that doesn't have any

13   laws or constitutional constraints governing

14   the process that you're going through now.

15   You make it up as you go along, and those of

16   us that have been watching this process over

17   the last 40 years, we really feel that James

18   Pettigrew may have been wrong when he said

19   South Carolina was too large to be a lunatic

20   asylum because when you keep doing the same

21   thing over and over again expecting different

22   results that's the definition of insanity.

23   So people are trying to get the best deal

24   that they can out of this currently poorly

25   designed system, and I sense the League of

Confidential

SCNAACP_CD_005573

Page 121

1    Women Voters, and the ACLU and the Legal

2    Defense Fund and all of these other groups

3    that I respect so much are doing what they

4    can do to get the best deal this time,

5    somebody needs to point out what could be and

6    what should be.  You will determine what will

7    be, but I want you to be on record that we

8    are working hard, and have been for some time

9    and will continue to do so to be able to have

10   you support a constitutional amendment on a

11   general election ballot to be able to give

12   the authority to draw the lines to the

13   citizens to get the legislature out of the

14   business.

15          Now, the only four states --

16          SENATOR RANKIN:  Mr. Bursey

17   (phonetic), I want to interrupt you this is

18   not the forum for that pitch.  I would submit

19   to you that we have heard that --

20          MR. BURSEY:  You have not heard a

21   pitch that relates to legislation that's

22   filed before you, sir.

23          SENATOR RANKIN:  Respectfully --

24          MR. BURSEY:  I don't believe.

25          SENATOR RANKIN:  Respectfully, we

Confidential

SCNAACP_CD_005574

Page 122

1    have, a number of times, and, again, not to

2    cut you off, that is not a conversation that

3    this subcommittee can advance.

4         MR. BURSEY:  This is a conversation

5    that needs to be on the record, Senator

6    Rankin.  If you will give me just a couple of

7    minutes, I will wrap it up.

8         SENATOR RANKIN:  Thank you.

9         MR. BURSEY:  Because I have not had

10   the opportunity to present this and I'm the

11   one that's been working on this.  Senator

12   Fanning is a sponsor in the senate.   Cobb

13   Hunter is a sponsor in the House.

14        SENATOR RANKIN:  Okay.

15        MR. BURSEY:  This is research that

16   we've done for years that I would like the

17   opportunity to share as you get ready on this

18   momentous occasion.  May I proceed?

19        SENATOR RANKIN:  Please.

20        MR. BURSEY:  Thank you, sir.  So what

21   -- to give you an idea of the tide that

22   you're swimming against, the 65 percent of

23   the people of South Carolina that the

24   University of South Carolina Institute for

25   Public Service and Policy Research surveyed

Confidential

SCNAACP_CD_005575

1    in 2017 for us indicated they would prefer

2    the legislature not draw their own lines.

3    And so this is a winning campaign issue.

4    We're going to do what we can to get that --

5    to get you to consider the opportunity to be

6    heroes in the reconstruction of democracy in

7    South Carolina because you know better than

8    anyone how frustrating it is to have the type

9    of gridlock and inability to be able to deal

10   with the common needs of the people.

11        Senator Rankin, you were elected with

12   97 percent of the vote, and the average

13   winning margin in the last four elections has

14   been 70 percent.  So that means that 70

15   percent -- well, 70 percent of the people, 70

16   percent of the incumbents right now have no

17   opposition in the general averaged over four

18   election cycles.  That means that 70 percent

19   of the citizens like me in Richland County

20   only had one name on the ballot.  People are

21   beginning to realize that that looks like an

22   old Soviet style election and that this is

23   really bad theater, and you have an

24   opportunity to be heroes in understanding

25   that the legislature should not make their

Confidential

SCNAACP_CD_005576

Page 124

1    own rules and draw their own lines and

2    support legislation to put a constitutional

3    amendment on the ballot, general election

4    ballot, to see if the people want to draw

5    their own lines, and that sums it up and

6    there's a lot more information at

7    FairMapsSC.com.  Any questions, Senator

8    Rankin? I appreciate it.

9         SENATOR RANKIN:  Oh, no, no.  Oh, I'm

10   sorry, so yeah, yeah.

11        MR. BURSEY:  I was wrapping it up

12   because perhaps this is the wrong forum for

13   this, but I really do want to get this on the

14   record because as I said this is something

15   that I think reflects the interest of 65

16   percent of the people and 50 -- the report

17   that I'm talking about that the University --

18   it was a graduate-level thing.  In the back,

19   it shows all 46 counties.  They did this

20   extensive interview, and the result was that

21   the majority of the Republican party agrees

22   that you shouldn't draw the lines.  At some

23   point, you're going to have to change.  If

24   you don't get in front of that, you're going

25   to lose your seat.

Confidential

SCNAACP_CD_005577

1    SENATOR RANKIN:  Right.  And, again,

2    I'm not -- I thought you were wrapping that

3    portion of your testimony up, but did you

4    have anything else to speak because we do

5    have some questions about what you submitted.

6    MR. BURSEY:  I did want to point out

7    about the maps and what the -- what the --

8    how they were drawn, so this is with

9    exception of apologies to Senator Sen

10    (phonetic).  The maps were drawn by people

11    that used all of the criteria that Dr. Roof

12    used with two exceptions.  One, these are

13    drawn by an illustrator that didn't get them

14    until last night, I apologize, and that

15    Senator Sen's (phonetic) district 41 in the

16    current should be yellow as competitive.  And

17    I would speak to Senator Harpootlian's

18    district being one of the ones that's

19    competitive this year, and the fact that

20    they're competitive indicates Senator

21    Harpootlian's predecessor, Senator Corsen

22    (phonetic) he was a member of the Sierra Club

23    and went to the League of Women Voters.

24    So what we're looking for is for you

25    to win your race and have to represent people

Confidential

SCNAACP_CD_005578

Page 126

1    that don't look like you or necessarily think

2    like you.  It's called democracy, and so the

3    map that you see on the top is the way it is

4    now, given a 5 percent variation, winners

5    winning by no more than 55 percent.  And so

6    that map below that is what it would look

7    like if you did not consider communities of

8    interest and -- and took the citizens that

9    were found in the 2020 census and

10   reapportioned them by competition metric

11   including the other metrics that you can stay

12   as close to as possible, whether it be

13   contiguity and boundaries, precincts, et

14   cetera.  We did not include communities of

15   interest because it would be phony to do

16   that.

17           There's no way that the communities

18   know what interest is.  The bill that we

19   introduced for Citizens Redistricting

20   Commission would have said commission doing

21   educational work and involving the citizens

22   in a much greater fashion than has ever

23   happened since 19 -- whenever we started

24   doing this, the 1992 -- the 1990 census was

25   when it really kicked.  But the citizens,

Confidential

SCNAACP_CD_005579

Page 127

1    this is a mythical thing that happens once

2    every ten years and like cicadas coming up

3    from the ground after sleeping, they go, oh,

4    it's gerrymandering time, let's fight it.

5    But we're using the same system and the same

6    tools to deal with it.  The system is not

7    right, sir, gentlemen and ladies.

8           So what we're doing is proposing to

9    you what should be and giving you a

10   methodology to do so.  The four states that

11   have taken the power of drawing the lines

12   away from the people that benefit from

13   drawing the lines, those states have the

14   constitutional right for citizens to take up

15   petitions, put them on a ballot and vote on

16   it.  27 states don't.  We're one of those

17   states.  But if you read our FairMapsSC

18   methodology, we do have something you all

19   voted on I'm sure as a county bond issue for

20   libraries or maybe for a penny tax or

21   something, that the citizens in South

22   Carolina in a county can circulate a petition

23   and get 15 percent of the county's residents

24   to sign that petition, which we have an

25   amendment a constitutional amendment filed,

Confidential

SCNAACP_CD_005580

1    predicated on that before your body, but 15

2    percent of the citizens in your county,

3    Senator Rankin could then decide that, yes,

4    we don't want you to draw your own lines, and

5    see if we took up those petitions in

6    somebody's home district, we would surely get

7    more of their own constituents than was able

8    to vote for them because so many people are

9    winning in a primary with a major turnout,

10   maybe 17 percent of the Republican party

11   generally speaking, no more than 20 percent

12   all together, so that the numbers are bad for

13   the incumbents.  This may take a while, but

14   this will happen as the people want to be

15   able to have something that is more

16   representative that tries to solve the -- get

17   the things that we agree with that we all

18   need done, and then we'll argue over what we

19   disagree with.  I'll take any questions you

20   may have.

21        SENATOR RANKIN:  Senator Margie

22   Bright.

23        SENATOR BRIGHT:  I will preface my

24   question by first saying I haven't studied

25   this long enough, the map that you've

Confidential

SCNAACP_CD_005581

Page 129

1   proposed.  Is part of what I'm understanding

2   you believe is that we need to make these

3   Senate districts more competitive?

4        MR. BURSEY:  Yes.  You heard Dr. Roof

5   say that competition is the one thing that we

6   can't mandate.

7        SENATOR BRIGHT:  And I totally

8   understand and get that, but in analyzing the

9   current district boundaries and the proposed

10  ones that you have here, it seems that

11  there's not a -- and maybe I need to look a

12  little bit harder, but it doesn't seem like

13  it necessarily increases competition.

14       MR. BURSEY:  The magic numbers,

15  Senator Matthews, is in the competitive

16  number of seats in the maps that we propose,

17  the bottom right-hand panel.  The competitive

18  seats move from 6 to 17 and your safe

19  democratic seats move from 11 to 4, so that

20  adds up to 21, and that the -- the number of

21  Republican seats falls to 25, and so the

22  Republicans are still in charge.  There are

23  more of them than there are others, but the

24  fact is it will make those districts that are

25  competitive, the people that run, whether

Confidential

SCNAACP_CD_005582

1    they are from a Democratic party or

2    Republican party are going to have to reach

3    across the aisle and be able to have a base

4    platform that appeals to the majority of

5    voters in those competitive districts.

6         SENATOR BRIGHT:  I get it now.

7         MR. BURSEY:  That's what we're

8    seeking.

9         SENATOR BRIGHT:  I was comparing the

10   block on the top map versus the block on the

11   bottom --

12        MR. BURSEY:  Yes, ma'am.

13        SENATOR BRIGHT:  -- map instead of

14   just comparing just one.  I've got it now.

15        MR. BURSEY:  And there's a rather in-

16   depth tutorial at FairMapsSC.com.

17        SENATOR BRIGHT:  A tutorial, thank

18   you.

19        MR. BURSEY:  Yes, ma'am.

20        SENATOR BRIGHT:  Believe it or not I'm

21   going to look at it though.

22        MR. BURSEY:  Senator Rankin, any more

23   questions?  I'm going to leave you with one

24   of the prevailing quotes of the day from

25   Washington's farewell address.  He begged us

Confidential

SCNAACP_CD_005583

1    not to start parties.  He said you'll end up

2    with two that fight amongst themselves, I'm

3    paraphrasing now, for money and power, and

4    I'm hoping that we can get to a point where

5    people get elected because of what they

6    believe and what they stand for and how their

7    constituents believe they are going to

8    improve their lives.

9         SENATOR RANKIN:  With that, sir, I

10   welcome you to pay attention to the calendar.

11   Though you haven't said it, it has been said,

12   but surely nowhere nearly as eloquently as

13   you and perhaps in your view nobody was

14   listening, but you'll get a chance to make

15   that pitch about other's bills to create

16   commissions, et cetera, et cetera, hereafter,

17   but respectfully though you have not come

18   before --

19        MR. BURSEY:  Thank you for your

20   forbearance.  I've seldom been put down with

21   such politeness.  You're a great master.

22        SENATOR RANKIN:  No intent, I promise.

23   But my mother -- if that's a complement, I'm

24   hoping she's listening, so.

25        MR. BURSEY:  We may be moving into

Confidential

SCNAACP_CD_005584

1    your district.

2         SENATOR RANKIN:  Very good, call me if

3    you need me, 555-1212.  You're old enough to

4    remember that is the information line, sir.

5         MR. BURSEY:  Appreciate our time.

6         SENATOR RANKIN:  All right.  I think

7    that wraps up the presentation.  Gentlemen,

8    ladies, thank you all, Zoomers and those in

9    person for attending, and as said at the

10   outset in terms of where we're going here,

11   again, the next act out of our body will be,

12   again, the subcommittee and staff to start

13   distilling what we've heard and hopefully

14   come up with a plan that this subcommittee

15   can work towards a passage and then to a full

16   committee.  Likewise, we've announced the

17   date of deadline for congressional

18   submissions by November 1st, and ladies,

19   gentlemen, thank you all.  Have a great rest

20   of your week.

21        Mr. Bursey, y'all get his attention if

22   you will.

23        MR. BURSEY:  $3, you can have one.

24        SENATOR RANKIN:  Great, we're going to

25   collect those and give them back.  We'll keep

Confidential

SCNAACP_CD_005585

1    one.

2            [Ending of Audio Recording]

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

SCNAACP_CD_005586

1                             CERTIFICATE

2

3          I, Trisha Ruckart, do hereby certify that I was

   authorized to and transcribed the foregoing recorded
4
   proceedings and that the transcript is a true record, to
5
   the best of my ability.
6
                DATED this 27th day of December, 2021.
7

8

9

10         _____

11         TRISHA RUCKART, CVR-CM

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

SCNAACP_CD_005587