*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit F

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
                    COLUMBIA DIVISION
          CASE NO. 3:21-CV-03302-MBS-TJH-RMG


    THE SOUTH CAROLINA STATE CONFERENCE OF
    THE NAACP, AND TAIWAN SCOTT, ON BEHALF
    OF HIMSELF AND ALL OTHER SIMILARLY
    SITUATED PERSONS,
              Plaintiffs,
         vs.
    THOMAS C. ALEXANDER, HENRY D. MCMASTER,
    IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
    SOUTH CAROLINA; HARVEY PEELER, IN HIS
    OFFICIAL CAPACITY AS PRESIDENT OF THE
    SENATE; LUKE A. RANKIN, IN HIS OFFICIAL
    CAPACITY AS CHAIRMAN OF THE SENATE
    JUDICIARY COMMITTEE; JAMES H. LUCAS, IN
    HIS OFFICIAL CAPACITY AS SPEAKER OF THE
    HOUSE OF REPRESENTATIVES; CHRIS MURPHY,
    IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF
    THE HOUSE OF REPRESENTATIVES JUDICIARY
    COMMITTEE; WALLACE H. JORDAN, IN HIS
    OFFICIAL CAPACITY AS CHAIRMAN OF THE
    HOUSE OF REPRESENTATIVES ELECTIONS LAW
    SUBCOMMITTEE; HOWARD KNABB, IN HIS
    OFFICIAL CAPACITY AS INTERIM EXECUTIVE
    DIRECTOR OF THE SOUTH CAROLINA STATE
    ELECTION COMMISSION; JOHN WELLS, JOANNE
    DAY, CLIFFORD J. ELDER, LINDA MCCALL,
    AND SCOTT MOSELEY, IN THEIR OFFICIAL
    CAPACITIES AS MEMBERS OF THE SOUTH
    CAROLINA STATE ELECTION COMMISSION,

              Defendants.

    DEPOSITION OF:   ANDREW THEODORE FIFFICK
                     (Appearing via VTC)

    DATE:            July 21, 2022

    TIME:            10:10 a.m.
```

Page 136

1   ask you not to do it.  That was sort of a -- like I
2   said, I would call that a postulate.
3        Q.   Were you ever instructed as a criteria
4   to make a 6-1 Republican-leaning map?
5        A.   A one -- make one lean Republican?
6        Q.   Make six lean Republican, one not --
7        A.   I don't recall --
8        Q.   -- districts?
9        A.   No, I don't recall ever having anybody
10  ask me to do that.  But it's all a matter of
11  semantics.  I mean, you can number anything you
12  want.  You can change the numbers.  You can swap
13  the numbers, the 1st on the 6th, the 6th for the
14  1st.  But no, no one ever asked me.
15       Q.   So it was not your understanding that
16  you were driven or members were driven to create a
17  congressional map where six districts based upon
18  political data or some other information suggested
19  that they would likely vote for Republican
20  candidates as compared to one district that would
21  likely vote for Democratic candidates?  That was
22  not something that guided the work that you were
23  aware was being done in the congressional mapping?
24       A.   Again, that was the whole context --
25       Q.   Yes, it was long.  It got narrative.