*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 1

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                   COLUMBIA DIVISION

 3
    THE SOUTH CAROLINA STATE
 4  CONFERENCE OF THE NAACP,

 5  and

 6  TAIWAN SCOTT, on behalf of
    himself and all other
 7  similarly situated persons,

 8        Plaintiffs,

 9  v.                      CASE NO.: 3:21-cv-03302-JMC-TJH-RMG

10  HENRY D.  MCMASTER, in his official
    Capacity as Governor of South Carolina;
11  HARVEY PEELER, in his official capacity
    As President of the Senate; LUKE A.
12  RANKIN, in his official capacity as
    Chairman of the Senate Judiciary
13  Committee; JAMES H.  LUCAS, in his
    official capacity as Speaker of the
14  House of Representatives; CHRIS MURPHY,
    in his official capacity as Chairman
15  of the House of Representatives
    Judiciary Committee; WALLACE H.  JORDAN,
16  in his official capacity as Chairman
    of the House of Representatives
17  Elections Law Subcommittee; HOWARD KNABB,
    in his official capacity as interim
18  Executive Director of the South Carolina
    State Election Commission; JOHN WELLS,
19  JOANNE DAY, CLIFFORD J. ELDER,
    LINDA MCCALL, and SCOTT MOSELEY,
20  in their official capacities as
    members of the South Carolina State
21  Election Commission,

22        Defendants.
    _____/
23
                  TRANSCRIPTION OF PROCEEDINGS
24                Wednesday, January 19, 2022
      File Name:  20220119SJudiciaryFullCommittee11673_1.mp4
25          Run Time:  01:17:25 (hours, minutes, seconds)
```

Page 32

1  to know is whether there is racial bloc voting, I
2  mean, in terms of adjusting these districts. I mean,
3  it's instead of worrying about what the percentage of
4  African American vote is, you want to know whether
5  there's racial bloc voting; is that correct? In other
6  words, will -- is there a group of white people that
7  would never vote for black people? And you can do
8  that, and that analysis is done all the time.
9          SENATOR CAMPSEN: Is this the third Gingles test?
10         SENATOR HARPOOTLIAN: Is that correct?
11         SENATOR CAMPSEN: That's -- generally, that's my
12 understanding of it.
13         SENATOR HARPOOTLIAN: Okay. Was there any racial
14 bloc voting analysis done? If so, by who? Was there
15 an expert? Typically, they're experts involved. Was
16 there any racial bloc voting analysis done in the --
17 in compiling this plan?
18         SENATOR CAMPSEN: Well, that's not for -- that's
19 something that would happen if and when a plan is
20 litigated. As far as that analysis that -- I'm not
21 aware of that being done here, but that's something
22 that -- that would be what a -- a plaintiff, if they
23 were to file suit against this, would -- would provide
24 and argue.
25         SENATOR HARPOOTLIAN: Well, you -- well, I