*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 6

Page 1

SC NAACP v. McMASTER

TRANSCRIPT OF VIDEO-RECORDED PROCEEDINGS

SENATE OF SOUTH CAROLINA

January 20, 2022

(Transcription Time 1:43:00 - 6:32:20)

Transcribed By:
TERRI NESTORE
CSR No. 5614, RPR, CRR

TSG Reporting - Worldwide    877-702-9580

Confidential

SCNAACP_CD_006914

Page 25

1            So this is a minimal change plan from a plan that
2   was approved by a federal court -- actually by the United
3   States Supreme Court -- as recently as 2012 in the Backus
4   decision.
5            Now 2012 is like yesterday in reapportionment
6   time, okay, because you only do reapportionment every ten
7   years.  That was the last reapportionment we did and the
8   Supreme Court upheld our current benchmark and the current
9   benchmark I just read to you, the very minor changes that
10  we've made in this plan, Amendment 1, from the current
11  benchmark both honoring the constituent consistency
12  guideline, but also based upon a plan that the Supreme
13  Court upheld in 2012.
14           And to the extent District 1 and District 6 had
15  the change, it's really driven by growth because the
16  chairman mentioned earlier, we had 87,000 people in the
17  1st District that had to -- we had to shed and we had
18  84,000 people or 85,000 in the 6th District that the 6th
19  District had to pick up.
20           Now I want to also address the issue of some
21  allegations of partisan gerrymandering.  I'd like to give
22  some numbers that I think will demonstrate that that's
23  really not the case.
24           In the 1st District, if you look at the Trump
25  vote in the 1st, under the benchmark it was 53.03 percent.

Confidential

SCNAACP_CD_006938

Page 28

1           First of all, with regards to voting rights, the
2   redistricting plan must not have either the purpose or the
3   effect of diluting minority voting strength and must
4   otherwise comply with Section 2 of the Voting Rights Act,
5   as expressed through Thornburg v. Gingles and its progeny,
6   and the 14th and 15th Amendments to the U.S. Constitution.
7           I think when you look at the statistics that's
8   clear that this does comply with Section 2 of the Voting
9   Rights Act.  There's no suggestion that District 6 cannot
10  elect a candidate of choice.
11          Avoiding racial gerrymandering, again Amendment 1
12  preserves many of the boundaries upheld in the Backus
13  decision that was handed down in 2012 and affirmed by the
14  U.S. Supreme Court.  The 1st District's black voting age
15  population again is virtually unchanged.
16          With regards to the 6th District, the part of
17  Charleston County added to the 6th had a -- is 100,947
18  voting age population, of which 66,756 or 66 percent are
19  white and 22 are black.
20          Yeah, and I would also like to talk about the
21  natural boundaries that we followed because this changes
22  -- this is a change from -- significantly from the House
23  passed plan, in that it follows more geographic and
24  political boundaries.
25          The border of the 1st District with the 6th is

Confidential                                                                SCNAACP_CD_006941