*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>HENRY D. MCMASTER, *et al.*,<br><br>  Defendants. | Case No. 3:21-cv-03302-JMC-TJH-RMG |

**Expert Report of Sean P. Trende**

Table 3: Core Population Retention, S.C. Districts

| District Number | % Retained |
|---|---|
| 1 | 82.84% |
| 2 | 98.01% |
| 3 | 98.02% |
| 4 | 94.34% |
| 5 | 94.38% |
| 6 | 87.55% |
| 7 | 99.96% |

Five of the state's seven districts have very high core retention rates, retaining over 94% of their populations from the Benchmark Plan, with District 7 retaining almost 100% of its core. Even the 1st and 6th districts retain a large share of their populations, with the Sixth approaching 90% retention and the 1st retaining over 80% of its core.

Table 4 gives a different perspective on these numbers. It shows the number of residents who are moved between districts. The left column represents districts that gave residents to other districts; these recipients are represented in columns. This table is best read in rows.

Table 4: Population Movements by District, 2012-2022 Lines

| From | To | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | – | – | – | – | – | 140,489 | – |
| 2 | – | – | – | – | – | 14,397 | – |
| 3 | – | – | – | 14,001 | – | – | – |
| 4 | – | – | 7,111 | – | 35,919 | – | – |
| 5 | – | – | 31,309 | – | – | 10,038 | – |
| 6 | 52,799 | 23,771 | – | – | 346 | – | 3,553 |
| 7 | – | – | – | – | – | 286 | – |

The largest two transfers of residents come from the boundary between District 1 and District 6. The former sheds 140,489 residents to the latter, while District 6 loses 52,799 residents to the former. District 2 sheds 14,397 residents to District 6, while gaining 23,771 residents back