*SC NAACP v. Alexander,*
Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 8

**THIS EXHIBIT HAS BEEN SUBMITTED TO THE COURT FOR *IN CAMERA* REVIEW PURUSANT TO THE CONSENT CONFIDENTIALITY ORDER (ECF NO. 123)**