*SC NAACP v. Alexander,*
D.S.C. Case No.  3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CIVIL ACTION NO. 3:21-cv-03302-JMC-TJH-RMG

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>        Plaintiffs,<br><br>    v.<br><br>HENRY D. MCMASTER, in his official capacity as Governor of South Carolina; THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>        Defendants. | **VIDEO CONFERENCE<br>DEPOSITION**<br><br>**OF**<br><br>**BENJAMIN HABER FIFIELD** |

162

1    Q.    Okay.  Did you ever speak to anyone at the South

2          Carolina State Election Commission about that

3          process?

4    A.    I don't recall speaking to anybody at the South

5          Carolina State Election Commission.

6    Q.    Okay.  And later on in this email it says -- and

7          later on in this email it mentions racial bloc

8          voting analyses.  Can you explain what a racial bloc

9          voting analyses is?

10   **BY MR. JONES**:

11              Objection; calls for expert opinion, form.  You

12         can answer.

13   **WITNESS ANSWERS**:

14   A.    Sure.  A racial bloc voting analyses is a type of

15         statistical analysis typically used to support --

16         typically used to support the Gingles criteria in

17         voting rights cases, but not always.  And the point

18         is to measure the degree of polarization in vote

19         choice by different groups.

20   **EXAMINATION RESUMED BY MR. PARENTE**:

21   Q.    Okay.  Do you know how to conduct a racial bloc

22         voting analysis?

23   A.    I do, yes.

24   Q.    Did you conduct one on South Carolina this

25         redistricting cycle?

163

1    A.    Can I speak to my attorney about questions of

2          privilege?

3    Q.    Sure.

4    (WHEREUPON, THERE WAS A PAUSE IN THE PROCEEDINGS.)

5    **EXAMINATION RESUMED BY MR. PARENTE:**

6    Q.    Dr. Fifield, my question was did you perform a

7          racial bloc voting analysis geared at South Carolina

8          during this redistricting cycle?

9    **BY MR. JONES:**

10              Objection; attorney/client privilege, work

11         product, First Amendment privilege.  You can answer

12         the question yes or no.

13   **WITNESS ANSWERS:**

14   A.    Yes, with the direction of counsel.

15   **EXAMINATION RESUMED BY MR. PARENTE:**

16   Q.    Okay.  And did you perform that analysis across the

17         entire state?

18   **BY MR JONES:**

19              Objection; work product, attorney/client

20         privilege.  I need a moment to consult about whether

21         he can provide an answer.  Give us a second.

22   **BY MR. PARENTE:**

23              Okay.

24   (WHEREUPON, THERE WAS A PAUSE IN THE PROCEEDINGS.)

25   **BY MR. JONES:**

164

```
 1              Mr. Parente, if you could ask him whether he

 2          remembers for what part of South Carolina he

 3          conducted the analysis, I'll permit him to answer.

 4     BY MR. PARENTE:

 5              Okay.

 6     EXAMINATION RESUMED BY MR. PARENTE:

 7     Q.   Dr. Fifield, do you recall if your analysis was

 8          statewide or if it was -- or if it only included

 9          certain counties?

10     A.   I don't recall whether or not it was statewide.

11     Q.   Okay.  Do you recall when you performed this

12          analysis?

13     A.   No, I do not.

14     Q.   Okay.  Do you recall if you performed this analysis

15          prior to the release of the PL data?

16     A.   Yeah, I don't recall if I ran an analysis prior to

17          the release of the PL data.

18     Q.   Okay.  Do you recall if you ran that analysis prior

19          to the filing of litigation on October 12th of '21?

20     A.   I also can't recall if it was prior to October of

21          '21.

22     Q.   Okay.  Did you share the results of that analysis

23          with anyone outside of the ACLU?

24     A.   Not that I can recall.

25     Q.   Okay.  So you don't recall sharing that with Dr.
```

165

1          Ruoff?

2     A.   I did not share that analysis with that Dr. Ruoff.

3     Q.   Do you remember what the results of your analysis

4          were?

5     **BY MR. JONES:**

6               Objection; privilege, work product, First

7          Amendment.  I'm instructing the witness not to

8          answer.

9     **EXAMINATION RESUMED BY MR. PARENTE:**

10    Q.   Okay.  Do you recall what format the results of that

11         analysis were in?  For example, a memo or an email;

12         do you recall what the format was?

13    A.   I believe it would have been in a separate document,

14         so like a memo.

15    Q.   Okay.  Is that document one of the files that you

16         copied from your ACLU computer to your personal

17         computer?

18    A.   I can't be sure.

19    Q.   Okay.  Would you be able to verify that if you

20         looked at your personal computer?  Would you be able

21         to tell by the file name, for example?

22    A.   Yes.

23    Q.   All right.  All right.  I'm going to go to the next

24         email.  This is Exhibit 21.  It is an email that's

25         Bate stamped SCLWV_SUB_0033083.

188

1    A.    As I said previously, not being a map drawer, I

2          can't speak to the difficulty of drawing such a map.

3    Q.    Okay.  Who were the map drawers at the ACLU?  And I

4          just -- I mean map drawers generally, not

5          specifically who drew these maps, because we've

6          already talked about that.  But who are map drawers

7          at the ACLU?

8    A.    So, there a couple of people with Maptitude training

9          at the ACLU.  Those would be Devin McCarthy and Alex

10         Yurcaba.

11   Q.    And could you just repeat that second name again?  I

12         think it cut out a little bit for me.

13   A.    Yes.  Alex Yurcaba.

14   Q.    And would you mind spelling that last name if you're

15         able to?

16   A.    Y-U-R-C-A-B-A.

17   Q.    And are Devin and Alex the only two at the ACLU you

18         know have Maptitude training?

19   A.    Yes, that are currently at the ACLU.

20   Q.    Okay.  What about former employees of the ACLU who

21         would have had Maptitude training during the

22         2020/2021 redistricting process?

23   A.    So, that would have included Dr. Sanchez and Sarik

24         Goyal.

25   Q.    And if you're able to, would you be able to spell

189

1          that last name for me?

2     A.   G-O-Y-A-L.

3     Q.   And what was the first name again?

4     A.   Sarik, S-A-R-I-K.

5     Q.   Okay.  Thank you.  And so, your understanding is

6          that these four individuals are the only four

7          current or former ACLU employees that had Maptitude

8          training during this redistricting cycle; is that

9          correct?

10    **BY MR. JONES:**

11             Objection; form.  You can answer.

12    **WITNESS ANSWERS:**

13    A.   I can't speak to specific Maptitude training, but,

14         yeah, I do believe they know the software.

15    **EXAMINATION RESUMED BY MR. PARENTE:**

16    Q.   Okay.  You mentioned earlier that you used R to

17         conduct some validation on the League of Women

18         Voters map using a package called tidylog, I think

19         you said, is that right?

20    A.   Again, I think, as I said previously, I can't be

21         certain which map that was, whether or not it's the

22         like common understanding of the League of Women

23         Voters map.  I did use tidylog to conduct

24         validation.

25    Q.   Okay.  Do you recall if you did a similar validation

213

# *Jan L. Whitworth*
**Whitworth Court Reporting**
**Post Office Box 551**
**Roebuck, SC  29376**

August 19, 2022

Michael A. Parente, Esquire
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, South Carolina 29201

RE:    Deposition of Benjamin Haber Fifield (In Re: Civil Action No. 3:21-cv-
       03302-JMC-TJH-RMG)

Dear Mr. Parente,

      Enclosed you will find both the original and copy of the deposition of
BENJAMIN HABER FIFIELD, taken the 15th day of August, 2022, in the above-
referenced case.

      As you may recall, the witness requested to read and sign his deposition.
Therefore, by copy of this letter, I am emailing a copy of the transcript to the
deponent, along with the signature page, errata sheet, and instructions for reading and
signing.

      Upon completion of the signature page and errata sheet, the original of these
pages will be sealed under separate cover and forwarded to you with a copy.  If the
said pages are not completed within the thirty-day period or when required in court,
the original deposition shall be considered complete with this letter in lieu of the
signature page.

                          Very truly yours,



                          Timmi A. Parrish
                          Whitworth Court Reporting

enclosures: original deposition, copy of deposition

214

**SIGNATURE PAGE**
**Deposition of Benjamin Haber Fifield**
**Date of deposition: 08/15/2022**
**Civil Action No.: 3:21-cv-03302-JMC-TJH-RMG**

    I do hereby certify that I have read the foregoing deposition given by me before Timmi A. Parrish, Notary Public for the state of South Carolina.

**PLEASE CIRCLE EITHER "A" OR "B".**

    (A)    Said deposition is correct as is and

           requires no changes.


    (B)    I desire that the changes attached

           hereto, described on the "Errata Sheet"

           be incorporated into said deposition.




                          _____

                          BENJAMIN HABER FIFIELD

215

**ERRATA SHEET**
**Deposition of Benjamin Haber Fifield**
**Date of deposition: 08/14/2022**
**Civil Action No.: 3:21-cv-03302-JMC-TJH-RMG**

PAGE     LINE     CHANGE AND REASON FOR CHANGE:

_____   _____   _____

                       _____

PAGE     LINE     CHANGE AND REASON FOR CHANGE:

_____   _____   _____

                       _____

PAGE     LINE     CHANGE AND REASON FOR CHANGE:

_____   _____   _____

                       _____

PAGE     LINE     CHANGE AND REASON FOR CHANGE:

_____   _____   _____

                       _____

PAGE     LINE     CHANGE AND REASON FOR CHANGE:

_____   _____   _____

                       _____

PAGE     LINE     CHANGE AND REASON FOR CHANGE:

_____   _____   _____

                       _____

216

**CERTIFICATE OF NOTARY PUBLIC**
**CIVIL ACTION NO. 3:21-cv-03302-JMC-TJH-RMG**


       I, TIMMI A. PARRISH, A NOTARY PUBLIC FOR THE
STATE OF SOUTH CAROLINA, DULY COMMISSIONED AND QUALIFIED
AS SUCH, DO HEREBY CERTIFY THAT THE FOREGOING **212** PAGES
REPRESENTS A TRUE AND ACCURATE TRANSCRIPT OF THE
FOREGOING DEPOSITION OF **BENJAMIN HABER FIFIELD**, TAKEN ON
THE 15TH DAY OF AUGUST, 2022.

       THAT THE WITNESS WAS DULY PLACED UNDER OATH AND
ADMONISHED TO SPEAK THE WHOLE TRUTH.  THAT THE ORAL
DEPOSITION WAS DULY TAKEN AND TRANSCRIBED AS TO THE
QUESTIONS PROPOUNDED AND THE ANSWERS GIVEN.

       THAT ALL THE OFFERED EXHIBITS, STIPULATIONS AND
OBJECTIONS, IF ANY, INVOLVED IN THIS CASE ARE DULY
ATTACHED OR INCLUDED HEREIN.

       IN WITNESS WHEREOF, I HAVE SET MY HAND AND
OFFICIAL SEAL THIS 19TH DAY OF AUGUST, 2022.



                             _____

                             TIMMI A. PARRISH
                             NOTARY PUBLIC FOR SOUTH CAROLINA
                             MY COMMISSION EXPIRES: 5-29-2028