*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 5

3:21-cv-03302-MGL-TJH-RMG  Date Filed 09/02/22  Entry Number 350-5  Page 2 of 6

30(b)(6) President Brenda C. Murphy    August 8, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 1

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF SOUTH CAROLINA
                        COLUMBIA DIVISION
     THE SOUTH CAROLINA STATE
     CONFERENCE OF THE NAACP

          and

     TAIWAN SCOTT, ON BEHALF OF HIMSELF
     AND ALL OTHER SIMILARLY SITUATED
     PERSONS,

                  Plaintiffs,

         vs.              Case No. 3:21-CV-03302-MGL-TJH-RMG

     THOMAS C. ALEXANDER, IN HIS OFFICIAL
     CAPACITY AS PRESIDENT OF THE SENATE;
     LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
     AS CHAIRMAN OF THE SENATE JUDICIARY
     COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
     CAPACITY AS SPEAKER OF THE HOUSE OF
     REPRESENTATIVES; CHRIS MURPHY, IN HIS
     OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
     OF REPRESENTATIVES JUDICIARY COMMITTEE;
     WALLACE H. JORDAN, IN HIS OFFICIAL CAPACITY
     AS CHAIRMAN OF THE HOUSE OF REPRESENTATIVES
     ELECTIONS LAW SUBCOMMITTEE; HOWARD KNAPP,
     IN HIS OFFICIAL CAPACITY AS INTERIM
     EXECUTIVE DIRECTOR OF THE SOUTH CAROLINA
     STATE ELECTION COMMISSION; JOHN WELLS,
     JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL,
     AND SCOTT MOSELEY, IN THEIR OFFICIAL
     CAPACITIES AS MEMBERS OF THE SOUTH CAROLINA
     STATE ELECTION COMMISSION,

                  Defendants.
     _____
     DEPOSITION OF:   THE SOUTH CAROLINA STATE CONFERENCE
                      OF THE NAACP
                      BY:  PRESIDENT BRENDA C. MURPHY
                      (Via Videoconference)

     DATE:            Monday, August 8, 2022

     TIME:            1:22 p.m.
```

3:21-cv-03302-MGL-TJH-RMG     Date Filed 09/02/22     Entry Number 350-5     Page 3 of 6

30(b)(6) President Brenda C. Murphy                              August 8, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 43

1            MR. TYSON:  Sure.  We will be back in
2    five minutes.
3            THE WITNESS:  Okay.
4    (Break In Proceedings)
5            MR. INGRAM:  Rob, I just want to state
6    for the record that we preserve any objections for
7    topics that are outside of the scope of the noticed
8    30(b)(6) subjects.
9            MR. TYSON:  Thank you.
10   BY MR. TYSON:
11        Q.   All right.  Ms. Murphy, I think when we
12   left off we were going through a bunch of emails
13   talking about how the State Conference was getting
14   prepared and training and participating in the
15   process.  One of the questions that I had was -- and
16   I think you answered it earlier, but the State
17   Conference -- or the NAACP did provide a draft map
18   to the Legislature for a Congressional plan.
19   Correct?
20        A.   Yes.
21        Q.   And do you recall getting any feedback
22   about that proposed plan?
23        A.   No.
24        Q.   How was the map drawn?  Or let me step
25   back.  That was a poor question.  Excuse me.  What

3:21-cv-03302-MGL-TJH-RMG     Date Filed 09/02/22     Entry Number 350-5     Page 4 of 6

30(b)(6) President Brenda C. Murphy                              August 8, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 44

1    were the criteria -- how did you come up with a
2    certain plan on how to draw the seven Congressional
3    districts?
4         A.   As I mentioned, you know, we worked with
5    other resources.  ACLU had demographers.  You know,
6    we looked at what we thought might be good.  And,
7    you know, the demographer and the statisticians
8    looked at the data to help us, you know, make
9    decisions that were based on the criteria and if
10   there were maybe -- you know, it was a joint effort,
11   I guess that's what I should say, in terms of us
12   working together, of sharing our ideas, our
13   thoughts, looking at what we thought were
14   challenges, and they came up -- the demographers
15   came up with a map which we reviewed and we agreed
16   upon.
17        Q.   You said you looked at the criteria.  It
18   was based on criteria?
19        A.   I said the demographers, the
20   statisticians, they all helped us to make sure that
21   when the map drawing was being done that we were
22   looking at it in an objective way that we were
23   meeting criteria that needed to be met.
24             So bottom line is, rephrasing it, they
25   kept us focused, in order for us not to be maybe

3:21-cv-03302-MGL-TJH-RMG  Date Filed 09/02/22  Entry Number 350-5  Page 5 of 6

30(b)(6) President Brenda C. Murphy  August 8, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 112

1  South Carolina State Conference Of The NAACP And Scott, Taiwan

   v. Mcmaster, Henry, Et Al.

2  30(b)(6) President Brenda C. Murphy (#5340046)

3              E R R A T A   S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____  _____

24 30(b)(6) President Brenda C. Murphy                  Date

25

3:21-cv-03302-MGL-TJH-RMG     Date Filed 09/02/22     Entry Number 350-5     Page 6 of 6

30(b)(6) President Brenda C. Murphy                                August 8, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 113

1  South Carolina State Conference Of The NAACP And Scott, Taiwan

   v. Mcmaster, Henry, Et Al.

2  30(b)(6) President Brenda  C. Murphy (#5340046)

3                    ACKNOWLEDGEMENT OF DEPONENT

4      I, 30(b)(6) President Brenda  C. Murphy, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11  _____     _____

12  30(b)(6) President Brenda  C. Murphy                      Date

13  *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25