*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 6

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

THE SOUTH CAROLINA STATE
CONFERENCE OF THE NAACP, ET AL,

        Plaintiffs,

  vs.            Case No. 3:21-CV-03302-MBS-TJH-RMG

HENRY D. MCMASTER, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF SOUTH CAROLINA;
THOMAS C. ALEXANDER, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE SENATE;
LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
AS CHAIRMAN OF THE SENATE JUDICIARY
COMMITTEE; JAMES H. LUCAS, IN HIS OFFICIAL
CAPACITY AS SPEAKER OF THE HOUSE OF
REPRESENTATIVES; CHRIS MURPHY, IN HIS
OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
OF REPRESENTATIVES JUDICIARY COMMITTEE;
WALLACE H. JORDAN, IN HIS OFFICIAL CAPACITY
AS CHAIRMAN OF THE HOUSE OF REPRESENTATIVES
ELECTIONS LAW SUBCOMMITTEE; HOWARD KNAPP,
IN HIS OFFICIAL CAPACITY AS INTERIM
EXECUTIVE DIRECTOR OF THE SOUTH CAROLINA
STATE ELECTION COMMISSION; JOHN WELLS, CHAIR,
JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL,
AND SCOTT MOSELEY, IN THEIR OFFICIAL CAPACITIES
AS MEMBERS OF THE SOUTH CAROLINA ELECTION
COMMISSION,

        Defendants.

_____

DEPOSITION OF:   REPRESENTATIVE WM. WESTON J. NEWTON
                (Via Videoconference)

DATE:          Wednesday, June 22, 2022

TIME:          10:13 a.m.

Page 209

1  Q. Would you have voted for such a plan if
2  you believed that it did?
3  A. I would not.
4  Q. Do you believe that -- you heard
5  Mr. Trivedi ask you some questions about the opinion
6  of Lynn Teague. Is that correct?
7  A. Yes.
8  MR. TRIVEDI: Objection, form.
9  BY MR. MOORE:
10 Q. And Ms. Teague has been fairly vocal
11 about lots of things in the redistricting process.
12 Isn't that correct, Representative Newton?
13 MR. TRIVEDI: Object to the form.
14 THE WITNESS: Yes, sir.
15 BY MR. MOORE:
16 Q. In your opinion and based on your
17 experience does she like to talk to the media and
18 inform the media of her opinions?
19 A. I think she frequently communicates with
20 the media in her role as the head of the League of
21 Women Voters, yes, sir.
22 Q. When Lynn Teague told you and other
23 members of the Ad Hoc Committee that it was her
24 opinion that there were racial gerrymandering
25 concerns with staff plan number two, did you accept

Page 210

1  that and did you see any evidence to support her
2  opinion?
3           MR. TRIVEDI:  Objection to form.
4           THE WITNESS:  I did not.
5           MR. MOORE:  That's all of my questions.
6  Thank you.
7           Do we have anyone from the Senate that's
8  still on who has any questions?
9           MS. STRINGFELLOW:  I don't have any
10 questions.
11          MR. MOORE:  Thank you.  Ms. Trinkley?
12          MS. TRINKLEY:  This is Jane Trinkley.  I
13 have no questions on behalf of the election
14 defendants.
15          MR. MOORE:  Thank you, Ms. Trinkley.
16          MR. TRIVEDI:  Thank you all.  I
17 appreciate it.
18 (The deposition was concluded at 3:38 p.m.)
19 (The deponent does not waive reading and signing of
20 this deposition)
21
22
23
24
25

Page 211

**CERTIFICATE OF REPORTER**

I, Elaine L. Grove-DeFreitas, Certified Shorthand Reporter and Notary Public for the State of South Carolina at large, do hereby certify that the foregoing transcript is a true, accurate and complete record.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof.

WITNESS MY HAND, I have hereunto affixed my official seal this 6th day of July 2022 at Greenville County, South Carolina.

_____
ELAINE L. GROVE-DEFREITAS
Certified Shorthand Reporter
My Commission Expires 6/22/2030

Page 212

1    MARK C. MOORE
2    MMoore@nexsenpruet.com
3                    July 6, 2022
4    South Carolina State Conference Of The NAACP v Alexander
5        6/22/2022, Wm. Weston  J.  Newton (#5290910)
6        The above-referenced transcript is available for
7    review.
8        Within the applicable timeframe, the witness should
9    read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12       The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   erratas-cs@veritext.com.
16
17    Return completed errata within 30 days from
18   receipt of testimony.
19     If the witness fails to do so within the time
20   allotted, the transcript may be used as if signed.
21
22                Yours,
23              Veritext Legal Solutions
24
25

**Page 213**

South Carolina State Conference Of The NAACP v Alexander
Wm. Weston J. Newton (#5290910)

**E R R A T A   S H E E T**

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____     _____
Wm. Weston J. Newton                         Date

Page 214

South Carolina State Conference Of The NAACP v Alexander
Wm. Weston J. Newton (#5290910)

ACKNOWLEDGEMENT OF DEPONENT

I, Wm. Weston J. Newton, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____    _____

Wm. Weston J. Newton                                Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS
_____ DAY OF _____, 20\_\_\_.

_____
NOTARY PUBLIC