*SC NAACP v. Alexander,*
D.S.C. Case No.  3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 7

Page 1

1            UNITED STATES DISTRICT COURT
             DISTRICT OF SOUTH CAROLINA
2                 CHARLESTON DIVISION
   ------------------------------------------------X
3   THE SOUTH CAROLINA STATE CONFERENCE OF THE
    NAACP, et al.,
4
                  Plaintiffs,
5
       vs.    CASE NO. 3:21-CV-03302-JMC-TJH-RMG
6
    THOMAS C. ALEXANDER, et al.,
7
                  Defendants.
8  ------------------------------------------------X
9                    VIDEOCONFERENCE
10              DEPOSITION OF NEAL COLLINS
11                 (Attending by VTC)
12   DATE:            July 28, 2022
13   TIME:            10:06 a.m.
14   LOCATION:        Law Offices of
                      NEXSEN PRUET, LLC
15                    104 South Main Street
                      Suite 900
16                    Greenville, South Carolina
17   TAKEN BY:        Counsel for the Plaintiff
18   REPORTED BY:     JULIE L. BONOMO
19                    (Attending by VTC)
20
21
22
23
24
25

Page 50

1   obviously wouldn't apply to Congress.  So that's
2   why I'm kind of bringing this up.  If you ask him a
3   question, it can be assumed that his response is
4   with respect to Congress.
5              MR. HINDLEY:  Yes.  If I want to have a
6   question about state redistricting, I'll say that
7   specifically.
8              MR. MATHIAS:  Okay.  Thank you.
9              MR. HINDLEY:  Thank you, Andrew.
10  BY MR. HINDLEY:
11       Q.   Now, can you describe how the
12  guidelines guided your process of evaluating maps?
13       A.   They -- it was good for me at the
14  outset to know what the guidelines were and where
15  we should focus our attention.
16       Q.   So did you ever evaluate a map and find
17  that it didn't comply with the guidelines?
18       A.   Honestly, I thought some of the maps by
19  third parties did not go by the guidelines like we
20  had to.
21       Q.   And did you ever -- did the committee
22  ever consider a map that might have contradicted
23  the guidelines?
24       A.   Yes.  In my opinions, the League of
25  Women Voters and the ACLU provided such maps.

Page 51

1  Q. And why do you believe the League of
2  Women Voters provided a map that contradicted the
3  guidelines?
4  A. They wanted a higher deviation, and
5  they also obviously did not care about incumbency.
6  Q. And why did you believe the NAACP's map
7  contradicted the guidelines?
8  A. Similar -- similar reasons.
9  Q. And did anything else outside of the
10 guidelines impact your consideration of maps?
11 A. I would say, no.
12 Q. Any like local concerns impact your
13 consideration of maps?
14 A. Well, I would say local concerns and
15 the example that I gave would be communities of
16 interest and public input. I believe the
17 guidelines do well giving a guide post.
18 Q. Now, I just want to turn to Section 9
19 the priority of criteria. So according to these
20 guidelines, the first four are more important; is
21 that correct?
22 A. Yes.
23           THE COURT REPORTER: Can you repeat
24 that question, please? Sir, can you repeat that
25 question -- the first?

Page 172

1　　　　　　CERTIFICATE OF REPORTER

2

3　　　　　　　I, Julie L. Bonomo, Court Reporter and
4　　Notary Public for the State of South Carolina at
5　　Large, do hereby certify that the foregoing
6　　transcript is a true, accurate, and complete
7　　record.
8　　　　　　　I further certify that I am neither
9　　related to nor counsel for any party to the cause
10　　pending or interested in the events thereof.
11　　　　　　　Witness my hand, I have hereunto
12　　affixed my official seal this 10th day of August,
13　　2022, at Charleston, Charleston County, South
14　　Carolina.

15

16

17　　[Notary seal: Julie L. Bonomo, Notary Public, South Carolina]  *Julie L. Bonomo*

18　　　Julie L. Bonomo
　　Court Reporter
19　　　My Commission expires
　　July 28, 2027

20

21

22

23

24

25

```
                                                          Page 176
 1                        ERRATA SHEET
                  VERITEXT/NEW YORK REPORTING, LLC
 2
       CASE NAME: South Carolina State Conference Of The NAACP And Scott,
    Taiwan v. Mcmaster, Henry, Et Al.
 3     DATE OF DEPOSITION: 7/28/2022
       WITNESSES' NAME: Neal Collins
 4
 5      PAGE    LINE (S)        CHANGE                    REASON
        ____|_____|_____|_____
 6
        ____|_____|_____|_____
 7
        ____|_____|_____|_____
 8
        ____|_____|_____|_____
 9
        ____|_____|_____|_____
10
        ____|_____|_____|_____
11
        ____|_____|_____|_____
12
        ____|_____|_____|_____
13
        ____|_____|_____|_____
14
        ____|_____|_____|_____
15
        ____|_____|_____|_____
16
        ____|_____|_____|_____
17
        ____|_____|_____|_____
18
        ____|_____|_____|_____
19
        ____|_____|_____|_____
20
21                                          _____
                                                       Neal Collins
22     SUBSCRIBED AND SWORN TO BEFORE ME
       THIS _____ DAY OF _____, 20___.
23
24
       _____          _____
25       (NOTARY PUBLIC)                         MY COMMISSION EXPIRES:
```