*SC NAACP v. Alexander,*
D.S.C. Case No.  3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 8

Page 1

```
 1           UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
 2                 COLUMBIA DIVISION
 3
 4
 5   THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,
     et al.,
 6
                Plaintiffs,
 7
          vs.    CASE NO.:  3:21-CV-03302-MGL-TJH-RMG
 8
     THOMAS C. ALEXANDER, et al.,
 9
                Defendants.
10
11
12   DEPOSITION OF:    SENATOR LUKE A. RANKIN
                       (APPEARING VIA VIRTUAL ZOOM)
13
     DATE:             August 2, 2022
14
     TIME:             10:52 AM
15
     LOCATION OF
16   THE DEPONENT:     Rankin & Rankin Law Firm
                       201 Beaty Street
17                     Conway, SC
18   TAKEN BY:         Counsel for the Plaintiffs
19   REPORTED BY:      TERRI L. BRUSSEAU
                       (APPEARING VIA VIRTUAL ZOOM)
20
21
22
23
24
25
```

1    plan that, again, through all the vetting that it
2    underwent before, you would not want to run away
3    from that for the voting public and, you know,
4    constituent consistency, effectively the -- not
5    that just the way because you've done it the way
6    you've done it means you can't venture beyond, but
7    that would not be a smart move.
8            And, in fact, we -- there's a document
9    you've generated, I hadn't seen it before
10   yesterday, I think, about the various plans that
11   the lead that NAACP, perhaps even Senator
12   Harpootlian's, that compare that -- the split of
13   counties and VTD's, but it wouldn't -- it wouldn't
14   make sense to upset that and undo what has been
15   effectively abided by and adopted by the courts for
16   ten years.
17       Q.   Well, yeah, I -- I appreciate that.
18   I'm not really asking about that.  My hypothetical
19   was if a staff member told you they just ignored,
20   for example, the consideration of minimizing county
21   splits and instead maximized them, purely
22   hypothetical, I'm just asking you, would that have
23   been a red line to you?  Would you have said, no,
24   we cannot adopt that map because it overtly
25   violates a guideline?

Page 290

1         CERTIFICATE OF REPORTER
2              I, Terri L. Brusseau, Notary Public for the
3    State of South Carolina at Large, do hereby certify
4    that the foregoing transcript is a true, accurate,
5    and complete record.
6              I further certify that I am neither related
7    to nor counsel for any party to the cause pending
8    or interested in the events thereof.
9              Witness my hand, I have hereunto affixed my
10   official seal this 12th day of August 2022 at
11   Charleston, Charleston County, South Carolina.
12
13
14
15
16
17   
18   _____
         Terri L. Brusseau, Court Reporter
19       My Commission expires
         April 5, 2026.
20
21
22
23
24
25

Page 294

1    4 South Carolina State Conference Of The NAACP v Mcmaster Et Al

2    Senator Luke A. Rankin (#5350995)

3                      E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   Senator Luke A. Rankin                         Date

25

Veritext Legal Solutions
212-267-6868              www.veritext.com              516-608-2400

Page 295

1  4 South Carolina State Conference Of The NAACP v Mcmaster Et Al
2  Senator Luke A. Rankin (#5350995)
3                    ACKNOWLEDGEMENT OF DEPONENT
4     I, Senator Luke A. Rankin, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____     _____
12  Senator Luke A. Rankin                      Date
13  *If notary is required
14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                    _____ DAY OF _____, 20___.
16
17
18                    _____
19                    NOTARY PUBLIC
20
21
22
23
24
25

Veritext Legal Solutions
212-267-6868     www.veritext.com     516-608-2400