*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 10



| District | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Population20 | 731203 | 731203 | 731204 | 731204 | 731203 | 731205 | 731203 |
| Deviation | -1 | -1 | 0 | 0 | -1 | 1 | -1 |
| % Deviation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| % APB_VAP20 | 34.9% | 20.5% | 16.0% | 17.2% | 24.4% | 52.8% | 11.7% |
| % bcvap | 37.4% | 21.7% | 16.9% | 18.0% | 25.5% | 53.7% | 13.9% |
| % lcvap | 3.0% | 2.5% | 2.6% | 3.3% | 2.4% | 2.5% | 3.2% |
| % wcvap | 57.1% | 73.9% | 78.5% | 76.0% | 69.9% | 41.4% | 80.6% |
| % acvap | 1.5% | 1.0% | 1.2% | 1.7% | 1.0% | 1.3% | 1.4% |
| % BLAPOP_D20 | 35.2% | 21.1% | 16.7% | 17.6% | 25.1% | 53.2% | 12.1% |
| % LATPOP_D20 | 7.9% | 6.8% | 6.3% | 9.5% | 5.5% | 4.6% | 7.6% |
| % WHIPOP_D20 | 51.2% | 67.0% | 72.0% | 67.4% | 63.8% | 37.8% | 75.4% |
| % ASIPOP_D20 | 2.2% | 2.1% | 2.1% | 2.6% | 2.3% | 1.9% | 2.1% |
| % BLAVAP_D20 | 34.0% | 19.9% | 15.6% | 16.6% | 23.8% | 51.6% | 11.2% |
| % LATVAP_D20 | 6.7% | 5.6% | 5.3% | 8.0% | 4.5% | 4.0% | 6.2% |
| % WHIVAP_D20 | 54.0% | 69.8% | 74.4% | 70.2% | 66.7% | 40.2% | 78.1% |
| % ASIVAP_D20 | 2.1% | 2.0% | 2.0% | 2.5% | 2.0% | 1.9% | 1.9% |
| APB_POP20 | 266270 | 160253 | 126830 | 134325 | 190036 | 399549 | 93265 |
| APB_VAP20 | 196563 | 117581 | 91706 | 97358 | 138670 | 302640 | 70138 |
| tcvap | 538275.1 | 547211.7 | 536936.8 | 508985.9 | 535412.2 | 568676.2 | 549607 |
| lcvap | 15313.68 | 13462.7 | 14150.35 | 16709.08 | 12749.62 | 14345.97 | 17606.51 |
| wcvap | 307501.7 | 404258.8 | 421576.7 | 387062.5 | 373996.3 | 235215.2 | 443059.2 |
| bcvap | 201406.9 | 118742.8 | 90534.05 | 91636.09 | 136452.6 | 305302.5 | 76550.74 |
| acvap | 7854.58 | 5722.151 | 6183.755 | 8617.553 | 5384 | 7536.084 | 7760.895 |
| aocvap | 6128.861 | 5011.91 | 4469.267 | 4940.619 | 6807.528 | 6286.739 | 4588.92 |
| % aocvap | 0.011386 | 0.009159 | 0.008324 | 0.009707 | 0.012715 | 0.011055 | 0.008349 |
| LATPOP_D20 | 58103 | 50085 | 46023 | 69746 | 40221 | 33431 | 55229 |
| WHIPOP_D20 | 374724 | 489931 | 526163 | 493048 | 466751 | 276541 | 551394 |
| BLAPOP_D20 | 257726 | 154183 | 121953 | 128743 | 183626 | 389191 | 88465 |
| ASIPOP_D20 | 16035 | 15527 | 15036 | 18805 | 16481 | 14171 | 15645 |
| VAP20 | 562919 | 573132 | 571410 | 566795 | 567439 | 573426 | 599339 |
| LATVAP_D20 | 37708 | 32329 | 30010 | 45429 | 25799 | 22759 | 37090 |
| WHIVAP_D20 | 304098 | 399830 | 425016 | 398055 | 378256 | 230669 | 468051 |
| BLAVAP_D20 | 191527 | 113931 | 88955 | 94172 | 135140 | 295992 | 67335 |
| ASIVAP_D20 | 11909 | 11370 | 11224 | 13888 | 11404 | 10818 | 11579 |