*SC NAACP v. Alexander,*
D.S.C. Case No.  3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT C

1

2

3

4

5

6

7

8        Transcription of Audio Files

9            20211207SSenate11598_1

10               Runtime:   84:10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

SCNAACP_CD_006254

1          (Beginning of Audio Recording)

2          MALE VOICE:  Members of the Senate and

3    guests will please rise, as we receive our

4    distinguished president.

5          (End of Audio Recording)

6          SENATE PRESIDENT:  The Senate will

7    please come to order.  Members and guests

8    will remain standing while we are led in our

9    devotion by the chaplain followed by the

10   pledge of allegiance.  Chaplain St. John?

11         DR. JAMES ST. JOHN:  Surely, Isaiah

12   puts it all into clear focus, as he said,

13   "Come now, let us reason together says the

14   Lord," from Isaiah Chapter 1, verse 18.  Let

15   us pray.

16         Gracious God, once again, as these

17   Senators gather in session to deal with

18   additional unfinished business, we ask you to

19   bless them and their staff members, as you

20   alone can.  Grant to these servants the

21   wisdom and stamina they need to continue

22   carrying out the work of our state,

23   celebrating your presence here, of course,

24   and using their collective wisdom to benefit

25   each and every South Carolinian.  For, as we

Confidential

SCNAACP_CD_006255

1   all well know, the needs of so many of our

2   citizens cry out for the best efforts that

3   these senators can offer.

4        Therefore, truly, dear God, guide and

5   lead the members of this body, as they reason

6   together.  All this we humbly pray in your

7   wondrous and loving name, oh, Lord.  Amen.

8        MULTIPLE VOICES:  I pledge allegiance

9   to the flag of the United States of America

10  and to the republic for which it stands, one

11  nation under God, indivisible, with liberty

12  and justice for all.

13       SENATE PRESIDENT:  Thank you.  Members

14  and guests, please be seated.  Are there any

15  petitions, memorials, presentments of grand

16  jury or other such like paper?  The Clerk

17  will read.

18       SENATE CLERK:  Message from the

19  Governor, Mr. President.  Members of the

20  Senate, I'm transmitting here with the

21  following appointments for confirmation.

22  These appointments are made with advice and

23  consent of the Senate and, therefore,

24  submitted for your consideration.  Statewide

25  appointment member of the State Board of

Confidential

SCNAACP_CD_006256

1    Medical Examiners, Veterinary Medical

2    Examiners, Ms. Tracy Tate (phonetic) of

3    Wagoner.

4          SENATE PRESIDENT:  Ag Committee,

5    Agricultural and Natural Resources Committee.

6          SENATE CLERK:  Member of the Juvenile

7    Parole Board, Dr. Patrick A. Dicks (phonetic)

8    of Williston.

9          SENATE PRESIDENT:  Corrections and

10   Penology.

11         SENATE CLERK:  Member of the Juvenile

12   Parole Board, Pastor Tony A. Foster of

13   Greenwood.

14         SENATE PRESIDENT:  Corrections and

15   Penology.

16         SENATE CLERK:  Reappointment of a

17   member to the State Board of Technical and

18   Comprehensive Education, Mr. Ralph A. Odom,

19   Jr. of Rock Hill.

20         SENATE PRESIDENT:  Education

21   Committee.

22         SENATE CLERK:  Member of the

23   Commission on Higher Education, Mr. Doug A.

24   Snyder of Charleston.

25         SENATE PRESIDENT:  Education

Confidential

SCNAACP_CD_006257

1    Committee.

2         SENATE CLERK:  Member of the State

3    Board of Technical and Comprehensive

4    Education, Mr. William H. Floyd, III, of

5    Lexington.

6         SENATE PRESIDENT:  Education

7    Committee.

8         SENATE CLERK:  Reappointment of member

9    of the South Carolina Commission for the

10   Blind, Mr. Peter A. Smith of Charleston.

11        SENATE PRESIDENT:  Family and Veteran

12   Services.

13        SENATE CLERK:  Member of the Board of

14   Trustees of the Veterans Trust Fund of South

15   Carolina, Ms. Brenda Lopez Stewart of

16   Clinton.

17        SENATE PRESIDENT:  Family and Veterans

18   Services.

19        SENATE CLERK:  Member of the Board of

20   Trustees of the Veterans Trust Fund of South

21   Carolina, Mr. Shawn T. Pinkston (phonetic) of

22   Charleston.

23        SENATE PRESIDENT:  Family and Veteran

24   Services.

25        SENATE CLERK:  Member of the Board of

Confidential

SCNAACP_CD_006258

1   Trustees of the Veterans Trust Fund of South

2   Carolina, Mr. Melvin Poole (phonetic) of Rock

3   Hill.

4        SENATE PRESIDENT:  Family and Veterans

5   Services.

6        SENATE CLERK:  Member of the Veterans

7   Trust Fund of South Carolina, Dr. Adad D.

8   Stewart (phonetic) of Columbia.

9        SENATE PRESIDENT:  Family and Veterans

10  Services.

11       SENATE CLERK:  Member of the Board of

12  Trustees -- the Board -- member of the Board

13  of Trustees of the Veterans Trust Fund of

14  South Carolina, Mr. Steven L. Jones of Isle

15  of Palms.

16       SENATE PRESIDENT:  Family and Veterans

17  Services.

18       SENATE CLERK:  Reappointment of a

19  member of the Board of Trustees of the

20  Veterans Trust Fund of South Carolina, Mr.

21  Jimmy E. Hawk of Irmo.

22       SENATE PRESIDENT:  Family and Veterans

23  Services.

24       SENATE CLERK:  Member of the Veterans

25  Trust Fund of South Carolina, Mr. Nick A.

Confidential

SCNAACP_CD_006259

1    Mesenburg (phonetic) of Beaufort.

2           SENATE PRESIDENT:  Family and Veterans

3    Services.

4           SENATE CLERK:  Member of the Veterans

5    Trust Fund of South Carolina, major David E.

6    Finney (phonetic) of Piedmont.

7           SENATE PRESIDENT:  Family and Veterans

8    Services.

9           SENATE CLERK:  Reappointment of member

10   to the South Carolina Residential Builders,

11   Mr. Howell J. Dillard of Greer.

12          SENATE PRESIDENT:  Labor, Commerce,

13   and Industry.

14          SENATE CLERK:  Member of the South

15   Carolina State Housing Finance and

16   Development Authority, Mr. James G.

17   Fleischman (phonetic), II, of Columbia.

18          SENATE PRESIDENT:  Labor, Commerce,

19   and Industry.

20          SENATE CLERK:  Member of the State

21   Athletic Commission, Dr. Benson Garrick

22   Messer (phonetic) of Lexington.

23          SENATE PRESIDENT:  Labor, Commerce,

24   and Industry.

25          SENATE CLERK:  Reappointment of member

Confidential

SCNAACP_CD_006260

1  of the Jobs Economic Development Authority,

2  Mr. Michael W. Knicks (phonetic) of

3  Greenwood.

4      SENATE PRESIDENT:  Labor, Commerce,

5  and Industry.

6      SENATE CLERK:  Appointment of a member

7  to the Jobs Economic Development Authority,

8  3rd Congressional District, Mr. Richard K.

9  Blackwell of Seneca.

10      SENATE PRESIDENT:  Labor, Commerce,

11  and Industry.

12      SENATE CLERK:  Member of the South

13  Carolina Panel for Dietetics, Mr. Robert

14  Duffle Hoffman (phonetic) of Lancaster.

15      SENATE PRESIDENT:  Medical Affairs

16  Committee.

17      SENATE CLERK:  Appointment of member

18  to Donate Life South Carolina, Mr. Jason R.

19  Chesney (phonetic) of Simpsonville.

20      SENATE PRESIDENT:  Medical Affairs.

21      SENATE CLERK:  Member of the South

22  Carolina Board of Long-term Healthcare

23  Administrators, Mr. Edward G. Burton

24  (phonetic) of Greer.

25      SENATE PRESIDENT:  Medical Affairs

Confidential

SCNAACP_CD_006261

1    Committee.

2        SENATE CLERK:  Member of Donate Life

3    South Carolina, Ms. Abbey Mason (phonetic) of

4    Mount Pleasant.

5        SENATE PRESIDENT:  Medical Affairs

6    Committee.

7        SENATE CLERK:  Reappointment member of

8    the State Board of Nursing, Mrs. Janella D.

9    Davis (phonetic) of Myrtle Beach.

10       SENATE PRESIDENT:  Medical Affairs

11   Committee.

12       SENATE CLERK:  Appointment of member

13   to the State Board of Nursing, Mrs. Lindsay

14   I. Michum (phonetic) of Camden.

15       SENATE PRESIDENT:  Medical Affairs

16   Committee.

17       SENATE CLERK:  Appointment of a member

18   to Donate Life South Carolina, Mr. Curtis A.

19   Nelson of Greer.

20       SENATE PRESIDENT:  Medical Affairs

21   Committee.

22       SENATE CLERK:  Reappointment South

23   Carolina Mental Health Commission, Mr. L.

24   Gregory Pierce, Jr., of Columbia.

25       SENATE PRESIDENT:  Medical Affairs

Confidential

SCNAACP_CD_006262

1    Committee.

2         SENATE CLERK:  Appointment to the

3    member of the Mental Health Commission, Dr.

4    Carl Edison Jones (phonetic) of Orangeburg.

5    Excuse me.

6         SENATE PRESIDENT:  No problem.

7    Medical Affairs Committee.

8         SENATE CLERK:  Reappointment to the

9    Mental Health Commission, Mr. Bobby H. Mann,

10   Jr., of Taylors.

11        SENATE PRESIDENT:  Medical Affairs

12   Committee.

13        SENATE CLERK:  Appointment to the

14   Member -- Commission on Disabilities and

15   Special Needs, Mrs. Michelle M. Woodhead

16   (phonetic) of York.

17        SENATE PRESIDENT:  Medical Affairs

18   Committee.

19        SENATE CLERK:  Reappointment member of

20   the Commission on Disabilities and Special

21   Needs, Mr. Barry D. Malfrus (phonetic) of

22   Beaufort.

23        SENATE PRESIDENT:  Medical Affairs

24   Committee.

25        SENATE CLERK:  Appointment to the

Confidential

SCNAACP_CD_006263

1    Commission on Women, Ms. Joy R. Cox of

2    Fountain Inn.

3            SENATE PRESIDENT:  Judiciary

4    Committee.

5            SENATE CLERK:  Reappointment South

6    Carolina Worker's Compensation Commission at

7    large, Ms. Meldielle James (phonetic) of

8    Lexington.

9            SENATE PRESIDENT:  Judiciary

10   Committee.

11           SENATE CLERK:  Member of the State

12   Human Affairs Commission, Ms. Sharon L.

13   Sellers of Santee.

14           SENATE PRESIDENT:  Judiciary

15   Committee.

16           SENATE CLERK:  Member of the

17   Commission on Women, Reverend Elizabeth Joy

18   Inns (phonetic) of Rock Hill.

19           SENATE PRESIDENT:  Judiciary

20   Committee.

21           SENATE CLERK:  Member of the State

22   Human Affairs Commission, Mr. Steven E.  Hall

23   (phonetic) of Greenville.

24           SENATE PRESIDENT:  Judiciary

25   Committee.

Confidential

SCNAACP_CD_006264

1          SENATE CLERK:  Member of the

2    Commission on Women, Mrs. Carol L. Herring

3    (phonetic) of Rock Hill.

4          SENATE PRESIDENT:  Judiciary

5    Committee.

6          SENATE CLERK:  Member of the State

7    Human Affairs Commission, Ms. Mary M. Amaniti

8    (phonetic) of Hilton Head.

9          SENATE PRESIDENT:  Judiciary

10   Committee.

11         SENATE CLERK:  Member of State Human

12   Affairs Commission, Mrs. Kimberly P. Snipes

13   (phonetic) of Irmo.

14         SENATE PRESIDENT:  Judiciary

15   Committee.

16         SENATE CLERK:  Member, Commission on

17   Woman, Mrs. Erin Mosely (phonetic) of

18   Chester.

19         SENATE PRESIDENT:  Judiciary

20   Committee.

21         SENATE CLERK:  Member of the

22   Commission on Women, Mrs. Renada Christina

23   Desilva (phonetic) of Summerville.

24         SENATE PRESIDENT:  Judiciary

25   Committee.

Confidential

SCNAACP_CD_006265

1          SENATE CLERK:  Member of the

2   Transportation Commission, Mr. William B.

3   Dukes (phonetic) of Chapin.

4          SENATE PRESIDENT:  Transportation

5   Committee.

6          SENATE CLERK:  Member of the State

7   Board of Financial Institutions, Mr. James

8   Daniel Walters of Simpsonville.

9          SENATE PRESIDENT:  Banking and

10  Insurance.

11         SENATE CLERK:  Member of the

12  Commission on Women, Mrs. Aimee Fuse

13  (phonetic) of Tega Cay.

14         SENATE PRESIDENT:  Judiciary

15  Committee.

16         SENATE CLERK:  Member of the Juvenile

17  Parole Board, Mrs. Kathleen Love of

18  Summerville.

19         SENATE PRESIDENT:  Corrections

20  Committee.  We have no further

21  communications.  Therefore, we are on the

22  introduction of new bills and resolutions.

23  The clerk will read.

24         SENATE CLERK:  The introduction of a

25  bill by Senator Mark (inaudible).  It's a

Confidential

SCNAACP_CD_006266

1    code related to conditions of eligibility for

2    unemployment benefits to provide that a

3    person separated from employment for defying

4    a COVID-19 vaccine -- vaccine mandate be

5    eligible for unemployment benefits.

6        SENATE PRESIDENT:  Senator from

7    Spartanburg, for what purpose do you rise?

8        SENATOR:  To be heard briefly with

9    introductory remarks.

10       SENATE PRESIDENT:  You're recognized

11   for introductory remarks up to three minutes.

12       SENATOR:  Thank you, Mr. President,

13   Members of the Senate.  This bill, basically,

14   we're dealing with a lot right now, Senator

15   from Greenville, with people being

16   potentially forced to choose between taking a

17   COVID shot and keeping their job.  So what

18   this does is if some of our constituents fall

19   into the category where they're not going to

20   take a shot and they lose their job, this

21   makes them eligible for unemployment benefits

22   so there's no questions about it.  So I'd

23   appreciate any co-sponsors, and that's all I

24   have, Mr. President.  Thank you.

25       SENATE PRESIDENT:  Thank you.  Senator

Confidential

SCNAACP_CD_006267

1    from Greenville, for what purpose do you

2    rise?

3         SENATOR:  Unanimous consent to be a

4    co-sponsor.

5         SENATE PRESIDENT:  So added.  Senator

6    from Pickens, for what purpose do you rise?

7         SENATOR:  To be added as a co-sponsor.

8         SENATE PRESIDENT:  Okay.  Senator from

9    Anderson?

10        SENATOR:  To be added as a co-sponsor.

11        SENATE PRESIDENT:  As co-sponsors.

12        SENATOR:  Consent to be a co-sponsor,

13   please.

14        SENATE PRESIDENT:  And if the others

15   can notify the desk, the bill will be

16   referred to the Judiciary Committee.

17        SENATE CLERK:  Introduction of a bill

18   by Senator Turner and others, (inaudible)

19   code adds a section to provide necessary

20   definitions to provide for youth patriotic

21   societies may address public school students

22   during patriotism week, about how involvement

23   in the youth patriotic society may further

24   the educational interest and civic

25   involvement of the students.

Confidential

SCNAACP_CD_006268

Page 16

1          SENATE PRESIDENT:  Education

2    Committee.

3          SENATE CLERK:  Introduction of a bill

4    by Senator Kimbrell and others.  It's to

5    enact the South Carolina Jobs Creation and

6    Competitiveness Act of 2022.  It repeals a

7    section of the code relating to the South

8    Carolina Income Tax Act and corporate license

9    fees, adds a chapter relating to income tax

10   to provide that the South Carolina taxable

11   income for individuals, estates, trusts, is

12   equal to three and one-half percent of the

13   difference between the federal taxable income

14   of the taxpayer and the state standard

15   deduction.

16         THE COURT:  Senator from Spartanburg,

17   for what purpose do you rise?

18         SENATOR KIMBRELL:  Mr. President, to

19   make brief introductory remarks.

20         SENATE PRESIDENT:  You're recognized

21   to make introductory remarks up to three

22   minutes.

23         SENATOR KIMBRELL:  Thank you, Mr.

24   President.  Good morning, ladies and

25   gentlemen of the Senate.  Just wanted to take

Confidential

SCNAACP_CD_006269

1    a stab here, as we get ready to go into the

2    new session at tax reform.  I know a lot of

3    people in this body are interested in that.

4    During the course of the pandemic, we saw

5    that states in the southeast that performed

6    the best were states that did not have an

7    income tax or had income taxes lower than

8    ours.

9          So what this bill, in short, does is

10   it eliminates all corporate income taxes, LLC

11   taxes, past due taxes, sole proprietorships

12   to zero, reduces the effective rate of the

13   personal income tax from 7 percent down to

14   3.5, which is our effective rate anyways.

15   And the way that, you know, we have the same

16   rate on paper as New York.  So by reducing

17   from 7 to 3.5 and closing the loopholes, we

18   don't really change the effective rate, but I

19   think it's a better sell, if you will, for

20   businesses moving to our state.  And to

21   ensure that we pay for all of this, this bill

22   effectively closes essentially every loophole

23   as it pertains to sales taxes.  So most sales

24   tax exemptions will no longer apply.  So

25   there's something for everybody to hate and

Confidential

SCNAACP_CD_006270

Page 18

1    to like about this tax reform package, and

2    it's my humble attempt to at least begin a

3    starting point.  Senators Johnson and Senator

4    Talley and I talked about this a good bit

5    during the summer and felt this was an

6    interesting proposal to put forward to

7    finally significantly reduce the income tax

8    burden on South Carolina businesses and

9    families.  Thank you, Mr. President.

10        SENATE PRESIDENT:  Thank you, Senator.

11   The bill is referred to the Finance

12   Committee.

13        SENATE CLERK:  Introduction of a bill

14   by Senator Bennett and others.  It's to enact

15   the South Carolina Tax Policy Modernization

16   Act by amending the code relating to the

17   South Carolina Income Tax Act.  It repeals a

18   section relating to the South Carolina Sales

19   and Use Tax Act.

20        SENATE PRESIDENT:  Senator from

21   Dorchester, for what purpose do you rise?

22        SENATOR:  Some introductory remarks,

23   please.

24        SENATE PRESIDENT:  You're recognized

25   for introductory remarks up to three minutes.

Confidential

SCNAACP_CD_006271

Page 19

1   Senator from Clarendon, for what purpose do

2   you rise?

3           SENATOR:  While the Senator is coming

4   forward, I would just like to ask for a point

5   of clarification.  The Senator from

6   Spartanburg in his bill he mentioned that

7   Senator Johnson.  I want the record to show

8   that he's talking about Senator Mike Johnson.

9           SENATE PRESIDENT:  The desk is so

10  informed.

11          Senator from Dorchester is recognized.

12          SENATOR:  Thank you, Mr. President.

13          SENATE PRESIDENT:  Senator from

14  Richmond, for what purpose do you rise?

15          SENATOR:  Mr. President, just before

16  the Senator comes, would the Senator from

17  Clarendon -- you for a question.  So this is

18  the Senator Johnson that used to work for the

19  tax revenue that's not for the bill, right?

20          SENATE PRESIDENT:  The desk is so

21  notified.

22          SENATOR:  This is the one who knows

23  more about South Carolina taxes?

24          SENATE PRESIDENT:  The desk is so

25  notified.

Confidential

SCNAACP_CD_006272

1        SENATOR:  I just want to clarify which

2    the Senator from Richmond.

3        SENATE PRESIDENT:  Senator -- Senator

4    from Clarendon.

5        SENATOR:  Just for further -- for

6    clarification, this is the Senator Johnson

7    that currently still works for the Department

8    of Revenue.  Thank you, absolutely.  Thank

9    you, Senator Johnson.

10       SENATE PRESIDENT:  Senator from

11   Dorchester is recognized.

12       SENATOR:  Thank you, Mr. President.

13   Thank you, members, for taking a -- allowing

14   me to take a moment.  Appreciate Senator from

15   Spartanburg's comments just a minute ago.

16   Great minds think alike.

17        This bill, if you'll recall, members,

18   is we had a conversation towards the end of

19   last session right here on the floor.  It got

20   pretty detailed about the need for the

21   modernization of our tax policy in South

22   Carolina, a complete review and overhaul of

23   our tax situation, recognizing that our

24   income taxes are some of the highest in the

25   southeast, our property tax system is

Confidential

SCNAACP_CD_006273

1    designed for failure in small businesses and

2    non-residential homeowners.  Sales taxes are

3    broken.  Corporate income taxes are broken.

4    All of these different things work together

5    to generate or to in many cases block growth

6    and expansion, not only of individual

7    citizens in South Carolina, but the

8    businesses and entities that choose to do

9    business here.

10        What this bill commits to do is to

11   commit that the General Assembly is to look

12   at our problems in a comprehensive manner,

13   modernize our tax policy to be the most

14   efficient for our individual citizens, as

15   well as the entities that choose to do

16   business here.  It is a comprehensive bill or

17   will be a comprehensive bill.  Looks to -- to

18   take into consideration all of those factors

19   and not leave anyone behind.  What I have

20   mentioned over and over and over again since

21   coming to the General Assembly and this body

22   is that when we attack our tax policy one bit

23   at a time, we continue to create the

24   Frankenstein's monster of squeezing that

25   balloon and creating a situation where we

Confidential

SCNAACP_CD_006274

1    build in ad hoc changes to the policies,

2    which ultimately create problems down the

3    road for other citizens and special interest.

4         So this is a bill that's designed to

5    take on a giant job of looking at our entire

6    system and making sure that we build

7    something that's going to create

8    opportunities for our state to grow and

9    flourish in the decades to go into the

10   future.  Thank you.

11        SENATE PRESIDENT:  Senator from

12   Georgetown, for what purpose do you rise?

13   Does the Senator yield for a question?

14        SENATOR:  Yes.

15        SENATOR 2:  Yes.  I heard you mention

16   property taxes.  Is this the precursor or the

17   beginning of a look back at Act 388?

18        SENATOR:  Senator, it is going to look

19   at the problems that we have with property

20   taxes.  I will be the first to tell you, I've

21   said it many times from this podium, that I

22   think 388 was one of the worst pieces of

23   legislation ever passed.  And there is going

24   to be a complicated process to fix and remedy

25   a lot of those problems, the unintended

Confidential

SCNAACP_CD_006275

1    consequences that 388 made.  So I will

2    certainly say that whether or not it is a

3    repeal or a reduction of 388, it is certainly

4    going to be something that we are going to

5    fix our property tax situation.

6         SENATOR 2:  And one more question from

7    me, Senator.  You've likely heard me and

8    likely heard the senator from Charleston,

9    among other coastal senators, probably you --

10   I don't want to put words in your mouth --

11   talk about the unencumbered detrimental

12   growth in some cases.

13        SENATOR:  Sure.

14        SENATOR 2:  From people elsewhere that

15   are moving here.  Are we also going to be

16   focusing on trying to figure out a way to

17   capture revenue from them while not hurting

18   our local folks?

19        SENATOR:  Senator, what this will

20   allow us to do is look at our entire tax

21   policy comprehensively and where there are

22   opportunities for us to fix problems, we will

23   fix problems.  What it is not designed to do

24   is create new problems or create new taxes.

25   So if we're looking to -- as a way to fund

Confidential

SCNAACP_CD_006276

Page 24

```
 1    more governmental spending, that's not what
 2    this is intended to do.  It's intended to fix
 3    the system so that our citizens are paying
 4    what we need to provide for governmental
 5    services and nothing more and letting the
 6    private sector succeed.
 7          SENATOR 2:  Mr. Speaker unanimous
 8    consent, add me as a co-sponsor.
 9          THE COURT:  So ordered.  Senator from
10    Spartanburg, what purpose do you rise?
11          SENATOR 3:  To see if the Senator from
12    Dorchester would yield for a quick question.
13          SENATOR:  I will.
14          SENATE PRESIDENT:  The Senator yields
15    for a question.
16          SENATOR 3:  Senator, first off , I
17    know we've had private conversations and that
18    you know I applaud your efforts here in
19    trying to not do the piece meal thing because
20    that's what's gotten this General Assembly in
21    the position it's in.  But the question I
22    have for you today is don't you think right
23    now while we're in, quote, "good financial
24    times," is the right time to fix the tax
25    policy and the -- the structure that we have
```

Confidential

SCNAACP_CD_006277

1    in the State?

2         SENATOR:  Senator, I would argue that

3    there's never a bad time to fix a poor

4    policy, but you're absolutely right.  This is

5    an absolute opportune time for us to do that.

6         SENATOR 3:  Well, and the reason I say

7    that is because any time that the General

8    Assembly -- you know, I wasn't here when 388

9    was passed, but I've lived through some of

10   the negatives on that.  But any time the

11   General Assembly tackles an issue, there's

12   always going to be potentially for somebody

13   to be viewed as their ox getting gored.

14   Correct?

15        SENATOR:  That's correct.

16        SENATOR 3:  So the reason I mentioned

17   the good times is while we're in good

18   financial times, we could always look at

19   easing some of those burdens at having to

20   transition to fix it correctly and fix it one

21   time for good.

22        SENATOR:  Senator, you're exactly

23   right, and, you know, I'll be the first to

24   admit that this is going to be a large task

25   for us to do.  And because it's a large task

Confidential

SCNAACP_CD_006278

1   and because there's a lot of constituencies,

2   which need to be at the table and involved in

3   that process, I wouldn't envision a scenario

4   where we flip the switch and tomorrow we're

5   operating under a completely different tax

6   policy than we were today.  I think it's

7   absolutely going to be something that you

8   ease into over a period of time.  Thank you

9   for that.

10       SENATE PRESIDENT:  Senator from

11  Sumter, what purpose do you rise?

12       SENATOR 4:  (inaudible) consent

13  request, Mr. President.

14       SENATE PRESIDENT:  State your request.

15       SENATOR 4:  To be added as a co-

16  sponsor.

17       SENATE PRESIDENT:  So ordered.

18  Senator from Pickens, what purpose do you

19  rise?

20       SENATOR 5:  Unanimous consent to be

21  added as a co-sponsor.

22       SENATE PRESIDENT:  So ordered without

23  objection.

24       SENATOR 5:  Thank you, Mr. President.

25       SENATE PRESIDENT:  Thank you, Senator

Confidential

SCNAACP_CD_006279

1    for Dorchester.  The bill is referred to the

2    Finance Committee.  The clerk will read.  Oh,

3    I'm sorry.  Senator from Kershaw.

4         SENATOR 5:   Consent to be added as a

5    co-sponsor to the bill.

6         SENATE PRESIDENT:  Without objection.

7    Thank you.  The reading clerk will read.

8         SENATE CLERK:  Introduction of a bill

9    by Senator Davis that adds a section to the

10   code to provide an additional one-time

11   payment to members of the Police Officers

12   Retirement System who are killed in the line

13   of duty and set forth the amount of the

14   payment depending on the circumstances of

15   their death.

16        SENATE PRESIDENT:  Finance Committee.

17        SENATE CLERK:  Introduction of a bill

18   by Senator Shealy.  It amends the code

19   relating to general provisions concerning

20   domestic violence, adds a section of the code

21   to create the offense of coercive control

22   over another person to provide examples of

23   the types of behavior and evidence that may

24   be used to support the offense to provide a

25   penalty and define necessary terms.

Confidential

SCNAACP_CD_006280

1           SENATE PRESIDENT:  The bill is

2      referred to the Judiciary Committee.

3           SENATE PRESIDENT:  The bill is

4      referred to the judiciary committee.

5           SENATE CLERK:  Further introduction of

6      a bill by Senator Shealy.  It amends the code

7      relating to pleading and trial.  Adds a

8      section of the code to provide that in a

9      criminal case or proceeding in which a

10     Defendant is accused of criminal domestic

11     violence or criminal domestic violence of a

12     high and aggravated nature, a Court may admit

13     evidence that the Defendant previously

14     committed another violation of such an

15     offense.

16          SENATE PRESIDENT:  Judiciary

17     Committee.

18          SENATE CLERK:  Introduction of a bill

19     by Senator Harpootlian.  It amends a code

20     related to membership of the Worker's

21     Compensation Commission to provide for

22     qualification to serve as a commissioner

23     amending further sections relating to

24     commissioner salaries to provide that

25     commissioners are entitled to judicial

Confidential

SCNAACP_CD_006281

1  retirement as provided under the provisions

2  of the code.

3      SENATE PRESIDENT:  The bill is

4  referred to the judiciary committee.  Senator

5  from Charleston, what purpose do you rise?

6      SENATOR:  To be heard on a matter of

7  personal interest.

8      SENATE PRESIDENT:  The Senator from

9  Charleston is recognized for a point of

10  personal interest up to -- up to five

11  minutes.

12      SENATOR KIMPSON:  Thank you.  Thank

13  you, Mr. President.  I just got back from the

14  White House.  I had the opportunity to go to

15  the White House for the tree lighting

16  ceremony.  We listened to Patty Labelle.

17  Heard from musicians from all across the

18  country, LL Cool J.  I believe Senator --

19  Senator from Clarendon you've still got a

20  Kango (phonetic).  LL Cool J was the host,

21  but I bring good news from Washington, DC.

22  The President Joseph Robin Biden, who was by

23  the way elected by more votes than any

24  president in the United States history.

25  That's -- these are facts.  These are facts.

Confidential

SCNAACP_CD_006282

1          And so on last week we learned that

2     the unemployment rate is now 4.2 percent.

3     That is down by historic full two percentage

4     points just since this president, President

5     Biden, took office.  In total, job creation

6     in the first ten months of the President's

7     administration is about 6 million jobs, a

8     record -- a record for a new president.

9     That's good news.  Wages are up, and thanks

10    to the American Rescue Plan and the -- the

11    President and the Congressional Democrats, we

12    delivered significant -- we just heard a lot

13    about taxes, we delivered significant tax

14    cuts for families raising kids, tax cuts and

15    raising wages for middle class families means

16    that Americans on average have about $100

17    more in their pockets than they did last

18    year.

19          So I'm going to take one more minute

20    to underscore what the American Rescue Plan

21    means, and we already know that there was a

22    lot of money sent from DC in the Coronavirus

23    relief fund, a lot of money.  And we're

24    talking about spending it.  I submit that we

25    should spend the money where the services are

Confidential

SCNAACP_CD_006283

1   needed.

2         We've got issues at the Department of

3   Social Services, issues with mental health,

4   and our teachers need to make a livable wage

5   with good benefits.  So the American Rescue

6   Plan, the money that's coming to the State of

7   South Carolina, in total federal funding

8   that's come into the state house of South

9   Carolina due to President Joseph Biden and

10  the Congressional Democrats will be about $13

11  billion.  That's entire -- bigger than our

12  entire state budget, and I think we have a

13  prudent obligation to make sure that we use

14  those funds wisely for the working class

15  families of our state.  I'm all for tax

16  relief but not at the expense of our working

17  class families.

18        There's a lot of information that's

19  going to be coming out from Capitol Hill.

20  We've got infrastructure, and I'm not getting

21  in front of the Chairman of Finance because I

22  don't want him to put his arm around me, but

23  we've got infrastructure money coming to the

24  state as well, which will mean billions --

25  billions for our roads, our bridges, and our

Confidential

SCNAACP_CD_006284

 1   infrastructure.

 2        And so since I was in Washington, DC,

 3   I just thought I would take this opportunity

 4   -- not a victory lap, just bringing you

 5   information from the White House and I will

 6   continue to do so this year so everybody's

 7   clear what the White House and this president

 8   is sending to the State of South Carolina so

 9   that we can in prudent fashion exercising our

10   fiduciary obligations spend it wisely for the

11   people of South Carolina.  Thank you, Mr.

12   President.

13        SENATE PRESIDENT:  Thank you, Senator

14   from Charleston.  The desk is clear.  Are

15   there any requests for local bills.

16        SENATOR WILLIAMS:  Mr. President.

17        SENATE PRESIDENT:  Senator from

18   Marion.

19        SENATOR WILLIAMS:  Thank you, Mr.

20   President.  I would like to call up S909,

21   local bill, to Marion County.

22        SENATE PRESIDENT:  S909 on page 2 of

23   your calendar.  I ask that the clerk would

24   read.

25        SENATE CLERK:  This is a bill to

Confidential

SCNAACP_CD_006285

1    authorize the Marion County Counsel to

2    postpone for one additional year the

3    implementation of its county-wide property

4    tax equalization and reassessment program.

5          SENATOR WILLIAMS:  Mr. President?

6          SENATE PRESIDENT:  Senator from

7    Marion?

8          SENATOR WILLIAMS:  I would ask for

9    second read into that bill, please.

10         SENATE PRESIDENT:  The question is

11   second reading of the bill.  All in favor,

12   please say "aye."  Any opposed?  Ayes have

13   it.  So ordered.

14         SENATOR WILLIAMS:  Mr. President?

15         SENATE PRESIDENT:  Senator from

16   Marion.

17         SENATOR WILLIAMS:  Unanimous consent

18   request.

19         SENATE PRESIDENT:  State your request,

20   please.

21         SENATOR WILLIAMS:  Would like to give

22   that bill automatic third reading tomorrow.

23         SENATE PRESIDENT:  Unanimous consent

24   request to give S909 on page 2 by the Senator

25   from Marion, third reading, a local bill,

Confidential

SCNAACP_CD_006286

1    tomorrow.  Without objection, so ordered.

2    Thank you.

3             Senator from Edgefield?

4             SENATOR MASSEY:  If there -- if there

5    are no other requests for local bills, I

6    wanted to be asked to be recognized on a

7    point of personal interest.

8             SENATE PRESIDENT:  Okay.  One more

9    time, any local bills.  Senator from

10   Orangeburg?

11            SENATOR HUTTO:  Thank you, Mr.

12   President.  I'd like to call up S912.

13            SENATE PRESIDENT:  S912 on page 3 of

14   your calendar.

15            SENATOR HUTTO:  Yes, sir.

16            SENATE PRESIDENT:  The clerk will

17   read.

18            SENATE CLERK:  This is a bill relating

19   to the limit on cash reserves that may be

20   maintained by Dorchester County School

21   Districts 2 and 4 so as to provide that the

22   limit on cash reserve does not apply to

23   Dorchester County School District 4 in Fiscal

24   Year 2021/2022.

25            SENATE PRESIDENT:  The question is

Confidential

SCNAACP_CD_006287

1    second.

2          Senator from Spartanburg, what purpose

3    do you rise?

4          SENATOR:  See if the Senator from

5    Orangeburg would yield briefly.

6          SENATE PRESIDENT:  For a question?

7          SENATOR:  Yes, sir.

8          SENATE PRESIDENT:  For a question.

9          SENATOR:  Senator, do you mind just

10   giving a brief explanation of what this is

11   doing?

12         SENATOR:  Some years ago, Dorchester

13   County School District placed a cap on how

14   much funds that a school district could

15   actually have on -- on hand or in reserves,

16   and with the present financial situation in

17   South Carolina and with school districts, it

18   is now becoming a hindrance to particularly

19   District Number 4 in Dorchester County.  And

20   the District has asked that that cap be

21   lifted for the 2021/2022 school term, and

22   that's basically what this is all about.

23         SENATOR:  Thank you.

24         SENATE PRESIDENT:  The question is the

25   second reading of the bill.  All in favor say

Confidential

SCNAACP_CD_006288

1    "aye".  All opposed "no".  Second reading.

2         SENATOR:   Mr. President --

3         SENATE PRESIDENT:  Senator from

4    (inaudible).

5         SENATOR:  -- I ask that this bill be

6    given third reading on tomorrow.

7         SENATE PRESIDENT:  Unanimous consent

8    for S912 to have aa third reading tomorrow.

9    Is there any objection?  Hearing none, so

10   ordered.  Thank you.

11        Senator from Edgefield -- are there

12   any other requests for local bills?  Hearing

13   none, Senator from Edgefield.  Recognized on

14   a point of personal interest up to five

15   minutes.  Thank you, sir.

16        SENATOR MASSEY:  Thank you, Mr.

17   President.  One of my favorite movie lines

18   comes from the movie Saving Private Ryan, and

19   most of us have probably seen that movie, if

20   you can make it past the first 25 minutes

21   scene of the D-Day sequence, which is pretty

22   horrific.  But if you haven't seen it, you're

23   probably familiar with it, but it's, of

24   course, about the allied invasion of Europe

25   in World War 2.  And the story, there's a

Confidential

SCNAACP_CD_006289

1  story embedded in that movie, which actually

2  is based or at least inspired by -- by true

3  events.  But the -- the story within the

4  story is you've got a -- a small town farm

5  boy who has three brothers who are also

6  serving in the war.  Those three brothers are

7  killed, and when General Marshall finds out

8  about it, he sends instructions that they

9  should go get the surviving son to bring him

10 home.

11        And so the movie follows this small

12 group of American soldiers in their search

13 for Private Ryan to bring him home.  And that

14 small group is led by a captain who's played

15 by Tom Hanks.  The -- Private Ryan is played

16 by Matt Damon, and the movie follows them,

17 and it's -- it's pretty brutal at times, if

18 you've watched it.  But, of course, war is

19 brutal.

20        And as they're going along in search

21 of Private Ryan this small group of American

22 soldiers suffers a number of losses along the

23 way.  And finally you get to near the end of

24 the movie, and they -- they find Private

25 Ryan.  And they tell him the situation and

Confidential

SCNAACP_CD_006290

1    they tell him he's going home.  But the

2    Germans are advancing, and so Private Ryan

3    doesn't want to leave his unit.  So they all

4    decide that they're going to stay there and

5    they're going to fight and try to hold this

6    bridge in France.  And as it -- as it goes

7    along, the Captain who is played by Tom Hanks

8    is shot several times.  He is fatally

9    wounded, and Private Ryan comes up to him, as

10   he's sitting on the bridge.  And the Captain

11   played by Tom Hanks is trying to say

12   something, but he's -- he's severely injured.

13   He can't speak.  He can only whisper, and so

14   Matt Damon leans down to him to where he puts

15   his ear right up to Tom Hanks' mouth so he

16   can hear him.

17        And Tom Hanks' character says earn

18   this.  Earn it.  That's one of my favorite

19   lines in movies because it says -- it says so

20   much.  I thought about that movie this

21   morning, and I thought about that sequence of

22   events because today is a very important day.

23   It is a day that unfortunately we forget

24   about lots of times.  But today is the date

25   that would live in infamy.  It is the day

Confidential

SCNAACP_CD_006291

1    that the United States of America was

2    suddenly and deliberately attacked by naval

3    and air forces from the Empire of Japan at

4    Pearl Harbor.  2,403 Americans were killed at

5    Pearl Harbor that day.  1,178 were injured.

6    And as we all know, that attack led to

7    America's entry into World War 2 where more

8    than 420,000 Americans would die and over

9    670,000 Americans would be wounded.

10          Now, if you take -- that's a -- those

11    are big numbers, but if you take those

12    numbers and compare them to what the

13    population of the United States was in 1941,

14    and then you compare it to what it would be

15    today, y'all we're talking about over a

16    million and 40,000 boys and girls killed

17    today is what that would work out to be, over

18    1.6 million boys and girls were wounded, many

19    severely.

20          If we had those types of numbers in

21    combat today and we were seeing it every day

22    in social media, imagine what the response

23    would be, what the impact would be.  I've

24    thought about that some today and then I've

25    also thought that, you know, with Senator

Confidential

SCNAACP_CD_006292

1    Ledderman's passing, there is now no one in

2    this Senate who was alive during World War 2.

3            It is easy, then, to forget and not

4    remember.  I think to many of us it seems

5    like ancient history, but it really wasn't

6    that long ago, 80 years ago today, right

7    about -- well, in about another hour and a

8    half, 80 years ago was when the attacks

9    began, 7:48 Hawaiian Standard Time.  They're

10   about five hours behind us.

11           I thought -- I thought about that and

12   just how important it is, I think, that we

13   remember.  And -- and not only remember that

14   attack and what happened, but also the

15   sacrifice, the loss, what the consequences of

16   that were, and how -- look, over the -- over

17   the course of American history we have not

18   been perfect.  It's pretty clear we've

19   screwed up a lot.  The sins of the South or

20   even the country as a whole are well-

21   documented.  It's amazing what people will do

22   to other people and just how mean and bad

23   people can be.

24           Now, we're humans, our predecessors

25   were humans, they messed up, they made some

Confidential

SCNAACP_CD_006293

1    mistakes, some of them intentionally.  But,

2    man, we've done a lot of things right.  We've

3    done a lot of really good things in this

4    country.  I would -- I would say that there

5    are probably very few of the poorest among us

6    who would trade their lot in life for the

7    average American in 1941.  We've made a lot

8    of improvements.  We've made a lot of

9    advancements.  Those are good things.

10         I think it's important that we

11   remember that but it's also important for us

12   to remember, I think, that we are the heirs

13   of that greatest generation, of those -- I

14   said earlier boys and girls.  They really

15   were, right?  I mean they were boys and girls

16   who literally saved the world.

17         And I do think it's important for us

18   to remember that so that we will be worthy of

19   that which they bequeathed to us and that we

20   will act accordingly.  We have -- y'all, it's

21   been left to us.  For those of us here, South

22   Carolina is literally in our hands.  It's

23   been left to us to shape it, to mold it, to

24   try to improve it to better the lives of

25   those who were here.  We have inherited

Confidential

SCNAACP_CD_006294

1    something very rare.  We have -- we are a

2    blessed people.  It's important for us to

3    remember those sacrifices, especially when we

4    have so few people who are now able to give

5    us the personal first-hand testimony of it.

6         I read yesterday that last year was

7    the first year that there were no Pearl

8    Harbor survivors who returned for Pearl

9    Harbor Day.  Most of them had passed.  Those

10   who were still living, they were too sick or

11   infirmed to travel.  This year there is a

12   gentleman who is 101, who they are making

13   arrangements for him to go back.  So he will

14   be the only one there who was there that day.

15        And what I've heard is there are fewer

16   than 200,000 World War 2 veterans left in the

17   United States.  Without having that first-

18   hand account, it is easy for us to forget.

19   It's easy for us to focus on whatever is here

20   and now, not to look back at the sacrifices

21   that were made, all that was won, all that

22   has been given to us and that has been

23   entrusted to us.

24        It's important, I think, for us to

25   remember those things and that we take those

Confidential

SCNAACP_CD_006295

1    things seriously.  420,000 American boys and

2    girls killed, 670,000 severely injured.

3    Today we're talking about well over 2.5

4    million people is what that would account to.

5    What they endured, I wonder sometimes whether

6    we could endure it, whether we would be -- be

7    able to stand up for something like that.

8         I appreciate you listening to me.  I

9    wanted to take a few minutes to remember that

10   because I think especially today it's 80

11   years on, and what that led to, it was a

12   completely different world after that.  Much

13   of what we deal with today is a result of

14   what happened, the consequences that came

15   from that -- that attack on Pearl Harbor, how

16   -- how the United States was crafted

17   thereafter.

18        There are definitely some bad, but

19   there was a lot of good, too.  We are a

20   blessed people.  We should remember that, and

21   we should act -- look, we're going to

22   disagree.  We're going to -- we're going to

23   argue.  We're going to fight sometimes,

24   hopefully not today, but we're going to fight

25   sometimes.  But we are the heirs from that

Confidential

SCNAACP_CD_006296

1    generation.  We've been blessed, and it's our

2    task to make the best of it.  Thank you, Mr.

3    President.

4         SENATE PRESIDENT:  Thank you, Senator

5    from Edgefield.

6         Senator from Colleton (phonetic), what

7    purpose do you rise?

8         SENATOR:  To ask that the words of the

9    Senator be placed in the journal.

10        SENATE PRESIDENT:  Unanimous consent

11   request that the words be placed in the

12   journal.

13        SENATOR:  And, Mr. President --

14        SENATE PRESIDENT:  Without -- excuse

15   me, without objection.  Senator from

16   Colleton?

17        SENATOR:  I wish to be heard on a

18   personal reflection.

19        SENATE PRESIDENT:  Point of personal

20   interest --

21        SENATOR:  Yes, I knew it was

22   something.

23        SENATE PRESIDENT:  -- up to five --

24   sorry, recognize for up to five minutes.

25        SENATOR:  I want to thank the Senator

Confidential

SCNAACP_CD_006297

1    from Edgefield for those words.  Well-taken.

2    I wasn't sure whether or not I would stand up

3    for this moment and give some concerns that

4    I've had, but after hearing what you said, I

5    take it at heart and I'm reminded of

6    something my dad always tried to beat into

7    us, Proverbs, to whom much is given, much is

8    required.

9         We do have heavy responsibility in the

10   Senate, and that's why I wanted to make these

11   comments.  COVID brought out a lot out of

12   South Carolina.  It showed us what we were

13   made of and how resilient we could be as a

14   people, and it made all of us think of what

15   our responsibilities are to our constituents.

16   Since coming into the Senate, I've known that

17   we lacked a lot in South Carolina but I knew

18   that we had a whole lot more than a lot of

19   people give us credit for.  It concerned me

20   that during COVID it showed a lot of those

21   things that we have yet to work on in the

22   Senate.

23        And one of those it showed was when we

24   had to educate our children, it showed the

25   inadequacies of our infrastructure in

Confidential

SCNAACP_CD_006298

 1   broadband, and it also showed our

 2   inadequacies in healthcare to rural South

 3   Carolina.  These are two things that -- and I

 4   want Medical Affairs and Judiciary to please

 5   think of these two things as we move forward

 6   and learn the lessons from COVID.

 7        I know many of you have had these

 8   complaints from your constituents that during

 9   COVID our hospitals and our nursing homes you

10   couldn't get in to see your loved ones.  If

11   you remember, when I first came into the

12   Senate I talked about my 90 -- I think she

13   was 95 years old, 94 years old at the time,

14   my mother, and how I in my practice have

15   people, constituents, or clients, who come in

16   and are concerned about how their elderly

17   loved ones are being taken care of in nursing

18   homes.

19        In response to that, I was -- started

20   doing research, and I found out that if you

21   place your loved one in a nursing home, they

22   have them sign these boilerplate agreements,

23   which basically says sort of the same

24   agreement you sign when you get your phone

25   which says that if you have a problem with

Confidential

SCNAACP_CD_006299

1    AT&T, Verizon, T-Mobile, you've got to go to

2    an arbitration panel to determine how much or

3    whether you get a new phone.

4           Well, did you know that an arbitration

5    -- when you sign your loved one or that loved

6    one signed themselves into a nursing home, if

7    they get mistreated in that nursing home, did

8    you realize does the average South Carolinian

9    even known what it means when they sign an

10   arbitration agreement?  Well, in response to

11   that, members of Judiciary and Medical

12   Affairs Committee, I have every year since

13   being in this Senate filed legislation to say

14   that I think that it's wrong to the people of

15   South Carolina, and it showed its head during

16   the pandemic because now that we are so-

17   called coming out of the pandemic or that the

18   visitation restrictions have lessened and

19   they've allowed loved ones to come in,

20   there's not a week that I'm not getting

21   complaints that loved ones have gone in and

22   seen that their -- that their mom, grandmom

23   or whatever, have bedsores that you stick

24   your fist in, have had to have amputations

25   because of bed -- we've got to do something

Confidential

SCNAACP_CD_006300

1    for these people.  We've got to empower these

2    nursing homes to get adequate staffing.  Just

3    like we care about children, we have to care

4    about these people who have given to us.

5           The other thing that I'm seeing in

6    rural South Carolina, and you check in your

7    areas, I'm seeing that hospitals and ICUs

8    during COVID, October of last year, September

9    of last year, guess what they had?  If your

10   loved one, you couldn't go see them, if your

11   loved one had to be put in ICU, they used

12   telemedicine.  You got taken care of while in

13   ICU the most critical time when you need

14   people, if you needed help and you pressed a

15   button, a television screen came up.

16   Hospitals are cutting costs to -- and hurting

17   our loved ones.  People are dying in these

18   smaller areas.  We have a responsibility.  I

19   have a responsibility to the people of my

20   area to protect them.

21          We need doctors, yes, we do, but we

22   need to have hands-on critical care doctors,

23   doctors who can actually intubate.  We know

24   that -- I believe in telemedicine.  I think

25   it's an excellent source, but not in an ICU.

Confidential

SCNAACP_CD_006301

1    So I will be filing legislation, as it

2    relates to that because there's no way that a

3    doctor on a screen can tell a nurse or a

4    respiratory therapist or anyone how to put a

5    tube in someone.  We have people that are

6    dying in rural South South Carolina.  Thank

7    you.

8         SENATE PRESIDENT:  Thank you, Senator.

9    Senator from Richland, what purpose do you

10    rise?

11         SENATOR:  Unanimous consent.

12         SENATE PRESIDENT:  State your request,

13    unanimous consent.

14         SENATOR:  To have the Senator from

15    Colleton's words commemorated in the journal.

16         SENATE PRESIDENT:  Without objection.

17         Senator from Edgefield, what purpose

18    do you rise?

19         SENATOR:  Mr. President, I ask that

20    the Senate stand at ease temporarily,

21    hopefully.

22         SENATE PRESIDENT:  Unanimous consent,

23    the Senate stand at ease momentarily,

24    temporarily.

25              (At ease.)

Confidential

SCNAACP_CD_006302

 1          SENATE CLERK:  Senate, please come to

 2   order.

 3          SENATE PRESIDENT:  We're now -- we're

 4   now on the call of the uncontested statewide

 5   calendar.  Turn to your calendar on page 1,

 6   865 of the senators from Horry and others.

 7   Senator from Horry, recognized on the bill,

 8   page 1.  Senate, come to order.  Give the

 9   Senator your attention.  Senator from Horry

10   recognized.

11          SENATOR:  Mr. President, unanimous

12   consent request to have the reading clerk --

13          SENATE PRESIDENT:  State your request.

14          SENATOR:  To have the reading clerk

15   read the bill in its entirety.  There are 579

16   pages of that bill.  Do I hear an objection?

17   Do I?

18          MULTIPLE VOICES:  Objection.

19          SENATE PRESIDENT:  Numerous objections

20   I've heard.  Numerous objections I've heard.

21          SENATOR:  That is the length of the

22   bill though, and you'll be pleased to know, I

23   think, and I may have this flipped, but that

24   the Senate version is 250 pages.  And the

25   House has the 300+ pages to theirs.  So the

Confidential

SCNAACP_CD_006303

1   Senate, far more efficient in the words of

2   our former great president and judiciary

3   chair, Senator McConnell, brevity is clarity

4   and I hope to be brief here on just a few

5   points of this bill.

6          Yesterday, we heard, again, the

7   incredible explosion of growth across parts

8   of the state, and then the less than great

9   explosion of growth but in fact the

10  effectively retrenchment of.  So it's a state

11  of different dynamics.  It's a state where

12  you have pockets of growth and you have the

13  opposite, and so as we have labored since

14  July when I gave you all that rendition of

15  work done, we have been looking at the State

16  and meeting with communities, hearing them at

17  these public hearings, and trying to once we

18  adopted the guidelines here and the -- the

19  traditional guidelines of redistricting tried

20  to and I will commend to you or suggest to

21  you in mere moments we will all have a -- the

22  reality of that that this plan meets all and

23  checks all the boxes in terms of what we are

24  charged to do.  And so 111,270 people per

25  precinct with the total population of South

Confidential

SCNAACP_CD_006304

1    Carolina at 511,000 or 511,008 people.  You

2    look at how these districts are comprised,

3    and, again, you all have heard this term, the

4    -- the deviation, it can't be greater than 5

5    percent.  That's not a South Carolina rule.

6    That's a national benchmark.  It's not one

7    man, one vote, as we will have in our

8    congressional districts, but it is, again,

9    within that deviation.

10        So as we've looked through the state

11   and as we've all worked and worked in good

12   faith and recognize, again, the give and take

13   that not we as incumbents want, but we as

14   representatives of our communities and the

15   community of interest that they have

16   expressed to us in these public submissions

17   and the public input.

18        Again, we have drawn these maps in a

19   way that we think speaks to what we heard,

20   speaks to the data that we have, and speaks

21   to, again, the growth in this state.

22   Happily, beautifully, I will say I was asked

23   this morning, again, in the -- in the garage,

24   we are not dealing with the congressional

25   maps, are we?  And, again, I say, no, and so

Confidential

SCNAACP_CD_006305

1   that is such a relief today.  But, again,

2   that conversation and that debate will be

3   coming.  It will be in the next month though.

4        So in our areas, I can just tell you

5   Horry County, Senator Hembree and I, Senator

6   Goldfinch, Senator Williams, and Senator Sabb

7   all have a piece of one of the fastest

8   growing counties in the State.  We've got

9   now, as of the 2020 census, 351,029 people.

10  Senator Hembree thought he had all of them in

11  his district perhaps.  We each think, and we

12  are all growing, of course, without a doubt.

13       The second fastest growing and largest

14  in growth of a population district was mine,

15  but you will not be surprised to know that

16  Senator Johnson had the largest growth in

17  his.

18       And so lots of people to shift around,

19  but for my experience in the Senate when I

20  was first elected in 1843, the -- my district

21  has continued to grow in my -- and I was

22  elected with General Jackson, Senator Darryl

23  Jackson, the General at the time, we served

24  together in the same infantry.  But, anyway -

25  -

Confidential

SCNAACP_CD_006306

1          SENATOR JACKSON: Same party.

2          SENATOR:  Exact same party, and we're

3    in the same party today, the party of get it

4    done, State Senate, that is our party, but

5    growth here for us has been just incredible.

6    And so my geographic district has gotten

7    smaller and smaller and smaller.  And,

8    obviously, some of you have had districts

9    that have grown larger and larger and larger.

10   But our population in our -- dare say -- I

11   would dare say our state is growing, and so

12   when you read about Honda, yesterday,

13   announcing 1,750 jobs going to North Carolina

14   to build a battery plant.  Senator Climer

15   was, perhaps, involved with the economic

16   development piece of that trying to get them

17   to South Carolina, he's not listening to me,

18   but 1,750 jobs in the battery business in

19   North Carolina.  Again, they're coming -- and

20   so they're coming to our part of the world.

21   I think they're coming more to our part of

22   the world and this state because we do have,

23   again, a very favorable climate.  We have

24   four distinct seasons.  We have a very

25   favorable natural resource, the mountains,

Confidential

SCNAACP_CD_006307

1    the midlands, the coast.  You've got any

2    stripe of geographic activity that you would

3    want.  We've got a very favorable, friendly

4    tax environment.  Retirees can come here from

5    the northeast.  They are paying more in taxes

6    in a year in the northeast than you will pay

7    -- this might be a slight exaggeration, in a

8    lifetime, but literally four to five times

9    the price of owning a home in the northeast

10   compared to what we are charging here in

11   South Carolina.  And then it's a favorable

12   business environment as well.

13         And then, finally, I think folks like

14   our politics.  Again, Republican or Democrat,

15   they like the fact that the State Senate, the

16   State House, is able to work together to get

17   things done.  And so it's an attractive

18   place.  It continues and will continue to be

19   an attractive place, as we continue to

20   attract more and more folks to our state.  So

21   whether it's industry in the upstate, whether

22   it's industry in the midlands, again, we've

23   celebrated a lot of accomplishments in terms

24   of that business environment lately.  And I

25   hope and I trust that we will continue to.

Confidential

SCNAACP_CD_006308

1   We're going to grow in spite of ourselves, if
2   we don't mess it up, but in terms of this
3   reapportionment plan, again, as we have
4   looked across and as we worked through the --
5   sometimes folks would consider it a tough
6   business, sharp elbow-trading process of
7   redistricting.  That's not been the case
8   here, and we have heard, literally yesterday,
9   two folks from Sumter, Senator McElveen, in
10  the full committee yesterday, Mr. Oden
11  (phonetic) and Ms. Eadens (phonetic) --
12  Eadens, I think her name is, who came to
13  Sumter and spoke.  The subcommittee members
14  hard them.  They were at the full committee
15  yesterday, and they just thanked our staff.
16  They thanked me for how we conducted our
17  business and how after yesterday's progress a
18  21:1 vote showed that we could work together.
19       That's been the spirit of this, and so
20  as we have worked through, it's an attractive
21  thing to the folks looking outside.  There
22  may have been some hiccups or fits and
23  starts, but it has just been a matter of a
24  great working relationship with our staff,
25  our lawyers.  Yesterday I pointed out Mr.

Confidential

SCNAACP_CD_006309

 1    Morgan, the PhD candidate, he was first

 2    revealed to me yesterday.  He's the Will

 3    Roberts and Breedon Johns cartographer.  He's

 4    like a judge's judge or a lawyer's lawyer.

 5    He's the guy behind the curtain working on a

 6    PhD who has helped create the clearest

 7    message and the clearest understanding

 8    between each of you and our staff, as we work

 9    through these plans.

10         So very briefly, again, you know our

11    sub-committee members, Senators Campsen,

12    Senators Young, Saab, Senator Marjie Bright

13    Matthews, Senator Talley, Senator Harpotlian

14    all have worked in a bipartisan fashion to

15    create an open and a fair and, again, all

16    buyers, all players at the table, working in

17    good faith to try to create what we hope that

18    in almost what 2.5 years from now we will be

19    running on in the 2024 cycle.  Again, for all

20    of us or those of us who decide to run again.

21         So in terms of compactness, in terms

22    of the appearance, in terms of the areas that

23    meld both the growth, and the no-growth area,

24    again, we've tried to -- to saddle folks

25    that, again, share a community of interest,

Confidential

SCNAACP_CD_006310

1    particularly in mine.

2          We heard in Conway at the Horry-

3    Georgetown Technical College, the Conway

4    campus, very distinct comments come to your

5    part in a minute, Senator Shealy, but we

6    heard very distinctly the hub between Conway

7    and Myrtle Beach, and you might have heard

8    that mentioned yesterday.  That in terms of

9    what we heard from a cultural, from a

10    historic, from an economic standpoint, from a

11    medical standpoint, from a collegiate

12    standpoint, that corridor between those two,

13    incredible lifeline that each has to each

14    other, with work perhaps on one side, living

15    on the other, or vice versa, the incredible

16    attachment and identity that Conway has with

17    Myrtle Beach.  And so our plan in response to

18    that overwhelming public input was to keep

19    them together as, again, similar communities

20    of interest.

21          They share a commonality.  Go down to

22    the coast, Senator Margie Bright Matthews'

23    area.  We heard in Walterboro, their

24    technical college, a very similar theme.

25    Keep our area together.  Keep our area

Confidential

1    together.  Folks from Walterboro, folks from

2    Colleton, we heard a number of people, again,

3    expressing the sentiment.  Recently, folks --

4    the mayor and the entire city or town

5    population of Pillion (phonetic) attended a

6    hearing.  And their -- it was standing room

7    only.  We were offered to give up seats.

8    They would give us a bag of popcorn or a bag

9    of boiled peanuts.  I've not seen a bag of

10   boiled peanuts yet, but there is an offer of

11   a chocolate chip cookie.

12          But the mayor said to anyone that

13   would give up their seat, they would give

14   them boiled peanuts.  It was boiled peanut

15   day or peanut festival or something the next

16   few days, but, again, an example of putting

17   people, putting communities together in a way

18   that, again, we think best represents our

19   charge on this subcommittee.

20          And so you now have before us a bill

21   that is up for second reading.  we have the

22   house bill, as well, that, again, I hope to

23   give second reading today.  My goal is second

24   on both of these, and then third tomorrow

25   with us hopefully on a perfunctory basis, not

Confidential

SCNAACP_CD_006312

1    physically being here, not requiring the

2    taxpayers of South Carolina to pay us to show

3    up for a simple vote, I hope we get there

4    today, but a plan that, again, represents the

5    best efforts by and between Democrat, by and

6    between, again, all parties, that is the best

7    efforts that we have that we think satisfies

8    the legal and the constitutional mandates,

9    and conforms with the policy that we have

10   adopted in our guidelines, our traditional

11   redistricting principle guidelines.

12        SENATE PRESIDENT:  Senator from

13   Charleston, what purpose do you rise?

14        SENATOR:  Senator would yield?

15        SENATE PRESIDENT:  For a question?

16   For a question?

17        SENATOR:  Senator, you men- --

18        SENATE PRESIDENT:  Senator, yield for

19   a question?

20        SENATOR:  Gladly.

21        SENATOR:  Senator, you mentioned input

22   from a meeting in Conway in your part of the

23   state in Horry County and how meaningful that

24   was to receive input from -- directly from

25   the voters and from any groups that are

Confidential

SCNAACP_CD_006313

1    interested.  Could you share with the body

2    how many meetings we had around the State and

3    perhaps some of the areas?  We had so many

4    you may not be able to remember all of them,

5    but --

6         SENATOR:  Well, the best person to

7    answer that question, not only in memory but

8    in physical appearance at these ten meetings,

9    would be Senator Sabb, who, again, earned the

10   most miles traveled in one subcommittee

11   subject across the state.  But we had ten and

12   it's an odd thing, but incredibly even in

13   Greenville, even in Spartanburg, even in

14   Aiken, we heard one refrain, and that was

15   they liked their Senate district to extend

16   from North Carolina to Georgia, and we kept

17   saying, well, what district are you talking

18   about?  And they said, you know, the coastal

19   district that Senator Campsen represents in

20   the State of South Carolina.  And I said, no,

21   no, no, you mean the one that extends from

22   Maine to Key West, and they said --

23        SENATOR:  I corrected you it's Dry

24   Tortuga, Florida, actually, which is further

25   south.

Confidential

SCNAACP_CD_006314

1      SENATOR:  I didn't make that

2   subcommittee meeting, but, yeah, as you

3   reflect --

4      SENATOR:  But, but, but, a community

5   of interest, we got a lot of input that that

6   is a community of interest, didn't we,

7   Senator?

8      SENATOR:  Across the State, so whether

9   the coast, whether the midlands, whether

10  upstate, again, we hard at every geographic

11  region that similar input, and that was

12  invaluable to us.  Again, Zoom -- thank the

13  Lord for Zoom that allowed some of us who

14  couldn't go to each one of them.

15  Fortunately, I made the majority of them,

16  more than the majority.  But Florence, Horry,

17  Sumter, Greenville, Columbia, Aiken,

18  Walterboro -- no Beaufort -- where was it,

19  Beaufort or --

20      SENATOR:  Beaufort.

21      SENATOR:  Beaufort -- I'm missing

22  somewhere, Orangeburg.  How many more?  Two

23  more?  But every geographic region of the

24  state and there were ten of them, including

25  Columbia's, and Conway, yeah, so every area

Confidential

SCNAACP_CD_006315

1  we went to them.  We didn't only allow them

2  to appear in person.  We allowed them to

3  appear via Zoom, and so a tremendous

4  outpouring, and I want to comment on Sumter.

5  Perhaps they had the most -- the second

6  largest.  Beaufort, maybe the largest crowd,

7  maybe close behind Spartanburg, but, again,

8  just any stripe of person, any stripe of age

9  a person.  We had a young 13-year-old I think

10  speak to us in Sumter, the daughter of a --

11  of a single mom, and so we heard from her.

12  And so just a unique opportunity to hear from

13  folks about what we're doing right now.

14       SENATOR:  Senator, up front we adopted

15  some principles, some reapportionment

16  principles that would guide us along the way,

17  and we kept going back to those principles

18  throughout the process in reflecting upon

19  whether, you know, we were adhering to those,

20  did we not, Senator?

21       SENATOR:  That's right, and, again,

22  it's -- it's not just what we might want to

23  do but their been there done that in terms of

24  how traditional principles are established

25  and whether or not we abide by them.  But,

Confidential

SCNAACP_CD_006316

Page 64

1    again, you know them, you've heard it.  It's

2    like a mantra of what we do, but federal law,

3    of course, population equality, voting

4    rights, avoidance of racial gerrymandering,

5    then continuity, contiguity as well,

6    communities of interest, constituent

7    consistency, the goal of minimizing division

8    of county borders and cities and towns,

9    minimizing the divisions of voting precincts.

10   We call those VPDs, and then compactness, and

11   then, again, the data, which is the numbers

12   that we have, which dictates about 111,000

13   per district in the -- in the -- of the 46 of

14   us.  So, yeah, those -- so that was -- those

15   were our lens.  Anything outside of that

16   construct was not relevant.  Again, we had to

17   abide by these, and what we've heard and what

18   we've --

19           [AUDIO ENDED ABRUPTLY AT 84:10]

20

21

22

23

24

25

Confidential

SCNAACP_CD_006317

1                        CERTIFICATE

2

3          I, Trisha Ruckart, do hereby certify that I was

   authorized to and transcribed the foregoing recorded
4
   proceedings and that the transcript is a true record, to
5
   the best of my ability.
6
                 DATED this 21st day of December, 2021.
7

8

9
                 _____
10
                 TRISHA RUCKART, CVR-CM
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

SCNAACP_CD_006318