*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit B

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
 2                  COLUMBIA DIVISION
        CASE NO. 3:21-CV-03302-MBS-TJH-RMG
 3
    THE SOUTH CAROLINA STATE CONFERENCE OF
 4  THE NAACP, AND TAIWAN SCOTT, ON BEHALF
    OF HIMSELF AND ALL OTHER SIMILARLY
 5  SITUATED PERSONS,
 6              Plaintiffs,
 7         vs.
 8  THOMAS C. ALEXANDER, HENRY D. MCMASTER,
    IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
 9  SOUTH CAROLINA; HARVEY PEELER, IN HIS
    OFFICIAL CAPACITY AS PRESIDENT OF THE
10  SENATE; LUKE A. RANKIN, IN HIS OFFICIAL
    CAPACITY AS CHAIRMAN OF THE SENATE
11  JUDICIARY COMMITTEE; JAMES H. LUCAS, IN
    HIS OFFICIAL CAPACITY AS SPEAKER OF THE
12  HOUSE OF REPRESENTATIVES; CHRIS MURPHY,
    IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF
13  THE HOUSE OF REPRESENTATIVES JUDICIARY
    COMMITTEE; WALLACE H. JORDAN, IN HIS
14  OFFICIAL CAPACITY AS CHAIRMAN OF THE
    HOUSE OF REPRESENTATIVES ELECTIONS LAW
15  SUBCOMMITTEE; HOWARD KNABB, IN HIS
    OFFICIAL CAPACITY AS INTERIM EXECUTIVE
16  DIRECTOR OF THE SOUTH CAROLINA STATE
    ELECTION COMMISSION; JOHN WELLS, JOANNE
17  DAY, CLIFFORD J. ELDER, LINDA MCCALL,
    AND SCOTT MOSELEY, IN THEIR OFFICIAL
18  CAPACITIES AS MEMBERS OF THE SOUTH
    CAROLINA STATE ELECTION COMMISSION,
19
                Defendants.
20
21  DEPOSITION OF:   ANDREW THEODORE FIFFICK
                    (Appearing via VTC)
22
    DATE:           July 21, 2022
23
    TIME:           10:10 a.m.
24
25
```

Page 329

1  Q. Palmetto.
2  A. It's on tab 64.
3  Q. Tab 64.
4  A. Bates No. 26370.
5  MS. ADEN: Thanks so much.
6  BY MR. TYSON:
7  Q. And it's a map, correct?
8  A. Yes.
9  Q. And it says Palmetto Plan, right?
10 A. Right.
11 Q. And Ms. Aden asked you a lot of
12 questions about this. And then one of the
13 questions that she asked you was, you know, how
14 could you tell by looking at it that it didn't pass
15 muster? So if you just take a look at that plan,
16 can you just describe for the court reporter and
17 for Ms. Aden some of the problems with that plan
18 that you just see?
19 A. I think the thing that struck -- that
20 jumped out at me initially was the way that the 6th
21 was drawn. It just didn't seem compact.
22 Q. What color is the 6?
23 A. It's the light blue. And it wasn't a
24 least change plan that I can recall, but I think
25 that's what jumped at us the most was the 6th

Page 360

1  CERTIFICATE OF REPORTER
2
3           I, Karen M. Beckman, Court Reporter and
4  Notary Public for the State of South Carolina at
5  Large, do hereby certify that the foregoing
6  transcript is a true, accurate, and complete record
7  to the best of my ability.
8           I further certify that I am neither
9  related to nor counsel for any party to the cause
10 pending or interested in the events thereof.
11          Witness my hand, I have hereunto
12 affixed my official seal this 26th day of July,
13 2022, at Myrtle Beach, Horry County,
14 South Carolina.
15
16
17
18
19
20
21
22
23          Karen M. Beckman
            Court Reporter
24          My Commission expires
            September 2, 2025
25

```
                                                               Page 368
 1   South Carolina State Conference Of Naacp v. Alexander, Thomas C. Et Al
 2   Andrew Theodore Fiffick (#5327918)
 3                   E R R A T A   S H E E T
 4   PAGE_____ LINE_____ CHANGE_____
 5   _____
 6   REASON_____
 7   PAGE_____ LINE_____ CHANGE_____
 8   _____
 9   REASON_____
10   PAGE_____ LINE_____ CHANGE_____
11   _____
12   REASON_____
13   PAGE_____ LINE_____ CHANGE_____
14   _____
15   REASON_____
16   PAGE_____ LINE_____ CHANGE_____
17   _____
18   REASON_____
19   PAGE_____ LINE_____ CHANGE_____
20   _____
21   REASON_____
22
23   _____          _____
24   Andrew Theodore Fiffick                        Date
25
```

**Page 369**

1  South Carolina State Conference Of Naacp v. Alexander, Thomas C. Et Al
2  Andrew Theodore Fiffick (#5327918)
3  **ACKNOWLEDGEMENT OF DEPONENT**
4      I, Andrew Theodore Fiffick, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____    _____
12  Andrew Theodore Fiffick                        Date
13  *If notary is required
14               SUBSCRIBED AND SWORN TO BEFORE ME THIS
15               _____ DAY OF _____, 20___.
16
17
18               _____
19               NOTARY PUBLIC
20
21
22
23
24
25