*SC NAACP v. Alexander,*
Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT C

**PORTIONS OF THIS DEPOSITION HAVE BEEN SUBMITTED TO THE COURT FOR IN CAMERA REVIEW PURSUANT TO THE CONSENT CONFIDENTIALITY ORDER
(ECF NO. 123)**

Page 225

1          UNITED STATES DISTRICT COURT
            DISTRICT OF SOUTH CAROLINA
2               COLUMBIA DIVISION
3
    THE SOUTH CAROLINA STATE CONFERENCE OF
4   THE NAACP, et al.,
5            Plaintiffs,
6   vs.                    CASE NO. 3:21-cv-03302-MBS
                                    TJH-RMG
7
    THOMAS C. ALEXANDER, et al.,
8
             Defendant.
9
10  VTC
    DEPOSITION OF:   WALLACE HERBERT JORDAN, JR.
11                   VOLUME II - Pages 225 through 444
                     (Appearing by VTC)
12
    DATE:            July 21, 2022
13
    TIME:            10:03 a.m.
14
    LOCATION:        Nexsen Pruet Law Firm
15                   1230 Main Street, 7th Floor
16  TAKEN BY:        Counsel for the Plaintiffs
17  REPORTED BY:     Susan M. Valsecchi, CRR
                     Registered Professional Reporter
18                   (Appearing by VTC)
19
20
21
22
23
24
25

Page 433

1  Q. Did you try and make sure that all of
2  the districts were contiguous?
3  A. Yes.
4  Q. Did you, to the best of your ability,
5  try to make sure that the districts were compact?
6  A. Yes.
7  Q. Did you, as you understood communities
8  of interest, attempt to keep them whole?
9  A. Yes.
10  Q. And did you consider incumbency in the
11  adoption of congressional districts?
12  A. Yes, it was a consideration, as
13  outlined in the document.
14  Q. And in Roman Numeral IX, priority of
15  criteria, if I might paraphrase, does it say that
16  all of these considerations, criteria, are to be
17  considered but none of them can conflict with
18  sections 1, 2, 3 or 4?
19  A. Yes, if you -- if, for instance 7, 8,
20  9, if one of those had an issue that competed with
21  1, 2, 3, 4, the 1, 2, 3, 4 would be controlling.
22  Q. Okay. And if you will look at Roman
23  Numeral X, can you read that for me?
24  A. "Public input."
25  "The Redistricting Ad Hoc Committee

**Page 446**

1   SC State Conference Of The NAACP v. Alexander, Et Al.
2   Wallace H. Jordan, Jr. - Volume 2 (#5327842)
3              E R R A T A  S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____    _____
24  Wallace H. Jordan, Jr.                   Date
25

Page 447

SC State Conference Of The NAACP v. Alexander, Et Al.

Wallace H. Jordan, Jr. - Volume 2 (#5327842)

ACKNOWLEDGEMENT OF DEPONENT

I, Wallace H. Jordan, Jr., do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____     _____
Wallace H. Jordan, Jr.                        Date

*If notary is required

　　　　　　　　SUBSCRIBED AND SWORN TO BEFORE ME THIS
　　　　　　　_____ DAY OF _____, 20____.

　　　　　　　_____
　　　　　　　NOTARY PUBLIC