*SC NAACP v. Alexander,*
D.S.C. Case No.  3:21-cv-03302-MGL-TJH-RMG

# Exhibit D

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF SOUTH CAROLINA
 2                     COLUMBIA DIVISION
 3      THE SOUTH CAROLINA STATE
        CONFERENCE OF THE NAACP,
 4      et al.,
 5           Plaintiffs,
 6      vs.              CASE NO.:  3:21-CV-03302-MBS-TJH-RMG
 7      THOMAS C. ALEXANDER,
        et al.,
 8
             Defendants.
 9      _____
        VIDEOTAPED          (Appearance via Video Conference)
10      DEPOSITION OF:     PAULA BENSON
11      DATE:              July 13, 2022
12      TIME:              10:04 a.m.
13      LOCATION:          Robinson Gray
                           1310 Gadsden Street
14                         Columbia, South Carolina
15      TAKEN BY:          Counsel for the Plaintiffs
16      REPORTED BY:       Mary K. Stepp, Court Reporter
                           (Appearance via Video Conference)
17      _____
18
19
20
21
22
23
24
25
```

Page 239

1     areas.  And what -- what made it so important to keep

2     areas together, so that they could receive an

3     effective representation.

4              That has been the theme throughout our

5     process, throughout the public hearings that were

6     given, and at every step of the -- the process.  The

7     public hearings have been placed on the website till

8     people were aware.  There have been press releases

9     that have been sent out that have said this is the

10    information that we're gathering.  There were

11    documents that are included on the website, which

12    explain to the public information being gathered

13    and -- and how to provide it to the subcommittee and

14    to the staff.

15             So throughout the process, there was ample

16    opportunity for anyone interested in being part of

17    the process to either call the staff, if they were

18    not sure how to proceed, and get further information

19    or to submit through the portal or to submit via an

20    e-mail.  All of that was kept and maintained and --

21    and posted on the website.

22        Q.    You testified about these guidelines a

23    number of times.  And let me just ask you

24    specifically, does S-865, the congressional map, the

25    plan as passed, does it meet the criteria of these

Page 240

1       guidelines?

2            A.      It does.

3            Q.      And not every specific example of every

4       line or every comment that might be made by someone

5       is not listed in those guidelines, correct?

6            A.      No, no.

7            Q.      And that doesn't change whether the

8       guidelines were complied?

9            A.      No, it does not.  And if there was

10      competing testimony that had to be taken into

11      consideration.

12           Q.      Adriel asked you a question, and he said

13      if the staff never disclosed it to the public -- if

14      this was never disclosed to the public, how would the

15      public know.  And I think you have an example on that

16      list of communities of interest where somebody

17      testified, let's keep the Sixth District the same,

18      right?

19           A.      That's correct.

20           Q.      So the public was on notice in a number of

21      ways, correct?

22           A.      They were.  And the group, like the NAACP

23      and the League of Women Voters, also put out videos

24      of their own for their groups, which told the public

25      where to seek information from our website and -- and

Page 249

CERTIFICATE OF REPORTER

1

2      I, MARY K. STEPP, Notary Public for the State of

3   South Carolina at Large, do hereby certify that the

4   foregoing transcript is a true, accurate, and

5   complete record.

6      I further certify that I am neither related to

7   nor counsel for any party to the cause pending or

8   interested in the events thereof.

9      Witness my hand, I have hereunto affixed my

10  official seal this 29th day of July, 2022, at

11  Campobello, Spartanburg County, South Carolina.

12

13

14

15

16

17

18

19  _____

    Mary K. Stepp, Notary Public

20  My Commission Expires:

    March 1, 2028

21

22

23

24

25

```
                                              Page 251
 1     Robert E. Tyson, Esq.

 2     rtyson@robinsongray.com

 3                     July 29, 2022

 4     RE: South Carolina Conference Of The NAACP v. Alexander, Thomas

 5          7/13/2022, Paula Benson (#5318158)

 6          The above-referenced transcript is available for

 7     review.

 8          Within the applicable timeframe, the witness should

 9     read the testimony to verify its accuracy. If there are

10     any changes, the witness should note those with the

11     reason, on the attached Errata Sheet.

12          The witness should sign the Acknowledgment of

13     Deponent and Errata and return to the deposing attorney.

14     Copies should be sent to all counsel, and to Veritext at

15     erratas-cs@veritext.com.

16

17      Return completed errata within 30 days from

18     receipt of testimony.

19       If the witness fails to do so within the time

20     allotted, the transcript may be used as if signed.

21

22                     Yours,

23                     Veritext Legal Solutions

24

25
```

Page 252

1   South Carolina Conference Of The NAACP v. Alexander, Thomas

2   Paula Benson (#5318158)

3                    E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  Paula Benson                              Date

25

Page 253

1    South Carolina Conference Of The NAACP v. Alexander, Thomas

2    Paula Benson (#5318158)

3                    ACKNOWLEDGEMENT OF DEPONENT

4       I, Paula Benson, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    Paula Benson                        Date

13    *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25