*SC NAACP v. Alexander,*
D.S.C. Case No.  3:21-cv-03302-MGL-TJH-RMG

# Exhibit E

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT.
     FOR THE DISTRICT OF SOUTH CAROLINA
3    COLUMBIA DIVISION
     --------------------------------------x
4    THE SOUTH CAROLINA STATE CONFERENCE
     OF THE NAACP
5
                     and
6
     TAIWAN SCOTT, ON BEHALF OF HIMSELF      Case No.
7    AND ALL OTHER SIMILARLY SITUATED        3:21-CV-03302
     PERSONS,                                JMC-TJH-RMG
8
                         Plaintiffs,
9
                 Vs.
10
     THOMAS C. ALEXANDER, IN HIS OFFICIAL
11   CAPACITY AS PRESIDENT OF THE SENATE;
     LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
12   AS CHAIRMAN OF THE SENATE JUDICIARY
     COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
13   CAPACITY AS SPEAKER OF THE HOUSE OF
     REPRESENTATIVES; CHRIS MURPHY, IN HIS
14   OFFICIAL CAPACITY AS CHAIRMAN OF THE
     HOUSE OF REPRESENTATIVES JUDICIARY
15   COMMITTEE; WALLACE H. JORDAN, IN HIS
     OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
16   OF REPRESENTATIVES ELECTIONS LAW
     SUBCOMMITTEE; HOWARD KNAPP, IN HIS
17   OFFICIAL CAPACITY AS INTERIM EXECUTIVE
     DIRECTOR OF THE SOUTH CAROLINA STATE
18   ELECTION COMMISSION; JOHN WELLS, JOANNE
     DAY, CLIFFORD J. EDLER, LINDA MCCALL,
19   AND SCOTT MOSELEY, IN THEIR OFFICIAL
     CAPACITIES AS MEMBERS OF THE SOUTH
20   CAROLINA STATE ELECTION COMMISSION,
21                        Defendants.
     --------------------------------------x
22
        STENOGRAPHIC REMOTE VIRTUAL DEPOSITION
23                 BREEDEN JOHN
             Tuesday, August 9, 2022
24

25

Page 297

1

2    STATE OF NEW YORK        )

3                    ss.:

4    COUNTY OF NEW YORK       )

5

6            I, ERICA L. RUGGIERI, RPR and a

7       Notary Public within and for the State

8       of New York, do hereby certify:

9          That I reported the proceedings

10      in the within-entitled matter, and

11      that the within transcript is a true

12      record of such proceedings.

13          I further certify that I am not

14      related by blood or marriage, to any

15      of the parties in this matter and

16      that I am in no way interested in the

17      outcome of this matter.

18          IN WITNESS WHEREOF, I have

19      hereunto set my hand this 17th day of

20      August, 2022.

21                      *Erica Ruggieri*

22      _____

23          ERICA L. RUGGIERI, RPR, CSR, CLR

24

25

Page 193

1              JOHN
2        interest were defined?
3             A.   Yes.  I guess, you know, to
4        the extent that I mean, yes.
5        Coastal life-style is different from
6        life in the upstate, for instance,
7        in terms economies and recreation
8        and interests and all that.
9             Q.   What about any history of
10       racial discrimination for people of
11       African decent?
12            A.   Not particularly.
13            Q.   Can you describe how
14       partisan considerations factored
15       into the development of this plan?
16            A.   Primarily didn't want to
17       significantly change the 1st
18       District and the 6th District.
19       Didn't want to make significant
20       changes to their political leanings
21       as they were drawn under the
22       benchmark plan.
23            Q.   That was a view shared by
24       the core redistricting team?
25            A.   Yeah.

```
                                              Page 302

 1

 2                INSTRUCTIONS TO WITNESS

 3

 4          Please read your deposition over

 5     carefully and make any necessary

 6     corrections.  You should state the reason

 7     in the appropriate space on the errata

 8     sheet for any corrections that are made.

 9             After doing so, please sign the

10     errata sheet and date it.

11             You are signing same subject to

12     the changes you have noted on the errata

13     sheet, which will be attached to your

14     deposition.

15              It is imperative that you return

16     the original errata sheet to the deposing

17     attorney within thirty (30) days of

18     receipt of the deposition transcript by

19     you.  If you fail to do so, the deposition

20     transcript may be deemed to be accurate

21     and may be used in court.

22

23

24

25
```

Page 303

1
2                    E R R A T A
3
4    I wish to make the following changes, for
5    the following reasons:
6    PAGE LINE
     ___  ___
7    CHANGE:_____
     REASON:_____
8    ___  ___
     CHANGE:_____
9    REASON:_____
     ___  ___
10   CHANGE:_____
     REASON:_____
11   ___  ___
     CHANGE:_____
12   REASON:_____
     ___  ___
13   CHANGE:_____
     REASON:_____
14   ___  ___
     CHANGE:_____
15   REASON:_____
     ___  ___
16   CHANGE:_____
     REASON:_____
17   ___  ___
     CHANGE:_____
18   REASON:_____
     ___  ___
19   CHANGE:_____
     REASON:_____
20   ___  ___
     CHANGE:_____
21   REASON:_____
     ___  ___
22   CHANGE:_____
     REASON:_____
23   ___  ___
     CHANGE:_____
24   REASON:_____
     _____  _____
25   WITNESS' SIGNATURE              DATE