*SC NAACP v. Alexander,*
Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 1

**Plaintiffs Moved to File This Exhibit Under Seal (ECF 339)**