*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit C

```
                                                          Page 1
 1
            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF SOUTH CAROLINA
                     COLUMBIA DIVISION
 3
     ------------------------------------------x
 4   THE SOUTH CAROLINA STATE
     CONFERENCE OF THE NAACP, et al.,
 5
                         Plaintiffs,
 6
 7                       Civil Action No.
     vs.
 8                       3:21-cv-03302-MBS-TJH-RMG
 9
     THOMAS C. ALEXANDER, et al.,
10
                         Defendants.
11   ------------------------------------------x
12
                         Remote deposition
13
                         July 6, 2022
14
                         10:02 a.m.
15
16
17
18       VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of
19   EMMA DEAN, before Michele Moskowitz, a shorthand
20   reporter and Notary Public of the State of New
21   York.
22
23
24
25
```

1                    DEAN
2    was a lot of information.
3         Q.    Do you recall reviewing any materials
4    on the legal definition of intentional
5    discrimination?
6         A.    Again, I don't -- I don't want to
7    waive any attorney-client privilege here.  The
8    more we're getting into the research that I do,
9    you know, that -- that's difficult to me.  I
10   don't recall anything like that, but, again, I
11   just remind you that I'm an attorney working for
12   my clients.
13        Q.    Understood.
14        A.    I don't recall.
15        Q.    I'm just asking if -- about the
16   materials that you reviewed in preparation for
17   the map room.  I was not trying to get into any
18   kinds of conversations you had.
19        A.    Sure.
20        Q.    Okay.  Do you know what intentional
21   discrimination means in the context of
22   redistricting?
23        A.    I would -- you know, again, this
24   is -- we're at July 6, 2022.  As I probably
25   mentioned in the last deposition, I -- I don't