*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit D

Page 1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
 2                    COLUMBIA DIVISION
 3
     THE SOUTH CAROLINA        )
 4   STATE CONFERENCE OF       )
     THE NAACP, et al.,        )
 5                             )
                               )
 6            Plaintiffs,      )    Case No. 3:21-CV-03302-MGL-
                               )    TJH-RMG
 7   vs.                       )
                               )
 8   THOMAS C.                 )
     ALEXANDER, et al.,        )
 9                             )
                               )
10            Defendants.      )
                               )
11
12
13
14           Videotaped Remote Deposition of
15         SENATOR GEORGE EARLE CAMPSEN, III
16                (Taken by Plaintiffs)
17            Isle of Palms, South Carolina
18               Friday, August 5, 2022
19
20
21
22
23
24              Reported in Stenotype by
                Lauren M. McIntee, RPR, CRR
25   Transcript produced by computer-aided transcription
```

Page 134

1       A.      No.  They're the ones who rendered those
2  opinions.
3       Q.      Based on your work as a subcommittee member,
4  did you have any understanding of what test might be
5  needed to assess concerns about racial gerrymandering?
6       A.      Yes, I did.  Yeah.
7       Q.      And what's your understanding --
8       A.      I wasn't relying on my -- I wasn't relying on
9  my legal opinion because this is not an area of the law
10 that I deal with regularly, so I relied upon them.
11      Q.      I feel like I could -- I can close out maybe;
12 maybe this question closes out this.  It would be fair
13 to say that for any compliance with federal law or the
14 US Constitution, that would have been a question for
15 Mr. Gore or Mr. Terreni?
16      A.      Yes, ultimately.  I mean, you could have a
17 contingent opinion or view or something, but ultimately
18 you -- you go to them and say, what do you -- what do
19 you think?  What do we need -- should we do this?
20 Should we not do it?  So just a -- it's an ongoing
21 process.
22      Q.      I now want to move on to Roman Numeral
23 Number 3 entitled Additional Considerations.  Do you see
24 that?
25      A.      Yes.