*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 2

| | |
|---|---|
| **From:** | Gore, John M. |
| **Sent:** | Friday, August 12, 2022 5:05 PM |
| **To:** | zzz.External.Mparente@nexsenpruet.com; zzz.External.chris@boroughsbryant.com; zzz.External.MMoore@nexsenpruet.com; JHollingsworth@nexsenpruet.com; HBarber@nexsenpruet.com; AMathias@nexsenpruet.com; RRicard@nexsenpruet.com; BWilkins@nexsenpruet.com; zzz.External.KDiamaduros@nexsenpruet.com; SRabon@nexsenpruet.com; SWerdenie@nexsenpruet.com; LSmith@nexsenpruet.com; lcrum@burr.com; zzz.External.jcusick@naacpldf.org; cnygord@robinsongray.com; zzz.External.achaney@aclusc.org; zzz.External.aingram@naacpldf.org; laden@naacpldf.org; zzz.External.pyan@aclu.org; zzz.External.raudain@naacpldf.org; zzz.External.sosaki@aclu.org; Gryll, Sarah; zzz.External.strivedi@aclu.org; snaifeh@naacpldf.org; zzz.External.acepedaderieux@aclu.org; Freedman, John A.; Hindley, John; Fuisz, Jeffrey A.; Ramer, Paula; Colarusso, Gina; JTrinkley@burr.com; mburchstead@burr.com; tnicholson@elections.sc.gov; rtyson@robinsongray.com; ltraywick@robinsongray.com; lstringfellow@robinsongray.com; EShedd@NexsenPruet.com; scoleman@naacpldf.org; Hirschel, Andrew |
| **Cc:** | Crosland, Stewart; Kenny, Stephen J. |
| **Subject:** | SC NAACP v. Alexander: Senate Defendants' Production Volume 0006 |

External E-mail

Counsel:

In a few minutes, you will receive a 7-zip file containing the Senate Defendants' document production volume 0006. The volume contains three sets of documents:
1. Mr. Trende's report and rebuttal report (now with Bates numbers), Mr. Trende's recently published peer-reviewed article, and Mr. Trende's updated CV (SCSENATE_00027330-00027407)
2. Maps, charts, and reports Senate staff prepared last week for use at trial (SCSENATE_00027408-00027418, 00027423-00027429)
3. A print-out of the 2020 Congressional District 1 election results from the State Election Commission website (SCSENATE_00027419-00027422)

The password for the 7-zip file is

Thanks.

John M. Gore
Partner
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Office +

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***