*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# EXHIBIT 6

Page 225

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                  COLUMBIA DIVISION
 3
    THE SOUTH CAROLINA STATE CONFERENCE OF
 4  THE NAACP, et al.,
 5             Plaintiffs,
 6  vs.                    CASE NO. 3:21-cv-03302-MBS
                                    TJH-RMG
 7
    THOMAS C. ALEXANDER, et al.,
 8
               Defendant.
 9
10  VTC
    DEPOSITION OF:   WALLACE HERBERT JORDAN, JR.
11                   VOLUME II - Pages 225 through 444
                     (Appearing by VTC)
12
    DATE:            July 21, 2022
13
    TIME:            10:03 a.m.
14
    LOCATION:        Nexsen Pruet Law Firm
15                   1230 Main Street, 7th Floor
16  TAKEN BY:        Counsel for the Plaintiffs
17  REPORTED BY:     Susan M. Valsecchi, CRR
                     Registered Professional Reporter
18                   (Appearing by VTC)
19
20
21
22
23
24
25
```

Page 250

1    e-mails and they're contained as calendar invites.
2         Q.   But the primary calendar invites would
3    have went to your gmail account?
4         A.   I believe -- I believe so, assuming
5    that's how that comes to be, so to speak.
6         Q.   Do you recall producing any reports or
7    analyses since the last deposition that were
8    relevant to congressional redistricting that you
9    had?
10        A.   I'm not aware of that, or I don't
11   recollect.
12        Q.   I know this might sound a little bit
13   repetitive, but I'm just going to ask the questions
14   to see who and understand the full scope of folks
15   you spoke to during the congressional side of it.
16        A.   Sure.
17        Q.   During congressional redistricting, who
18   from Nexsen Pruet did you speak to during the
19   process?
20        A.   It would have been -- it would have
21   been, at some point, Ms. Hollingsworth,
22   Mr. Parente, Mr. Moore, Ms. Wells, I think, and
23   perhaps Mr. Mathias at some point in time.  That
24   would have been an exhaustive list, I guess.
25        Q.   And obviously I know that as chair you

Page 445

1   Michael A. Parente, Esq.
2   mparente@nexsenpruet.com
3                 August 2, 2022
4   RE: SC State Conference Of The NAACP v. Alexander, Et Al.
5      7/21/2022, Wallace H. Jordan, Jr. - Volume 2 (#5327842)
6      The above-referenced transcript is available for
7   review.
8      Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com.
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22            Yours,
23         Veritext Legal Solutions
24
25

```
                                                        Page 446
 1    SC State Conference Of The NAACP v. Alexander, Et Al.
 2    Wallace H. Jordan, Jr. - Volume 2 (#5327842)
 3                    E R R A T A   S H E E T
 4    PAGE_____ LINE_____ CHANGE_____
 5    _____
 6    REASON_____
 7    PAGE_____ LINE_____ CHANGE_____
 8    _____
 9    REASON_____
10    PAGE_____ LINE_____ CHANGE_____
11    _____
12    REASON_____
13    PAGE_____ LINE_____ CHANGE_____
14    _____
15    REASON_____
16    PAGE_____ LINE_____ CHANGE_____
17    _____
18    REASON_____
19    PAGE_____ LINE_____ CHANGE_____
20    _____
21    REASON_____
22
23    _____    _____
24    Wallace H. Jordan, Jr.                  Date
25
```