*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

**Plaintiffs' Opposition to Senate Defendants' and House Defendants' Motion for Summary Judgment has been filed** *in camera* **pursuant to the consent confidentiality order (ECF 123)**