*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 60

**THIS EXHIBIT HAS BEEN SUBMITTED TO THE COURT FOR** ***IN CAMERA*** **REVIEW PURUSANT TO THE CONSENT CONFIDENTIALITY ORDER (ECF NO. 123)**