# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>   Plaintiffs,<br><br>  v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>   Defendants. | Case No. 3-21-cv-03302-MGL-TJH-RMG<br><br>THREE-JUDGE PANEL<br><br>PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE DEFENDANTS' RULE 26(a)(3)(A)(ii) PRETRIAL DEPOSITION DESIGNATIONS |

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

Pursuant to the April 5, 2022 and May 5, 2022 Scheduling Orders (ECF 210 & 261), Plaintiffs hereby file Rule 26(a)(3) objections and counter-designations to the Rule 26(a)(3)(A)(ii) deposition designations of House Defendants (ECF 328) and Senate Defendants (ECF 329-1).

<u>Witness</u>

1. Rep. Neal Collins

    Counter-designations: 4:23-5:1, 8:9-9:9, 16:17-21:14, 29:22-31:3, 36:5-42:16, 44:3-45:22, 47:3-49:21, 51:9-22, 52:2-56:19, 57:2-61:9, 62:17-63:25, 64:12-23, 67:5-12, 68:25-69:7, 70:7-15, 72:21-74:2, 77:14-78:23, 82:5-21, 88:13-94:10, 94:18-96:3, 92:6-12, 98:14-18, 101:20-106:18, 111:11- 113:12, 115:13-118:14, 119:2-120:13, 120:18-121:8, 122:1-123:6, 126:4-127:23, 128:10-15, 130:2-13, 130:17-20, 131:7-16, 134:16-144:18, 144:25-150:18, 153:7-22.

    Objections:

        166:1-8: Rule 401 (relevance)

        166:10 Rule 401(relevance)

        166:12-13 Rule 401 (relevance)

        166:15-17: Rule 401 (relevance)

        166:19-20: Rule 401 (relevance)

        167:6-9: Rule 401 (relevance)

        167:11-16: Rule 401 (relevance)

2. Benjamin Fifield

    Counter-designations: 8:3-9:13, 49:13-51:22, 98:18-114:9, 135:16-19, 139:15-141:8, 145:1-146:8, 167:9-168:19, 175:20-24, 189:16-190:12, 191:24-196:1, 191:9-208:11.

    Objections:

        General Objection: This testimony is subject to a motion *in limine*.

        Specific Objections:

            49:5-12: Rule 401 (relevance)

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

92:19-93:2: Rule 701 (calls for opinion), Rule 401 (relevance)

95:21-96:5: Argumentative; Rule 401 (relevance)

110:6-16: Rule 701 (calls for opinion), Rule 401 (relevance)

118:23-119:5: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance)

119:6-120:1 Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance)

120:3-11: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance)

120:12-120:22: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance)

162:6-162:19: Rule 701 (calls for opinion), Rule 401 (relevance)

162:24-165:14: Rule 701 (calls for opinion), Rule 401 (relevance)

162:15-164:10: Rule 701 (calls for opinion), Rule 401 (relevance)

175:8-18: Rule 701 (calls for opinion), Rule 401 (relevance)

188:3-189:4: Rule 401 (relevance)

189:5-14: Rule 601 (foundation, lack of personal knowledge), Rule 401 (relevance)

192:15-22: Rule 401 (relevance)

193:5-13: Rule 401 (relevance)

193:15-22: Rule 401 (relevance)

193:24-194:7: Rule 401 (relevance)

196:12-20: Rule 401 (relevance)

196:22-197:6: Rule 401 (relevance)

3. Thomas Hauger (6/28/2022)

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

Counter-designations: 3:1-21, 7:4-7, 10:4-12:25, 16:14-21, 17:11-22:17, 23:16-25:5, 25:21-24, 26:10-27:10, 28:12-38:22, 39:5-40:17, 41:3-42:10, 44:8-10, 45:11-21, 47:19-22, 50:1-51:14, 52:6-53:17, 53:22-57:3, 57:24-58:11, 58:17-68:4, 69:8-75:22, 76:18-77:4, 77:13-79:25, 80:1-86:23, 88:13-90:21, 91:11-106:13, 107:17-108:9, 110:14-113:15, 114:1-118:2, 118:14-18, 119:1-12, 121:5-14, 122:10-123:12, 124:11-15, 124:16-127:10, 129:1-8, 131:25-132:7, 138:4-139:15, 139:16-19, 141:5-13, 141:14-142:8, 142:9-144:12.

Objections: None

4. Rep. Chris Murphy (6/23/22)

Counter-designations: 6:7-7:10, 8:22-10:10, 13:5-15:2, 15:8-20:3, 21:23-22:13, 23:23-24:10, 25:2-25, 26:6-27:22, 28:8-19, 28:23-29:2, 29:11-30:12, 30:15-33:10, 33:15-34:25, 35:4-37:9, 37:15-38:13, 38:17-40:20, 42:4-12, 42:18-24, 47:1-48:11, 49:10-16, 50:4-7, 50:20-51:2, 51:10-19, 51:21-24, 52:12-56:18, 59:3-67:3, 67:21-73:10, 73:14-75:23, 77:25-79:20, 80:19-82:7, 83:9-24, 84:2-4, 84:22-88:17, 89:16-23, 90:10-93:15, 93:20-94:13, 94:17-95:6, 95:10-96:2, 96:18-103:3, 103:10-104:11.

Objections: None

5. Brenda Murphy

Counter-designations: 21:21-21:24, 32:4-32:19, 34:2-35:3, 39:20-40:21, 44:15-45:6, 48:1-49:25, 50:5-18, 50:22-51:8, 52:1-52:13, 59:13-16, 80:11-13.

Objections:

General Objection: The deponent is on Plaintiffs' will call list and will be available at trial. Accordingly, the deposition designations are hearsay.

Specific Objections:

69:3-18: Rule 704 (calls for legal conclusion), Rule 701(calls for opinion)

69:19-70:10: Rule 704 (calls for legal conclusion), Rule 701(calls for opinion)

80:2-12 – Rule 401 (relevance), 403 (prejudice), Rule 704 (calls for legal conclusion)

6. Brenda Murphy for SC NAACP 30(b)(6)

Counter-designations: 16:25, 23:21-24:1, 25:17-29:4, 31:8-11, 33:24-34:4, 44:17-45:16, 46:1-4, 47:20-48:2, 58:16, 65:25, 79:1-7, 82:3-83:10, 95:22-96:2, 98:5-7, 106:17.

4

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

   Objections:

   General Objection: The deponent is on Plaintiffs' will call list and will be available at trial.  Accordingly, the deposition designations are hearsay.

   Specific Objections:

   33:10-33:24: Rule 401 (relevance), Rule 602 (Foundation, lack of personal knowledge), calls for speculation, Rule 802 (hearsay)

   58:16-23:  Form (multiple questions); Rule 401 (relevance), Rule 602 (Foundation, lack of personal knowledge), calls for speculation

   65:1-25: Rule 704 (calls for a legal conclusion)

   81:9-13:  Rule 602 (Foundation, lack of personal knowledge), calls for speculation; Rule 701 (calls for opinion).

   106:11-17: Rule 401 (relevance), Rule 602 (Foundation, lack of personal knowledge), calls for speculation; Rule 701 (calls for opinion)

7. Rep. James H. Lucas -- 7/1/22 Transcript

   Counter-designations: 4:8-11, 7:12-12:8, 17:13-41:9, 41:17-43:9, 44:2-4, 44:21-48:7, 48:19-54:1, 55:14-61:4, 62:12-71:2, 71:24-72:21, 73:5-11, 73:12-16, 74:4-81:4, 81:25-84:22, 87:3-90:24, 92:1-108:18, 109:7-121:3, 123:7-10.

   Objections: None.

8. Emma Dean (7/6/22)

   Counter-designations: 7:16-22, 9:10-12:11, 16:16-20, 18:24-19:18, 21:11-50:19, 51:8-111:16, 117:10-119:24.

   Objections: None

9. Rep. Justin Bamberg

   Counter-designations: 27:16-27:21, 44:13-17, 45:2-46:25, 47:5- 56:12, 56:25-57:15, 58:1-59:18, 60:3-62:17, 65:11-65:22, 71:17-73:23, 77:1-78:2, 84:5-84:14, 85:4-86:17, 87:7-14, 88:6-88:18, 88:25-89:19, 90:11-20, 91:1- 92:21, 93:11-15, 9819- 99:100:11, 100:24-103:8, 10517- 110:18, 111:1-113:5, 113:14-113:23,  115:24-116:8, 117:2-6, 117:18-118:6, 118:16-119:9, 120:10-125:7, 125:17-130:20, 131:8-133:1.

 Objections: None.

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

10. Rep. Weston Newton (6/22/22)

    Counter-designations: 7:10-13, 8:14-9:15, 22:6-202:4, 205:7, 208:23.

    Objections:

    208:10-17: Argumentative

    208:19-22: Rule 701 (calls for improper lay opinion), Rule 704 (calls for legal opinion

11. Rep. Beth Bernstein

    Counter-designations: 5:15-23, 14:5-16:3, 23:6-25:24, 26:7-27:11, 40:6-41:23, 45:17-50:4, 51:11-54:14, 55:3-59:14, 59:25-101:12, 101:21-112:3, 113:16-188:5, 188:21-196:10, 196:19-212:7, 213:24-231:24.

    Objections:

    241:16-19: Rule 701 (calls for improper lay opinion)

    263:19-24: Rule 701 (calls for improper lay opinion)

    264:11-16: Rule 701 (calls for improper lay opinion)

12. Charles Boykin

    Counter-designations: 33:2-36:11, 37:12-42:1, 45:17-22, 50:22-52:13, 54:12-20, 52:23-56:11, 62:20-63:16, 75:6-78:12, 84:12-87:3, 84:12-87:3, 87:4-24, 108:4-110:18.

    Objections:

    General Objection: This testimony is subject to a motion *in limine*.

    Specific Objections: None.

13. Steve Love

    Counter-designations: 17:24-20:21, 23:9-24:14.

    Objections:

    General Objection: This testimony is subject to a motion *in limine*.

    Specific Objections: None.

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

14. Dr. John Ruoff

Counter-designations: 8:16-24; 15:24-16:7; 16:15-25; 18:15-19:4; 19:12-20; 20-1-12; 22:15-25; 30:12-16; 31:3-5; 32:17-34:3; 34:17-20; 34:25-35:3; 40:25-41:11; 41:25-42-13; 44:8-11; 44:17-20; 49:23-50:17; 62:13-63:2; 69:9-23; 71:7-9; 73:2-; 74:15-23; 85:12-86:3; 92:3-8; 94:1-14; 95:6-21; 96:3-6; 96:21-22; 97:3-4; 97-8-1; 99:3-1; 100:3-6; 101:6-13; 104:2-5; 107:10-19; 108:1-3; 110:15-21; 111:5-11; 117:25-118:4; 121:7; 121:17; 122:4; 123:12-15; 127:125-128:7.

Objections:

General Objection: This testimony is subject to a motion *in limine*.

Specific Objections:

87:13-88:1: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion)

95:22-96:14: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance)

96:16-22: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance)

96:23-97:7: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance)

110:12-22: Rule 602 (foundation, lack of personal knowledge)

111:1-111:4 Rule 602 (foundation, lack of personal knowledge)

121:3-12: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance)

121:14-21: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance)

121:23-122:18: Rule 401 (relevance)

129:20-25-132:7 Rule 602 (foundation, lack of personal knowledge); Rule 401 (relevance)

142:23-143:12: Rule 401 (relevance)

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

15. Sen. George Campsen

Counter-designations: 8:1-17, 9:3-12, 24:9-25:9, 26:23-27:7, 27:8-13, 27:15-19, 28:2-6, 31:13-33:1, 35:17-36:18, 37:19-24, 38:7-10, 40:13-41:3, 41:18-21, 43:19-23, 43:24-44:4, 44:5-11, 51:4-8, 53:11-16, 57:8-18, 58:17-59:18, 60:9-61:10, 63:17-64:17, 65:8-66:4, 66:10-67:14, 71:16-23, 72:10-73:14, 74:7-15, 74:16-75:4, 75:25-76:5, 78:15-79:14, 80:5-16, 81:23-82:7, 84:1-13, 85:13-23, 87:1-22, 88:22-25, 95:12-17, 96:22-97:10, 97:23-98:4, 101:4-102:6, 103:4-105:4, 106:24-107:1, 108:5-12, 110:1-9, 111:4-6, 114:1-115:8, 115:25-118:20, 119:12-121:25, 123:8-20, 124:10-127:11, 130:13-131:15, 134:11-21, 135:1-137:3, 139:16-140:2, 140:4-13, 142:1-143:13, 145:15-147:2, 147:3-6, 147:7-20, 147:21-148:3, 148:5-7, 148:17-149:12, 149:13-150:3, 151:11-152:2, 154:20-155:11, 156:8-159:3, 159:18-161:23, 165:18-23, 166:2-5, 171:3-8, 176:3-22, 179:18-180:19, 182:8-11, 183:15-186:10, 186:19-187:1, 187:2-5, 188:2-24, 189:12-190:18, 191:12-24, 193:4-194:25, 196:2-198:13, 199:16-200:20, 204:14-208:16, 215:9-18, 215:24-216:1, 216:2-11, 223:3-6.

Objections: None.

16. Andy Fiffick

Counter-designations: 12:23-15:10, 16:5-23, 17:15-16, 18:2-6, 18:12-25, 19:8-25, 20:3-10, 22:2-20, 22:23-23:5, 23:11-20, 24:1-5, 24:16-25:8, 25:15-26:11, 26:19-27:7-13, 27:15-16, 28:7-10, 28:22-25, 29:1-13, 29:14-25, 30:15-33:17, 34:24-35:2, 35:8-36:1, 36:19-37:18, 37:21-38:3, 38:10-39:11, 39:16-42:25, 43:22-44:13, 44:24-45:12, 46:16-19, 50:19-54:18, 58:18-59:2, 59:14-22, 60:2-6, 60:18-61:8, 61:11-15, 62:1-23, 63:3-8, 63:17-64:4, 70:1-15, 71:1-4, 71:12-72:18, 73:19-24, 74:2-77:23, 78:12-19, 78:21-25, 79:2-10, 79:21-22, 80:2-86:20, 87:3-88:5, 88:7-92:11, 93:4-94:10, 94:15-94:25, 95:1-96:3, 96:16-25, 97:8-10, 97:25-98:4, 98:11-21, 99:8-13, 99:24-100:3, 100:10-14, 100:16-101:17, 102:7-12, 103:13-105:7, 105:23-106:16, 107:24-108:17, 109:4-20, 110:21-111:15, 111:17-112:20, 113:21-115:9, 115:20-116:7, 116:21-118:7, 118:17-119:4, 119:9-120:3, 120:5-121:14, 122:4-21, 123:5-130:8, 131:5-132:1, 132:19-133:7, 133:20-135:14, 138:2-141:7, 141:11-14, 142:13-17, 142:21-143:7, 143:9-144:8, 144:23-145:16, 146:5-8, 146:10-12, 146:16-149:2, 149:12-23, 150:3-8, 150:23-151:2, 151:6-152:6, 153:5-155:25, 156:1-13, 156:20-157:1, 159:7-13, 160:12-162:24, 163:2-7, 163:16-164:10, 164:15-25, 165:16-23, 166:10-20, 167:2-169:13, 169:23-170:1, 170:10-19, 171:7-13, 171:17-25, 172:3-9, 172:11-12, 172:14-16, 172:18-177:6, 177:13-179:1, 179:10-25, 180:9-181:13, 181:15-25, 182:10-15, 182:25-183:5, 183:7-217:22, 218:16-222:4, 223:17-224:18, 225:7-227:24, 228:11-231:4, 231:9-232:25, 233:5-23, 234:1-3, 234:12-21, 234:24-235:24, 236:4-237:11, 240:21-241:21, 242:2-13, 243:2-244:21, 245:13-246:13, 246:18-247:2, 247:5-254:4, 254:6-258:24, 259:5-260:22, 261:5-20, 262:1-264:25, 265:16-18, 267:6-268:12, 268:20-269:16, 270:1-15, 270:25-271:10, 272:2-278:4, 279:2-10, 279:22-280:12, 280:25-281:7, 281:15-282:18, 283:3-284:18, 285:5-13, 287:12-22, 288:5, 288:9-12, 289:2-290:25, 291:10-293:23, 294:9-13, 294:24-295:2, 295:4-20, 296:3-17, 296:22-297:13, 297:18-301:4, 301:9-12, 301:14-302:3, 303:12-304:16, 305:3-6, 305:8-12, 305:17-21, 306:1-4, 306:7-12, 306:14-307:9, 307:20-308:11, 309:3-11, 310:8-18, 311:20-

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

313:8, 313:20-24, 314:1-5, 314:7-318:10, 318:12-319:16, 319:19-24, 320:1-11, 320:19-321:25, 322:2-324:4, 324:20-325:18, 338:17-24, 357:15-358:7, 358:22-359:2.

Objections:

351:13-17 - Rule 704 (to the extent it calls for a legal conclusion)

356:20-24 - Rule 704 (to the extent it calls for a legal conclusion)

17. Breeden John

Counter-designations: 5:1-5, 7:5-7, 15:19-16:13, 17:22-20:13, 20:14-21:15, 24:14-18, 37:7-17, 44:16-45:8, 45:9-14, 47:21-48:19, 49:24-52:4, 53:6-54:13, 55:2-13, 56:8-10, 59:4-60:6, 61:14-62:14, 63:7-11, 64:16-22, 65:6-8, 65:9-66:25, 67:18-68:5, 70:66-73:8, 78:8-81:14, 83:4-92:25, 93:10-100:21, 100:23-101:19, 102:17-106:20, 107:7-109:2, 109:3-110:3, 111:9-113:5, 113:20-23, 115:15-17, 116:22-118:13, 120:6-20, 120:21-25, 121:15-25, 122:2-5, 122:6-15, 124:2-125:2, 127:4-131:21, 132:10-135:15, 135:16-136:3, 136:4-17, 140:13-142:16, 143:5-18, 143:20-25, 144:23-145:14, 148:21-152:23, 154:19-161:16, 161:23-163:17, 165:20-166:8, 167:22-172:11, 173:4-180:4, 180:13-189:22, 191:20-192:8, 193:9-12, 194:2-7, 195:12-196:20, 198:21-199:12, 199:21-201:2, 201:16-202:17, 203:22-209:23, 211:2-212:16, 213:8-24, 214:24-217:10, 217:11-22, 218:9-220:17, 221:7-222:24, 223:12-227:17, 229:7-231:6, 233:11-235:20, 236:11-238:14, 241:10-22, 242:22-247:20, 264:20-265:2, 277:5-7, 279:20-280:4, 280:12-23, 282:2-289:14, 290:18-292:24.

Objections: None.

18. Adam Kincaid

Counter-designations: 7:13-16, 24:11-30:16, 32:14-39:6, 42:3-46:2, 47:1-50:3, 51:5-22, 54:5-56:1, 57:9-66:21, 67:9-68:6, 71:2-17:13, 73:2-9, 73:12-75:6, 75:18-78:11, 80:10-84:6, 84:10-98:20, 99:11-102:9, 102:17-103:5, 104:14-105:20, 106:2-16, 107:14-108:19, 109:21-22, 110:6-115:13, 117:7-118:6, 118:21-122:3, 122:9-125:7, 125:17-128:19, 135:11-137:8, 140:19-22, 143:17-147:15.

Objections: None

19. Sen. Shane Massey

Counter-designations: 6:11-10:11, 10:16-22, 11:25-13:21, 20:21-22:21, 23:15-25:8, 26:1-33:14, 33:24-34:22, 37:24-41:15, 43:14-44:6, 44:9-45:17, 46:1. 46:14-48:5, 54:13-58:3, 58:22-83:6, 84:19-85:2, 85:14-22, 86:19-87:11, 87:18-95:17, 97:5-104:9, 105:3-107:4, 110:18-112:24, 113:15-115:8, 116:3-25, 117:18-121:12, 121:20-129:1, 129:5-133:23, 133:24-25, 134:12-145:16, 146:9-152:17, 153:9-154:19, 155:9-158:16, 159:5-161:3, 161:18-162:14, 163:9-171:18, 175:20-176:9, 176:18-178:5, 181:4-16, 185:22-

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

    193:3,224:18-24, 231:7-232:13.

    Objections:

        152:18-25: Non-responsive; narrative answer.

        154:20-25: Narrative answer; non-responsive

        162:15-25: Rule 602 (speculation, lack of personal knowledge), narrative answer, non-responsive

        198:1-199:25: Narrative answer.

        201: 7-25: Narrative answer

        207:1-9: Narrative answer

        208:1-20: Narrative answer

        210:16-211:25: Narrative answer

        216:8-17: Narrative answer

        227:1-17: Narrative answer

20. Sen. Luke Rankin

    Counter-designations: 4:8-19, 7:19-8:1, 21:16-19, 23:11-22, 24:11-25:21, 28:1-34:7, 36:17-47:4, 48:14-49:16, 50:25-52:7, 53:24-54:12, 55:17-61:23, 64:4-70:18, 71:20-72:10, 84:4-90:19, 93:5-120:4, 123:2-126:22, 130:17-131:5, 137:10-138:15, 141:21-145:25, 148:21-151:24, 154:8-155:5, 155:15-156:6, 157:4-173:24, 174:17-176:1-17, 179:6-183:11, 185:15-187:2, 187:3-188:10, 188:13-195:3, 195:24-202:18, 202:19-203:25, 204:2-209:12, 212:16-217:25, 225:3-238:25, 240:7-244:24, 248:23-284:20, 286:19-20.

    Objections:

        287:6-9: Rule 602 (foundation, lack of personal knowledge), Rule 701 (improper lay testimony)

        287:23-288:1: Rule 602 (foundation, lack of personal knowledge), Rule 701 (improper lay testimony)

        288:14-18: Rule 602 (foundation, lack of personal knowledge), Rule 701 (improper lay testimony)

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

21. Will Roberts

   Counter-designations: 4:18-5:2, 7:18-21, 19:5-20:10, 21:13-22:16, 24:1-25, 25:9-20, 25:21-26:13, 26:21-23, 27:4-13, 32:16-33:20, 35:7-14, 35:19-24, 37:18-22, 46:7-12, 46:20-47:4, 48:6-13, 49:10-20, 50:11-17, 51:5-13, 52:24-53:9, 53:19-54:5, 55:10-12, 58:18-23, 59:11-60:2, 61:6-16, 63:20-23, 64:6-8, 64:15-65:5, 65:17-66:12, 68:21-69:13, 69:14-18, 69:19-21, 70:22-71:23, 71:24-72:11, 72:24-73:4, 73:12- 77:23, 77::24-81:18, 82:9-84:18, 84:21-25, 85:12-23, 86:6-90:25, 91:18-97:23, 97:25-100:8, 101:3:1-104:20, 105:19-110:3, 113:8-16, 113:17-21, 114:1-117:1, 117:17:17-20, 118:16-24, 119:25-120:12, 121:22-123:8, 127:1-131:2, 131:17-132:21, 132:22-133:7, 133:24-134:2, 134:3-137:15, 137:24-138:3, 139:11-23, 139:24-140:7, 140:19-24, 144:4-8, 147:10-23, 150:19-25, 151:11-15, 152:21-154:2, 154:11-24, 155:23-156:17, 158:4-13, 159:4-9, 159:10-167:13, 168:18-21, 168:22-169:10, 170:6-8, 170:9-171:1, 171:15-19, 172:8-178:20, 179:5-13, 179:23-25, 180:1-181:10, 181:20-24, 181:25-184:4, 184:15-17, 186:2-20, 193:25-195:1, 196:7-199:11, 200:1-202:17, 204:3-208:9, 208:21-210:16, 212:20-221:25, 222:1-22, 223:13-229:24, 234:4-8, 234:19-236:13, 242:21-25, 247:14-248:8, 254:19-22, 255:18-256:4, 257:4-9, 259:14-17, 259:21-260:1, 260:6-261:2.

   Objections: None.

22. Taiwan Scott

   Counter-designations: 12:1-18, 13:1-15, 14:6-15:19, 16:18-17:5, 18:2-21, 20:8-21:19, 22:9-23:17, 24:2-6. 27:8-19, 33:21-36:7, 37:4-15, 38:1-25.

   Objections:

   General Objection: The deponent is on Plaintiffs' will call list and will be available at trial. Accordingly, the deposition designations are hearsay.

   Specific Objections:

   27:8-19: Rule 502 (to the extent it calls for attorney-client communication/privilege)

23. Charles Terreni

   Counter-designations: 6:18-23, 12:25-76:15, 77:3-94:22; 96:4-167:3, 172:7-246:3, 246:14-284:10, 284:24-382:24, 411:22-419:21.

   Objections: None.

11

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

Dated: September 7, 2022

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Santino Coleman***, Fed. ID. 11914
Antonio L. Ingram II**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Adam Pergament**
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

*Motion for admission Pro Hac Vice forthcoming*
**Admitted Pro Hac Vice*

Respectfully submitted,

Christopher J. Bryant, Fed. ID 12538
BRYANT LEGAL, LLC
126 W. Henrietta St.
Baltimore, MD 21230
Tel.: (843) 779-5444
chris@bryant.legal.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

*/s/ Allen Chaney*
Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

*** *Mailing address only (working remotely from South Carolina)*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes**
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS TO HOUSE AND SENATE
DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS
SC NAACP v. Alexander

## CERTIFICATE OF SERVICE

    I hereby certify that on September 7, 2022, a true and correct copy of the foregoing was served on all counsel of record by filing with the Court's CM/ECF service.

                                                        */s/ Allen Chaney*
                                                         Allen Chaney