# EXHIBIT A

Non-Confidential Description of Documents to Be Filed Under Seal

# DOCUMENTS TO BE FILED UNDER SEAL

| DOCUMENT | NON-CONFIDENTIAL DESCRIPTION |
|---|---|
| HOUSE DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE REGARDING CLAWED-BACK PRIVILEGED DOCUMENT (ECF NO. 353) | Response to an evidentiary motion that contains quotes from a privileged communication that was deemed confidential, as well as a discussion of the document, and confidential deposition testimony regarding the document. |