## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. ALEXANDER, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-03302-MGL-TJH-RMG<br><br>**SENATE AND HOUSE DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES FOR REPLY IN SUPPORT OF SUMMARY JUDGMENT** |

Pursuant to Local Civil Rule 7.05(B)(2) (D.S.C.), the Senate Defendants and the House Defendants,[1] by and through the undersigned counsel, with the consent of Plaintiffs' counsel, *see* ECF No. 336, submit this consent motion for leave to file 8 excess pages for their Reply in Support of Summary Judgment. For the reasons that follow, the Court should grant this motion.

After requesting and receiving leave from the Court to file 10 excess pages, *see* ECF Nos. 336 & 337, Plaintiffs filed a 47-page brief with voluminous exhibits in response to the House and Defendants' Motion for Summary Judgment. *See* ECF No. 358; *cf.* Local Civil Rule 7.06 (D.S.C.) (limiting responses to 35 pages). To adequately defend this matter, the House and Senate Defendants need to fully respond to matters Plaintiffs initially raised in their response regarding whether this case should proceed to trial. *See* Local Civil Rule 7.07 (D.S.C.). The House and Defendants therefore respectfully request leave to file an additional 8 pages in reply. In total, their

---

[1] The Senate Defendants are Thomas C. Alexander, in his official capacity as President of the Senate, and Luke A. Rankin, in his official capacity as Chairman of the Senate Judiciary Committee. The House Defendants are James A. Lucas, in his official capacity as Speaker of the House of Representatives, Chris Murphy, in his official capacity as Chairman of the House of Representatives Judiciary Committee, and Wallace H. Jordan, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee. As previously noted, Jay Lucas is no longer Speaker of the House.

reply would be 22 pages instead of the 15 pages allowed under the rules. *See id.* The House and Senate Defendants are certainly cognizant and appreciative of the Court's time, and to that end, note that they are seeking 2 less pages than the 10 to which Plaintiffs initially consented last week. *See* ECF No. 336.

Plaintiffs' counsel, *see* ECF No. 336, and counsel for the Election Commission Defendants, *see* Local Civil Rule 7.02 (D.S.C.), both consent to the request for additional pages. Accordingly, for good cause shown, the House and Senate Defendants respectfully request that the Panel grant them leave to file 8 additional pages for their Reply in Support of Summary Judgment.

September 9, 2022                                  Respectfully submitted,

/s/Robert E. Tyson, Jr.
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*

/s/Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Hamilton B. Barber (Fed. ID No. 13306)

Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

*Counsel for House Defendants*