# EXHIBIT A

Excerpts from the May 4, 2022 Deposition of Mr. Boykin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CIVIL ACTION NO. 3:21-cv-03302-JMC-TJH-RMG

THE SOUTH CAROLINA STATE            )
CONFERENCE OF THE NAACP,            )
                                    )
and                                 )
                                    )
TAIWAN SCOTT, on behalf of          )
himself and all other similarly     )
situated persons,                   )         **DEPOSITION**
              Plaintiffs,           )
     v.                             )             **OF**
                                    )
HENRY D. MCMASTER, in his           )     **CHARLES J. BOYKIN, ESQ.**
official capacity as Governor       )
of South Carolina; THOMAS C.        )
ALEXANDER, in his official          )
capacity as President of the        )
Senate; LUKE A. RANKIN, in his      )
official capacity as Chairman       )
of the Senate Judiciary             )
Committee; JAMES H. LUCAS, in       )
his official capacity as Speaker    )
of the House of Representatives;    )
CHRIS MURPHY, in his official       )
capacity as Chairman of the         )
House of Representatives            )
Judiciary Committee; WALLACE        )
H. JORDAN, in his official          )
capacity as Chairman of the         )
House of Representatives            )
Elections Law Subcommittee;         )
HOWARD KNAPP, in his official       )
capacity as interim Executive       )
Director of the South Carolina      )
State Election Commission; JOHN     )
WELLS, Chair, JOANNE DAY,           )
CLIFFORD J. EDLER, LINDA MCCALL,    )
and SCOTT MOSELEY, in their         )
official capacities as members      )
of the South Carolina Election      )
Commission,                         )
                                    )
              Defendants.           )
_____)

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition of **Charles J. Boykin, Esquire,** (via Zoom) was taken by Counsel for Defendants James H. Lucas, Chris Murphy, and Wallace H. Jordan, at the hour of 10:03 a.m. on Wednesday, May 4, 2022, at the law offices of Nexsen Pruet, LLC, 1230 Main Street, Suite 700, Columbia, South Carolina, attended by counsel as follows:

**TIMMI A. PARRISH**
**VERBATIM REPORTER**

## WHITWORTH COURT REPORTING
**POST OFFICE BOX 551**
**ROEBUCK, S.C.  29376**
**864-494-2705**

38

1    A.   I suppose I would have a belief if I knew what the

2          question was.

3    Q.   Okay.  Did -- and you said you don't recall if you

4          were at the meeting where the vote occurred and you

5          don't recall if you voted for the litigation; is

6          that correct?

7    A.   That is correct.

8    Q.   Okay.  Are you generally aware of the claims being

9          brought in this litigation?

10    A.   I can't recite them off, you know, off the top of my

11          head.

12    Q.   Has anyone else talked to you about this litigation?

13    A.   Talked to me about it?  No.

14                       **(ZOOM INTERRUPTION)**

15    **EXAMINATION RESUMED BY MR. PARENTE**:

16    Q.   I'm sorry, Mr. Boykin.  We're having internet

17          issues, but it is still being record by audio, so we

18          are still on the record.  It's just the Zoom that's

19          having an issue.  But I can see and hear you fine,

20          so we're going to keep going.  When -- do you know

21          of any evidence that was presented to the Executive

22          Committee to support the allegations in this

23          lawsuit?

24    A.   I'm not aware.

25    Q.   Okay.  All right.  I'm going to move on to a

100

1          House or the Senate?

2     A.   I don't know the follow-up on these tasks.

3     Q.   Okay.  Okay.  Where it says -- look at -- or, I'm

4          sorry -- where it says, "Copies of old maps and look

5          at the numbers from 10 years ago," do you see that

6          task?

7     A.   I do.

8     Q.   And do you know what those old maps and those

9          numbers from 10 years ago refer to?

10    A.   My sense, it would have referred to the existing

11         districts.

12    Q.   Okay.  And when you say existing districts, do you

13         mean House districts, Senate, Congressional, school

14         districts?  Do you have a sense of which type of

15         district you were talking about here?

16    A.   My sense would have been whatever districts we were

17         considering from there.  That would be my sense from

18         that particular time.

19    Q.   Okay.  So, and maybe I should have asked this to

20         clarify at the beginning.  But the Redistricting --

21         I'm sorry -- the Reapportionment Committee, did it

22         mainly deal with statewide districts or local

23         redistricting, such as school boards and

24         municipalities?

25    A.   It was primarily process-driven, and so it would

101

```
 1              have dealt with them all at some level, but it was
 2              at a fairly high level, not (indiscernible).
 3         Q.   Okay.  So, this could refer to any of those
 4              districts I mentioned; it's not specific to House,
 5              Senate, Congress, or local redistricting; is that
 6              correct?
 7         A.   That is correct, yes.
 8         Q.   Okay.  So you mentioned a minute ago that it was
 9              your practice or your regular habit to state that
10              these were nonpartisan meetings; is that accurate?
11         A.   Yeah.  It should be reflected in the minutes on some
12              of the meetings when I chaired, yes.
13         Q.   Okay.  Yeah, and I think we looked at one where that
14              was stated at the beginning.  I want to look at this
15              last point that says -- well, let's go to the second
16              to last.  "Look at districts that did grow and may
17              be able to shed some population to adjacent
18              districts."  Can you explain what that task means?
19         A.   The redistricting, of course, everything has to be
20              within a certain tolerance, and so that would be a
21              function to look at where things had to be redrawn,
22              so what's gonna happen there.
23         Q.   Okay.  And when you say tolerance, can you explain
24              that term a little bit more?
25         A.   For example, if the variance could only be ten
```