# EXHIBIT C

Excerpts from the April 19, 2022 Deposition of Dr. Ruoff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CIVIL ACTION NO. 3:21-cv-03302-JMC-TJH-RMG

THE SOUTH CAROLINA STATE            )
CONFERENCE OF THE NAACP,            )
                                    )
and                                 )
                                    )
TAIWAN SCOTT, on behalf of          )
himself and all other similarly     )
situated persons,                   )          **DEPOSITION**
                Plaintiffs,         )
      v.                            )               **OF**
                                    )
HENRY D. MCMASTER, in his           )      **DR. JOHN CARL RUOFF**
official capacity as Governor       )
of South Carolina; THOMAS C.        )
ALEXANDER, in his official          )
capacity as President of the        )
Senate; LUKE A. RANKIN, in his      )
official capacity as Chairman       )
of the Senate Judiciary             )
Committee; JAMES H. LUCAS, in       )
his official capacity as Speaker    )
of the House of Representatives;    )
CHRIS MURPHY, in his official       )
capacity as Chairman of the         )
House of Representatives            )
Judiciary Committee; WALLACE        )
H. JORDAN, in his official          )
capacity as Chairman of the         )
House of Representatives            )
Elections Law Subcommittee;         )
HOWARD KNAPP, in his official       )
capacity as interim Executive       )
Director of the South Carolina      )
State Election Commission; JOHN     )
WELLS, Chair, JOANNE DAY,           )
CLIFFORD J. EDLER, LINDA MCCALL,    )
and SCOTT MOSELEY, in their         )
official capacities as members      )
of the South Carolina Election      )
Commission,                         )
                                    )
                Defendants.         )
_____)

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the within cross-noticed deposition of **Dr. John Carl Ruoff** was taken by Counsel for Defendants James H. Lucas, Chris Murphy, and Wallace H. Jordan, cross-noticed by Plaintiffs' Counsel, at the hour of 10:04 a.m. on Tuesday, April 19, 2022, at the law offices of Nexsen Pruet, LLC, 1230 Main Street, Suite 700, Columbia, South Carolina, attended by counsel as follows:

**TIMMI A. PARRISH**
**VERBATIM REPORTER**

## WHITWORTH COURT REPORTING
**POST OFFICE BOX 551**
**ROEBUCK, S.C.  29376**
**864-494-2705**

37

1           how long have you been involved with them?

2    A.    Well, I've worked with the League on a legislative

3           level for a number of years, but I became a member,

4           I don't know, ten years ago maybe, in no small part

5           because my wife was an officer in the local League.

6    Q.    Okay.  And what kind of officer or what position was

7           she with the League?

8    A.    She was the treasurer for the local League.

9    Q.    Okay.  And that was local to which branch?

10    A.    Columbia.

11    Q.    Okay.  And have you held any positions within the

12           league?

13    A.    No, I mean, other than serving on a committee or

14           two.

15    Q.    Okay.  And do you recall what the names of those

16           committees may have been?

17    A.    One of the areas I didn't list where I have some

18           expertise is non-profit and tax exempt law and the

19           -- I served on a committee that was looking at

20           bylaws.

21    Q.    Okay.  And, Doctor, with any of the organizations we

22           just discussed, particularly the League of Women

23           Voters, have you had any discussions with those

24           organizations about the litigation surrounding this

25           House plan?

38

1    A.    I mean, there were discussions about coming

2          litigation but not about this litigation.

3    Q.    Okay.  And when you say discussions about coming

4          litigation, can you explain that a little bit for

5          me?

6    A.    Well, we all understood that, as happens in most

7          states, the statewide litigation was likely to -- or

8          the statewide redistricting was likely to end up in

9          litigation of some form.

10   Q.    Okay.  And when you say we all understood, who is

11         the "we" there that you're referring to?

12   A.    I assumed everybody who works on redistricting

13         understands that litigation is a proximate

14         likelihood.  It certainly has been in South Carolina

15         over the last -- even before my time.

16   Q.    I don't disagree with you, Doctor.  Is it fair to

17         say that you expected or the "we" that we talked

18         about expected litigation to result from these plans

19         long before the plans were ever enacted?

20   A.    Well, it certainly was a possibility.

21   Q.    Okay.  So, I want to ask you a couple questions

22         about The Ruoff Group.

23   A.    You're looking at it.

24   Q.    So it's just you, huh?

25   A.    It's me.

48

1          else that you have any involvement with, with

2          respect to this redistricting cycle?

3     **BY MR. ANDREWS**:

4               Object to the form.  Go ahead.

5     **WITNESS ANSWERS**:

6     A.    Other than the League.  On behalf of the League I

7          prepared a congressional district plan for Dick

8          Harpootlian, but I never had any communications with

9          Senator Harpootlian.  And it was mainly they just --

10          he just wanted a cleanup of our -- the congressional

11          plan that the League had submitted to the Senate.

12     **EXAMINATION RESUMED BY MR. DIAMADUROS**:

13     Q.    Okay.  And who asked you to create that plan?

14     A.    Lynn Teague.

15     Q.    Okay.  And you submitted that to the Senate?

16     A.    I didn't submit it to the Senate.  It was submitted

17          to Dick Harpootlian.

18     Q.    Okay.  So, Doctor, I'm going to introduce, this next

19          document as Exhibit Number 2.

20               (WHEREUPON, HOUSE DEFENDANTS' EXHIBIT NUMBER 2

21          WAS MARKED FOR IDENTIFICATION PURPOSES, EMAIL

22          EXCHANGE.)

23     **EXAMINATION RESUMED BY MR. DIAMADUROS**:

24     Q.    I'll give you a chance to review it.  Just let me

25          know when you've reviewed it.