IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS C. ALEXANDER, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-03302-MGL-TJH-RMG <br><br> **SENATE DEFENDANTS' & HOUSE DEFENDANTS' RESPONSE TO PLAINTIFFS' *MOTION IN LIMINE* TO PRECLUDE DEFENDANTS FROM INTRODUCING EVIDENCE OR ARGUMENT SUPPORTING A RATIONALE FOR CONGRESSIONAL MAP BASED ON VOTING RIGHTS ACT COMPLIANCE** |

Plaintiffs' Motion *In Limine* To Preclude Defendants From Introducing Evidence Or Argument Supporting A Rational For Congressional Map Based on Voting Rights Act Compliance (Dkt. No. 357) is unnecessary and never should have been filed. Contrary to Plaintiffs' misrepresentation, the parties *were* able to resolve the issues "raised in [Plaintiffs'] motion" during their meet-and-confer. Dkt. No. 357 at 2 n.1. Senate Defendants' counsel confirmed on that call that the Senate Defendants and the House Defendants have not asserted, and are not asserting at trial, a defense that any alleged use of race to draw the Congressional Plan or the lines Plaintiffs challenge was "reasonably necessary" to comply with the Voting Rights Act. *Miller v. Johnson*, 515 U.S. 900, 921 (1995).

Indeed, as the Senate Defendants and the House Defendants have explained, Plaintiffs' claims fail at the threshold because the General Assembly complied with traditional redistricting principles and did not "subordinate[] [those principles] to racial considerations." *Id.* at 916; *see also* Dkt. No. 323. Moreover, Plaintiffs, rather than the Senate Defendants and the House

1

Defendants, are the parties who have made repeated, inaccurate, and improper invocations of Voting Rights Act concepts in this case, which does not present a Voting Rights Act claim or defense.  *See* Dkt. No. 323.

The Court should deny as moot Plaintiffs' Motion *In Limine* To Preclude Defendants From Introducing Evidence Or Argument Supporting A Rational For Congressional Map Based on Voting Rights Act Compliance.

September 9, 2022

Respectfully submitted,

/s/Robert E. Tyson, Jr.
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com
lstringfellow@robinsongray.com

John M. Gore (admitted *pro hac vice*)
Stephen J. Kenny (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*

/s/ Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700

Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

*Counsel for House Defendants*