# Exhibit A

**(Excerpt From August 8, 2022 Deposition of Brenda Murphy)**

3:21-cv-03302-MGL-TJH-RMG     Date Filed 09/09/22     Entry Number 373-1     Page 2 of 3

Brenda C. Murphy                                       August 8, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                    COLUMBIA DIVISION
THE SOUTH CAROLINA STATE
CONFERENCE OF THE NAACP

     and

TAIWAN SCOTT, ON BEHALF OF HIMSELF
AND ALL OTHER SIMILARLY SITUATED
PERSONS,

          Plaintiffs,

     vs.              Case No. 3:21-CV-03302-MGL-TJH-RMG

THOMAS C. ALEXANDER, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE SENATE;
LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
AS CHAIRMAN OF THE SENATE JUDICIARY
COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
CAPACITY AS SPEAKER OF THE HOUSE OF
REPRESENTATIVES; CHRIS MURPHY, IN HIS
OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
OF REPRESENTATIVES JUDICIARY COMMITTEE;
WALLACE H. JORDAN, IN HIS OFFICIAL CAPACITY
AS CHAIRMAN OF THE HOUSE OF REPRESENTATIVES
ELECTIONS LAW SUBCOMMITTEE; HOWARD KNAPP,
IN HIS OFFICIAL CAPACITY AS INTERIM
EXECUTIVE DIRECTOR OF THE SOUTH CAROLINA
STATE ELECTION COMMISSION; JOHN WELLS,
JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL,
AND SCOTT MOSELEY, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE SOUTH CAROLINA
STATE ELECTION COMMISSION,

          Defendants.
_____

DEPOSITION OF:   BRENDA C. MURPHY
                 (Via Videoconference)

DATE:            Monday, August 8, 2022

TIME:            10:00 a.m.

LOCATION:        6111 North Main Street
                 Columbia, South Carolina
```

3:21-cv-03302-MGL-TJH-RMG     Date Filed 09/09/22     Entry Number 373-1     Page 3 of 3

Brenda C. Murphy                                     August 8, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 44

1    there is splitting -- to minimize splitting.
2    Minimize packing in hopes of Black people being able
3    to have some influence over who is elected as their
4    representative.
5         Q.   All right.  So let's go through some of
6    those.  You said it was important that they were
7    contiguous.  Right?
8         A.   Yes.
9         Q.   That doesn't have anything to do with
10   race.  Correct?
11        A.   Well, I think the main thing is that
12   they are drawn in such a way that the Black vote has
13   some influence over who serves, the individual.
14   That's the primary goal.
15        Q.   Yes, ma'am.  But contiguous means that a
16   district would be next to each other.  Right?
17        A.   Yeah.  Yeah.
18        Q.   So that wouldn't have anything to do
19   with race.  Correct?
20        A.   Well, it might.
21        Q.   The communities of interest, are there
22   communities of interest that don't involve race?
23        A.   Well, yeah.  If you look at subsets,
24   yes, community subsets within a community.  But when
25   we are talking communities of interest, we are