# EXHIBIT A

*Senate and House Defendants' Response in Opposition to Plaintiffs' Motion in Limine to Exclude Intent-Related Testimony Reliant on Privileged Communications*

Page 1

```
 1
 2   IN THE UNITED STATES DISTRICT COURT.
     FOR THE DISTRICT OF SOUTH CAROLINA
 3   COLUMBIA DIVISION
     ---------------------------------------x
 4   THE SOUTH CAROLINA STATE CONFERENCE
     OF THE NAACP
 5
                       and
 6
     TAIWAN SCOTT, ON BEHALF OF HIMSELF      Case No.
 7   AND ALL OTHER SIMILARLY SITUATED        3:21-CV-03302
     PERSONS,                                JMC-TJH-RMG
 8
                            Plaintiffs,
 9
                    Vs.
10
     THOMAS C. ALEXANDER, IN HIS OFFICIAL
11   CAPACITY AS PRESIDENT OF THE SENATE;
     LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
12   AS CHAIRMAN OF THE SENATE JUDICIARY
     COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
13   CAPACITY AS SPEAKER OF THE HOUSE OF
     REPRESENTATIVES; CHRIS MURPHY, IN HIS
14   OFFICIAL CAPACITY AS CHAIRMAN OF THE
     HOUSE OF REPRESENTATIVES JUDICIARY
15   COMMITTEE; WALLACE H. JORDAN, IN HIS
     OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
16   OF REPRESENTATIVES ELECTIONS LAW
     SUBCOMMITTEE; HOWARD KNAPP, IN HIS
17   OFFICIAL CAPACITY AS INTERIM EXECUTIVE
     DIRECTOR OF THE SOUTH CAROLINA STATE
18   ELECTION COMMISSION; JOHN WELLS, JOANNE
     DAY, CLIFFORD J. EDLER, LINDA MCCALL,
19   AND SCOTT MOSELEY, IN THEIR OFFICIAL
     CAPACITIES AS MEMBERS OF THE SOUTH
20   CAROLINA STATE ELECTION COMMISSION,
21                          Defendants.
     ------------------------------------------x
22
         STENOGRAPHIC REMOTE VIRTUAL DEPOSITION
23                   BREEDEN JOHN
              Tuesday, August 9, 2022
24
25
```

Page 21

```
 1                    JOHN
 2        Q.   Would you consider any
 3   senators part of the core team or
 4   was the core team primarily Senate
 5   staff members?
 6        A.   Staff.
 7        Q.   Aside from Mr. Terreni any
 8   outside counsel?
 9        A.   No.  Not on a regular
10   basis.
11        Q.   And who would have not been
12   on a regular basis for outside
13   counsel?
14        A.   We would occasionally speak
15   with John Gore with Jones Day.
16        Q.   Do you recall how often?
17        A.   For me it was, you know,
18   over the congressional maybe four or
19   five times.  That's a rough
20   estimate, something like that.
21        Q.   For meetings were they Zoom
22   or by Zoom?
23        A.   Yes, by Zoom.
24        Q.   Did you also have email and
25   any other correspondence with
```