# Exhibit 1

Page 1

```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF SOUTH CAROLINA
                       COLUMBIA DIVISION
             CASE NO. 3:21-CV-03302-MBS-TJH-RMG


   THE SOUTH CAROLINA STATE CONFERENCE OF
   THE NAACP, AND TAIWAN SCOTT, ON BEHALF
   OF HIMSELF AND ALL OTHER SIMILARLY
   SITUATED PERSONS,
              Plaintiffs,
         vs.
   THOMAS C. ALEXANDER, HENRY D. MCMASTER,
   IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
   SOUTH CAROLINA; HARVEY PEELER, IN HIS
   OFFICIAL CAPACITY AS PRESIDENT OF THE
   SENATE; LUKE A. RANKIN, IN HIS OFFICIAL
   CAPACITY AS CHAIRMAN OF THE SENATE
   JUDICIARY COMMITTEE; JAMES H. LUCAS, IN
   HIS OFFICIAL CAPACITY AS SPEAKER OF THE
   HOUSE OF REPRESENTATIVES; CHRIS MURPHY,
   IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF
   THE HOUSE OF REPRESENTATIVES JUDICIARY
   COMMITTEE; WALLACE H. JORDAN, IN HIS
   OFFICIAL CAPACITY AS CHAIRMAN OF THE
   HOUSE OF REPRESENTATIVES ELECTIONS LAW
   SUBCOMMITTEE; HOWARD KNABB, IN HIS
   OFFICIAL CAPACITY AS INTERIM EXECUTIVE
   DIRECTOR OF THE SOUTH CAROLINA STATE
   ELECTION COMMISSION; JOHN WELLS, JOANNE
   DAY, CLIFFORD J. ELDER, LINDA MCCALL,
   AND SCOTT MOSELEY, IN THEIR OFFICIAL
   CAPACITIES AS MEMBERS OF THE SOUTH
   CAROLINA STATE ELECTION COMMISSION,

              Defendants.

   DEPOSITION OF:    ANDREW THEODORE FIFFICK
                     (Appearing via VTC)

   DATE:             July 21, 2022

   TIME:             10:10 a.m.
```

Page 266
1  recall this bit. I think he was trying to decide
2  how many people in Daniel Island.
3      Q.  Was it common for Senator Campsen to
4  use his personal Gmail to correspond about
5  congressional redistricting?
6      A.  No, huh-uh. I mean, not that I can
7  recall. He didn't do a lot of email so, no.
8      Q.  Were you involved in the preparation of
9  the data reported here?
10     A.  No.
11     Q.  Do you know why there was a focus on
12 Charleston and Daniel Island?
13     A.  Because that's the area that Chip
14 Campsen represents.
15         MS. ADEN: Raymond, I'm not sure if 15
16 is the right document that you've uploaded into
17 Exhibit Share. It's South Carolina Senate 22549,
18 22550, which you might see at the end. Are you
19 hearing me because I can't hear you.
20         MR. AUDAIN: Yeah, I'm hearing you.
21 We're at 13. You said tab 70?
22         MS. ADEN: Yes. Oh, wait. I
23 understand why. I somehow got into the wrong
24 folder.
25         Can we go off the record for just two

Page 267
1  minutes? I want to make sure I'm in the right
2  folder.
3          THE REPORTER: Yes.
4          MS. ADEN: Okay. I'm back. Thank you.
5  BY MS. ADEN:
6      Q.  If you could look at the document
7  titled 2250 or Bates stamped 22550, I apologize.
8      A.  I don't see one marked that, but it's
9  the next page, I assume.
10     Q.  Yeah, I think it fell off. I apologize
11 for that too. South Carolina Senate 22550.
12     A.  Yep. I've got it.
13     Q.  What information is this chart
14 reporting?
15     A.  It looks like it's got -- is it maybe
16 that 19,000 people or subtracted 19,000 people from
17 Charleston and Daniel Island? Looks to be
18 comparisons population.
19     Q.  So the DI in the second set of data on
20 the bottom, DI is referring to Daniel Island?
21     A.  I think so.
22     Q.  And does it look like it's reporting
23 the population numbers and Trump support in several
24 counties under various plans?
25     A.  Yes, it is.

Page 268
1      Q.  And the counties include Charleston,
2  Berkeley, Dorchester, and Beaufort?
3      A.  Yes.
4      Q.  And the plans considered are the
5  Benchmark 2011 plan, the Senate Staff Plan, the
6  House Judiciary Plan, and the House Judiciary Plan
7  Senate Amendment 1?
8      A.  Yes.
9          MR. TYSON: Leah, I don't know, did you
10 say Benchmark 2011?
11         MS. ADEN: Sorry, 2020. Thank you for
12 correcting me. Benchmark 2020.
13 BY MS. ADEN:
14     Q.  Is it Benchmark 2020 or does it
15 actually say? But would you assume that it would
16 be or do you know?
17     A.  With the number that, I would assume it
18 would be. I don't know. I couldn't tell you from
19 this document.
20     Q.  Looking at all of the measures -- and I
21 want to focus on the Trump column -- does it
22 reflect that in all of the plans compared -- and
23 again, we don't know which benchmark we're
24 referring to, but between the plans compared, that
25 in Charleston, Berkeley, Dorchester, and Beaufort,

Page 269
1  that the Trump share of the vote increased from the
2  Benchmark Plan?
3      A.  Yes. I think you can see.
4      Q.  From 53 percent to over 54 percent in
5  some of those areas?
6      A.  Yes.
7      Q.  And it looks like under both measures,
8  the top columns -- the top rows and the bottom
9  rows, that the population of Charleston is reduced
10 significantly from the Benchmark Plans or reduced?
11     A.  Yes. I think so.
12     Q.  Is this the type of political data that
13 we've been discussing this afternoon that was
14 reported with plans that you and others who were
15 working on plans would provide?
16     A.  Sure. Yeah.
17     Q.  Did you attend the meeting where this
18 information -- was there a meeting where this
19 information was shared to Senator Campsen?
20     A.  I don't recall whether this was
21 something we shared with him at a meeting or got
22 to -- I'm sure at some point he talked with us
23 about it, I'd say. He wouldn't have just received
24 this information cold and not discussed it at some
25 point.