# Exhibit 5

Page 1

```
 1              UNITED STATES DISTRICT COURT
               DISTRICT OF SOUTH CAROLINA
 2                  COLUMBIA DIVISION

 3
    THE SOUTH CAROLINA STATE
 4  CONFERENCE OF THE NAACP,

 5  and

 6  TAIWAN SCOTT, on behalf of
    himself and all other
 7  similarly situated persons,

 8       Plaintiffs,

 9  v.                      CASE NO.: 3:21-cv-03302-JMC-TJH-RMG

10  HENRY D.  MCMASTER, in his official
    Capacity as Governor of South Carolina;
11  HARVEY PEELER, in his official capacity
    As President of the Senate; LUKE A.
12  RANKIN, in his official capacity as
    Chairman of the Senate Judiciary
13  Committee; JAMES H.  LUCAS, in his
    official capacity as Speaker of the
14  House of Representatives; CHRIS MURPHY,
    in his official capacity as Chairman
15  of the House of Representatives
    Judiciary Committee; WALLACE H.  JORDAN,
16  in his official capacity as Chairman
    of the House of Representatives
17  Elections Law Subcommittee; HOWARD KNABB,
    in his official capacity as interim
18  Executive Director of the South Carolina
    State Election Commission; JOHN WELLS,
19  JOANNE DAY, CLIFFORD J. ELDER,
    LINDA MCCALL, and SCOTT MOSELEY,
20  in their official capacities as
    members of the South Carolina State
21  Election Commission,

22       Defendants.
    _____/
23
                 TRANSCRIPTION OF PROCEEDINGS
24              Wednesday, January 19, 2022
       File Name:  20220119SJudiciaryFullCommittee11673_1.mp4
25         Run Time:  01:17:25 (hours, minutes, seconds)
```

Confidential

SCNAACP_CD_006846

1    to know is whether there is racial bloc voting, I

2    mean, in terms of adjusting these districts.  I mean,

3    it's instead of worrying about what the percentage of

4    African American vote is, you want to know whether

5    there's racial bloc voting; is that correct?  In other

6    words, will -- is there a group of white people that

7    would never vote for black people?  And you can do

8    that, and that analysis is done all the time.

9            SENATOR CAMPSEN:  Is this the third Gingles test?

10           SENATOR HARPOOTLIAN:  Is that correct?

11           SENATOR CAMPSEN:  That's -- generally, that's my

12   understanding of it.

13           SENATOR HARPOOTLIAN:  Okay.  Was there any racial

14   bloc voting analysis done?  If so, by who?  Was there

15   an expert?  Typically, they're experts involved.  Was

16   there any racial bloc voting analysis done in the --

17   in compiling this plan?

18           SENATOR CAMPSEN:  Well, that's not for -- that's

19   something that would happen if and when a plan is

20   litigated.  As far as that analysis that -- I'm not

21   aware of that being done here, but that's something

22   that -- that would be what a -- a plaintiff, if they

23   were to file suit against this, would -- would provide

24   and argue.

25           SENATOR HARPOOTLIAN:  Well, you -- well, I

Confidential

Page 33

1    understand that would be something raised by somebody

2    in a lawsuit.  But assuming we're trying to avoid a

3    lawsuit, wouldn't it have been productive to get

4    racial bloc voting analysis done so that we all

5    understand whether or not to -- to in create -- in

6    creating this -- this --

7        SENATOR CAMPSEN:  Well --

8        SENATOR HARPOOTLIAN:  -- plan, that that -- that

9    was not a factor that --

10        SENATOR CAMPSEN:  Well, I have it -- it would

11    have resulted in us perhaps taking race into account

12    and having racial targets, which would be --

13        SENATOR HARPOOTLIAN:  Acceptable under Gingles?

14        SENATOR CAMPSEN:  No.  That's -- that's an

15    analysis that -- that the Court is -- is to apply.

16    But we are -- we are to not take race primarily into

17    account in drawing this.

18        SENATOR HARPOOTLIAN:  Primarily.

19        SENATOR CAMPSEN:  And I took it hardly at all

20    into account.

21        SENATOR HARPOOTLIAN:  Well, but every -- every --

22        SENATOR CAMPSEN:  And it's up to -- it's up to up

23    to a Court if someone files an action to make that --

24    to do that analysis and do -- and make that claim.

25    But we don't want to get -- we don't want to draw

Confidential

SCNAACP_CD_006878

1    districts on the basis of race.  We want to draw it on

2    the basis of -- of other redistricting principles.

3        SENATOR HARPOOTLIAN:  So why do we have race in

4    any of this analysis?  I mean, when I -- the analysis,

5    I've got page after page on all these plans.

6        SENATOR CAMPSEN:  The staff have -- I mean, they

7    -- they provide that.

8        SENATOR HARPOOTLIAN:  Why?

9        SENATOR CAMPSEN:  As far as looking at drawing

10   districts, I didn't -- I didn't consider any of that.

11   I wanted them to tell me if we were in a -- if we had

12   any problems, you know, with --

13       SENATOR HARPOOTLIAN:  But how would you --

14       SENATOR CAMPSEN:  -- Gingles or anything else.

15   But I wanted to be colorblind.

16       SENATOR HARPOOTLIAN:  Well, but you weren't

17   colorblind, were you?

18       SENATOR CAMPSEN:  It can be a factor, but it's

19   not a predominant factor.

20       SENATOR HARPOOTLIAN:  But if you had done --

21       SENATOR CAMPSEN:  A racial (indiscernible) would

22   factor --

23       SENATOR HARPOOTLIAN:  -- a racial bloc voting

24   analysis, you would have -- you could have determined

25   whether or not race was a factor that -- that should

Confidential

1   have been taken into consideration.  If you did -- I

2   mean, if the analysis as it was in 1988 or '86 when I

3   ran for county council, virtually no white person

4   would vote for a black person, period, in Richmond

5   County.

6       And so that's why we went to single member

7   districts.  That analysis was done.  You don't think

8   we should have done that analysis before drafting this

9   plan?  And if your answer is no, I'll move on.

10      SENATOR CAMPSEN:  Well, I know you wanted -- you

11  wanted that, but I think the subcommittee decided not

12  to do that.

13      SENATOR HARPOOTLIAN:  I understand

14  (indiscernible).

15      SENATOR CAMPSEN:  It was not my decision, but it

16  was a subcommittee decision.

17      SENATOR HARPOOTLIAN:  But in drafting this plan,

18  you did not take into consideration any racial bloc

19  voting analysis and --

20      SENATOR CAMPSEN:  We did not do that analysis, as

21  the subcommittee conclude -- decided that we would

22  not.

23      SENATOR HARPOOTLIAN:  Right.  So would that --

24  that idea to even do racial bloc analysis was rejected

25  by the subcommittee and, therefore, was not a

Confidential

SCNAACP_CD_006880