# Exhibit 6

1

1

2  IN THE UNITED STATES DISTRICT COURT.
   FOR THE DISTRICT OF SOUTH CAROLINA
3  COLUMBIA DIVISION
   --------------------------------------x
4  THE SOUTH CAROLINA STATE
   CONFERENCE OF THE NAACP
5
     and
6
   TAIWAN SCOTT, ON BEHALF OF HIMSELF
7  AND ALL OTHER SIMILARLY SITUATED
   PERSONS,
8
              Plaintiffs,
9
     Vs. Case No. 3:21-CV-03302-JMC-TJH-RMG
10
   THOMAS C. ALEXANDER, IN HIS OFFICIAL
11 CAPACITY AS PRESIDENT OF THE SENATE;
   LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
12 AS CHAIRMAN OF THE SENATE JUDICIARY
   COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
13 CAPACITY AS SPEAKER OF THE HOUSE OF
   REPRESENTATIVES; CHRIS MURPHY, IN HIS
14 OFFICIAL CAPACITY AS CHAIRMAN OF THE
   HOUSE OF REPRESENTATIVES JUDICIARY
15 COMMITTEE; WALLACE H. JORDAN, IN HIS
   OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
16 OF REPRESENTATIVES ELECTIONS LAW
   SUBCOMMITTEE; HOWARD KNAPP, IN HIS
17 OFFICIAL CAPACITY AS INTERIM EXECUTIVE
   DIRECTOR OF THE SOUTH CAROLINA STATE
18 ELECTION COMMISSION; JOHN WELLS, JOANNE
   DAY, CLIFFORD J. EDLER, LINDA MCCALL,
19 AND SCOTT MOSELEY, IN THEIR OFFICIAL
   CAPACITIES AS MEMBERS OF THE SOUTH
20 CAROLINA STATE ELECTION COMMISSION,

21 Defendants.
   ----------------------------------------x
22
   STENOGRAPHIC REMOTE VIRTUAL DEPOSITION
23           BREEDEN JOHN
          Tuesday, August 9, 2022

24

25

2

1

2               August 9, 2022

3               10:00 a.m.

4

5

6        T R A N S C R I P T of the

7    stenographic remote virtual deposition

8    of BREEDEN JOHN, pursuant to the

9    Federal Rules of Civil Procedure, held

10    remotely on Tuesday, August 9, 2022,

11    commencing at approximately 10:00 a.m.

12    (EST), reported by and before Erica

13    Ruggieri, a Registered Professional

14    Reporter, Certified Court Reporter,

15    and Notary Public of the State of New

16    York and New York.

17

18

19

20

21

22

23

24

25

3

1

2  APPEARANCES OF COUNSEL:

3  (Via Videoconference)

4

5  ATTORNEYS FOR THE PLAINTIFFS:

6  THE SOUTH CAROLINA STATE CONFERENCE OF

7  THE NAACP AND MOON DUCHIN, PHD:

8  NAACPLEGALDEFENSE&EDUCATIONALFUND, INC.

9  BY: JOHN CUSICK

10     40 Rector Street, Fifth Floor

11     New York, New York 10006

12     917-858-2870

13     laden@naacpldf.org

14     jcusick@naacpldf.org

15  -and

16  ARNOLD & PORTER

17  JOHN HINDLEY

18

19

20  APPEARANCES OF COUNSEL: (Cont'd)

21  (Via Videoconference)

22

23  ATTORNEYS FOR THE HOUSE DEFENDANTS:

24  NEXSEN PRUET, LLC

25  BY: HAMILTON BARBER

4

1

2   104 South Main Street, Suite 900

3   Greenville, South Carolina 29601

4   864-370-2211

5   AMathias@nexsenpruet.com

6

7   ROBINSON GRAY

8   THOMAS C. ALEXANDER, IN HIS OFFICIAL

9   CAPACITY AS PRESIDENT OF THE SENATE;

10  LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY

11  AS CHAIRMAN OF THE SENATE JUDICIARY

12  COMMITTEE;

13  LISLE TRAYWICK,

14

15

16  APPEARANCES OF COUNSEL: (Cont'd)

17  (Via Videoconference)

18

19  ATTORNEYS FOR ELECTION DEFENDANTS:

20  BURR & FORMAN, LLP

21   BY: JANE W. TRINKLEY

22     1221 Main Street, Suite 1800

23     Columbia, South Carolina 29201

24     803-799-9800

25     Jtrinkley@burr.com

                5

 1

 2   10:06

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20   Q.  Sir, you mentioned that

21   there was some areas that

22   Congressman Clyburn might have not

23   wanted in his district.  Do you

24   recall any specifics?

25   A.  Well, actually I really

                    50

1

2    don't recall any -- I don't recall

3    any specific areas he didn't want

4    and -- if we talked about areas in

5    terms of he didn't want in the

6    6th District it was very -- it was a

7    small portion of the conversation.

8    It was more about areas that he did

9    like, the Congressman did want to

10   see in the 6th District.

11   Q.  And were you all presenting

12   that or what was -- I guess what

13   grounded the discussion for the

14   district?

15   A.  No, we -- it was a fairly

16   informal meeting really.

17   Mr. Tresvant had brought a printed

18   paper map with him and we had -- I

19   believe we had the benchmark map up

20    on the projector of the current

21    districts. That's how we usually

22    did with any meetings really of the

23    benchmark and worked from there.

24       Q. Was it a map that you

25    understood Representative Clyburn's

                        51

 1

 2    office had created?

 3       A. No. I wasn't sure who

 4    created it. Like I said, I got

 5    there a little bit late so I didn't

 6    know if they had talked about that

 7    before I got there or not, but I

 8    didn't ask who created it.

 9       Q. Did you understand any of

10    the -- Mr. Tresvant? Is that right?

11       A. Yes, Tresvant.

12       Q. Did you understand any of

13    the suggestions to be requests on

14    behalf of Congressman Clyburn or

15    more informal discussions about the

16    district?

17       A. It was more informal

18    discussions less so not requests

19    just kind of maybe a statement of

20   preferences, you know, it would be

21   nice if X area was included but it

22   wasn't a specific request.

23        Q.   Were you involved at all in

24   any follow-up with anyone else from

25   Representative Clyburn's office

                        52


 1

 2   after this meeting?

 3        A.   No.

 4        Q.   Did you have any other

 5   conversations or become aware of

 6   conversations about any other

 7   suggestions or thoughts from

 8   Representative Clyburn's office?

 9        A.   No, not that I recall.

10        Q.   Were you involved in any

11   discussions with anyone from

12   Congressman Wilson's office?

13        A.   I was in the room while

14   Charlie Terreni spoke with, I think

15   it was directly with Congressman

16   Wilson or it could have been a

17   staffer.  So I guess I overheard a

18   conversation but I wasn't really

19   involved.

20  Q.  Was that in -- I assume it
21  was -- was that in Senator Rankin's
22  office too?
23  A.  Yes, it was.
24  Q.  Do you recall how long that
25  meeting was?

                   53

1
2  A.  That phone conversation was
3  fairly short.  Five minutes at the
4  most I would think.
5  Q.  You mentioned you weren't
6  part of the conversation.  Did you
7  and Mr. Terreni have any
8  conversation after it with any
9  feedback or debrief?
10  A.  We just kind of talked
11  about what they discussed on the
12  phone and it was -- again it was
13  Mr. Terreni, Fiffick, Will Roberts,
14  myself.  We were working -- we were
15  just working on maps and I don't
16  remember what spurred the
17  conversation but he called the
18  Congressman.  He called whoever it
19  was he spoke with, whether it was

20   the Congressman or a staffer I don't

21   recall exactly but they just talked

22   about -- about the districts.  I

23   don't recall -- I don't think that

24   -- I know it was prior to the Senate

25   releasing their staff congressional

54

1

2   plan and I don't think that the

3   House had put anything out yet.  So

4   I don't exactly remember what the

5   impetus was for the conversation.

6      Q.  Do you recall any feedback

7   from either Congressman Wilson or

8   his office on how CD 2 should be

9   drawn?

10      A.  Yes.  I remember their

11   express interest in Fort Jackson

12   being included in the 2nd.  That was

13   really the only specific area I

14   recall.

15      Q.  Were you involved in any

16   follow-up after that initial

17   meeting?

18      A.  No.

19      Q.  Did you at all become aware

20    of any additional feedback from

21    Congressman Wilson's office on any

22    proposed maps by the Senate

23    subcommittee?

24        A.   No, not that I recall.

25        Q.   Were you at all involved in

                        55

1

2    any discussions with Congresswoman

3    Mace's office about CD 1?

4        A.   No.

5        Q.   Do you recall receiving any

6    feedback from other members of the

7    Senate staff regarding input from

8    Congresswoman Mace's office?

9        A.   No, I don't.

10        Q.   What about any feedback or

11    conversations with Congressman

12    Rice's office?

13        A.   No.

14        Q.   Outside of these members

15    any other members of Congress or

16    former members of Congress that you

17    recall speaking to during the

18    congressional redistricting process?

19        A.   None that I spoke to.

20     Q.  Who else were you aware of

21   that was -- had conversations?

22     A.  Andy Fiffick spoke with

23   Congressman Timmons at one point.

24     Q.  Anyone else?

25     A.  That's all I remember.

                  56

1

2     Q.  Did you receive any

3   instructions for how you should

4   assess or evaluate any of the

5   feedback you received from members

6   of Congress in drawing maps?

7     A.  Not particularly.

8     Q.  Would you consider

9   suggestions they had of equal weight

10   to members of the public?

11     A.  Yes, for the most part.

12   The feedback that we got from them I

13   would say yes for the most part.

14     Q.  Were there any political

15   organizations that you had

16   conversations with?

17     A.  No.

18     Q.  Anyone obvious working on

19   behalf of any organizations?