# Exhibit 8

```
                                                              Page 1
 1
 2
 3
 4
 5
 6
 7
 8              Transcription of Video File:
 9     20211129SJudiciaryRedistrictingSubcommittee11582_1
10
11              Date:    November 29, 2021
12               Video Runtime:    1:32:48
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

1  District plan proposal.  And we have done
2  our homework, and we released that staff
3  plan with a press release, and on the
4  redistricting website, on Tuesday November
5  23rd.  The plan that staff has proposed is
6  what I would call a minimal change plan.
7  Our goal was to bring the Congressional
8  Districts back into deviation compliance,
9  while maintaining the core constituencies of
10 the districts.  And with this plan, we have
11 accomplished that.
12      The current districts have a total plan
13 deviation of 23.58%, the plan that staff has
14 proposed has a zero percent deviation --
15 total plan -- total plan deviation.  The
16 major change in the Congressional Districts
17 through this redistricting process, was
18 really between Districts 1 and District 6.
19 District 1 now includes east -- portions of
20 eastern Berkley County, all of Hanahan, and
21 the Daniel Island portion of Berkley County.
22 And those are areas that are currently in
23 Congressional District 6.
24      District 6 still includes the majority
25 of the City of Charleston and North

Page 6

```
 1   Charleston area, but now includes
 2   significant portions of John's Island and
 3   West Ashely that are currently in
 4   Congressional District 1.  Also, District 1
 5   extends further down the coast to include a
 6   portion of Jasper County, reflecting
 7   testimony we heard at the public hearings
 8   about the growth and communities of interest
 9   in the low country area.
10        Some quick highlights of other
11   districts.  District 2 fixes some precinct
12   splits in Richland County, as well as making
13   a few swaps.  It also includes the --
14   District 2 picks up the Limestone area of
15   Orangeburg County, and that was done after
16   hearing comments at a public hearing in
17   Orangeburg earlier on this year.  District
18   3, Newberry County is made whole.
19   Otherwise, mostly minor changes to the
20   current district, to accommodate shifts in
21   population.  District 4 picks up some
22   precincts on the south side of Greenville
23   County from District 3, out towards the
24   Simpsonville area.  District 5, it includes
25   more of the area in Boiling Springs and
```

Page 21

1  parties continue to move to the extremes.
2  The far left, the far right, and nothing
3  gets done, and our infrastructure crumbles,
4  all health care prices go up.  All the
5  problems that need to get solved, go
6  ignored.  Or -- or you can simply ignore the
7  partisan hacks in Washington D.C., you can
8  say, "to hell with what they want."  And
9  focus on what the people of South Carolina
10 want.  Fair maps, keeping communities of
11 interest together, not dividing communities
12 based upon the color of their skin.  Not
13 packing black voters into one district.  The
14 future of this country, the future of this
15 state, and our politics, rest entirely in
16 your hands.  And I would beg that you handle
17 it with care.  I yield back.
18         CHAIRMAN RANKIN:  Alright, questions of
19 Mr. Cunningham?  Representative Cunningham?
20 Otherwise, -- yes, ma'am, Senator?
21         SENATOR MATTHEWS:  Just a couple of
22 questions.  Joe, you know, we've had to work
23 together a lot for the better of South
24 Carolina many times.  But I listen to our
25 cartographer talk, and yes, you're exactly

Page 22

```
 1   correct as it relates to the scheduling and
 2   timing.  I want you to know that as a member
 3   of this Subcommittee -- and I've tried to be
 4   present and work with the committee as much
 5   as possible -- I was not involved in the
 6   preparation of this map at all.  No input
 7   into the six counties that I've represented
 8   over the years.  Because the first glaring
 9   problem that I see is yes, we went to public
10   hearings, and one or -- and in my area, I
11   paid much, much more attention.
12        If you looked at the bottom of the map,
13   where it refers to Sun City.  Sun City in
14   Jasper County, and that leads from Hilton
15   Head.  We heard it over and over when we
16   went there, that Sun City, the area that
17   includes Palmetto Bluffs, Margaritaville,
18   all of those areas down there, they spec--
19   even though they're at Jasper County per
20   say, they felt that they had more in common
21   with Beaufort.  Hilton Head area.  So,
22   therefore the committee on the Senate maps,
23   we all understood that they needed -- that
24   part of Jasper, which grew very much, needed
25   to be with Beaufort.  So, it makes no sense
```