# Exhibit 12

Page 1

1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
2                    COLUMBIA DIVISION
3
   THE SOUTH CAROLINA        )
4  STATE CONFERENCE OF       )
   THE NAACP, et al.,        )
5                            )
                             )
6            Plaintiffs,     )   Case No. 3:21-CV-03302-MGL-
                             )   TJH-RMG
7  vs.                       )
                             )
8  THOMAS C.                 )
   ALEXANDER, et al.,        )
9                            )
                             )
10           Defendants.     )
                             )
11
12
13
14           Videotaped Remote Deposition of
15          SENATOR GEORGE EARLE CAMPSEN, III
16                 (Taken by Plaintiffs)
17              Isle of Palms, South Carolina
18                Friday, August 5, 2022
19
20
21
22
23
24              Reported in Stenotype by
              Lauren M. McIntee, RPR, CRR
25    Transcript produced by computer-aided transcription

```
 1                  APPEARANCES
 2   ON BEHALF OF THE PLAINTIFFS:
 3            John S. Cusick, Esquire (via Zoom)
              Leah C. Aden, Esquire (via Zoom)
 4            NAACP Legal Defense & Educational Fund, Inc.
              40 Rector Street, 5th Floor
 5            New York, New York 10006
              (212) 965-7715
 6            Jcusick@naacpldf.org
              Laden@naacpldf.org
 7
              -and-
 8
              Adriel Cepeda, Esquire (via Zoom)
 9            American Civil Liberties Union Foundation
              125 Broad Street, 18th Floor
10            New York, New York 10004
              (212) 549-2500
11            acepedaderieux@aclu.org
12
     ON BEHALF OF THE SENATE DEFENDANTS:
13
              Vordman Carlisle Traywick, III, Esquire (via Zoom)
14            Cynthia Nygord, Esquire (via Zoom)
              Robinson Gray, LLC
15            1310 Gadsden Street
              Columbia, South Carolina 29201
16            (803) 231-7845
              Ltraywick@robinsongray.com
17            Cnygord@robinsongray.com
18            -and-
19            John M. Gore, Esquire (via Zoom)
              Jones Day
20            51 Louisiana Avenue NW,
              Washington, District of Columbia 20001
21            (202) 879-3939
              Jmgore@jonesday.com
22
23
24
25
```

```
                                                        Page 3

 1     ON BEHALF OF THE ELECTION DEFENDANTS:
 2               Jane W. Trinkley, Esquire (via Zoom)
                 Burr & Forman, LLP
 3               1221 Main Street, Suite 1800
                 Columbia, South Carolina 29201
 4               (803) 753-3241
                 Jtrinkley@burr.com
 5
 6     ON BEHALF OF THE HOUSE DEFENDANTS:
 7               Rhett Ricard, Esquire (via Zoom)
                 Nexsen Pruet, LLC
 8               205 King Street, Suite 400
                 Charleston, South Carolina 29401
 9               (843) 720-1707
                 Rricard@nexsenpruet.com
10
       ALSO PRESENT:
11
       Brendan Rolland (via Zoom)
12
       Michael Kirby, Videographer (via Zoom)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1    VIDEOTAPED REMOTE DEPOSITION OF SENATOR GEORGE EARLE
2    CAMPSEN, III, a witness called on behalf of Plaintiffs,
3    before Lauren M. McIntee, Registered Professional
4    Reporter, Certified Realtime Reporter, and Notary
5    Public, in and for the State of North Carolina, in Isle
6    of Palms, South Carolina, on Friday, August 5, 2022,
7    commencing at 9:10 a.m.

```
                                                          Page 5
 1                    INDEX OF EXAMINATIONS
 2      By Mr. Cusick...................................Page 9
        By Mr. Traywick.................................Page 210
 3
 4
 5                      INDEX OF EXHIBITS
 6
         NUMBER      EXHIBIT                                MARKED
 7
         Exhibit 1   Subpoena                                  46
 8
         Exhibit 2   Senator George Campsen's                  49
 9                   Objections and Responses to
                     Plaintiffs' Subpoena to Produce
10                   Documents, Information, or Objects
                     or to Permit Inspection of
11                   Premises in a Civil Action
12       Exhibit 3   Text Messages                             57
                     (SCSENATE_00027301 to 27316)
13
         Exhibit 4   2021 Policy For Public Plan              111
14                   Submissions, South Carolina Senate
                     Judiciary Committee Redistricting
15                   Subcommittee
                     (SCSENATE_00003723 to 3724)
16
         Exhibit 5   Email Exchange Ending on the First      114
17                   Page From Lynn Teague to Paula
                     Benson, Dated September 30, 2021
18                   (SCSENATE_00003749 to 3751)
19       Exhibit 6   Email Exchange Ending on the First      116
                     Page From Lynn Aden to Senate
20                   Redistricting, et al., Dated
                     October 8, 2021
21                   (SCSENATE_00003798 to 3834)
22       Exhibit 7   2021 Redistricting Guidelines,          118
                     South Carolina Senate Judiciary
23                   Committee, Redistricting Subcommittee
                     (SCSENATE_00003721 to 3722)
24
         Exhibit 8   July 20th of 2021 Hearing Transcript    124
25                   (SCNAACP_CD_011429 to 11485)
```

```
                                                        Page 6
 1                    EXHIBITS (Cont'd)
 2     NUMBER      EXHIBIT                               MARKED
 3     Exhibit 9   September 13, 2021, Email From          157
                   Madison Faulk to Maura Baker with
 4                 Attachments
                   (SCSENATE_00022919 to 22925)
 5
       Exhibit 10  November 12th Senate Judiciary          159
 6                 Hearing
                   (SCNAACP_CD_011844 to 11843)
 7
       Exhibit 11  Staff Subcommittee Plan Map             163
 8
       Exhibit 12  November 29th, 2021, Hearing            171
 9                 Transcript
                   (SCNAACP_CD_011729 to 11934)
10
       Exhibit 13  January 5, 2022, Email From Will        174
11                 Roberts to Senator Campsen
                   (SCSENATE_00022581 to 22584)
12
       Exhibit 14  Text Messages                           177
13                 (SCSENATE_00027173 to 27174)
14     Exhibit 15  Email Exchange Ending on the First      178
                   Page From Breeden John to Chip
15                 Campsen, et al., Dated October 8,
                   2021, with Attachment
16                 (SCSENATE_00022547 to 22549)
17     Exhibit 16  January 11, 2022, Email From            180
                   Breeden John to Chip Campsen, et
18                 al., with Attachment
                   (SCSENATE_00022561 to 22564)
19
       Exhibit 17  January 11, 2022, Email From            181
20                 Michelle McGee to Luke Rankin, et al.
                   (SCSENATE_00022556 to 22557)
21
       Exhibit 18  January 13, 2022, Hearing               188
22                 Transcript
                   (SCNAACP_CD_011935 to 12054)
23
       Exhibit 19  January 17, 2022, Email From            193
24                 Robert Oppermann to Andy Fiffick
                   with Attachment
25                 (SCSENATE_00003269 to 3277)
```

```
                                                              Page 7

 1                      EXHIBITS (Cont'd)
 2     NUMBER        EXHIBITS                                 MARKED
 3     Exhibit 20    List of Written Testimony Received        196
                     After Announcement of Meeting,
 4                   January 11, 2022
                     (SCSENATE_00023933 to 24040)
 5
       Exhibit 21    January 16, 2022, Email From Will         197
 6                   Roberts to Andy Fiffick with
                     Attachment
 7                   (SCSENATE_000022528 to 22530)
 8     Exhibit 22    January 17, 2022, Email From              199
                     Breeden John to Chip Campsen, et
 9                   al., Zoom Invite
                     (SCSENATE_00022510)
10
       Exhibit 23    January 18, 2022, Email From Paula        199
11                   Benson to Chip Campsen, et al.,
                     with Attachment
12                   (SCSENATE_000022356 to 22364)
13     Exhibit 24    January 18, 2022, Email From Luke         201
                     Rankin to Andy Fiffick with
14                   Attachment
                     (SCSENATE_00022289 to 22291)
15
       Exhibit 25    January 19, 2022, Hearing                 204
16                   Transcript
                     (SCNAACP_CD_013197 to 13264)
17
       Exhibit 26    January 20, 2022, Hearing                 207
18                   Transcript
19
20
21
22
23
24
25
```

Page 8

1    THE VIDEOGRAPHER:  We're on the record at
2    9:10 a.m.  This is the deposition of Senator George
3    E. Campsen, III.  This deposition is being held on
4    August 5th, 2022.  The court reporter is Lauren
5    McIntee.  The videographer is Michael Kirby.  The
6    court reporter will now do the swearing.
7    THE COURT REPORTER:  Participating attorneys
8    recognize that all parties, including the witness
9    and court reporter, are participating remotely.  In
10   lieu of an oath administered in person, the witness
11   will verbally declare that their testimony in this
12   deposition is under penalty of perjury and will be
13   the truth, the whole truth, and nothing but the
14   truth.
15   Counsel stipulate that all objections to the
16   remote participation are waived.  Please state your
17   name and indicate your agreement on the record.
18   MR. TRAYWICK:  Lisle Traywick agrees on
19   behalf of the Senate defendants.
20   MR. CUSICK:  John Cusick agrees behalf of
21   plaintiffs.
22   MS. TRINKLEY:  Jane Trinkley on behalf of the
23   Election defendants.
24   THE COURT REPORTER:  If that's all, counsel,
25   you may proceed.

Page 9

1              MR. CUSICK:  Thank you.
2                      EXAMINATION
3     BY MR. CUSICK:
4         Q.   Good morning, Senator Campsen.  How are you
5     doing today?
6         A.   Good morning.  Doing fine.  Thank you.
7         Q.   My name is John Cusick.  I'm one of the
8     attorneys representing the plaintiffs in this lawsuit,
9     The South Carolina State Conference of the NAACP versus
10    Alexander.  If you could please state your full name for
11    the record, spelling your last name.
12        A.   George Earle Campsen, III.  C-A-M-P-S-E-N.
13        Q.   Great.  Thank you.
14             MR. CUSICK:  And I'd like to just briefly go
15        around the virtual room, if you will, for any
16        attorneys planning to make an appearance today.  And
17        we can begin with House defendants.
18             Hearing none, I will turn to the Election
19        defendants, Ms. Trinkley.
20             MS. TRINKLEY:  We're here.
21             MR. CUSICK:  Great.  And anyone else from the
22        Senate defendants?
23             MR. TRAYWICK:  Lisle Traywick here on behalf
24        of the Senate defendants, and I believe John Gore is
25        participating remotely as well.

Page 66

1  A.  I think I probably did, yeah. I'm not sure,
2  but I really can't recall, but perhaps.
3  Q.  Based on your understanding, if you
4  supported --
5  A.  You can't -- keeping Charleston whole is a
6  misnomer because Charleston wasn't whole in the first
7  place. It hadn't been whole since 1992. So that is a
8  misnomer. You're not keeping it whole. It's not whole.
9  It wasn't whole to begin with.
10  Q.  For people you reached out to for Beaufort to
11  be in CD1 and to be whole, wouldn't they also have had
12  an interest in the Senate Amendment 2 plan that kept
13  Beaufort County whole, kept it in CD1?
14  MR. TRAYWICK:  Object to the form of the
15    question.
16  THE WITNESS:  You want me to answer that now?
17  MR. TRAYWICK:  Yeah, sorry. You can answer.
18  A.  Well, I -- I think I verbally communicated to
19  her like that on the phone, that there was -- there's
20  another amendment that will do that, but that's not
21  going to go with Berkeley County, the one with the
22  tri -- and Dorchester and the Tri-County area. They're
23  going to protest that. And at this point, I don't
24  even -- I'm not even sure that Senator Harpootlian's
25  amendment had been formulated yet. I'm not -- I can't

Page 67

1   recall.  But I knew, at least I knew in the abstract
2   that that may happen, but that's probably not going to
3   fly because you're going to have a big pushback from
4   Berkeley and Dorchester County.
5   BY MR. CUSICK:
6        Q.    But if -- if the primary purpose of folks who
7   were interested in Beaufort County being in CD1, from
8   your understanding and interactions, that would have
9   also been consistent with supporting Senate Amendment 2
10  that did that same thing --
11       A.    No.  Because I told --
12       Q.    -- regardless --
13       A.    No, because in my political judgment, that
14  wasn't going to pass.  And so, because you would have a
15  big pushback from those -- from those counties.  And so
16  don't vote for something that at the end of the day is
17  probably not going to pass.  Vote for something that
18  keeps Beaufort in the 1st that will pass.
19       Q.    But this is before you had a public hearing
20  on either of the two amendments, correct?
21       A.    I'm not sure.  I can't remember the -- the
22  dates that we had hearings.  Perhaps it was.
23       Q.    So when you said --
24       A.    But I knew this was coming.  I mean, I knew
25  what was coming.  I had a sense of what was coming.

Page 68

1  This -- as I recall, again I hadn't seen the whole text
2  chain, but I think in that chain, the first thing I do
3  is let -- is let Xiaodan know that, y'all testified at
4  the House.  You can't sit on your laurels because the
5  Senate is a different body making a different plan.  You
6  need to testify in the Senate too.  Make -- make the
7  same case you made to the Senate that you made to the
8  House.  Most people don't understand the process, and so
9  I just knew that they were interested enough to show up
10 and testify in the House; then you -- you need to
11 testify in the Senate.
12      Q.    So was it your understanding before the
13 Senate Amendment 2 plan was proposed to members of the
14 public that there was no scenario in which it would --
15 it would pass the Senate?
16      A.    It was my judgment, my political judgment
17 that you would have a hard time passing a plan that put
18 Berkeley, Dorchester in the 7th district with the Pee
19 Dee and the Grand Strand.  There is no community of
20 interest whatsoever, whereas Charleston, Berkeley,
21 Dorchester are -- they're even -- they're called the
22 Tri-County area.  They've been the Tri-County area for
23 well over a century.  We have the Tri-County Association
24 of Realtors.  We have the Tri-County Council of
25 Governments.  You have Tri-County Chamber of Commerce.

1   It's -- it's the port.  It's the, now the industrial
2   logistics and distribution facilities up I-26 in the
3   Nexton area and Summerville.
4            It's an integrated economic unit.  And I just
5   knew that there would be a big pushback on Berkeley and
6   Dorchester for -- for taking them out of the 1st and
7   putting them into a district with Horry County and --
8   and -- and the Pee Dee.
9        Q.   And so --
10       A.   With no connection whatsoever.  No community
11  of interest whatsoever there.
12       Q.   And so here the text string continues.  This
13  is the second one that was produced.  Do you see that?
14       A.   Yeah, I can see it, but I hadn't read it.  I
15  didn't get to read it.
16       Q.   Yeah, I'm not -- I mean, I'm not going to ask
17  you questions.  I just wanted to show you that -- to
18  just -- so you can see that -- the full thread as I'm
19  scrolling through.  Unfortunately, there's no date on
20  this one based on the screenshot, just the time.  But I
21  just want you to see that one as well.
22       A.   Okay.
23       Q.   This one has a January 13th one.  It looks
24  like it might -- might have been part of the other one
25  that was -- was not fully clipped.