# Attachment A

1. Ex. 14 (Excerpt of Hauger Dep. Tr.)
2. Ex. 17 (Excerpt of Dean Dep. Tr.)
3. Ex. 18 (Excerpt of Newton Dep. Tr.)
4. Ex. 20 (Excerpt of Lucas Dep. Tr.)
5. Ex. 22 (Excerpt of Jordan Dep. Tr.)
6. Ex. 35 (Population Summary Staff Subcommittee Plan)
7. Ex. 40 (Lucas. Dep. Ex. 3)
8. Ex. 41 (Jordan Dep. Ex. 4)
9. Ex. 42 (Hauger Dep. Ex. 10)
10. Ex. 43 (Tr. Of South Carolina House of Representatives Hearing on H.R. 4781, Jan. 12, 2022)
11. Ex. 46 (Murphy Dep. Tr.)
12. Ex. 47 (Murphy Dep. Ex. 3)
13. Ex. 48 (Lucas Dep. Ex. 13)