# EXHIBIT A

```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                    COLUMBIA DIVISION
         CIVIL ACTION NO. 3:21-cv-03302-JMC-TJH-RMG
```

| | |
|---|---|
| THE SOUTH CAROLINA STATE ) <br> CONFERENCE OF THE NAACP, ) <br> ) <br> and ) <br> ) <br> TAIWAN SCOTT, on behalf of ) <br> himself and all other similarly ) <br> situated persons, ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> HENRY D. MCMASTER, in his ) <br> official capacity as Governor ) <br> of South Carolina; THOMAS C. ) <br> ALEXANDER, in his official ) <br> capacity as President of the ) <br> Senate; LUKE A. RANKIN, in his ) <br> official capacity as Chairman ) <br> of the Senate Judiciary ) <br> Committee; JAMES H. LUCAS, in ) <br> his official capacity as Speaker ) <br> of the House of Representatives; ) <br> CHRIS MURPHY, in his official ) <br> capacity as Chairman of the ) <br> House of Representatives ) <br> Judiciary Committee; WALLACE ) <br> H. JORDAN, in his official ) <br> capacity as Chairman of the ) <br> House of Representatives ) <br> Elections Law Subcommittee; ) <br> HOWARD KNAPP, in his official ) <br> capacity as interim Executive ) <br> Director of the South Carolina ) <br> State Election Commission; JOHN ) <br> WELLS, Chair, JOANNE DAY, ) <br> CLIFFORD J. EDLER, LINDA MCCALL, ) <br> and SCOTT MOSELEY, in their ) <br> official capacities as members ) <br> of the South Carolina Election ) <br> Commission, ) <br> ) <br> Defendants. ) <br> _____) | **DEPOSITION** <br><br> **OF** <br><br> **CHARLES J. BOYKIN, ESQ.** |

                                                                87

1    A.   Because we have several, I don't want to
2         differentiate. I'll just have to leave it with that
3         general, you know, metropolitan areas.
4    Q.   Okay. All right. I'm going to scroll down to the
5         next page on this document, and there's some
6         discussion of the Congressional Districts here, and
7         just so I'm clear, this deposition is taking part in
8         reference to the State House districts that were
9         recently enacted by the legislature. So I'm going
10        to skip over the Congressional part, but I'm going
11        to go back to what we were just talking about, where
12        it says, John Ruoff stated there are four large
13        areas of growth and he says they are all white
14        areas. Along the coast, top and bottom, Rock Hill,
15        Lancaster, and Greenville. Does that seem to be --
16        well, does that -- let me rephrase that. Is that
17        consistent with your understanding of growth in
18        metropolitan areas?
19   A.   Yeah, that's my recollection.
20   Q.   Okay. And do you have any reason to doubt Dr.
21        Ruoff's statement that the large growth in these
22        areas is -- or that the large growth occurred in all
23        white areas?
24   A.   I would have no basis to doubt it. Correct.
25   Q.   Okay. All right. I'm going to look towards the