# EXHIBIT B

```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
                      COLUMBIA DIVISION
         CIVIL ACTION NO. 3:21-cv-03302-JMC-TJH-RMG


THE SOUTH CAROLINA STATE          )
CONFERENCE OF THE NAACP,          )
                                  )
and                               )
                                  )
TAIWAN SCOTT, on behalf of        )
himself and all other similarly   )
situated persons,                 )    DEPOSITION
                Plaintiffs,       )
     v.                           )         OF
                                  )
HENRY D. MCMASTER, in his         )    STEVE A. LOVE
official capacity as Governor     )
of South Carolina; THOMAS C.      )
ALEXANDER, in his official        )
capacity as President of the      )
Senate; LUKE A. RANKIN, in his    )
official capacity as Chairman     )
of the Senate Judiciary           )
Committee; JAMES H. LUCAS, in     )
his official capacity as Speaker  )
of the House of Representatives;  )
CHRIS MURPHY, in his official     )
capacity as Chairman of the       )
House of Representatives          )
Judiciary Committee; WALLACE      )
H. JORDAN, in his official        )
capacity as Chairman of the       )
House of Representatives          )
Elections Law Subcommittee;       )
HOWARD KNAPP, in his official     )
capacity as interim Executive     )
Director of the South Carolina    )
State Election Commission; JOHN   )
WELLS, Chair, JOANNE DAY,         )
CLIFFORD J. EDLER, LINDA MCCALL,  )
and SCOTT MOSELEY, in their       )
official capacities as members    )
of the South Carolina Election    )
Commission,                       )
                                  )
                Defendants.       )
_____ )
```

```
                                                                  14
 1      Q.   Are you currently employed there?
 2      A.   No, I am retired.
 3      Q.   Are you a member of any civil rights organizations?
 4      A.   NAACP, if that is considered a civil rights
 5           organization.
 6      Q.   Okay.  How long have you been a member of the NAACP?
 7      A.   Decades, I would say 30 years or better.
 8      Q.   Okay.  What is your position in that organization?
 9      A.   I don't have one now.  I work with -- I'm an active
10           member, but I don't hold a position.
11      Q.   Okay.  Have you held a position in the past?
12      A.   Yes, I am a former president, former South Carolina
13           State Conference Executive Board member as well.
14      Q.   So, you are not employed by the NAACP; you are just
15           a member, right?
16      A.   That is right.
17      Q.   Have you had any discussion with the NAACP about
18           this litigation, about the House Reapportionment
19           Plan litigation?
20      A.   No.
21      Q.   How long have you known Brenda Murphy, the President
22           of the South Carolina NAACP?
23      A.   I'm going to say 15, 20 years.  We work together.
24      Q.   Okay.  Have you ever spoken with Brenda Murphy about
25           redistricting?
```

```
                                                              17
 1      A.   Excuse me?
 2      Q.   How were you involved?
 3      A.   Actually, we sued the school district, York County,
 4           about redistricting.
 5      Q.   So, have you been involved in redistricting in any
 6           other state other than South Carolina?
 7      A.   No, not that I recall.
 8      Q.   Were you involved in any in the SCNAACP's decision
 9           to bring a lawsuit against the South Carolina House
10           Reapportionment Plan?
11      A.   No.
12      Q.   Do you know who made the decision to bring
13           litigation?
14      A.   No.
15      Q.   Did any person affiliated with the SCNAACP speak
16           with you about being a plaintiff in the lawsuit?
17      A.   Can you say that one again?  You kind of broke up.
18      Q.   Let me rephrase that.  Did anyone approach you about
19           being a plaintiff in this lawsuit?
20      A.   No.
21      Q.   Did you help identify any prospective witnesses for
22           this lawsuit?
23      A.   No.
24      Q.   Generally, are you familiar with the traditional
25           redistricting principles in South Carolina?
```

20

1  A. No, I don't.
2  Q. Generally, why was a reapportionment committee
3     formed?
4  A. I'm not sure.
5  Q. Do you know generally when the Reapportionment
6     Meetings began?
7  A. I'm going to say last year, February, January,
8     February, somewhere in there.
9  Q. All right.  When you were participating in these
10    meetings, were you providing any talking points or
11    scripts?
12 A. Could you explain that a little more?  I mean...
13 Q. Like, you had an agenda, right?
14 A. Right.
15 Q. Well, essentially did you have like an agenda but
16    more information, you know, about those points?
17 A. From the chair, from me?  That's what -- is that
18    what ---
19 Q. Yes.
20 A. No, I followed the agenda basically.  I just
21    followed the agenda.  I carried the meetings.
22 Q. I got you.  Okay.  I'm just going to ask you this:
23    from your recollection, during these meetings, did
24    anyone discuss filing litigation against the House
25    plan, the House Reapportionment Plan?