IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The South Carolina State Conference of the NAACP, and Taiwan Scott, *on behalf of himself and all other similarly situated persons*,<br><br>Plaintiffs,<br><br>v.<br><br>Thomas C. Alexander, *in his official capacity as President of the Senate Judiciary Committee;* James H. Lucas, *in his official capacity as Speaker of the House of Representatives*; Chris Murphy, *in his official capacity as Chairman of the House of Representatives Judiciary Committee*; Wallace H. Jordan, *in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee*; Howard Knabb, *in his official capacity as interim Executive Director of the South Carolina State Election Commission*; John Wells, *Chair*, Joanne Day, Clifford J. Elder, Linda McCall, and Scott Moseley, *in their official capacities as members of the South Carolina State Election Commission*,<br><br>Defendants. | C.A. No.: 3:21-cv-03302-TJH-RMG-MGL<br><br>**ORDER** |

Plaintiffs have submitted to the Panel a request for guidance on various trial details and protocols. (Dkt. No. 404). The Panel responds as follows:

1. <u>The court schedule for October 5, 2022</u>: The trial will not be conducted on October 5, 2022, in recognition of the holiday of Yom Kippur.

2. <u>The court schedule for October 10, 2022</u>: The trial will not be conducted on October 10, 2022, in recognition of Columbus Day, a federal holiday.

1

3. <u>Estimated length of the trial date</u>: The first day of trial has been noticed for 10:00 a.m. The Panel will likely start subsequent trial times at 9:00 a.m. The court will likely run to approximately 5:30 p.m. but may run longer or shorter depending on the status of witnesses on the stand and other factors.

4. <u>Publication of deposition testimony</u>: Deposition testimony can be submitted on the record without the need to publish in open court. Parties wishing to submit testimony by way of deposition should be mindful of the requirements of Rule 43(a) of the Federal Rules of Civil Procedure and endeavor to identify only relevant parts of depositions for submission.

5. <u>Submission of exhibits in which there is no objection</u>: Parties may move at the opening of trial to admit all exhibits in which there are no objections. Two copies of exhibits in binders should be submitted for each Panel member.

6. <u>Timing of submission of exhibits</u>: Exhibits in binders should be submitted to the Panel at the pretrial conference on September 30, 2022. In addition, the parties are respectively directed to place exhibits into a secured digital file sharing system whereby the Panel and parties may create an account and view exhibits, for example the use of TitanFile or other similar program.

7. <u>Availability of breakout rooms</u>: The court will have a breakout room for plaintiffs and one for defendants.

8. <u>Opening and closing arguments</u>: Opening and closing arguments would be helpful to the Panel. The Panel will not set a time limit but counsel should be mindful that the arguments should be succinct and substantive.

9. <u>Attendance at trial</u>: The Panel will conduct a public trial with access open to those wishing to attend. There will be some limited seating in the primary courtroom due to

court COVID protocols and there will be an overflow courtroom. No dial-in phone lines or public streaming of proceedings will be provided.

      **AND IT IS SO ORDERED.**

                                     United States District Judge
                                     For the Panel

September 22, 2022
Charleston, South Carolina