**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, | Case No.  3:21-cv-03302-MGL-TJH-RMG |
| and | **THREE-JUDGE PANEL** |
| TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, | |
| Plaintiffs, | |
| v. | **REQUEST FOR LEAVE OF COURT** |
| THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, | |
| Defendants. | |

In the U.S. District Court for the District of South Carolina, designated local counsel is

required to "be present at all pretrial conferences, hearings and trials, unless excused by the Court."

The undersigned counsel is designated counsel for many (but not all) of Plaintiffs' attorneys whose pro hac vice motions have been granted in this case. The undersigned counsel requests leave from court to not be present for the pretrial conference and trial in this case, which is scheduled to begin on October 3, 2022. Other local counsel who have entered appearances in this matter and serve as designated counsel for Plaintiffs' attorneys whose pro hac vice admissions have been granted in this case will be present. The undersigned counsel has consulted with counsel for House, Senate, and Election Defendants, and all consent to this request for leave.

Dated: September 29, 2022          Respectfully submitted,

*/s/ Christopher J. Bryant*
Christopher J. Bryant, Fed. ID 12538
BRYANT LEGAL, LLC
126 W. Henrietta St.
Baltimore, MD 21230
Tel.: (843) 779-5444
chris@bryant.legal