# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>      Plaintiffs,<br><br>    v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; G. MURRELL SMITH, JR., in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>      Defendants. | Case No. 3:21-cv-03302-MGL-TJH-RMG<br><br>**THREE-JUDGE PANEL**<br><br>**SUPPLEMENTAL RULE 26(a)(3) PRETRIAL DISCLOSURES OF HOUSE DEFENDANTS G. MURRELL SMITH, JR., CHRIS MURPHY, AND WALLACE H. JORDAN** |

    Defendants G. Murrell Smith, Jr. (in his official capacity as Speaker of the South Carolina House of Representatives), Chris Murphy (in his official capacity as Chairman of the South Carolina House of Representatives Judiciary Committee), and Wallace H. Jordan (in his official capacity as Chairman of the South Carolina House of Representatives Redistricting Ad Hoc

Committee) (collectively, the "**House Defendants**"), by and through their undersigned counsel, hereby supplement their pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3).

**(i)** **The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.**

In addition to any witness identified by Plaintiff and Senate Defendants, and without waiving the right to call additional witnesses, House Defendants will present the following witnesses at trial:

- **Representative Justin Bamberg, Esq.**, *Member of the South Carolina House of Representatives and Redistricting Ad Hoc Committee*
    - Contact through undersigned counsel

- **Patrick Dennis, Esq.**, *General Counsel to the South Carolina House of Representatives and Chief of Staff to the Speaker of the House*
    - Contact through undersigned counsel

- **Representative Wallace H. Jordan, Esq.**, *Member of the South Carolina House of Representatives and Chairman of the Redistricting Ad Hoc Committee*
    - Contact through undersigned counsel

- **Representative Wm. Weston Newton, Esq.**, *Member of the South Carolina House of Representatives and Redistricting Ad Hoc Committee*
    - Contact through undersigned counsel

In addition, House Defendants may present the following witnesses at trial:

- **Representative Neal Collins, Esq.**, *Member of the South Carolina House of Representatives and Redistricting Ad Hoc Committee*
    - Contact through undersigned counsel

- **Emma Dean, Esq.**, *Chief Counsel to the South Carolina House of Representatives Judiciary Committee*
    - Contact through undersigned counsel

- **Dr. John C. Ruoff**, *Plaintiff SC NAACP Paid Consultant*
    - 6170 Crabtree Rd, Columbia, SC 29206
    - (803) 603-3224

(ii) The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

| Deponent & Date | House Defendants' Deposition Designations | Plaintiffs' Objections and Counter Designations |
|---|---|---|
| **Neal Collins** (July 28, 2022) | 91:25-92:5 | |
| | 117:7-24 | |
| | 139:1-140:16 | |
| | 147:1-18 | |
| | 148:3-150:18 | |
| | 155:6-18 | |
| | 158:14-159:6 | |
| | 160:6-161:17 | |
| | 166:1-169:25 | Rule 401 (relevance) |
| | | 4:23-5:1, 8:9-9:9, 16:17-21:14, 29:22-31:3, 36:5-42:16, 44:3-45:22, 47:3-49:21, 51:9-22, 52:2-56:19, 57:2-61:9, 62:17-63:25, 64:12-23, 67:5-12, 68:25-69:7, 70:7-15, 72:21-74:2, 77:14-78:23, 82:5-21, 88:13-94:10, 94:18-96:3, 92:6-12, 98:14-18, 101:20-106:18, 111:11- 113:12, 115:13-118:14, 119:2-120:13, 120:18-121:8, 122:1-123:6, 126:4-127:23, 128:10-15, 130:2-13, 130:17-20, 131:7-16, 134:16-144:18, 144:25-150:18, 153:7-22. |
| **Benjamin Fifield** (August 15, 2022) | 49:5-12 | Rule 401 (relevance) |
| | 88:10-98:17 | 92:19-93:2: Rule 701 (calls for opinion), Rule 401 (relevance) 95:21-96:5: Argumentative; Rule 401 (relevance) |
| | 105:17-110:16 | 110:6-16: Rule 701 (calls for opinion), Rule 401 (relevance) |
| | 115:14-132:23 | 118:23-119:5: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance) |

3

|  |  | 119:6-120:1 Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance) 120:3-11: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance) 120:12-120:22: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance) |
|---|---|---|
|  | 134:18-21 |  |
|  | 137:24-139:7 |  |
|  | 141:9-142:20 |  |
|  | 144:22-25 |  |
|  | 154:11-157:23 |  |
|  | 162:6-165:22 | 162:6-162:19: Rule 701 (calls for opinion), Rule 401 (relevance) 162:24-165:14: Rule 701 (calls for opinion), Rule 401 (relevance) 162:15-164:10: Rule 701 (calls for opinion), Rule 401 (relevance) |
|  | 167:9-168:10 |  |
|  | 169:8-175:18 | 175:8-18: Rule 701 (calls for opinion), Rule 401 (relevance) |
|  | 176:23-178:2 |  |
|  | 188:3-189:14 | 188:3-189:4: Rule 401 (relevance) 189:5-14: Rule 601 (foundation, lack of personal knowledge), Rule 401 (relevance) |
|  | 191:14-23 |  |
|  | 196:2-197:4 | 196:12-20: Rule 401 (relevance) 196:22-197:6: Rule 401 (relevance) |
|  | 200:24-208:11 |  |
|  |  | 8:3-9:13, 49:13-51:22, 98:18-114:9, 135:16-19, 139:15-141:8, 145:1-146:8, 167:9-168:19, 175:20-24, 189:16-190:12, 191:24-196:1, 191:9-208:11. |
|  |  |  |
| **Thomas Hauger** (June 28, 2022) | 47:1-14 |  |
|  | 48:2-9 |  |
|  | 108:10-110:20 |  |
|  | 122:4-124:10 |  |

|  |  |  |
|---|---|---|
|  | 127:17-128:25 |  |
|  | 130:20-131:24 |  |
|  | 134:2-137:25 |  |
|  |  | 3:1-21, 7:4-7, 10:4-12:25, 16:14-21, 17:11-22:17, 23:16-25:5, 25:21-24, 26:10-27:10, 28:12-38:22, 39:5-40:17, 41:3-42:10, 44:8-10, 45:11-21, 47:19-22, 50:1-51:14, 52:6-53:17, 53:22-57:3, 57:24-58:11, 58:17-68:4, 69:8-75:22, 76:18-77:4, 77:13-79:25, 80:1-86:23, 88:13-90:21, 91:11-106:13, 107:17-108:9, 110:14-113:15, 114:1-118:2, 118:14-18, 119:1-12, 121:5-14, 122:10-123:12, 124:11-15, 124:16-127:10, 129:1-8, 131:25-132:7, 138:4-139:15, 139:16-19, 141:5-13, 141:14-142:8, 142:9-144:12. |
|  |  |  |
| **Chris Murphy** (June 23, 2022) | 37:15-40:15 |  |
| | 42:18-49:9 |  |
| | 93:20-96:2 |  |
|  |  | 6:7-7:10, 8:22-10:10, 13:5-15:2, 15:8-20:3, 21:23-22:13, 23:23-24:10, 25:2-25, 26:6-27:22, 28:8-19, 28:23-29:2, 29:11-30:12, 30:15-33:10, 33:15-34:25, 35:4-37:9, 37:15-38:13, 38:17-40:20, 42:4-12, 42:18-24, 47:1-48:11, 49:10-16, 50:4-7, 50:20-51:2, 51:10-19, 51:21-24, 52:12-56:18, 59:3-67:3, 67:21-73:10, 73:14-75:23, 77:25-79:20, 80:19-82:7, 83:9-24, 84:2-4, 84:22-88:17, 89:16-23, 90:10-93:15, 93:20-94:13, 94:17-95:6, 95:10-96:2, 96:18-103:3, 103:10-104:11. |
|  |  |  |
| **Brenda Murphy** (August 8, 2022) | 6:9-12 |  |
|  | 20:7-21 |  |
|  | 24:5-18 |  |
|  | 33:12-34:1 |  |
|  | 38:20-39:19 |  |
|  | 43:19-44:14 |  |

| | 52:17-53:4 | |
| | 56:8-16 | |
| | 60:3-61:13 | |
| | 67:23-68:1 | |
| | 68:3-69:8 | |
| | 69:12-69-21 | 69:3-18: Rule 704 (calls for legal conclusion), Rule 701(calls for opinion) |
| | 69:23-71:1 | 69:19-70:10: Rule 704 (calls for legal conclusion), Rule 701(calls for opinion) |
| | 71:20-73:9 | |
| | 77:11-80:10 | 80:2-12 – Rule 401 (relevance), 403 (prejudice), Rule 704 (calls for legal conclusion) |
| | 80:14-83:15 | |
| | | 21:21-21:24, 32:4-32:19, 34:2-35:3, 39:20-40:21, 44:15-45:6, 48:1-49:25, 50:5-18, 50:22-51:8, 52:1-52:13, 59:13-16, 80:11-13. |
| | | |
| **SC NAACP 30(b)(6)** (August 8, 2022) | 8:6-15 | |
| | 25:17-18 | |
| | 26:11-29:4 | |
| | 29:21-23 | |
| | 30:25-31:7 | 33:10-33:24: Rule 401 (relevance), Rule 602 (Foundation, lack of personal knowledge), calls for speculation, Rule 802 (hearsay) *Not designated by House |
| | 42:19-23 | |
| | 43:24-44:16 | |
| | 57:22-23 | |
| | 58:1-15 | |
| | 58:17-23 | 58:16-23: Form (multiple questions); Rule 401 (relevance), Rule 602 (Foundation, lack of personal knowledge), calls for speculation |
| | 59:24-63:5 | 65:1-25: Rule 704 (calls for a legal conclusion) *Not designated by House |
| | 83:11-16 | 81:9-13: Rule 602 (Foundation, lack of personal knowledge), |

6

|  |  | calls for speculation; Rule 701 (calls for opinion).<br>*Not designated by House |
|---|---|---|
|  | 96:3-11 |  |
|  | 97:25-98:4 |  |
|  | 99:25-101:3 | 106:11-17: Rule 401 (relevance), Rule 602 (Foundation, lack of personal knowledge), calls for speculation; Rule 701 (calls for opinion)<br>*Not designated by House |
|  |  | 16:25, 23:21-24:1, 25:17-29:4, 31:8-11, 33:24-34:4, 44:17-45:16, 46:1-4, 47:20-48:2, 58:16, 65:25, 79:1-7, 82:3-83:10, 95:22-96:2, 98:5-7, 106:17. |
|  |  |  |
| **James H. Lucas** (July 1, 2022) | 4:8-11 |  |
|  | 17:18-23 |  |
|  | 18:3-13 |  |
|  | 18:25-19:22 |  |
|  | 23:17-24:25 |  |
|  | 25:21-27:8 |  |
|  | 29:24-30:15 |  |
|  | 34:3-22 |  |
|  | 37:18-21 |  |
|  | 40:8-14 |  |
|  | 45:1-5 |  |
|  | 46:13-47:15 |  |
|  | 48:17-21 |  |
|  | 51:5-23 |  |
|  | 70:11-71:23 |  |
|  | 75:23-77:10 |  |
|  | 80:10-17 |  |
|  | 93:8-94:4 |  |
|  | 97:23-98:5 |  |
|  | 99:23-102:1 |  |
|  | 102:20-104:6 |  |
|  | 107:12-108:4 |  |
|  | 109:21-111:7 |  |
|  | 112:14-24 |  |
|  | 114:3-22 |  |
|  | 121:15-123:6 |  |
|  |  | 4:8-11, 7:12-12:8, 17:13-41:9, 41:17-43:9, 44:2-4, 44:21-48:7, |

| | | 48:19-54:1, 55:14-61:4, 62:12-71:2, 71:24-72:21, 73:5-11, 73:12-16, 74:4-81:4, 81:25-84:22, 87:3-90:24, 92:1-108:18, 109:7-121:3, 123:7-10. |
|---|---|---|
| **Emma Dean** (July 6, 2022) | 18:24-19:11 | |
| | 20:2-16 | |
| | 21:11-20 | |
| | 23:21-24:12 | |
| | 40:20-41:19 | |
| | 42:17-43:5 | |
| | 46:18-47:14 | |
| | 51:19-52:4 | |
| | 52:23-53:8 | |
| | 57:23-58:9 | |
| | 59:7-24 | |
| | 68:16-69:15 | |
| | 108:25-110:10 | |
| | 114:12-116:3 | |
| | 124:3-125:23 | |
| | | 7:16-22, 9:10-12:11, 16:16-20, 18:24-19:18, 21:11-50:19, 51:8-111:16, 117:10-119:24. |
| | | |
| **Beth Bernstein** (August 10, 2022) | 137:21-138:22 | |
| | 186:3-22 | |
| | 229:10-24 | |
| | 234:7-242:3 | 241:16-19: Rule 701 (calls for improper lay opinion) |
| | 263:13-265:3 | 263:19-24: Rule 701 (calls for improper lay opinion) 264:11-16: Rule 701 (calls for improper lay opinion) |
| | | 5:15-23, 14:5-16:3, 23:6-25:24, 26:7-27:11, 40:6-41:23, 45:17-50:4, 51:11-54:14, 55:3-59:14, 59:25-101:12, 101:21-112:3, 113:16-188:5, 188:21-196:10, 196:19-212:7, 213:24-231:24. |
| | | |
| **Charles Boykin** (May 4, 2022) | 33:2-36:4 | |
| | 37:12-38:13 | |
| | 51:3-52:13 | |
| | 62:13-64:2 | |

|  |  |  |
|---|---|---|
|  | 77:6-78:6 |  |
|  | 86:1-87:3 |  |
|  | 112:2-13 |  |
|  |  | 33:2-36:11, 37:12-42:1, 45:17-22, 50:22-52:13, 54:12-20, 52:23-56:11, 62:20-63:16, 75:6-78:12, 84:12-87:3, 84:12-87:3, 87:4-24, 108:4-110:18. |
|  |  |  |
| **Steve Love** (May 3, 2022) | 8:11-14 |  |
|  | 14:3-10 |  |
|  | 18:25-19:20 |  |
|  | 20:5-8 |  |
|  | 23:9-13 |  |
|  |  | 17:24-20:21, 23:9-24:14. |
|  |  |  |
| **Dr. John Ruoff** (April 19, 2022) | 7:15-19 |  |
|  | 13:19-14:8 |  |
|  | 14:17-15:8 |  |
|  | 19:5-11 |  |
|  | 35:13-23 |  |
|  | 41:12-17 |  |
|  | 43:13-44:7 |  |
|  | 50:21-51:19 |  |
|  | 61:17-62:2 |  |
|  | 68:1-69:8 |  |
|  | 69:24-71:6 |  |
|  | 72:1-73:1 |  |
|  | 74:2-14 |  |
|  | 87:2-88:1 | 87:13-88:1: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion) |
|  | 89:9-13 |  |
|  | 95:22-96:2 | 95:22-96:14: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance) |
|  | 96:7-20 | 96:16-22: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance) |

|  | 96:23-97:2 | 96:23-97:7: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance) |
|---|---|---|
|  | 97:5-7 |  |
|  | 99:14-100:2 |  |
|  | 100:7-24 |  |
|  | 101:2-4 |  |
|  | 104:6-24 |  |
|  | 106:3-107:9 |  |
|  | 110:12-14 | 110:12-22: Rule 602 (foundation, lack of personal knowledge) |
|  | 110:17-111:4 | 111:1-111:4 Rule 602 (foundation, lack of personal knowledge) |
|  | 111:18-22 |  |
|  | 121:2-5 | 121:3-12: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance) |
|  | 121:8-15 | 121:3-12: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance) |
|  | 121:18-122:2 | 121:14-21: Rule 701 (improper lay testimony); Rule 704 (to the extent it calls for a legal conclusion); Rule 401 (relevance)<br>121:23-122:18: Rule 401 (relevance) |
|  | 122:5-18 |  |
|  | 129:20-25 | 129:20-25 Rule 602 (foundation, lack of personal knowledge); Rule 401 (relevance) |
|  | 130:1-132:7 | 129:25-132:7 Rule 602 (foundation, lack of personal knowledge); Rule 401 (relevance) |
|  | 138:21-140:8 |  |
|  | 142:23-143:13 | 142:23-143:12: Rule 401 (relevance) |

|  |  | 8:16-24; 15:24-16:7; 16:15-25; 18:15-19:4; 19:12-20; 20-1-12; 22:15-25; 30:12-16; 31:3-5; 32:17-34:3; 34:17-20; 34:25-35:3; 40:25-41:11; 41:25-42- 13; 44:8-11; 44:17-20; 49:23-50:17; 62:13-63:2; 69:9-23; 71:7-9; 73:2-; 74:15-23; 85:12-86:3; 92:3-8; 94:1-14; 95:6-21; 96:3-6; 96:21-22; 97:3-4; 97-8-1; 99:3-1; 100:3-6; 101:6-13; 104:2-5; 107:10-19; 108:1-3; 110:15-21; 111:5-11; 117:25-118:4; 121:7; 121:17; 122:4; 123:12-15; 127:125-128:7. |
|---|---|---|

**(iii)  An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.**

House Defendants' revised exhibit list is attached as **Exhibit A**.

## SUPPLEMENTATION

House Defendants reserve the right to supplement these pretrial disclosures and to identify additional witnesses, designate additional deposition transcript testimony, and identify additional exhibits. House Defendants further reserve the right to identify additional exhibits for impeachment purposes and to use any exhibits offered and admitted on Plaintiffs' or Senate Defendants' Exhibit Lists. House Defendants also reserve the right to create additional demonstrative exhibits.

*[signature page follows]*

Respectfully submitted,

*s/ Michael A. Parente*
Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

*Attorneys for House Defendants*

September 30, 2022
Columbia, South Carolina

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, a true and correct copy of the foregoing was served on all counsel of record by electronic filing on the public docket.

*s/ Michael A. Parente*
Michael A. Parente
