# HOUSE DEFENDANTS' UPDATED LIST OF EXHIBITS

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| 1 | 20 | December 9, 2021 House Journal | Publicly Available | | 401/402, 403, 803, MIL | Yes |
| 2 | 21 | January 11, 2022 House Journal | Publicly Available | | 401/402, 403, 803, MIL | Yes |
| 3 | 22 | January 12, 2022 House Journal | Publicly Available | | 401/402, 403, 803, MIL | Yes |
| 4 | 23 | January 26, 2022 House Journal | Publicly Available | | 401/402, 403, 803, MIL | Yes |
| 5 | 24 | Congressional House Staff Plan - Statewide Map | Publicly Available | | | |
| 6 | 25 | Congressional House Staff Plan - Plan Components | Publicly Available | | | |
| 7 | 26 | Congressional House Staff Plan - Core Constituencies | Publicly Available | | | |
| 8 | 27 | Congressional House Staff Plan - Political Subdivision Splits Between Districts | Publicly Available | | | |
| 9 | 28 | Congressional House Staff Plan - Population Summary | Publicly Available | | | |
| 10 | 29 | Congressional House Staff Plan - Voting Age Population Summary | Publicly Available | | | |
| 11 | 30 | Congressional House Staff Plan - Plan Demographics | Publicly Available | | | |
| 12 | 31 | Congressional House Staff Plan Alternative 1 - Statewide Map | Publicly Available | | | |
| 13 | 32 | Congressional House Staff Plan Alternative 1 - Plan Components | Publicly Available | | | |
| 14 | 33 | Congressional House Staff Plan Alternative 1 - Core Constituencies | Publicly Available | | | |

[1] Pursuant to Plaintiffs' Objections (ECF No. 365), "F" is reference to foundation and "MIL" is reference to a motion in limine.

September 26, 2022

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| 15 | 34 | Congressional House Staff Plan Alternative 1 - Political Subdivision Splits Between Districts | Publicly Available | | | |
| 16 | 35 | Congressional House Staff Plan Alternative 1 - Population Summary | Publicly Available | | | |
| 17 | 36 | Congressional House Staff Plan Alternative 1 - Voting Age Population Summary | Publicly Available | | | |
| 18 | 37 | Congressional House Staff Plan Alternative 1 - Plan Demographics | Publicly Available | | | |
| 19 | 38 | Congressional Plan, S. 865 and H. 4492 as passed by Redistricting Ad Hoc Committee on 1-10-22 - Statewide Map | Publicly Available | | | |
| 20 | 45 | Congressional Plan, S. 865 and H. 4492 as passed by Full Judiciary on 1-10-22 - Statewide Map | Publicly Available | | | |
| 21 | 52 | Congressional Plan, S. 865, as passed by the House on 1-13-22 - Statewide Map | Publicly Available | | | |
| 22 | 59 | Congressional Plan, Act 118, as signed by the Governor on 1-26-22 - Statewide Map | Publicly Available | | | |
| 23 | 60 | Congressional Plan, Act 118, as signed by the Governor on 1-26-22 - Plan Components | Publicly Available | | | |
| 24 | 61 | Congressional Plan, Act 118, as signed by the Governor on 1-26-22 - Core Constituencies | Publicly Available | | | |
| 25 | 62 | Congressional Plan, Act 118, | Publicly Available | | | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| | | as signed by the Governor on 1-26-22 - Political Subdivision Splits Between Districts | | | | |
| 26 | 63 | Congressional Plan, Act 118, as signed by the Governor on 1-26-22 - Population Summary | Publicly Available | | | |
| 27 | 64 | Congressional Plan, Act 118, as signed by the Governor on 1-26-22 - Voting Age Population Summary | Publicly Available | | | |
| 28 | 65 | Congressional Plan, Act 118, as signed by the Governor on 1-26-22 - Plan Demographics | Publicly Available | | | |
| 29 | 71 | SC NAACP Reapportionment Committee Meeting-July 19 Agenda | SCNAACP_000089 | x | 401/402, 403, 803, MIL | |
| 30 | 73 | SC NAACP Reapportionment Committee Meeting-July 26 Agenda | SCNAACP_000094 | x | 401/402, 403, 803, MIL | |
| 31 | 80 | SC NAACP Reapportionment Committee Meeting-September 2 Agenda | SCNAACP_000153 | x | 401/402, 403, 803, MIL | |
| 32 | 81 | SC NAACP Reapportionment Committee Meeting-September 16 Agenda | SCNAACP_000157 | x | 401/402, 403, 803, MIL | |
| 33 | 82 | SC NAACP Reapportionment Committee Meeting-September 23 Agenda | SCNAACP_000161 | x | 401/402, 403, 803, MIL | |
| 34 | 83 | SC NAACP Reapportionment Committee Meeting-September 30 Agenda | SCNAACP_000165 | | 401/402, 403, 803, MIL | |
| 35 | 84 | SC NAACP Reapportionment Committee Meeting-October 7 Agenda | SCNAACP_000169 | | 401/402, 403, 803, MIL | |
| 36 | 85 | SC NAACP Reapportionment Committee Meeting-October 21 Agenda | SCNAACP_000173 | x | 401/402, 403, 803, MIL | |
| 37 | 86 | SC NAACP Reapportionment Committee Meeting-July 23 Minutes | SCNAACP_000282 | x | 401/402, 403, 803, MIL | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| 38 | 87 | SC NAACP Reapportionment Committee Meeting-June 26 Minutes | SCNAACP_000285 | x | 401/402, 403, 803, MIL | |
| 39 | 96 | SC NAACP Reapportionment Committee Meeting-August 19 Agenda | SCNAACP_000360 | x | 401/402, 403, 803, MIL | |
| 40 | 98 | SC NAACP Reapportionment Committee Meeting-August 12 Agenda | SCNAACP_000381 | | 401/402, 403, 803, MIL | |
| 41 | 101 | SC NAACP Reapportionment Committee Meeting-August 26 Agenda | SCNAACP_000397 | x | 401/402, 403, 803, MIL | |
| 42 | 105 | SC NAACP Reapportionment Committee Meeting-January 26 Agenda | SCNAACP_000967 | x | 401/402, 403, 803, MIL | |
| 43 | 106 | SC NAACP Reapportionment Committee Meeting-February 8 Agenda | SCNAACP_000997 | x | 401/402, 403, 803, MIL | |
| 44 | 107 | SC NAACP Reapportionment Committee Meeting-February 15 Minutes | SCNAACP_001039 | | 401/402, 403, 803, MIL | |
| 45 | 108 | SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCNAACP_001043 | x | 401/402, 403, 803, MIL | |
| 46 | 112 | SC NAACP Reapportionment Committee Meeting-March 15 Agenda | SCNAACP_001463 | x | 401/402, 403, 803, MIL | |
| 47 | 115 | SC NAACP Reapportionment Committee Meeting-April 19 Minutes | SCNAACP_001655 | | 401/402, 403, 803, MIL | |
| 48 | 116 | SC NAACP Reapportionment Committee Meeting-April 19 Minutes | SCNAACP_001729 | | 401/402, 403, 803, MIL | |
| 49 | 117 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001754 | x | 401/402, 403, 803, MIL | |
| 50 | 118 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001755 | x | 401/402, 403, 803, MIL | |
| 51 | 119 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001756 | x | 401/402, 403, 803, MIL | |
| 52 | 120 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001757 | x | 401/402, 403, 803, MIL | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| 53 | 121 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001758 | x | 401/402, 403, 803, MIL | |
| 54 | 122 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001759 | x | 401/402, 403, 803, MIL | |
| 55 | 123 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001760 | x | 401/402, 403, 803, MIL | |
| 56 | 124 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001761 | x | 401/402, 403, 803, MIL | |
| 57 | 125 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001762 | x | 401/402, 403, 803, MIL | |
| 58 | 126 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001763 | x | 401/402, 403, 803, MIL | |
| 59 | 127 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001764 | x | 401/402, 403, 803, MIL | |
| 60 | 128 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001765 | x | 401/402, 403, 803, MIL | |
| 61 | 129 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001766 | x | 401/402, 403, 803, MIL | |
| 62 | 130 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001767 | x | 401/402, 403, 803, MIL | |
| 63 | 131 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001768 | x | 401/402, 403, 803, MIL | |
| 64 | 132 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001769 | x | 401/402, 403, 803, MIL | |
| 65 | 133 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001770 | x | 401/402, 403, 803, MIL | |
| 66 | 134 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001771 | x | 401/402, 403, 803, MIL | |
| 67 | 135 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001772 | x | 401/402, 403, 803, MIL | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| 68 | 136 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001773 | x | 401/402, 403, 803, MIL | |
| 69 | 137 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001774 | x | 401/402, 403, 803, MIL | |
| 70 | 138 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001775 | x | 401/402, 403, 803, MIL | |
| 71 | 139 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001776 | x | 401/402, 403, 803, MIL | |
| 72 | 140 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001777 | x | 401/402, 403, 803, MIL | |
| 73 | 141 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001778 | x | 401/402, 403, 803, MIL | |
| 74 | 142 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001779 | x | 401/402, 403, 803, MIL | |
| 75 | 143 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001780 | x | 401/402, 403, 803, MIL | |
| 76 | 144 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001781 | x | 401/402, 403, 803, MIL | |
| 77 | 145 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001782 | x | 401/402, 403, 803, MIL | |
| 78 | 146 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001783 | x | 401/402, 403, 803, MIL | |
| 79 | 147 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001784 | x | 401/402, 403, 803, MIL | |
| 80 | 148 | Re_ Congress.pdf | SCLWV_SUB_0027494 | | Composite; 401/402, 403, 802, MIL | |
| 81 | 150 | Weston Newton Text Messages | SC_HOUSE_0112591 | | Incomplete; 401/402, 403, 802 | Yes |
| 82 | 151 | Weston Newton Text Messages | SC_HOUSE_0112530 | | | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| 83 | 152 | Weston Newton Text Messages | SC_HOUSE_0112551 | | Incomplete; F; 401/402, 403, 802 | Yes |
| 84 | 153 | Xiaodan Li Email | SC_HOUSE_0112311 | | F; 401/402, 403, 802 | Yes |
| 85 | 154 | Kevin Hennelly Email | SC_HOUSE_0112360 | | F; 401/402, 403, 802 | Yes |
| 86 | 155 | Weston Newton Text Messages | SC_HOUSE_0112541 | | | |
| 87 | 156 | Weston Newton Text Messages | SC_HOUSE_0112543 | | | |
| 88 | 157 | Weston Newton and Beth Bernstein Text Messages | SC_HOUSE_0112553 | | F; 401/402, 403, 802 | Yes |
| 89 | 158 | Patrick Dennis Text Messages | SC_HOUSE_0112593 | | Incomplete; F; 401/402, 403, 802 | Yes |
| 90 | 159 | Wallace Jordan Text Messages | SC_HOUSE_0112579 | | Incomplete; 401/402, 403, 802 | Yes |
| 91 | 160 | Wallace Jordan Text Messages | SC_HOUSE_0112580 | | Incomplete; 401/402, 403, 802 | Yes |
| 92 | 161 | Wallace Jordan Text Messages | SC_HOUSE_0112581 | | Incomplete; 401/402, 403, 802 | Yes |
| 93 | 162 | Wallace Jordan Text Messages | SC_HOUSE_0112583 | | Incomplete; 401/402, 403, 802 | Yes |
| 94 | 163 | Wallace Jordan Text Messages | SC_HOUSE_0112586 | | Incomplete; 401/402, 403, 802 | Yes |
| 95 | 164 | Wallace Jordan Email | SC_HOUSE_0108658 | | | |
| 96 | 168 | January 10, 2021 Judiciary Meeting Minutes and Votes | SC_HOUSE_0061978 | | Incomplete | Yes |
| 97 | 169 | SC Redistricting ACLU + John Ruoff Meeting | SCLWV_SUB_0031012 | | 401/402, 403, 803, MIL | |
| 98 | 170 | Email exchange with Dr. Ruoff regarding 2020 Precinct Shapefiles | SCLWV_SUB_0031330 | | 401/402, 403, 803, MIL | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| **99** | 171 | Email Exchange with Dr. Fifield | SCLWV_SUB_0032156 | | 401/402, 403, 803, MIL | |
| **100** | 172 | Email Exchange with Dr. Fifield and Dr. Ruoff | SCLWV_SUB_0033083 | | 401/402, 403, 803, MIL | |
| **101** | 173 | Email Exchange with Dr. Fifield and Dr. Ruoff | SCLWV_SUB_0033160 | | 401/402, 403, 803, MIL | |
| **102** | 174 | Email Exchange with Dr. Fifield and Dr. Ruoff | SCLWV_SUB_0033378 | | 401/402, 403, 803, MIL | |
| **103** | 175 | Email Exchange with Dr. Fifield and Dr. Ruoff | SCLWV_SUB_0038612 | | 401/402, 403, 803, MIL | |
| **104** | 176 | Email Exchange with Dr. Ruoff and Lynn Teague | SCLWV_SUB_0028705 | | 401/402, 403, 803, MIL | |
| **105** | 177 | Email Exchange with Dr. Ruoff and Adriel Cepeda Derieux regarding RPV results | SCLWV_SUB_0027965 | | 401/402, 403, 803, MIL | |
| **106** | 178 | SC NAACP 2021 Executive Committee Members | SCNAACP_002837 | | Inaccurate; Incomplete | |
| **107** | 179 | SC NAACP Reapportionment Committee Meeting February 13, 2021 Minutes | SCNAACP_001084 | | 401/402, 403, 803, MIL | |
| **108** | 186 | SC NAACP Reapportionment Committee Meeting January 7, 2021 Rough Minutes | SCNAACP_000973 | | 401/402, 403, 803, MIL | |
| **109** | 187 | SC NAACP Reapportionment Committee Meeting August 12, 2021 Minutes | SCNAACP_002809 | | 401/402, 403, 803, MIL | |
| **110** | 188 | Hearing Document by Leah.pdf | SCNAACP_003059 | | 401/402, 403, 803, MIL | |
| **111** | 196 | Article titled Automated Redistricting Simulation Using Markov Chain Monte Carlo | Publicly Available | | 401/402, 403, 803, MIL | |
| **112** | 197 | Article titled The Essential Role of Empirical Validation in Legislative Redistricting Simulation | Publicly Available | | 401/402, 403, 803, MIL | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| **113** | 199 | Email Exchanges with Dr. Imai | SCNAACP_CD_015349 | | 401/402, 403, 803, MIL | |
| **114** | 202 | Excel File titled sc_vtd_elec_statewide_general_congress.csv | Expert Data Production | | 401/402, 403, 803, MIL | |
| **115** | 203 | Excel File titled Fifield_Merged.csv | Expert Data Production | | 401/402, 403, 803, MIL | |
| **116** | 204 | Email Exchanges with Dr. Imai | SCNAACP_CD_015421 | | 401/402, 403, 803, MIL | |
| **117** | 206 | Email Exchanges with Dr. Duchin | SCNAACP_CD_015439 | | 401/402, 403, 803, MIL | |
| **118** | 215 | 6-26-21 SC State Conference, NAACP General Membership Meeting | SCNAACP_CD_014628 | | 401/402, 403, 803, MIL | |
| **119** | 216 | 6-12-21 SC State Conference, NAACP Executive Committee Meeting Minutes | SCNAACP_CD_014771 | | 401/402, 403, 803, MIL | |
| **120** | 217 | 9-30-21 SC State Conference NAACP Reapportionment Coalition Meeting Minutes | SCNAACP_CD_014938 | | | |
| **121** | 219 | 2-4-21 Email from Lynn Teague to John Ruoff | SCLWV_SUB_0027612 | | F; 401/402, 403, 803, MIL | |
| **122** | 220 | Email from SC NAACP to CJ Boykin and Others and Attachment | SCNAACP_CD_014511 | | 401/402, 403, 803, MIL | |
| **123** | 221 | Email Chain Between Amelia Glisson, Brenda Murphy and Others | SCNAACP_CD_014921 | | 401/402, 403, 803, MIL | |
| **124** | 224 | 7-29-21 RAC Meeting Minutes | SCLWV_SUB_0041820 | | 401/402, 403, 803, MIL | |
| **125** | 225 | 10-14-21 Email from John Ruoff to Lynn Teague | SCLWV_SUB_0028340 | | F; 401/402, 403, 803, MIL | |
| **126** | 227 | 12-1-21 Email from John Ruoff to Leah Aden and Others | SCLWV_SUB_0028648 | | F; 401/402, 403, 803, MIL | |
| **127** | 228 | 10-12-21 Email from SC NAACP to SC NAACP and Attachments | SCNAACP_CD_015025 | | 401/402, 403, 803, MIL | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| 128 | 229 | 12-14-21 Email from John Ruoff to Brenda Murphy and Others | SCLWV_SUB_0028992 | | 401/402, 403, 803, MIL | |
| 129 | 230 | 11-23-21 Email Chain between Somil Trivedi, John Ruoff and Others | SCLWV_SUB_0028279 | | F; 401/402, 403, 803, MIL | |
| 130 | 231 | 11-24-21 Email from Leah Aden to John Ruoff and Others | SCLWV_SUB_0027943 | | F; 401/402, 403, 803, MIL | |
| 131 | 232 | 11-24-21 Email from John Ruoff to Leah Aden and Others | SCLWV_SUB_0028443 | | F; 401/402, 403, 803, MIL | |
| 132 | 234 | 1-14-22 Email from Steven Lance to Brenda Murphy | SCNAACP_CD_003556 | | 401/402, 403, 803, MIL | |
| 133 | 235 | Email from Steven Lance to Brenda Murphy and Others and Attachments | SCNAACP_CD_011078 | | 401/402, 403, 803, MIL | |
| 134 | 237 | Email Exchange with Dr. Ruoff and Brenda Murphy | SCLWV_SUB_0027383 | | 401/402, 403, 803, MIL | |
| 135 | 238 | Email Exchange with Dr. Ruoff and Leah Aden | SCLWV_SUB_0029602 | | 401/402, 403, 803, MIL | |
| 136 | 239 | Excel Spreadsheet of Dr. Ruoff's Meeting with SCNAACP | SCLWV_SUB_0027154 | | 401/402, 403, 803, MIL | |
| 137 | 240 | Email Exchange with Dr. Ruoff, Brenda Murphy, and Plaintiffs' counsel | SCLWV_SUB_0044119 | | 401/402, 403, 803, MIL | |
| 138 | 241 | Email Exchange with Dr. Ruoff and Lynn Teague | SCLWV_SUB_0003637 | | 401/402, 403, 803, MIL | |
| 139 | 242 | Email Exchange with Dr. Ruoff and Adriel Cepeda Derieux | SCLWV_SUB_0027403 | | 401/402, 403, 803, MIL | |
| 140 | 243 | Email Exchange with Dr. Ruoff | SCLWV_SUB_0027740 | | 401/402, 403, 803, MIL | |
| 141 | 244 | Email Exchange with Lynn Teague | SCLWV_SUB_0029556 | | 401/402, 403, 803, MIL | |
| 142 | 245 | Email Exchange regarding Zoom with John Cusick | SCLWV_SUB_0029555 | | 401/402, 403, 803, MIL | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| **143** | 246 | Email Exchange with Dr. Ruoff and Lynn Teague | SCLWV_SUB_0028544 | | 401/402, 403, 803, MIL | |
| **144** | 247 | Email Exchange with Dr. Ruoff and Lynn Teague | SCLWV_SUB_0029637 | | 401/402, 403, 803, MIL | |
| **145** | 248 | Email Exchange with Dr. Ruoff, Leah Aden, and Brenda Murphy | SCLWV_SUB_0043892 | | 401/402, 403, 803, MIL | |
| **146** | 249 | Email Exchange with Dr. Ruoff and Leah Aden | SCLWV_SUB_0029503 | | 401/402, 403, 803, MIL | |
| **147** | 250 | Email Exchange with Dr. Ruoff and Leah Aden | SCLWV_SUB_0027728 | | 401/402, 403, 803, MIL | |
| **148** | 251 | Email Exchange with Dr. Ruoff and Lynn Teague | SCLWV_SUB_0002892 | | 401/402, 403, 803, MIL | |
| **149** | 252 | Email Exchange with Dr. Ruoff and Lynn Teague | SCLWV_SUB_0002093 | | 401/402, 403, 803, MIL | |
| **150** | | Public Emails to redistricting@schouse.gov regarding congressional redistricting | SC_HOUSE_0000003 – SC_HOUSE_0000074; SC_HOUSE_0007613- SC_HOUSE_0010046 | | | |
| **151** | | Public Record Hard Copy Documents re Congress | SC_HOUSE_0061561- SC_HOUSE_0061586; SC_HOUSE_0061658- SC_HOUSE_0061661; SC_HOUSE_0061684; SC_HOUSE_0061702- SC_HOUSE_0061746; SC_HOUSE_0061998- SC_HOUSE_0062007; | | | |
| **152** | | Video of January 12, 2022 House of Representatives Floor Debate from | Publicly Available | | | |

| Marked HX # | Initial Exhibit # | Summary | Beginning Bates # | If Need Arises | Plaintiffs' Objection[1] | Resolved? |
|---|---|---|---|---|---|---|
| | | https://www.scstatehouse.gov/video/archives.php | | | | |
| 153 | | House Judiciary Committee 2021-2022 Rules | Publicly Available | | | |

## SUPPLEMENTATION

House Defendants reserve the right to identify additional exhibits for impeachment purposes and to use any exhibits offered and admitted on Plaintiffs' or Senate Defendants' Exhibit Lists. House Defendants also reserve the right to create additional demonstrative exhibits.