**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and

TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,

Plaintiffs,

v.

THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,

Defendants.

Case No. 3-21-cv-03302-MGL-MBS-RMG

**PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(3) PRE-TRIAL DISCLOSURES**

Pursuant to this Court's Orders of March 8, 2022, April 5, 2022, and July 21, 2022 (ECF Nos. 188, 210 & 305) and in accordance with Federal Rule of Civil Procedure 26(a)(3), Rule 26(e), and Local Rule 26.06, Plaintiffs supplement their August 26, 2022 Rule 26(a)(3) disclosures as follows.

## B. WITNESS BY DEPOSITION DESIGNATIONS

In addition to the deposition testimony Plaintiffs designated on August 26, 2022 (ECF 331) and counter-designated on September 7, 2022 (ECF 364), Plaintiffs identify the following witnesses whose testimony Plaintiffs expect to present by deposition:

1. Patrick Dennis (Deposition 9/9): 7:10-10:1, 14:1-29:1, 31:18-32:14, 32:25-46:21, 47:9-57:17, 58:8-65:1, 67:19-116:8, 116:16-121:16, 122:1-132:20, 133:1-191:7, 191:19-201:24, 202:8-216:21, 217:2-257:7, 257:11-272:25, 274:23-301:14, 302:2-305:21. Exhibits 2,6,10,14 &15

2. Senator Scott Talley (Deposition 9/15): 5:12-18, 13:8 - 16:17, 20:9 - 20:18, 20:25 - 25:14, 25:20 - 30:20, 31:13 - 54:4, 54:13 - 81:21, 82:20 - 86:10, 86:19 - 96:3, 96:13 - 98:11. Exhibit 11

3. Dalton Oldman (Deposition 9/23): 4:9-5:3, 5:23-6:3, 13:19-15:10, 15:23-17:16, 19:3-16, 25:13-26:12, 27:22-31:11, 31:25-34:8, 34:19-39:4, 40:3-41:19, 41:24-44:15, 50:18-51:17, 55:12-57:22, 64:19-65:7, 67:9-21, 69:5-19, 74:12-76:17, 78:15-89:18, 91:25-93:17, 95:13-99:5, 99:10-102:24, 103:4-22, 104:25-105:7, 105:16-110:8, 110:16-111:17, 112:11-17, 112:22-113:16, 114:7-116:13, 116:19-119:16, 120:19-125:7, 127:21-128:7, 128:19-132:23, 133:15-138:22, 139:7-22, 143:9-146:16, 147:18-150:2, 150:18-154:9, 156:3-160:8, 160:15-162:17, 162:25-164:18, 165:25-167:4, 168:4-169:12, 173:19-174:3.Exhibits 1,2,3,4 &5

## C. LIST OF PLAINTIFFS' EXHIBITS

Plaintiffs' list of supplemental exhibits identified since the August 26 disclosure is set forth below:

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 710 | Deposition of Patrick Dennis September 9, 2022 | | |

| Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| 711 | Email from E. Dean to P. Dennis re: Map Room Information (Ex.6 to Dennis Deposition) | SC_House_0106830- SC_House_0106832- | |
| 712 | Email from N. Walters to P. Dennis re fyi (Ex. 10 to Dennis Deposition) | SC_House_01111640 | Hearsay; Relevance [both as to attached article, not email forwarding] |
| 713 | Minutes -House Judiciary Committee- January 10, 2022 (Ex. 14 to Dennis Deposition) | SC_House_0061978- SC_House_0061985- | |
| 714 | Email from D. Owens to Anne Parks et al re: Letter to House Speaker Jay Lucas January 26, 2022 (Ex. 15 to Dennis Deposition) | SC_House_0109234- SC_House_0109237- | Hearsay; Relevance |
| 715 | Deposition of Scott Talley September 15, 2022 | | |
| 716 | 2021 Redistricting Guidelines-South Carolina Senate Judiciary Committee Redistricting Subcommittee-September 17, 2021 (Ex. 2 to Talley Deposition) | | |
| 717 | Senate Redistricting 2021 Public Hearing Schedule (Ex. 3 to Talley Deposition) | SCSENATE_00003403- SCSENATE_00003404 | |
| 718 | South Carolina Congressional Districts House Plan 2 Senate Amendment 2 (Ex. 8 to Talley Deposition) | | |
| 719 | South Carolina Congressional Districts House Plan 2 Senate Amendment 2a (Ex. 12 to Talley Deposition) | | |
| 720 | Deposition of Dale Oldham. September 23, 2022 | | |
| 721 | Emails from R. Opperman to W. Roberts and A. Fiffick re: reports | SCSENATE_00003251- 3259 | |

Dated: September 30, 2022

Respectfully submitted,

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Santino Coleman*** Fed. ID. 11914
Antonio L. Ingram II**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Adam Pergament**
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001

Christopher J. Bryant, Fed. ID 12538
BRYANT LEGAL, LLC
126 W. Henrietta St.
Baltimore, MD 21230
Tel.: (843) 779-5444
chris@bryant.legal.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

*<u>/s/ Allen Chaney</u>*
Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231

Tel: (202) 942-5000
john.freedman@arnoldporter.com

** Motion for admission Pro Hac Vice forthcoming*
*** Admitted Pro Hac Vice*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes**
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, a true and correct copy of the foregoing was served on all counsel of record by filing with the Court's CM/ECF service.

*/s/ Allen Chaney*
Allen Chaney