**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>   Plaintiffs, <br><br>   v. <br><br> THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission, <br><br>   Defendants. | Case No. 3-21-cv-03302-MGL-TJH-RMG <br><br> **THREE-JUDGE PANEL** |

**PLAINTIFFS' TRIAL WITNESSES AND EXHIBITS
FOR MONDAY, OCTOBER 3, 2022**

Pursuant to the Parties' agreement, Plaintiffs presently intend to call the following witnesses on Monday, October 3, 2022. Witnesses are listed in alphabetical order and will not necessarily be called in the order presented below.

| Witness | Examiner (Plaintiff) | Topics of Testimony | Exhibits |
|---|---|---|---|
| Representative Gilda Cobb-Hunter | Leah Aden | Will testify regarding the legislative process and the impact of S. 865 on the Challenged Districts | PX 112<br>PX 146<br>PX 487<br>PX 488<br>PX 489<br>PX 556<br>HX 005<br>HX 010<br>HX 012<br>HX 017<br>HX 022<br>HX 027<br>HX 152 |
| Anjene Davis | Santino Coleman | Will testify regarding the impact of S.865 and the Challenged Districts. | None |
| Dr. Moon Duchin | Leah Aden | Will testify regarding the content of her expert reports. | PX 067 (or portions thereof and charts, figures, or tables within; demonstrative or compilation exhibit re: same)<br>PX 068<br>PX 069<br>PX 070<br>PX 071<br>PX 072<br>PX 073<br>PX 074<br>PX 075<br>PX 076<br>PX 077<br>PX 078<br>PX 079<br>PX 080<br>PX 081<br>PX 082<br>PX 083 |

| Witness | Examiner (Plaintiff) | Topics of Testimony | Exhibits |
|---|---|---|---|
| | | | PX 084 |
| | | | PX 085 |
| | | | PX 086 |
| | | | PX 087(or portions thereof and charts, figures, or tables within; demonstrative or compilation exhibit re: same) |
| | | | PX 088 |
| | | | PX 120 (or portions thereof and charts, figures, or tables within; demonstrative or compilation exhibit re: same) |
| | | | PX 121 |
| | | | PX 122 |
| | | | PX 123 |
| | | | PX 124 |
| | | | PX 125 |
| | | | PX 126 |
| | | | PX 127 |
| | | | PX 128 |
| | | | PX 128 |
| | | | PX 129 |
| | | | PX 130 |
| | | | PX 131 |
| | | | PX 132 |
| | | | PX 133 |
| | | | PX 134 |
| | | | PX 135 |
| | | | PX 136 |
| | | | PX 137 |
| | | | PX 146 |
| | | | PX 717 |

| Witness | Examiner (Plaintiff) | Topics of Testimony | Exhibits |
|---|---|---|---|
| Taiwan Scott | Antonio Ingram | Will testify regarding the impact of S.865 and the Challenged Districts on Plaintiff and standing. | PX 489 |

During their direct examination of these witnesses, Plaintiffs may also conduct examination concerning the identified exhibits.

Dated: October 1, 2022

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Santino Coleman*** Fed. ID. 11914
Antonio L. Ingram II**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
scoleman@naacpldf.org
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**

Respectfully Submitted,

/s/ Allen Chaney
Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Christopher J. Bryant, Fed. ID 12538
BRYANT LEGAL, LLC
126 W. Henrietta St.
Baltimore, MD 21230
Tel.: (843) 779-5444
chris@bryant.legal.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019

Elisabeth S. Theodore*
Adam Pergament**
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

* Motion for admission Pro Hac Vice forthcoming
** Admitted Pro Hac Vice
*** Mailing address only (working remotely from South Carolina)


Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes**
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2022 a true and correct copy of the foregoing was served on all counsel of record by electronic mail.

/s/ *Allen Chaney*
Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*
