# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>     Plaintiffs,<br><br>    v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>     Defendants. | Case No. 3:21-cv-03302-MGL-TJH-RMG<br><br>**THREE-JUDGE PANEL**<br><br><br>**JOINT STIPULATION REGARDING AUTHENTICITY OF EXHIBITS** |

  WHEREAS Plaintiffs, The South Carolina State Conference of the NAACP and Taiwan Scott, on behalf of himself and all other similarly situated persons, and all above-named

Defendants, by and through their undersigned counsel, hereby desire to enter into this stipulation concerning the authenticity of trial exhibits;

WHEREAS Plaintiffs and all Defendants above named may be collectively referred to herein as the "**Parties**";

WHEREAS the above-captioned case, Civil Action No. 3:21-cv-03302-MGL-TJH-RMG, may be referred to herein as the "**Action**"; and

WHEREAS the Parties met and conferred and reached an agreement regarding trial exhibits for the purposes of avoiding unnecessary disputes that could arise throughout the course of the trial in this Action in order to streamline trial.

NOW, THEREFORE, IT IS on this 1st day of October, 2022, STIPULATED as follows:

1. The Parties stipulate to the authenticity, under Federal Rule of Evidence 901, of all exhibits exchanged in advance of trial pursuant to Local Civil Rule 26.05.

2. The Parties stipulate to the foundation, under to Federal Rule of Evidence 602, of all exhibits exchanged in advance of trial pursuant to Local Civil Rule 26.05.

3. The Parties further agree not to call witnesses for the sole purpose of laying a foundation for an exhibit or authenticating an exhibit.

*[Signature Pages Follow]*

Dated: October 1, 2022                                    Respectfully submitted,

Leah C. Aden**                                            */s/ Allen Chaney*
Stuart Naifeh**                                           Allen Chaney, Fed. ID 13181
Raymond Audain**                                          AMERICAN CIVIL LIBERTIES
John S. Cusick**                                          UNION OF SOUTH CAROLINA
NAACP LEGAL DEFENSE &                                     Charleston, SC 29413-0998
EDUCATIONAL FUND, INC.                                    Tel.: (843) 282-7953
40 Rector St, 5th Fl.                                     Fax: (843) 720-1428
NY, NY 10006                                              achaney@aclusc.org
Tel.: (212) 965-7715
laden@naacpldf.org                                        Christopher J. Bryant, Fed. ID 12538
                                                          BOROUGHS BRYANT, LLC
Santino Coleman***Fed. ID 11914                           1122 Lady St., Ste. 208
Antonio L. Ingram II**                                    Columbia, SC 29201
NAACP LEGAL DEFENSE &                                     Tel.: (843) 779-5444
EDUCATIONAL FUND, INC.                                    chris@boroughsbryant.com
700 14th St, Ste. 600
Washington, D.C. 20005                                    Somil B. Trivedi**
Tel.: (202) 682-1300                                      Patricia Yan**
aingram@naacpldf.org                                      AMERICAN CIVIL LIBERTIES
                                                          UNION FOUNDATION
Adriel I. Cepeda Derieux**                                915 15th St., NW
AMERICAN CIVIL LIBERTIES                                  Washington, DC 20005
UNION FOUNDATION                                          Tel.: (202) 457-0800
125 Broad Street, 18th Floor                              strivedi@aclu.org
New York, NY 10004
Tel.: (212) 549-2500                                      Jeffrey A. Fuisz**
acepedaderieux@aclu.org                                   Paula Ramer**
                                                          ARNOLD & PORTER KAYE
John A. Freedman**                                        SCHOLER LLP
Elisabeth S. Theodore*                                    250 West 55th Street
Gina M. Colarusso**                                       New York, NY 10019
John M. Hindley**                                         Tel: (212) 836-8000
ARNOLD & PORTER                                           jeffrey.fuisz@arnoldporter.com
KAYE SCHOLER LLP                                          Sarah Gryll**
601 Massachusetts Ave., N.W.                              ARNOLD & PORTER KAYE
Washington, D.C. 20001                                    SCHOLER LLP
Tel: (202) 942-5000                                       70 West Madison Street, Suite 4200
john.freedman@arnoldporter.com                            Chicago, IL 60602-4231
                                                          Tel: (312) 583-2300
                                                          sarah.gryll@arnoldporter.com

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP OFFICE OF THE GENERAL COUNSEL

4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*
\*\*\* Mailing Address Only (working remotely from South Carolina)




*s/Jane Trinkley*
M. Elizabeth Crum (Fed. Bar #372)
Jane W. Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
**BURR & FORMAN LLP**
Post Office Box 11390
Columbia, SC  29211
Telephone:  (803) 799-9800
Facsimile:  (803) 753-3278

Thomas W. Nicholson (Fed. Bar #12086)
tnicholson@elections.sc.gov
**South Carolina State Election Commission**
1122 Lady St., 5th Floor,
Columbia, SC. 29250
Telephone: (803) 734-9060
Facsimile: (803) 734-9366

*Attorneys for Election Commission Defendants*

4

*s/ Michael A. Parente*
William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

*Attorneys for House Defendants*

*/s/Robert E. Tyson Jr.*
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com

lstringfellow@robinsongray.com

John M. Gore**
Stephen J. Kenny**
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*
** Admitted *Pro Hac Vice*