**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> and <br><br> TAIWAN SCOTT, on behalf of himself and all other similarly situated persons, <br><br>                  Plaintiffs, <br><br>      v. <br><br> THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission, <br><br>                  Defendants. | Case No.  3:21-cv-03302-MGL-TJH-RMG <br><br><br> **THREE-JUDGE PANEL** <br><br><br><br><br><br> **JOINT STIPULATION REGARDING PLAINTIFFS' EXHIBIT 139** |

WHEREAS Plaintiffs, The South Carolina State Conference of the NAACP and Taiwan

Scott, on behalf of himself and all other similarly situated persons, and all above-named

Defendants, by and through their undersigned counsel, hereby desire to enter into this stipulation concerning the use of a trial exhibit;

WHEREAS Plaintiffs and all Defendants above named may be collectively referred to herein as the "**Parties**";

WHEREAS the above-captioned case, Civil Action No. 3:21-cv-03302-MGL-TJH-RMG, may be referred to herein as the "**Action**"; and

WHEREAS the Parties met and conferred and reached an agreement regarding one exhibit for the purposes of avoiding unnecessary disputes that could arise throughout the course of the trial in this Action in order to streamline trial.

NOW, THEREFORE, IT IS on this 1st day of October, 2022, STIPULATED as follows:

1. Plaintiffs' Exhibit Number 139 is an expert report prepared by Thomas L. Brunell, Ph.D., which is dated February 1, 2022.

2. In anticipation of litigation, House Defendants' counsel retained Dr. Brunell in part to conduct a sample racially polarized voting analysis with respect to certain counties as the South Carolina House of Representatives prepared to redraw State House and Congressional District maps. After the filing of Plaintiffs' initial Complaint, but prior to the filing of Plaintiffs' Amended Complaint, Brunell conducted a preliminary racially polarized voting analysis with respect to a select number of counties for House Defendants' counsel for the purposes of providing legal advice on the State House Districts. This preliminary analysis was not shared with any members of the General Assembly or staff. Some of those selected counties may overlap with the 25 counties included in Dr. Brunell's expert report which was prepared for the State House portion of this litigation only.

3. Dr. Brunell was designated as an expert witness by the House Defendants in the State House District portion of this litigation and the expert report was prepared for the State House District portion of this litigation.

4. The Parties stipulate to the authenticity of and foundation for this exhibit under Federal Rules of Evidence 901 and 602.

5. The Parties agree that this exhibit is not being offered as an expert opinion in the Congressional District portion of this litigation.

Dated: October 1, 2022                             Respectfully submitted,

Leah C. Aden**                                     /s/ Allen Chaney
Stuart Naifeh**                                    Allen Chaney, Fed. ID 13181
Raymond Audain**                                   AMERICAN CIVIL LIBERTIES
John S. Cusick**                                   UNION OF SOUTH CAROLINA
NAACP LEGAL DEFENSE &                               Charleston, SC 29413-0998
EDUCATIONAL FUND, INC.                             Tel.: (843) 282-7953
40 Rector St, 5th Fl.                              Fax: (843) 720-1428
NY, NY 10006                                       achaney@aclusc.org
Tel.: (212) 965-7715
laden@naacpldf.org                                 Christopher J. Bryant, Fed. ID 12538
                                                   BOROUGHS BRYANT, LLC
Santino Coleman***Fed. ID 11914                    1122 Lady St., Ste. 208
Antonio L. Ingram II**                             Columbia, SC 29201
NAACP LEGAL DEFENSE &                               Tel.: (843) 779-5444
EDUCATIONAL FUND, INC.                             chris@boroughsbryant.com
700 14th St, Ste. 600
Washington, D.C. 20005                             Somil B. Trivedi**
Tel.: (202) 682-1300                               Patricia Yan**
aingram@naacpldf.org                               AMERICAN CIVIL LIBERTIES
                                                   UNION FOUNDATION
Adriel I. Cepeda Derieux**                         915 15th St., NW
AMERICAN CIVIL LIBERTIES                            Washington, DC 20005
UNION FOUNDATION                                   Tel.: (202) 457-0800
125 Broad Street, 18th Floor                       strivedi@aclu.org
New York, NY 10004
Tel.: (212) 549-2500                               Jeffrey A. Fuisz**
acepedaderieux@aclu.org                            Paula Ramer**
                                                   ARNOLD & PORTER KAYE
John A. Freedman**                                 SCHOLER LLP
Elisabeth S. Theodore*                             250 West 55th Street

Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com
Sarah Gryll**
ARNOLD & PORTER KAYE
SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*
\*\*\* Mailing Address Only (working remotely from South Carolina)

s/Jane Trinkley
M. Elizabeth Crum (Fed. Bar #372)
Jane W. Trinkley (Fed. Bar #4143)
Michael R. Burchstead (Fed. Bar #102967)
**BURR & FORMAN LLP**
Post Office Box 11390
Columbia, SC 29211
Telephone: (803) 799-9800
Facsimile: (803) 753-3278

Thomas W. Nicholson (Fed. Bar #12086)
tnicholson@elections.sc.gov
**South Carolina State Election Commission**
1122 Lady St., 5th Floor,
Columbia, SC. 29250
Telephone: (803) 734-9060
Facsimile: (803) 734-9366

*Attorneys for Election Commission Defendants*

4

*s/ Michael A. Parente*
William W. Wilkins (Fed. ID No. 4662)
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
NEXSEN PRUET, LLC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

Mark C. Moore (Fed. ID No. 4956)
Jennifer J. Hollingsworth (Fed. ID No. 11704)
Hamilton B. Barber (Fed. ID No. 13306)
Michael A. Parente (Fed. ID No. 13358)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MMoore@nexsenpruet.com
JHollingsworth@nexsenpruet.com
HBarber@nexsenpruet.com
MParente@nexsenpruet.com

Rhett D. Ricard (Fed. ID No. 13549)
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
Telephone: 843.720.1707
RRicard@nexsenpruet.com

*Attorneys for House Defendants*

*/s/Robert E. Tyson Jr.*
Robert E. Tyson, Jr. (7815)
Vordman Carlisle Traywick, III (12483)
La'Jessica Stringfellow (13006)
ROBINSON GRAY STEPP & LAFFITTE, LLC
1310 Gadsden Street
Post Office Box 11449 (29211)
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
ltraywick@robinsongray.com

lstringfellow@robinsongray.com

John M. Gore**
Stephen J. Kenny**
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
skenny@jonesday.com

*Counsel for Senate Defendants*
** Admitted *Pro Hac Vice*