| | | **Senate Defendants' AMENDED Documents Expected to be Offered** | | | |
|---|---|---|---|---|---|
| | | DOCUMENT | BATES BEGIN | BATES END | OBJECTIONS |
| **SENATE APPROVED DOCS** | 1 | Senate Judiciary Committee Press Release, SCSENATE_00000897 – SCSENATE_00000902 | SCSENATE_0000897 | SCSENATE_00000902 | |
| | 2 | Senate Judiciary Committee Senate Redistricting Plan Proposals, Explanation of Information Presented | | | |
| | 3 | Senate Judiciary Committee Redistricting Subcommittee 2021 Redistricting Guidelines | SCSENATE_00003721 | SCSENATE_00003722 | |
| | 4 | 2021 Senate Judiciary Committee Redistricting Subcommittee Policy for Public Plan Submissions | SCSENATE_00003049 | SCSENATE_00003050 | |
| | 5 | 2021 Redistrcting Public Hearing Handout | SCSENATE_00003743 | SCSENATE_00003746 | |
| | 6 | SC Senate Redistricing Public Hearing Schedule 2021 | SCSENATE_00003045 | SCSENATE_00003046 | |
| | 7 | 2011 Redistricting Guidelines | SCSENATE_00024910 | SCSENATE_00024911 | |
| | 8 | 2011 Policy for Public Submissions | SCSENATE_00024912 | SCSENATE_00024913 | |
| **EMAILS FROM MEMBERS OF PUBLIC** | 9 | Emails Sent to Senate Redistricting Email | SCSENATE_00000001 | SCSENATE_00000500 | |
| | 10 | Emails Sent to Senate Redistricting Email | SCSENATE_00000501 | SCSENATE_0000892 | |
| | 11 | Emails and Testimony Sent to Senate Redistricting Email and Senate Judiciary Committee | SCSENATE_00000942 | SCSENATE_00001500 | |
| | 12 | Additional Emails and Testimony Provided to Senate Redistricting Email and Senate Judiciary Committee | SCSENATE_00001501 | SCSENATE_00001999 | |
| | 13 | Emails and Comments About Congressional Districts Sent to Senate Redistricing Email and Senate Judiciary Committee | SCSENATE_00002000 | SCSENATE_00002499 | |
| | 14 | Emails and Comments About Congressional Districts Sent to Senate Redistricing Email and Senate Judiciary Committee | SCSENATE_00002500 | SCSENATE_00002999 | |
| | 15 | Emails and Comments About Congressional Districts Sent to Senate Redistricing Email and Senate Judiciary Committee | SCSENATE_00003000 | SCSENATE_00003044 | |
| | 16a | Emails and Comments About Congressional Districts Sent to Senators or Staff | SCSENATE_00003607 | SCSENATE_00003610 | |
| | 16b | Emails and Comments | SCSENATE_00003738 | SCSENATE_00003741 | |
| | 16c | Emails and Comments | SCSENATE_00003856 | SCSENATE_00003888 | |
| | 16d | Emails and Comments | SCSENATE_00024146 | SCSENATE_000024155 | |
| | 16e | Emails and Comments | SCSENATE_00024165 | SCSENATE_00024175 | |
| | 16f | Emails and Comments | SCSENATE_00024225 | SCSENATE_00024246 | |
| | 16g | Emails and Comments | SCSENATE_00027283 | SCSENATE_00027300 | |
| **TRANSCRIPTS** | 17-27 | INTENTIONALLY OMITTED | | | |
| **MAPS, PLAN DATA AND PLAN ANALYSIS** | 28a | 2012 Congressional Map Approved by General Assembly and Precleared by US DOJ and Benmark Plan with 2020 Data | | | |
| | 28b | Benchmark Congressional Districts with 2020 Data--District Statistics | SCSENATE_00003052 | | |
| | 28c | Benchmark Congressional Districts with 2020 Data--Partisan Analysis | SCSENATE_00003053 | | |
| | 28d | Political Subdivision Splits Between Districts | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 28e | Population Summary | | | |
| | 28f | Population Summary | | | |
| | 29a | House Plan 2, Senate Amendment 1 Map | SCSENATE_00003147 | | |
| | 29b | South Carolina Congressional Districts' Map--House Plan 2 Senate Amendment 1 | | | |
| | 29c | Core Constituencies--House Plan 2 Senate Amendment 1 | | | |
| | 29d | House Plan 2 Senate Amendment 1 | | | |
| | 29e | Political Subdivision Splits Between Districts | | | |
| | 29f | Population Summary--House Plan 2 Senate Amendment 1 | | | |
| | 29g | Population Summary--House Plan 2 Senate Amendment 1 | | | |
| | 30a | House Plan 2, Senate Amendment 2 Map | | | |
| | 30b | House Plan 2 Senate Amendment 2 Plan Stats | | | |
| | 30c | Core Constituencies--House Plan 2 Senate Amendment 2 | | | |
| | 30d | House Plan 2 Senate Amendment 2 | | | |
| | 30e | Political Subdivision Splits Between Districts--House Plan 2 Senate Amendment 2 Blk Eq | | | |
| | 30f | Population Summary--House Plan 2 Senate Amendment 2 | | | |
| | 30g | Population Summary--House Plan 2 Senate Amendment 2 | | | |
| | 31a | House Plan 2, Senate Amendment 2a Map, Statistics | SCSENATE_00003138 | SCSENATE_00003145 | |
| | 31b | House Plan 2 Senate Amendment 2a Plan Stats | | | |
| | 31c | Core Constituencies--House Plan 2 Senate Amendment 2a | | | |
| | 31d | House Plan 2 Senate Amendment 2 | | | |
| | 31e | Political Subdivision Splits Between Districts--House Plan 2 Senate Amendment 2a | | | |
| | 31f | Population Summary--House Plan 2 Senate Amendment 2a | | | |
| | 31g | Population Summary--House Plan 2 Senate Amendment 2a | | | |
| | 32a | Senate Staff Plan (Nov. 23, 2021) Map | | | |
| | 32b | Core Constituencies--ConHouseStaffPlan3 | | | |
| | 32c | S.C. Senate Staff Subcommittee Plan | | | |
| | 32d | Partisan Analysis | | | |
| | 32e | Political Subdivision Splits Between Districts--Staff Committee Plan | | | |
| | 32f | Population Summary--Staff Subcommittee Plan | | | |
| | 32g | Population Summary--Staff Subcommittee Plan | | | |
| | 33a | Congressional House Staff Plan | | | |
| | 33b | Core Constituencies--ConHouseStaffPlan3 | | | |
| | 33c | Political Subdivision Splits Between Districts--ConSenateHouseStaff | | | |
| | 33d | Population Summary--ConHouseStaffPlan3 | | | |
| | 33e | Population Summary--ConHouseStaffPlan3 | | | |
| | 33f | Congressional House Staff Plan Alternative 1 | | | |
| | 33g | Core Constituencies--ConSenateHouseStaff | | | |
| | 33h | Population Summary--ConSenateHouseStaff | | | |
| | 33i | Population Summary--ConSenateHouseStaff | | | |
| | 33j | Political Subdivision Splits Between Districts--ConSenateHouseStaff | | | |
| | 34a | South Carolina Congressional Districts' Map | | | |
| | 34b | Core Constituencies--NAACP Congressional 1 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 34c | BVAP | | | |
| | 34d | Population Summary--NAACP_Congressional_1 | | | |
| | 34e | Political Subdivision Splits Between Districts--NAACP_Congressional_1 | | | |
| | 35a | South Carolina Congressional Districts' Map | | | |
| | 35b | BVAP | | | |
| | 35c | Core Constituencies--NAACP_Congressional_2 | | | |
| | 35d | Political Subdivision Splits Between Districts--NAACP_Congressional_2 | | | |
| | 35e | Population Summary--NAACP_Congressional_2 | | | |
| | 35f | Population Summary--NAACP_Congressional_2 | | | |
| | 36 | Plan A2, Congressional District 6 Map | SCSENATE_00022735 | SCSENATE_00022735 | |
| | 37 | Clyburn Map from Dalton | SCSENATE_00025204 | SCSENATE_00025204 | |
| | 38a | South Carolina Congressional Districts' Map--Palmetto Plan | | | |
| | 38b | Core Constituencies--Palmetto Plan | | | |
| | 38c | Population Summary--Palmetto Plan | | | |
| | 38d | Political Subdivision Splits Between Districts--Palmetto Plan | | | |
| | 38e | Population Summary--Palmetto Plan | | | |
| | 39a | South Carolina Congressional Districts' Map--Wren Plan | | | |
| | 39b | Core Constituencies--Wren Plan | | | |
| | 39c | Political Subdivision Splits Between Districts--Wren Plan | | | |
| | 39d | Population Summary--Wren Plan | | | |
| | 39e | Population Summary--Wren Plan | | | |
| | 40 | NRRT Jesamine Plan Map, Statistics, and File | | | |
| | 41 | NRRT Jessamine Plan Map, Exhibit 6 to Deposition of Adam Kincaid | - | - | |
| | 42a | Political Subdivision Splits - Richland Charleston Whole | | | |
| | 42b | Senator Scott Richland Charleston | | | |
| | 42c | Sabb RC Whole VAP | | | |
| | 42d | Senator Scott Richland Charleston Whole - Population Summary | | | |
| | 43a | Senator Saab Charleston Strong - Map | | | |
| | 43b | Senator Saab Charleston Strong - Population Summary | | | |
| | 43c | Senator Saab Charleston Strong - Efficiency Gap | | | |
| | 43d | Senator Saab Charleston Strong Political Subdivision Splits | | | |
| | 43e | Senator Saab Charleston Strong - Population Summary | | | |
| | 43f | Senator Saab Charleston Strong - Population Summary | | | |
| | 44a | Saab - Least Change Plan - Political Subdivision Splits | | | |
| | 44b | Saab - Least Change Plan - Population Summary | | | |
| | 44c | Saab - Least Change Plan - Stats | | | |
| | 44d | Saab - Least Change Plan - Map | | | |
| | 44e | Saab - Least Change Plan - Biden v Trump | | | |
| | 45a | Saab - Charleston Beaufort - Whole Stats | | | |
| | 45b | Saab - Charleston Beaufort - Whole Population Summary | | | |
| | 45c | Saab - Charleston Beaufort - Whole Map | | | |
| | 45d | Saab - Charleston Beaufort - Whole Core Constituencies | | | |
| | 45e | Saab - Charleston Beaufort Whole - Efficiency Gap | | | |
| | 45f | Saab - Charleston Beaufort Whole - Biden v Trump | | | |
| | 45g | Saab - Charleston Beaufort Whole - Political Subdivision Splits | | | |
| | 46a | Senator Matthews - MBM Plan - Core Constituencies | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 46b | Senator Matthews - MBM Plan - Efficiency Group | | | |
| | 46c | South Carolina Congressional Districts' Map--MBM Plan | | | |
| | 46d | MBM Plan Stats | | | |
| | 46e | Partisan Analysis MBM Plan | | | |
| | 46f | Political Subdivision Splits Between Districts--MBM Plan | | | |
| | 46g | Population Summary-MBM Plan | | | |
| | 47 | South Carolina Congressional Districts with Benchmark Plan | SCSENATE_00027408 | SCSENATE_00027408 | P-MIL |
| | 48 | South Carolina Congressional Districts with Benchmark Plan - Beaufort | SCSENATE_00027409 | SCSENATE_00027409 | P-MIL |
| | 49 | South Carolina Congressional Districts with Benchmark Plan - Berkeley | SCSENATE_00027410 | SCSENATE_00027410 | P-MIL |
| | 50 | South Carolina Congressional Districts with Benchmark Plan - Charleston | SCSENATE_00027411 | SCSENATE_00027411 | P-MIL |
| | 51 | South Carolina Congressional Districts with Benchmark Plan - Dorchester | SCSENATE_00027412 | SCSENATE_00027412 | P-MIL |
| | 52 | South Carolina Congressional Districts with Benchmark Plan - Florence | SCSENATE_00027413 | SCSENATE_00027413 | P-MIL |
| | 53 | South Carolina Congressional Districts with Benchmark Plan - Jasper | SCSENATE_00027414 | SCSENATE_00027414 | P-MIL |
| | 54 | South Carolina congressional Districts with Benchmark Plan - Orangeburg | SCSENATE_00027415 | SCSENATE_00027415 | P-MIL |
| | 55 | South Carolina Congressional Districts with Benchmark Plan - Richland | SCSENATE_00027416 | SCSENATE_00027416 | P-MIL |
| | 56 | South Carolina Congressional Districts with Benchmark Plan - Sumter | SCSENATE_00027417 | SCSENATE_00027417 | P-MIL |
| | 57 | South Carolina Congressional Districts Black Voting Age Population (BVAP) | SCSENATE_00027418 | SCSENATE_00027418 | P-MIL |
| | 58 | Core Constituencies Report | SCSENATE_00027423 | SCSENATE_00027425 | P-MIL |
| | 59 | Core Constituencies Report | SCSENATE_00027426 | SCSENATE_00027428 | P-MIL |
| | 60 | SC Enacted Districts Core Preservation | SCSENATE_00027429 | | P-MIL |
| | 61 | Will Roberts Summary of Plans | SCSENATE_00003260 | SCSENATE_00003268 | |
| | 62 | Breeden John 1/20/22 Email with Talking Points and Charts | SCSENATE_00021732 | SCSENATE_00021745 | |
| | 63 | Paula Benson 1/18/22 Email to Senator Campsen | SCSENATE_00022356 | SCSENATE_00022364 | |
| | 64 | Senate Judiciary Redistricting Subcommittee Notebook 7/20/21 | SCSENATE_00024916 | SCSENATE_00024930 | |
| | 65 | Will Roberts Email to Paula Benson on 8/12/21 Re: Popluation Data for Congrssional District | SCSENATE_00024350 | | |
| | 65b | Attachment | SCSENATE_00024351 | | |
| | 66 | Submitted Written Comments for Public Hearings Across State | SCSENATE_00023836 | SCSENATE_00023928 | |
| | 67 | Breeden John Comparison of Plans | SCSENATE_00021732 | SCSENATE_00021742 | |
| | 68a | South Carolina Congressional Districts' Map--Oppermann LWV | | | |
| | 68b | Oppemann LWV Stats | | | |
| | 68c | Core Constituencies--LWV | | | |
| | 68d | Oppemann LWV | | | |
| | 68e | Population Summary--LWV | | | |
| | 68f | Political Subdivision Splits Between Districts--LWV | | | |
| | 68g | Population Summary--LWV | | | |
| | 69 | Senate Redistricting Website Listing Congressional Plan Submissions | | | |
| | 70a | South Carolina Congressional Districts' Map--LWV | | | |
| | 70b | BVAP | | | |
| | 70c | Political Subdivision Splits Between Districts--LWVSC_Congressional_1 | | | |
| | 70d | Population Summary--LWVSC_Congressional_1 | | | |
| | 70e | Population Summary--LWVSC_Congressional_1 | | | |
| | 70f | Core Constituencies--NAACP Congressional 1 | | | |
| | 71 | Senate Staff Plan Compared to House Judiciary Plan | SCSENATE_00022563 | | |
| | 72 | House Judiciary Plan with Senate Amendment, Senate Staff Plan Compared to House Judiciary Plan | SCSENATE_00022564 | | |

| | | | | | |
|---|---|---|---|---|---|
| OTHER DOCUMENTS | 73 | Email from B. John & Attachment (12/9/21) | SCSENATE_00001951 | SCSENATE_00001952 | |
| | 74 | Senate/House Expert Sean P. Trende CV | SCSENATE_00027404 | SCSENATE_00027407 | P-MIL |
| | 75 | Senate/House Expert Sean P. Trende Report - 4/18/22 | SCSENATE_00027368 | SCSENATE_00027403 | P-MIL |
| | 76 | Senate/House Sean P. Trende Rebuttal Report - 5/4/22 | SCSENATE_00027356 | SCSENATE_00027367 | P-MIL |
| | 77 | Correspondence regarding Opperman Plan | SCSENATE_00003247 | SCSENATE_00003277 | |
| | 78a | Correspondence regarding NAACP Testimony | SCSENATE_00003282 | SCSENATE_00003324 | |
| | 78b | Correspondence regarding NAACP Testimony | SCSENATE_00003328 | SCSENATE_00003329 | |
| | 78c | Correspondence regarding NAACP Testimony | SCSENATE_00003328 | SCSENATE_0000333 | |
| | 79a | Correspondence regarding Public Testimony | SCSENATE_00003325 | SCSENATE_00003327 | |
| | 79b | Correspondence regarding Public Testimony | SCSENATE_00003334 | SCSENATE_00003354 | |
| | 79c | Correspondence regarding Public Testimony | SCSENATE_00003337 | SCSENATE_00003359 | |
| | 79d | Correspondence regarding Public Testimony | SCSENATE_00003363 | SCSENATE_00003366 | |
| | 80 | Charleston Public Hearing Submissions (August 10, 2021) | SCSENATE_00022762 | SCSENATE_00022794 | |
| | 81 | Conway Public Hearing Submission (August 11, 2021) | SCSENATE_00022795 | SCSENATE_00022819 | |
| | 82 | Columbia Public Hearing Submssion (July 27, 2021) | SCSENATE_00022821 | SCSENATE_00022840 | |
| | 83 | Rock Hill Public Hearing Submission (July 29, 2021) | SCSENATE_00022842 | SCSENATE_00022847 | |
| | 84 | Greenville Public Hearing Submission (August 2, 2021) | SCSENATE_00022848 | SCSENATE_00022866 | |
| | 85 | Florence Public Hearing Submission (August 3, 2021) | SCSENATE_00022867 | SCSENATE_00022868 | |
| | 86 | Beaufort Public Hearing Submission (August 4, 2021) | SCSENATE_00022869 | SCSENATE_00022912 | |
| | 87 | Orangeburg Public Hearing Submission (August 9, 2021) | SCSENATE_00022913 | SCSENATE_00022914 | |
| | 88 | Aiken Public Hearing Submission (August 12, 2021) | SCSENATE_00023529 | SCSENATE_00023542 | |
| | 89 | Other Comments Received | SCSENATE_00023543 | SCSENATE_00023576 | |
| | 90 | List of Written Testimony Received After Announcement of Meeting - 1/11/22 | SCSENATE_00023933 | SCSENATE_00024040 | |
| | 91 | Email from Adam Kincaid to Andy Fiffick - 11/18/21 | SCSENATE_00027169 | | |
| | 92 | Will Roberts Email | | | |
| | 93 | Text Message from Andy Fiffick to Senator D. Harpootlian (1/19/22) | SCSENATE_00027175 | | |
| | 94 | Email from Jim Dickson to Senator C. Campsen (12/14/21) | SCSENATE_00027185 | SCSENATE_00027186 | |
| | 95 | Email from Jim Dickson to J. Culley (12/14/21) | SCSENATE_00027188 | SCSENATE_00027189 | |
| | 96 | Email from K. Hennelly to S. Erickson (12/23/21) | SCSENATE_00027191 | SCSENATE_00027193 | |
| | 97 | Email from Senator C. Campsen to J. Dickson & B Nielsen (1/11/22) | SCSENATE_00027196 | | |
| | 98 | Email from Senator C. Campsen to M. Smith (1/11/22) | SCSENATE_00027200 | | |
| | 99 | Email from Senator C. Campsen to M. Smith (1/12/22) | SCSENATE_00027208 | | |
| | 100 | Email from Senator C. Campsen to J. Diskson & B. Nielsen (1/12/22) | SCSENATE_00027210 | | |
| | 101 | Email from Senator C. Campsen to S. Bennett (1/12/22) | SCSENATE_00027214 | | |
| | 102 | Email from J. Dickson to Senator C. Campsen (1/12/22) | SCSENATE_00027216 | SCSENATE_00027217 | |
| | 103 | Email from S. Bennett to Senator C. Campsen (1/12/22) | SCSENATE_00027220 | SCSENATE_00027221 | |
| | 104 | Email from Senator C. Campsen to T. Seckinger (1/12/22) | SCSENATE_00027226 | | |
| | 105 | Email from Senator C. Campsen to S. Bennett (1/12/22) | SCSENATE_00027228 | | |
| | 106 | Email from Senator C. Campsen to X. Li (1/12/22) | SCSENATE_00027230 | | |
| | 107 | Email from Senator C. Campsen to S. Murray (1/12/22) | SCSENATE_00027234 | | |
| | 108 | Email from X. Li (1/12/22) | SCSENATE_00027236 | SCSENATE_00027238 | |
| | 109 | Email from Senator C. Campsen to M. Smith (1/12/22) | SCSENATE_00027240 | | |
| | 110 | Email from B. Nielsen to Senator C. Campsen (1/12/22) | SCSENATE_00027242 | SCSENATE_00027245 | |
| | 111 | Email from S. Murray to Senator C. Campsen (1/13/22) | SCSENATE_00027250 | SCSENATE_00027252 | |
| | 112 | Email from X. Li (1/13/22) | SCSENATE_00027254 | SCSENATE_00027258 | |

| | | | | | |
|---|---|---|---|---|---|
| | 113 | Email from Senator C. Campsen to M. Smith (1/15/22) | SCSENATE_00027260 | SCSENATE_00027261 | |
| | 114 | Email from Senator C. Campsen to S. Bennett (1/15/22) | SCSENATE_00027263 | SCSENATE_00027264 | |
| | 115 | Email from B. Nielsen to Senator C. Campsen (1/17/22) | SCSENATE_00027266 | SCSENATE_00027271 | |
| | 116 | Email from X. Li to Senator C. Campsen | SCSENATE_00027273 | SCSENATE_00027278 | |
| | 117 | Email from Senator C. Campsen to J. Bowers (1/20/22) | SCSENATE_00027280 | SCSENATE_00027281 | |
| | 118 | Senator C. Campsen Text Messages | SCSENATE_00027301 | SCSENATE_00027316 | |
| | 119 | State of SC, Election Night Reporting, US House of Representatives, District 1 (2020) | SCSENATE_00027419 | SCSENATE_00027422 | |
| | 120 | Text Messages Between Andy Fiffick & Dalton Tresvant (11/19/21 & 1/14/22) | SCSENATE_00003895 | | |
| PUBLIC HEARING TRANSCRIPTS | 121-130 | INTENTIONALLY OMITTED | | | |
| EMAILS AND OTHER DOCUMENTS | 131 | SCNAACP Reapportionment Committee Meeting (7/19/21) | SCNAACP_000089 | | P-MIL |
| | 132 | SCNAACP Reapportionment Committee Meeting (6/21/21) | SCNAACP_000090 | | P-MIL |
| | 133 | SCNAACP Reapportionment Committee Meeting (7/26/21) Agenda | SCNAACP_000094 | | P-MIL |
| | 134 | SCNAACP Reapportionment Committee Meeting (8/5/21) Agenda | SCNAACP_000095 | | P-MIL |
| | 135 | SCNAACP Reapportionment Committee Meeting (7/26/21) Minutes | SCNAACP_000098 | | P-MIL |
| | 136 | SCNAACP Reapportionment Committee Meeting (7/26/21) Minutes | SCNAACP_000099 | | P-MIL |
| | 137 | SCNAACP Reapportionment Committee Meeting (7/26/21) Minutes | SCNAACP_000121 | | P-MIL |
| | 138 | SCNAACP Reapportionment Committee Meeting (8/12/21) Agenda | SCNAACP_000142 | | P-MIL |
| | 139 | SCNAACP Reapportionment Committee Meeting (8/26/21) Agenda | SCNAACP_000150 | | P-MIL |
| | 140 | SCNAACP Reapportionment Committee Meeting (9/2/21) Agenda | SCNAACP_000153 | | P-MIL |
| | 141 | SCNAACP Reapportionment Committee Meeting (9/16/21) Agenda | SCNAACP_000157 | | P-MIL |
| | 142 | SCNAACP Reapportionment Committee Meeting (9/23/21) Agenda | SCNAACP_000161 | | P-MIL |
| | 143 | SCNAACP Reapportionment Committee Meeting (9/30/21) Agenda | SCNAACP_000165 | | P-MIL |
| | 144 | SCNAACP Reapportionment Committee Meeting (10/7/21) Agenda | SCNAACP_000169 | | P-MIL |
| | 145 | SCNAACP Reapportionment Committee Meeting (10/21/21) Agenda | SCNAACP_000173 | | P-MIL |
| | 146 | SCNAACP Reapportionment Committee Meeting (7/23/21) Minutes | SCNAACP_000282 | | P-MIL |
| | 147 | SCNAACP Reapportionment Committee Meeting (6/26/21) Minutes | SCNAACP_000285 | | P-MIL |
| | 148 | SCNAACP Reapportionment Committee Meeting (9/16/21) Agenda | SCNAACP_000293 | | P-MIL |
| | 149 | SCNAACP Reapportionment Committee Meeting (7/19/21) Agenda | SCNAACP_000297 | | P-MIL |
| | 150 | SCNAACP Reapportionment Committee Meeting (6/21/21) Minutes | SCNAACP_000298 | | P-MIL |
| | 151 | SCNAACP Reapportionment Committee Meeting (7/26/21) Agenda | SCNAACP_000302 | | P-MIL |
| | 152 | SCNAACP Reapportionment Committee Meeting 7/19/21) Minutes | SCNAACP_000303 | | P-MIL |
| | 153 | SCNAACP Reapportionment Committee Meeting (7/26/21) Minutes | SCNAACP_000307 | | P-MIL |
| | 154 | SCNAACP Reapportionment Committee Meeting (9/30/21) Agenda | SCNAACP_000328 | | P-MIL |
| | 155 | SCNAACP Reapportionment Committee Meeting (7/26/21) Minutes | SCNAACP_000339 | | P-MIL |
| | 156 | SCNAACP Reapportionment Committee Meeting (8/19/21) Agenda | SCNAACP_000360 | | P-MIL |
| | 157 | SCNAACP Reapportionment Committee Meeting (10/21/21) Agenda | SCNAACP_000380 | | P-MIL |
| | 158 | SCNAACP Reapportionment Committee Meeting (8/12/21) Agenda | SCNAACP_000381 | | P-MIL |
| | 159 | SCNAACP Reapportionment Committee Meeting (6/26/21) Minutes | SCNAACP_000389 | | P-MIL |
| | 160 | SCNAACP Reapportionment Committee Meeting (7/23/21) Minutes | SCNAACP_000394 | | P-MIL |
| | 161 | SCNAACP Reapportionment Committee Meeting (8/26/21) Agenda | SCNAACP_000397 | | P-MIL |
| | 162 | SCNAACP Reapportionment Committee Meeting (10/7/21) Agenda | SCNAACP_000400 | | P-MIL |
| | 163 | SCNAACP Reapportionment Committee Meeting (9/2/21) Agenda | SCNAACP_000404 | | P-MIL |

| | | | | | |
|---|---|---|---|---|---|
| | 164 | SCNAACP Reapportionment Committee Meeting (9/23/21) Agenda | SCNAACP_000408 | | P-MIL |
| | 165 | SCNAACP Reapportionment Committee Meeting (1/26/22) Agenda | SCNAACP_000967 | | P-MIL |
| | 166 | SCNAACP Reapportionment Committee Meeting (2/8/22) Agenda | SCNAACP_000997 | | P-MIL |
| | 167 | SCNAACP Reapportionment Committee Meeting (2/15/22) Minutes | SCNAACP_001039 | | P-MIL |
| | 168 | SCNAACP Reapportionment Committee Meeting (2/8/22) Minutes | SCNAACP_001043 | | P-MIL |
| | 169 | SCNAACP Reapportionment Committee Meeting (2/8/22) Minutes | SCNAACP_001047 | | P-MIL |
| | 170 | SCNAACP Reapportionment Committee Meeting (3/15/22) Agenda | SCNAACP_001456 | | P-MIL |
| | 171 | SCNAACP Reapportionment Committee Meeting (2/22/22) Minutes | SCNAACP_001457 | | P-MIL |
| | 172 | SCNAACP Reapportionment Committee Meeting (3/15/22) Agenda | SCNAACP_001463 | | P-MIL |
| | 173 | SCNAACP Reapportionment Committee Meeting (2/22/22) Minutes | SCNAACP_001464 | | P-MIL |
| | 174 | SCNAACP Reapportionment Committee Meeting (2/8/22) Minutes | SCNAACP_001469 | | P-MIL |
| | 175 | SCNAACP Reapportionment Committee Meeting (2/8/22) Minutes | SCNAACP_002899 | SCNAACP_002901 | P-MIL |
| | 176 | SCNAACP Reapportionment Committee Meeting (4/19/22) Minutes | SCNAACP_001655 | | P-MIL |
| | 177 | SCNAACP Reapportionment Committee Meeting (4/19/22) Minutes | SCNAACP_001729 | | P-MIL |
| | 178-208 | INTENTIONALLY OMITTED | | | |
| | 209 | SCNAACP Conference Reapportionment Coalition/Redistricting Coalition Members | SCNAACP_CD_ 000187 | | P-MIL |
| | 210 | SCNAACP Reapportionment Committee Meeting Video | SCNAACP_CD_000433 | SCNAACP_CD_000445 | P-MIL |
| | 211 | 8/30/21 Email "How to Build Your Testimony Training" | SCNAACP_CD_000923 | SCNAACP_CD_000924 | P-MIL |
| | 212 | 3/3/21 Email Re CROWD Redistricting Training | SCNAACP_CD_001099 | | P-MIL |
| | 213 | 1/7/21 Email Re:  Network Draft Calendar: Discussion Regarding Redistricting | SCNAACP_CD_002247 | | P-MIL |
| | 214 | 10/19/21 Email from L. Aden to J. Ruoff | SCNAACP_CD_003511 | SCNAACP_CD_003512 | P-MIL |
| | 215 | 7/23/21 Email | SCNAACP_CD_003840 | SCNAACP_CD_003842 | P-MIL |
| | 216 | 8/26/21 Email and Attachments | SCNAACP_CD_004294 | SCNAACP_CD_004305 | P-MIL |
| | 217 | 9/3/21 Email and Attachments | SCNAACP_CD_004363 | SCNAACP_CD_004369 | P-MIL |
| | 218 | 8/11/21 Email | SCNAACP_CD_004426 | SCNAACP_CD_004428 | P-MIL |
| | 219 | 12/3/21 Email | SCNAACP_CD_003524 | SCNAACP_CD_003525 | P-MIL |
| | 220 | 2/5/21 Email | SCNAACP_CD_000780 | SCNAACP_CD_000781 | P-MIL |
| | 221 | 8/9/21 Email & Attachments | SCNAACP_CD_003703 | SCNAACP_CD_003769 | P-MIL |
| | 222 | 11/23/21 Email | SCNAACP_CD_003786 | | P-MIL |
| | 223a | MILK Politcal Subdivision Splits | SCSENATE_00026327 | SCSENATE_00026328 | P-possible |
| | 223b | MILK Population | SCSENATE_00026329 | | P-possible |
| | 223c | MILK VAP | SCSENATE_00026330 | | P-possible |
| | 223d | MILK Core Constituencies | SCSENATE_00026941 | SCSENATE_00026943 | P-possible |
| | 223e | MILK Efficiency Gap | SCSENATE_00026944 | | P-possible |
| | 223f | MILK Map | SCSENATE_00026945 | | P-possible |
| | 224 | Senate Redistricting Subcommittee Public Hearing Video (Columbia July 27, 2021): https://redistricting.scsenate.gov/meeting/publichearing.html?date=072721 | https://redistricting.scsenate.gov/meeting/publichearing.html?date=072721 | | |
| | 225 | Senate Redistricting Subcommittee Public Hearing Video (Sumter July 28, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=072821 | | |
| | 226 | Senate Redistricting Subcommittee Public Hearing Video (Rock Hill July 29, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=072921 | | |

| | 227 | Senate Redistricting Subcommittee Public Hearing Video (Greenville August 2, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=080221 | | |
| --- | --- | --- | --- | --- | --- |
| | 228 | Senate Redistricting Subcommittee Public Hearing Video (Florence August 3, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=080321 | | |
| | 229 | Senate Redistricting Subcommittee Public Hearing Video (Beaufort August 4, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=080421 | | |
| | 230 | Senate Redistricting Subcommittee Public Hearing Video (Orangeburg August 9, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=080921 | | |
| | 231 | Senate Redistricting Subcommittee Public Hearing Video (Charleston August 10, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=081021 | | |
| | 232 | Senate Redistricting Subcommittee Public Hearing Video (Conway August 11, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=081121 | | |
| | 233 | Senate Redistricting Subcommittee Public Hearing Video (Aiken August 12, 2021): | https://redistricting.scsenate.gov/meeting/publichearing.html?date=081221 | | |
| | 234 | July 20, 2021 Senate Redistricting Subcommittee Hearing Video: | https://redistricting.scsenate.gov/meeting/subcommittee.html?date=072021 | | |
| | 235 | September 17, 2021 Senate Redistricting Subcommittee Hearing Video: | https://redistricting.scsenate.gov/meeting/subcommittee.html?date=091721 | | |
| | 236 | October 21, 2021 Senate Redistricting Subcommittee Hearing Video: | https://redistricting.scsenate.gov/meeting/subcommittee.html?date=102121 | | |
| | 237 | November 4, 2021 Senate Redistricting Subcommittee Hearing Video: | https://redistricting.scsenate.gov/meeting/subcommittee.html?date=110421 | | |
| | 238 | November 12, 2021 Senate Redistricting Subcommittee Hearing Video: | https://redistricting.scsenate.gov/meeting/subcommittee.html?date=111221 | | |
| | 239 | November 29, 2021 Senate Redistricting Subcommittee Hearing Video: | https://www.scstatehouse.gov/video/archives.php | | |
| | 240 | January 13, 2022 Senate Redistricting Subcommittee Hearing Video: | https://www.scstatehouse.gov/video/archives.php | | |
| | 241 | January 19, 2022 Senate Judiciary Committee Video: | https://www.scstatehouse.gov/video/archives.php | | |
| | 242 | January 20, 2022 Senate Floor Debate: | https://www.scstatehouse.gov/video/archives.php | | |