**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>      Plaintiffs,<br><br>      v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>      Defendants. | **Case No. 3-21-cv-03302-MGL TJH-RMG**<br><br>**THREE-JUDGE PANEL**<br><br><br>**PLAINTIFFS' LIST OF DEFENDANTS' EXHIBITS TO WHICH THEY OBJECT TO THEIR ADMISSION** |

Pursuant to the October 1, 2022 communication from the Court and to facilitate the Panel's review of the evidence, Plaintiffs hereby file its index of Defendants' exhibits to which Plaintiffs object to their admission. Exhibits designated by Senate Defendants have an "S" prefix, while exhibits designated by House Defendants have an "H" prefix. House documents reference the exhibits as originally designated on August 26 (ECF 328), rather than the exhibits as renumbered on September 30 (ECF 412-1).

Key to Objections: 401/402 = Relevance; 403 = Prejudice, Confusion, Waste of Time, etc.; 802 = Hearsay; NC = Not Complete; MIL = Subject to Motion in Limine

| Exhibit # | Description | Bates Number (if provided) | Objection |
|---|---|---|---|
| **Maps, Plan Data, And Plan Analysis** | | | |
| S47 | South Carolina Congressional Districts with Benchmark Plan | SCSENATE_00027408 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S48 | South Carolina Congressional Districts with Benchmark Plan – Beaufort | SCSENATE_00027409 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S49 | South Carolina Congressional Districts with Benchmark Plan – Berkeley | SCSENATE_00027410 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S50 | South Carolina Congressional Districts with Benchmark Plan – Charleston | SCSENATE_00027411 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S51 | South Carolina Congressional Districts with Benchmark Plan – Dorchester | SCSENATE_00027412 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S52 | South Carolina Congressional Districts with Benchmark Plan – Florence | SCSENATE_00027413 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S53 | South Carolina Congressional Districts with Benchmark Plan – Jasper | SCSENATE_00027414 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S54 | South Carolina Congressional Districts with Benchmark Plan – Orangeburg | SCSENATE_00027415 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S55 | South Carolina Congressional Districts with Benchmark Plan – Richland | SCSENATE_00027416 | MIL (ECF 355, 351), 401/402, 403, 802 |

| Exhibit # | Description | Bates Number (if provided) | Objection |
|---|---|---|---|
| S56 | South Carolina Congressional Districts with Benchmark Plan – Sumter | SCSENATE_00027417 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S57 | South Carolina Congressional Districts Black Voting Age Population (BVAP) | SCSENATE_00027418 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S58 | Core Constituencies Report | SCSENATE_00027423–27425 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S59 | Core Constituencies Report | SCSENATE_00027426–27428 | MIL (ECF 355, 351), 401/402, 403, 802 |
| S60 | South Carolina Enacted Districts Core Preservation | SCSENATE_00027429 | MIL (ECF 355, 351), 401/402, 403, 802 |
| | | | |
| S74 | Senate/House Expert Sean P. Trende CV | SCSENATE_00027404–27407 | Daubert Motion (ECF 324) |
| S75 | Senate/House Expert Sean P. Trende Report, dated April 18, 2022 | SCSENATE_00027368–27403 | 802; Daubert Motion (ECF 324) |
| S76 | Senate/House Sean P. Trene Rebuttal Report, dated May 4, 2022 | SCSENATE_00027356-27367 | 802; Daubert Motion (ECF 324) |
| S119 | State Of South Carolina, Election Night Reporting, U.S. House of Representatives, District 1 (2020) | SCSENATE_00027419–27422 | MIL (ECF 355, 351) |
| | | | |
| S131 | SC NAACP Reapportionment Committee Meeting-July 19 Agenda | SCNAACP_000089 | 401/402, 403, 802, MIL (ECF 350) |
| S132 | SC NAACP Reapportionment Committee Meeting-June 21 Minutes | SCNAACP_000090 | 401/402, 403, 802, MIL (ECF 350) |
| S133 | SC NAACP Reapportionment Committee Meeting-July 26 Agenda | SCNAACP_000094 | 401/402, 403, 802, MIL (ECF 350) |
| S134 | SC NAACP Reapportionment Committee Meeting-August 5 Agenda | SCNAACP_000095 | 401/402, 403, 802, MIL (ECF 350) |
| S135 | SC NAACP Reapportionment Committee Meeting-July 26 Minutes | SCNAACP_000098 | 401/402, 403, 802, MIL (ECF 350) |
| S136 | SC NAACP Reapportionment Committee Meeting-July 26 Minutes | SCNAACP_000099 | 401/402, 403, 802, MIL (ECF 350) |
| S137 | SC NAACP Reapportionment Committee Meeting-July 26 Minutes | SCNAACP_000121 | 401/402, 403, 802, MIL (ECF 350) |

| Exhibit # | Description | Bates Number (if provided) | Objection |
|---|---|---|---|
| S138 | SC NAACP Reapportionment Committee Meeting-August 12 Agenda | SCNAACP_000142 | 401/402, 403, 802, MIL (ECF 350) |
| S139 | SC NAACP Reapportionment Committee Meeting-August 26 Agenda | SCNAACP_000150 | 401/402, 403, 802, MIL (ECF 350) |
| S140 | SC NAACP Reapportionment Committee Meeting-September 2 Agenda | SCNAACP_000153 | 401/402, 403, 802, MIL (ECF 350) |
| S141 | SC NAACP Reapportionment Committee Meeting-September 16 Agenda | SCNAACP_000157 | 401/402, 403, 802, MIL (ECF 350) |
| S142 | SC NAACP Reapportionment Committee Meeting-September 23 Agenda | SCNAACP_000161 | 401/402, 403, 802, MIL (ECF 350) |
| S143 | SC NAACP Reapportionment Committee Meeting-September 30 Agenda | SCNAACP_000165 | 401/402, 403, 802, MIL (ECF 350) |
| S144 | SC NAACP Reapportionment Committee Meeting-October 7 Agenda | SCNAACP_000169 | 401/402, 403, 802, MIL (ECF 350) |
| S145 | SC NAACP Reapportionment Committee Meeting-October 21 Agenda | SCNAACP_000173 | 401/402, 403, 802, MIL (ECF 350) |
| S146 | SC NAACP Reapportionment Committee Meeting-July 23 Minutes | SCNAACP_000282 | 401/402, 403, 802, MIL (ECF 350) |
| S147 | SC NAACP Reapportionment Committee Meeting-June 26 Minutes | SCNAACP_000285 | 401/402, 403, 802, MIL (ECF 350) |
| S148 | SC NAACP Reapportionment Committee Meeting-September 16 Agenda | SCNAACP_000293 | 401/402, 403, 802, MIL (ECF 350) |
| S149 | SC NAACP Reapportionment Committee Meeting-July 19 Agenda | SCNAACP_000297 | 401/402, 403, 802, MIL (ECF 350) |
| S150 | SC NAACP Reapportionment Committee Meeting-June 21 Minutes | SCNAACP_000298 | 401/402, 403, 802, MIL (ECF 350) |
| S151 | SC NAACP Reapportionment Committee Meeting-July 26 Agenda | SCNAACP_000302 | 401/402, 403, 802, MIL (ECF 350) |

| Exhibit # | Description | Bates Number (if provided) | Objection |
|---|---|---|---|
| S152 | SC NAACP Reapportionment Committee Meeting-July 19 Minutes | SCNAACP_000303 | 401/402, 403, 802, MIL (ECF 350) |
| S153 | SC NAACP Reapportionment Committee Meeting-July 26 Minutes | SCNAACP_000307 | 401/402, 403, 802, MIL (ECF 350) |
| S154 | SC NAACP Reapportionment Committee Meeting-September 30 Agenda | SCNAACP_000328 | 401/402, 403, 802, MIL (ECF 350) |
| S155 | SC NAACP Reapportionment Committee Meeting-July 26 Minutes | SCNAACP_000339 | 401/402, 403, 802, MIL (ECF 350) |
| S156 | SC NAACP Reapportionment Committee Meeting-August 19 Agenda | SCNAACP_000360 | 401/402, 403, 802, MIL (ECF 350) |
| S157 | SC NAACP Reapportionment Committee Meeting-October 21 Agenda | SCNAACP_000380 | 401/402, 403, 802, MIL (ECF 350) |
| S158 | SC NAACP Reapportionment Committee Meeting-August 12 Agenda | SCNAACP_000381 | 401/402, 403, 802, MIL (ECF 350) |
| S159 | SC NAACP Reapportionment Committee Meeting-June 26 Minutes | SCNAACP_000389 | 401/402, 403, 802, MIL (ECF 350) |
| S160 | SC NAACP Reapportionment Committee Meeting-July 23 Minutes | SCNAACP_000394 | 401/402, 403, 802, MIL (ECF 350) |
| S161 | SC NAACP Reapportionment Committee Meeting-August 26 Agenda | SCNAACP_000397 | 401/402, 403, 802, MIL (ECF 350) |
| S162 | SC NAACP Reapportionment Committee Meeting-October 7 Agenda | SCNAACP_000400 | 401/402, 403, 802, MIL (ECF 350) |
| S163 | SC NAACP Reapportionment Committee Meeting-September 2 Agenda | SCNAACP_000404 | 401/402, 403, 802, MIL (ECF 350) |

| Exhibit # | Description | Bates Number (if provided) | Objection |
|---|---|---|---|
| S164 | SC NAACP Reapportionment Committee Meeting-September 23 Agenda | SCNAACP_000408 | 401/402, 403, 802, MIL (ECF 350) |
| S165 | SC NAACP Reapportionment Committee Meeting-January 26 Agenda | SCNAACP_000967 | 401/402, 403, 802, MIL (ECF 350) |
| S166 | SC NAACP Reapportionment Committee Meeting-February 8 Agenda | SCNAACP_000997 | 401/402, 403, 802, MIL (ECF 350) |
| S167 | SC NAACP Reapportionment Committee Meeting-February 15 Minutes | SCNAACP_001039 | 401/402, 403, 802, MIL (ECF 350) |
| S168 | SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCNAACP_001043 | 401/402, 403, 802, MIL (ECF 350) |
| S169 | SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCNAACP_001047 | 401/402, 403, 802, MIL (ECF 350) |
| S170 | SC NAACP Reapportionment Committee Meeting-March 15 Agenda | SCNAACP_001456 | 401/402, 403, 802, MIL (ECF 350) |
| S171 | SC NAACP Reapportionment Committee Meeting-February 22 Minutes | SCNAACP_001457 | 401/402, 403, 802, MIL (ECF 350) |
| S172 | SC NAACP Reapportionment Committee Meeting-March 15 Agenda | SCNAACP_001463 | 401/402, 403, 802, MIL (ECF 350) |
| S173 | SC NAACP Reapportionment Committee Meeting-February 22 Minutes | SCNAACP_001464 | 401/402, 403, 802, MIL (ECF 350) |
| S174 | SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCNAACP_001469 | 401/402, 403, 802, MIL (ECF 350) |
| S175 | SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCNAACP_002899-2901 | 401/402, 403, 802, MIL (ECF 350) |

| Exhibit # | Description | Bates Number (if provided) | Objection |
|---|---|---|---|
| S176 | SC NAACP Reapportionment Committee Meeting-April 19 Minutes | SCNAACP_001655 | 401/402, 403, 802, MIL (ECF 350) |
| S177 | SC NAACP Reapportionment Committee Meeting-April 19 Minutes | SCNAACP_001729 | 401/402, 403, 802, MIL (ECF 350) |
| S209 | SCNAACP Conference Reapportionment Committee | SCNAACP_CD_000187 | 401/402, 403, 802, MIL (ECF 350) |
| S210 | August 26, 2021 Email And Attachments | SCNAACP_CD_000433–445 | 401/402, 403, 802, MIL (ECF 350) |
| S211 | August 30, 2021 Email Re: "How To Build Your Testimony Training" | SCNAACP_CD_000923–924 | 401/402, 403, 802, MIL (ECF 350) |
| S212 | March 3, 2021 Email Re: CROWD Redistricting Training | SCNAACP_CD_001099 | 401/402, 403, 802, MIL (ECF 350) |
| S213 | January 7, 2021 Email Re: Network draft calendar: Discussion regarding redistricting | SCNAACP_CD_002247 | 401/402, 403, 802, MIL (ECF 350) |
| S214 | October 19, 2021 Email From L. Aden to J. Ruoff | SCNAACP_CD_003511–3512 | 401/402, 403, 802, MIL (ECF 350) |
| S215 | July 23, 2021 Email | SCNAACP_CD_003840–3842 | 401/402, 403, 802, MIL (ECF 350) |
| S216 | August 26, 2021 Email And Attachments | SCNAACP_CD_004294–4305 | 401/402, 403, 802, MIL (ECF 350) |
| S217 | September 3, 2021 Email And Attachments | SCNAACP_CD_004363–4369 | 401/402, 403, 802, MIL (ECF 350) |
| S218 | August 11, 2021 Email | SCNAACP_CD_004426–4428 | 401/402, 403, 802, MIL (ECF 350) |
| S219 | December 3, 2021 Email | SCNAACP_CD_003524–3525 | 401/402, 403, 802, MIL (ECF 350) |
| S220 | February 5, 2021 Email | SCNAACP_CD_000780–781 | 401/402, 403, 802, MIL (ECF 350) |
| S221 | August 9, 2021 Email & Attachments | SCNAACP_CD_003703–3769 | 401/402, 403, 802, MIL (ECF 350) |

| Exhibit # | Description | Bates Number (if provided) | Objection |
|---|---|---|---|
| S222 | Nov. 23, 2021 Email | SCNAACP_CD_003786 | 401/402, 403, 802, MIL (ECF 350) |
| S223A | MILK Political Subdivision Split | SCSENATE_00026327-SCSENATE_00026328 | 401/402, 403, 802 |
| S223B | MILK Population | SCSENATE_00026329 | 401/402, 403, 802 |
| S223C | MILK VAP | SCSENATE_00026330 | 401/402, 403, 802 |
| S223D | MILK Core Constituencies | SCSENATE_00026941-SCSENATE_00026943 | 401/402, 403, 802 |
| S223E | MIILK Efficiency Gap | SCSENATE_00026944 | 401/402, 403, 802 |
| S223F | MILK Map | SCSENATE_00026945 | 401/402, 403, 802 |

| Initial Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| H71 | SC NAACP Reapportionment Committee Meeting-July 19 Agenda | SCNAACP_000089 | 401/402, 403, 802, MIL (ECF 350) |
| H73 | SC NAACP Reapportionment Committee Meeting-July 26 Agenda | SCNAACP_000094 | 401/402, 403, 802, MIL (ECF 350) |
| H80 | SC NAACP Reapportionment Committee Meeting-September 2 Agenda | SCNAACP_000153 | 401/402, 403, 802, MIL (ECF 350) |
| H81 | SC NAACP Reapportionment Committee Meeting-September 16 Agenda | SCNAACP_000157 | 401/402, 403, 802, MIL (ECF 350) |
| H82 | SC NAACP Reapportionment Committee Meeting-September 23 Agenda | SCNAACP_000161 | 401/402, 403, 802, MIL (ECF 350) |
| H83 | SC NAACP Reapportionment Committee Meeting-September 30 Agenda | SCNAACP_000165 | 401/402, 403, 802, MIL (ECF 350) |
| H84 | SC NAACP Reapportionment Committee Meeting-October 7 Agenda | SCNAACP_000169 | 401/402, 403, 802, MIL (ECF 350) |
| H85 | SC NAACP Reapportionment Committee Meeting-October 21 Agenda | SCNAACP_000173 | 401/402, 403, 802, MIL (ECF 350) |
| H86 | SC NAACP Reapportionment Committee Meeting-July 23 Minutes | SCNAACP_000282 | 401/402, 403, 802, MIL (ECF 350) |
| H87 | SC NAACP Reapportionment Committee Meeting-June 26 Minutes | SCNAACP_000285 | 401/402, 403, 802, MIL (ECF 350) |
| H96 | SC NAACP Reapportionment Committee Meeting-August 19 Agenda | SCNAACP_000360 | 401/402, 403, 802, MIL (ECF 350) |
| H98 | SC NAACP Reapportionment Committee Meeting-August 12 Agenda | SCNAACP_000381 | 401/402, 403, 802, MIL (ECF 350) |
| H101 | SC NAACP Reapportionment Committee Meeting-August 26 Agenda | SCNAACP_000397 | 401/402, 403, 802, MIL (ECF 350) |
| H105 | SC NAACP Reapportionment Committee Meeting-January 26 Agenda | SCNAACP_000967 | 401/402, 403, 802, MIL (ECF 350) |
| H106 | SC NAACP Reapportionment Committee Meeting-February 8 Agenda | SCNAACP_000997 | 401/402, 403, 802, MIL (ECF 350) |

| Initial Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| H107 | SC NAACP Reapportionment Committee Meeting-February 15 Minutes | SCNAACP_001039 | 401/402, 403, 802, MIL (ECF 350) |
| H108 | SC NAACP Reapportionment Committee Meeting-February 8 Minutes | SCNAACP_001043 | 401/402, 403, 802, MIL (ECF 350) |
| H112 | SC NAACP Reapportionment Committee Meeting-March 15 Agenda | SCNAACP_001463 | 401/402, 403, 802, MIL (ECF 350) |
| H115 | SC NAACP Reapportionment Committee Meeting-April 19 Minutes | SCNAACP_001655 | 401/402, 403, 802, MIL (ECF 350) |
| H116 | SC NAACP Reapportionment Committee Meeting-April 19 Minutes | SCNAACP_001729 | 401/402, 403, 802, MIL (ECF 350) |
| H117 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001754 | 401/402, 403, 802, MIL (ECF 350) |
| H118 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001755 | 401/402, 403, 802, MIL (ECF 350) |
| H119 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001756 | 401/402, 403, 802, MIL (ECF 350) |
| H120 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001757 | 401/402, 403, 802, MIL (ECF 350) |
| H121 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001758 | 401/402, 403, 802, MIL (ECF 350) |
| H122 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001759 | 401/402, 403, 802, MIL (ECF 350) |
| H123 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001760 | 401/402, 403, 802, MIL (ECF 350) |
| H124 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001761 | 401/402, 403, 802, MIL (ECF 350) |
| H125 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001762 | 401/402, 403, 802, MIL (ECF 350) |
| H126 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001763 | 401/402, 403, 802, MIL (ECF 350) |
| H127 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001764 | 401/402, 403, 802, MIL (ECF 350) |
| H128 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001765 | 401/402, 403, 802, MIL (ECF 350) |
| H129 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001766 | 401/402, 403, 802, MIL (ECF 350) |
| H130 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001767 | 401/402, 403, 802, MIL (ECF 350) |
| H131 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001768 | 401/402, 403, 802, MIL (ECF 350) |

| Initial Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| H132 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001769 | 401/402, 403, 802, MIL (ECF 350) |
| H133 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001770 | 401/402, 403, 802, MIL (ECF 350) |
| H134 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001771 | 401/402, 403, 802, MIL (ECF 350) |
| H135 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001772 | 401/402, 403, 802, MIL (ECF 350) |
| H136 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001773 | 401/402, 403, 802, MIL (ECF 350) |
| H137 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001774 | 401/402, 403, 802, MIL (ECF 350) |
| H138 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001775 | 401/402, 403, 802, MIL (ECF 350) |
| H149 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001776 | 401/402, 403, 802, MIL (ECF 350) |
| H140 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001777 | 401/402, 403, 802, MIL (ECF 350) |
| H141 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001778 | 401/402, 403, 802, MIL (ECF 350) |
| H142 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001779 | 401/402, 403, 802, MIL (ECF 350) |
| H143 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001780 | 401/402, 403, 802, MIL (ECF 350) |
| H144 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP_001781 | 401/402, 403, 802, MIL (ECF 350) |
| H145 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001782 | 401/402, 403, 802, MIL (ECF 350) |
| H146 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001783 | 401/402, 403, 802, MIL (ECF 350) |
| H147 | SC NAACP Reapportionment Committee Meeting Video | SCNAACP 001784 | 401/402, 403, 802, MIL (ECF 350) |
| H148 | Re Congress.pdf | SCLWV_SUB_0027494; LWV PROD00011293 | 401/402, 403, 802, MIL (ECF 350) |
| H169 | LWV-SC Subpoena Document | SCLWV_SUB_0031012 | 401/402, 403, 802, MIL (ECF 350) |
| H170 | LWV-SC Subpoena Document | SCLWV_SUB_0031330 | 401/402, 403, 802, MIL (ECF 350) |
| H171 | LWV-SC Subpoena Document | SCLWV SUB 0032156 | 401/402, 403, 802, MIL (ECF 350) |
| H172 | LWV-SC Subpoena Document | SCLWV_SUB_0033083 | 401/402, 403, 802, MIL (ECF 350) |

| Initial Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| H173 | LWV-SC Subpoena Document | SCLWV_SUB_0033160 | 401/402, 403, 802, MIL (ECF 350) |
| H174 | LWV-SC Subpoena Document | SCLWV_SUB_0033378 | 401/402, 403, 802, MIL (ECF 350) |
| H175 | LWV-SC Subpoena Document | SCLWV_SUB_0038612 | 401/402, 403, 802, MIL (ECF 350) |
| H176 | LWV-SC Subpoena Document | SCLWV_SUB_0028705 | 401/402, 403, 802, MIL (ECF 350) |
| H177 | LWV-SC Subpoena Document | SCLWV_SUB_0027965 | 401/402, 403, 802, MIL (ECF 350) |
| H179 | SC NAACP Reapportionment Committee Meeting February 13, 2021 Minutes | SCNAACP_001084 | 401/402, 403, 802, MIL (ECF 350) |
| H186 | SC NAACP Reapportionment Committee Meeting January 7, 2021 Rough Minutes | SCNAACP_000973 | 401/402, 403, 802, MIL (ECF 350) |
| H187 | SC NAACP Reapportionment Committee Meeting August 12, 2021 Minutes | SCNAACP_002809 | 401/402, 403, 802, MIL (ECF 350) |
| H188 | Hearing Document by Leah.pdf | SCNAACP_003059 | 401/402, 403, 802, MIL (ECF 350) |
| H196 | Ex. 7 – Article | | 401/402, 403, 802, MIL (ECF 350) |
| H197 | Ex. 8 – Article | | 401/402, 403, 802, MIL (ECF 350) |
| H199 | Ex. 10 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H202 | Ex. 13 – Excel File | | 401/402, 403, 802, MIL (ECF 350) |
| H203 | Ex. 14 – Excel File | | 401/402, 403, 802, MIL (ECF 350) |
| H204 | Ex. 15 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H206 | Ex. 17 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H215 | Ex. 1 – 6-26-21 SC State Conference, NAACP General Membership Meeting | | 401/402, 403, 802, MIL (ECF 350) |
| H216 | Ex. 2 – 6-12-21 SC State Conference, NAACP Executive Committee Meeting Minutes | | 401/402, 403, 802, MIL (ECF 350) |

| Initial Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| H219 | Ex. 1 – 2-4-21 Email from Lynn Teague to John Ruoff | | 401/402, 403, 802, MIL (ECF 350) |
| H220 | Ex. 2 – Email from SC NAACP to CJ Boykin and Others and Attachment | | 401/402, 403, 802, MIL (ECF 350) |
| H221 | Ex. 3 – Email Chain Between Amelia Glisson, Brenda Murphy and Others | | 401/402, 403, 802, MIL (ECF 350) |
| H224 | Ex. 6 – 7-29-21 RAC Meeting Minutes | | 401/402, 403, 802, MIL (ECF 350) |
| H225 | Ex. 7 – 10-14-21 Email from John Ruoff to Lynn Teague | | 401/402, 403, 802, MIL (ECF 350) |
| H227 | Ex. 9 – 12-1-21 Email from John Ruoff to Leah Aden and Others | | 401/402, 403, 802, MIL (ECF 350) |
| H228 | Ex. 10 – 10-12-21 Email from SC NAACP to SC NAACP and Attachments | | 401/402, 403, 802, MIL (ECF 350) |
| H229 | Ex. 11 – 12-14-21 Email from John Ruoff to Brenda Murphy and Others | | 401/402, 403, 802, MIL (ECF 350) |
| H230 | Ex. 12 – 11-23-21 Email Chain between Somil Trivedi, John Ruoff and Others | | 401/402, 403, 802, MIL (ECF 350) |
| H231 | Ex. 13 – 11-24-21 Email from Leah Aden to John Ruoff and Others | | 401/402, 403, 802, MIL (ECF 350) |
| H232 | Ex. 14 – 11-24-21 Email from John Ruoff to Leah Aden and Others | | 401/402, 403, 802, MIL (ECF 350) |
| H234 | Ex. 16 – 1-14-22 Email from Steven Lance to Brenda Murphy | | 401/402, 403, 802, MIL (ECF 350) |
| H235 | Ex. 17 – Email from Steven Lance to Brenda Murphy and Others and Attachments | | 401/402, 403, 802, MIL (ECF 350) |
| H237 | Ex. 1 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H238 | Ex. 2 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H239 | Ex. 3 – Excel Spreadsheet | | 401/402, 403, 802, MIL (ECF 350) |
| H240 | Ex. 4 – Email | | 401/402, 403, 802, MIL (ECF 350) |
| H241 | Ex. 5 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H242 | Ex. 6 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |

| Initial Exhibit # | Description | Bates Number (if applicable) | Objection |
|---|---|---|---|
| H243 | Ex. 7 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H244 | Ex. 8 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H245 | Ex. 9 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H246 | Ex. 10 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H247 | Ex. 11 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H248 | Ex. 12 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H249 | Ex. 13 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H250 | Ex. 14 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H251 | Ex. 15 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |
| H252 | Ex. 16 – Email Exchange | | 401/402, 403, 802, MIL (ECF 350) |

Dated: October 2, 2022

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

/s/ *Santino Coleman*
Santino Coleman*** Fed. ID. 11914
Antonio L. Ingram II**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
scoleman@naacpldf.org
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Ming Cheung**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

* *Motion for admission Pro Hac Vice forthcoming*

Respectfully Submitted,

Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Christopher J. Bryant, Fed. ID 12538
BRYANT LEGAL, LLC
126 W. Henrietta St.
Baltimore, MD 21230
Tel.: (843) 779-5444
chris@bryant.legal.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

*\*\* Admitted Pro Hac Vice*
*\*\*\* Mailing address only (working remotely from South Carolina)*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes**
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2022 a true and correct copy of the foregoing was served on all counsel of record by electronic mail.

/s/ *Santino Coleman*
Santino Coleman*** Fed. ID. 11914
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
scoleman@naacpldf.org
aingram@naacpldf.org

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

*** *Mailing address only (working remotely from South Carolina)*