*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 17

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

-------------------------------------x
THE SOUTH CAROLINA STATE
CONFERENCE OF THE NAACP, et al.,

                 Plaintiffs,

                 Civil Action No.
vs.
                 3:21-cv-03302-MBS-TJH-RMG

THOMAS C. ALEXANDER, et al.,

                 Defendants.
-------------------------------------x

                 Remote deposition

                 July 6, 2022

                 10:02 a.m.


   VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of
EMMA DEAN, before Michele Moskowitz, a shorthand
reporter and Notary Public of the State of New
York.

1                    DEAN
2       A.     Oh, sorry.  Yes.  We toured the state
3    in advance of opening the map room and then the
4    e-mails came, you know, for a long period of
5    time.  So before the map room, after the map
6    room.  Well, before the map room opened and
7    during the map room being open.
8       Q.     Got it.  So it sounds like you
9    primarily relied on public testimony and the
10   e-mails for your understanding of communities of
11   interest in South Carolina today; is that
12   correct?
13      A.     Yeah.  I think that was an excellent
14   resource, hearing from the people.
15      Q.     For sure.  Thank you.  What about any
16   materials on racially polarized voting?  Do you
17   recall reviewing any of those?
18      A.     I -- I -- I do not.
19      Q.     What about any materials on current
20   black voting age populations in the state?
21      A.     Certainly that -- that's a data point
22   on Maptitude.  There are several different data
23   points in Maptitude that comes out on an Excel
24   spreadsheet and that would be one of them.
25      Q.     So you did review materials on black

|   |   |
|---|---|
|   | Page 48 |

```
 1                        DEAN
 2    voting age populations in the state?
 3         A.    No.  What I'm saying is that's a data
 4    point that's on Maptitude when you're using
 5    Maptitude.
 6         Q.    Okay.  So it would have been
 7    available to folks, but not specifically that you
 8    reviewed any materials relating to it; is that
 9    correct?
10         A.    Right.  So it's a data point that's
11    available when you're working on the map.  I -- I
12    would have reviewed, again, those materials that
13    I already named, public testimony, things that we
14    received, and so I -- I would refer to the
15    materials I already named.
16         Q.    Okay.  And besides looking at the Red
17    Book and the cases that we just discussed, did
18    you review any other materials on traditional
19    redistricting principles?
20         A.    I think all of those cases in the Red
21    Book and I think it's tremendous materials to
22    have available.
23         Q.    Right.  So nothing else that we
24    should know of?
25         A.    Not that I recall.  But, again, that
```