*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 20

Page 1

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF SOUTH CAROLINA
 2                  COLUMBIA DIVISION
 3   THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,
     ET AL.,
 4
                Plaintiffs,
 5
          vs.        CASE NO. 3:21-CV-03302-MBS-TJH-RMG
 6
     THOMAS C. ALEXANDER, ET AL.,
 7
                Defendants.
 8
 9   DEPOSITION OF:   JAMES H. LUCAS (Appearing by VTC)
10   DATE:            July 1, 2022
11   TIME:            10:35 AM
12   LOCATION:        1230 Main St.
                      Ste. 700
13                    Columbia, SC
14
15   TAKEN BY:        Counsel for the Plaintiff
16   REPORTED BY:     MARIE MCCOLLUM, Court Reporter
                      (Appearing by VTC)
17   _____
18
19
20
21
22
23
24
25
```

Page 23

1          Q.    All right.  Let me ask you a few
2    questions about the ad hoc committee.  Did the
3    House have an ad hoc redistricting committee in
4    prior redistricting cycles that you're aware of or
5    was that work handled by a standing committee or
6    subcommittee in the past?
7          A.    And, John, we touched upon this on
8    the -- in the last deposition, and I'm sure my --
9    my mind was clearer on this at that time.  So I
10   would refer you to that deposition.  But I don't
11   recall having -- having an ad hoc committee in the
12   years that I had been in the House.  In '11 the
13   election law subcommittee would have handled it,
14   led by Mr. Clemmons.  In '01 election law
15   subcommittee would have handled it, and I believe
16   Mr. Flemming was the chairman at the time.
17         Q.    Thank you, sir.  So why did the House
18   establish a redistricting ad hoc committee to
19   address congressional redistricting for this cycle?
20               MS. HOLLINGSWORTH:  Objection.
21               THE WITNESS:  I thought that it was the
22   best and fairest way to handle it and to get the
23   most input we could from the membership of the
24   body.
25   BY MR. FREEDMAN:

Page 69

1   Sumter.  If you tell -- are you telling me that
2   Sumter is in one congressional district?
3       Q.   I'm saying I'm look at the map and
4   Sumter is all in Congressional District 6.
5       A.   Okay.  I'll certainly take your word
6   for that.
7       Q.   Same question with regard to
8   Orangeburg.  This map keeps Orangeburg all in one
9   district, the 6th Congressional District.  Do you
10  see that?
11      A.   I don't know that.  It appears to be so
12  by the map, but if you tell me that, John, I
13  believe that.
14      Q.   Okay.  The map keeps most of Richland
15  County together in the 6th District except for the
16  Fort Jackson part.  Do you see that?
17      A.   Yes, sir.
18      Q.   And if you scroll down, the map keeps
19  most of Charleston County together in the
20  1st District except for the North Charleston part.
21  Do you see that?
22          MS. HOLLINGSWORTH:  John, hold on one
23  second; I'll just try to do a screen share.  This
24  is -- it's hard for him to see it on my laptop.
25  Let me see if I can screen share it.  Give me one

1  second.  And I can pull it up on --
2              MR. FREEDMAN:  Scroll down to
3  Charleston, Jennifer.
4              THE WITNESS:  All right.  I'm looking
5  at it, John.
6  BY MR. FREEDMAN:
7       Q.   Right.  And my question was you can see
8  that it keeps most of Charleston County together in
9  the 1st District.  Do you see that?
10      A.   Yes, sir.
11      Q.   Can you tell me what you understand
12 happened to this map, the first congressional map?
13 Like why didn't this map proceed?
14      A.   We -- is this Plan 1?
15      Q.   Yes.  And it's the first staff map that
16 was released.
17      A.   It's the one that had Beaufort in 2; is
18 that correct?
19      Q.   Beaufort is in 2 in this map, yes.
20      A.   And so now that I've got my bearings,
21 could you repeat that question, please, sir?
22      Q.   Sure.  I want to -- just your
23 understanding why this map didn't proceed.  Why --
24 what happened to this map?
25      A.   It appears if it didn't proceed out of