*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 26

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

---------------------------------------x
THE SOUTH CAROLINA STATE
CONFERENCE OF THE NAACP,

                Plaintiffs,

vs.                    Civil Action No.

                    3:21-cv-03302-JMC-TJH-RMG

THOMAS C. ALEXANDER, et al.,

                Defendants.
---------------------------------------x

Remote deposition

August 12, 2022

10:03 a.m.

VIDEOCONFERENCE DEPOSITION of MAURA BAKER, before Michele Moskowitz, a shorthand reporter and Notary Public of the State of New York.

REF: 5365810

Page 86

1         BAKER
2  able to open.  I did not have access to the -- I
3  did not have on my computer the software that
4  Will did, so I don't know how it was readily
5  available to everyone.
6       Q.     But you're saying you wouldn't have
7  been involved in this review?
8       A.     I would have seen the e-mail, I would
9  have seen what a map would have looked like, but
10 that would have been the extent.
11      Q.     To your knowledge, would staff
12 prepare any reports or analyses on submitted maps
13 like these?
14      A.     Based on documents that you shared, I
15 think there may have been -- there was a document
16 that would have broken down different data points
17 comparing the different maps, but I don't recall
18 any specifics about that.  And I'm specifically
19 referring to a document that you shared, but I
20 don't recall in general what -- you know, when
21 that would have been done.
22      Q.     Would maps submitted end up posted on
23 the Senate redistricting website?
24             MR. TRAYWICK:  Object to the form of
25       the question.

Page 87

1                    BAKER
2        A.     To my knowledge, yes.
3        Q.     Do you know if all maps that were
4    submitted would end up on the Senate
5    redistricting website?
6        A.     I believe so.  With the caveat that
7    they were in a format that could be opened, could
8    be produced.  And by produced I mean, you know,
9    you could actually see a map.  I don't know
10   that if someone submitted something in a
11   different format, if that was available or not.
12       Q.     Thank you.  Who actually did the
13   mechanic type work of posting submissions to the
14   public website?
15       A.     That would be our legislative
16   services department that would do the actual
17   posting is my understanding.
18       Q.     Would that be Tommy that we spoke
19   about earlier?
20       A.     Tommy, I suppose, could have been one
21   of the staff that would have done that, but it
22   would be his office, his department, that -- I'm
23   not sure how they're organized.  They're a
24   separate office from the Senate and so I don't
25   know how -- they're in a different building.  I