*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 31

User:
Plan Name: **Wren Plan**
Plan Type:

## Population Summary

Friday, November 19, 2021                                                                                                          9:51 AM

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 731,203 to 731,204 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to |
| Absolute Overall Range: | 1 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.43 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.49 |

| District | Population | Deviation | % Devn. | [Hispanic Origin] | [% Hispanic Origin] | NH_Wht | [% NH_Wht] | NH_DOJ_Blk | [% NH_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 731,203 | -1 | 0.00% | 60,161 | 8.23% | 499,901 | 68.37% | 131,933 | 18.04% |
| 2 | 731,204 | 0 | 0.00% | 46,121 | 6.31% | 464,122 | 63.47% | 181,981 | 24.89% |
| 3 | 731,203 | -1 | 0.00% | 45,816 | 6.27% | 520,461 | 71.18% | 132,897 | 18.18% |
| 4 | 731,204 | 0 | 0.00% | 73,183 | 10.01% | 479,176 | 65.53% | 135,545 | 18.54% |
| 5 | 731,204 | 0 | 0.00% | 41,080 | 5.62% | 465,801 | 63.7% | 185,676 | 25.39% |
| 6 | 731,203 | -1 | 0.00% | 50,262 | 6.87% | 282,010 | 38.57% | 359,828 | 49.21% |
| 7 | 731,204 | 0 | 0.00% | 36,215 | 4.95% | 467,081 | 63.88% | 196,027 | 26.81% |

**Total:** 5,118,425
**Ideal District:** 731,204

**Maptitude** For Redistricting

Exhibit 0003

CONFIDENTIAL                                                                                                                                                             SCSENATE_00026635