*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 32



User:
Plan Name: **Palmetto Plan**
Plan Type:

# Population Summary

Friday, November 19, 2021                                                                                                                                          9:55 AM

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 731,203 to 731,204 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to |
| Absolute Overall Range: | 1 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.43 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.49 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [H18+_Pop] | [% H18+_Pop] | [NH18+_Wht] | [% NH18+_Wht] | [NH18+_DOJ_Blk] | [% NH18+_DOJ_Blk] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 731,203 | -1 | 0.00% | 574,243 | 78.53% | 39,252 | 6.84% | 408,822 | 71.19% | 98,086 | 17.08% |
| 2 | 731,204 | 0 | 0.00% | 566,363 | 77.46% | 32,599 | 5.76% | 374,690 | 66.16% | 129,102 | 22.79% |
| 3 | 731,203 | -1 | 0.00% | 575,724 | 78.74% | 29,566 | 5.14% | 423,681 | 73.59% | 98,493 | 17.11% |
| 4 | 731,204 | 0 | 0.00% | 566,025 | 77.41% | 48,027 | 8.48% | 386,947 | 68.36% | 99,420 | 17.56% |
| 5 | 731,204 | 0 | 0.00% | 563,819 | 77.11% | 26,194 | 4.65% | 372,865 | 66.13% | 137,908 | 24.46% |
| 6 | 731,203 | -1 | 0.00% | 579,540 | 79.26% | 31,815 | 5.49% | 241,630 | 41.69% | 277,926 | 47.96% |
| 7 | 731,204 | 0 | 0.00% | 588,746 | 80.52% | 23,671 | 4.02% | 395,340 | 67.15% | 146,117 | 24.82% |

**Total:** 5,118,425
**Ideal District:** 731,204

Maptitude For Redistricting

Page 1 of 1