*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 37

| | |
|---|---|
| **From:** | Andrew Fiffick Gmail <andrewfiffick@gmail.com> |
| **Sent:** | Tuesday, February 8, 2022 1:26 PM |
| **To:** | Andy Fiffick |
| **Subject:** | Fwd: Item shared with you: "Jessamine.zip" |

Begin forwarded message:

**From:** "Adam Kincaid (via Google Drive)" <drive-shares-dm-noreply@google.com>
**Date:** November 28, 2021 at 2:47:18 PM EST
**To:** andrewfiffick@gmail.com
**Subject: Item shared with you: "Jessamine.zip"**
**Reply-To:** Adam Kincaid <adam@thenrrt.org>

adam@thenrrt.org shared an item

adam@thenrrt.org has shared the following item:

Jessamine.zip

Open

If you don't want to receive files from this person, block the sender from Drive

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because adam@thenrrt.org shared a file or folder located in Google Drive with you.



Exhibit 0006