*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 44

Page 1

```
IN THE UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
---------------------------------------x
THE SOUTH CAROLINA STATE CONFERENCE
OF THE NAACP

    and

TAIWAN SCOTT, ON BEHALF OF HIMSELF       Case No.
AND ALL OTHER SIMILARLY SITUATED         3:21-CV-03302
PERSONS,                                 JMC-TJH-RMG

                        Plaintiffs,

 Vs.

THOMAS C. ALEXANDER, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE SENATE;
LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
AS CHAIRMAN OF THE SENATE JUDICIARY
COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
CAPACITY AS SPEAKER OF THE HOUSE OF
REPRESENTATIVES; CHRIS MURPHY, IN HIS
OFFICIAL CAPACITY AS CHAIRMAN OF THE
HOUSE OF REPRESENTATIVES JUDICIARY
COMMITTEE; WALLACE H. JORDAN, IN HIS
OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
OF REPRESENTATIVES ELECTIONS LAW
SUBCOMMITTEE; HOWARD KNAPP, IN HIS
OFFICIAL CAPACITY AS INTERIM EXECUTIVE
DIRECTOR OF THE SOUTH CAROLINA STATE
ELECTION COMMISSION; JOHN WELLS, JOANNE
DAY, CLIFFORD J. EDLER, LINDA MCCALL,
AND SCOTT MOSELEY, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE SOUTH
CAROLINA STATE ELECTION COMMISSION,
                           Defendants.
------------------------------------------x

    STENOGRAPHIC REMOTE VIRTUAL DEPOSITION
                BETH BERNSTEIN
           Wednesday, August 10, 2022
```

|   |   |
|---|---|
|   | Page 154 |

```
 1                    BERNSTEIN
 2       -- and I guess maybe North
 3       Charleston would typically be more
 4       Democratic was now being moved into
 5       CD 6, in my opinion, and how I saw
 6       the trend in Charleston going more
 7       as a moderate leaning left area that
 8       has kind of changed definitely since
 9       2011 and that there was an effort to
10       make sure that that area was going
11       to be distributed in an effort not
12       to have it as a voting bloc but to
13       help CD 1.
14            Q.   Did you think that
15       Charleston County, including its
16       downtown area, would be considered a
17       community of interest?
18            A.   I did.
19            Q.   And so this alternative one
20       plan by the House, do you know when
21       it was released?
22            A.   So I'm not sure when it was
23       released.  I happened to be on a
24       family vacation around Christmastime
25       and I had somebody send me a text
```

Page 155

1              BERNSTEIN
2    about the new map being released and
3    I did not know what he was referring
4    to when he stated the new map.  I
5    said, you know, so that's the first
6    time I had heard about it.
7            So it was a map that had been
8    published online.  But as a
9    committee member had not been given
10   any notice that there would be an
11   alternative map produced and that it
12   would be produced at that time and I
13   could not even tell you, it was
14   somewhere between probably
15   December 20th and December 26th I
16   think is when I was told, maybe
17   December 9th.
18           Q.   You just said someone had
19   contacted you to let you know about
20   that new map, correct?
21           A.   Correct.
22           Q.   Do you remember who that
23   was?
24           A.   I do.  It was a friend who
25   -- it was through a text exchange,