*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 56

3:21-cv-03302-MGL-TJH-RMG     Date Filed 10/04/22     Entry Number 434-56     Page 2 of 5

Moon Duchin, PhD                                      July 14, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF SOUTH CAROLINA
 2                       COLUMBIA DIVISION

 3    THE SOUTH CAROLINA STATE
      CONFERENCE OF THE NAACP
 4
           and
 5
      TAIWAN SCOTT, ON BEHALF OF HIMSELF
 6    AND ALL OTHER SIMILARLY SITUATED
      PERSONS,
 7
                    Plaintiffs,
 8
          vs.              Case No. 3:21-CV-03302-JMC-TJH-RMG
 9
      THOMAS C. ALEXANDER, IN HIS OFFICIAL
10    CAPACITY AS PRESIDENT OF THE SENATE;
      LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
11    AS CHAIRMAN OF THE SENATE JUDICIARY
      COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
12    CAPACITY AS SPEAKER OF THE HOUSE OF
      REPRESENTATIVES; CHRIS MURPHY, IN HIS
13    OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
      OF REPRESENTATIVES JUDICIARY COMMITTEE;
14    WALLACE H. JORDAN, IN HIS OFFICIAL CAPACITY
      AS CHAIRMAN OF THE HOUSE OF REPRESENTATIVES
15    ELECTIONS LAW SUBCOMMITTEE; HOWARD KNAPP,
      IN HIS OFFICIAL CAPACITY AS INTERIM
16    EXECUTIVE DIRECTOR OF THE SOUTH CAROLINA
      STATE ELECTION COMMISSION; JOHN WELLS,
17    JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL,
      AND SCOTT MOSELEY, IN THEIR OFFICIAL
18    CAPACITIES AS MEMBERS OF THE SOUTH CAROLINA
      STATE ELECTION COMMISSION,
19
                    Defendants.
20   _____
21
22    DEPOSITION OF:    MOON DUCHIN, PHD
                        (Via Videoconference)
23
      DATE:             Wednesday, June 22, 2022
24
      TIME:             10:13 a.m.
25
```

1      Sukovich and Roberts.  Is that right?
2             A.    Yes.  And worse than SC-NAACP2
3      Harpootlian and the League.
4             Q.    One more question about splits that
5      don't affect population.
6             A.    Yes.
7             Q.    In your experience, or to your knowledge
8      are there census blocks that do not contain any
9      population?
10            A.    In the 2010 census, 40 percent of the
11     census blocks in the country had no population.
12            Q.    And how about in the 2020 census, do you
13     know one way or the other?
14            A.    I actually don't know that number.  I do
15     know that one of the efforts the Census Bureau made
16     in 2020 was to reduce the number of census blocks
17     nationally.  So I suspect that the number 40 percent
18     has dropped.  Irrespective of that, it is
19     unquestionably the case that many blocks have no
20     population.
21            Q.    And does a map drawer have to put those
22     blocks in a district somewhere?
23            A.    That's an interesting question.  It
24     really depends.
25                  One thing that stood out to me, in some

3:21-cv-03302-MGL-TJH-RMG  Date Filed 10/04/22  Entry Number 434-56  Page 4 of 5

Moon Duchin, PhD                                           July 14, 2022
The South Carolina State Conf vs. McMaster/Alexander

Page 66

1    of the litigation that I have been involved in, is
2    that sometimes maps that are presented differ in how
3    they handle which blocks have to be assigned. So I
4    would say that there is not complete consensus on
5    the question of which blocks have to be assigned but
6    that, in my view, it's best practice to assign all
7    of the blocks in the state.
8         Q.   And can assigning census blocks without
9    population help make a district to be contiguous of
10   a particular shape or something like that?
11        A.   Definitely.
12        Q.   Section 4.5 addresses Incumbency. And
13   you have listed here incumbent pairings in various
14   plans. Is that right?
15        A.   I have.
16        Q.   Where did you get the incumbent
17   residency information from?
18        A.   This is from the shapefile that I
19   mentioned with electoral data that was provided by
20   counsel.
21        Q.   And so it was preloaded in that file?
22   You didn't get it from somewhere else or merge two
23   files together or anything like that?
24        A.   So shapefiles -- even though we say a
25   shapefile, a shapefile is actually a collection of

Page 67

1    files.  And so it's a little bit insubstantial to
2    talk about whether things were in separate files or
3    the same one, but it was all in the same data
4    package.  It was all in the same delivery.
5         Q.   And before I go to section 5 I want to
6    go back and just round out a few questions on this
7    section 4.
8         A.   Yes.
9         Q.   Did you omit from section 4 any
10   traditional criteria contained in the General
11   Assembly's Guidelines?
12        A.   I made an effort to address all the ones
13   that had high billing.  There isn't a numerical
14   discussion of core retention.  But again, as we
15   reviewed when we looked at the Guidelines before,
16   core retention is kind of packaged with other
17   considerations in the Guidelines, and it wasn't a
18   clear heading, in particular, in the House
19   Guidelines.  So I do not give core retention
20   statistics across the plans but I do give core
21   retention statistics in places where I think they
22   are relevant in the report.
23        Q.   And what about VTD splits, did you give
24   statistics on VTD splits here?
25        A.   It does not look like I did give