*SC NAACP v. Alexander,*
D.S.C. Case No. 3:21-cv-03302-MGL-TJH-RMG

# Exhibit 57

Page 1

```
IN THE UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
---------------------------------------x
THE SOUTH CAROLINA STATE CONFERENCE
OF THE NAACP

                 and

TAIWAN SCOTT, ON BEHALF OF HIMSELF         Case No.
AND ALL OTHER SIMILARLY SITUATED           3:21-CV-03302
PERSONS,                                   JMC-TJH-RMG

                       Plaintiffs,

                 Vs.

THOMAS C. ALEXANDER, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE SENATE;
LUKE A. RANKIN, IN HIS OFFICIAL CAPACITY
AS CHAIRMAN OF THE SENATE JUDICIARY
COMMITTEE; MURRELL SMITH, IN HIS OFFICIAL
CAPACITY AS SPEAKER OF THE HOUSE OF
REPRESENTATIVES; CHRIS MURPHY, IN HIS
OFFICIAL CAPACITY AS CHAIRMAN OF THE
HOUSE OF REPRESENTATIVES JUDICIARY
COMMITTEE; WALLACE H. JORDAN, IN HIS
OFFICIAL CAPACITY AS CHAIRMAN OF THE HOUSE
OF REPRESENTATIVES ELECTIONS LAW
SUBCOMMITTEE; HOWARD KNAPP, IN HIS
OFFICIAL CAPACITY AS INTERIM EXECUTIVE
DIRECTOR OF THE SOUTH CAROLINA STATE
ELECTION COMMISSION; JOHN WELLS, JOANNE
DAY, CLIFFORD J. EDLER, LINDA MCCALL,
AND SCOTT MOSELEY, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE SOUTH
CAROLINA STATE ELECTION COMMISSION,
                          Defendants.
------------------------------------------x

   STENOGRAPHIC REMOTE VIRTUAL DEPOSITION
              BREEDEN JOHN
         Tuesday, August 9, 2022
```

| | |
|---|---|
| 1 | JOHN |
| 2 | office had created? |
| 3 | A.   No.   I wasn't sure who |
| 4 | created it.  Like I said, I got |
| 5 | there a little bit late so I didn't |
| 6 | know if they had talked about that |
| 7 | before I got there or not, but I |
| 8 | didn't ask who created it. |
| 9 | Q.   Did you understand any of |
| 10 | the -- Mr. Tresvant?  Is that right? |
| 11 | A.   Yes, Tresvant. |
| 12 | Q.   Did you understand any of |
| 13 | the suggestions to be requests on |
| 14 | behalf of Congressman Clyburn or |
| 15 | more informal discussions about the |
| 16 | district? |
| 17 | A.   It was more informal |
| 18 | discussions less so not requests |
| 19 | just kind of maybe a statement of |
| 20 | preferences, you know, it would be |
| 21 | nice if X area was included but it |
| 22 | wasn't a specific request. |
| 23 | Q.   Were you involved at all in |
| 24 | any follow-up with anyone else from |
| 25 | Representative Clyburn's office |

Page 51

1              JOHN
2    after this meeting?
3         A.   No.
4         Q.   Did you have any other
5    conversations or become aware of
6    conversations about any other
7    suggestions or thoughts from
8    Representative Clyburn's office?
9         A.   No, not that I recall.
10        Q.   Were you involved in any
11   discussions with anyone from
12   Congressman Wilson's office?
13        A.   I was in the room while
14   Charlie Terreni spoke with, I think
15   it was directly with Congressman
16   Wilson or it could have been a
17   staffer.  So I guess I overheard a
18   conversation but I wasn't really
19   involved.
20        Q.   Was that in -- I assume it
21   was -- was that in Senator Rankin's
22   office too?
23        A.   Yes, it was.
24        Q.   Do you recall how long that
25   meeting was?

Page 52

1                    JOHN
2         A.    That phone conversation was
3    fairly short.  Five minutes at the
4    most I would think.
5         Q.    You mentioned you weren't
6    part of the conversation.  Did you
7    and Mr. Terreni have any
8    conversation after it with any
9    feedback or debrief?
10        A.    We just kind of talked
11   about what they discussed on the
12   phone and it was -- again it was
13   Mr. Terreni, Fiffick, Will Roberts,
14   myself.  We were working -- we were
15   just working on maps and I don't
16   remember what spurred the
17   conversation but he called the
18   Congressman.  He called whoever it
19   was he spoke with, whether it was
20   the Congressman or a staffer I don't
21   recall exactly but they just talked
22   about -- about the districts.  I
23   don't recall -- I don't think that
24   -- I know it was prior to the Senate
25   releasing their staff congressional

Page 53

1               JOHN
2      plan and I don't think that the
3      House had put anything out yet.  So
4      I don't exactly remember what the
5      impetus was for the conversation.
6           Q.   Do you recall any feedback
7      from either Congressman Wilson or
8      his office on how CD 2 should be
9      drawn?
10          A.   Yes.  I remember their
11     express interest in Fort Jackson
12     being included in the 2nd.  That was
13     really the only specific area I
14     recall.
15          Q.   Were you involved in any
16     follow-up after that initial
17     meeting?
18          A.   No.
19          Q.   Did you at all become aware
20     of any additional feedback from
21     Congressman Wilson's office on any
22     proposed maps by the Senate
23     subcommittee?
24          A.   No, not that I recall.
25          Q.   Were you at all involved in

```
                                        Page 54
 1                  JOHN
 2    any discussions with Congresswoman
 3    Mace's office about CD 1?
 4         A.   No.
 5         Q.   Do you recall receiving any
 6    feedback from other members of the
 7    Senate staff regarding input from
 8    Congresswoman Mace's office?
 9         A.   No, I don't.
10         Q.   What about any feedback or
11    conversations with Congressman
12    Rice's office?
13         A.   No.
14         Q.   Outside of these members
15    any other members of Congress or
16    former members of Congress that you
17    recall speaking to during the
18    congressional redistricting process?
19         A.   None that I spoke to.
20         Q.   Who else were you aware of
21    that was -- had conversations?
22         A.   Andy Fiffick spoke with
23    Congressman Timmons at one point.
24         Q.   Anyone else?
25         A.   That's all I remember.
```

Page 55

1              JOHN
2       Q.   Did you receive any
3    instructions for how you should
4    assess or evaluate any of the
5    feedback you received from members
6    of Congress in drawing maps?
7       A.   Not particularly.
8       Q.   Would you consider
9    suggestions they had of equal weight
10   to members of the public?
11      A.   Yes, for the most part.
12   The feedback that we got from them I
13   would say yes for the most part.
14      Q.   Were there any political
15   organizations that you had
16   conversations with?
17      A.   No.
18      Q.   Anyone obvious working on
19   behalf of any organizations?
20      A.   No.
21      Q.   Any consultants?
22      A.   No.
23      Q.   Lobbyists?
24      A.   I did speak with Dr. John
25   Ruoff, R-U-O-F-F.  He was working

Page 201

JOHN

1
2   A.   Yes.
3   Q.   Did you prepare any
4   materials for this one?
5   A.   Same notebooks -- I mean
6   same map and reports that were
7   always going in the notebooks.  I
8   may have talked with Will about his
9   overview that the notes that he was
10  putting together to give his
11  overview and looked at that, you
12  know, with him a little bit in our
13  shared office here but I didn't
14  really prepare anything for my own
15  use.
16  Q.   And so do you recall any
17  common themes that were raised or
18  that you identified that were worth
19  following up with after the hearing?
20  A.   As far as the testimony
21  that we received on it?  Yeah, I
22  was, honestly I was a little
23  disappointed that it got such a
24  harsh reception.  I kind of felt
25  like it was a pretty good plan and

Page 202

1           JOHN
2     you know, it was met with a lot of
3     strong criticism from different
4     groups.  And, you know what, it's
5     certainly understandable.  But it
6     was -- the reception was not what I
7     was expecting, you know.
8          Q.   And what did you understand
9     some of the criticisms to be
10    specifically?
11         A.   It was stated that it was,
12    you know, heavily racially
13    motivated.  Could only be explained
14    by race.  It was drawn by partisan
15    hacks in Washington, D.C. and, you
16    know, just how unfair it was and I
17    was surprised to hear some of that.
18         Q.   Was some of the reference
19    you mentioned about, I'll use your
20    term, partisan hacks, was that
21    between former Congressman
22    Cunningham and Senator Harpootlian?
23         A.   Yes, it was.
24         Q.   Do you recall members of
25    the public at all testifying and