UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. ALEXANDER, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-03302-MGL-TJH-RMG<br><br>THREE-JUDGE PANEL |

PLAINTIFFS' LIST OF TRIAL WITNESSES AND EXHIBITS
FOR FRIDAY, OCTOBER 7, 2022

Pursuant to the Parties' agreement, Plaintiffs presently intend to call the following witnesses on Friday, October 7, 2022. Witnesses are listed in alphabetical order and will not necessarily be called in the order presented below.

| Witness | Examiner (Plaintiff) | Topics of Testimony | Exhibits |
|---|---|---|---|
| Senator Richard Harpootlian | John Freedman | Will testify regarding the legislative process and the impact of S. 865 on the Challenged Districts and alternative maps considered. | PX 91<br>PX 98<br>PX 114<br>PX 115<br>PX 116<br>PX 322<br>PX 716<br>SDX 28A<br>SDX 29B<br>SDX 31A<br>SDX 32A<br>SDX 234 |

| Witness | Examiner (Plaintiff) | Topics of Testimony | Exhibits |
|---|---|---|---|
| | | | SDX 235<br>SDX 236<br>SDX 237<br>SDX 239<br>SDX 241<br>SDX 242 |
| R. Joseph Opperman | John Hindley | Will testify regarding the impact of S.865 and the Challenged Districts and alternative maps presented. | PX 330<br>PX 721<br>SDX 28A<br>SDX 28D<br>SDX 29B<br>SDX 29E<br>SDX 30A<br>SDX 30E<br>SDX 31A<br>SDX 31E<br>SDX 32A<br>SDX 32E |
| Dr. Jordan Ragusa | John Freedman | Will testify regarding the content of his expert reports. | PX 19 (or portions thereof and charts, figures, or tables within; demonstrative or compilation exhibit re: same)<br>PX 20<br>PX 21<br>PX 22<br>PX 23<br>PX 24<br>PX 25<br>PX 26 (or portions thereof and charts, figures, or tables within; demonstrative or compilation exhibit re: same)<br>PX 27<br>PX 28 |

| Witness | Examiner (Plaintiff) | Topics of Testimony | Exhibits |
|---------|---------------------|---------------------|----------|
|         |                     |                     | PX 29<br>PX 30<br>PX 31<br>SDX 32A<br>SDX 29B |

During their direct examination of these witnesses, Plaintiffs may also conduct examination concerning the identified exhibits. Plaintiffs reserve the right to call witnesses from the previous day who did not testify or complete their testimony.

Dated: October 5, 2022

Respectfully Submitted,

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Santino Coleman*** Fed. ID. 11914
Antonio L. Ingram II**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
scoleman@naacpldf.org
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Ming Cheung**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500

*/s/ Allen Chaney*
Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

Christopher J. Bryant, Fed. ID 12538
BRYANT LEGAL, LLC
126 W. Henrietta St.
Baltimore, MD 21230
Tel.: (843) 779-5444
chris@bryant.legal.com

Somil B. Trivedi**
Patricia Yan**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

Jeffrey A. Fuisz**
Paula Ramer**
ARNOLD & PORTER KAYE SCHOLER LLP

acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Adam Pergament**
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

* *Motion for admission Pro Hac Vice forthcoming*
** *Admitted Pro Hac Vice*
*** *Mailing address only (working remotely from South Carolina)*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes**
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2022 a true and correct copy of the foregoing was served on all counsel of record by electronic mail.

*/s/ Allen Chaney*
Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
achaney@aclusc.org

*Counsel for Plaintiffs the South Carolina
 Conference of the NAACP and
 Taiwan Scott*