# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>                Plaintiffs,<br><br>   v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>                Defendants. | Case No. 3:21-cv-03302-MGL-TJH-RMG<br><br>**THREE-JUDGE PANEL**<br><br><br>**PLAINTIFFS' AMENDED DEPOSITION DESIGNATIONS, OBJECTIONS, AND COUNTER-DESIGNATIONS FOR HOUSE DEFENDANTS' WITNESSES** |

Pursuant to the guidance from the Court regarding deposition designations, below are Plaintiffs' updated, narrowed designations and updated counter-designations and objections to House Defendants' counter-designations.[1] To aid the Panel's review, Plaintiffs will file copies of the below transcripts with color coded highlights of Plaintiffs' designations, Defendants' counter-designations, and each Parties' objections.

Plaintiffs have withdrawn their designations for the depositions of Rep. Justin Bamberg, Sen. George Campsen, Mr. Patrick Dennis, Rep. Wallace "Jay" Jordan, Sen. Shane Massey, Rep. Wm. Weston Newton, and Mr. William Roberts because Defendants have called or plan on calling them as witnesses. Plaintiffs reserve their right to submit designations for these individuals if Defendants do not call them as witnesses during the trial.

**Witness Designations**

1. **Beth Bernstein**

    Designations: 40:6-41:23, 46:7-50:4, 55:3-58:22 79:7–82:11, 84:5-17, 86:16–87:3, 89:3-8, 90:8-20, 95:14–96:7 101:21-103:15, 105:11–106:11, 110:16-112:3, 139:12–140:15, 154:19-155:17, 161:6-17, 162:4-12, 162:25-164:15, 182:8-186:22, 188:21-196:10, 198:4-23, 215:24-219:3, 227:12-231:21

    Objections to Defendants' Counter-Designations:

    241:16-19: Rule 701 (calls for improper lay opinion)

    263:19-24: Rule 701 (calls for improper lay opinion)

    264:11-16: Rule 701 (calls for improper lay opinion)

2. **Neal Collins**

---

[1] This filing only contains designations, counter designations, and objections as to House Defendants' witnesses. When Plaintiffs receive Senate Defendants' counter designations, the Court will be provided a corresponding submission covering Senate Defendants' witnesses.

Designations: 47:3-49:21, 53:16-54:1,57:2-61:9, 72:21-74:2, 88:13-94:10, 94:18-96:3, 105:3-106:18, 111:11-113:12, 115:13-118:14, 119:2-120:13,130:2-13, 130:17-20, 134:16-141:8, 140:17-144:18

Objections to Defendants' Counter-Designations: None

3. **Emma Dean**

    Designations:

    Vol 1: 16:13-21:2, 35:5-36:8, 37:24-41:11, 41:21-44:6, 45:18-49:22, 70:22-74:5, 84:2-85:22, 86:7-87:5, 91:2-22, 93:23-97:5, 115:25-118:7, 119:9-128:17, 131:18-132:6, 133:2-134:23, 138:23-139:21, 150:9-152:2, 178:13-187:8, 189:14-193:17, 194:20-197:18, 200:19-201:20, 202:23-205:9, 207:14-211:7, 213:9-224:5, 226:24-228:10, 230:5-233:5, 234:14-21, 236:23-239:6, 239:23-254:21, 255:21-256:22, 257:5-266:2, 275:3-20, 297:3-308:5

    Vol. 2: 12:6-11, 18:24-19:18, 27:8-28:20, 30:15-32:16, 33:5-34:6, 34:20-36:25, 39:13-40:4, 41:8-43:8, 43:25-49:14, 52:12-59:14, 59:25-62:6, 64:6-24, 66:24-67:13, 68:6-69:21, 71:10-72:17, 73:3-80:22, 87:2-95:23, 96:6-97:21, 100:22-111:16

    Objections to Defendants' Counter-Designations: None

4. **Thomas Hauger**

    Designations:

    Vol 1: 5:1-12, 15:11-24, 18:21-19:2, 27:17-32:16, 33:6-34:10, 38:4-39:18, 40:2-43:6

    Vol 2: 10:4-12:12, 12:13-12:25, 16:19-21, 17:5-21:25, 22:1-22:17, 23:16-25:4, 25:21-25:24, 26:10-26:12, 26:21-27:10, 28:13-38:22, 38:24-39:4, 39:5-40:17, 41:15-42:8, 44:8-44:10, 45:11-45:21, 50:1-51:14, 52:6-53:17, 53:22-57:3, 58:5-58:11, 58:17-59:2, 59:10-68:4, 69:8-75:25, 76:18-77:4, 77:13-79:25, 80:19-86:23, 88:13-90:21, 91:11-106:13, 107:17-108:9, 110:14-113:15, 114:1-12, 114:19-118:2, 119:1-119:12, 121:5-14, 122:18-123:12, 124:16-125:10, 125:15-127:10, 138:17-139:15, 142:9-144:12

    Objections to Defendants' Counter-Designations: None

5. **Howard Knapp**

    Designations: 8:2-16, 14:22-17:21, 18:7-25, 19:13-27:3, 28:24-31:10, 34:4-36:22, 40:12-46:13, 47:12-50:17, 51:25-52:16, 54:3-15, 55:7-24, 57:5-59:11, 59:22-76:5, 78:18-81:18, 82:13-93:5, 96:8-15.

6. **James Lucas**

   Designations:

   Vol 1: 82:21-86:3, 90:25-94:11, 101:18-102:8, 119:23-124:15, 133:12-136:16, 145:23-150:1

   Vol 2: 9:17-21, 18:14-23:25, 26:3-27:12, 28:20-29:16, 29:20-23, 29:24-35:23, 36:18-25, 37:18-38:14, 41:17-43:9, 44:2-4, 44:21-48:7, 48:19-21, 49:13-16, 50:25-53:8, 55:14-56:16, 59:18-60:18, 63:19-65:14, 65:23-67:9, 71:3-11; 71:24-72:21, 73:5-11, 73:12-16, 76:19-79:6, 80:21-81:4, 83:10-84:16, 88:16-90:24, 92:1-97:2, 98:6-108:11, 109:21-111:7, 117:10-121:3

   Objections to Defendants' Counter-Designations: None

7. **Chris Murphy**

   Designations:

   Vol. 1: Vol 1: 22:9-2533:19-37:15, 74:23-75:14, 83:8-87:22, 91:13-92:21, 96:2-21, 98:25-100:4, 100:22-101:13, 103:15-104:4, 108:17-109:1, 150:13-151:7, 202:12-25, 204:1-13, 205:15-19, 206:18-24, 208:4-212:8, 214:6-216:11, 220:3-229:22, 232:19-240:16, 242:4-246:25, 247:18-250:2, 254:13-256:5, 257:12-262:5

   Vol. 2: 15:8-20:3, 21:23-22:13, 23:23-24:10, 26:6-27:22, 28:8-19, 29:18-30:12, 30:15-33:10, 35:4-37:9, 37:15-38:13, 38:17-40:20, 42:4-12, 42:18-24, 47:1-48:11, 49:10-16, 50:20-51:2, 51:10-19, 51:21-24, 52:12-56:18, 59:21-60:7, 65:5-11, 66:19-67:3, 67:21-73:10, 73:14-75:23, 77:25-79:20, 80:19-82:7, 83:9-24, 84:2-4, 84:22-88:17, 89:16-23, 90:10-93:15, 93:20-94:13, 94:17-95:6, 95:10-96:2, 97:21-98:16, 99:17-101:11, 103:10-104:11

   Objections to Defendants' Counter-Designations: None

**Plaintiffs' Counter-Designations and Objections**

1. **Benjamin Fifield**

Counter-designations: 8:3-9:13, 49:13-51:22, 98:18-114:9, 135:16-19, 139:15-141:8, 145:1-146:8, 167:9-168:19, 175:20-24, 189:16-190:12, 191:24-196:1, 191:9-208:11.

Objections:

General Objection: This testimony is subject to a motion in limine.

Specific Objections:

118:23-119:5: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance)

119:6-120:1 Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance)

120:3-11: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance)

120:12-120:22: Rule 602 (speculation); Rule 701 (calls for opinion), Rule 401 (relevance)

175:8-18: Rule 701 (calls for opinion), Rule 401 (relevance)

192:15-22: Rule 401 (relevance)

193:5-13: Rule 401 (relevance)

193:15-22: Rule 401 (relevance)

193:24-194:7: Rule 401 (relevance)

196:12-20: Rule 401 (relevance)

196:22-197:6: Rule 401 (relevance)

| | |
|---|---|
| Dated: October 12, 2022 | Respectfully submitted, |

| | |
|---|---|
| Leah C. Aden** | /s/ Allen Chaney |
| Stuart Naifeh** | Allen Chaney, Fed. ID 13181 |
| Raymond Audain** | AMERICAN CIVIL LIBERTIES |
| John S. Cusick** | UNION OF SOUTH CAROLINA |
| NAACP LEGAL DEFENSE & | Charleston, SC 29413-0998 |
| EDUCATIONAL FUND, INC. | Tel.: (843) 282-7953 |
| 40 Rector St, 5th Fl. | Fax: (843) 720-1428 |
| NY, NY 10006 | achaney@aclusc.org |
| Tel.: (212) 965-7715 | |
| laden@naacpldf.org | Christopher J. Bryant, Fed. ID 12538 |
| | BOROUGHS BRYANT, LLC |
| Santino Coleman***Fed. ID 11914 | 1122 Lady St., Ste. 208 |
| Antonio L. Ingram II** | Columbia, SC 29201 |
| NAACP LEGAL DEFENSE & | Tel.: (843) 779-5444 |
| EDUCATIONAL FUND, INC. | chris@boroughsbryant.com |
| 700 14th St, Ste. 600 | |
| Washington, D.C. 20005 | Somil B. Trivedi** |
| Tel.: (202) 682-1300 | Patricia Yan** |
| aingram@naacpldf.org | AMERICAN CIVIL LIBERTIES |
| | UNION FOUNDATION |
| Adriel I. Cepeda Derieux** | 915 15th St., NW |
| AMERICAN CIVIL LIBERTIES | Washington, DC 20005 |
| UNION FOUNDATION | Tel.: (202) 457-0800 |
| 125 Broad Street, 18th Floor | strivedi@aclu.org |
| New York, NY 10004 | |
| Tel.: (212) 549-2500 | Jeffrey A. Fuisz** |
| acepedaderieux@aclu.org | Paula Ramer** |
| | ARNOLD & PORTER KAYE |
| John A. Freedman** | SCHOLER LLP |
| Elisabeth S. Theodore* | 250 West 55th Street |
| Gina M. Colarusso** | New York, NY 10019 |
| John M. Hindley** | Tel: (212) 836-8000 |
| ARNOLD & PORTER | jeffrey.fuisz@arnoldporter.com |
| KAYE SCHOLER LLP | Sarah Gryll** |
| 601 Massachusetts Ave., N.W. | ARNOLD & PORTER KAYE |
| Washington, D.C. 20001 | SCHOLER LLP |
| Tel: (202) 942-5000 | 70 West Madison Street, Suite 4200 |
| john.freedman@arnoldporter.com | Chicago, IL 60602-4231 |
| | Tel: (312) 583-2300 |
| | sarah.gryll@arnoldporter.com |
| Janette M. Louard* | |
| Anthony P. Ashton* | |
| Anna Kathryn Barnes* | |

NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

\* Motion for admission *Pro Hac Vice* forthcoming
\*\* Admitted *Pro Hac Vice*
\*\*\* Mailing Address Only (working remotely from South Carolina)

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, a true and correct copy of the foregoing was served on all counsel of record by filing with the Court's CM/ECF service.

*/s/ Allan Chaney*
Allan Chaney