# Report Findings

- Race a significant factor in South Carolina enacted congressional map.

- BVAP variable statistically significant in 12 of the 18 models (67%).

- Since analysis controls for partisanship, results cannot be byproduct of partisan redistricting.

- BVAP variable is often numerically large, indicating that race was also substantively significant.

- Ultimately conclude:  Race factored into the design of five of the seven congressional districts (CD 1, CD 2, CD 3, CD 5, and CD 6).

# Models 1, 2, and 3

- **Model 1: which VTDs surrounding the district were moved *into* redrawn district?**
  - Population = every VTD outside old district but within the "county envelope."

- **Model 2: which VTDs were moved *out* of the redrawn district?**
  - Population = all VTDs within the old district's configuration.

- **Model 3: combines both approaches.** Asks, which VTDs were moved *into* and *kept in* the district versus those *kept out/moved out*.
  - Model looks at full range of choices available to mapmakers—to keep VTDs in the district and alter others.



# Rebuttal Report

- **Racial composition:** Trende understates impact of changes in CD 1 racial composition of CD 1 (calculations use wrong denominator).

- **Core retention:** Trende claims CD 1 retains a "large share" of its core and misstates that CD 1 continues to be "anchored" in Charleston.

# Rebuttal Report – CD 1 Racial Composition

- **Claim from Trende Report:**
  - Compares BVAP of residents removed from CD 1 (23.4%) to BVAP in Charleston and Dorchester Counties (22.5%); concludes "net effect" on CD1 racial composition was "minimal."
- **Assessment:**
  - Trende uses wrong denominator in his calculation; large portions of both counties were in CD 6.
  - Apples-to-apples comparison would focus on BVAP of portions of Charleston and Dorchester Counties that were within CD 1.
  - See a 6.6% gap between BVAP drawn out of CD 1 and into CD 6 (24.3%) and CD 1's pre-redistricting BVAP (17.7%) in these two counties.

# Charleston County BVAP Breakdown

- 2020 Census - Charleston County BVAP: 74,632
  - **Post-Redistricting – Enacted Map:**
    - 59,222 (79%) BVAP assigned to CD 6
    - 15,410 (21%) BVAP assigned to CD 1
  - **Pre-Redistricting:**
    - 36,777 (49%) BVAP assigned to CD 6
    - 37,855 (51%) BVAP assigned to CD 1

# Rebuttal Report – CD 1 Core Retention

- **Claim from Trende Report:**
  - Trende's data show that CD 1 keeps 82.8% of its core, and refers to this as "large share." Claims that CD 1 core has long been anchored in Charleston.

- **Assessment:**
  - 82.8% core retention means 140,489 residents drawn out of CD 1.
  - Subtle deviations in who was drawn out likely consequential in context of close elections.
  - Pre-redistricting, Charleston County comprised 38% of CD 1. Post-redistricting, Charleston County ranks third at 25% -- a 13% decrease. Berkeley and Beaufort Counties now anchor CD 1.