# Images Presented During the Cross Examination of Sean P. Trende


olumbia
7
South Carolina
6
1



Orangeburg
Georgetown
6
Berkeley
Dorchester
1
Colleton
Charleston
Beaufort
S029B - SA 1 MAP (1)
South Carolina
Congressional Districts
Greenville
Columbia
Charleston
S075 - TRENDE REPORT 4...
South Carolina Congressional Lines, 1902-1930
Charlotte
Monroe
North Carolina
Fayetteville
Florence
Columbia
South Carolina
Savannah



Flor
Columbia
7
South Carolina
1
2



S075 - TRENDE REPORT 4...
South Carolina Congressional Lines, 1902-1930
Columbia
South Carolina
Flor
7
1
S029B - SA 1 MAP (1)
South Carolina
Congressional Districts
House Plan 2 Senate Amendment 1
Greenville
Columbia
Charleston
Kershaw
Richland
Lexington
Sumter
Calhoun
2

Table 1: S.C. District Populations, Benchmark Plan

| District Number | Population | Deviation |
|---|---|---|
| 1 | 818,893 | 87,689 |
| 2 | 721,829 | −9,375 |
| 3 | 706,785 | −24,419 |
| 4 | 760,233 | 29,029 |
| 5 | 736,286 | 5,082 |
| 6 | 646,463 | −84,741 |
| 7 | 727,936 | −3,268 |

Table 4: Population Movements by District, 2012-2022 Lines

| | To | | | | | | |
|---|---|---|---|---|---|---|---|
| From | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | – | – | – | – | – | 140,489 | – |
| 2 | – | – | – | – | – | 14,397 | – |
| 3 | – | – | – | 14,001 | – | – | – |
| 4 | – | – | 7,111 | – | 35,919 | – | – |
| 5 | – | – | 31,309 | – | – | 10,038 | – |
| 6 | 52,799 | 23,771 | – | – | 346 | – | 3,553 |
| 7 | – | – | – | – | – | 286 | – |







**Colleton County Precincts, Benchmark Assignments**
(SDX 076, p.10)

**Colleton Senate Amend. 2A**




Colleton County Precincts, Benchmark Assignments
(SDX 076, p.10)



Colleton House Staff Plan




Colleton County Precincts, Benchmark Assignments
(SDX 076, p.10)




Colleton NAACP 2



South Carolina
Congressional Districts
1
Ridgeville
Lincolnville
Summerville
Goose Creek
Cottageville
Hanahan
North Charleston
Awend
leton
Mount Pleasant
Isle of Palms
Charleston
Sullivan's Island
Ravenel
Hollywood
James Island
Charleston
Meggett
Folly Beach
Kiawah Island
Rockville
Seabrook Island
Edisto Beach



9 - 18 min
6.7 miles
Mount Pleasant Pier
James Island
Charleston
WEST ASHLEY
CANNONBOROUGH
ELLIOTBOROUGH
RADCLIFFEBOROUGH
JAMES ISLAND
Palmetto State Armory - Charleston
Charles Towne Landing State Historic Site
Magnolia Cemetery Trust
Home Team BBQ
Whole Foods Market
Holiday Inn Charleston-Riverview...
Charleston City Market
The Battery
McLeod Plantation Historic Site
Lowe's Home Improvement
Harris Teeter
Wild Blue Ropes Adventure Park
James Island County Park
Woodhaven
Melton Peter Demetre Park
Fort Sumter National Monument
Fort Sumter and Fort Moultrie National...
Station 18 Beach
Patriots Point Naval & Maritime Museum
Trader Joe's
Walmart Supercenter
East Cooper Medical Center
SCSPA Wando Welch Terminal
Ashley River
Stono River
Morrison Dr
Meeting St
E Bay St
Rutledge Ave
Lockwood Dr
Wappoo Rd
Folly Rd
Riverland Dr
Fort Johnson Rd
Camp Rd
Chuck Dawley Blvd





Florence
Marion
Lexington
2
Calhoun
Clarendon
Williamsburg
Georgetown
Orangeburg
Barnwell
Bamberg
6
Berkeley
Dorchester
1
Allendale
Hampton
Colleton
Charleston
Jasper
Beaufort