# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>      Plaintiffs,<br><br>      v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>      Defendants. | Case No. 3-21-cv-03302-MGL-TJH-RMG<br><br>**THREE-JUDGE PANEL** |

## NOTICE OF INTENT TO FILE OPPOSITION

On January 6, 2023, this three-judge panel issued a unanimous post-trial order, finding that Congressional District ("CD") 1 violates Plaintiffs' rights asserted in Counts One and Two of the Third Amended Complaint, but finding that Plaintiffs failed to carry their burden of proof with respect to CDs 2 and 5. ECF No. 493 at 32. The Court allowed, but did not require, the General

Assembly to remedy the violations during the ongoing legislative session, which began on January 9, 2023, and present any remedy to the Court before March 31, 2023. *Id*.

Three weeks after the Court's January 6 ruling, Defendants filed a Motion for a Stay of the Court's Order on January 27, 2023. Though Defendants did not move for expedited consideration of their motion under Local Civ. R. 6.01, they did make an informal request for the Court to "enter an expeditious ruling." ECF No. 495 at 2.

In normal course, Plaintiffs' response would be due on Friday, February 10, 2023. Out of an abundance of caution, Plaintiffs respectfully inform the Court that they intend to file an opposition to Defendants' Motion for a Stay, <u>by no later than Friday, February 3</u>.

| | |
|---|---|
| Dated: January 29, 2023 | Respectfully Submitted, |
| Leah C. Aden** | */s/ Allen Chaney* |
| Stuart Naifeh** | Allen Chaney, Fed. ID 13181 |
| Raymond Audain** | AMERICAN CIVIL LIBERTIES UNION |
| John S. Cusick** | OF SOUTH CAROLINA |
| NAACP LEGAL DEFENSE & | Columbia, SC 29202 |
| EDUCATIONAL FUND, INC. | Tel.: (864) 372-6681 |
| 40 Rector St, 5th Fl. | achaney@aclusc.org |
| NY, NY 10006 | |
| Tel.: (212) 965-7715 | Christopher J. Bryant, Fed. ID 12538 |
| laden@naacpldf.org | BRYANT LEGAL, LLC |
| | 126 W. Henrietta St. |
| Santino Coleman*** Fed. ID. 11914 | Baltimore, MD 21230 |
| Antonio L. Ingram II** | Tel.: (843) 779-5444 |
| NAACP LEGAL DEFENSE & | chris@bryant.legal.com |
| EDUCATIONAL FUND, INC. | |
| 700 14th St, Ste. 600 | Somil B. Trivedi** |
| Washington, D.C. 20005 | Patricia Yan** |
| Tel.: (202) 682-1300 | AMERICAN CIVIL LIBERTIES UNION |
| scoleman@naacpldf.org | FOUNDATION |
| aingram@naacpldf.org | 915 15th St., NW |
| | Washington, DC 20005 |
| Adriel I. Cepeda Derieux** | Tel.: (202) 457-0800 |
| AMERICAN CIVIL LIBERTIES UNION | strivedi@aclu.org |
| FOUNDATION | |
| 125 Broad Street, 18th Floor | Jeffrey A. Fuisz** |

New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Adam Pergament**
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

*ature* Motion for admission Pro Hac Vice forthcoming
** *Admitted Pro Hac Vice*
*** *Mailing address only (working remotely from South Carolina)*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes**
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*

Paula Ramer**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2023 a true and correct copy of the foregoing was served on all counsel of record by electronic mail.

*/s/ Allen Chaney*
Allen Chaney, Fed. ID 13181

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*