**EXHIBIT A**

### Charleston VTDs Moved from CD 1 to CD 6 Under the Enacted Plan

| CD (2011) | CD (Enacted) | County | VTD | Name | Sum of TOTAL | Sum of NH WHT | % NH WHT | Sum of NH DOJ BLK | % NH DOJ BLK | Sum of AP BLK | % AP BLK | Sum of VAP TOTAL | Sum of VAP NH WHT | %VAP NH WHT | Sum of VAP NH DOJ BLK | %VAP NH DOJ BLK | Sum of VAP AP BLK | % VAP AP BLK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 6 | Charleston | 019000102 | deer park 1a | 2730 | 887 | 32.5% | 1486 | 54.4% | 1523 | 55.8% | 1838 | 764 | 41.6% | 840 | 45.7% | 851 | 46.3% |
| 01 | 6 | Charleston | 019000103 | deer park 1b | 7708 | 3707 | 48.1% | 2198 | 28.5% | 2358 | 30.6% | 6504 | 3379 | 52.0% | 1750 | 26.9% | 1869 | 28.7% |
| 01 | 6 | Charleston | 019000104 | deer park 2a | 5042 | 2307 | 45.8% | 1950 | 38.7% | 2001 | 39.7% | 4119 | 2033 | 49.4% | 1465 | 35.6% | 1496 | 36.3% |
| 01 | 6 | Charleston | 019000105 | deer park 2b | 3280 | 1284 | 39.1% | 1309 | 39.9% | 1398 | 42.6% | 2617 | 1118 | 42.7% | 956 | 36.5% | 1005 | 38.4% |
| 01 | 6 | Charleston | 019000106 | deer park 2c | 1540 | 759 | 49.3% | 492 | 31.9% | 515 | 33.4% | 1278 | 678 | 53.1% | 384 | 30.0% | 399 | 31.2% |
| 01 (split cd1/cd6) | 6 | Charleston | 019000107 | deer park 3 (split) | 2726 | 1308 | 48.0% | 915 | 33.6% | 973 | 35.7% | 2312 | 1167 | 50.5% | 714 | 30.9% | 766 | 33.1% |
| 01 | 6 | Charleston | 019000110 | lincolnville | 3471 | 1471 | 42.4% | 1494 | 43.0% | 1577 | 45.4% | 2589 | 1267 | 48.9% | 985 | 38.0% | 1034 | 39.9% |
| 01 | 6 | Charleston | 019000132 | ladson | 5160 | 2171 | 42.1% | 1988 | 38.5% | 2078 | 40.3% | 3862 | 1797 | 46.5% | 1385 | 35.9% | 1444 | 37.4% |
| 01 | 6 | Charleston | 019000201 | charleston 1 | 795 | 760 | 95.6% | 1 | 0.1% | 5 | 0.6% | 686 | 656 | 95.6% | 1 | 0.1% | 4 | 0.6% |
| 01 | 6 | Charleston | 019000202 | charleston 2 | 976 | 922 | 94.5% | 12 | 1.2% | 16 | 1.6% | 869 | 830 | 95.5% | 12 | 1.4% | 12 | 1.4% |
| 01 | 6 | Charleston | 019000203 | charleston 3 | 1062 | 987 | 92.9% | 14 | 1.3% | 23 | 2.2% | 945 | 887 | 93.9% | 9 | 1.0% | 17 | 1.8% |
| 01 | 6 | Charleston | 019000204 | charleston 4 | 1145 | 846 | 73.9% | 252 | 22.0% | 257 | 22.4% | 935 | 762 | 81.5% | 135 | 14.4% | 140 | 15.0% |
| 01 | 6 | Charleston | 019000205 | charleston 5 | 1053 | 965 | 91.6% | 9 | 0.9% | 15 | 1.4% | 944 | 867 | 91.8% | 9 | 1.0% | 11 | 1.2% |
| 01 | 6 | Charleston | 019000206 | charleston 6 | 1736 | 1303 | 75.1% | 293 | 16.9% | 302 | 17.4% | 1578 | 1257 | 79.7% | 197 | 12.5% | 203 | 12.9% |
| 01 | 6 | Charleston | 019000207 | charleston 7 | 2498 | 2131 | 85.3% | 171 | 6.8% | 196 | 7.8% | 2426 | 2075 | 85.5% | 170 | 7.0% | 192 | 7.9% |
| 01 (split cd1/cd6) | 6 | Charleston | 019000208 | charleston 8 (split) | 127 | 103 | 81.1% | 12 | 9.4% | 14 | 11.0% | 115 | 95 | 82.6% | 10 | 8.7% | 11 | 9.6% |
| 01 (split cd1/cd6) | 6 | Charleston | 019000209 | charleston 9 (split) | 198 | 163 | 82.3% | 21 | 10.6% | 21 | 10.6% | 174 | 148 | 85.1% | 16 | 9.2% | 16 | 9.2% |
| 01 | 6 | Charleston | 019000501 | st. andrews 1 | 885 | 533 | 60.2% | 266 | 30.1% | 280 | 31.6% | 751 | 465 | 61.9% | 224 | 29.8% | 230 | 30.6% |
| 01 | 6 | Charleston | 019000502 | st. andrews 2 | 1393 | 1162 | 83.4% | 84 | 6.0% | 100 | 7.2% | 1231 | 1052 | 85.5% | 69 | 5.6% | 77 | 6.3% |
| 01 | 6 | Charleston | 019000503 | st. andrews 3 | 1571 | 664 | 42.3% | 791 | 50.4% | 809 | 51.5% | 1348 | 585 | 43.4% | 686 | 50.9% | 695 | 51.6% |
| 01 | 6 | Charleston | 019000504 | st. andrews 4 | 1993 | 1786 | 89.6% | 54 | 2.7% | 60 | 3.0% | 1643 | 1483 | 90.3% | 48 | 2.9% | 51 | 3.1% |
| 01 | 6 | Charleston | 019000505 | st. andrews 5 | 1669 | 1553 | 93.0% | 30 | 1.8% | 37 | 2.2% | 1305 | 1226 | 93.9% | 25 | 1.9% | 28 | 2.1% |
| 01 | 6 | Charleston | 019000506 | st. andrews 6 | 1432 | 1329 | 92.8% | 15 | 1.0% | 16 | 1.1% | 1144 | 1089 | 95.2% | 12 | 1.0% | 13 | 1.1% |
| 01 | 6 | Charleston | 019000507 | st. andrews 7 | 2117 | 1709 | 80.7% | 197 | 9.3% | 206 | 9.7% | 1783 | 1470 | 82.4% | 151 | 8.5% | 156 | 8.7% |
| 01 | 6 | Charleston | 019000508 | st. andrews 8 | 1100 | 392 | 35.6% | 635 | 57.7% | 646 | 58.7% | 908 | 349 | 38.4% | 510 | 56.2% | 519 | 57.2% |
| 01 | 6 | Charleston | 019000509 | st. andrews 9 | 1743 | 333 | 19.1% | 1348 | 77.3% | 1360 | 78.0% | 1293 | 298 | 23.0% | 951 | 73.5% | 957 | 74.0% |
| 01 | 6 | Charleston | 019000510 | st. andrews 10 | 1484 | 877 | 59.1% | 451 | 30.4% | 473 | 31.9% | 1281 | 759 | 59.3% | 402 | 31.4% | 413 | 32.2% |
| 01 | 6 | Charleston | 019000511 | st. andrews 11 | 1127 | 1014 | 90.0% | 41 | 3.6% | 54 | 4.8% | 903 | 810 | 89.7% | 35 | 3.9% | 44 | 4.9% |
| 01 | 6 | Charleston | 019000512 | st. andrews 12 | 1305 | 1107 | 84.8% | 105 | 8.0% | 113 | 8.7% | 1060 | 903 | 85.2% | 95 | 9.0% | 100 | 9.4% |
| 01 | 6 | Charleston | 019000513 | st. andrews 13 | 1603 | 1200 | 74.9% | 226 | 14.1% | 237 | 14.8% | 1293 | 980 | 75.8% | 181 | 14.0% | 187 | 14.5% |
| 01 | 6 | Charleston | 019000514 | st. andrews 14 | 1977 | 1134 | 57.4% | 432 | 21.9% | 439 | 22.2% | 1640 | 995 | 60.7% | 365 | 22.3% | 368 | 22.4% |
| 01 | 6 | Charleston | 019000515 | st. andrews 15 | 2036 | 802 | 39.4% | 986 | 48.4% | 1008 | 49.5% | 1741 | 749 | 43.0% | 786 | 45.1% | 801 | 46.0% |
| 01 | 6 | Charleston | 019000516 | st. andrews 16 | 1233 | 1019 | 82.6% | 141 | 11.4% | 145 | 11.8% | 1027 | 857 | 83.4% | 118 | 11.5% | 118 | 11.5% |
| 01 | 6 | Charleston | 019000517 | st. andrews 17 | 2290 | 1772 | 77.4% | 334 | 14.6% | 343 | 15.0% | 1867 | 1495 | 80.1% | 228 | 12.2% | 231 | 12.4% |
| 01 | 6 | Charleston | 019000518 | st. andrews 18 | 2724 | 1222 | 44.9% | 1168 | 42.9% | 1218 | 44.7% | 2219 | 1067 | 48.1% | 924 | 41.6% | 955 | 43.0% |
| 01 | 6 | Charleston | 019000519 | st. andrews 19 | 424 | 89 | 21.0% | 274 | 64.6% | 288 | 67.9% | 349 | 65 | 18.6% | 246 | 70.5% | 253 | 72.5% |
| 01 | 6 | Charleston | 019000520 | st. andrews 20 | 3922 | 2297 | 58.6% | 1106 | 28.2% | 1125 | 28.7% | 3329 | 2021 | 60.7% | 872 | 26.2% | 887 | 26.6% |
| 01 | 6 | Charleston | 019000521 | st. andrews 21 | 1385 | 853 | 61.6% | 329 | 23.8% | 336 | 24.3% | 1129 | 717 | 63.5% | 250 | 22.1% | 254 | 22.5% |
| 01 | 6 | Charleston | 019000522 | st. andrews 22 | 1516 | 1220 | 80.5% | 179 | 11.8% | 187 | 12.3% | 1306 | 1081 | 82.8% | 133 | 10.2% | 137 | 10.5% |
| 01 | 6 | Charleston | 019000523 | st. andrews 23 | 1491 | 1041 | 69.8% | 256 | 17.2% | 278 | 18.6% | 1247 | 905 | 72.6% | 192 | 15.4% | 199 | 16.0% |
| 01 | 6 | Charleston | 019000524 | st. andrews 24 | 2004 | 988 | 49.3% | 871 | 43.5% | 896 | 44.7% | 1534 | 828 | 54.0% | 588 | 38.3% | 601 | 39.2% |
| 01 | 6 | Charleston | 019000525 | st. andrews 25 | 2305 | 1367 | 59.3% | 632 | 27.4% | 645 | 28.0% | 1967 | 1212 | 61.6% | 534 | 27.1% | 542 | 27.6% |
| 01 | 6 | Charleston | 019000526 | st. andrews 26 | 1848 | 1119 | 60.6% | 491 | 26.6% | 510 | 27.6% | 1537 | 965 | 62.8% | 414 | 26.9% | 426 | 27.7% |
| 01 | 6 | Charleston | 019000527 | st. andrews 27 | 6553 | 4520 | 69.0% | 1250 | 19.1% | 1290 | 19.7% | 5075 | 3535 | 69.7% | 994 | 19.6% | 1024 | 20.2% |
| 01 | 6 | Charleston | 019000528 | st. andrews 28 | 4758 | 3108 | 65.3% | 1036 | 21.8% | 1087 | 22.8% | 3749 | 2508 | 66.9% | 790 | 21.1% | 821 | 21.9% |
| 01 | 6 | Charleston | 019000529 | st. andrews 29 | 5106 | 3801 | 74.4% | 561 | 11.0% | 592 | 11.6% | 4185 | 3193 | 76.3% | 427 | 10.2% | 452 | 10.8% |
| 01 | 6 | Charleston | 019000530 | st. andrews 30 | 2771 | 2021 | 72.9% | 438 | 15.8% | 455 | 16.4% | 2424 | 1794 | 74.0% | 390 | 16.1% | 404 | 16.7% |
| 01 | 6 | Charleston | 019000531 | st. andrews 31 | 1800 | 1179 | 65.5% | 254 | 14.1% | 267 | 14.8% | 1385 | 951 | 68.7% | 191 | 13.8% | 202 | 14.6% |
| 01 | 6 | Charleston | 019000532 | st. andrews 32 | 1476 | 1139 | 77.2% | 162 | 11.0% | 183 | 12.4% | 1184 | 939 | 79.3% | 121 | 10.2% | 133 | 11.2% |
| 01 | 6 | Charleston | 019000533 | st. andrews 33 | 1037 | 778 | 75.0% | 102 | 9.8% | 116 | 11.2% | 793 | 609 | 76.8% | 82 | 10.3% | 92 | 11.6% |
| 01 | 6 | Charleston | 019000534 | st. andrews 34 | 3060 | 2545 | 83.2% | 287 | 9.4% | 297 | 9.7% | 2513 | 2135 | 85.0% | 230 | 9.2% | 239 | 9.5% |
| 01 | 6 | Charleston | 019000535 | st. andrews 35 | 2078 | 1730 | 83.3% | 159 | 7.7% | 164 | 7.9% | 1694 | 1408 | 83.1% | 129 | 7.6% | 133 | 7.9% |
| 01 | 6 | Charleston | 019000536 | st. andrews 36 | 2058 | 1606 | 78.0% | 200 | 9.7% | 216 | 10.5% | 1621 | 1288 | 79.5% | 156 | 9.6% | 164 | 10.1% |
| 01 | 6 | Charleston | 019000537 | st. andrews 37 | 6444 | 4844 | 75.2% | 640 | 9.9% | 679 | 10.5% | 5261 | 4015 | 76.3% | 524 | 10.0% | 553 | 10.5% |
| 01 (split cd1/cd6) | 6 | Charleston | 019000628 | north charleston 28 (split) | 556 | 190 | 34.2% | 253 | 45.5% | 264 | 47.5% | 437 | 175 | 40.0% | 170 | 38.9% | 180 | 41.2% |
| | | | | Total | 123521 | 78117 | 63.2% | 29401 | 23.8% | 30691 | 24.8% | 100947 | 66756 | 66.1% | 22281 | 22.1% | 23109 | 22.9% |