**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, *et al.*,

Plaintiffs,

v.

THOMAS C. ALEXANDER, *et al.*,

Defendants.

Case No. 3-21-cv-03302-TJH-MBS-RMG

**THREE-JUDGE PANEL**

**CONSENT MOTION TO WITHDRAW AS COUNSEL**

Counsel for Plaintiffs the South Carolina State Conference of the NAACP and Taiwan Scott (together, "Plaintiffs") respectfully request that this Court permit John Hindley of the law firm of Arnold & Porter Kaye Scholer LLP to withdraw as counsel for Plaintiffs pursuant to Rule 83.I.07. In support of this motion, the undersigned states as follows:

1. John Hindley filed a Motion to Appear Pro Hac Vice on February 4th, 2022, which the Court granted on February 7th, 2022. ECF Nos. 131, 136.

2. Plaintiffs and remaining counsel consent to John Hindley's withdrawal.

3. All other counsel for record for Plaintiffs will remain as counsel for Plaintiffs.

4. Pursuant to Local Rule 7.02, counsel for Plaintiffs has consulted with counsel for Defendants regarding this motion and they consent.

WHEREFORE, the undersigned specifically requests that this Court issue an order allowing John Hindley to withdraw as counsel for Plaintiffs in this matter.

Dated: July 24, 2023

Respectfully Submitted,

/s/ *Allen Chaney*
Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA
Columbia, SC 29202
Tel: 864-372-6681
achaney@aclusc.org

Leah C. Aden**
Stuart Naifeh**
Raymond Audain**
John S. Cusick**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector St, 5th Fl.
NY, NY 10006
Tel.: (212) 965-7715
laden@naacpldf.org

Santino Coleman*** Fed. ID. 11914
Antonio L. Ingram II**
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
scoleman@naacpldf.org
aingram@naacpldf.org

Adriel I. Cepeda Derieux**
Ming Cheung**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

John A. Freedman**
Elisabeth S. Theodore*
Gina M. Colarusso**
John M. Hindley**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

Christopher J. Bryant, Fed. ID 12538
BRYANT LEGAL, LLC
126 W. Henrietta St.
Baltimore, MD 21230
Tel.: (843) 779-5444
chris@bryant.legal.com

Patricia Yan**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
pyan@aclu.org

Jeffrey A. Fuisz**
Paula Ramer**
Andrew R. Hirschel**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll**
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: (312) 583-2300
sarah.gryll@arnoldporter.com

** Motion for admission Pro Hac Vice forthcoming*
*** Admitted Pro Hac Vice*

*Counsel for Plaintiffs the South Carolina Conference of the NAACP and Taiwan Scott*

**** Mailing address only (working remotely from South Carolina)*

Janette M. Louard*
Anthony P. Ashton*
Anna Kathryn Barnes**
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5777
jlouard@naacpnet.org

* Motion for admission *Pro Hac Vice* forthcoming
** Admitted *Pro Hac Vice*

*Counsel for Plaintiff the South Carolina Conference of the NAACP*